Davor Rukavina
Julian P. Vasek
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75202-2790
(214) 855-7500 telephone
(214) 978-4375 facsimile
Email: drukavina@munsch.com

ATTORNEYS FOR NEXPOINT ADVISORS, L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.,<br><br>Defendant. | § § § § § § § § § § § § § § | Civ. Act. No. 3:21-cv-00881-X<br><br>(Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X) |

**MOTION FOR RULING ON PENDING OBJECTIONS IN
<u>ADMINISTRATIVELY CLOSED CONSOLIDATED CASES</u>**

COME NOW NexPoint Advisors, L.P. ("<u>NexPoint</u>"), Highland Capital Management Services, Inc. ("<u>HCMS</u>"), and HCRE Partners, LLC ("<u>HCRE</u>"), three of the defendants in the above styled and numbered consolidated adversary proceedings initiated by Highland Capital Management, L.P. as the plaintiff (the "<u>Debtor</u>"), and file this their *Motion for Ruling on Pending Objections in Administratively Closed Consolidated Cases*, respectfully stating as follows:

On January 5, 2021, NexPoint filed the following documents in Civ. Act. No. 3:21-cv-00880-X, copies of which are attached hereto:

- *Objection of NexPoint Advisors, L.P. to Order Denying Motions to Extend Expert Disclosure and Discovery Deadlines* (Dkt. 21, the "<u>NexPoint Objection</u>");

- *Brief in Support of Objection of NexPoint Advisors, L.P. to Order Denying Motions to Extend Expert Disclosure and Discovery Deadlines* (Dkt. 22, the "<u>Brief</u>"); and

- *Appendix in Support of Objection of NexPoint Advisors, L.P. to Order Denying Motions to Extend Expert Disclosure and Discovery Deadlines* (Dkt. 23, "<u>Appendix</u>").

Also on January 5, 2022, defendants HCMS and HCRE filed their *Defendants Highland Capital Management Services, Inc. and HCRE Partners, LLC's Objection to Order Denying Motions to Extend Expert Disclosure and Discovery Deadlines* in Civ. Act. Nos. 3:21-cv-01378-X (Dkt. 26) and 3:21-cv-01379-X (Dkt. 23) (with the NexPoint Objection, the "<u>Objections</u>"), copies of which are attached hereto, pursuant to which they incorporated the NexPoint Objection by reference, seeking the same relief.

On January 6, 2022, however, the Court entered orders consolidating Civ. Act. Nos. 3:21-cv-00880-X, 3:21-cv-01378-X, and 3:21-cv-01379-X with two others under lead case 3:21-cv-00881-X.  Accordingly, at the request of the Clerk and pursuant to the Court's docket order dated January 12, 2022, NexPoint, HCMS, and HCRE file this motion to bring these items onto the docket of the new lead case.

WHEREFORE, PREMISES CONSIDERED, NexPoint, HCMS, and HCRE respectfully request that the Court enter an order sustaining the Objections and granting them such other and further relief to which they entitled at law or in equity.

RESPECTFULLY SUBMITTED this the 14th day of January, 2022.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Julian P. Vasek*
    Davor Rukavina
    State Bar No. 24030781
    Julian P. Vasek.
    State Bar No. 24070790
    500 N. Akard Street, Suite 3800
    Dallas, Texas 75202-2790
    Telephone: (214) 855-7500
    Facsimile: (214) 978-4375
    Email:  drukavina@munsch.com
    Email: jvasek@munsch.com

**ATTORNEYS FOR NEXPOINT ADVISORS, L.P.**

**-**and-

**STINSON LLP**

By: /s/ *Michael P. Aigen*
    Deborah Deitsch-Perez
    Texas State Bar No. 24036072
    Michael P. Aigen
    Texas State Bar No. 24012196
    3102 Oak Lawn Avenue, Suite 777
    Dallas, Texas 75219-4259
    Telephone: (214) 560-2201
    Telecopier: (214) 560-2203
    Email: deborah.deitschperez@stinson.com
    Email: michael.aigen@stinson.com

**ATTORNEYS FOR HIGHLAND CAPITAL MANAGEMENT SERVICES, INC. AND HCRE PARTNERS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on January 5, 2022, true and correct copies of the NexPoint Objection, Brief, and Appendix were served on the following recipients via the Court's CM/ECF system when they were filed in Civ. Act. No. 3:21-cv-00880-X:

Case Admin Sup   txnb_appeals@txnb.uscourts.gov

Bryan Christopher Assink   bryan.assink@bondsellis.com

Clay M Taylor   clay.taylor@bondsellis.com

Daniel P Elms   elmsd@gtlaw.com, guerrak@gtlaw.com

Davor Rukavina   drukavina@munsch.com

Deborah Rose Deitsch-Perez   deborah.deitsch-perez@stinson.com, kinga.mccoy@stinson.com, patricia.tomasky@stinson.com

Douglas Draper   ddraper@hellerdraper.com, dhepting@hellerdraper.com, gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

Gregory V Demo   gdemo@pszjlaw.com, hwinograd@pszjlaw.com, jfried@pszjlaw.com, lsc@pszjlaw.com

Jeffrey N Pomerantz   jpomerantz@pszjlaw.com

John A Morris   jmorris@pszjlaw.com, hwinograd@pszjlaw.com, lsc@pszjlaw.com

Julian Preston Vasek   jvasek@munsch.com

Leslie A Collins   lcollins@hellerdraper.com, dhepting@hellerdraper.com

Michael P Aigen   michael.aigen@stinson.com, stephanie.gratt@stinson.com

Stacey G Jernigan   sgj_settings@txnb.uscourts.gov, anna_saucier@txnb.uscourts.gov

Zachery Z. Annable   zannable@haywardfirm.com, zannable@franklinhayward.com

Additionally, the undersigned hereby certifies that, on January 14, 2022, a true and correct copy of the foregoing document, including copies of the Objections, Brief, and Appendix, were served on the following recipients via the Court's CM/ECF system when they were filed in Civ. Act. No. 3:21-cv-00881-X:

Daniel P Elms   elmsd@gtlaw.com, guerrak@gtlaw.com

Deborah Rose Deitsch-Perez   deborah.deitsch-perez@stinson.com, kinga.mccoy@stinson.com, patricia.tomasky@stinson.com

Michael P Aigen   michael.aigen@stinson.com, stephanie.gratt@stinson.com

Clay M Taylor   clay.taylor@bondsellis.com

Davor Rukavina     drukavina@munsch.com

Melissa S Hayward     mhayward@haywardfirm.com, mholmes@haywardfirm.com

Douglas Draper     ddraper@hellerdraper.com, dhepting@hellerdraper.com, gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

Leslie A Collins     lcollins@hellerdraper.com, dhepting@hellerdraper.com

Zachery Z. Annable     zannable@haywardfirm.com, zannable@franklinhayward.com

Julian Preston Vasek     jvasek@munsch.com

Lauren Kessler Drawhorn     lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Bryan Christopher Assink     bryan.assink@bondsellis.com

John A Morris     jmorris@pszjlaw.com, hwinograd@pszjlaw.com, lsc@pszjlaw.com

Jeffrey N Pomerantz     jpomerantz@pszjlaw.com

Gregory V Demo     gdemo@pszjlaw.com, hwinograd@pszjlaw.com, jfried@pszjlaw.com, lsc@pszjlaw.com

Case Admin Sup     txnb_appeals@txnb.uscourts.gov

Stacey G Jernigan     sgj_settings@txnb.uscourts.gov, anna_saucier@txnb.uscourts.gov

        /s/ *Julian P. Vasek*
        Julian P. Vasek