Deborah Deitsch-Perez
Michael P. Aigen
**STINSON LLP**
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

*Counsel for Defendants Highland Capital Management Services, Inc.
and HCRE Partners, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: § § | | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., § § § § | | Chapter 11 Case No. 19-34054-sgj11 |
| Debtor. § | | |
| § HIGHLAND CAPITAL MANAGEMENT, L.P., § § § § | | |
| Plaintiff, § § | | Civ. Act. No. 3:21-cv-00881-X |
| v. § § § | | (Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X) |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., § § § | | |
| Defendant. § § | | |

**JOINDER OF DEFENDANTS HIGHLAND CAPITAL MANAGEMENT SERVICES, INC. AND HCRE PARTNERS, LLC TO NEXPOINT ADVISORS, L.P.'S REPLY BRIEF IN SUPPORT OF OBJECTION TO ORDER DENYING MOTIONS TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES**

Highland Capital Management Services, Inc. ("HCMS") and HCRE Partners, LLC ("HCRE"), defendants in the above captioned and numbered proceeding, hereby join and adopt the points and authorities offered in *Reply Brief in Support of Objection of NexPoint Advisors, L.P.*

*to Order Denying Motions to Extend Expert Disclosure and Discovery Deadlines* [Dkt. No. 41] (the "NexPoint Reply"). For generally the same reasons set forth in the NexPoint Reply, HCMS and HCRE request this Court grant them the same relief requested by NexPoint.

Dated:  February 14, 2022                    Respectfully submitted,

                                                    **STINSON LLP**

                                                    /s/ *Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas State Bar No. 24036072
Michael P. Aigen
Texas State Bar No. 24012196
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Telecopier: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

**ATTORNEYS FOR DEFENDANTS HIGHLAND CAPITAL MANAGEMENT SERVICES, INC. AND HCRE PARTNERS, LLC**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on February 14, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties registered to receive electronic notices in this case.

                                                   /s/ *Deborah Deitsch-Perez*
                                                   Deborah Deitsch-Perez