PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:   jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         hwinograd@pszjlaw.com

-and-

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email:   MHayward@HaywardFirm.com
         ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., <br><br> Defendant. | Adv. Proc. No. 21-03082-sgj <br><br> Case No. 3:21-cv-00881-X |

**RESPONSE TO HCMFA'S OBJECTION TO THE BANKRUPTCY
COURT'S SUPPLEMENT TO REPORT AND RECOMMENDATION TO
<u>AWARD PLAINTIFF ITS ATTORNEYS' FEES AND COSTS</u>**

Highland Capital Management, L.P., the reorganized debtor and plaintiff in the above-captioned adversary proceeding ("Highland" or "Plaintiff"), hereby files this response (the "Response") to *Highland Capital Management Fund Advisors, L.P.'s Objection to the Bankruptcy Court's Supplement to Report and Recommendation to Award Plaintiff Its Attorneys' Fees and Costs* [Docket No. 98][1] (the "Objection"). Highland fully incorporates by reference its contemporaneously filed brief (the "Brief") in opposition to the Objection and would show unto the Court as follows:

## RELIEF REQUESTED[2]

1. By this Response, Highland respectfully requests that the Court enter an order overruling the Objection and adopting the Bankruptcy Court's Supplemental R&R.

2. Pursuant to Rules 7.1(d) and (h) of the Local Civil Rules of the United States District Court for the Northern District of Texas, Dallas Division (the "Local Rules"), the Brief is being filed contemporaneously with this Response and is incorporated by reference.

## PRAYER

WHEREFORE, Highland respectfully requests that the Court (i) overrule the Objection, (ii) adopt the Bankruptcy Court's Supplemental R&R, and (iii) grant such other and further relief as the Court deems just and proper.

---

[1] Citations to "Docket No. __" refer to entries on the docket maintained in this Court.

[2] Capitalized terms shall have the meanings ascribed to them in the Brief.

Dated: February 14, 2023    **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
       jmorris@pszjlaw.com
       gdemo@pszjlaw.com
       hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
       ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*