Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR HIGHLAND CAPITAL
MANAGEMENT FUND ADVISORS, L.P.
AND NEXPOINT ADVISORS, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| HIGHLAND CAPITAL MANAGEMENT, § | | Chapter 11 |
| L.P., § | | |
| § | | Case No. 19-34054-sgj11 |
| Debtor. § | | |
| § | | |
| HIGHLAND CAPITAL MANAGEMENT, § | | |
| L.P., § | | |
| § | | Civ. Act. No. 3:21-cv-00881-X |
| Plaintiff, § | | |
| § | | (Consolidated with 3:21-cv-00880-X, |
| v. § | | 3:21-cv-01010-X, 3:21-cv-01378-X, |
| § | | 3:21-cv-01379-X) |
| HIGHLAND CAPITAL MANAGEMENT § | | |
| FUND ADVISORS, L.P., et al., § | | |
| § | | |
| Defendants. § | | |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy,

1

using print reporters or traditional legal databases, by a human being before it is submitted to the Court.  I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated at Dallas, Texas this 13th day of June, 2023.

**MUNSCH HARDT KOPF & HARR PC**

By: */s/ Julian P. Vasek*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
3800 Ross Tower
500 North Akard St.
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

**ATTORNEYS FOR HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. AND NEXPOINT ADVISORS, L.P.**