GREENBERG TRAURIG LP
Daniel P. Elms
Texas Bar No. 24002049
elmsd@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel: (214) 665-3660
Fax: (214) 665-3601

COUNSEL FOR NANCY DONDERO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § § | Chapter 11 |
| | § | Case No. 19-34054-sgj11 |
| Debtor. | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § § | |
| Plaintiff, | § § | Civ. Act. No. 3:21-cv-00881-X |
| v. | § § § | (Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X) |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et al., | § § § § | |
| Defendants. | § § | |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy,

*ACTIVE 688155625v1*

1

using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Date: June 14, 2023

Respectfully submitted,

/s/ Daniel P. Elms
Daniel P. Elms
Texas State Bar No.: 24002049
GREENBERG TRAURIG, LLP
2200 Ross Avenue; Suite 5200
Dallas, Texas 75201
(214) 665-3660
elmsd@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I caused the foregoing document to be served by ECF electronic service and/or e-mail upon all parties and counsel of record.

/s/ Daniel P. Elms
Daniel P. Elms
Texas State Bar No.: 24002049
GREENBERG TRAURIG, LLP
2200 Ross Avenue; Suite 5200
Dallas, Texas 75201
(214) 665-3660
elmsd@gtlaw.com

*Attorney for Nancy Dondero*