PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

-and-

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | Case No. 3:21-cv-00881-X |
| | § | |
| vs. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et al., | § | (Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X) |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

**HIGHLAND CAPITAL MANAGEMENT, L.P.'S MOTION TO DEEM THE DONDERO ENTITIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

Highland Capital Management, L.P. ("HCMLP"), by and through its undersigned counsel, files this motion (the "Motion") seeking an order of the Court deeming the above-captioned defendants and the other Dondero Entities vexatious litigants and for related relief. In support of the Motion, and for the reasons set forth more fully in the *Memorandum of Law in Support of Its Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief* (the "Brief")[1] filed contemporaneously herewith, HCMLP respectfully states as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over the Motion pursuant to sections 1334(a) and (b) of title 11 of the United States Code (the "Bankruptcy Code").

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1409.

## II. RELIEF REQUESTED

3. Through this Motion, HCMLP requests that the Court issue an order, substantially similar to the proposed form of order attached hereto as **Exhibit A** (the "Proposed Order"), (a) deeming the Dondero Entities "vexatious litigants;" (b) prohibiting them from pursuing, instituting, or commencing, a claim or cause of action of any kind, including regulatory or administrative actions, against any Covered Person arising from or related to the Estate Administration without this Court's prior approval obtained *after* reasonable notice to the applicable Covered Parties and a hearing where (i) the Court need not accept the movant's allegations as true as if it were adjudicating a motion to dismiss, (ii) the movant(s) and putative defendant(s) may offer evidence to establish or rebut the plausibility of any putative claim(s) and (iii) the movant(s) will have the burden of proving, among any other requirements that this Court may impose, that (1) the Action presents plausible claims, (2) the Action is legally and

[1] Capitalized terms not otherwise defined in this Motion shall have the meanings ascribed to them in the Brief.

procedurally sound, (3) the Action is not being brought for any improper purpose, such as harassment, and (4) that the factual support for, and allegations in, the Action are more likely than not after giving due weight to the movant's prior legal proceedings; and (c) ordering the Dondero Entities to file a copy of this Court's order finding the Dondero Entities vexatious in any (i) court (whether foreign or domestic), (iii) administrative tribunal, or (iii) administrative or regulatory agency where any Action against any Covered Party concerning Estate Administration is pursued or commenced by any Dondero Entity.

4. In support of the relief requested in this Motion, HCMLP incorporates, as if fully set forth herein, (i) the statements and arguments set forth in the Brief and (ii) the exhibits set forth in the *Appendix in Support of Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief* (the "Appendix"), both of which are being filed contemporaneously with this Motion.

5. Based on the exhibits annexed to the Appendix and the arguments contained in the Brief, HCMLP is entitled to the relief requested herein as set forth in the Proposed Order.

6. Notice of this Motion has been provided to all parties to this action. HCMLP submits that no other or further notice need be provided.

WHEREFORE, HCMLP respectfully requests that the Court (i) grant the Motion; (ii) enter an order substantially in the form of the Proposed Order attached hereto as **Exhibit A**; and (iii) grant such other and further relief as the Court deems just and proper.

*[Remainder of Page Intentionally Blank]*

Dated: July 14, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717) (*pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760
Email: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on July 14, 2023, Gregory V. Demo, counsel for Highland Capital Management, L.P., communicated with counsel for the Dondero Entities regarding the relief requested in the foregoing Motion. The Dondero Entities are **OPPOSED** to the relief requested in the Motion.

*/s/ Zachery Z. Annable*
Zachery Z. Annable