PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:   jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         hwinograd@pszjlaw.com

-and-

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email:   MHayward@HaywardFirm.com
         ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION



| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § | Case No. 3:21-cv-00881-X |
| vs. | § § § | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et al., | § § § § | (Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X) |
| Defendants. | § § | |

## APPENDIX IN SUPPORT OF MOTION TO DEEM THE DONDERO ENTITIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF

| Ex. | Description | Appx. # |
|---|---|---|
| 1. | Summary Litigation Chart | 1-16 |
| 2. | *Judgment*, Index No.: 650097/2009, NYSCEF Doc. No. 646 (N.Y. Sup. Feb. 10, 2020) | 17-21 |
| 3. | *Decision and Order After Trial*, Index No. 650097/2009, NYSCEF Doc. No. 650 (N.Y. Sup. Sept. 14, 2020). | 22-62 |
| 4. | Proof of Claim No. 190 (UBS Securities LLC, UBS AG, London Branch, Jessup Holdings LLC, Muck Holdings LLC) | 63-184 |
| 5. | Proof of Claim No. 191 (UBS Securities LLC, UBS AG, London Branch, Jessup Holdings LLC, Muck Holdings LLC) | 185-306 |
| 6. | Transcript of Hearing Held May 17, 2019, Daugherty v. Highland Capital Management, L.P., C.A. No. 2018-0488-MTZ (Del. Ch. May 17, 2019) | 307-404 |
| 7. | *Partial Final Award,* Redeemer Committee of the Highland Crusader Fund v. Highland Capital Management, L.P., Case No. 01-16-0002-6927 (March 6, 2019) | 405-467 |
| 8. | *Final Award*, Redeemer Committee of the Highland Crusader Fund v. Highland Capital Management, L.P., Case No. 01-16-0002-6927 (April 29, 2019) | 468-491 |
| 9. | Transcript of Hearing Held August 8, 2022, Adv. Proc. No. 21-3020 (Bankr. N.D. Tex. Aug. 8, 2022) | 492-625 |
| 10. | Proof of Claim No. 70 (Hunter Mountain Trust) | 626-638 |
| 11. | Proof of Claim No. 95 (Highland Capital Management Fund Advisors, L.P.) | 639-657 |
| 12. | Proof of Claim No. 98 (Highland Global Allocation Fund) | 658-663 |
| 13. | Proof of Claim No. 100 (Highland Opportunistic Credit Fund) | 664-669 |
| 14. | Proof of Claim No. 101 (Highland Tax-Exempt Fund) | 670-675 |
| 15. | Proof of Claim No. 102 (Highland Energy MLP Fund) | 676-681 |
| 16. | Proof of Claim No. 103 (NexPoint Strategic Opportunities Fund) | 682-687 |

| Ex. | Description | Appx. # |
|---|---|---|
| 17. | Proof of Claim No. 104 (NexPoint Advisors, L.P.) | 688-702 |
| 18. | Proof of Claim No. 105 (Highland Income Fund HFRO) | 703-708 |
| 19. | Proof of Claim No. 106 (Highland Funds I) | 709-714 |
| 20. | Proof of Claim No. 107 (NexPoint Capital, Inc.) | 715-720 |
| 21. | Proof of Claim No. 108 (NexPoint Advisors, L.P.) | 721-763 |
| 22. | Proof of Claim No. 109 (Highland Fixed Income Fund) | 764-769 |
| 23. | Proof of Claim No. 110 (Eagle Equity Advisors, LLC | 770-775 |
| 24. | Proof of Claim No. 111 (Advisors Equity Group, LLC) | 776-781 |
| 25. | Proof of Claim No. 112 (Highland Long/Short Equity Fund) | 782-787 |
| 26. | Proof of Claim No. 113 (The Dugaboy Investment Trust, as successor-in-interest to the Canis Major Trust) | 788-793 |
| 27. | Proof of Claim No. 114 (Highland Funds II) | 794-799 |
| 28. | Proof of Claim No. 115 (Highland Socially Responsible Equity Fund) | 800-805 |
| 29. | Proof of Claim No. 116 (Highland Healthcare Opportunities Fund) | 806-811 |
| 30. | Proof of Claim No. 117 (NexPoint Discount Strategies Fund) | 812-817 |
| 31. | Proof of Claim No. 118 (NexPoint Real Estate Strategies Fund) | 818-823 |
| 32. | Proof of Claim No. 119 (Highland Capital Management Fund Advisors, L.P.) | 824-838 |

