# EXHIBIT 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

UBS SECURITIES LLC and
UBS AG, LONDON BRANCH,

                Plaintiffs,

- against -

HIGHLAND CAPITAL MANAGEMENT, L.P.,
HIGHLAND CDO OPPORTUNITY MASTER
FUND, L.P., HIGHLAND SPECIAL
OPPORTUNITIES HOLDING COMPANY,
HIGHLAND FINANCIAL PARTNERS, L.P.,
HIGHLAND CREDIT STRATEGIES MASTER
FUND, L.P., HIGHLAND CRUSADER
OFFSHORE PARTNERS, L.P., HIGHLAND
CREDIT OPPORTUNITIES CDO, L.P., and
STRAND ADVISORS, INC.,

                Defendants.

Index No.: 650097/2009

Hon. Marcy S. Friedman
IAS Part 60

**FILED**

FEB 1 0 2020

COUNTY CLERK'S OFFICE
NEW YORK

[~~PROPOSED~~] JUDGMENT

    Plaintiffs UBS Securities LLC and UBS AG, London Branch, having filed a Complaint against Defendants Highland Capital Management, L.P., Highland CDO Opportunity Master Fund, L.P., Highland Special Opportunities Holding Company on February 24, 2009;

    NOW, Plaintiffs UBS Securities LLC and UBS AG, London Branch having filed their Second Amended Complaint against Defendants Highland Special Opportunities Holding Company ("SOHC"), Highland CDO Opportunity Master Fund, L.P. ("CDO Fund," and together with SOHC, the "Fund Counterparties"), Highland Financial Partners, L.P., Highland Credit Strategies Master Fund, L.P., Highland Crusader Offshore Partners, L.P., Highland Credit Opportunities CDO, L.P., and Strand Advisors, Inc., which was consolidated with the claims set forth in Plaintiffs' June 28, 2010 Complaint against Defendant Highland Capital Management, L.P. (Index. No. 650752/2010);

Appx. 00018

NOW, the Court having held trial from July 9, 2018 through July 27, 2018, on (1) Plaintiffs' third and fourth causes of action against the Fund Counterparties, and (2) Defendant Highland Capital Management, L.P.'s counterclaims against Plaintiffs;

AND the Court having rendered a final Decision and Order after Trial on November 14, 2019, in which it found in favor of Plaintiffs UBS Securities LLC and UBS AG, London Branch on their third and fourth causes of action against the Fund Counterparties, and dismissed Defendant Highland Capital Management, L.P.'s counterclaims with prejudice;

IT IS NOW HEREBY ORDERED AND ADJUDGED that Plaintiffs UBS Securities LLC with an address of 677 Washington Blvd, Stamford, Connecticut, and 299 Park Avenue, New York, New York and UBS AG, London Branch with an address of Finsbury Avenue, London United Kingdom are granted a judgment of $519,374,149 and entitled to prejudgment interest in the amount of 9% simple interest per year from the date of the breach, which the Court has determined is December 5, 2008, for an overall judgment as of January 22, 2020 of **$1,039,957,799.44**, with additional interest per day thereafter of $128,065 until entry of judgment, to be apportioned among Defendants as follows:

(i) $264,880,815.99 against Defendant Highland CDO Opportunity Master Fund, L.P. with an address of 52 Reid Street, Hamilton, Bermuda, plus $265,497,661.73 in prejudgment interest, for a total judgment against Defendant Highland CDO Opportunity Master Fund, L.P. as of January 22, 2020 of **$530,378,477.72** with additional prejudgment interest per day thereafter of $65,313.08 until entry of judgment in the total amount [ˆthe sum of $1,240,948.52 for], and it is ordered that Plaintiffs shall have execution [of $531,619,426.24] thereof, provided that enforcement shall be stayed as to $35,955,000 (51% of $70.5 million); and

FILED: NEW YORK COUNTY CLERK 02/10/2020 10:21 AM                    INDEX NO. 650097/2009
NYSCEF DOC. NO. 646                                                  RECEIVED NYSCEF: 02/10/2020

(ii) $254,493,333.01 against Defendant Highland Special Opportunities Holding Company with an address of Walker House, 87 Mary Street, George Town, Grand Cayman, Cayman Islands, plus $255,085,988.72 in prejudgment interest, for a total judgment against Defendant Highland Special Opportunities Holding Company as of January 22, 2020 of **$509,579,321.73** with additional prejudgment interest per day thereafter of $62,751.78 until entry of judgment in the total amount [the sum of $1,192,283.62, for, of $510,771,605.55], and it is ordered that Plaintiffs shall have execution thereof, <u>provided that</u> enforcement shall be stayed as to $34,545,000 (49% of $70.5 million).

Dated: New York, New York
January 22, 2020

ENTER:

HON. MARCY S. FRIEDMAN, J.S.C.

CLERK

FILED
FEB 1 0 2020
COUNTY CLERK'S OFFICE
NEW YORK

3

Appx. 00020

FILED: NEW YORK COUNTY CLERK 02/10/2020 10:21 AM   INDEX NO. 650097/2009
NYSCEF DOC. NO. 646                                RECEIVED NYSCEF: 02/10/2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

INDEX # 650097/2009

*UBS Securities LLC, UBS AG, London Branch*

*Plaintiff(s)/Petitioner(s)*

*Against*

*Highland Capital Management, L.P., Highland CDO Opportunity Master Fund, L.P., Highland Special Opportunities Holding Company, Highland Financial Partners, L.P., Highland Credit Strategies Fund, Highland Crusader Offshore Partners, L.P., Highland Credit Opportunities CDO, L.P., Strand Advisors Inc.*

*Defendant(s)/Respondent(s)*

## JUDGMENT

*Attorney for the Prevailing Party*

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200

Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022
(212) 446-4800

2 - 2
**FILED AND DOCKETED**
FEB 10 2020
AT 10:20 AM
N.Y., CO. CLK'S OFFICE