# EXHIBIT 62

K&L GATES LLP
Artoush Varshosaz (TX Bar No. 24066234)
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5659
artoush.varshosaz@klgates.com

Stephen G. Topetzes (*pro hac vice*)
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9328
stephen.topetzes@klgates.com

A. Lee Hogewood, III (*pro hac vice*)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, NC 27609
Tel: (919) 743-7306
Lee.hogewood@klgates.com

*Counsel for Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P.*

Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4375
drukavina@munsch.com
jvasek@munsch.com

*Counsel for Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 19-34054-sgj11 |

**APPLICATION FOR ALLOWANCE OF**
**ADMINISTRATIVE EXPENSE CLAIM**

RECEIVED
JAN 24 2021
KURTZMAN CARSON CONSULTA

TO THE HONORABLE STACEY G.C. JERNIGAN, U.S. BANKRUPTCY JUDGE:

COME NOW Highland Capital Management Fund Advisors, L.P. ("HCMFA") and NexPoint Advisors, L.P. ("NexPoint," and with HCMFA, the "Advisors"), creditors and parties in interest in the above-captioned bankruptcy case (the "Bankruptcy Case"), and file this their *Application for Allowance of Administrative Expense Claim* (the "Application"), respectfully stating as follows:

APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPE


1934054210124000000000013

Appx. 01213

### I. JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

### II. BACKGROUND

**A. SHARED SERVICES AGREEMENTS**

3. On or about February 8, 2013, HCMFA entered into that certain *Second Amended and Restated Shared Services Agreement* (each such agreement, a "SSA") with Highland Capital Management, L.P. (the "Debtor"). On or about the same date, NexPoint also entered into a SSA with the Debtor.

4. Under the SSAs, the Debtor agreed to provide the Advisors with certain services, including "all of the (i) finance and accounting services, (ii) human resources services, (iii) marketing services, (iv) legal services, (v) corporate services, (vi) information technology services, and (vii) operations services ...."

5. The SSAs contain the following detailed cost allocation provisions:

The Actual Cost of any item relating to any Shared Services or Shared Assets shall be allocated based on the Allocation Percentage. For purposes of this Agreement, "Allocation Percentage" means:

(a) To the extent 100% of such item is demonstrably attributable to HCMFA, 100% of the Actual Cost of such item shall be allocated to HCMFA as agreed by HCMFA;

(b) To the extent a specific percentage of use of such item can be determined (e.g., 70% for HCMLP and 30% for HCMFA), that specific percentage of the Actual Cost of such item will be allocated to HCMLP or HCMFA, as applicable and as agreed by HCMFA; and

(c) All other portions of the Actual Cost of any item that cannot be allocated pursuant to clause (a) or (b) above shall be allocated between HCMLP and HCMFA in such proportion as is agreed in good faith between the parties.

6. "'Actual Cost' means, with respect to any period [under the SSA], one hundred percent (100%) of the actual costs and expenses caused by, incurred or otherwise arising from or relating to (i) the Shared Services and (ii) the Shared Assets, in each case during such period."

7. In the event a party wishes to make changes to the shared services under the SSA, "The parties will negotiate in good faith the terms upon which a Service Provider would be willing to provide such New Shared Services to [the Advisors]."

**B. PAYROLL REIMBURSEMENT AGREEMENTS**

8. On or about May 1, 2018, HCMFA entered into that certain *Payroll Reimbursement Agreement* (each such agreement a "PRA") with the Debtor. On or about the same date, NexPoint also entered into a PRA with the Debtor.

9. Under the PRAs, the Debtor is entitled to seek reimbursement from the Advisors "for the cost of certain employees who are dual employees of [the Debtor and the Advisors] and who provide advice to registered investment companies advised by [the Advisors] under the direction and supervision of [the Debtor] ...."

