# EXHIBIT 74

Appx. 02199

CAUSE NO. DC-23-01004

| | | |
|---|---|---|
| IN RE:<br><br>HUNTER MOUNTAIN INVESTMENT TRUST,<br><br>Petitioner. | §<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br>DALLAS COUNTY, TEXAS<br><br>191ST JUDICIAL DISTRICT |

## ORDER

Came on for consideration *Petitioner Hunter Mountain Investment Trust's Verified Rule 202 Petition* ("Petition") filed by petitioner Hunter Mountain Investment Trust ("HMIT"). The Court, having considered the Petition, the joint verified response in opposition filed by respondents Farallon Capital Management, L.L.C. ("Farallon") and Stonehill Capital Management LLC ("Stonehill"), HMIT's reply, the evidence admitted during the hearing conducted on February 22, 2023, the argument of counsel during that hearing, Farallon's and Stonehill's post-hearing brief, the record, and applicable authorities, concludes that HMIT's Petition should be denied and that this case should be dismissed. Therefore,

The Court ORDERS that HMIT's Petition be, and is hereby, DENIED, and that this case be, and is hereby, DISMISSED.

THE COURT SO ORDERS.

Signed this _____ day of March, 2023.

_____
HONORABLE GENA SLAUGHTER