# EXHIBIT 78

Appx. 02295



TRAVIS J. ILES
SECURITIES COMMISSIONER

CLINTON EDGAR
DEPUTY SECURITIES COMMISSIONER

Mail: P.O. BOX 13167
AUSTIN, TEXAS 78711-3167

Phone: (512) 305-8300
Facsimile: (512) 305-8310

E. WALLY KINNEY
CHAIR

KENNY KONCABA
MEMBER

ROBERT BELT
MEMBER

MELISSA TYROCH
MEMBER

EJIKE E OKPA II
MEMBER

**Texas State Securities Board**

208 E. 10th Street, 5th Floor
Austin, Texas 78701-2407
www.ssb.texas.gov

May 9, 2023

Dan Waller, Esq.
Glast, Phillips & Muarry
14801 Quorum Drive, Suite 500
Dallas, TX 75254

*Sent via e-mail to*
*DWaller@gpm-law.com*

RE: Complaint Filed

Dear Mr. Waller:

The staff of the Texas State Securities Board (the "Staff") has completed its review of the complaint received by the Staff against Highland Capital Management, L.P. The issues raised in the complaint and information provided to our Agency were given full consideration, and a decision was made that no further regulatory action is warranted at this time.

If you have any questions regarding the foregoing, please contact me via e-mail at cedgar@ssb.texas.gov.

Sincerely,

Clint Edgar
Deputy Securities Commissioner

Appx. 02296