Deborah Deitsch-Perez
Michael P. Aigen
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for James Dondero, NexPoint Asset Management, L.P, NexPoint Advisors, L.P., Highland Capital Management Services, Inc. and NexPoint Real Estate Partners, LLC*

John A. Morris *(pro hac vice)*
NY Bar No. 2405397
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email: jmorris@pszjlaw.com

*Attorneys for Debtor Highland Capital Management, LP*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§ | **Chapter 11**<br><br>**Case No. 19-34054-sgj11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NEXPOINT ASSET MANAGEMENT, L.P., et al.**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civ. Act. No. 3:21-cv-00881-X**<br><br>**(Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X)** |

**JOINT AGREED EMERGENCY MOTION FOR APPROVAL OF STIPULATION REGARDING BRIEFING ON HIGHLAND CAPITAL MANAGEMENT, L.P.'S MOTION TO DEEM THE DONDERO ENTITIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

COME NOW Highland Capital Management L.P. ("Highland"), on the one hand, and James Dondero ("Mr. Dondero"), NexPoint Asset Management, L.P. (f/k/a Highland Capital Management Fund Advisors, L.P.) ("NexPoint AM"), NexPoint Advisors, L.P. ("NexPoint

Advisors”), Highland Capital Management Services, Inc. (“HCMS”), and NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) (“NexPoint Real Estate”) (collectively, the “Defendants” and together with Highland, the “Parties”), on the other hand, by and through their respective undersigned counsel, filing this *Joint Agreed Emergency Motion for Approval of Stipulation Regarding Briefing on Highland Capital Management, L.P.’s Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief* (the “Motion”) seeking entry of an order from this Court, in a form substantially similar to that attached hereto as **Exhibit 1** (the “Proposed Order”), approving the *Stipulation Regarding Briefing on Highland Capital Management, L.P.’s Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief* (the “Stipulation”) executed by the Parties and attached hereto as **Exhibit 2**. In support of the Motion, the Parties respectfully state the following:

## I. BACKGROUND

1. On October 16, 2019 (the “Petition Date”), Highland (in its capacity as a debtor in bankruptcy, the “Debtor”) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware, Case No. 19-12239 (CSS) (the “Delaware Court”).

2. The above-captioned cases were consolidated in this Court to, among other things, review certain reports and recommendations from the Bankruptcy Court.

3. On July 14, 2023, Plaintiff filed its *Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief in this Court* [Docket No. 136] ("Plaintiff's Vexatious Litigant Motion").

4. The Parties are simultaneously seeking additional relief in this Action in the form of their (a) *Joint Agreed Emergency Motion for Order Approving Stipulation Regarding Finality*

*of Judgments and Entering Amended Final Judgments in Note Actions* and (b) *Joint Agreed Emergency Motion for Order Approving Stipulation for the Bonding of Judgments and Stays of Executions Pending Appeals* (together, the "Other Motions").

5. Due to the significant number of parties identified by Plaintiff in Plaintiff's Vexatious Litigation Motion[1] and as a further compromise of certain issues including those reflected in the Other Motions, the Parties have conferred in good faith and agree that, subject to the Court's approval, none of the people or entities against whom Highland seeks relief should be required to respond to Plaintiff's Vexatious Litigant Motion, except as set forth below.

## II. RELIEF REQUESTED

The Parties respectfully request that, on the condition that the Court enters orders granting the Other Motions, that it enter an order directing that responses to Plaintiff's Vexatious Litigant Motion will be due on December 15, 2023, or such later date as the Parties shall agree in writing.[2]

WHEREFORE, the Parties respectfully request that the Court (i) grant the Motion; (ii) enter an order, substantially in the form of the Proposed Order attached hereto as **Exhibit 1**, approving the Stipulation; and (iii) grant such other and further relief as the Court deems just and proper.

*[Remainder of Page Intentionally Blank]*

---

[1] *See Highland Capital Management, L.P.'s Memorandum of Law in Support of Its Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief* [Docket No. 137] at 1, n.2 (Plaintiff's definition of alleged "Dondero Entities" against whom relief is sought).

[2] The Parties agree that Defendants' entry into this Stipulation shall not be used to argue that any party is a Dondero Entity or that any party consents to the jurisdiction of the Court (other than with respect to those matters for which the reference was previously withdrawn) or this Court's jurisdiction over the Plaintiff's Vexatious Litigant Motion.

Dated: August 1, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569) 10100
Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

- and -

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

- and -

**STINSON LLP**

*/s/ Michael P. Aigen*
Deborah Deitsch-Perez
Texas State Bar No. 24036072
Michael P. Aigen
Texas State Bar No. 24012196
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for James Dondero, NexPoint Asset Management, L.P, NexPoint Advisors, L.P., Highland Capital Management Services, Inc. and NexPoint Real Estate Partners, LLC*

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2023, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing system to the parties that are registered or otherwise entitled to receive electronic notices in this adversary proceeding.

*/s/ Michael P. Aigen*
Michael P. Aigen