Deborah Deitsch-Perez
Michael P. Aigen
STINSON LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: Deborah.deitschperez@stinson.com
Email: Michael.aigen@stinson.com

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 19-34054-sgj11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>Plaintiff,<br><br>v.<br><br>**HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et al.**<br><br>Defendants. | **Civ. Act. No. 3:21-cv-00881-X**<br><br>**(Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X)** |

**NOTICE OF BONDING**

PLEASE TAKE NOTICE that, on August 8, 2023, in accordance with the terms of the Binding Bonding Agreement attached as Exhibit A to Order Granting Joint Agreed Emergency Motion for Order Approving Stipulation for the Bonding of Judgments and Stays of Executions Pending Appeals, as well as the Amended Final Judgments against the Judgment Debtors at Dkts

1

143-145 and 147, Defendants NexPoint Asset Management, L.P.; NexPoint Advisors, L.P.; and Highland Capital Management Services, Inc., tendered bond to the Treasury Registry for the United States District Court for the Northern District of Texas. Proof of payment is attached hereto as Exhibit 1.

Dated: August 10, 2023

>Respectfully submitted,
>
>*/s/ Deborah Deitsch-Perez*
>Deborah Deitsch-Perez
>State Bar No. 24036072
>Michael P. Aigen
>State Bar No. 24012196
>STINSON LLP
>2200 Ross Avenue, Suite 2900
>Dallas, Texas 75201
>(214) 560-2201 telephone
>(214) 560-2203 facsimile
>Email: deborah.deitschperez@stinson.com
>Email: michael.aigen@stinson.com
>
>*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 10, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties registered to receive electronic notices in this case.

>*/s/ Deborah Deitsch-Perez*
>Deborah Deitsch-Perez