# Exhibit 1

# U.S. District Court

## Texas Northern - Dallas

THIS IS A COPY

AMENDED RECEIPT

Receipt Date: Aug 8, 2023 2:56PM

Rcpt. No: 300007043          Trans. Date: Aug 8, 2023 2:56PM          Cashier ID: #OH

| CD  | Purpose          | Case/Party/Defendant                                    | Qty | Price      | Amt        |
|-----|------------------|----------------------------------------------------------|-----|------------|------------|
| 701 | Treasury Registry | DTXN321cv000881 /01<br>FBO: Nexpoint Asset Management LP | 1   | 6000000.00 | 6000000.00 |

| CD | Tender |         |          | Amt            |
|----|--------|---------|----------|----------------|
| CH | Check  | #046304 | 08/8/2023 | $6,000,000.00 |

Total Due Prior to Payment: $6,000,000.00
Total Tendered: $6,000,000.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**RECEIPT AMENDED** by staff #1788 8/8/2023 3:18 PM
**AMENDMENT VERIFIED** by staff #1774 8/8/2023 3:19 PM
**Correction Reason**: 03) Incorrect Case/Party Number

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# U.S. District Court

## Texas Northern - Dallas

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Aug 8, 2023 3:01PM

| Rcpt. No: 300007048 | | Trans. Date: Aug 8, 2023 3:01PM | | | Cashier ID: #OH |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 701 | Treasury Registry | Dtxn321cv000881 /01<br>FBO: Nexpoint Advisors LP | 1 | 18798654.37 | 18798654.37 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #046302 | 08/8/2023 | $18,798,654.37 |
| | | | Total Due Prior to Payment: | $18,798,654.37 |
| | | | Total Tendered: | $18,798,654.37 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**RECEIPT AMENDED** by staff #1788 8/8/2023 3:12 PM
**AMENDMENT VERIFIED** by staff #1774 8/8/2023 3:12 PM
**Correction Reason:** 03) Incorrect Case/Party Number

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# U.S. District Court

## Texas Northern - Dallas

THIS IS A COPY

AMENDED RECEIPT

Receipt Date: Aug 8, 2023 2:59PM

Rcpt. No: 300007046        Trans. Date: Aug 8, 2023 2:59PM        Cashier ID: #OH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | Dtxn321cv000881 /01<br>FBO: Nexpoint Asset Management LP | 1 | 6070217.02 | 6070217.02 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #046305 | 08/8/2023 | $6,070,217.02 |
| | | | Total Due Prior to Payment: | $6,070,217.02 |
| | | | Total Tendered: | $6,070,217.02 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**RECEIPT AMENDED** by staff #1788 8/8/2023 3:29 PM
**AMENDMENT VERIFIED** by staff #1774 8/8/2023 3:29 PM
**Correction Reason:** 04) Incorrect Remitter

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# U.S. District Court

## Texas Northern - Dallas

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Aug 8, 2023 3:07PM

| Rcpt. No: 300007052 | | Trans. Date: Aug 8, 2023 3:07PM | | | Cashier ID: #OH |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 701 | Treasury Registry | Dtxn321cv000881 /01<br>FBO: Nexpoint Advisors LP | 1 | 921379.59 | 921379.59 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #046303 | 08/8/2023 | | $921,379.59 |
| | | | Total Due Prior to Payment: | | $921,379.59 |
| | | | Total Tendered: | | $921,379.59 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**RECEIPT AMENDED** by staff #1788 8/8/2023 3:31 PM
**AMENDMENT VERIFIED** by staff #1774 8/8/2023 3:31 PM
**Correction Reason:** 07) Incorrect FBO 03) Incorrect Case/Party Number

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# U.S. District Court

## Texas Northern - Dallas

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Aug 8, 2023 3:04PM

| Rcpt. No: 300007050 | | Trans. Date: Aug 8, 2023 3:04PM | | | Cashier ID: #OH |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 701 | Treasury Registry | DTXN321cv000881 /01<br>FBO: Nexpoint Advisors LP | 1 | 6129782.98 | 6129782.98 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #046306 | 08/8/2023 | $6,129,782.98 |
| | | | Total Due Prior to Payment: | $6,129,782.98 |
| | | | Total Tendered: | $6,129,782.98 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**RECEIPT AMENDED** by staff #1788 8/8/2023 3:30 PM
**AMENDMENT VERIFIED** by staff #1774 8/8/2023 3:30 PM
**Correction Reason**: 07) Incorrect FBO

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# U.S. District Court

## Texas Northern - Dallas

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Aug 8, 2023 2:15PM

Rcpt. No: 300007029　　　　Trans. Date: Aug 8, 2023 2:15PM　　　　Cashier ID: #OH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DDTX321cv000881 /01<br>FBO: Highland Capital Management Services Inc | 1 | 7578620.41 | 7578620.41 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #046300 | 08/8/2023 | $7,578,620.41 |

Total Due Prior to Payment: $7,578,620.41

Total Tendered: $7,578,620.41

Total Cash Received: $0.00

Cash Change Amount: $0.00

**RECEIPT AMENDED** by staff #1788 8/8/2023 3:21 PM
**AMENDMENT VERIFIED** by staff #1774 8/8/2023 3:22 PM
**Correction Reason**: 03) Incorrect Case/Party Number

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.