Deborah Deitsch-Perez
Michael P. Aigen
STINSON LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: Deborah.deitschperez@stinson.com
Email: Michael.aigen@stinson.com

*Counsel for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § § § § | | **Chapter 11** **Case No. 19-34054-sgj11** |
| Debtor. § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § § § § | | |
| Plaintiff, § § | | **Civ. Act. No. 3:21-cv-00881-X** |
| v. § § | | **(Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X)** |
| **HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et al.** § § § § | | |
| Defendants. § | | |

### NOTICE OF BONDING

PLEASE TAKE NOTICE that, on August 24, 2023, in accordance with the terms of the Binding Bonding Agreement attached as Exhibit A to Order Granting Joint Agreed Emergency Motion for Order Approving Stipulation for the Bonding of Judgments and Stays of Executions Pending Appeals, as well as the Amended Final Judgments against the Judgment Debtors at Dkts.

1

146 and 148, Defendants NexPoint Real Estate Partners LLC (f/k/a HCRE Partners LLC) and James Dondero tendered bond to the Treasury Registry for the United States District Court for the Northern District of Texas. Proof of payment is attached hereto as Exhibit 1.

Dated: August 28, 2023

                                              Respectfully submitted,

                                              */s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 28, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties registered to receive electronic notices in this case.

                                              */s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez