IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re § § HIGHLAND CAPITAL MANAGEMENT, § L.P. § § Reorganized Debtor/Plaintiff, § § v. § § NEXPOINT ASSET MANAGEMENT, § L.P. (f/k/a HIGHLAND CAPITAL § MANAGEMENT FUND ADVISORS, § L.P.), et al., § § Defendants. | Civ. Act. No. 3:21-cv-0881-x<br><br>Consolidated with:<br>3:21-cv-0880-x<br>3:21-cv-1010-x<br>3:21-cv-1378-x<br>3:21-cv-1379-x<br>3:21-cv-3160-x<br>3:21-cv-3162-x<br>3:21-cv-3179-x<br>3:21-cv-3207-x<br>3:22-cv-0789-x |

NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

NexPoint Asset Management, L.P. (f/k/a Highland Capital Management Fund Advisors, L.P. ("NexPoint"), defendant in Civ. Act. No. 3:22-cv-0881-x (consolidated with the above-captioned matters) and the adversary proceeding styled *Highland Capital Management, L.P. vs. Highland Capital Management, Fund Advisors, L.P., et al.*, Adversary Proceeding No. 21-03004-sgj, appeals to the United States Court of Appeals for the Fifth Circuit from the following orders of the District Court for the Northern District of Texas: (1) the AMENDED FINAL JUDGMENT AGAINST NEXPOINT ASSET MANAGEMENT, L.P. (f/k/a HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.) entered in this consolidated case as Dkt. 143 on August 3, 2023, and (2) Electronic Order Dkt 130, which overruled the Objection of Highland Capital Management Fund Advisors, L.P. to Order Denying Motion to Amend Answer, entered in this consolidated case on July 6, 2023.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

**Plaintiff Highland Capital Management, L.P.**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
jpomerantz@pszjlaw.com
John A. Morris
jmorris@pszjlaw.com
Gregory V. Demo
gdemo@pszjlaw.com
Hayley R. Winograd
hwinograd@pszjlaw.com
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
mhayward@haywardfirm.com
Zachery Z. Annable
zannable@haywardfirm.com
10501 N. Central Expressway, Suite 106
Dallas, TX 75231
Telephone: (972) 755-7108
Facsimile: (972) 755-7110

**Defendant NexPoint Asset Management, L.P. (f/k/a Highland Capital Management Fund Advisors, L.P.)**

STINSON LLP
Deborah Rose Deitsch-Perez
deborah.deitsch-perez@stinson.com
Michael P. Aigen
michael.aigen@stinson.com
2200 Ross Avenue, Suite 2900
Dallas, TX 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

MUNSCH HARDT KOPF & HARR, P.C.
Davor Rukavina
drukavina@munsch.com
Julian P. Vasek
jvasek@munsch.com
3800 Ross Tower
500 N. Akard Street
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

Dated:  September 1, 2023

                Respectfully submitted,

                */s/ Deborah Deitsch-Perez*
                Deborah Deitsch-Perez
                State Bar No. 24036072
                deborah.deitschperez@stinson.com
                Michael P. Aigen
                michael.aigen@stinson.com
                State Bar No. 24012196
                STINSON LLP
                2200 Ross Avenue, Suite 2900
                Dallas, Texas 75201
                (214) 560-2201 telephone
                (214) 560-2203 facsimile

                *Attorneys for Defendant NexPoint Asset Management, L.P.*
                *(f/k/a Highland Capital Management Fund Advisors, L.P.)*

                */s/ Davor Rukavina*
                Davor Rukavina
                Julian P. Vasek
                MUNSCH HARDT KOPF & HARR, P.C.
                500 N. Akard Street, Suite 3800
                Dallas, Texas 75202-2790
                (214) 855-7500 telephone
                (214) 978-4375 facsimile
                Email:  drukavina@munsch.com

                *Attorneys for Defendant NexPoint Asset Management, L.P.*
                *(f/k/a Highland Capital Management Fund Advisors, L.P.)*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on September 1, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties registered to receive electronic notices in this case.

                                        */s/ Deborah Deitsch-Perez*
                                        Deborah Deitsch-Perez

3522697.0002/184062940.2