Deborah Deitsch-Perez
Michael P. Aigen
STINSON LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: Deborah.deitschperez@stinson.com
Email: Michael.aigen@stinson.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § § | **Chapter 11** | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § § § § | **Case No. 19-34054-sgj11** | |
| **Debtor.** § | | |
| § **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § § § § **Plaintiff,** § § **v.** § § **HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et al.** § § § **Defendants.** § | **Civ. Act. No. 3:21-cv-00881-X**<br><br>**(Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X)** | |

## NOTICE OF BONDING

PLEASE TAKE NOTICE that, on October 12, 2023, in accordance with the terms of the Binding Bonding Agreement attached as Exhibit A to Order Granting Joint Agreed Emergency Motion for Order Approving Stipulation for the Bonding of Judgments and Stays of Executions Pending Appeals [Dkt 149], as well as the Amended Final Judgments against James Dondero [Dkt.

1

148], Defendant James Dondero tendered bond to the Treasury Registry for the United States District Court for the Northern District of Texas. Proof of payment is attached hereto as Exhibit 1.

Dated: October 12, 2023

        Respectfully submitted,

        */s/ Deborah Deitsch-Perez*
        Deborah Deitsch-Perez
        State Bar No. 24036072
        Michael P. Aigen
        State Bar No. 24012196
        STINSON LLP
        2200 Ross Avenue, Suite 2900
        Dallas, Texas 75201
        (214) 560-2201 telephone
        (214) 560-2203 facsimile
        Email: deborah.deitschperez@stinson.com
        Email: michael.aigen@stinson.com

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 12, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties registered to receive electronic notices in this case.

        */s/ Deborah Deitsch-Perez*
        Deborah Deitsch-Perez