# EXHIBIT 1

# U.S. District Court

## Texas Northern - Dallas

Receipt Date: Oct 12, 2023 4:16PM

James Dondero

Rcpt. No: 300008175                        Trans. Date: Oct 12, 2023 4:16PM                    Cashier ID: #OH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 701 | Treasury Registry | DTXN321CV000881 /005<br>JAMES DONDERO<br>**FBO:** James Dondero | 1 | 8904052.87 | 8904052.87 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #046450 | 10/12/2023 | $8,904,052.87 |
| | | | Total Due Prior to Payment: | $8,904,052.87 |
| | | | Total Tendered: | $8,904,052.87 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.