Sawnie A. McEntire
Texas State Bar No. 13590100
smcentire@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
Texas State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347
***Attorneys for Hunter Mountain Investment Trust***

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § | |
| Plaintiff. | § § | Case No. 3:21-cv-00881-X |
| vs. | § § | (Consolidated with 3:21-cv-00880-X, 3:21- |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. et al., | § § § | cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X) |
| Defendants. | § § § | |

**APPENDIX IN SUPPORT OF HUNTER MOUNTAIN INVESTMENT TRUST'S
RESPONSE AND MEMORANDUM IN OPPOSITION TO HIGHLAND CAPITAL
MANAGEMENT, L.P.'s MOTION TO DEEM THE DONDERO ENTITIES
VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

| Ex. | Description | HMIT Appx. # |
|---|---|---|
| 1. | HMIT's Emergency Motion for Leave to File Verified Adversary Proceeding [Bankr. Dkt. 3699] [1] | 1-388 |

---

[1] **Bankr. Dkt.** refers to the Bankruptcy Docket in Case No. 19-34054-sgj11 (Bankr. N.D. Tex.).

| 2. | HMIT's Supplement to Emergency Motion for Leave to File Verified Adversary Proceeding [Bankr. Dkt. 3760] | 389-434 |
|---|---|---|
| 3. | Transcript of Hearing Held Jun. 8, 2023, Case No. 19-34054-sgj (Bankr. N.D. Tex. Jun. 8, 2023) | 435-824 |
| 4. | HMIT's Second Amended Notice of Appeal [Bankr. 3945] | 825-1109 |
| 5. | Appellant HMIT's Statement of the Issues and Designation of Items for Inclusion in the Appellate Record [Bankr. Dkt. 3946] | 1110-1123 |
| 6. | Appellant HMIT's Second Supplemental Statement of the Issues and Designation of Items for Inclusion in the Appellate Record [Bankr. Dkt. 3951] | 1124-1137 |
| 7. | Transmittal and Certification of Record on Appeal [Bankr. Dkt. 3989] | 1138-1139 |
| 8. | Order Approving Joint Stipulation as to Withdrawal of Hunter Mountain Investment Trust's Proof of Claim 152 [Bankr. Dkt. 2143] | 1140-1148 |
| 9. | HMIT's Verified Rule 202 Petition, dated January 20, 2023, Case No. DC-23-01004-J, in the 191st District Court of Dallas County Texas | 1149-1192 |
| 10. | Farallon Capital Management, L.L.C. and Stonehill Capital Management LLC's Notice of Related Case, dated February 16, 2023, Case No. DC-23-01004-J, in the 191st District Court of Dallas County Texas | 1193-1195 |
| 11. | Transcript of Hearing Held February 22, 2023, Case No. DC-23-01004-J, in the 191st District Court of Dallas County Texas | 1196-2163 |
| 12. | Order denying HMIT's Verified Rule 202 Petition, dated March 8, 2023, Case No. DC-23-01004-J, in the 191st District Court of Dallas County Texas | 2164-2165 |
| 13. | Dugaboy Investment Trust's Motion for Determination of the Value of the Estate and Assets Held by the Claimant Trust [Bankr. Dkt. 3382] | 2166-2201 |
| 14. | HMIT's Limited Response in Support of Certain Requested Relief [Bankr. Dkt. 3467]. | 2202-2212 |
| 15. | HCM's Brief Establishing the Need for an Adversary Proceeding to Obtain the Relief Sought in Valuation Motion [Bankr. Dkt. 3639] | 2213-2225 |
| 16. | Order Denying Motion and Supplemental Motion of Dugaboy Investment Trust Due to Procedural Deficiency: Adversary Proceeding is Required [Bankr. Dkt. 3645] | 2226-2332 |

| 17. | Dugaboy Investment Trust and HMIT's Motion for Leave to File Proceeding [Bankr. Dkt. 3662] | 2333-2647 |
|---|---|---|
| 18. | HCM's Response to Motion for Leave to File Proceeding [Bankr. Dkt. 3692]. | 2648-2784 |
| 19. | Dugaboy Investment Trust and HMIT's Stipulation Withdrawing Movants' Motion for Leave to File Proceeding [Bankr. Dkt. 3775] | 2785-2790 |
| 20. | Order Granting Stipulation Withdrawing Movants' Motion for Leave to File Proceeding [Bankr. Dkt. 3867]. | 2791-2793 |
| 21. | Complaint to (I) Compel Disclosures About the Assets of the Highland Claimant Trust and (II) Determine (A) Relative Value of those Assets, and (B) Nature of Plaintiffs' Interests in the Claimant Trust, dated May 10, 2023, *The Dugaboy Investment Trust and Hunter Mountain Investment Trust v. Highland Capital Management, L.P. and Highland Claimant Trust*, Adv. Pro. No. 23-03038-sgj (N.D. Tex.) [Dkt. No. 1]. | 2794-2822 |

Dated: December  15, 2023

Respectfully Submitted,
PARSONS MCENTIRE MCCLEARY PLLC

By: */s/ Sawnie A. McEntire*
    Sawnie A. McEntire
    Texas State Bar No. 13590100
    smcentire@pmmlaw.com
    1700 Pacific Avenue, Suite 4400
    Dallas, Texas 75201
    Telephone: (214) 237-4300
    Facsimile: (214) 237-4340

    Roger L. McCleary
    Texas State Bar No. 13393700
    rmcleary@pmmlaw.com
    One Riverway, Suite 1800
    Houston, Texas 77056
    Telephone: (713) 960-7315
    Facsimile: (713) 960-7347

    ***Attorneys for Hunter Mountain Investment Trust***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 15, 2023, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof.

*/s/ Sawnie A. McEntire*
Sawnie A. McEntire
