# HMIT Exhibit 7

HMIT Appx. 01138

BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>Debtor(s)<br><br>Hunter Mountain Investment Trust<br>Appellant(s)<br>vs.<br>Highland Capital Management, L.P, et al<br>Appellee(s) | Case No.:   19−34054−sgj11<br>Chapter No.:   11<br>Civil Case No.:   3:23−CV−2071−E |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 9/8/2023 regarding [3903] Memorandum of Opinion Pursuant to Plan "Gatekeeper Provision" and Pre−Confirmation "Gatekeeper Orders"; Denying Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding. Entered 8/25/2023 by Hunter Mountain Investment Trust in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on December 7, 2023.

DATED: 12/7/23

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. Blanco, Deputy Clerk