# HMIT Exhibit 10

HMIT Appx. 01193

FILED
2/16/2023 12:05 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Debra Clark DEPUTY

CAUSE NO. DC-23-01004

| | § | |
|---|---|---|
| IN RE: | § | IN THE DISTRICT COURT |
| | § | |
| HUNTER MOUNTAIN INVESTMENT TRUST, | § | DALLAS COUNTY, TEXAS |
| | § | |
| Petitioner. | § | 191ST JUDICIAL DISTRICT |
| | § | |

**NOTICE OF RELATED CASE**

In accordance with Local Rules 1.06-1.08, respondents Farallon Capital Management, L.L.C. ("Farallon") and Stonehill Capital Management LLC ("Stonehill") file this notice of related of case, advising the Court that this Rule 202 case is related to an earlier-filed Rule 202 case styled *In Re: James Dondero*, No. DC-21-09534, filed by James Dondero in July 2021 in the 95th Judicial District Court of Dallas County, the Honorable Monica Purdy presiding.[1] Farallon and Stonehill respectfully contend that this Rule 202 case (i) should be dismissed, or (ii) consistent with the local rules, should be transferred to the 95th Judicial District Court.

---

[1] In accordance with Local Rule 1.08, a similar notice of related case is being filed contemporaneously in Cause No. DC-21-09534, in the 95th Judicial District Court.

1

Dated:  February 16, 2023				Respectfully submitted,

                                                      */s/ David C. Schulte*
David C. Schulte
  Texas Bar No. 24037456
  david.schulte@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh St., Suite 1500
Dallas, Texas  75201
(214) 964-9500 (telephone)
(214) 964-9501 (facsimile)

ATTORNEY FOR RESPONDENTS
FARALLON CAPITAL MANAGEMENT, L.L.C. AND STONEHILL CAPITAL MANAGEMENT LLC

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on all counsel of record through the Court's e-filing system on February 16, 2023, in accordance with Tex. R. Civ. P 21a.

                                                     */s/ David C. Schulte*
David C. Schulte