# HMIT Exhibit 19

HMIT Appx. 02785

**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for The Dugaboy Investment Trust*
*and the Hunter Mountain Investment Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ)<br><br>**STIPULATION** |

## STIPULATION WITHDRAWING MOVANTS' MOTION FOR LEAVE TO FILE PROCEEDING [Dkt. No. 3662]

This stipulation (the "Stipulation") is made and entered into, subject to Court approval, in the above-captioned bankruptcy by and between Highland Capital Management, L.P., the reorganized debtor ("HCMLP"), and the Movants (The Dugaboy Investment Trust ("Dugaboy") and Hunter Mountain Investment Trust ("Hunter Mountain", and together with Dugaboy, "Movants")), (together, the "Parties"), by and through their respective undersigned counsel.

## RECITALS

WHEREAS on February 6, 2023, Movants filed a *Motion for Leave to File Proceeding* [Dkt. No. 3662];

WHEREAS on March 27, 2023, HCMLP filed its *Response to Motion for Leave to File Proceeding* [Dkt. No. 3692];

IT IS HEREBY JOINTLY STIPULATED AND AGREED, as follows:

1. The Movants hereby withdraw their *Motion for Leave to File Proceeding* without prejudice.

[*Remainder of Page Intentionally Blank*]

Dated: May 10, 2023

| | |
|---|---|
| **HAYWARD PLLC** | **STINSON LLP** |
| */s/ Zachery Z. Annable*_____ | By:*/s/ Michael P. Aigen*_____ |
| Melissa S. Hayward | Deborah Deitsch-Perez |
| Texas Bar No. 24044908 | Texas Bar No. 24036072 |
| MHayward@HaywardFirm.com | Michael P. Aigen |
| Zachery Z. Annable | Texas Bar No. 24012196 |
| Texas Bar No. 24053075 | 2200 Ross Avenue, Suite 2900 |
| ZAnnable@HaywardFirm.com | Dallas, Texas 75201 |
| 10501 N. Central Expy, Ste. 106 | Telephone: (214) 560-2201 |
| Dallas, Texas 75231 | Facsimile: (214) 560-2203 |
| Telephone: (972) 755-7100 | Email: deborah.deitschperez@stinson.com |
| Facsimile: (972) 755-7110 | Email:  michael.aigen@stinson.com |

- and –

**PACHULSKI STANG ZIEHL & JONES LLP**

*Counsel for The Dugaboy Investment Trust and Hunter Mountain Investment Trust.*

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com

*Counsel for Highland Capital Management, L.P.*

Case 22-03052 Doc 119 Filed 12/15/23 Page 5 of 6 PageID 7052

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Debtor. | **ORDER** |

### ORDER GRANTING STIPULATION WITHDRAWING MOVANTS' MOTION FOR LEAVE TO FILE PROCEEDING [Dkt. No. 3662]

Upon consideration of the *Stipulation of Withdrawal of Movants' Motion for Leave to File Proceeding* [Dkt No. 3662] by and between Highland Capital Management, L.P., the reorganized debtor ("HCMLP"), and the Movants (The Dugaboy Investment Trust ("Dugaboy") and Hunter Mountain Investment Trust ("Hunter Mountain", and together with Dugaboy, "Movants")), (together, the "Parties"), it is **HEREBY ORDERED THAT:**

1

Case 19-34054-sgj11 Doc 3775-1 Filed 05/10/23 Entered 05/10/23 16:15:22 Desc
Proposed Order Granting Stipulation Withdrawing Movants Motion for Leave Page 2 of 2
Case 3:21-cv-00881-X Document 172-19 Filed 12/15/23 Page 6 of 6 PageID 72072

1. The Movants will withdraw their Motion for Leave to File Proceeding without prejudice.

### ###END OF ORDER###

Case 19-34054-sgj11 Doc 3775-1 Filed 05/10/23 Entered 05/10/23 16:15:22 Desc
Proposed Order Granting Stipulation Withdrawing Movants Motion for Leave Page 2 of 2
Case 3:21-cv-00881-X Document 172-19 Filed 12/15/23 Page 6 of 6 PageID 72072

2

CORE/3522697.0002/181686703.2

**HMIT Appx. 02790**