# HMIT Exhibit 20

HMIT Appx. 02791



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 29, 2023**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Debtor. | **ORDER** |

### ORDER GRANTING STIPULATION WITHDRAWING MOVANTS' MOTION FOR LEAVE TO FILE PROCEEDING [Dkt. No. 3662]

Upon consideration of the *Stipulation of Withdrawal of Movants' Motion for Leave to File Proceeding* [Dkt No. 3662] by and between Highland Capital Management, L.P., the reorganized debtor ("HCMLP"), and the Movants (The Dugaboy Investment Trust ("Dugaboy") and Hunter Mountain Investment Trust ("Hunter Mountain", and together with Dugaboy, "Movants")), (together, the "Parties"), it is **HEREBY ORDERED THAT:**

CORE/3522697.0002/181686703.2

**HMIT Appx. 02792**

1.      The Movants will withdraw their Motion for Leave to File Proceeding without

prejudice.

### ###END OF ORDER###

CORE/3522697.0002/181686703.2

HMIT Appx. 02793