<table>
<tr><td>

Deborah Deitsch-Perez
Michael P. Aigen
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
*Counsel for James Dondero, NexPoint Asset Management, L.P, NexPoint Advisors, L.P., Highland Capital Management Services, Inc., NexPoint Real Estate Partners, LLC, and The Dugaboy Investment Trust*

</td><td>

Amy L. Ruhland
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
901 S. MoPac Expressway
Building 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401
*Counsel for James Dondero, The Dugaboy Investment Trust, Strand Advisors, Inc,.and Get Good Trust*

</td></tr>
</table>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br>    Plaintiff, <br><br> v. <br><br> HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et. al., <br><br>    Defendants. | Case No. 3:21-cv-00881 |

## APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF

Defendants file this Appendix in Support of their *Memorandum of Law in Opposition to Motion to Deem Various Parties Vexatious Litigants and for Related Relief* and request this Court take judicial notice of the documents contained herein.

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

**PAGE 1**

| Exhibit No. | Date | Case | Docket | Description | Appendix Page(s) |
|---|---|---|---|---|---|
| 1 | | | N/A | Flow Chart | 1-2 |
| 2 | 12/5/2014 | 14-00408 | 4 | Defendants Linda S. Restrepo and Carlos E. Restrepo Notice of Removal and Memorandum in Support of Notice | 3-93 |
| 3 | 9/4/2015 | 13-07858 | N/A | Final Judgment | 94-96 |
| 4 | 10/16/2019 | 19-34054 | 3 | Voluntary Petition for Non-Individuals Filing for Bankruptcy (Excerpt) | 97-113 |
| 5 | 10/29/2019 | 19-34054 | 64 | Notice of Appointment of Committee of Unsecured Creditors | 114-115 |
| 6 | 11/1/2019 | 19-34054 | 85 | Motion of the Official Committee of Unsecured Creditors for an Order Transferring Venue of this Case to the United States Bankruptcy Court for the Northern District of Texas (Excerpt) | 116-132 |
| 7 | 11/12/2019 | 19-34054 | 120 | Limited Objection to the Debtor's: (I) Application for an Order Authorizing the Retention and Employment of Foley Gardere, Foley & Lardner LLP as Special Texas Counsel, NUNC PRO TUNC to the Petition Date; and (II) Application for an Order Authorizing the Retention and Employment of Lynn Pinker Cox & Hurst LLP as Special Texas Litigation Counsel, NUNC PRO TUNC to the Petition Date (Excerpt) | 133-142 |
| 8 | 11/12/2019 | 19-34054 | 122 | Objection of the Debtor to the Motion of Official Committee of Unsecured Creditors to Transfer Venue of this Case to the United States Bankruptcy Court for the Northern District of Texas | 143-170 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

PAGE 2

| | | | | | |
|---|---|---|---|---|---|
| 9 | 11/12/2019 | 19-34054 | 123 | Limited Objection of the Official Committee of Unsecured Creditors to the motion of the Debtor for an Order Authorizing the Debtor to Retain, Employee, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business | 171-176 |
| 10 | 11/12/2019 | 19-34054 | 124 | Limited Objection of the Official Committee of Unsecured Creditors to the Debtor's Application for an Order Authorizing the Retention and Employment of Foley Gardere, Foley & Lardner LLP and Lynn Pinker Cox & Hurst as Special Texas Counsel and Special Texas Litigation Counsel, NUNC PRO TUNC to the Petition Date | 177-183 |
| 11 | 12/2/2019 | 19-12239 | 181 | Hearing Transcript (Excerpt) | 184-193 |
| 12 | 12/4/2019 | 19-34054 | 1 | Order Transferring Venue of this Case to the United States Bankruptcy Court for the Northern District of Texas | 194-196 |
| 13 | 12/4/2019 | 19-34054 | 186 | Order Transferring Venue of this Case to the United States Bankruptcy Court for the Northern District of Texas | 197-199 |
| 14 | 12/13/2019 | 19-34054 | 248 | Settlement of Financial Affairs for Non-Individuals Filing for Bankruptcy | 200-214 |
| 15 | 12/23/2019 | 19-34054 | 271 | Notice of Hearing for January 21, 2020 | 215-228 |
| 16 | 12/27/2019 | 19-34054 | 281 | Motion of the Debtor for Approval of Settlement with the Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course | 229-329 |
| 17 | 1/9/2020 | 19-34054 | 339 | Order Approving Settlement with Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course | 330-335 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

