# Appendix Exhibit 1

# Movant's Requested Relief Would Create An Unworkable Mechanism With Potentially Inconsistent Results

## What must the Dondero Entities do in order to file a lawsuit if the Movant's request is granted?

- Obtain permission from Judge Jernigan in Bankruptcy Court to satisfy the Gatekeeper Motion and determine whether there is a colorable claim.
- Judge Jernigan's decision will be appealed by either side to the District Court, where it could be heard by any District Court Judge.
- Obtain permission from Judge Starr in District Court to satisfy a potential vexatious litigant order and determine whether the claim has merit.
- Judge Starr's decision will be appealed by either side to the Fifth Circuit.

App. 0002