# Appendix Exhibit 13

Case 19-34054-sgj11 Doc 3986-58 Filed 12/01/23 Entered 12/01/23 17:03:59 Page 1 of 2
Case 3:21-cv-00881-X Document 174-13 Filed 12/16/23 Page 2 of 3 PageID 17381
Docket #0186 Date Filed: 12/4/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-12239 (CSS) |
| | ) | |
| Debtor. | ) | Ref. Docket No.: 86 |
| | ) | |

## ORDER TRANSFERRING VENUE OF THIS CASE TO THE UNITED STATES
## BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS

Upon the motion (the "Motion")[2] of the Committee requesting entry of an order (this "Order") transferring the venue of the above-captioned chapter 11 case to the United States Bankruptcy Court for the Northern District of Texas; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of, and the

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

25658315.1



‎1934054191205000000000003

opportunity for a hearing on, the Motion having been given; and for the reasons stated on the record, it is HEREBY ORDERED THAT:

1. Effective as of the date of this Order, the above-captioned chapter 11 case shall be transferred to the Dallas Bankruptcy Court pursuant to 28 U.S.C. § 1412.

25658315.1

**Dated: December 4th, 2019**
**Wilmington, Delaware**

2

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

App. 0199