# Appendix Exhibit 19

Case 19-34054-sgj11 Doc 428 Filed 02/05/20    Entered 02/05/20 14:20:25    Page 1 of 3
Case 3:21-cv-00881-X   Document 174-19   Filed 12/16/23   Page 2 of 3   PageID 17328
Docket #0428  Date Filed: 02/05/2020



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 4, 2020**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § | Case No. 19-34054-sgj11 |
| Debtor. | § § § | **Related to Docket Nos. 271, 362, 364** |

## ORDER DENYING UNITED STATES TRUSTEE'S MOTION
## FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon the *United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee* [Docket No. 271] (the "Motion"), filed by the United States Trustee for Region 6 (the "UST") on December 23, 2019; and this Court having considered the objections to the Motion [Docket Nos. 362 and 364] filed by Highland Capital Management, L.P., the debtor and

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

DOCS_SF:102542.1 36027/002



1934054200205000000000002

debtor in possession herein (the "<u>Debtor</u>") and the Official Committee of Unsecured Creditors, respectively; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that no cause exists under 11 U.S.C. § 1104(a)(1) for the appointment of a chapter 11 trustee in this case and that the relief requested in the Motion is not in the best interests of the Debtor's estate or parties in interest for purposes of 11 U.S.C. § 1104(a)(1); and this Court having read the findings of fact and conclusions of law into the record in accordance with Fed. R. Bankr. P. 7052(a); and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The Motion is **DENIED**.

2. Notwithstanding any stay under applicable rules, this Order shall be effective immediately upon entry.

3. The Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

### ### END OF ORDER ###