# Appendix Exhibit 23

Case 19-34054-sgj11 Doc 505 Filed 03/06/20    Entered 03/06/20 11:00:54    Page 1 of 3
Case 3:21-cv-00881-X   Document 174-23   Filed 12/16/23   Page 2 of 4   PageID 17561
Docket #0505  Date Filed: 03/06/2020

D. Michael Lynn
State Bar I.D. No. 12736500
John Y. Bonds, III
State Bar I.D. No. 02589100
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: michael.lynn@bondsellis.com
Email: john@bondsellis.com
Email: bryan.assink@bondsellis.com

*Attorneys for James Dondero*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § | **Case No. 19-34054** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of Title 11 of the United States Code, the undersigned attorneys of Bonds Ellis Eppich Schafer Jones LLP hereby give notice of their representation of Mr. James Dondero in the above styled and numbered cause, and request that copies of all notices of meetings, hearings, motions, notices to file claims, pleadings, and other papers filed in this case be served upon undersigned counsel as follows:

D. Michael Lynn
State Bar I.D. No. 12736500
John Y. Bonds, III
State Bar I.D. No. 02589100
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: michael.lynn@bondsellis.com
Email: john@bondsellis.com
Email: bryan.assink@bondsellis.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

**[Remainder of Page Intentionally Left Blank]**

Dated: March 6, 2020

Respectfully submitted,

*/s/ John Y. Bonds, III*
D. Michael Lynn
State Bar I.D. No. 12736500
John Y. Bonds, III
State Bar I.D. No. 02589100
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: michael.lynn@bondsellis.com
Email: john@bondsellis.com
Email: bryan.assink@bondsellis.com

*Attorneys for James Dondero*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on March 6, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties requesting such service in this case.

*/s/ Bryan C. Assink*
Bryan C. Assink