# Appendix Exhibit 33

Case 19-34054-sgj11 Doc 694 Filed 06/03/20    Entered 06/03/20 21:43:04    Page 1 of 4
Case 3:21-cv-00881-X   Document 174-33   Filed 12/16/23   Page 2 of 5   PageID 17736
Docket #0694  Date Filed: 06/03/2020

Rakhee V. Patel – State Bar No. 00797213  
Phillip Lamberson – State Bar No. 00794134  
Annmarie Chiarello – State Bar No. 24097496  
**WINSTEAD PC**  
500 Winstead Building  
2728 N. Harwood Street  
Dallas, Texas 75201  
Telephone: (214) 745-5400  
Facsimile:  (214) 745-5390  
rpatel@winstead.com  
plamberson@winstead.com  
achiarello@winstead.com  

Brian P. Shaw – State Bar No. 24053473  
**ROGGE DUNN GROUP, PC**  
500 N. Akard Street, Suite 1900  
Dallas, Texas 75201  
Telephone: (214) 888-5000  
Facsimile:   (214) 220-3833  
shaw@roggedunngroup.com  

**COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE NORTHERN DISTRICT OF TEXAS  
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § § | CASE NO. 19-34054 |
| DEBTOR. | § § | Chapter 11 |

**ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC'S JOINDER TO THE REDEEMER COMMITTEE'S OBJECTION TO UBS'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH STATE COURT ACTION**

Acis Capital Management, L.P. ("Acis LP") and Acis Capital Management GP, LLC ("Acis GP," together with Acis LP, "Acis") file this *Joinder* (the "Joinder") to the *Redeemer Committee of the Highland Crusader Funds' Objection* [Docket No. 692](the "Redeemer Objection") to *the Motion for Relief from the Automatic Stay to Proceed with State Court Action* [Docket No. 644] (the "UBS Motion") filed by UBS Securities LLC and UBS AG, London Branch (together "UBS").[1]

---

[1] Unless otherwise defined herein, Acis incorporates by reference all defined terms in the Redeemer Objection.

ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC'S JOINDER TO THE REDEEMER COMMITTEE'S OBJECTION TO UBS'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH STATE COURT ACTION

App. 0595

## I.     JOINDER

1. On June 3, 2020, the Redeemer Committee of the Highland Crusader Fund (the "Redeemer Committee") filed the Redeemer Objection, objecting to the UBS Motion.

2. Acis hereby joins the Redeemer Objection, objects to the UBS Motion, and adopts the Redeemer Committee's legal argument and authority.

3. In addition to the points made by the Redeemer Committee, Acis notes something about UBS's claim that is not apparent from the UBS Motion. As outlined in the New York Court's decision, from the time UBS seized the assets from the Fund Counterparties until UBS sold them, the assets appreciated *significantly* in value. Docket No. 644-2 at 28-36. The New York Court ruled that the Fund Counterparties were not entitled to an offset from the enormous post-breach gains UBS made when it ultimately sold the assets it seized, instead finding damages based on the depressed value of the assets on the date of breach. *Id*. But Acis believes offset *will* factor prominently in any assessment of whether the Debtor is the alter ego of the Fund Counterparties such that "the corporate form [should] be disregarded to achieve an equitable result." *Clark Rigging & Rental Corp. v. Liberty Mut. Ins. Co.*, 179 A.D.3d 1510, 1511 (N.Y. App. Div. 2020) (emphasis added). In light of UBS's enormous post-breach gains, whether UBS needs or is entitled to *equity* is an issue that the New York Court has not yet addressed, and which this Court of equity is uniquely situated to promptly adjudicate after hearing from all parties in interest. Debtor's creditors, minus UBS, will have no such voice in the New York Court.

## II.     PRAYER

Acis respectfully requests that this Court deny the UBS Motion. Acis also requests such other and further relief to which it may show itself to be justly entitled.

---

**ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC'S JOINDER TO THE REDEEMER COMMITTEE'S OBJECTION TO UBS'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH STATE COURT ACTION**

**DATED: June 3, 2020.**

Respectfully submitted,

By: */s/ Brian P. Shaw*
Rakhee V. Patel
State Bar No. 00797213
Phillip Lamberson
State Bar No. 00794134
Annmarie Chiarello
State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
rpatel@winstead.com
plamberson@winstead.com
achiarello@winstead.com

-and-

Brian P. Shaw
State Bar No. 24053473
**ROGGE DUNN GROUP, PC**
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833
shaw@roggedunngroup.com

**COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Brian P. Shaw*
Brian P. Shaw

ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC'S JOINDER TO THE REDEEMER COMMITTEE'S OBJECTION TO UBS'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH STATE COURT ACTION

Page 4 of 4
App. 0556