# Appendix Exhibit 47

| | |
|---|---|
| 08/08/2022 | 182 Hearing held on 8/8/2022. (RE: related document(s)169 Motion to withdraw document, (related document(s) 84 Answer to complaint) filed by Defendant Highland Capital Management, L.P.,) (Appearances: A. Clubok for UBS; J. Morris, J. Pomeranz, and G. Demo for Highland. Evidentiary hearing. Motion granted and judgment to be entered as requested. Counsel to upload order.) (Edmond, Michael) (Entered: 08/10/2022) |