# Appendix Exhibit 85

Case 19-34054-sgj11 Doc 1756 Filed 01/15/21 Entered 01/15/21 16:36:52 Page 1 of 3
Case 3:21-cv-00881-X Document 174-85 Filed 12/16/23 Page 2 of 4 PageID 18912
Docket #1756 Date Filed: 01/15/2021

D. Michael Lynn
State Bar I.D. No. 12736500
John Y. Bonds, III
State Bar I.D. No. 02589100
John T. Wilson, IV
State Bar I.D. No. 24033344
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

**ATTORNEYS FOR JAMES DONDERO**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | Case No. 19-34054 |
| | § | |
| Debtor. | § | Chapter 11 |

**JAMES DONDERO'S JOINDER IN SUPPORT OF MOTION TO
APPOINT EXAMINER PURSUANT TO 11 U.S.C. § 1104(C)**

James Dondero ("Dondero"), a creditor, indirect equity security holder, and party in interest in the above-captioned bankruptcy case, hereby files this Joinder in support of the *Motion to Appoint Examiner Pursuant to 11 U.S.C. § 1104(c)* [Docket No. 1745] (the "Motion") filed by The Dugaboy Investment Trust and The Get Good Trust (collectively, the "Movants"). In support thereof, Dondero respectfully represents as follows:

1.  For the reasons set forth in the Motion, Dondero believes that an Examiner should be appointed in this case. There is a reasonable basis for a neutral, independent examiner to investigate, among other things, the Debtor's affairs and to ascertain the cause of the decline in

value of Debtor's assets since this case was filed. In addition, an Examiner may be helpful as a go between for the various parties and may lead the parties to a global settlement.

2. Accordingly, Dondero hereby joins in and adopts in full, and hereby incorporates by reference, the Motion and the arguments and authorities asserted by Movants therein.

## CONCLUSION

For the reasons set forth above, Dondero respectfully requests that the Court grant the Motion, appoint an independent examiner in this case, and provide Dondero and the Movants such other and further relief to which they may be justly entitled.

Dated: January 15, 2021

Respectfully submitted,

*/s/ D. Michael Lynn*
D. Michael Lynn
State Bar I.D. No. 12736500
John Y. Bonds, III
State Bar I.D. No. 02589100
John T. Wilson, IV
State Bar I.D. No. 24033344
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: michael.lynn@bondsellis.com
Email: john@bondsellis.com
Email: john.wilson@bondsellis.com
Email: bryan.assink@bondsellis.com

**ATTORNEYS FOR JAMES DONDERO**

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that, on January 15, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on counsel for the Debtor and on all other parties requesting or consenting to such service in this case.

                                    */s/ Bryan C. Assink*
                                    Bryan C. Assink