# Appendix Exhibit 93

```
                   IN THE UNITED STATES BANKRUPTCY COURT
 1                  FOR THE NORTHERN DISTRICT OF TEXAS
                              DALLAS DIVISION
 2
                                       )   Case No. 19-34054-sgj-11
 3   In Re:                            )   Chapter 11
                                       )
 4   HIGHLAND CAPITAL                  )   Dallas, Texas
     MANAGEMENT, L.P.,                 )   Tuesday, January 26, 2021
 5                                     )   9:30 a.m. Docket
              Debtor.                  )
 6                                     )   MOTION FOR ENTRY OF ORDER
                                       )   AUTHORIZING DEBTOR TO
 7                                     )   IMPLEMENT KEY EMPLOYEE
                                       )   PLAN [1777]
 8   _____ )
                                       )
 9   HIGHLAND CAPITAL                  )   Adversary Proceeding 21-3000-sjg
     MANAGEMENT, L.P.,                 )
10                                     )
                                       )
11            Plaintiff,               )
                                       )
12   v.                                )   PLAINTIFF'S MOTION FOR A
                                       )   PRELIMINARY INJUNCTION AGAINST
13   HIGHLAND CAPITAL                  )   CERTAIN ENTITIES OWNED AND/OR
     MANAGEMENT FUND ADVISORS,         )   CONTROLLED BY MR. JAMES
14   L.P., et al.                      )   DONDERO [5]
                                       )
15            Defendants.              )
                                       )
16   _____
                         TRANSCRIPT OF PROCEEDINGS
17             BEFORE THE HONORABLE STACEY G.C. JERNIGAN,
                    UNITED STATES BANKRUPTCY JUDGE.
18
     WEBEX APPEARANCES:
19
     For the Debtor:             Jeffrey Nathan Pomerantz
20                               PACHULSKI STANG ZIEHL & JONES, LLP
                                 10100 Santa Monica Blvd.,
21                                 13th Floor
                                 Los Angeles, CA  90067-4003
22                               (310) 277-6910

23   For the Debtor:             John A. Morris
                                 PACHULSKI STANG ZIEHL & JONES, LLP
24                               780 Third Avenue, 34th Floor
                                 New York, NY  10017-2024
25                               (212) 561-7700
```



1   should issue a preliminary injunction, and the December
2   letters, the emails, the communications, they lead me to
3   believe that this preliminary injunction is needed because
4   someone doesn't understand that Mr. Seery is in charge and the
5   preferred shareholders, the Funds, the Advisors, they don't
6   have the ability to interfere with what he's doing in running
7   the company.
8       And the threats of we're going to, you know, direct -- we
9   may direct the CLO Issuer to terminate the Debtor:  I mean,
10  it's just -- there's no sound business justification for that.
11  Okay?  I don't know what we're doing, where we're going.
12      Mr. Dondero, I said to you in December, you know, I really
13  wanted to encourage good-faith negotiations on your possible
14  pot plan because I thought you wanted to save your baby.  But
15  the more I hear, the more I feel you're just trying to burn
16  the house down.  Okay?  Maybe it's an either/or proposition
17  with you:  I'll either get my company back or I'll burn the
18  house down.  That's what it feels like.  And I have no choice
19  but to enter preliminary injunctions with this kind of
20  behavior.
21      So, I'm very frustrated.  I'm very frustrated.  I don't
22  know if anyone wants to say anything or we just end it on this
23  frustrating note.
24      Mr. Rukavina, did you want to let your client speak, or
25  no?

1  camper.

2       But upload your order on the motion to seal the plan.

3  And, again, it's not going to be unsealed absent a further

4  order of the Court. And if you all come to me next week and

5  say, hey, we've got something in the works here, okay, I'll

6  consider unsealing it and letting you go down a different

7  path. But I'm not naïve. I feel like this is just more

8  burning the house down, maybe. I don't know. I hope I'm

9  wrong. I hope I'm wrong. But all right. So I guess we'll

10 see you next week.

11           MR. POMERANTZ: Thank you, Your Honor.

12           MR. MORRIS: Thank you, Your Honor.

13           THE COURT: All right. We're adjourned.

14           MR. RUKAVINA: Thank you, Your Honor.

15           THE CLERK: All rise.

16       (Proceedings concluded at 6:08 p.m.)

17                           --oOo--

18

19

20                          CERTIFICATE

21     I certify that the foregoing is a correct transcript from
   the electronic sound recording of the proceedings in the
22 above-entitled matter.

23   /s/ Kathy Rehling                              01/28/2021

24 _____   _____
   Kathy Rehling, CETD-444                           Date
25 Certified Electronic Court Transcriber