# Appendix Exhibit 96

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF TEXAS
                              DALLAS DIVISION

                                    )   Case No. 19-34054-sgj-11
  In Re:                            )   Chapter 11
                                    )
  HIGHLAND CAPITAL                  )   Dallas, Texas
  MANAGEMENT, L.P.,                 )   Wednesday, February 3, 2021
                                    )   9:30 a.m. Docket
          Debtor.                   )
                                    )   CONFIRMATION HEARING [1808]
                                    )   AGREED MOTION TO ASSUME [1624]
                                    )
                                    )   Continued from 02/02/2021
                                    )
  ─────────────────────────────────

                       TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE STACEY G.C. JERNIGAN,
                    UNITED STATES BANKRUPTCY JUDGE.

  WEBEX APPEARANCES:

  For the Debtor:            Jeffrey Nathan Pomerantz
                             PACHULSKI STANG ZIEHL & JONES, LLP
                             10100 Santa Monica Blvd.,
                               13th Floor
                             Los Angeles, CA  90067-4003
                             (310) 277-6910

  For the Debtor:            John A. Morris
                             PACHULSKI STANG ZIEHL & JONES, LLP
                             780 Third Avenue, 34th Floor
                             New York, NY  10017-2024
                             (212) 561-7700

  For the Debtors:           Ira D. Kharasch
                             PACHULSKI STANG ZIEHL & JONES, LLP
                             10100 Santa Monica Blvd.,
                               13th Floor
                             Los Angeles, CA  90067-4003
                             (310) 277-6910

  For the Official Committee Matthew A. Clemente
  of Unsecured Creditors:    SIDLEY AUSTIN, LLP
                             One South Dearborn Street
                             Chicago, IL  60603
                             (312) 853-7539
```



1             MR. MORRIS:  Just one question.
2             THE COURT:  Go ahead.
3                        CROSS-EXAMINATION
4    BY MR. MORRIS:
5    Q    Mr. Seery, do you know why the Debtor has not yet filed
6    the 2015.3 statement?
7    A    I have a recollection of it, yes.
8    Q    Can you just describe that for the Court?
9    A    When we -- when we initially filed, when the Debtor filed
10   and it was transferred over, we started trying to get all the
11   various rules completed.  There are, as the Court is aware, at
12   least a thousand and maybe more, more like three thousand,
13   entities in the total corporate structure.
14        We pushed our internal counsel to try to get that done,
15   and were never able to really get it completed.  We did not
16   have -- we were told we didn't have separate consolidating
17   statements for every entity, and it would be difficult.  And
18   just in the rush of things that happened from the first
19   quarter into the COVID into the year, we just didn't complete
20   that filing.  There was no reason for it other than we didn't
21   get it done initially and I think it fell through the cracks.
22             MR. MORRIS:  Nothing further, Your Honor.
23             THE COURT:  All right.  Anything further, Mr.
24   Rukavina?
25                       REDIRECT EXAMINATION

```
 1              THE CLERK:  All rise.

 2              MR. MORRIS:  Thank you, Your Honor.

 3         (Proceedings concluded at 4:34 p.m.)

 4                          --oOo--

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20                        CERTIFICATE

21      I certify that the foregoing is a correct transcript from
     the electronic sound recording of the proceedings in the
22   above-entitled matter.

23     /s/ Kathy Rehling                          02/05/2021

24   _____   _____
     Kathy Rehling, CETD-444                         Date
25   Certified Electronic Court Transcriber
```