# Appendix Exhibit 150

UNITED STATES BANKRUPTCY COURT

__Northern__ DISTRICT OF __Texas__

Case number __19-34054 sgj11__

In re: Highland Capital Management, LP § Case No. __19-34054__
§
Debtor(s) § ☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: __09/30/2023__                              Petition Date: __10/16/2019__

Plan Confirmed Date: __02/22/2021__                              Plan Effective Date: __08/11/2021__

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Zachery Z. Annable                           Zachery Z. Annable, Hayward PLLC
Signature of Responsible Party                    Printed Name of Responsible Party

10/20/2023
Date

10501 N. Central Expressway, Suite 106
Dallas TX 75231
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                1

¡1934054231023000000000005!
App. 5552

Debtor's Name Highland Capital Management, LP     Case No. 19-34054

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $14,718,284 | $137,036,885 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $5,194,652 |
| d. Total transferred (a+b+c) | $14,718,284 | $142,231,537 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor     *Aggregate Total* | | $0 | $33,005,136 | $0 | $33,005,136 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Pachulski Stang Ziehl & Jones | Lead Counsel | $0 | $24,312,860 | $0 | $24,312,860 |
| ii | Development Specialists, Inc. | Financial Professional | $0 | $5,765,448 | $0 | $5,765,448 |
| iii | Kurtzman Carson Consultants | Other | $0 | $2,054,716 | $0 | $2,054,716 |
| iv | Hayward & Associates PLLC | Local Counsel | $0 | $872,112 | $0 | $872,112 |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| Debtor's Name Highland Capital Management, LP | | | | | | | Case No. 19-34054 |
|---|---|---|---|---|---|---|---|
| xxx | | | | | | | |
| xxxi | | | | | | | |
| xxxii | | | | | | | |
| xxxiii | | | | | | | |
| xxxiv | | | | | | | |
| xxxv | | | | | | | |
| xxxvi | | | | | | | |
| xxxvii | | | | | | | |
| xxxviii | | | | | | | |
| xxxix | | | | | | | |
| xl | | | | | | | |
| xli | | | | | | | |
| xlii | | | | | | | |
| xliii | | | | | | | |
| xliv | | | | | | | |
| xlv | | | | | | | |
| xlvi | | | | | | | |
| xlvii | | | | | | | |
| xlviii | | | | | | | |
| xlix | | | | | | | |
| l | | | | | | | |
| li | | | | | | | |
| lii | | | | | | | |
| liii | | | | | | | |
| liv | | | | | | | |
| lv | | | | | | | |
| lvi | | | | | | | |
| lvii | | | | | | | |
| lviii | | | | | | | |
| lix | | | | | | | |
| lx | | | | | | | |
| lxi | | | | | | | |
| lxii | | | | | | | |
| lxiii | | | | | | | |
| lxiv | | | | | | | |
| lxv | | | | | | | |
| lxvi | | | | | | | |
| lxvii | | | | | | | |
| lxviii | | | | | | | |
| lxix | | | | | | | |
| lxx | | | | | | | |
| lxxi | | | | | | | |

| Debtor's Name | Highland Capital Management, LP | | | | Case No. | 19-34054 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $7,604,472 | $0 | $7,604,472 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Hunton Andrews Kurth LLP | Other | $0 | $1,149,807 | $0 | $1,149,807 |
| | ii | Foley Gardere, Foley & Lardne | Other | $0 | $629,088 | $0 | $629,088 |
| | iii | Deloitte | Financial Professional | $0 | $553,413 | $0 | $553,413 |
| | iv | Mercer (US) Inc. | Other | $0 | $204,767 | $0 | $204,767 |
| | v | Teneo Capital, LLC | Financial Professional | $0 | $1,364,823 | $0 | $1,364,823 |
| | vi | Wilmer Cutler Pickering Hale | Other | $0 | $2,650,937 | $0 | $2,650,937 |

Debtor's Name Highland Capital Management, LP    Case No. 19-34054

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | vii | Carey Olsen | Other |  | $0 | $280,264 | $0 | $280,264 |
|  | viii | ASW Law | Other |  | $0 | $4,976 | $0 | $4,976 |
|  | ix | Houlihan Lokey Financial Advi | Other |  | $0 | $766,397 | $0 | $766,397 |
|  | x |  |  |  |  |  |  |
|  | xi |  |  |  |  |  |  |
|  | xii |  |  |  |  |  |  |
|  | xiii |  |  |  |  |  |  |
|  | xiv |  |  |  |  |  |  |
|  | xv |  |  |  |  |  |  |
|  | xvi |  |  |  |  |  |  |
|  | xvii |  |  |  |  |  |  |
|  | xviii |  |  |  |  |  |  |
|  | xix |  |  |  |  |  |  |
|  | xx |  |  |  |  |  |  |
|  | xxi |  |  |  |  |  |  |
|  | xxii |  |  |  |  |  |  |
|  | xxiii |  |  |  |  |  |  |
|  | xxiv |  |  |  |  |  |  |
|  | xxv |  |  |  |  |  |  |
|  | xxvi |  |  |  |  |  |  |
|  | xxvii |  |  |  |  |  |  |
|  | xxviii |  |  |  |  |  |  |
|  | xxix |  |  |  |  |  |  |
|  | xxx |  |  |  |  |  |  |
|  | xxxi |  |  |  |  |  |  |
|  | xxxii |  |  |  |  |  |  |
|  | xxxiii |  |  |  |  |  |  |
|  | xxxiv |  |  |  |  |  |  |
|  | xxxv |  |  |  |  |  |  |
|  | xxxvi |  |  |  |  |  |  |
|  | xxxvii |  |  |  |  |  |  |
|  | xxxvii |  |  |  |  |  |  |
|  | xxxix |  |  |  |  |  |  |
|  | xl |  |  |  |  |  |  |
|  | xli |  |  |  |  |  |  |
|  | xlii |  |  |  |  |  |  |
|  | xliii |  |  |  |  |  |  |
|  | xliv |  |  |  |  |  |  |
|  | xlv |  |  |  |  |  |  |
|  | xlvi |  |  |  |  |  |  |
|  | xlvii |  |  |  |  |  |  |
|  | xlviii |  |  |  |  |  |  |

