# Appendix Exhibit 158

# SUPREME COURT
# OF THE UNITED STATES

```
         IN THE SUPREME COURT OF THE UNITED STATES
- - - - - - - - - - - - - - - - - - -
WILLIAM K. HARRINGTON,              )
UNITED STATES TRUSTEE, REGION 2,    )
              Petitioner,           )
         v.                         ) No. 23-124
PURDUE PHARMA L.P., ET AL.,         )
              Respondents.          )
- - - - - - - - - - - - - - - - - - -
```

Pages:  1 through 123

Place:  Washington, D.C.

Date:   December 4, 2023

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 206
Washington, D.C.  20005
(202) 628-4888
www.hrccourtreporters.com

App. 3546

1    to that, but it's a hearing that didn't even
2    consider the merits of the claim.  It
3    specifically said that you get nothing.  It
4    doesn't even matter because I think that it's
5    just better enough that you're getting, you
6    know, more for the other claim.
7            And, as I said before, we don't think
8    that that's the right analysis.  If you had
9    joint and several liability for co-tortfeasors,
10   it certainly can't be the analysis when you have
11   claims that don't even overlap as much as those
12   claims do.
13           JUSTICE ALITO:  Thank you.
14           CHIEF JUSTICE ROBERTS:  Justice
15   Sotomayor?
16           JUSTICE SOTOMAYOR:  We have a separate
17   petition in Highland Capital, and the amici
18   briefs argue that or suggest that your argument
19   here about nonconsensual third-party releases
20   affects the question of exculpation clauses for
21   professional services, firms that -- for firms
22   that work on a bankruptcy.  Does it?
23           MR. GANNON:  There --
24           JUSTICE SOTOMAYOR:  And how do you get
25   around -- I -- I -- I don't -- I know you're not