**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits in numerical order that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.

# EXHIBIT 129

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date 10/30/15           Page    1
                                    Primary Account
                                    Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

           Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number                        Statement Dates  10/01/15 thru 11/01/15
        Last Statement Balance                Days in the statement period
          12 Deposits/Credits                 Average Ledger
           5 Checks/Debits                     Average Collected
        Service Charge                         Interest Earned
        Interest Paid                          Annual Percentage Yield Earned
        This Statement Balance                 2015 Interest Paid

        --------------------------------------------------------------------

        Deposits and Additions
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000166

**Appx. 02381**

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                        Date 10/30/15          Page    2
                                        Primary Account        ███████
                                        Enclosures

        Analysis Checking w/ Interest        1614130   (Continued)

        Deposits and Additions
        Date    Description                               Amount
        ████████████████████████████████████████████
        ████████████████████████████████████████████████████

        ----------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                               Amount
        ██████████████████████████████████████
        ████████████████████████████████████████████████████

        10/27    OUTGOING WIRE                        200,000.00-
                 HIGHLAND CAPITAL MGMT SERVICES
        █████████████████████████████████████████████████████
        █████████████████████████████████████
        ████████████████████████████████████████████████████
        ██████████████████████████████████████

        ----------------------------------------------------------------

        Daily Balance Information
        Date        Balance        Date        Balance     Date        Balance
        ████████████████████████████████████████████████████████████
        █████████████████████████████████████████████████
        ███████████████████████████████████

        ----------------------------------------------------------------

                        Interest Rate Summary
                        Date            Rate
                        ███████████████████████████

        End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
             Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
             each banking day will be credited as of that date.

HCMS000167

**Appx. 02382**

5/18/2021                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | | | |
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 (1) Tell us your name and account number (if any).
 (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
 (3) Tell us the dollar amount of the suspected error.
 We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000168

Appx. 02383

# EXHIBIT 130

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date 10/30/15            Page    1
                                        Primary Account          ███████
                                        Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number          ███████  Statement Dates  10/01/15 thru 11/01/15
        Last Statement Balance  ███████  Days in the statement period   ██
           12 Deposits/Credits  ███████  Average Ledger
            5 Checks/Debits      ██████  Average Collected    ████████████
        Service Charge           █████   Interest Earned
        Interest Paid            █████   Annual Percentage Yield Earned  ████████
        This Statement Balance  ███████  2015 Interest Paid

        -----------------------------------------------------------------------

        Deposits and Additions
        Date     Description                        Amount
```

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    1/3

HCMS000163

**Appx. 02385**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                    Date 10/30/15          Page    2
                                    Primary Account
                                    Enclosures        ██████████


        Analysis Checking w/ Interest        ████████    (Continued)

        Deposits and Additions
        Date      Description                              Amount
        ██████████████████████████████████████████████████
        ██████████████████████████████████████████████████

        ----------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                              Amount
        ███████████████████████████████
        ███████████████████████████████
        ███████████████████████████████
        ██████████████████████████████████████████████
        ███████████████████████████████

        10/28    OUTGOING WIRE                          200,000.00-
                 HIGHLAND CAPITAL MGMT SERVICES
        █████████████████████████████████

        ----------------------------------------------------------------

        Daily Balance Information
        Date          Balance        Date        Balance      Date        Balance
        ██████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████
        ████████████████████████████████████████

        ----------------------------------------------------------------

                        Interest Rate Summary
                        Date              Rate
                        ██████████████████████████████

        End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                 each banking day will be credited as of that date.

HCMS000164
Appx. 02386

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | TOTAL | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000165
Appx. 02387

# EXHIBIT 131



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

SIPC

**Customer Account Number:** [redacted] **AE:** PB2 **Statement Period:** November 01, 2015 to November 30, 2015 **PAGE 1 of 5**

## MARKET INDICES

Index [redacted]

HIGHLAND CAPITAL MANAGEMENT
SERVICES INC
ATTN CARTER CHISIM
300 CRESCEN COURT
SUITE 700
DALLAS TX 75201-7849

## ACCOUNT VALUE SUMMARY

| Description | As of 10/30/15 | This Period |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| TOTAL | [redacted] | [redacted] |

## DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY

| Description | This Statement | Year to Date |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| TOTAL INCOME | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| TOTAL EXPENSES | [redacted] | [redacted] |

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

| Customer Account Number: ▮▮▮▮ | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 2 of 5 |

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election. The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held away are not in the custody or control of Jefferies nor are they insured by SIPC or the additional protection provided by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment. All short positions are liable for assignment at any time. A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06

HCMS000173

**Appx. 02390**



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

| Customer Account Number: | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | | PAGE 3 of 5 |
|---|---|---|---|---|

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Rate | Debit | Credit |
|---|---|---|---|---|---|---|---|
| 11/23 | WIRE | CASH | | WIRE IN HIGHLAND CAPITAL AC 43100933 TwoFour TradeNumber 301033575 | | | 100,000.00 |
| | | | | | .24 | | |

**TOTAL INCOME AND DISTRIBUTION ACTIVITY:**

## OTHER ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | | Debit | Credit |
|---|---|---|---|---|---|---|---|

**TOTAL OTHER ACTIVITY:**

## PORTFOLIO SUMMARY

Bond ratings are provided by Moodys and Standard & Poors, respectively. For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

**EQUITIES - LONG POSITIONS: 91.30% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

HCMS000174

**Appx. 02391**



| Customer Account Number: | | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | | | | | PAGE 4 of 5 |

**EQUITIES - LONG POSITIONS (Continued)**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| ▬ | ▬ | ▬ | ▬ | | ▬ | | |
| ▬ | ▬ | ▬ | ▬ | | ▬ | ▬ | ▬ |
| ▬ | | ▬ | | | ▬ | ▬ | |
| | | **MARKET VALUE OF EQUITIES - LONG POSITIONS** | | | ▬ | ▬ | |

**MUTUAL FUNDS: 8.60% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| ▬ | ▬ | ▬ | | | ▬ | | |
| | | **TOTAL - MUTUAL FUNDS** | | | ▬ | | |

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel  212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period:  November 01, 2015  to  November 30, 2015 | PAGE 5 of 5 |
|---|---|---|---|

**Customer Notice**

## IMPORTANT NOTICE

►In accordance with the requirements of the Securities and Exchange Commission (the "SEC") and the Commodity Futures Trading Commission (the "CFTC"), clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC (the "Company") as of May 31, 2015 by visiting our website at
**http://investorrelations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790** or by calling 1-888-JEFFERIES.  The Statement of Financial Condition is also available for your personal inspection at Jefferies LLC's principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the SEC or CFTC in New York.

►Jefferies LLC is subject to the SEC's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. The Company computes net capital under the alternative method of the Rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions), plus excess margin collateral on reverse repurchase transactions. Compliance with the Rule could limit operations of the Company, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by the Company. In addition, Jefferies LLC is registered as a futures commission merchant ("FCM") following its merger with Jefferies Bache LLC in September 2014 and is therefore subject to the CFTC's minimum financial requirements under Rule 1.17. Under the minimum financial requirements, an FCM must maintain adjusted net capital equal to or in excess of the greater of $1,000,000 or the FCM's risk-based capital requirements totaling (i) eight percent of the total risk margin requirement for positions carried by the FCM in customer accounts, plus (ii) eight percent of the total risk margin requirement for positions carried by the FCM in noncustomer accounts. As a dually registered broker-dealer and FCM, Jefferies LLC is required to maintain net capital in excess of the greater of the SEC or CFTC minimum financial requirements. As of May 31, 2015, Jefferies LLC's net capital was $998,320,000 which was $913,625,000 in excess of required net capital.

*** END OF STATEMENT ***

HCMS000176

**Appx. 02393**

# EXHIBIT 132

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date 11/30/15              Page    1
                                        Primary Account            ██████
                                        Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


       NexBank's Privacy Policy is accessible at www.NexBank.com


       Checking Account/s

            Account Type:  Highland Capital Management LP

       Analysis Checking w/ Interest
       Account Number          ████████   Statement Dates  11/02/15 thru 11/30/15
       Last Statement Balance  ████████   Days in the statement period    ██
          8 Deposits/Credits   ████████   Average Ledger          ████████
          5 Checks/Debits      ████████   Average Collected       ████████
       Service Charge          ████████   Interest Earned
       Interest Paid           ████████   Annual Percentage Yield Earned  ████████
       This Statement Balance  ████████   2015 Interest Paid

       -------------------------------------------------------------------------------

       Deposits and Additions
       Date     Description                        Amount
       ████████████████████████████
       ████████████████████████████████████
       ████████████████████████████████
       ████████████████████████████
       ████████████████████████████████████
       ████████████████████████████
       ████████████████████████████████████
       ████████████████████████████████
       ████████████████████████████████████
       ████████████████████████████████████
       ████████████████████████████████████
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000169

**Appx. 02395**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date 11/30/15        Page    2
                                              Primary Account
                                              Enclosures            ██████


          Analysis Checking w/ Interest       ████████    (Continued)

          -----------------------------------------------------------------

          Checks and Withdrawals
          Date     Description                            Amount
          ██████████████████████████████████
          ████████████████████████████████████████████████
          ████████████████████████████████████████████████
          11/24    IB Transfer from D ****130 to          250,000.00-
                   D ****656
          ████████████████████████████████████████████████

          -----------------------------------------------------------------

          Daily Balance Information
          Date          Balance     Date       Balance    Date       Balance
          ████████████████████████████████████████████████████████████
          ████████████████████████████████████████████
          ████████████████████████████████████████████

          -----------------------------------------------------------------

                        Interest Rate Summary
                        Date          Rate      ██████████

          End of Statement
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.

HCMS000170

**Appx. 02396**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS |
|---|---|---|---|

**Reconciliation of Account**

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| CHECKS WRITTEN BUT NOT PAID | | |
|---|---|---|
| NUMBER | AMOUNT | |

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

Total of Checks not paid

Subtract total of checks not paid

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 (1) Tell us your name and account number (if any).
 (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
 (3) Tell us the dollar amount of the suspected error.
 We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    3/3

# EXHIBIT 133

5/18/2021                                         NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  2/29/16              Page    1
                                        Primary Account       ███████████
                                        Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201



        NexBank's Privacy Policy is accessible at www.NexBank.com



        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number                    Statement Dates   2/01/16 thru  2/29/16
        Last Statement Balance            Days in the statement period     ██████
            13 Deposits/Credits           Average Ledger
            84 Checks/Debits              Average Collected
        Service Charge                    Interest Earned
        Interest Paid                     Annual Percentage Yield Earned  ████████
        This Statement Balance            2016 Interest Paid       ████████


        --------------------------------------------------------------------------

        Deposits and Additions
        Date       Description                          Amount
```



```
_____
MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.
```

HCMS000072

Appx. 02399

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                              Date  2/29/16        Page    2
                                              Primary Account
                                              Enclosures           ████████
```

Analysis Checking w/ Interest      ████████      (Continued)

Deposits and Additions
Date     Description                          Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date     Description                          Amount



```
2/10     IB Transfer from D ****130 to        2,000,000.00-
         D ****656
```



--------------------------------------------------------------------------------
MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
         Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
         each banking day will be credited as of that date.

HCMS000073
**Appx. 02400**

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date   2/29/16        Page      3
                                        Primary Account
                                        Enclosures
```

            Analysis Checking w/ Interest      ▮▮▮▮▮▮   (Continued)

            Checks and Withdrawals
            Date      Description                          Amount



_____
MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000074

Appx. 02401

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




                                        Date   2/29/16          Page     4
                                        Primary Account
                                        Enclosures            ████████

          Analysis Checking w/ Interest        ████████     (Continued)

          Checks and Withdrawals
          Date     Description                              Amount



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

HCMS000075
Appx. 02402

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                            Date  2/29/16            Page    5
                                            Primary Account
                                            Enclosures

        Analysis Checking w/ Interest                    (Continued)

        --------------------------------------------------------------------------------

        Daily Balance Information
        Date         Balance        Date         Balance        Date         Balance



        --------------------------------------------------------------------------------

                        Interest Rate Summary
                Date                Rate

        End of Statement

        _____
MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000076
Appx. 02403

5/18/2021                                                 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | | | |
|---|---|---|---|---|
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000077

Appx. 02404

# EXHIBIT 134

Page 1 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass

21    HIGHLAND  CAPITAL  MANAGEMENT  LP
      MASTER  OPERATING  ACCOUNT
      300  CRESCENT  CT  STE  700
      DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone    1-800-266-7277

Online    bbvacompass.com

Write    BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████████ | ██████ | ████████ | ████████ |
| **Total Deposit Accounts** | | ████████ | ████████ |

HCMS000056
**Appx. 02406**

Page 2 of 16
Primary Account: ████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number ████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 2/1/16 | ████ |
| Deposits/Credits (145) | ████ |
| Withdrawals/Debits (218) | ████ |
| **Ending Balance on 2/29/16** | ████ |

## Courtesy Overdraft Amount

| | |
|---|---|
| Courtesy Overdraft Amount for All Transactions | ████ |

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800 Compass.