| Ex. | Description | Appx. # |
|---|---|---|
| 33. | Proof of Claim No. 120 (The Get Good Trust) | 839-844 |
| 34. | Proof of Claim No. 121 (NexPoint Healthcare Opportunities Fund) | 845-850 |
| 35. | Proof of Claim No. 122 (Highland iBoxx Senior Loan ETF) | 851-856 |
| 36. | Proof of Claim No. 123 (NexPoint Event-Driven Fund) | 857-862 |
| 37. | Proof of Claim No. 124 (NexPoint Energy and Material Opportunities Fund) | 863-868 |
| 38. | Proof of Claim No. 125 (Highland Floating Rate Fund) | 869-874 |
| 39. | Proof of Claim No. 126 (Highland Total Return Fund) | 875-880 |
| 40. | Proof of Claim No. 127 (Highland Small-Cap Equity Fund) | 881-886 |
| 41. | Proof of Claim No. 128 (The Get Good Non-Exempt Trust No. 1, Individually and as Successor-In-Interest of the Canis Minor Trust) | 887-892 |
| 42. | Proof of Claim No. 129 (The Get Good Non-Exempt Trust No. 2, Individually and as Successor-In-Interest of the Canis Minor Trust) | 893-898 |
| 43. | Proof of Claim No. 130 (NexPoint Latin America Opportunities Fund) | 899-904 |
| 44. | Proof of Claim No. 131 (The Dugaboy Investment Trust) | 905-910 |
| 45. | Proof of Claim No. 132 (Highland Merger Arbitrage Fund) | 911-916 |
| 46. | Proof of Claim No. 133 (CLO Holdco, Ltd.) | 917-987 |
| 47. | Proof of Claim No. 138 (James D. Dondero) | 988-993 |
| 48. | Proof of Claim No. 140 (NexPoint Capital, Inc.) | 994-999 |

| Ex. | Description | Appx. # |
|---|---|---|
| 49. | Proof of Claim No. 141 (James D. Dondero) | 1000-1005 |
| 50. | Proof of Claim No. 142 (James D. Dondero) | 1006-1011 |
| 51. | Proof of Claim No. 145 (James Dondero, as the successor-in-interest to the Canis Major Trust) | 1012-1017 |
| 52. | Proof of Claim No. 146 (HCRE Partner, LLC) | 1018-1023 |
| 53. | Proof of Claim No. 151 (NexVest, LLC) | 1024-1035 |
| 54. | Proof of Claim No. 152 (Hunter Mountain Trust) | 1036-1045 |
| 55. | Proof of Claim No. 175 (Highland Capital Management Services, Inc.) | 1046-1051 |
| 56. | Proof of Claim No. 176 (Highland Capital Management Services, Inc.) | 1052-1057 |
| 57. | Proof of Claim No. 177 (The Dugaboy Investment Trust) | 1058-1063 |
| 58. | Proof of Claim No. 178 (NexBank SSB) | 1064-1072 |
| 59. | Proof of Claim No. 188 (James D. Dondero) | 1073-1078 |
| 60. | Proof of Claim No. 198 (CLO Holdco, Ltd.) | 1079-1149 |
| 61. | Proof of Claim No. 254 (CLO HoldCo, Ltd.) | 1150-1211 |
| 62. | Proof of Claim No. 239 (Highland Capital Management Fund, L.P. and NexPoint Advisers, L.P.) | 1212-1224 |
| 63. | Transcript of Hearing Held April 13, 2022 (PM), Adv. Proc. No. 21-3010 (Bankr. N.D. Tex. Apr. 13, 2022) | 1225-1406 |
| 64. | Transcript of Hearing Held September 12, 2022, Case No. 19-34054-sgj (Bankr. N.D. Tex. Sep. 12, 2022) | 1407-1468 |