10. The amount of such reimbursement is based on an actual cost allocation formula as follows: "The Actual Cost of any Dual Employee relating to the investment advisory services provided to a Fund shall be allocated based on the Allocation Percentage. For purposes of this Agreement, "Allocation Percentage" means the Parties' good faith determination of the percentage of each Dual Employee's aggregate hours worked during a quarter that were spent on" certain matters set forth in the PRA.

11. "'Actual Cost' means, with respect to any period [under the PRA], the actual costs and expenses caused by, incurred or otherwise arising from or relating to each Dual Employee, in each case during such period. Absent any changes to employee reimbursement, as set forth in Section 2.02, such costs and expenses are equal to $252,000 per month."

12. Section 2.02 provides the mechanism to modify employee reimbursement and also provides, "The Parties will negotiate in good faith the terms of such modification."

C. **BANKRUPTCY FILING AND SUBSEQUENT EVENTS**

13. On October 16, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (11 U.S.C. §§ 101 *et seq.*) in the United States Bankruptcy Court for the District of Delaware, thereby initiating the Bankruptcy Case. On or about December 4, 2019, the Bankruptcy Case was transferred to this Court.

14. On January 9, 2020, the Bankruptcy Court entered its *Order Approving Settlement with Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course* (Dkt. No. 339, the "Settlement Order").

15. In connection with the Settlement Order, an independent board (the "Board") was appointed to manage the Debtor's general partner, Strand Advisors, Inc. ("Strand"). Its members are John S. Dubel, James P. Seery, Jr., and Russel F. Nelms. Several months later, the Board, with court approval, appointed Mr. Seery as the Debtor's CEO and CRO.

16. As the Bankruptcy Case progressed, the Court expressed concerns about the Debtor's employees providing certain services to the non-debtor Advisors. As a result, beginning around July 2020, Mr. Seery directed the Debtor to cease providing services to the Advisors as otherwise contemplated under the SSAs and the PRAs.

17. Nevertheless, the Advisors continued to pay for those services under the SSAs and the PRAs consistent with historical practice, despite the fact that the Debtor is not providing all the required services in return. For example, upon information and belief, the Debtor has booked net income from the SSAs of approximately $10 million since the Petition Date. Given that the SSAs represent actual-cost sharing agreements, said net revenue represents Advisor overpayments under the SSAs—the purpose of the SSAs is not to make a profit. At the same time, the Advisors

have incurred significant additional expense obtaining services elsewhere that the Debtor was required to provide under the SSAs.

18. There have also been similar overpayments under the PRAs. There is a schedule attached to the PRAs of investment professionals whose compensation would be reimbursed by the Advisors. But this schedule is incredibly outdated. It includes many individuals, for example, who departed the Debtor before the Petition Date or during the Bankruptcy Case. As a result, the Advisors estimate that, since the Petition Date, they have overpaid under the PRA's more than $9 million.

19. The Advisors have brought these issues to Mr. Seery's attention, and in accordance with the Debtor's obligations under the SSAs and the PRAs, the Advisors expect Mr. Seery to negotiate in good faith. Discovery will be necessary to determine the precise amount of the overpayments under the SSAs and PRAs.

### III.  ARGUMENTS AND AUTHORITIES

20. Administrative expenses generally include "the actual, necessary costs and expenses of preserving the estate ...." 11 U.S.C. § 503(b)(1)(a). However, the list of administrative expense claims set forth in section 503(b) is not exclusive or exhaustive. *In re Imperial Bev. Group, LLC*, 457 B.R. 490, 500 (Bankr. N.D. Tex. 2011) (citing various cases for the proposition that "the administrative expenses listed in the subsections of § 503(b)—preceded by 'including'—are not exclusive"); 11 U.S.C. § 102(3) ("In this title ... 'includes' and 'including' are not limiting ....").