PAGE 3

| | | | | | |
|---|---|---|---|---|---|
| 18 | 1/13/2020 | 19-34054 | 353 | Acis Capital Management, L.P. and ACIS Capital Management GP, LLC's Objection to the First Monthly Application for Compensation and Reimbursement of Expenses of Foley Gardere, Foley and Lardner LLP as Special Texas Counsel for the Period from October 16, 2019 through November 30, 2019 | 336-343 |
| 19 | 2/5/2020 | 19-34054 | 428 | Order Denying United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee | 344-346 |
| 20 | 2/14/2020 | 19-34054 | 451 | Motion for Relief from the Automatic Stay to Allow Pursuit of State Court Action Against Non-Debtors | 347-352 |
| 21 | 2/14/2020 | 19-34054 | 453 | ACIS Capital Management, L.P. and ACIS Capital Management GP, LLC's Objection to the Second Monthly Application for Compensation and Reimbursement of Expenses of Foley Gardere, Foley and Lardner LLP as Special Texas Counsel for the Period from December 1, 2019 through December 31, 2019 | 353-361 |
| 22 | 3/2/2020 | 19-34054 | 487 | Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtor for Entry of an Order Authorizing, but not Directing, the Debtor to Cause Distributions to Certain "Related Entities" | 362-376 |
| 23 | 3/6/2020 | 19-34054 | 505 | Notice of Appearance and Request for Service | 377-380 |
| 24 | 4/10/2020 | 19-34054 | 580 | ACIS Capital Management, L.P. and ACIS Capital Management GP, LLC's Omnibus Limited Objection to Applications for Compensation and Reimbursement of Expense of Foley Gardere, Foley & Lardner LLP and Special Texas Counsel | 381-393 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

PAGE 4

| | | | | | |
|---|---|---|---|---|---|
| | | | | for the Period from October 16, 2019 through February 29, 2020 | |
| 25 | 4/17/2020 | 19-34054 | 593 | Motion for Relief from the Automatic Stay to Allow Pursuit of Motion for Order to Show Cause for Violations of the ACIS Plan Injunction | 394-404 |
| 26 | 5/1/2020 | 19-34054 | 617 | James Dondero's Limited Response to ACIS Capital Management, L.P. and ACIS Capital Management GP, LLC's Motion for Relief from the Automatic Stay to Allow Pursuit of Motion for Order to Show Cause for Violations of the ACIS Plan Injunction | 405-408 |
| 27 | 5/19/2020 | 19-34054 | 641 | ACIS Capital Management, L.P. and ACIS Capital Management GP, LLC's Omnibus Limited Objection to Applications for Compensation and Reimbursement of Expense of Foley Gardere, Foley & Lardner LLP and Special Texas Counsel for the Period from October 16, 2019 through March 31, 2020 | 409-428 |
| 28 | 5/20/2020 | 19-34054 | 644 | UBS's Motion for Relief from the Automatic Stay to Proceed with State Court Action | 429-457 |
| 29 | 5/26/2020 | 18-02360 | 66 | Order (Granting Motion to Dismiss) | 458-490 |
| 30 | 6/3/2020 | 19-34054 | 687 | Debtor's Objection to UBS's Motion for Relief from the Automatic Stay to Proceed with State Court Action | 491-520 |
| 31 | 6/3/2020 | 19-34054 | 690 | Objection of the Official Committee of Unsecured Creditors to UBS's Motion for Relief from the Automatic Stay to Proceed with State Court Action | 521-528 |
| 32 | 6/3/2020 | 19-34054 | 692 | Redeemer Committee's Objection to UBS's Motion for Relief from the Automatic Stay | 529-551 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

CORE/3522697.0002/186284981.1

| | | | | to Proceed with State Court Action (Excerpt) | |
|---|---|---|---|---|---|
| 33 | 6/3/2020 | 19-34054 | 694 | ACIS Capital Management, L.P. and ACIS Capital Management GP, LLC's Joinder to the Redeemer Committee's Objection to UBS's Motion for Relief from the Automatic Stay to Proceed with State Court Action | 552-556 |
| 34 | 6/23/2020 | 19-34054 | 771 | Objection to Proof of Claim of ACIS Capital Management L.P. and ACIS Capital Management GP, LLC | 557-622 |
| 35 | 6/23/2020 | 19-34054 | 774 | Debtor's Motion Under Bankruptcy Code Sections 105(a) and 363(b) for Authorization to Retain James P. Seery, Jr., as Chief Executive Officer, Chief Restructuring Officer and Foreign Representative NUNC PRO TUNC to March 15, 2020 | 623-656 |
| 36 | 7/8/2020 | 19-34054 | 808 | Official Committee of Unsecured Creditors' Emergency Motion to Compel Production by the Debtor | 657-674 |
| 37 | 7/13/2020 | 19-34054 | 827 | James Dondero's (I) Objection to Proof of Claim of ACIS Capital Management, L.P. and ACIS Capital Management GP, LLC; and (II) Joinder in Support of Highland Capital Management, L.P.'s Objection to Proof of Claim of ACIS Capital Management L.P. and ACIS Capital Management GP, LLC | 675-683 |
| 38 | 7/14/2020 | 19-34054 | 832 | Response of James Dondero to the Official Committee of Unsecured Creditors' Emergency Motion to Compel Production by the Debtor | 684-693 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