Debtor's Name Highland Capital Management, LP Case No. 19-34054

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name Highland Capital Management, LP  Case No. 19-34054

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| xci |   |   |   |   |   |   |
| xcii |   |   |   |   |   |   |
| xciii |   |   |   |   |   |   |
| xciv |   |   |   |   |   |   |
| xcv |   |   |   |   |   |   |
| xcvi |   |   |   |   |   |   |
| xcvii |   |   |   |   |   |   |
| xcviii |   |   |   |   |   |   |
| xcix |   |   |   |   |   |   |
| c |   |   |   |   |   |   |
| ci |   |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   | $0 | $60,171,929 | $0 | $60,171,929 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|   | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $15,750 | $15,750 | 100% |
| b. Secured claims | $5,843,261 | $0 | $5,274,477 | $5,274,477 | 100% |
| c. Priority claims | $16,498 | $0 | $1,213,832 | $1,213,832 | 100% |
| d. General unsecured claims | $205,144,544 | $14,361,077 | $284,566,669 | $397,485,568 | 72% |
| e. Equity interests | $0 | $0 | $0 |   |   |

**Part 4: Questionnaire**

a. Is this a final report?  Yes ◯  No ⦿
    If yes, give date Final Decree was entered: _____
    If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ◯

| Debtor's Name | Highland Capital Management, LP | Case No. | 19-34054 |
|---|---|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ James Seery  
Signature of Responsible Party

CEO  
Title

James Seery  
Printed Name of Responsible Party

10/20/2023  
Date

UST Form 11-PCR (12/01/2021)     8     App. 3339

Debtor's Name Highland Capital Management, LP     Case No. 19-34054



Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name Highland Capital Management, LP  Case No. 19-34054



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)  10  App. 3341

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |

## GLOBAL NOTES TO POST CONFIRMATION REPORT

The Reorganized Debtor has filed the attached post-confirmation report (the "PCR") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court"), on behalf of debtor Highland Capital Management, L.P., Case No. 19-34054 (SGJ) (the "Bankruptcy Case"). The Reorganized Debtor prepared the PCR with the assistance of the Reorganized Debtor's employees, advisors, and professionals. The PCR was prepared solely for the purpose of complying with the post-confirmation quarterly reporting requirements established by the United States Trustee Program (*see* https://www.justice.gov/ust/chapter-11-operating-reports). The PCR should not be relied upon by any persons for any information in connection with current or future financial conditions or events relating to the Reorganized Debtor or its estate.

The financial information contained in the PCR is preliminary, unaudited, limited in scope, and is not prepared in accordance with accounting principles generally accepted in the United States of America nor in accordance with other applicable non-bankruptcy law. In preparing the PCR, the Reorganized Debtor relied on financial data from the books and records available to it at the time of such preparation, as well as certain filings on the docket in the Bankruptcy Case. Although the Reorganized Debtor made commercially reasonable efforts to ensure the accuracy and completeness of the PCR, inadvertent errors or omissions may exist. The Reorganized Debtor reserves the right to amend and supplement the PCR as may be necessary or appropriate.

**Part 2: Preconfirmation Professional Fees and Expenses**

In Section A of the PCR, the Reorganized Debtor listed the bankruptcy related professionals employed in connection with the Bankruptcy Case.

In Section B of the PCR, the Reorganized Debtor listed non-bankruptcy professionals, those that would have been retained absent the Bankruptcy Case, and the ordinary course professionals ("OCP"). Hunton Andrews Kurth LLP ("Hunton") and Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale") were originally ordinary course professionals but were later employed

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Case 19-34054-sgj11 Doc 3955-1 Filed 10/23/23 Entered 10/23/23 21:57:22 Desc
Global Notes to Post-Confirmation Report Page 13 of 13
Case 3:21-cv-00881-X Document 174-150 Filed 01/09/25 Page 23 of 213 PageID 20526

professionals. The amounts listed for Hunton and Wilmer Hale include the OCP payments and employed professional payments.

In Section C of the PCR, the Reorganized Debtor totals all payments included in Sections A and B, along with payments made to professional employed by the official committee of unsecured creditors (the "Committee").

The approved current quarter, approved cumulative, and paid cumulative will have the same amount listed due to approval and payment of final fee applications.

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

The payments made to holders of General Unsecured Claims were disbursed from the Claimant Trust, but for presentation purposes, have been included in Part 3 of the post-confirmation report for the Reorganized Debtor.

The presentation contained in this PCR does not reflect the material and necessary reserves that will be taken in accordance with Reorganized Debtor's governing documents and the Plan.

The Debtor reserves all right to object to any claim in accordance with the terms of the Plan.