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| ██ | | ████ | ████ |
| ██ | | ████ | ████ |
| ██ | | ████ | |
| ██ | | ████ | |
| ██ | | ████ | |
| ██ | | ████ | ████ |
| ██ | | ████ | |
| ██ | | ████ | |
| ██ | | ████ | |
| ██ | | ████ | ████ |
| ██ | | ████ | |

Page 3 of 16
Primary Account: ▮▮▮▮▮
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | | | Deposits/<br>Credits |
|--------|-------------------|-------------|--|--|---------------------|

**BBVA** Compass



| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

Page 5 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|--|-------------------|

**BBVA** Compass



Page 8 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|

Page 9 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|--|------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|--|--------------------|



HCMS000064
**Appx. 02414**

Case 21-03003-sgj Doc 135-3 Filed 12/18/21 Entered 12/18/21 01:38:22 Desc
Case 3:21-cv-00881-X Document 176-3 Filed 08/24/23 Page 37 of 200 PageID 23650

Page 10 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



**BBVA** Compass



HCMS000066

**Appx. 02416**

Page 12 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016                29

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| 2/11 | | OUT WT E-ACCESS CSTREP REF 20160211F2QCZ60C001153 BNF Highland Capital M | $250,000.00 |

**BBVA** Compass



HCMS000068

**Appx. 02418**

Page 14 of 16
Primary Account: ██████
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

HCMS000069

Page 15 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | | | | ██ | ██ | ███ |
| ██ | ██ | ███ | | | | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | | | | | | |

*Indicates break in check sequence*

HCMS000070
**Appx. 02420**

Page 16 of 16
Primary Account ▓▓▓▓▓▓2
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass

## How to Balance Your Account

**Step 1**   • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
   • Record all automated deductions, debit card transactions and electronic bill payments.
   • Record and deduct service charges, check printing charges, or other bank fees.
   • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**   • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**   • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4**   • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HCMS000071

Appx. 02421

# EXHIBIT 135

Page 1 of 12
Primary Account: ▓▓▓▓▓▓
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass

21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone    1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| **Total Deposit Accounts** | | ▓▓▓▓ | ▓▓▓▓ |

HCMS000082

**Appx. 02423**

Page 2 of 12
Primary Account: ▊▊▊▊
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▊▊▊▊ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

**Change In Terms**

Correction: The fee changes and effective date listed on last month's statements were intended for other account types and are not applicable to your account. Below are the fee changes that will go into effect July 1, 2016:

Checks Paid/Debits - $0.19; Deposited Items Drawn on BBVA Compass - $0.15; Incoming Wire - $15.00; Incoming Wire fee with fax/e-mail notification - $16.00; Incoming Wire fee with phone notification - $18.00; Incoming International wire - $15.75; Manual Outgoing repetitive wire - $20.00; Manual Outgoing non-repetitive wire - $25.00; Manual Outgoing repetitive wire fee with notification - $26.00; Outgoing Automatic Standing Transfer - $9.00; Rerun Deposited Item - $9.00; Return Deposited Item - $12.00. Call Business Relationship Services with questions regarding these changes.

## Activity Summary

| | |
|---|---|
| Beginning Balance on 4/1/16 | ▊▊▊▊ |
| Deposits/Credits (53) | ▊▊▊▊ |
| Withdrawals/Debits (207) | ▊▊▊▊ |
| **Ending Balance on 4/30/16** | ▊▊▊▊ |

## Courtesy Overdraft Amount

| | |
|---|---|
| Courtesy Overdraft Amount for All Transactions | $5,000.00 |

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800 Compass.

## Deposits and Other Credits



| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|

Page 3 of 12
Primary Account:
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass



Page 4 of 12
Primary Account: 
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass



Page 5 of 12
Primary Account: ▮▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass

| Date * | Check/Serial # | Description | | | Deposits/Credits |
|--------|----------------|-------------|---|---|------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



Page 6 of 12
Primary Account:



April 30, 2016                           30

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 4/5 | | OUT WT E-ACCESS CSTREP REF<br>20160405F2QCZ60C001480 BNF Highland Capital M | $6,000,000.00 |

Page 7 of 12
Primary Account:
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



**BBVA** Compass

| Date * | Check/ Serial # | Description | | | Withdrawals/ Debits |
|---|---|---|---|---|---|

Page 9 of 12
Primary Account:
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass



HCMS000090

**Appx. 02431**

Page 10 of 12
Primary Account:
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

Page 11 of 12
Primary Account: ▮▮▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | | | |

*Indicates break in check sequence*

HCMS000092

Appx. 02433

Page 12 of 12
Primary Account:
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  | Step 3 Total $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.

HCMS000093

**Appx. 02434**

# EXHIBIT 136

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date  5/31/16          Page    1
                                          Primary Account
                                          Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Notice, which has not changed, is available on our website
        at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
        Privacy Notice mailed to you, please call us at 972-934-4700.

    Checking Account/s

        Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number                         Statement Dates   5/02/16 thru  5/31/16
    Last Statement Balance                 Days in the statement period
         9 Deposits/Credits                Average Ledger
         5 Checks/Debits                   Average Collected
    Service Charge                         Interest Earned
    Interest Paid                          Annual Percentage Yield Earned
    This Statement Balance                 2016 Interest Paid


    --------------------------------------------------------------------------------

    Deposits and Additions
    Date       Description                        Amount
```


```
MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.
```

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    1/3

HCMS000097

Appx. 02436

5/18/2021                                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  5/31/16         Page    2
                                          Primary Account
                                          Enclosures            ███████
```

Analysis Checking w/ Interest          █████  (Continued)

Deposits and Additions
Date      Description                                Amount
████████████████████████
████████████████████████████████████████

----------------------------------------------------------------------

Checks and Withdrawals
Date      Description                                Amount
  5/04    IB Transfer from D ****130 to      2,700,000.00-
          D ****656
████████████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████████
████████████████████████████████████████
██████████████████████████

----------------------------------------------------------------------

Daily Balance Information
Date          Balance        Date        Balance       Date        Balance
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████

----------------------------------------------------------------------

                    Interest Rate Summary
                    Date              Rate
                    ████████████████████████

          End of Statement
```



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

HCMS000098

**Appx. 02437**

5/18/2021                                                      NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | TOTAL | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000099
Appx. 02438

# EXHIBIT 137

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date   7/29/16            Page    1
                                          Primary Account          ████████
                                          Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201


      NexBank's Privacy Notice, which has not changed, is available on our website
      at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
      Privacy Notice mailed to you, please call us at 972-934-4700.

   Checking Account/s

        Account Type:  Highland Capital Management LP

   Analysis Checking w/ Interest
   Account Number            ████████   Statement Dates   7/01/16 thru  7/31/16
   Last Statement Balance  ██████████   Days in the statement period        ████
      13 Deposits/Credits   ██████████   Average Ledger             ██████████
      12 Checks/Debits      ██████████   Average Collected          ████████████
   Service Charge             ████████   Interest Earned            ██████████
   Interest Paid           ██████████   Annual Percentage Yield Earned  ████████
   This Statement Balance  ██████████   2016 Interest Paid         ████████

   --------------------------------------------------------------------------------

   Deposits and Additions
   Date     Description                          Amount
```



5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                          Date   7/29/16        Page    2
                                          Primary Account       ███████
                                          Enclosures
```



```
         Analysis Checking w/ Interest      ███████    (Continued)

         Deposits and Additions
         Date      Description                              Amount
         ████████████████████████████████   ████████████
         ████████████████████████████████   ████████████
         ████████████████████████████████   ████████████
         ████████████████████████████████   ████████████
         ████████████████████████████████   ████████████
         ████████████████████████████████   ████████████
         ████████████████████████████████   ████████████

         -----------------------------------------------------------

         Checks and Withdrawals
         Date      Description                              Amount
          7/01     IB Transfer from D ****130 to           30,000.00-
                   D ****656
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    2/4

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                                        Date  7/29/16          Page    3
                                                        Primary Account
                                                        Enclosures


                Analysis Checking w/ Interest          ▓▓▓▓▓▓      (Continued)

                Checks and Withdrawals
                Date      Description                            Amount
                ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

                --------------------------------------------------------------------------------

                Daily Balance Information
                Date        Balance      Date        Balance      Date        Balance
                ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

                --------------------------------------------------------------------------------

                        Interest Rate Summary
                        Date            Rate
                        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

                End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000124
Appx. 02442

5/18/2021                                    NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | | |
| NUMBER | AMOUNT | | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | | |
| | | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | | |
| | | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Enter bank balance from statement | | | | |
| | | | | Add deposits not credited by bank (if any) | | | | |
| | | | | | | | | |
| | | | | TOTAL | | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | | |
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000125
Appx. 02443

# EXHIBIT 138

Page 1 of 14
Primary Account: ▇▇▇▇▇▇
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

21   HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

| | |
|---|---|
| Phone | 1-800-266-7277 |
| Online | bbvacompass.com |
| Write | BBVA Compass |
| | Customer Service |
| | P.O. Box 10566 |
| | Birmingham, AL 35296 |

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇ | | |
| **Total Deposit Accounts** | | ▇▇▇▇▇ | ▇▇▇▇▇ |

Coming soon! Save money and go green by offering your customers online bills and payment initiation.
BBVA Compass Electronic Bill Presentment and Payment is the most efficient way to deliver your bills
using your company's webpage and accept payments online or by phone. If customers use their own
banking service to pay bills online, we can help you streamline processing using BBVA Compass
e-Lockbox. Contact your BBVA Compass Treasury Management Officer for more details.

———

Page 2 of 14
Primary Account: ▮▮▮▮
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

As a reminder, on September 23, 2016, the Automated Clearing House (ACH) will begin
supporting interbank same day ACH credit transactions. Interbank same day ACH
origination will be available through BBVA Compass at a later date on an **opt-in basis
only**. Please contact your Treasury Management Officer for assistance.

To reflect this change for Interbank same day ACH through BBVA Compass, we have
updated Section 3 of ACH Prepaid Services terms and conditions and added Section 18 to
the ACH terms and conditions of our Treasury Management Services Agreement.

Additional terms have also been added to the ACH terms and conditions regarding NOCs
in Section 6, fees for returned and disputed entries in Section 7 and third party processors
in Section 12.

Please review the changes in the Treasury Management Services Agreement and print a
complete copy for your records. You can find a current version of the agreement by going
to:

http://www.bbvacompass.com/commercial/treasury-management/resource-central/
The user ID is "treasury" and the password is "management."

## Activity Summary

| | |
|---|---|
| Beginning Balance on 8/1/16 | ▮▮▮ |
| Deposits/Credits (99) | ▮▮▮ |
| Withdrawals/Debits (224) | ▮▮▮ |
| **Ending Balance on 8/31/16** | ▮▮▮ |

## Deposits and Other Credits



| Date * | Check/<br>Serial # | Description | | Deposits/<br>Credits |
|---|---|---|---|---|

HCMS000127

**Appx. 02446**

Page 3 of 14
Primary Account: ▮
Beginning August 1, 2016 - Ending August 31, 2016                31

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

**BBVA** Compass



**BBVA** Compass



**BBVA** Compass



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|

Page 7 of 14
Primary Account:
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|--|-------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



Page 8 of 14
Primary Account:
Beginning August 1, 2016 - Ending August 31, 2016                31

**BBVA** Compass



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|-----------------|-------------|---|---------------------|
| 8/5 | | OUT WT E-ACCESS CSTREP REF 20160805F2QCZ60C000943 BNF Highland Capital M | | $525,000.00 |
| | | 99994 | | |


**BBVA** Compass



HCMS000134
**Appx. 02453**

**BBVA** Compass




**BBVA** Compass



Page 12 of 14
Primary Account: ████████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary





Page 13 of 14
Primary Account: ▇▇▇▇▇▇▇
Beginning August 1, 2016 - Ending August 31, 2016                   31

**BBVA** Compass

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

*\* Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1**
- Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**
- If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**
- List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4**
- List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

### Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement |  |
| • Add total from Step 3 |  |
| • Subtotal |  |
| • Subtract total from Step 4 |  |
| • This balance should equal your register balance |  |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 139

5/18/2021                                                  NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                      Date  8/31/16              Page    1
                                      Primary Account          ████
                                      Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201


          NexBank's Privacy Notice, which has not changed, is available on our website
          at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
          Privacy Notice mailed to you, please call us at 972-934-4700.