| <u>Ex.</u> | **<u>Description</u>** | <u>Appx. #</u> |
|---|---|---|
| 65. | Transcript of Hearing Held December 16, 2020, Case No. 19-34054-sgj (Bankr. N.D. Tex. Dec. 16, 2020) | 1469-1535 |
| 66. | Transcript of Hearing Held March 19, 2021, Case No. 19-34054-sgj (Bankr. N.D. Tex. Mar. 19, 2021) | 1536-1618 |
| 67. | Transcript of Hearing Held January 14, 2021, Case No. 19-34054-sgj (Bankr. N.D. Tex. Jan. 14, 2021) | 1619-1792 |
| 68. | Grant Scott January 21, 2021 Deposition Transcript | 1793-1832 |
| 69. | *Verified Petition to Take Deposition Before Suit and Seek Documents*, Cause No. DC-21-09534 (Tex. Dist. 95th July 22, 2021) | 1833-1842 |
| 70. | *Verified Amended Petition to Take Deposition Before Suit and Seek Documents*, Cause No. DC-21-09534 (Tex. Dist. 95th May 2, 2022) | 1843-1856 |
| 71. | *Order*, Cause No. 21-09534 (Tex. Dist. 95th Jun. 1, 2022) | 1857-1858 |
| 72. | *Petitioner Hunter Mountain Investment Trust's Verified Rule 202 Petition*, Cause No. DC-23-01004 (Tex. Dist. 191st Jan. 20, 2023) | 1859-1902 |
| 73. | Transcript of Hearing Held February 2, 2021, Case No. 19-34054-sgj (Bankr. N.D. Tex. Feb. 2, 2021) | 1903-2198 |
| 74. | *Order Denying Hunter Mountain Investment Trust's Verified Rule 202 Petition*, Cause No. DC-23-01004 (Tex. Dist. 191st Mar 8, 2023) | 2199-2200 |
| 75. | Proof of Claim No. 186 (Hunter Covitz) | 2201-2213 |
| 76. | *Original Complaint*, Index No. 653654/2022, NYSCEF Doc. No. 1 (N.Y. Sup. Oct. 4, 2022). | 2214-2261 |
| 77. | *Application*, No. 106-25786898 (Royal Court of Guernsey)<br>➢ Signification<br>➢ Affidavit of Paul Richard Murphy (*without exhibit*) | 2262-2294 |
| 78. | Letter from the Texas State Securities Board to Highland Capital Management, L.P., dated May 9, 2023 | 2295-2296 |
| 79. | Transcript of Hearing Held Feb. 23, 2021 (PM), Adv. Proc. No. 21-3010 (Bankr. N.D. Tex. Feb. 23, 2021) | 2297-2536 |
| 80. | Transcript of Hearing Held Jun. 8, 2023, Case No. 19-34054-sgj (Bankr. N.D. Tex. Jun. 8, 2023) | 2537-2926 |

| | |
|---|---|
| Dated: July 14, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>Jeffrey N. Pomerantz (CA Bar No.143717) (*pro hac vice*)<br>John A. Morris (NY Bar No. 2405397) (*pro hac vice*)<br>Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)<br>Hayley R. Winograd (NY Bar No. 5612569) (*pro hac vice*)<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA  90067<br>Tel: (310) 277-6910<br>Fax:  (310) 201-0760<br>Email:    jpomerantz@pszjlaw.com<br>              jmorris@pszjlaw.com<br>              gdemo@pszjlaw.com<br>              hwinograd@pszjlaw.com<br><br>-and-<br><br>**HAYWARD PLLC**<br><br>*/s/ Zachery Z. Annable*<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br><br>*Counsel for Highland Capital Management, L.P.* |