21. Post-petition, pre-rejection performance under an executory contract gives rise to an administrative expense claim. *See NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 531 (1984) (superseded by statute on other grounds) ("If the debtor-in-possession elects to continue to receive benefits from the other party to an executory contract pending a decision to reject or assume the

contract, the debtor-in-possession is obligated to pay for the reasonable value of those services ...."); *In re MCS/Tex. Direct, Inc.*, 02-40229-DML-11, 2004 Bankr. LEXIS 379, *11-12 (Bankr. N.D. Tex. March 30, 2004) ("Even if the contract is rejected, the contract party is entitled to payment for postpetition value received by a debtor.").

22. Similarly, a post-petition, pre-rejection breach of contract gives rise to an administrative expense claim. *See In re United Trucking Serv.*, 851 F.2d 159, 162 (6th Cir. 1988) ("the damages under the breached lease covenant, to the extent that they occurred post-petition, provided benefits to the bankrupt estate and were property accorded priority under § 503"); *Shapiro v. Meridian Auto. Sys. (Del.) (In re Lorro, Inc.)*, 391 B.R. 760, 766 (Bankr. E.D. Mich. 2008) ("the term 'administrative expense' has been construed to include claims based on tort, trademark infringement, patent infringement, and breach of contract") (citing, *inter alia*, *Reading Co. v. Brown*, 391 U.S. 471 (1968)).

23. Here, under the SSAs and the RPAs, the Advisors have paid for services they did not receive and for salaries of employees who no longer exist. The Debtor, on the other hand, collected the Advisors' payments without providing anything in exchange or incurring any actual costs. While the Advisors continued to perform under the SSAs and the RPAs, the Debtor breached its obligations under those same agreements. Accordingly, the Advisors are entitled to an administrative expense claim for the total overpayments, which, upon information and belief, total approximately $14 million. Because the accounting information related to such costs and expenses are within the exclusive control of the Debtor, discovery will be necessary to determine the precise amount of the overpayments under the SSAs and PRAs.

## IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, the Funds and Advisors respectfully request that the Court enter an order granting this Application, awarding them an administrative expense

claim in an amount to be determined at trial (which is expected to be approximately $14 million), and providing them such other and further relief to which they show themselves to be entitled, at law or in equity.

    RESPECTFULLY SUBMITTED this 24th day of January, 2021.

        MUNSCH HARDT KOPF & HARR, P.C.

        /s/ Davor Rukavina
        Davor Rukavina, Esq.
        Texas Bar No. 24030781
        Julian P. Vasek, Esq.
        Texas Bar No. 24070790
        3800 Ross Tower
        500 N. Akard Street
        Dallas, Texas 75202-2790
        Telephone: (214) 855-7500
        Facsimile: (214) 978-4375
        drukavina@munsch.com
        jvasek@munsch.com

        K&L GATES LLP

        Artoush Varshosaz (TX Bar No. 24066234)
        1717 Main Street, Suite 2800
        Dallas, TX 75201
        Tel: (214) 939-5659
        artoush.varshosaz@klgates.com

        Stephen G. Topetzes (*pro hac vice*)
        1601 K Street, NW
        Washington, DC 20006-1600
        Tel: (202) 778-9328
        stephen.topetzes@klgates.com

        A. Lee Hogewood, III (*pro hac vice*)
        4350 Lassiter at North Hills Ave., Suite 300
        Raleigh, NC 27609
        Tel: (919) 743-7306
        Lee.hogewood@klgates.com

        *Counsel for Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document was served (A) electronically by the Court's CM/ECF system on all parties entitled to such notice on January 24, 2021; and (B) by first class U.S. mail, postage prepaid, on the attached service list on January 25, 2021.