PAGE 6

CORE/3522697.0002/186284981.1

| | | | | | |
|---|---|---|---|---|---|
| 39 | 7/15/2020 | 19-34054 | 841 | Limited Objection to (A) Official Committee of Unsecured Creditors' Emergency Motion to Compel Production by the Debtor and (B) Debtor's Motion for Entry of (I) a Protective Order, or, in the Alternative, (II) an Order Directing the Debtor to Comply with Certain Discovery Demands Tendered by the Official Committee of Unsecured Creditors, Pursuant to Federal Rule of Bankruptcy Procedure 7026 and 7034 | 694-702 |
| 40 | 7/15/2020 | 19-34054 | 845 | Debtor's Objection to Official Committee of Unsecured Creditors' Emergency Motion to Compel Production by the Debtor | 703-720 |
| 41 | 7/15/2020 | 19-34054 | 846 | CLO HOLDCO, LTD's Limited Objection to Official Committee of Unsecured Creditors' Emergency Motion to Compel Production by the Debtor | 721-743 |
| 42 | 7/15/2020 | 19-34054 | 847 | Nexpoint's Objection to Official Committee of Unsecured Creditors' Emergency Motion to Compel Production by the Debtor and Request for Protective Order | 744-753 |
| 43 | 7/16/2020 | 19-34054 | 854 | Order Approving Debtor's Motion Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing Retention of James P. Seery, Jr., as Chief Executive Officer, Chief Restructuring Officer, and Foreign Representative NUNC PRO TUNC to March 15, 2020 | 754-766 |
| 44 | 7/30/2020 | 19-34054 | 906 | Debtor's First Omnibus Objection to Certain (A) Duplicate Claims; (B) Overstated Claims; © Late-Filed Claims; (D) Satisfied Claims; (E) No-Liability Claims; and (F) Insufficient-Documentation Claims | 767-790 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

PAGE 7

| | | | | | |
|---|---|---|---|---|---|
| 45 | 8/7/2020 | 19-34054 | 928 | Debtor's Objection to Proofs of Claim 190 and 191 of UBS Securities LLC and UBS AG, London Branch (Excerpt) | 791-828 |
| 46 | 8/7/2020 | 19-34054 | 933 | Redeemer Committee of the Highland Crusader Funds and the Crusader Funds' Objection to the Proof of Claim of UBS AG, London Branch and UBS Securities, LLC and Joinder in the Debtor's Objection | 829-856 |
| 47 | 8/8/2020 | 21-03020 | 182 | Hearing Held | 857-858 |
| 48 | 8/12/2020 | 19-34054 | 944 | Plan of Reorganization of Highland Capital Management, L.P. | 859-918 |
| 49 | 8/26/2020 | 19-34054 | 995 | Debtor's (I) Objection to Claim No. 152 of Hunter Mountain Investment Trust and (II) Complaint to Subordinate Claim of Hunter Mountain Investment Trust and for Declaratory Relief | 919-938 |
| 50 | 8/26/2020 | 19-34054 | 996 | Objection to the Proof of Claim Filed by Redeemer Committee of the Highland Crusader Fund (Excerpt) | 939-960 |
| 51 | 8/31/2020 | 19-34054 | 1008 | Debtor's (I) Objection to Claim No. 77 of Patrick Hagaman Daugherty and (II) Complaint to Subordinate Claim of Patrick Hagaman Daugherty | 961-986 |
| 52 | 9/24/2020 | 19-34054 | 1099 | Patrick Daugherty's Motion to Confirm Status of Automatic Stay, or Alternatively to Modify Automatic Stay (Excerpt) | 987-995 |
| 53 | 10/5/2020 | 19-34054 | 1121 | James Dondero's Response to Debtor's Motion for Entry of an Order Approving Settlement with (A) ACIS Capital Management, L.P. and ACIS Capital Management GP LLC (Claim No. 23), (B) Joshua N. Terry and Jennifer G. Terry (Claim No. 156), and (C) ACIS Capital Management, L.P. (Claim No. 159), and Authorizing Actions Consistent Therewith | 996-1006 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