          Checking Account/s

              Account Type:  Highland Capital Management LP

          Analysis Checking w/ Interest
          Account Number            ████        Statement Dates   8/01/16 thru  8/31/16
          Last Statement Balance    ████        Days in the statement period      ████
            11 Deposits/Credits     ████        Average Ledger                   ████
             7 Checks/Debits        ████        Average Collected                ████
          Service Charge            ████        Interest Earned                  ████
          Interest Paid             ████        Annual Percentage Yield Earned   ████
          This Statement Balance    ████        2016 Interest Paid               ████

          ----------------------------------------------------------------------------

          Deposits and Additions
          Date      Description                              Amount
```


```
MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.
```

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2016/2016 HCMLP Bank Statements/NexBank MM 130/08-16 HCM MM NexBank 130.html        1/4

HCMS000140

**Appx. 02460**

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date  8/31/16           Page    2
                                    Primary Account
                                    Enclosures               ▬▬▬▬
```



Analysis Checking w/ Interest         ▬▬▬▬    (Continued)

Deposits and Additions
Date      Description                              Amount

--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount

8/19      IB Transfer from D ****130 to            250,000.00-
          D ****656

--------------------------------------------------------------------------------

Daily Balance Information
Date          Balance        Date        Balance      Date        Balance

--------------------------------------------------------------------------------

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

HCMS000141

Appx. 02461
```

5/18/2021                                             NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date  8/31/16        Page    3
                                              Primary Account
                                              Enclosures          ████████


          Analysis Checking w/ Interest            1614130   (Continued)

          --------------------------------------------------------------------

                          Interest Rate Summary
                          Date                 Rate
                          ████                 ██████

          End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000142

**Appx. 02462**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS |
|---|---|---|
| **Reconciliation of Account** | | Date _____ |

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| | | Enter bank balance from statement |
| | | Add deposits not credited by bank (if any) |
| | | TOTAL |
| Total of Checks not paid | | Subtract total of checks not paid |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
  an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000143

Appx. 02463

# EXHIBIT 140

Page 1 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Ed n9ing Febtem, er H02601-            H0

**BBVA** Compass

61        I  G.I NADC  TAP GWAN  SADAL dS dDM NP
          SAFM dR  OPd RAM GDL  ATTOUDM
          H00  TRdFTdDM  TM FM d  300
          CANNAF  M7  3X601E3584

### Contacting Us

Availa, le , y bpone 68f8

Ppone    15500B- -B3633

Online   , , vacomba. .xom

K rite   BBs A Tomba. .
         Tu. tomer Fervice
         PxOxBo( 10X- -
         Birmingpam2ANHX64-

### / our BBs A Tomba. .  Account WV

Plea. e . ee imbortant me. . age regar9ing your
MRdAFUR/  SADAL dS dDMADAN'  FG TI  dTYGBL
account

## Fummary of Account.

### Deposit Accounts/ Other Products

| Account | Account num, er | dn9ing , alance la. t. tatement | dn9ing , alance tpi. . tatement |
|---|---|---|---|
| ██████████████ | ███████ | | |
| **Total Deposit Accounts** | | **$315,335.01** | **$1,090,753.79** |

HCMS000144

**Appx. 02465**

Page 6 of 16
Primary Account: ▮
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-        H0

**BBVA** Compass

# MRdAFUR/ SADAL dS dDMADAN/ F G TI dTY L

Account Dum, er: ▮        El G I NADC TAPG ANS ADAL dS dDMNP

## Account Information

K e pave ub9ate9 certain term. an9 con9ition. of tpe Mrea. ury S anagement Fervice
Agreement for tpe L eneral Provi. ion. for tpe follo) ing . ection. : Autporiive9
Rebre. entative2d ligi, le Account. 2T onfi9entiality an9 " orce S a"eurexG a99ition2t) o ne)
. ection. pave al. o , een a99e9 to tpe L eneral Provi. ion. : Cefinition. an9 Mpir9 Party
Proce. . or. xPlea. e revie) tpe. e . ection. of tpe Mrea. ury S anagement Agreement online
an9 brint a comblete coby for your recor9. xMpe. e term. an9 con9ition. ) ill , ecome
effective a. of Cecem, er 12601- xAll otper term. an9 con9ition. of tpe Mrea. ury
S anagement Fervice Agreement ) ill continue in full force an9 effectx/ ou can fin9 a
current ver. ion of tpe agreement , y going to:
pttb:th) ) ) x , vacomba. . xcomh commercialhtrea. uryEmanagementhre. ourceEcentralh

Mpe u. er GC i. $trea. ury$ an9 tpe ba. . ) or9 i. $management x$

## Activity Summary

Beginning Balance on 4t1h1-        ▮
Cebo. it. ht re9it. V 4- V        ▮
K itp9ra) al. t Ce, it. Wt5- V        ▮
**Ending Balance on 9/30/16**        ▮

## Deposits and Other Credits



Cate *    Tpeckh Ferial #    Ce. cribtion                                   Cebo. it. h Tre9it.

**BBVA** Compass



Page 8 of 16
Primary Account:
Beginning Febtem, er 12601- Ed n9ing Febtem, er H02601-                    H0

**BBVA** Compass



HCMS000147
**Appx. 02468**

Page X of 16
Primary Account:
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0





Plea. e note2certain fee. an9 cparge. bo. te9 to your account may relate to . ervice. an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i. tpe , u. ine. . 9ay tpat tpe tran. action i. broce. . e9x

## Withdrawals and Other Debits





Page 3 of 16
Primary Account:
Beginning Febtem, er 12601- Ed n9ing Febtem, er H02601-                    H0

**BBVA** Compass



HCMS000150

**Appx. 02471**

**BBVA** Compass



HCMS000151
Appx. 02472

Page 4 of 16
Primary Account:
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                H0

**BBVA** Compass



HCMS000152

**Appx. 02473**

Page 10 of 16
Primary Account: ██████
Beginning Febtem, er 12601- Ed n9ing Febtem, er H02601-        H0

**BBVA** Compass



| Cate * | T peckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|---|---|---|---|

Plea. e note2certain fee.  an9 cparge.  bo. te9 to your account may relate to . ervice.  an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i.  tpe , u. ine, .  9ay tpat tpe tran. action i.  broce. . e9x

## End of Business Day Balance Summary



| Cate | Balance | Cate | Balance | Cate | Balance |
|---|---|---|---|---|---|

## Summary of Checks

| Cate | T peck # | Amount | Cate | T peck # | Amount | Cate | T peck # | Amount |
|---|---|---|---|---|---|---|---|---|

Primary Account: ▮
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

| Cate | T peck # | Amount | Cate | T peck # | Amount | Cate | T peck # | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| ▮ | | ▮ | | | | | | |

*\* Indicates break in check sequence*

Page 16 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-            H0

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter all cpeck. 29ebo. it. 2an9 otper automate9 teller
car9 WMS Vtran. action.  in your regi. terx
• Recor9 all automate9 9e9uction. 29e, it car9
tran. action.  an9 electronic , ill bayment. x
• Recor9 an9 9e9uct . ervice cparge. 2cpeck brinting
cparge. 2or otper , ank fee. x
• ⑤you pave an intere. t , earing account2a99 any
intere. t earne9 . po) n on tpi. . tatementx

**Step 2** • ⑤abblica, le2. ort cpeck.  in numerical or9er 2an9 mark
in your regi. ter eacp cpeck or otper tran. action tpat i.
li. te9 on tpi. . tatementx

**Step 3** • N. t any 9ebo. it.  or cre9it.  your pave ma9e tpat 9o not
abbear on tpi. . tatement Wee . bace brovi9e9 , elo) ⑥

**Step 4** • N. t any 9ebo. it.  or cre9it.  your pave ma9e tpat 9o not
abbear on tpi. . tatement Wee
. bace brovi9e9 , elo) ⑥

| CatetⒸe. cribtion | Amount |
|---|---|
|  | j |
|  | j |
|  | j |
|  | j |
|  | j |
|  | j |
| Fteb HMbtal | Ⓠ |

| CatetⒸe. cribtion | Tpeck # | Amount |
|---|---|---|
|  |  | j |
|  |  | j |
|  |  | j |
|  |  | j |
|  |  | j |
|  |  | j |
| Fteb 8 Mbtal |  | Ⓠ |

## Balancing Your Register to this Statement

**Step 5** | dnter tpe ⑤current , alanceⓈ. po) n on tpi.
. tatement | j |
| A99 total from Fteb H | j |
| Fu, total | j |
| Fu, tract total from Fteb 8 | j |
| Ⓜpi. , alance . poul9 e•ual your regi. ter
, alance | j |
| Ⓖit 9oe. not agree2ee. teb. , elo) | Ⓠ | j |

⑤your account 9oe. not , alance2revie) tpe follo) ing):
· Tpeck all your a99ition an9 . u, traction a, ove in your regi. terx
· Ⓢake . ure tpe numm, ere9 to . u, tract . ervice cparge. li. te9 on
tpi. . tatement an9 a99 any intere. t earne9 to your regi. terx
· Amount. of 9ebo. it. an9 ) itp9ra) al. on tpi. . tatement . poul9
matcp your regi. ter entrie. x
· ⑤you pave • ue. tion. or nee9 a. . i. tance2blea. e refer to tpe bpone
num, er on tpe front of tpi. . tatementx

## Change of Address
Plea. e call u. at tpe telepbone num, er li. te9 on tpe front of tpi.
. tatement to tell u. a, out a cpange of a99re. . x

## Electronic Transfers *(for consumer accounts only)*
⑥ ca. e of error. or • ue. tion. a, out your d1ectronic Man. fer. 2) rite to
BBs A Tomba. . Bank2Oberation. Tombliance Fub6ort2PⓍOxBo(
10X- 2Birmingpam2ANHX64- xOr. imbly call your local cu. tomer
. ervice num, er brinte9 on tpe front of tpi. . tatementxTall or ) rite a.
. oon a. you can2if you tpink your . tatement or receibt i. ) rong or if
you nee9 more information a, out a tran. fer on tpe . tatement or
receibtxK e mu. t pear from you no later tpan - 0 9ay. after ) e . ent
tpe fir. t . tatement on ) picp tpe error or bro, lem abbeare9x

| Ⓜell u. your name an9 account num, er WΓany⑥
| Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can
| py you , elieve it i. an error o ) py you nee9 more informationx
| Ⓜell u. tpe 9ollar amount of tpe . u. becte9 errorx

K e ) ill inve. tigate your complaint an9 ) ill correct any error brombtlyxⒼ. ) e take more tpan 10
, u. ine. . 9ay. W80 on claim. on account. obene9 le. . tpan H0 calen9ar 9ay. Vto 9o tpi. 2) e ) ill
cre9it your account for tpe amount you tpink i. in error2. o tpat you ) ill pave tpe u. e of tpe
money 9uring tpe time it take. u. to complete our inve. tigationx

*" or DonЕT on. umer Account cu. tomer. 2blea. e refer to your current DonЕT on. umer Account
Agreement for 9etail. regar9ing d1ectronic " un9 Man. fer. x

## Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate** Ⓜpe. intere. t cparge i.
combute9 u. ing your annual bercentage rate 9ivi9e9 , y H. X or2in tpe ca. e of a leab year2H - 2
) picp give. you tpe 2Abblica, le RateⓍ Altpougp ) e calculate tpe intere. t cparge , y abblying tpe
Abblica, le Rate to eacp 9aily , alance2tpe intere. t cparge can al. o , e calculate9 , y multiblying
tpe Abblica, le Rate , y tpe 2average 9aily , alance Ⓦalance Fu, "ect to 9tere. t RateV. po) n on
tpi. . tatement2tpen multiblying tpat . um , y tpe num, er of 9ay. in tpe , illing cyclexⓂb get tpe
2Balance Fu, "ect to 9tere. t Rate" . po) n on tpi. . tatement ) e take tpe , eginning , alance of
your account le. . any unbai9 finance cparge. eacp 9ay2a99 any ne) a9vance. or 9e, it. 2an9
. u, tract any bayment. or cre9it. xⓂpi. give. u. tpe 9aily , alancexⓂben ) e a99 all tpe 9aily
, alance. for tpe , illing cycle an9 9ivi9e , y tpe num, er of 9ay. in tpe , illing cyclexⓂpi. give. u.
tpe 2average 9aily , alance" . po) n on tpe 2Balance Fu, "ect to 9tere. t Rate"x
Payment. xPayment. to your over9raft brotection loan account ma9e tprougp our teller. or
9ebo. ite9 at our automate9 teller macpine. WMS . VS on9ay tprougp " ri9ay , efore tpe bo. te9
cut6off time ) ill , e bo. te9 to your account on tpe 9ate tpey are accebte9xOtper) i. e2tpey ) ill , e
bo. te9 on tpe ne( t , u. ine. . 9ayxPayment. ma9e tprougp our AMS . via a fun9. tran. fer ) ill , e
bo. te9 on tpe 9ate tpey are receive9 or on tpe ne( t , u. ine. . 9ay if ma9e after - bm TMWbm SM
for Ariwona account. an9 - bm PMfor Talifornia account. VS on9ay tprougp " ri9ay or anytime
Fatur9ay2Fun9ay or , ank poli9ay. xBBs A Tomba. . Bank , u. ine. . 9ay. are S on9ay tprougp
" ri9ay2ey( clu9ing poli9ay. x

## In Case of Errors or Questions About Your Statement VoverⓈraft Protection OnlyV
⑤you tpink your . tatement i. ) rong2or if you nee9 more information a, out a tran. action on your
. tatement2) rite your i. . ue on a . ebarate 9ocument an9 . en9 it to Bankcar9 Tenter2PⓍOxBo(
66102Cecatur2ANHX- 44E001xWtelebpone in• uirie. may , e ma9e , y calling your local BBs A
Tomba. . rancp li. te9 on tpe front of tpi. . tatement to , beak ) itp a Tu. tomer Fervice
Rebre. entativexPlea. e note: a telebpone in• uiry ) ill not bro. erve your rigpt. un9er fe9eral la) x
K e mu. t pear from you no later tpan . i( ty W0V9ay. after ) e . ent you tpe fir. t . tatement on
) picp tpe error or bro, lem abbeare9x

· Ⓜell u. your name an9 account num, er WΓany⑥
· Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can
  ) py you , elieve it i. an error o ) pat you nee9 more informationx
· Ⓜell u. tpe 9ollar amount of tpe . u. becte9 errorx

/ ou can . tob tpe automatic 9e9uction of tpe Ⓢinimum Payment from you cpecking account if
you tpink your . tatement i. ) rongxⓂb . tob tpe bayment2your letter mu. t reacp u. tpree WⓜV
, u. ine. . 9ay. , efore tpe automatic 9e9uction i. . cpe9ule9 to occurx

## Reporting Other Problems
Plea. e revie) your . tatement carefullyxⒼi. e. . ential tpat any account error. or any imbrober
tran. action. on your account , e re6orte9 to u. a. . oon a. ro. . ona, ly bo. . i, lexⒼyou fail to
notify u. of any . u. becte9 bro, lem. 2error. or unautporive9 tran. action. ) itpin tpe time berio9.
. becifie9 in tpe 9ebo. it account agreement2) e are not lia, le to you for any lo. . relate9 to tpe
bro, lem2error or unautporive9 tran. actionx

BBs A Tomba. . i. a tra9e name of Tomba. . Bank2a mem, er of tpe BBs A L roubx
Tomba. . Bank2Ⓢem, er "CГx

HCMS000155

Appx. 02476

# EXHIBIT 141

NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                         Date  12/30/16            Page    1
                                         Primary Account
                                         Enclosures                 ████████
```

```
            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201
```

```
      NexBank's Privacy Notice, which has not changed, is available on our website
      at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
      Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
      Checking Account/s
```

```
           Account Type:  Highland Capital Management LP
```

```
      Analysis Checking w/ Interest
      Account Number                        Statement Dates  12/01/16 thru 12/31/16
      Last Statement Balance   ████████     Days in the statement period
         14 Deposits/Credits               Average Ledger              ████████
         11 Checks/Debits                  Average Collected
      Service Charge                        Interest Earned
      Interest Paid                         Annual Percentage Yield Earned
      This Statement Balance   ████████     2016 Interest Paid
```

```
      -------------------------------------------------------------------------------
```

```
      Deposits and Additions
      Date       Description                              Amount
```



MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                         Date  12/30/16       Page    2
```

HCMS000177

**Appx. 02478**

NexBank SSB



Primary Account
Enclosures

Analysis Checking w/ Interest                         (Continued)

Deposits and Additions
Date          Description                              Amount

--------------------------------------------------------------------------------

Checks and Withdrawals
Date          Description                              Amount

12/12         IB Transfer from D ****130 to           7,700,000.00-
              D ****656

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.



**NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                        Date 12/30/16          Page      3
                                        Primary Account
                                        Enclosures

Analysis Checking w/ Interest                         (Continued)

--------------------------------------------------------------------------------

Daily Balance Information

HCMS000178

**Appx. 02479**

NexBank SSB

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
|      |         |      |         |      |         |

----------------------------------------------------------------------------------

Interest Rate Summary

| Date | Rate |
|------|------|
|      |      |

End of Statement



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | |   Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | | AMOUNT | | | | | |
| | | | |   Sort your checks numerically or by date issued. | | | |
| | | | |   Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | | |
| | | | |   Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | |   Reconcile your statement in the space provided below. | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | TOTAL | | | |

file:///G|/.../1.%20Audit/Audit%202016/Bank%20Statements/NexBank%20MM%20130/12-16%20HCM%20MM%20NexBank%20130.html[3/15/2019 4:45:15 PM]

HCMS000179

**Appx. 02480**

NexBank SSB

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000180

**Appx. 02481**

# EXHIBIT 142

5/18/2021                                                    NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date   3/31/17            Page    1
                                          Primary Account
                                          Enclosures            ██████


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.

  Checking Account/s

        Account Type:  Highland Capital Management LP

  Analysis Checking w/ Interest
  Account Number            ████████   Statement Dates   3/01/17 thru  4/02/17
  Last Statement Balance    ████████   Days in the statement period    ███
     5 Deposits/Credits     ████████   Average Ledger
    20 Checks/Debits        ████████   Average Collected
  Service Charge            ████████   Interest Earned
  Interest Paid             ████████   Annual Percentage Yield Earned  ████████
  This Statement Balance    ████████   2017 Interest Paid



  ------------------------------------------------------------------------------


  Deposits and Additions
  Date      Description                          Amount


  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████


  ------------------------------------------------------------------------------
```

MEMBER FDIC                        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                        Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                                          each banking day will be credited as of that date.

HCMS000078
Appx. 02483

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                         Date  3/31/17        Page    2
                                         Primary Account
                                         Enclosures
```

Analysis Checking w/ Interest        ████████    (Continued)

Checks and Withdrawals
Date      Description                          Amount



    3/31      IB Transfer from D ****130 to        150,000.00-
              D ****656

    -----------------------------------------------------------------

Daily Balance Information
Date        Balance        Date        Balance        Date      Balance

    -----------------------------------------------------------------

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

HCMS000079

**Appx. 02484**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                         Date  3/31/17        Page     3
                                         Primary Account
                                         Enclosures          ████████


        Analysis Checking w/ Interest         ████████)  (Continued)


                       Interest Rate Summary
                       Date             Rate        ████████████
```

        End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000080

**Appx. 02485**

5/18/2021                                        NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | | |
|---|---|---|---|
| | Add deposits not credited by bank (if any) | | |
| | TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

---

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

---

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

---

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000081

**Appx. 02486**

# EXHIBIT 143

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





                                          Date   3/30/18          Page    1
                                          Primary Account        ████████
                                          Enclosures


        Highland Capital Management Services Inc
        Attn Kristin Hendrix
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Notice, which has not changed, is available on our website
        at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
        Privacy Notice mailed to you, please call us at 972-934-4700.

        Checking Account/s

              Account Type:  Highland Capital Management Services Inc
                             Attn Kristin Hendrix

        Business Checking
        Account Number          ████████     Statement Dates   3/01/18 thru  4/01/18
        Last Statement Balance  ████████     Days in the statement period        ██
            1 Deposits/Credits   ████████     Average Ledger                ████████
            5 Checks/Debits      ████████     Average Collected       ████████
        Service Charge               ███
        Interest Paid
        This Statement Balance  ████████


        -------------------------------------------------------------------------------

        Deposits and Additions
        Date    Description                        Amount
        3/26    IB Transfer from D ****130 to      150,000.00
                D ****656


        -------------------------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                        Amount
        ████████████████████████  █████████████████
        ████████████████  █████████████████
        █████████████████████████████████
        ████████████████████████████████████
        ████████████████  █████████████████

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.


file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    1/3

HCMS000181

**Appx. 02488**

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date   3/30/18        Page     2
                                              Primary Account
                                              Enclosures              ▓▓▓▓▓▓


        Business Checking              ▓▓▓▓▓▓      (Continued)

        --------------------------------------------------------------------

                        --- CHECKS IN NUMBER ORDER ---
        Date    Check No              Amount
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

        --------------------------------------------------------------------

        Daily Balance Information
        Date        Balance      Date        Balance      Date        Balance
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000182

**Appx. 02489**

5/18/2021                                                NexBank SSB

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | |
| | | | | | | |
| | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | |
| | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | |
| | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | Reconcile your statement in the space provided below. | | | |
| | | | Enter bank balance from statement | | | |
| | | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000183

Appx. 02490

# EXHIBIT 144

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




                                        Date   6/29/18          Page    1
                                        Primary Account
                                        Enclosures


        Highland Capital Management Services Inc
        Attn Kristin Hendrix
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Notice, which has not changed, is available on our website
        at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
        Privacy Notice mailed to you, please call us at 972-934-4700.

    Checking Account/s

        Account Type:  Highland Capital Management Services Inc
                       Attn Kristin Hendrix

    Business Checking
    Account Number              ███████       Statement Dates  6/01/18 thru  7/01/18
    Last Statement Balance      ███████       Days in the statement period      ███
    ███████████████             ███████       Average Ledger
    Service Charge                    ██       Average Collected        ██████████
    Interest Paid                    ███
    This Statement Balance      ███████

    --------------------------------------------------------------------------------

    Deposits and Additions
    Date     Description                           Amount
    6/25     IB Transfer from D ****130 to        200,000.00
             D ****656

    --------------------------------------------------------------------------------

    Checks and Withdrawals
    Date     Description                           Amount
    █████████████████████████████████████████████████████
    █████████████████████████████████████████████████████
    ██████████████████████████████

    --------------------------------------------------------------------------------


MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.


file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba...    1/3

5/18/2021                                            NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                             Date   6/29/18        Page      2
                                             Primary Account
                                             Enclosures          ▬▬▬▬▬▬▬


        Business Checking              ▬▬▬▬▬  (Continued)

        Daily Balance Information
        Date         Balance       Date         Balance      Date        Balance
        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

        End of Statement


MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000185

**Appx. 02493**

5/18/2021                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | Enter bank balance from statement | | | |
| | | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000186

**Appx. 02494**

# EXHIBIT 145

Page 1 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                    61

**BBVA** Compass

.  1     9 HI 9 GALN  DAPHCAG  FALAI EFELC GP
         FATCEM SPEMACHLI  ADDSRLC
         622  DMETDELC DC TCE  O22
         NAGGAT CU O3, 21-O7 X0

**Contacting Us**

A5ai a48e 4y vI one , XpO

PI one   1-722-, hh-Q OO

Sn8ne   445acomva/ / scom

.  rite   BBWA Domva/ /
          Du/ tomer Ter5ice
          PsS sBoV 123hh
          Birmingl amb AG63, 0h

# Tummary of Account/

## Deposit Accounts/ Other Products

| Account | Account num4er | Ending 4a8ance 8a/ t / tatement | Ending 4a8ance tl i/ / tatement |
|---------|----------------|---------------------------------|---------------------------------|
| ███████████████ | ███████ | ████████ | ████████ |
| **Total Deposit Accounts** | | ████████ | ████████ |

HCMS000100

**Appx. 02496**

Page , of 16
Primary Account: ▮▮▮▮
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

# CMEATRMx F AL AI  EF EL C AL AGx THT  D9 EDYHLI

Account Lum4er: ▮▮▮▮ - 9HI 9GAL N DAPHCAGF AL AI  EF EL C GP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 3p p 0 | ▮▮▮ |
| Nevo/ it/ p Dredit/ K0Q | ▮▮▮ |
| . itl dra) a8 pNe4it/ K1Ch( | ▮▮▮ |
| **Ending Balance on 5/31/19** | ▮▮▮ |

## Deposits and Other Credits

| Nate " | DI ecwp Teria8" | Ne/ crivtion | | Nevo/ it/ p Dredit/ |
|---|---|---|---|---|
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |

Page 6 of 16
Primary Account: ▇▇▇▇▇
Beginning F ay 1b, 210 - Ending F ay 61b, 210                    61

**BBVA** Compass



**BBVA** Compass



Page 3 of 16
Primary Account: ▮▮▮▮
Beginning F ay 1b, 210 - Ending F ay 61b, 210                    61

**BBVA** Compass



Page h of 16
Primary Account: ███
Beginning F ay 1b, 210 - Ending F ay 61b, 210            61

**BBVA** Compass



HCMS000105

Page Oof 16
Primary Account: 
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



P8ea/ e notebcertain fee/ and cl arge/ vo/ ted to your account may re8te to / er5ice/ andpr acti5ity from tl e vrior / tatement cyc2es
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## Withdrawals and Other Debits



**BBVA** Compass



HCMS000107

**Appx. 02503**

Page 0 of 16
Primary Account: ██████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                    61

**BBVA** Compass

Page 12 of 16
Primary Account: ▮▮▮▮
Beginning F ay 1b, 210 - Ending F ay 61b, 210                    61

**BBVA** Compass



Page 11 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass





Page 1, of 16
Primary Account:
Beginning F ay 1b, 210 - Ending F ay 61b, 210                61



Ple ae notebcertain fee/ and cl arge/ vo/ ted to your account may rete to / er5ice/ andpr acti5ity from tl e vrior / tatement cyce
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## End of Business Day Balance Summary



## Summary of Checks



* Indicates break in check sequence

HCMS000111

**Appx. 02507**

Page 16 of 16
Primary Account: ▮▮▮▮▮▮
Beginning F ay 1b, 210 - Ending F ay 61b, 210                    61

**BBVA** Compass

## How to Balance Your Account

**Step 1**  • Enter a8cl ecw bdevo/ it/ band otl er automated te9er card HACF ( tran/ action/ in your regi/ ters
  • Mecord a8automated deduction/ bde4it card tran/ action/ and e8ectronic 4i88vayment/ s
  • Mecord and deduct / er5ice cl arge/ bcl ecwvrinting cl arge/ bor otl er 4anwfee/ s
  • Hf you l a5e an intere/ t 4earing accountbadd any intere/ t earned / l o) n on tl i/ / tatements