/s/ Davor Rukavina
Davor Rukavina, Esq.

| | | |
|---|---|---|
| **Abernathy, Roeder, Boyd & Hullett, P.C.**<br>Chad Timmons, Larry R. Boyd, Emily M. Hahn<br>1700 Redbud Blvd, Ste. 300<br>McKinney, TX 75069 | **Alston & Bird LLP**<br>Jared Slade<br>Chase Tower<br>2200 Ross Avenue<br>Dallas, TX 75201 | **Alston & Bird LLP**<br>Jonathan T. Edwards<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309 |
| **Ashby & Geddes, P.A.**<br>William P. Bowden, Esq., Michael D. DeBaecke, Esq.<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE 19899-1150 | **Baker & Mckenzie LLP**<br>Debra A. Dandeneau<br>452 Fifth Ave<br>New York, NY 10018 | **Baker & Mckenzie LLP**<br>Michelle Hartmann<br>1900 North Pearl<br>Suite 1500<br>Dallas, TX 75201 |
| **Barnes & Thornburg LLP**<br>Thomas G. Haskins, Jr.<br>2121 North Pearl Street, Suite 700<br>Dallas, TX 75201 | **BBVA**<br>Michael Doran<br>8080 North Central Expressway<br>Suite 1500<br>Dallas, TX 75206 | **Blank Rome LLP**<br>John E. Lucian, Josef W. Mintz<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801 |
| **Bonds Ellis Eppich Schafer Jones LLP**<br>D. Michael Lynn, John Y. Bonds, III, Bryan C. Assink<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102 | **Buchalter, A Professional Corporation**<br>Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 | **Butler Snow LLP**<br>Martin A. Sosland and Candice M. Carson<br>2911 Turtle Creek Blvd.<br>Suite 1400<br>Dallas, TX 75219 |
| **Carlyon Cica Chtd.**<br>Candace C. Carlyon, Esq., Tracy M. Osteen, Esq.<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119 | **Chipman, Brown, Cicero & Cole, LLP**<br>Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801 | **Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>Michael D. Warner, Esq.<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX 76102 |
| **Condon Tobin Sladek Thornton PLLC**<br>J. Seth Moore<br>8080 Park Lane, Suite 700<br>Dallas, TX 75231 | **Cross & Simon LLC**<br>Michael L. Vild, Esquire<br>1105 N. Market Street, Suite 901<br>Wilmington, DE 19801 | **Dentons US LLP**<br>Lauren Macksoud, Esq.<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| **Dentons US LLP**<br>Patrick C. Maxcy, Esq.<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL 60606-6361 | **Frontier State Bank**<br>Attn: Steve Elliot<br>5100 South I-35 Service Road<br>Oklahoma City, OK 73129 | **Frost Brown Todd LLC**<br>Mark A. Platt<br>100 Crescent Court, Suite 350<br>Dallas, TX 75201 |
| **Gibson, Dunn & Crutcher LLP**<br>Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq.<br>200 Park Avenue<br>New York, NY 10066 | **Gibson, Dunn & Crutcher LLP**<br>Matthew G. Bouslog, Esq.<br>3161 Michelson Drive<br>Irvine, CA 92612 | **Hayward & Associates PLLC**<br>Melissa S. Hayward, Zachery Z. Annable<br>10501 N. Central Expy, Ste. 106<br>Dallas, TX 75231 |
| **Heller, Draper & Horn, L.L.C.**<br>Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130 | **Highland Capital Management**<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | **Hunter Mountain Investment Trust**<br>c/o Rand Advisors LLC<br>John Honis<br>87 Railroad Place Ste 403<br>Saratoga Springs, NY 12866 |
| **Internal Revenue Service**<br>Attn Susanne Larson<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 |