PAGE 8

| | | | | | |
|---|---|---|---|---|---|
| 54 | 10/8/2020 | 19-34054 | 1148 | Debtor's (I) Objection to Patrick Daugherty's Motion to Confirm Status of Automatic Stay, or Alternatively to Modify Automatic Stay and (II) Cross-Motion to Extend the Automatic Stay to, or Otherwise Enjoin, the Delaware Cases | 1007-1023 |
| 55 | 10/8/2020 | 19-34054 | 1150 | Complaint to Extend the Automatic Stay or, In the Alternative, for Preliminary Injunctive Relief | 1024-1040 |
| 56 | 10/8/2020 | 19-34054 | 1153 | Response of the Dugaboy Investment Trust to the Debtor's First Omnibus Objection to Certain Proofs of Claim | 1041-1081 |
| 57 | 10/16/2020 | 19-34054 | 1177 | CLO HOLDCO, LTD.'s Reservation of Rights and Response to Debtor's Motion for Entry of Order Approving Settlement with (A) ACIS Capital Management, L.P. and ACIS Capital Management GP LLC; (B) Joshua N. Terry and Jennifer G. Terry; and (C) ACIS Capital Management, LP | 1082-1086 |
| 58 | 10/16/2020 | 19-34054 | 1183 | Redeemer Committee of the Highland Crusader Funds and the Crusader Funds' Motion for Partial Summary Judgement on Proof of Claim Nos. 190 and 191 of UBS AG, London Branch and UBS Securities LLC | 1087-1095 |
| 59 | 10/16/2020 | 19-34054 | 1190 | Objection to the Debtor's Motion for Entry of an Order Approving Settlements with (A) The Redeemer Committee of the Highland Crusader Fund (Claim No. 72), and (B) the Highland Crusader Funds (Claim No. 81) | 1096-1138 |
| 60 | 10/16/2020 | 19-34054 | 1195 | Harbourbest Limited Objection and Reservation of Rights to Debtor's Motion for Entry of an Order Approving Settlement with (A) ACIS Capital Management, L.P. and ACIS Capital Management GP LLC (Claim No. 23), (B) Joshua N. | 1139-1145 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

PAGE 9

| | | | | | |
|---|---|---|---|---|---|
| | | | | Terry and Jennifer G. Terry (Claim No. 156), and (C) ACIS Capital Management, L.P. (Claim No. 159), and Authorizing Actions Consistent Therewith | |
| 61 | 10/16/2020 | 19-34054 | 1197 | Nexpoint Real Estate Partners LLC's Response to Debtor's First Omnibus Objection to Certain (A) Duplicate Claims; (B) Overstated Claims; (C) Late Filed Claims; (D) Satisfied Claims; (E) No-Liability Claims; and (F) Insufficient-Documentation Claims | 1146-1156 |
| 62 | 11/9/2020 | 19-34054 | 1349 | Debtor's Objection to Patrick Hagaman Daugherty's Motion for Temporary Allowance of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018 | 1157-1180 |
| 63 | 11/16/2020 | 19-34054 | 1402 | Debtor's Reply in Support of Motion for Partial Summary Judgment on Proof of Claim Nos. 190 and 191 of UBS Securities LLC and UBS AG, London Branch | 1181-1207 |
| 64 | 11/19/2020 | 19-34054 | 1439 | James Dondero's Motion for Entry of an Order Requiring Notice and Hearing for Future Estate Transactions Occurring Outside the Ordinary Course of Business | 1208-1223 |
| 65 | 11/24/2020 | 19-34054 | 1473 | Disclosure Statement for the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. | 1224-1402 |
| 66 | 11/30/2020 | 19-34054 | 1491 | Patrick Daugherty's Motion to Lift the Automatic Stay | 1403-1415 |
| 67 | 12/7/2020 | 19-34054 | 1514 | Plaintiff Highland Capital Management, L.P.'s Verified Original Complaint for Damages and for Declaratory and Injunctive Relief | 1416-1431 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