**Step 2**  • Hf a vv8ca48b/ ort cl ecw  in numerica8order and marw in your regi/ ter eacl  cl ecwor otl er tran/ action tl at i/ 8/ ted on tl i/ / tatements

**Step 3**  • G// t any devo/ it/ or credit/ your l a5e made tl at do not avvear on tl i/ / tatement K ee / vace vro5ided 4e8) (s

**Step 4**  • G// t any cl ecw you l a5e ) rittenbde4it card tran/ action/ be8ectronic vayment/ and otl er deduction/ tl at do not avvear on tl i/ / tatement K ee / vace vro5ided 4e8) (s

| Nate√Ne/ crivtion | | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Ttev 6 Cota8 | # | q |

| Nate√Ne/ crivtion | Dl ecw" | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Ttev X Cota8 | # | q |

## Balancing Your Register to this Statement

| **Step 5** | ZEnter tl e "current 4a8ance" / l o) n on tl i/ / tatement | | q |
|---|---|---|---|
| | ZAdd tota8from Ttev 6 | | q |
| | ZTu4tota8 | | q |
| | ZTu4tract tota8from Ttev X | | q |
| | ZCl i/ 4a8ance / l ou8 eQua8your regi/ ter 4a8ance | | q |
| | Hf it doe/ not agreeb/ ee / tev/ 4e8) | # | q |

Hf your account doe/ not 4a8ancebre5ie) tl e fo88o) ing:
· Dl ecwa8your addition and / u4traction a4o5e in your regi/ ters
· F awe / ure you remem4ered to / u4tract / er5ice cl arge/ 8/ ted on tl i/ / tatement and add any intere/ t earned to your regi/ ters
· Amount/ of devo/ it/ and / l i dra) a8/ on tl i/ / tatement / l ou8 matcl  your regi/ ter entrie/ s
· Hf you l a5e Que/ tion/ or need a / l i tancebv8ea/ e refer to tl e vl one num4er on tl e front of tl i/ / tatements

## Change of Address

P8ea/ e ca88u/ at tl e te8evl one num4er 8/ ted on tl e front of tl i/ / tatement to te88u/ 4out a cl ange of addre/ / s

## Electronic Transfers *(for consumer accounts only)*

Hn ca/ e of error/ or Que/ tion/ a4out your E8ectronic Cran/ fer/ b) rite to BBVA Domva/ / Banwb5version/ Domva8ance Tuvvo√PsSsBoV 123hhbBirmingl ambAG63, 0hsS r / im√8y ca88your 8ca8cu/ tomer / er5ice num4er vrinted on tl e front of tl i/ / tatementsDa88or ) rite a/ / oon a/ you ca88if you tl inwyour / tatement or receivt i/ / rong or if you need more information a4out a tran/ fer on tl e / tatement or receivts. Me mu/ t l ear from you no 8ater tl an h2 day/ after ) e / ent tl e fir/ t / tatement on ) l icl  tl e error or vro48em avveareds

Z Ce88u/ your name and account num4er Kif any(s
Z Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand eWa8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it i/ an error or ) l y you need more informations
Z Ce88u/ tl e do88ar amount of tl e / u/ vected errors

.  e ) i88in5e/ tigate your comv8aint and ) i88correct any error vromvt8y8Hf) e tawe more tl an 12 4u/ ine/ / day/ K2 on c8aim/ on account/ ovened 8i/ / tl an 62 ca8endar day/ ( to do tl i/ b) e ) i88 credit your account for tl e amount you tl inwi/ in error8/ o tl at you ) i88 a5e tl e u/ e of tl e money during tl e time it tawe/ u/ to comv8ete our in5e/ tigations

*$or L on-Don/ umer Account cu/ tomer/ $v8ea/ e refer to your current L on-Don/ umer Account Agreement for detai8/ regarding E8ectronic $und Cran/ fer/ s

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rates** Cl e intere/ t cl arge i/ comvuted u/ ing your annua8vercentage rate di5ided 4y 6h3 orbin tl e ca/ e of a 8eav yearb6hhb ) l icl  gi5e/ you tl e ∙Avv8ca48e Mate∙∖ A88 ougl  ) e ca8cu8ate tl e intere/ t cl arge 4y avv8ying tl e Avv8ca48e Mate to eacl  dai8y 4a8ancebtl e intere/ t cl arge can a8/ o 4e ca8cu8ated 4y mu8iv8ying tl e Avv8ca48e Mate 4y tl e a5erage dai8y 4a8anceHBa8ance Tu4ject to Intere/ t Mate( / l o) n on tl i/ / tatementitl en mu8iv8ying tl at / um 4y tl e number of day/ in tl e 4i88ing cyc8esCo get tl e ∙Ba8ance Tu4ject to Intere/ t Mate( / l o) n on tl i/ / tatement ) e tawe tl e 4eginning 4a8ance of your account 8a/ / any unvaid finance cl arge/ eacl  daybadd any ne) ad5ance/ or de4it/ band / u4tract any vayment/ or credit/ sCl i/ gi5e/ u/ tl e dai8y 4a8ancesCl en ) e add a88tl e dai8y 4a8ance/ for tl e 4i88ing cyc8e and di5ide 4y tl e num4er of day/ in tl e 4i88ing cyc8esCl i/ gi5e u/ tl e a5erage dai8y 4a8ance( / l o) n on tl e / tatement s∙Ba8ance Tu4ject to Intere/ t Mate(s Payment/ sPayment/ to your o5erdraft vrotection 8oan account made tl rougl  our te88er/ or devo/ ited at our automated te88er mac l ine/ HACF / ( F onday tl rougl  $riday 4efore tl e vo/ ted cut-off time ) i884e vo/ ted to your account on tl e date tl ey are accevtedsStl er) i/ ebtl ey ) i884e vo/ ted on tl e ne√t 4u/ ine/ / daysPayment/ made tl rougl  our ACF / 5ia a fund/ tran/ fer ) i884e vo/ ted on tl e date tl ey are recei5ed or on tl e ne√t 4u/ ine/ / day if made after hvm DC Htvm F C for Arizona account/ and hvm PC for Da8ifornia account/ ( F onday tl rougl  $riday or anytime TaturdaybTunday or 4anwl o8iday/ sBBVA Domva/ / Banw4u/ ine/ / day/ are F onday tl rougl  $ridaybe√c8uding l o8iday/ s

## In Case of Errors or Questions About Your Statement KSerdraft Protection Sn8y(

Hf you tl inwyour / tatement i/ ) rongbor if you need more information a4out a tran/ action on your / tatementb) rite your u/ ( u e on a /evarate document and / end it to Banwcard DenterbPsSsBoV , , 12bNecaturbAG63h00-2221sCe8evl one inQuire/ may 4e made 4y ca88ing your 8ca8BBVA Domva/ / 4rancl  8/ ted on tl e front of tl i/ / tatement to / veaw) itl  a Du/ tomer Ter5ice Mevre/ entati5esP8ea/ e note: a te8evl one inQuiry ) i88not vre/ er5e your rigl t/ under federa88a) s . e mu/ t l ear from you no 8ater tl an / i√ty K62( day/ after ) e / ent you tl e fir/ t / tatement on ) l icl  tl e error or vro48em avveareds

· Ce88u/ your name and account num4er Kif any(s
· Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand eWa8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it i/ an error or ) l y you need more informations
· Ce88u/ tl e do88ar amount of tl e / u/ vected errors

x ou can / tov tl e automatic deduction of tl e F inimum Payment from you cl ecwing account if you tl inwyour / tatement i/ ) rongsCo / tov tl e vaymentbyour 8etter mu/ t reacl  u/ tl ree K6( 4u/ ine/ / day/ 4efore tl e automatic deduction i/ / cl edu8ed to occurs

## Reporting Other Problems

P8ea/ e re5ie) your / tatement carefu88ysHf i/ e/ / entia8tl at any account error/ or any imvrover tran/ action/ on your account 4e revorted to u/ a/ / oon a/ rea/ ona48y vo/ / i48esHf you fai8to notify u/ of any i/ / vected vro48em/ berror/ or unautl orized tran/ action/ ) itl in tl e time veriod/ / vecified in tl e devo/ it account agreementb) e are not 8ia48e to you for any 8o/ / / re8ated to tl e vro48emberror or unautl orized tran/ actions

BBVA Domva/ / i/ a trade name of Domva/ / Banwba mem4er of tl e BBVA I rouvs Domva/ / Banwb F em4er $NIIbs

HCMS000112

**Appx. 02508**

# EXHIBIT 146

Appx. 02509

Page 1 of 9
Primary Account: ▇▇▇▇▇
Beginning June 1, 2019 - Ending June 30, 2019                    30



21    HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone    1-800-266-7277

Online    bbvausa.com

Write    BBVA
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---------|----------------|-------------------------------|-------------------------------|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| **Total Deposit Accounts** | | ▇▇▇▇ | ▇▇▇▇ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

HCMS000113

**Appx. 02510**

Page 2 of 9
Primary Account:
Beginning June 1, 2019 - Ending June 30, 2019                    30



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▆▆▆▆ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

We have updated the Treasury Management Service Agreement. These terms and
conditions will become effective as of August 1, 2019.  You can find a current version of
the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

## Activity Summary

| | |
|---|---|
| Beginning Balance on 6/1/19 | ▆▆▆▆ |
| Deposits/Credits (26) | ▆▆▆▆ |
| Withdrawals/Debits (154) | ▆▆▆▆ |
| **Ending Balance on 6/30/19** | ▆▆▆▆ |

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| ▆ | | ▆▆▆▆ | ▆▆ |
| ▆ | | ▆▆▆▆ | ▆▆ |
| ▆ | | ▆▆▆▆ | ▆▆ |
| ▆ | | ▆▆▆▆ | ▆▆ |
| ▆ | | ▆▆▆▆ | ▆▆ |
| ▆ | | ▆▆▆▆ | ▆▆ |
| ▆ | | ▆▆▆▆ | ▆▆ |
| ▆ | | ▆▆▆▆ | ▆▆ |
| ▆ | | ▆▆▆▆ | ▆▆ |
| ▆ | | ▆▆▆▆ | ▆ |
| ▆ | | ▆▆▆▆ | ▆▆ |



Page 3 of 9
Primary Account:
Beginning June 1, 2019 - Ending June 30, 2019                30



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



Page 4 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

Page 5 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 6 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|

Page 7 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 6/26 | | OUT WT EBANKING REF  20190626F2QCZ60C003151<br>BNF Highland Capital M | $150,000.00 |

Page 8 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|
| ██ | |  | | ██ |
| ██ | | | | ██ |
| ██ | | | | ██ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| ██ | ██ | | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | |

 * Indicates break in check sequence

Page 9 of 9
Primary Account:
Beginning June 1, 2019 - Ending June 30, 2019                30



## How to Balance Your Account

**Step 1**
- Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**
- If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**
- List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4**
- List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate".
Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group.
BBVA USA, Member FDIC.

HCMS000121

**Appx. 02518**

# EXHIBIT 147

Page 1 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
        MASTER  OPERATING  ACCOUNT
        300  CRESCENT  CT  STE  700
        DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

| | |
|---|---|
| Phone | 1-800-266-7277 |
| Online | bbvacompass.com |
| Write | BBVA Compass<br>Customer Service<br>P.O. Box 10566<br>Birmingham, AL 35296 |

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance<br>last statement | Ending balance<br>this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ████████ | $3,117,777.78 | $1,004,810.25 |
| **Total Deposit Accounts** | | **$3,117,777.78** | **$1,004,810.25** |

**Appx. 02520**

**BBVA** Compass

████████ May 31, 2019          31

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 5/1/19 | ████████ |
| Deposits/Credits (97) | ████████ |
| Withdrawals/Debits (176) | ████████ |
| **Ending Balance on 5/31/19** | ████████ |

## Deposits and Other Credits



| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

BBVA Compass

Primary Account:
Beginning May 1, 2019 - Ending May 31, 2019                          31



| Date * | Check/<br>Serial # | Description | | Deposits/<br>Credits |
|--------|---------|-------------|---|----------|

Page 5 of 13
Primary Account:
Beginning May 1, 2019 - Ending May 31, 2019                31

**BBVA** Compass



Primary Account:

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|



Case 21-03003-sgj   Doc 135-3   Filed 12/18/21   Entered 12/18/21 01:38:22   Desc
Case 3:21-cv-00881-X   Document 176 Part 8 filed 09/25/04 Page 148 of 200   PageID 23761
Appendix Part 8 filed 09/25/04 Page 148 of 200

Page 7 of 13
Primary Account:
Beginning May 1, 2019 - Ending May 31, 2019                              31