| | | |
|---|---|---|
| **Jackson Walker L.L.P.**<br>Michael S. Held<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201 | **Jefferies LLC**<br>Director of Compliance<br>520 Madison Avenue, 16th Floor<br>Re Prime Brokerage Services<br>New York, NY 10022 | **Jefferies LLC**<br>Office of the General Counsel<br>520 Madison Avenue, 16th Floor<br>Re Prime Brokerage Services<br>New York, NY 10022 |
| **Jenner & Block LLP**<br>Marc B. Hankin, Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908 | **Jones Day**<br>Amanda Rush<br>2727 N. Harwood Street<br>Dallas, TX 75201 | **Jones Walker LLP**<br>Joseph E. Bain, Amy K. Anderson<br>811 Main Street, Suite 2900<br>Houston, TX 77002 |
| **K&L Gates LLP**<br>Artoush Varshosaz<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201 | **K&L Gates LLP**<br>James A. Wright III<br>1 Lincoln Street<br>Boston, MA 02110 | **K&L Gates LLP**<br>Stephen G. Topetzes<br>1601 K Street, NW<br>Washington, DC 20006-1600 |
| **Kane Russell Coleman Logan PC**<br>John J. Kane<br>901 Main Street, Suite 5200<br>Dallas, TX 75242-1699 | **KeyBank National Association**<br>as Administrative Agent<br>225 Franklin Street, 18th Floor<br>Boston, MA 02110 | **KeyBank National Association**<br>as Agent<br>127 Public Square<br>Cleveland, OH 44114 |
| **King & Spalding LLP**<br>Paul R. Bessette<br>500 West 2nd St., Suite 1800<br>Austin, TX 78701-4684 | **Kurtzman Carson Consultants**<br>Joe Morrow<br>222 N. Pacific Coast Hwy Ste 300<br>El Segundo, CA 90245 | **Kurtzman Steady, LLC**<br>Jeffrey Kurtzman, Esq.<br>401 S. 2nd Street, Suite 200<br>Philadelphia, PA 19147 |
| **Latham & Watkins LLP**<br>Asif Attarwala<br>330 N. Wabash Avenue, Ste. 2800<br>Chicago, IL 60611 | **Latham & Watkins LLP**<br>Jeffrey E. Bjork<br>355 South Grand Avenue, Ste. 100<br>Los Angeles, CA 90071 | **Linebarger Goggan Blair & Sampson LLP**<br>Elizabeth Weller, Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 |
| **Loewinsohn Flegle Deary Simon LLP**<br>Daniel P. Winikka<br>12377 Merit Drive, Suite 900<br>Dallas, TX 75251 | **Lynn Pinker Cox & Hurst, L.L.P.**<br>Michael K. Hurst, Esq.<br>2100 Ross Avenue, Ste 2700<br>Dallas, TX 75201 | **Mark K. Okada**<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 |
| **Morris, Nichols, Arsht & Tunnell LLP**<br>Curtis S. Miller, Kevin M. Coen<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801 | **Morrison Cohen LLP**<br>Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq.<br>909 Third Avenue<br>New York, NY 10022 | **NexBank**<br>John Danilowicz<br>2515 McKinney Ave<br>Ste 1100<br>Dallas, TX 75201 |
| **Nixon Peabody LLP**<br>Louis J. Cisz, III, Esq.<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | **Office of General Counsel**<br>Securities & Exchange Commission<br>100 F St NE<br>Washington, DC 20554 | **Office of the Attorney General**<br>Ken Paxton<br>300 W. 15th Street<br>Austin, TX 78701 |
| **Office of the Attorney General**<br>Main Justice Building, Room 5111<br>10th & Constitution Avenue, N.W.<br>Washington, DC 20530 | **Office of the United States Attorney**<br>Erin Nealy Cox, Esq<br>1100 Commerce Street, 3rd Floor<br>Dallas, TX 75202 | **Office of the United States Trustee**<br>Lisa L. Lambert, Esq<br>1100 Commerce Street, Room 976<br>Earle Cabell Federal Building<br>Dallas, TX 75242 |