**PAGE 10**

CORE/3522697.0002/186284981.1

| | | | | | |
|---|---|---|---|---|---|
| 68 | 12/8/2020 | 19-34054 | 1522 | Motion for Order Imposing Temporary Restrictions on Debtor's Ability, as Portfolio Manager, to Initiate Sales by Non-Debtor CLO Vehicles | 1432-1458 |
| 69 | 12/11/2020 | 19-34054 | 1546 | Debtor's Response to Mr. James Dondero's Motion for Entry of an Order Requiring Notice and Hearing for Future Estate Transactions Occurring Outside the Ordinary Course of Business | 1459-1470 |
| 70 | 12/23/2020 | 19-34054 | 1622 | Notice of Withdrawal | 1471-1473 |
| 71 | 1/5/2021 | 19-34054 | 1662 | Objection of Dallas County, City of Allen, Allen ISD, City of Richardson and Kaufman County to Confirmation of the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. | 1474-1481 |
| 72 | 1/5/2021 | 19-34054 | 1667 | Objection to Confirmation of Fifth Amended Plan of Reorganization | 1482-1516 |
| 73 | 1/5/2021 | 19-34054 | 1668 | United States' (IRS) Limited Objection to Debtor's Fifth Amended Plan of Reorganization | 1517-1523 |
| 74 | 1/5/2021 | 19-34054 | 1669 | Senior Employees' Limited Objection to Debtor's Fifth Amended Plan of Reorganization | 1524-1550 |
| 75 | 1/5/2021 | 19-34054 | 1670 | Objection to Confirmation of Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. | 1551-1601 |
| 76 | 1/5/2021 | 19-34054 | 1671 | United States Trustee's Limited Objection to Confirmation of Debtors' Fifth Amended Plan of Reorganization (Docket Entry No. 1472) | 1602-1608 |
| 77 | 1/5/2021 | 19-34054 | 1673 | Nexpoint Real Estate Partners LLC's Objection to Debtor's Fifth Amended Plan of Reorganization | 1609-1616 |
| 78 | 1/5/2021 | 19-34054 | 1675 | CLO HOLDCO, LTD.'s Joinder to Objection to Confirmation of Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. [DKT | 1617-1629 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

| | | | | | |
|---|---|---|---|---|---|
| | | | | No. 1670] and Supplemental Objections to Plan Confirmation | |
| 79 | 1/6/2021 | 19-34054 | 1692 | Plaintiff Highland Capital Management, L.P.'s Verified Original Complaint for Damages and for Declaratory and Injunctive Relief | 1630-1651 |
| 80 | 1/6/2021 | 19-34054 | 1697 | James Dondero's Objection to Debtor's Motion for Entry of an Order Approving Settlement with Harbourvest | 1652-1667 |
| 81 | 1/8/2021 | 19-34054 | 1706 | Objection to Debtor's Motion for Entry of an Order Approving Settlement with Harbourvest (Claim Nos. 143, 147, 149, 150, 153, 154), and Authorizing Actions Consistent Therewith | 1668-1678 |
| 82 | 1/8/2021 | 19-34054 | 1707 | CLO HOLDCO, LTD's Objection to Harbourvest Settlement | 1679-1689 |
| 83 | 1/13/2021 | 19-34054 | 1731 | Debtor's Omnibus Reply in Support of Debtor's Motion for Entry of an Order Approving Settlement with Harbourvest (Claim Nos. 143, 147, 149, 150, 153, 154), and Authorizing Actions Consistent Therewith | 1690-1712 |
| 84 | 1/14/2021 | 19-34054 | 1752 | Motion to Appoint Examiner Pursuant to 11 U.S.C. 1104(C) | 1713-1727 |
| 85 | 1/15/2021 | 19-34054 | 1756 | James Dondero's Joinder in Support of Motion to Appoint Examiner Pursuant to 11 U.S.C. 1104(C) | 1728-1731 |
| 86 | 1/22/2021 | 19-34054 | 1801 | Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtor's Estate | 1732-1756 |
| 87 | 1/22/2021 | 19-34054 | 1802 | Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtor's Estate | 1757-1777 |
| 88 | 1/22/2021 | 19-34054 | 1803 | Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtor's Estate | 1778-1805 |
| 89 | 1/22/2021 | 19-34054 | 1804 | Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtor's Estate | 1806-1843 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