**BBVA** Compass



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|--------------------|-------------|----------------------|
| ██ | | ████████████████ | ███████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
   * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|--------------------|-------------|------------------------|
| ██ | | ██████████████████████ | ██████ |
| ██ | | ██████████████ | ██████ |
| ██ | | ████████████████████████ | ██████ |
| ██ | | ██████████████████████ | ██████ |
| ██ | | ████████████████████ | ██████ |
| ██ | | ████████████████ | ██████ |
| ██ | | ██████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ██████████  ████████ | ██████ |
| ██ | | ████████████████████ | ██████ |
| 5/2 | | OUT WT EBANKING REF  20190502F2QCZ60C001496<br>BNF Highland Capital M | $2,400,000.00 |
| ██ | | ████████████████████████ | ██████ |
| ██ | | ██████████████████ | ██████ |
| ██ | | ████████████████ | ██████ |
| ██ | | ████████████████ | ██████ |
| ██ | | ████████████████████████ | ██████ |
| ██ | | ██████████████ | ██████ |
| ██ | | ████████ | ██████ |
| ██ | | ██████ | ██████ |
| ██ | | ████████████████████ | ██████ |
| 5/3 | | OUT WT EBANKING REF  20190503F2QCZ60C004047<br>BNF Highland Capital M | $5,000,000.00 |
| ██ | | ████████████ | ██████ |
| ██ | | ██████████████████ | ██████ |
| ██ | | ██████████ | ██████ |



**Appx. 02526**

**BBVA** Compass

| Date * | Check/Serial # | Description | | | Withdrawals/Debits |
|--------|----------------|-------------|---|---|--------------------|

**BBVA** Compass



**BBVA** Compass



Case 21-03003-sgj   Doc 135-3   Filed 12/18/21   Entered 12/18/21 01:38:22   Desc
Case 3:21-cv-00881-X   Document 176-2   Filed 01/09/24   Page 152 of 200   PageID 23765
Appendix Part 8 Page 2994 of 5388

Page 11 of 13
Primary Account:
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|------------|-------------|--|----------|

Page 12 of 13
Primary Account ▆▆▆▆▆▆
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ▆▆ | | ▆▆▆▆▆▆▆▆▆▆▆▆ | ▆▆▆▆ |
| ▆▆ | | ▆▆▆▆▆▆▆▆ | ▆▆▆▆ |
| ▆▆ | | ▆▆▆▆▆▆▆ | ▆▆▆▆ |
| ▆▆ | | ▆▆▆▆▆▆▆ | ▆▆▆▆ |
| ▆▆ | | ▆▆▆▆▆▆ | ▆▆▆▆ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ |
| ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ |
| ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ |
| ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ |
| ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ |
| ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ |
| ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ |
| ▆▆ | ▆▆▆▆ | | | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ |
| ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ |
| ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ |
| ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ |
| ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ |
| ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ |
| ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆▆ |

*Indicates break in check sequence*

Appx. 02531

Page 13 of 13
Primary Account: ▮▮▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (use space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

### Balancing Your Register to this Statement

| **Step 5** | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

Appx. 02532

# EXHIBIT 148

NexBank SSB                                                             Page 1 of 3



13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com



---

```
        HIGHLAND CAPITAL MANAGEMENT LP          Date  11/29/13        Page  1
        300 CRESCENT COURT SUITE 700            Account Number
        DALLAS TX 75201                         Enclosures
```



```
                    ---- CHECKING ACCOUNT ----

             For 24-hour service please
             call our telephone banking
             number 877-538-BANK (2265)
    BUSINESS ANALYSIS W/ INTEREST           Item Truncation
    Account Number                          Statement Dates 11/01/13 thru 11/30/13
    Previous Balance                        Days in the statement period
     5 Deposits/Credits                     Average Ledger
     3 Checks/Debits                        Average Collected
    Service Charge
    Interest Paid
    Ending Balance                          2013 Interest Paid
```

**Deposits and Additions**



```
       Date     Description                          Amount
```

**Checks and Withdrawals**

```
       Date     Description                          Amount

       11/27    WIRE TRANSFER                     100,000.00
                CHICAGO TITLE CO.
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

CONFIDENTIAL                                                   D-HCRE-000114

**Appx. 02534**



13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com



```
      HIGHLAND CAPITAL MANAGEMENT LP          Date  11/29/13        Page   2
      300 CRESCENT COURT SUITE 700            Account Number
      DALLAS TX 75201                         Enclosures
```



```
      BUSINESS ANALYSIS W/ INTEREST  ▮▮▮▮▮           (Continued)
      Checks and Withdrawals
           Date    Description                        Amount
```

CONFIDENTIAL                                                                    D-HCRE-000115

**Appx. 02535**

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | |
|---|---|---|---|---|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

| Total of Checks not paid | | | | Subtract total of checks not paid | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

**EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED**

We calculate the **FINANCE CHARGE** on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

The "average daily balance" shown on the front of this statement is for purposes of illustration only. To validate the amount of your finance charge, multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.

*Note: If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day,and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Account Statement**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information.
  1. Your name and account number.
  2. The dollar amount of the suspected error.
  3. Describe the error and explain, if you can, why you believe there is an error. If you need more information,
  describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number (if any).
  2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is
  an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
  If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

CONFIDENTIAL

D-HCRE-000116

**Appx. 02536**

# EXHIBIT 149

Page 1 of 7
Primary Account: ▮▮▮▮▮▮▮▮
Beginning Qanuary 1b, 210 5– nEing Qanuary d1b, 210                d1

**BBVA** Compass

, 1    3 HI 3 GALN  DAPHCAG  TALAI - T - LC  GP
TAMC- S RP- SACHLI   ADDRULC
d22  DS- MD- LC  DC  MC-  722
NAGGAM  CX  78 , 2157409

### Contacting Us

Available py h/ one , 067

P/ one    154225 ss57, 77

Rnline    ppvacomha. . Wom

V rite    BBx A Domha. .
Du. tomer Mervice
PWRVBoY 128ss
Birming/ ambAGd8, 9s

## Mummary of Account.

### Deposit Accounts/ Other Products

| Account | Account numper | - nEing palance la. t. tatement | - nEing palance t/ i. . tatement |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |
| **Total Deposit Accounts** | | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

Page , of 7
Primary Account:
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210          d1

**BBVA** Compass

# CS- AMUSK T AL AI - T - L C AL AGKMHM D3 - D( HL I

Account Lumper: _____ 53 H 3 GAL N DAPHCAGT AL AI - T - L C GP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 1b/610 | ▮▮▮▮ |
| Neho. it. 6DreEit. )d1w | ▮▮▮▮ |
| V it/ Erak al. 6Nepit. )10, w | ▮▮▮▮ |
| **Ending Balance on 1/31/14** | ▮▮▮▮ |

## Transaction History )eYcluEing c/ ec*. w



| Nate # | D/ ec*6 Merial F | Ne. crihtion | Neho. it. 6 DreEit. | V it/ Erak al. 6 Nepit. |
|---|---|---|---|---|
| | | | | |
| 1 6 9 | | RUC V C - 5ADD- MM S- Q , 2102129Q, Z D$s2D221794 BL Q RIE Sehuplic L atio | | J122t222W2 |

Page d of 7
Primary Account:
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210          d1

**BBVA** Compass



Page 0 of 7
Primary Account:
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210                d1

**BBVA** Compass



Page 8 of 7
Primary Account:
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210                    d1

**BBVA** Compass



Plea. e notebcertain fee. anE c/ arge. ho. teE to your account may relate to . ervice. anEor activity from t/ e hrior . tatement cycleW
#C/ e Nate hroviEeE i. t/ e pu. ine. . Eay t/ at t/ e tran. action i. hroce. . eEW

## End of Business Day Balance Summary



## Summary of Checks



CONFIDENTIAL                                                                D-HCRE-000104

**Appx. 02542**

Page s of 7
Primary Account: █████████
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                d1

**BBVA** Compass

| Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|

*Indicates break in check sequence*

CONFIDENTIAL

**BBVA** Compass

## How to Balance Your Account

**Step 1** • - nter all c/ ec*. bEeho. it. banE ot/ er automateE teller
carE )ACT wtran. action. in your regi. terW

• SecorE all automateE EeEuction. bEepit carE
tran. action. anE electronic pill hayment. W

• SecorE anE EeEuct . ervice c/ arge. bc/ ec* hrinting
c/ arge. bor ot/ er pan* fee. W

• Hf you / ave an intere. t pearing accountbaEE any
intere. t earneE. / ok n on t/ i. . tatementW

**Step 2** • Hf ahhlicapleb. ort c/ ec*. in numerical orEer anE mar*
in your regi. ter eac/ c/ ec* or ot/ er tran. action t/ at i.
li. teE on t/ i. . tatementW

**Step 3** • G. t any Eeho. it. or creEit. your / ave maEe t/ at Eo not
ahhear on t/ i. . tatement ). ee . hace hroviEeE pelok vW

**Step 4** • G. t any ec*. you / ave k rittenbEepit carE
tran. action. belectronic hayment. anE ot/ er
EeEuction. t/ at Eo not ahhear on t/ i. . tatement ). ee
. hace hroviEeE pelok vW

| NateN. crihtion | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | Meh d Cotal ⌐ |

| NateN. crihtion | D/ ec* F | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Meh 0 Cotal ⌐ |

## Balancing Your Register to this Statement

**Step 5** • - nter t/ e "current "palance" ./ ok n on t/ i.
. tatement                                                    |

• AEE total from Meh d                                          |

• Muptotal                                                     |

• Muptract total from Meh 0                                    |

• C/ i. palance ./ oulE equal your regi. ter
palance                                                        |

Hfit Eoe. not agreeb. ee . teh. pelok           ⌐             |

Hf your account Eoe. not palancebreviek t/ e follok ing:
- D/ ec* all your aEEition anE . uptraction apove in your regi. terW
- T a*e . ure you rememPereE to . uptract . ervice c/ arge. li. teE on
t/ i. . tatement anE aEE any intere. t earneE to your regi. terW
- Amount. of Eeho. it. anE k it/ Erak al. on t/ i. . tatement ./ oulE
matc/ your regi. ter entrie. W
- Hf you / ave que. tion. or neeE a. . i. tancebhlea. e refer to t/ e h/ one
numper on t/ e front of t/ i. . tatementW

---

## Change of Address

Plea. e call u. at t/ e teleh/ one numper li. teE on t/ e front of t/ i.
. tatement to tell u. apout a c/ ange of aEEre. . W

## Electronic Transfers *(for consumer accounts only)*

Hn ca. e of error. or que. tion. apout your . lectronic Cran. fer. bk rite to
BBx A Domha. . Ban* bPreneration. Domhliance MuhhortbPARWBoY
128subBbBirming/ ambAGd8, 9sWRr . imhly call your local cu. tomer
. ervice numper hrinteE on t/ e front of t/ i. . tatementWball or k rite a.
. oon a. you calebif you t/ in* your . tatement or receiht i. k rong or if
you neeE more information apout a tran. fer on t/ e . tatement or
receihtWf we mu. t / ear from you no later t/ an an s2 Eay. after k e . ent
t/ e fir. t . tatement on k ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e yhlain a. clearly a. you can
k / y you pelieve it i. an error or k / y you neeE more informationW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

V e k ill inve. tigate your comhlaint anE k ill correct any error hromhtlyWHf k e ta*e more t/ an 12
pu. ine. . Eay. ), 2 on claim. on account. oheneE le. . t/ an d2 calenEar Eay. wto Eo t/ i. bk e k ill
creEit your account for t/ e amount you t/ in* i. in errorb. o t/ at you k ill / ave t/ e u. e of t/ e
money Euring t/ e time it ta*e. u. to comhlete our inve. tigationW

#Cor Lon5Don. umer account cu. tomer. bhlea. e refer to your current Lon5Don. umer Account
Agreement for Eetail. regarEing - lectronic CunE Cran. fer. W

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate**WC/ e. t c/ arge i.
comhuteE u. ing your annual hercentage rate EiviEeE py ds8 orbin t/ e ca. e of a leah yearbdssb
k / ic/ give. you t/ e "Ahhlicaple SateWAIt/ oug/ k e calculate t/ e intere. t c/ arge py ahhlying t/ e
Ahhlicaple Sate to eac/ Eaily palancebt/ e intere. t c/ arge can al. o pe calculateE py multihlying
t/ e Ahhlicaple Sate py t/ e "average Eaily palance")Balance Mupject to Intere. t Satew. / ok n on
t/ i. . tatementbf we multihlying t/ at . um py t/ e numper of Eay. in t/ e pilling cycleWCo get t/ e
"Balance Mupject to Intere. t Sate" . / ok n on t/ i. . tatement k e ta*e t/ e peginning palance of
your account le. . any unhaiE finance c/ arge. eac/ EaybaEE any nek aEvance. or Eepit. banE.
. uptract any hayment. or creEit. WC/ i. give. u. t/ e Eaily palanceWC/ en k e aEE all t/ e Eaily
palance. for t/ e pilling cycle anE EiviEe py t/ e numper of Eay. in t/ e pilling cycleWC/ i. give. u.
t/ e "average Eaily palance" ./ ok n on t/ e . tatementW"Balance Mupject to Intere. t Sate"W
Payment. WPayment. to your overEraft hrotection loan account maEe t/ roug/ our teller. or
Eeho. iteE at our automateE teller mac/ ine. )ACT . wt onEay t/ roug/ QriEay pefore t/ e ho. teE
cut5off time k ill pe ho. teE to your account on t/ e EateE t/ e payment i. maEeWWt/ erk i. ebt/ ey k ill pe
ho. teE on t/ e neYt pu. ine. . EayWPayment. maEe t/ roug/ our ACT . via a funE. tran. fer k ill pe
ho. teE on t/ e Eate t/ ey are receiveE or on t/ e neYt pu. ine. . EayWf maEe after shm DC )shm T C
for Arizona account. anE shm PC for California account. wt orm Eay QriEay or anytime
MaturEaybMunEay or pan* / oliEay. WBBx A Domha. . Ban* pu. ine. . Eay. are t onEay t/ roug/
QriEaybeYcluEing / oliEay. W

**In Case of Errors or Questions About Your Statement** )RverEraft Protection Rnlyw
Hf you t/ in* your . tatement i. k rongbor if you neeE more information apout a tran. action on your
. tatementbk rite your i. . ue on a . eharate Eocument anE . enE it to Ban* carE DenterbPARWBoY
, , 12bNecaturbAGd8s99b5221WColeh/ one inquire. may pe maEe py calling your local BBx A
Domha. . pranc/ li. teE on t/ e front of t/ i. . tatement to . hea* k it/ a Du. tomer Mervice
Sehre. entativeWPlea. e note: a teleh/ one inquiry k ill not hre. erve your rig/ t. unEer feEeral lak W
V e mu. t / ear from you no later t/ an . iYty )s2wEay. after k e . ent you t/ e fir. t . tatement on
k / ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e yhlain a. clearly a. you can
k / y you pelieve it i. k rongWCo . tah t/ e haymentbyour letter mu. t reac/ u. t/ ree )dw
pu. ine. . Eay. pefore t/ e automatic EeEuction i. . c/ eEuleE to occurW

## Reporting Other Problems

Plea. e reviek your . tatement carefullyWHf i. . ential t/ at any account error. or any imhroher
tran. action. on your account pe rehorteE to u. a. . oon a. . rea. onaply ho. . ipleWHf you fail to
notify u. of any . u. hecteE hroplem. berror. or unaut/ orizeE tran. action. k it/ in t/ e time herioE.
. hecifieE in t/ e Eeho. it account agreementbk e are not liaple to you for any lo. . relateE to t/ e
hroplemberror or unaut/ orizeE tran. actionW

BBx A Domha. . i. a traEe name of Domha. . Ban* ba memper of t/ e BBx A I rouhW
Domha. . Ban* bt emper QNHBW

---

# EXHIBIT 150

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
           HIGHLAND CAPITAL MANAGEMENT LP        Date    1/31/14      Page    1
           300 CRESCENT COURT SUITE 700          Account Number      ████████
           DALLAS TX  75201                      Enclosures

                 ---- CHECKING ACCOUNT ----
           For 24-hour service please
           call our telephone banking
           number 877-538-BANK (2265)
BUSINESS ANALYSIS W/ INTEREST            Item Truncation
Account Number           ████████        Statement Dates  1/01/14 thru  1/31/14
Previous Balance       ██████████        Days in the statement period      ███
        4 Deposits/Credits  ████████     Average Ledger         ██████████
        4 Checks/Debits     ████████     Average Collected      ██████████
Service Charge          ███████
Interest Paid          █████████
Ending Balance         █████████         2014 Interest Paid         ████████
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    1/3

CONFIDENTIAL                                                              D-HCRE-000060

                                                                         Appx. 02546

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
          HIGHLAND CAPITAL MANAGEMENT LP        Date   1/31/14    Page    2
          300 CRESCENT COURT SUITE 700          Account Number
          DALLAS TX  75201                      Enclosures

     BUSINESS ANALYSIS W/ INTEREST        1614130   (Continued)
     Checks and Withdrawals
     Date    Description                               Amount
     1/30    IB Transfer from D ****130 to          500,000.00
             D ****415
```