| Pachulski Stang Ziehl & Jones LLP<br>John A. Morris and Gregory V. Demo<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Pachulski Stang Ziehl & Jones LLP<br>Richard M. Pachulski, Jeffrey N. Pomerantz,<br>Ira D. Kharasch, James E. O'Neill<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801 | Pachulski Stang Ziehl & Jones LLP<br>Richard M. Pachulski, Jeffrey N. Pomerantz,<br>Ira D. Kharasch, James E. O'Neill<br>10100 Santa Monica Blvd, 13th Floor<br>Los Angeles, CA 90067 |
|---|---|---|
| Pension Benefit Guaranty Corporation<br>Michael I. Baird<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Linda D. Reece<br>1919 S. Shiloh Rd., Suite 310<br>Garland, TX 75042 | Potter Anderson & Corroon LLP<br>Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq.<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801 |
| Prime Brokerage Services<br>Jefferies LLC<br>520 Madison Avenue<br>New York, NY 10022 | Richards, Layton & Finger PA<br>Michael J. Merchant, Sarah E. Silveira<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Rochelle McCullough, LLP<br>E. P. Keiffer<br>325 North St. Paul Street, Suite 4500<br>Dallas, TX 75201 |
| Ross & Smith, PC<br>Judith W. Ross, Frances A. Smith, Eric Soderlund<br>700 North Pearl Street, Suite 1610<br>Dallas, TX 75201 | Schulte Roth & Zabel LLP<br>David J. Karp, James V. Williams III<br>919 Third Avenue<br>New York, NY 10022 | Securities & Exchange Commission<br>Andrew Calamari, Regional Director<br>New York Regional Office<br>Brookfield Place, Suite 400<br>200 Vesey Street<br>New York, NY 10281 |
| Securities & Exchange Commission<br>Sharon Binger, Regional Director<br>Philadelphia Regional Office<br>One Penn Center, Suite 520<br>1617 JFK Boulevard<br>Philadelphia, PA 19103 | Sidley Austin LLP<br>Matthew Clemente, Alyssa Russell, Elliot A. Bromagen<br>One South Dearborn Street<br>Chicago, IL 60603 | Sidley Austin LLP<br>Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman<br>2021 McKinney Avenue Suite 2000<br>Dallas, TX 75201 |
| Spencer Fane LLP<br>Jason P. Kathman<br>5700 Granite Parkway, Suite 650<br>Plano, TX 75024 | State Comptroller of Public Accounts<br>Revenue Accounting Division-<br>Bankruptcy Section<br>PO Box 13258<br>Austin, TX 78711 | State of Delaware<br>Division of Corporations - Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 |
| Strand Advisors, Inc.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | Sullivan Hazeltine Allinson LLC<br>William A. Hazeltine, Esq.<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801 | Texas Attorney Generals Office<br>Bankruptcy-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| The Dugaboy Investment Trust<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | The Mark and Pamela Okada Family Trust - Exempt Trust #1<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | The Mark and Pamela Okada Family Trust - Exempt Trust #2<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 |
| U.S. Department of Justice, Tax Division<br>David G. Adams<br>717 N. Harwood St., Suite 400<br>Dallas, TX 75201 | United States Attorney General<br>U.S. Department of Justice<br>William Barr, Esquire<br>950 Pennsylvania Avenue, NW<br>Room 4400<br>Washington, DC 20530-0001 | US Department of the Treasury<br>Office of General Counsel<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 |
| Winstead PC<br>Rakhee V. Patel, Phillip Lamberson<br>2728 N. Harwood Street, Suite 500<br>Dallas, TX 75201 | Winston & Strawn LLP<br>Attn: David Neier<br>200 Park Avenue<br>New York, NY 10166-4193 | Winston & Strawn LLP<br>Attn: Katherine A. Preston<br>800 Capitol Street, Suite 2400<br>Houston, TX 77002 |

| Winston & Strawn LLP | Young Conaway Stargatt & Taylor, LLP | Zillah A. Frampton |
|---|---|---|
| Attn: Thomas M. Melsheimer; Natalie L. Arbaugh | Michael R. Nestor, Edmon L. Morton, Sean M. Beach, Esq., Jaclyn C. Weissgerber, Esq. | Bankruptcy Administrator Delaware Division of Revenue |
| 2121 N. Pearl Street, Suite 900 | Rodney Square | Carvel State Office Building, 8th Floor |
| Dallas, TX 75201 | 1000 North King Street | 820 N. French Street |
| | Wilmington, DE 19801 | Wilmington, DE 19801 |