| | | | | | |
|---|---|---|---|---|---|
| 90 | 1/22/2021 | 19-34054 | 1805 | Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtor's Estate | 1844-1881 |
| 91 | 1/25/2021 | 19-34054 | 1808 | Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) | 1882-1948 |
| 92 | 1/25/2021 | 19-34054 | 1836 | Emergency Motion of Nexpoint Advisors, L.P. to File Competing Plan and Disclosure Statement Under Seal and for Procedure to File Publicly | 1949-1955 |
| 93 | 1/26/2021 | 19-34054 | 1862 | Adversary Proceeding (Excerpt) | 1956-1959 |
| 94 | 2/1/2021 | 19-34054 | 1868 | Supplemental Objection to Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as modified) | 1960-1982 |
| 95 | 2/2/2021 | 19-34054 | 1894 | Hearing Transcript (Excerpt) | 1983-1994 |
| 96 | 2/3/2021 | 19-34054 | 1905 | Hearing Transcript (Excerpt) | 1995-1998 |
| 97 | 2/17/2021 | 21-03010 | 2 | Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Services by February 28, 2021 | 1999-2008 |
| 98 | 2/17/2021 | 19-34054 | 1935 | Plaintiff Highland Capital Management, L.P.'s Verified Original Complaint for Damages and for Declaratory and Injunctive Relief (Excerpt) | 2009-2026 |
| 99 | 2/22/2021 | 21-03010 | 20 | Objection to Mandatory Injunction and Brief in Support Thereof | 2027-2054 |
| 100 | 2/22/2021 | 19-34054 | 1943 | Order (I) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as modified) and (II) Granting Related Relief | 2055-2216 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

CORE/3522697.0002/186284981.1

| 101 | 2/23/2021 | 21-03010 | 26 | Hearing Transcript (Excerpt) | 2217-2225 |
|---|---|---|---|---|---|
| 102 | 3/15/2021 | 19-34054 | 2030 | Monthly Operating Report | 2226-2235 |
| 103 | 3/18/2021 | 19-34054 | 2061 | James Dondero, Highland Capital Management Fund Advisors, L.P., Nexpoint Advisors, L.P., The Dugaboy Investment Trust, The Get Good Trust, and Nexpoint Real Estate Partners, LLC, F/K/A HCRE Partners, LLC, a Delaware Limited Liability Company's Brief in Support of their Motion to Recuse Pursuant to 28 U.S.C.455 | 2236-2273 |
| 104 | 4/14/2021 | 19-34054 | 2196 | Debtor's Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief | 2274-2281 |
| 105 | 4/15/2021 | 19-34054 | 2200 | Declaration of Robert J. Feinstein in Support of Debtot's Motion for Entry of an Order Approving Settlement with UBS Securities LLC and UBS AG, London Branch and Authorizing Actions Consistent Therewith (Excerpt) | 2282-2354 |
| 106 | 4/23/2021 | 19-34054 | 2235 | Debtor's Motion for an Order Requiring the Violators to Show Cause Why They Should not be Held in Civil Contempt for Violating Two Court Orders | 2355-2364 |
| 107 | 4/27/2021 | 19-34054 | 2247 | Debtor's Motion for an Order Requiring the Violators to Show Cause Why They Should not be Held in Civil Contempt for Violating Two Court Orders | 2365-2374 |
| 108 | 4/29/2021 | 19-34054 | 2256 | Motion to Compel Compliance with Bankruptcy Rule 2015.3 | 2375-2384 |
| 109 | 5/4/2021 | 19-34054 | 2268 | Limited Preliminary Objection to the Debtor's Motion for Entry of an Order Approving Settlement with UBS Securities LLC and UBS AG London Branch and Authorizing Actions Consistent Therewith | 2385-2394 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