     Daily Balance Information
     Date          Balance          Date          Balance          Date          Balance

                            Interest Rate Summary

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-HCRE-000061

                                                                    Appx. 02547

5/18/2021                                    NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | | | | |
| | | | | TOTAL | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL                                                    D-HCRE-000062

**Appx. 02548**

# EXHIBIT 151

Page 1 of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-            H1

**BBVA** Compass

21     I G I NADC TAPGWAN FADAL dF dDM NP
       FASMdR OPdRAMGL  ATTOUDM
       H00  TRdSTdDM TM SMd  600
       CANNAS MB 67201 EB X- 5

**Contacting Us**

A8ai4av4e vy l bone 2- p6

Pbone   1 EX00 E2hhEB266

On4ne   vv8acoml a// scom

. rite   BBVA Toml a//
        Tu/ tomer Ser8ice
        PsOsBoV 107hh
        Birmingbam, ANH725h

# Summary of Account/

### Deposit Accounts/ Other Products

| Account | Account numver | dn9ing va4ance 4a/ t/ tatement | dn9ing va4ance tbi/ / tatement |
|---|---|---|---|
| ████████████████ | ██████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

CONFIDENTIAL

D-HCRE-000107

**Appx. 02550**



Page H of 6
Primary Account:
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass



| Cate " | T becwp Seria4" | Ce/ cril tion | Cel o/ it/ p T re9it/ | . itb9ra) a4 p Cevit/ |
|--------|------------------|---------------|------------------------|------------------------|

Primary Account: [redacted]
Beginning F arcb 1, 201- Edn9ing F arcb H1, 201- H1

BBVA Compass

| Cate “ | Tbecwp Seria4” | Ce/ cril tion | Cel o/ it/ p Tre9it/ | . itb9ra) a4p Cevit/ |
|---|---|---|---|---|
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | [redacted] | |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | [redacted] | |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| [redacted] | | [redacted] | | [redacted] |
| Hp2X | | OUM. MdEATTdSS Rd$ 201- 0H2X$2k T* h0T00H02- BD$ Werita/ Mt4e Part | | #70,000s00 |
| [redacted] | | [redacted] | [redacted] | |

Page 7 of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                        H1

**BBVA** Compass



P4a/ e note, certain fee/ an9 cbarge/ l o/ te9 to your account may re4te to / er8ice/ an9pr acti8ity from tbe l rior / tatement cyc4e s
" Mbe Cate l ro8i9e9 i/ tbe vu/ ine/ /  9ay tbat tbe tran/ action i/ l roce/ / e9s

## End of Business Day Balance Summary



## Summary of Checks



CONFIDENTIAL                                                    D-HCRE-000111

Page h of 6
Primary Account: ▮▮▮▮▮▮
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

| Cate | T becw" | Amount | Cate | T becw" | Amount | Cate | T becw" | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

*Indicates break in check sequence*

Page 6 of 6
Primary Account: ▮▮▮▮▮
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

## How to Balance Your Account

**Step 3** • dnter a4Icbecw , 9el o/ it/ , an9 otber automate9 te4er
car9 KAMF ( tran/ action/ in your regi/ ters
• Recor9 a44automate9 9e9uction/ , 9evit car9
tran/ action/ an9 e4ectronic vi4l ayment/ s
• Recor9 an9 9e9uct / er8ice cbarge/ , cbecwl rinting
cbarge/ , or otber vanwfee/ s
• ⑤you ba8e an interel t vearing account, a99 any
interel t earne9 / bo) n on tbi/ / tatements

**Step 2** • ⑤all l 4cav4e, / ort cbecw/ in numerica4or9er an9 marw
in your regi/ ter eacb cbecwor otber tran/ action tbat i/
4l te9 on tbi/ / tatements

**Step 1** • N/ t any 9el o/ it/ or cre9it/ your ba8e ma9e tbat 9o not
al l ear on tbi/ / tatement Kl ee / l ace l ro8i9e9 ve4b) (s

**Step 4** • N/ t any cbecw/ you ba8e ) ritten, 9evit car9
tran/ action/ , e4ectronic l ayment/ an9 otber
9e9uction/ tbat 9o not al l ear on tbi/ / tatement Kl ee
/ l ace l ro8i9e9 ve4b) (s

| Catep⑥e/ cril tion | Amount |
|---|---|
| | q |
| | q |
| | q |
| | q |
| | q |
| Stel  HMbta4 # | q |

| Catep⑥e/ cril tion | Tbecw" | Amount |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| Stel  - Mbta4 # | | q |

### Balancing Your Register to this Statement

**Step 5** | ④nter the "current va4ance" / bo) n on tbi/ / tatement | q |
|---|---|
| ⑦A99 tota4from Stel  H | q |
| ⑧Suvtota4 | q |
| ⑨Suvtract tota4from Stel  - | q |
| ⑩Tbi/ va4ance / bou4 9 e⑪ua4your regi/ ter va4ance | q |
| ⑫it 9oe/ not agree, / ee / tel / ve4) # | q |

④your account 9oe/ not va4ance, re8ie) tbe fo4b) ing:
• Tbecwa4your a99ition an9 / uvtraction avo8e in your regi/ ters
• Fawe / ure you rememvere9 to / uvtract / er8ice cbarge/ 4l te9 on tbi/
/ tatement an9 a99 any interel t earne9 to your regi/ ters
• Amount/ of 9el o/ it/ an9 ) itb9ra) a4 on tbi/ / tatement / bou4 9
matcb your regi/ ter entrie/ s
• ④you ba8e ⑬ue/ tion/ or nee9 a/ / i/ tance, l 4ea/ e refer to tbe l bone
numver on tbe front of tbi/ / tatements

### Change of Address

P4ea/ e ca44u/ at tbe te4l bone numver 4/ te9 on tbe front of tbi/
/ tatement to te44u/ avout a cbange of a99re/ / s

### Electronic Transfers *(for consumer accounts only)*

① ca/ e of error/ or ⑭ue/ tion/ avout your e4ectronic Man/ fer/ , ) rite to
BBVA Toml a/ / Banw⑮l centration/ Toml 4ance Sul l PsOsBoV
107hh, Birmingbam, AN⑯725hsOr / im/ 4) ca44your 4ca4cu/ tomer
/ er8ice numver l rinte9 on tbe front of tbi/ / tatementsTa44or ) rite a/
/ oon a/ you can, if you tbinwyour / tatement or receil t i/ ) rong or if
you nee9 more information avout a tran/ fer on tbe / tatement or
receil ts. ① e mu/ t bear from you no 4ater tban h0 9ay/ after ) e / ent
tbe fir/ t / tatement on ) bicb tbe error or l rov4em al l eare9s

Ⓩ Me44u/ your name an9 account numver Kif any(s
Ⓩ Ce/ cribe tbe error or tbe tran/ fer you are un/ ure avout, an9 e⑰ 4ain a/ c4ear4y a/ you can
  ) by you ve4e8e it i/ an error or ) by you nee9 more informations
Ⓩ Me44u/ tbe 9o44ar amount of tbe / u/ l ecte9 errors

. e ) i44in8e/ tigate your coml 4aint an9 ) i44correct any error l roml l4y⑱⑤) e tawe more tban 10
vu/ ine/ / 9ay/ K20 on c4aim/ on account/ ol ene9 4e/ / tban H0 ca4en9ar 9ay/ ( to 9o tbi/ , ) e ) i44
cre9it your account for tbe amount you tbinwi/ in error, / o tbat you ) i44ba8e tbe u/ e of tbe
money 9uring tbe time it tawe/ u/ to coml 4ete our in8e/ tigations

"⑤or DonⒺ on/ umer Account cu/ tomer/ , l ea/ e refer to your current DonⒺ on/ umer Account
Agreement for 9etai4/ regar9ing e4ectronic ⑤un9 Man/ fer/ s

### Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rates**Mbe interel t cbarge i/
coml ute9 u/ ing your annua4l ercentage rate 9i89e9 vy Hh7 or, in tbe ca/ e of a 4ea4 year, Hhh,
) bicb gi8e/ you tbe •A① 4cav4e RatesA4bougb ) e ca4cu4ate tbe interel t cbarge vy al l 4ying tbe
A① 4cav4e Rate to eacb 9ai4y va4ance, tbe interel t cbarge can a4/ o ve ca4cu4ate9 vy mu4til 4ying
tbe A① 4cav4e Rate vy tbe •a8erage 9ai4y va4ance(Mba4ance Suvject to 9iterel t Rate( / bo) n on
tbi/ / tatement, tben mu4til 4ying tbat / um vy tbe numver of 9ay/ in tbe vi44ing cyc4esMb get tbe
•Ba4ance Suvject to 9iterel t Rate( / bo) n on tbi/ / tatement ) e tawe tbe veginning va4ance of
your account 4e/ / any un4 ai9 finance cbarge/ eacb 9ay, a99 any ne) a98ance/ or 9evit/ , an9
/ uvtract any l ayment/ or cre9it/ sMbi/ gi8e/ u/ tbe 9ai4y va4ance/ Mben ) e a99 a44tbe 9ai4y
va4ance/ for tbe vi44ing cyc4e an9 9i89e vy tbe numver of 9ay/ in tbe vi44ing cyc4esMbi/ gi8e u/
tbe •a8erage 9ai4y va4ance( 9ai4y va4ance( ⑤or a •Ba4ance Suvject to 9iterel t Rate(s
Payment/ sPayment/ to your o8er9raft l rotection 4can account ma9e tbrougb our te4l er/ or
9el o/ it/ at our automate9 te4er machine/ KAMF / ( F on9ay tbrougb $ri9ay vefore tbe l o/ te9
cutⒺff time ) i44ve l o/ te9 to your account on tbe 9ate tbey are accel te9sOtber) i/ e, tbey ) i44ve
l o/ te9 on tbe ne⑰ vu/ ine/ / 9aysPayment/ ma9e tbrougb our AMF / 8ia a fun9/ tran/ fer ) i44ve
l o/ te9 on tbe 9ate tbey are recei8e9 or on tbe ne⑰ vu/ ine/ / 9ay if ma9e after hi m TMK⑳ im F M
for Arizona account/ an9 hl m PM for Ta4ifornia account/ ( F on9ay tbrougb $ri9ay or anytime
Satur9ay, Sun9ay or vanwbo44ay/ sBBVA Toml a/ / Banwvu/ ine/ / 9ay/ are F on9ay tbrougb
$ri9ay, e⑰c4u9ing bo44ay/ s