PAGE 14

| | | | | | |
|---|---|---|---|---|---|
| 110 | 5/21/2021 | 19-34054 | 2341 | Debtor's Opposition to Motion to Compel Compliance with Bankruptcy Rule 2015.3 Filed by Dugaboy Investment Trust and Get Good Trust | 2395-2405 |
| 111 | 7/29/2021 | 19-34054 | 2621 | Objection to the Debtor's Motion for Entry of an Order (I) Authorizing the Sale of Certain Property and (II) Granting Related Relief (Excerpt) | 2406-2412 |
| 112 | 7/29/2021 | 19/34054 | 2626 | Objection to Motion of the Debtor for Entry of an Order (I) Authorizing the Sale and/or Forfeiture of Certain Limited Partnership Interest and Other Rights and (II) Granting Related Relief (Excerpt) | 2413-2417 |
| 113 | 10/1/2021 | 19-34054 | 2893 | Highland's Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief | 2418-2422 |
| 114 | 12/10/2021 | 19-34054 | 3106 | Order Granting in Part and Denying in Part Highland's Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief | 2423-2427 |
| 115 | 1/5/2022 | 21-02268 | 15 | Appellants' Response to Appellee's Motion to Dismiss Appeal as Moot | 2428-2438 |
| 116 | 2/7/2022 | 21-03005 | 161 | Plaintiff's Omnibus Motion (A) to Strike Certain Documents and Arguments from the Record, (B) for Sanctions, and © for an order of Contempt. | 2439-2450 |
| 117 | 6/8/2022 | 21-03020 | 169 | Highland Capital Management, L.P.'s Motion to Withdraw its Answer and Consent to Judgement for Permanent Injunctive Relief | 2451-2464 |
| 118 | 6/24/2022 | 21-03020 | 173 | Amended Notice of Hearing | 2465-2470 |
| 119 | 7/27/2022 | 21-03020 | 175 | UBS's Response to Highland Capital Management, L.P.'s Motion to Withdraw its Answer and Consent to Judgement for Permanent Injunctive Relief | 2471-2476 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

| | | | | | |
|---|---|---|---|---|---|
| 120 | 8/8/2022 | 21-02268 | 21 | Order | 2477-2483 |
| 121 | 8/12/2022 | 19-34054 | 3443 | Motion to Withdraw Proof of Claim | 2484-2493 |
| 122 | 8/23/2022 | 21-03020 | 184 | Order and Judgement Granting UBS's Request for a Permanent Injunction Against Highland Capital Management, L.P. | 2494-2497 |
| 123 | 9/2/2022 | 19-34054 | 3487 | Highland Capital Management, L.P.'s Objection to Motion to Withdraw Proof of Claim | 2498-2525 |
| 124 | 9/2/2022 | 21-10449 | N/A | Petition of Appellants Highland Income Fund; Nexpoint Strategic Opportunities Fund; Highland Global Allocation Fund; and Nexpoint Capital, Inc. for Limited Panel Rehearing | 2526-2566 |
| 125 | 9/12/2022 | 19-34054 | 3519 | Hearing Transcript (Excerpt) | 2567-2628 |
| 126 | 9/15/2022 | 19-34054 | 3525 | Amended Order Denying Motion to Withdraw Proof of Claim | 2629-2631 |
| 127 | 11/1/2022 | 19-34054 | 3604 | Hearing Held | 2632-2633 |
| 128 | 11/14/2022 | 19-34054 | 3623 | Movants' Reply in Support of Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. 445 | 2634-2661 |
| 129 | 1/5/2023 | 22-631 | N/A | Petition for a Writ of Certiorari | 2662-2693 |
| 130 | 1/27/2023 | 2019-0956-MTZ | N/A | Letter to Counsel re: Patrick Daugherty v. James Dondero, et al. | 2694-2714 |
| 131 | 2/6/2023 | 19-34054 | 3662 | Motion for Leave to File Proceeding | 2715-2733 |
| 132 | 3/28/2023 | 19-34054 | 3699 | Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding (Excerpt) | 2734-2949 |
| 133 | 4/21/2023 | 19-34054 | 3756 | Post-Confirmation Report | 2950-2965 |
| 134 | 4/27/2023 | 23-90013 | 2 | Petition for Permission to Appeal | 2966-2986 |
| 135 | 5/25/2023 | 23-31039 | 1 | Voluntary Petition for Non-Individuals Filing for Bankruptcy | 2987-2997 |
| 136 | 5/25/2023 | 23-31037 | 1 | Voluntary Petition for Non-Individuals Filing for Bankruptcy | 2998-3007 |
| 137 | 5/31/2023 | 19-34054 | 3802 | The Dugaboy Investment Trust's Motion to Preserve Evidence | 3008-3028 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