**In Case of Errors or Questions About Your Statement**IO8er9raft Protection On4y(
⑤you tbinwyour / tatement i/ ) rong, or if you nee9 more information avout a tran/ action on your
/ tatement, ) rite your i/ / ue on a / el arate 9ocument an9 / en9 it to Banwcar9 Tenter, PsOsBoV
2210, Cecatur, ANH7h55⑤0001sM•e44 bone inⓆuire/ may ve ma9e vy ca44ng your 4oca48BVA
Toml a/ / vrancb 4/ te9 on tbe front of tbi/ / tatement or to l eaw) itb a Tu/ tomer Ser8ice
Rel re/ entati8esP•ea/ e note: a te44 bone inⓆuiry ) i44not l re/ er8e your rigbt/ un9er fe9era4 4a) s
. e mu/ t bear from you no 4ater tban / i⑰ty K60( 9ay/ after ) e / ent you tbe fir/ t / tatement on
) bicb tbe error or l rov4em al l eare9s

· Me44u/ your name an9 account numver Kif any(s
· Ce/ cribe tbe error or tbe tran/ fer you are un/ ure avout, an9 e⑰ 4ain a/ c4ear4y a/ you can
  ) by you ve4e8e it i/ an error or ) bat you nee9 more informations
· Me44u/ tbe 9o44ar amount of tbe / u/ l ecte9 errors

x ou can / tol tbe automatic 9e9uction of tbe F inimum Payment from your cbecwing account if
you tbinwyour / tatement i/ ) rongsMo / tol l ayment, your 4etter mu/ t reacb u/ tbree K⑳(
vu/ ine/ / 9ay/ vefore tbe automatic 9e9uction i/ / cbe9u4e9 to occurs

### Reporting Other Problems

P4ea/ e re8ie) your / tatement carefu44y sⒸi/ e/ / entia4tbat any account error/ or any iml rol er
tran/ action/ on your account ve re4 orte9 to u/ a/ / oon a/ / ea/ onav4 y l o/ / iv4esⒾyou fai4to
notify u/ of any l rov4em ) i4in l ectfe9 time l erio9/ ) e may vecome re/ l on/ iv4e for l o/ / e/ tba4
) i ecifie9 in tbe 9el o/ it account agreement, ) e are not 4iav4e to you for any 4o/ / / re4ate9 to tbe
l rov4em, error or unautborize9 tran/ actions

BBVA Toml a/ / i/ a tra9e name of Toml a/ / Banw, a memver of tbe BBVA L roul s
Toml a/ / Banw, F emver $CⒾG s

# EXHIBIT 152

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date   1/30/15          Page    1
                                    Primary Account     ██████████
                                    Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number          ██████████  Statement Dates   1/01/15 thru  2/01/15
        Last Statement Balance  ██████████  Days in the statement period  ██████████
           6 Deposits/Credits   ██████████  Average Ledger        ██████████
           2 Checks/Debits      ██████████  Average Collected     ██████████
        Service Charge          ██████████  Interest Earned
        Interest Paid           ██████████  Annual Percentage Yield Earned  ██████████
        This Statement Balance  ██████████  2015 Interest Paid

        ----------------------------------------------------------------------

        Deposits and Additions
        Date     Description                            Amount
        ██████████████████████
        ██████████████████████
        ██████████████████████
        ██████████████████████
        ██████████████████████████
        ██████████████████████████
        ████████████████████
        ██████████████████████████

        ----------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    1/3

CONFIDENTIAL                                                    D-HCRE-000063

                                                               Appx. 02558

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date  1/30/15        Page   2
                                          Primary Account
                                          Enclosures          ██████████


        Analysis Checking w/ Interest         ██████████    (Continued)

        Checks and Withdrawals
        Date     Description                          Amount
        ████████████████████████████████████████████████████
        ████████████████████████████████████

         1/26     wire request- Loan from HCMLP          1,500,000.00-
                  approved by F. Waterhouse


        ----------------------------------------------------------------


        Daily Balance Information
        Date       Balance      Date        Balance     Date      Balance
        ████████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████████


        ----------------------------------------------------------------


                   Interest Rate Summary
                   Date            Rate
                   ██████████████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                    D-HCRE-000064

**Appx. 02559**

5/18/2021                                          NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS |
|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. |
| NUMBER | AMOUNT | | | |
| | | | | Sort your checks numerically or by date issued. |
| | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. |
| | | | | |
| | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. |
| | | | | |
| | | | | Reconcile your statement in the space provided below. |
| | | | | |
| | | | | |
| | | | | Enter bank balance from statement |
| | | | | Add deposits not credited by bank (if any) |
| | | | | TOTAL |
| Total of Checks not paid | | | | Subtract total of checks not paid |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-HCRE-000065
**Appx. 02560**

# EXHIBIT 153

Compass e-Access                                                                        Page 1 of 6



ERD Report Filename - 7202015121002782.TXT
Batch # - 2015121002782
Printed on May 04, 2015 at 08:02 AM

CLOSE

1
+@ Primary Account:
Page 1 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

        HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

                                                        Contacting Us

                                        Phone: 1-800-266-7277

S u m m a r y   o f   A c c o u n t s

Deposit Accounts/Other Products

Account                              Account number              Ending balance      Ending balance
                                                                 last statement      this statement

Total Deposit Accounts
1
+@ Primary Account:
Page 2 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

T R E A S U R Y   M A N A G E M E N T   A N A L Y S I S   C H E C K I N G
Account Number: 0025876342 - HIGHLAND CAPITAL MANAGEMENT LP

Activity Summary

Beginning Balance on 4/1/15
Deposits/Credits (33)
Withdrawals/Debits (189)

Ending Balance on 4/30/15

Deposits and Other Credits

Date*   Serial#   Description                              Deposits/
                                                            Credits

1
+@ Primary Account:
Page 3 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued

https://e-access.compassbank.com/bbw/erd/erdrpts/erdreport.cfm?pos=1          5/4/2015
CONFIDENTIAL                                                                  D-HCRE-000066

                                                                             Appx. 02562

| Date* | Serial# | Description | Deposits/ Credits |
|---|---|---|---|
| [redacted] | | | |

1
+@ Primary Account: [redacted]
Page 4 of 10
Primary Account: [redacted]
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued

| Date* | Serial# | Description | Deposits/ Credits |
|---|---|---|---|
| [redacted] | | [redacted] | [redacted] |

*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

Withdrawals and Other Debits

| Date* | Serial# | Description | Withdrawals/ Debits |
|---|---|---|---|
| [redacted] | | | $1,042.30 |



Doughert

[redacted]

1
+@ Primary Account: [redacted]
Page 5 of 10
Primary Account: [redacted]
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/ Debits |
|---|---|---|---|
| [redacted] | | | |
| 4/2 | | OUT WT E-ACCESS REF 20150402F2QCZ60C002636 BNF HCRE Partners, LLC | $1,500,000.00 |
| [redacted] | | | |

1
+@ Primary Account: [redacted]
Page 6 of 10
Primary Account: [redacted]
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/ Debits |
|---|---|---|---|
| [redacted] | | | |



[redacted]

1
+@ Primary Account: [redacted]
Page 7 of 10
Primary Account: [redacted]
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/ Debits |
|---|---|---|---|
| [redacted] | | | |

1
+@ Primary Account: [redacted]
Page 8 of 10
Primary Account: [redacted]
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/ Debits |
|---|---|---|---|
| [redacted] | | | |



Case 21-03003-sgj   Doc 135-3   Filed 12/18/21   Entered 12/18/21 01:38:22   Desc
Case 3:21-cv-00881-X   Document 176-8   Filed 03/04/24   Appendix Part 8 Page 0334 of 538   Page 188 of 200   PageID 23801
Compass e-Access                                                                      Page 5 of 6

Shawn Raver



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



+@ Primary Account:
Page 9 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 4/10 | 15325 | $271.03 | 4/14 | 15475* | $2,992.50 | 4/2 | 15484* | $1,900.50 |

Case 21-03003-sgj    Doc 135-3    Filed 12/18/21    Entered 12/18/21 01:38:22    Desc
Case 3:21-cv-00881-X   Document 176-8 Filed 01/02/24   Page 189 of 200   PageID 23802
Appendix Part 8 Page 3264 of 538
Compass e-Access                                                                          Page 6 of 6



* Indicates break in check sequence

# EXHIBIT 154

Page 1 of 11
P6i  a6ny AAocurt ▮▮▮▮▮▮
: egruurug B ApoFe61b, 210 - Eudrug B ApoFe691b, 210                    91

**BBVA** Compass

. 1    HIGHLy ND  Cy PITy L  MyNy GEMENT  LP
       MySTER  BPERy TING  yCCBONT
       922  CRESCENT  CT  STE  022
       DyLLyS  TU  03, 21-07X5

### Contacting Us

y8ar4F4e Fmvl oue , Xp0

Pl oue   1-722-, hh-0, 00

Bu4ue   FF8aAoi  va/ / sAoi

. 6me   : : Vÿ Coi  va/ /
        Cc/ roi  e6Se6BAe
        PsBs: oV123hh
        : r6  rugl ai  by L 93, 5h

## Sci  i  a6mof  y AAocur/

### Deposit Accounts/ Other Products

| y AAocun | y AAocunuci  Fe6 | Eudrug Fa4auAe 4a/ n/ rarei eun | Eudrug Fa4auAe rl r/ / rarei eun |
|---|---|---|---|
| ████████████████████ | ███████ | | |
| **Total Deposit Accounts** | | ██████ | ██████ |

CONFIDENTIAL

D-HCRE-000080

**Appx. 02569**

**BBVA** Compass

Pēi aēmy AAocur▓▓▓
: egruurug B Aro Fe61b, 210 - Eudrug B Aro Fe691b, 210          91

# TREy SORx My Ny GEMENT y Ny Lx SIS CHECYING

y AAocunNci Fe6▓▓▓▓▓▓▓ - HIGHLy ND Cy PITy L My Ny GEMENT LP

### Actil itf mᴜv v arf

| | |
|---|---|
| : egruurug : a4ᴜAe ou 12pĺpĺ0 | �manual▓ |
| Devo/ mĺ pCēedmĺ K3h( | ▓▓▓ |
| . mĺ d6a) a4 pDeFmĺ K77( | ▓▓▓ |
| **y nding Salance on E9/4E/E3** | ▓▓▓0 |

## Deposits and Other Credits

| Dare " | Cl eAvp Se6a4" | De/ A6vmou | | Devo/ mĺ p Cēedmĺ |
|---|---|---|---|---|
| ▓▓ | | ▓▓▓▓▓▓ ▓▓▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓▓ ▓▓▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓▓ ▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓▓ ▓▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓ ▓▓▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓▓ ▓▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓ ▓▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓▓ ▓▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓▓ ▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓ ▓▓▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓▓ ▓▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓ ▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓ ▓▓▓▓ | | ▓▓▓ |
| ▓▓ | | ▓▓▓▓▓▓ ▓▓▓▓ | | ▓▓▓ |

CONFIDENTIAL

D-HCRE-000081

**Appx. 02570**

Page 9 of 11
P6i aómy AAocurt
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210          91

**BBVA** Compass

Page X of 11
P6l aémy AAocurt
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210                    91

**BBVA** Compass



**BBVA** Compass





## 1 ithdra6 als and Other DeWts

Page h of 11
P6i a6my AAocurt
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210          91

**BBVA** Compass



Page 0 of 11

**BBVA** Compass

P6i  a6my AAocurt
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210                    91

**BBVA** Compass



Page 5 of 11

**BBVA** Compass



Page 12 of 11



**BBVA** Compass

: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210          91



P4ea/ e uorebAe6raru fee/ aud Al a6ge/ vo/ red ro mroc6aAAocuni amr6e4are ro / e6bAe/ audpo6aAn8rrmf6bi  rl e v8o6/ rarei eunArrAes
* Tl e Dare v6o8rded rf rl e Fc/ rue/ / damrl anri e r6au/ aArrou rf v6oAe/ / eds

## y nd owSusiness Daf Salance m∪v v arf



## m∪v v arf owChecbs



*Indicates break in check sequence*

CONFIDENTIAL

D-HCRE-000089

**Appx. 02578**