CORE/3522697.0002/186284981.1

| | | | | and Compel Forensic Imaging of James P. Seery, Jr.'s iPhone | |
|---|---|---|---|---|---|
| 138 | 5/31/2023 | 19-34054 | 3803 | Declaration of Michelle Hartmann | 3029-3059 |
| 139 | 6/5/2023 | 19-34054 | 3816 | Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding | 3060-3125 |
| 140 | 6/16/2023 | 19-34054 | 3851 | Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against Nexpoint Real Estate partners LLC (F/K/A HCRE Partners, LLC) in Connection with Proof of Claim 146 | 3126-3140 |
| 141 | 7/6/2023 | 19-34054 | 3872 | Notice of Filing of the Current Balance Sheet of the Highland Claimant Trust | 3141-3147 |
| 142 | 7/14/2023 | 23-31037 | 26 | Highland Capital Management, L.P.'s Response and Joinder to Motion to Transfer/Reassign Case | 3148-3163 |
| 143 | 7/14/2023 | 23-31039 | 27 | Highland Capital Management, L.P.'s Response and Joinder to Motion to Transfer/Reassign Case | 3164-3179 |
| 144 | 8/25/2023 | 19-34054 | 3903 | Memorandum Opinion and Order Pursuant to Plan "Gatekeeper Provision" and Pre-Confirmation "Gatekeeper Orders": Denying Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding | 3180-3285 |
| 145 | 9/1/2023 | 21-00881 | 158 | Notice of Appeal to United States Court of Appeals for the Fifth Circuit | 3286-3289 |
| 146 | 9/13/2023 | 19-34054 | 3910 | Highland Capital Management, L.P., Highland Claimant Trust, and James P. Seery, Jr.'s Joint Motion for an Order Requiring Scott Byron Ellington and his Counsel to Show Cause why they Should Not Be Held in Civil Contempt for Violating the Gatekeeper Provision and Gatekeeper Orders | 3290-3318 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

| | | | | | |
|---|---|---|---|---|---|
| 147 | 10/19/2023 | 2019-0956 | | Order Affirming Opinion of the Court of Chancery | 3319-3320 |
| 148 | 10/23/2023 | 23-31039 | 55 | Stipulation Withdrawing Motion to Transfer/Reassign Case | 3321-3325 |
| 149 | 10/23/2023 | 23-31037 | 59 | Stipulation Withdrawing Motion to Transfer/Reassign Case | 3326-3330 |
| 150 | 10/23/2023 | 19-34054 | 3955 | Post-Confirmation Report | 3331-3343 |
| 151 | 10/23/2023 | 19-34054 | 3956 | Post-Confirmation Report | 3344-3356 |
| 152 | 10/27/2023 | | N/A | Letter | 3357-3362 |
| 153 | 12/4/2023 | 19-34054 | 3981 | Motion of James D. Dondero and Strand Advisors, Inc. for Leave to File Adversary Complaint | 3363-3415 |
| 154 | 12/12/2023 | 19-34054 | 3991 | Order Denying Motion for an Order Requiring Scott Byron Ellington and His Counsel to Show Cause Why They Should Not Be Held in Civil Contempt for Violating the Gatekeeper Provision and Gatekeeper Orders | 3416-3420 |
| 155 | 8/19/2022 | 21-10449 | | Judgment | 3421-3454 |
| 156 | 12/12/2021 | 21-02268 | 12 | Appellee's Motion to Dismiss Appeal as Moot | 3455-3469 |
| 157 | 5/11/2023 | 19-34054 | 3783 | Highland Capital Management, L.P., Highland Claimant Trust, and James P. Seery, Jr.'s Joint Opposition to Hunter Mountain Investment Trust's Motion for Leave to File Verified Adversary Proceeding | 3470-3544 |
| 158 | 12/4/2023 | 23-124 | | Transcript (Excerpt) | 3545-3547 |
| 159 | 5/5/2023 | 2023-0493 | | Verified Complaint for Specific Performance to Inspect and Copy Books and Records (Excerpt) | 3548-3562 |
| 160 | 10/17/2023 | 2023-25 | | Factum of the Respondent | 3563-3604 |
| 161 | 1/31/2023 | | | Letter | 3605-3606 |

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

Dated:  December 15, 2023

Respectfully submitted,

**STINSON LLP**

*/s/Deborah Deitsch-Perez*
Deborah Deitsch-Perez
State Bar No. 24036072
deborah.deitschperez@stinson.com
Michael P. Aigen
State Bar No. 24012196
michael.aigen@stinson.com
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
(214) 560-2201 telephone
(214) 560-2203 facsimile

**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**

Amy L. Ruhland
Texas State Bar No. 24043561
aruhland@reichmanjorgensen.com
901 S. MoPac Expressway
Building 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401

*Counsel for James Dondero, Dugaboy Investment Trust, and Strand Advisors, Inc.*

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

**PAGE 19**

CORE/3522697.0002/186284981.1

## CERTIFICATE OF SERVICE

I certify that on December 15, 2023, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing system to the parties that are registered or otherwise entitled to receive electronic notices in this case.

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez

**APPENDIX IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DEEM VARIOUS PARTIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

**PAGE 20**

CORE/3522697.0002/186284981.1