

## k o6  to Salance Hour Account

**ntep E**  Y  Eure6a4Al eAw/ bdevo/ rl baud ori e6acroi ared re46
Aa6i Ky TM( nau/ aArou/ ru nroc66egr/ re6s
Y  ReAo6i a44acroi ared dedcAmou/ bdeFmAa6i
nau/ aArou/ aud e4eAnbourAFr4tvami euri s
Y  ReAo6i aud dedcAn/ eA8zAe Al a8ge/ bAl eAvv6unnug
Al a8ge/ bo6ori e6Fauwfee/ s
Y  If nroc l a8e au ture6e/ nFea6ug aAAcourbadd aum
ture6e/ nea6ued / l o) u ou rl rl/ narei euns

**ntep •**  Y  If avv4AaFe6i/ o6hAl eAw/ ru uci a4eA4o68eauci a8w
ru nroc66egr/ re6eaAl ade rl ando uon
avvea6ou rl rl/ narei eunK ee / vaAe v6o8ded Fe4) (s

**ntep 4**  Y  Lr/ naumdevo/ rl me6Aedml nroc6l a8e i ade rl ando uon
avvea6ou rl rl/ narei eunK ee / vaAe v6o8ded Fe4) (s

**ntep 0**  Y  Lr/ naumAl eAw/ nroc l a8e ) 6rreubdeFmAa6i
nau/ aArou/ aud e4eAnbourAvami euri/ aud ori e6
dedcAmou/ rl ando uonavvea6ou rl rl/ narei eunK ee
/ vaAe v6o8ded Fe4) (s

| DarepDe/ A6vrnou | | yi ocun |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| Srev 9 Tora4 | | q |

| DarepDe/ A6vrnou | Cl eAw" | yi ocun |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| Srev X Tora4 | $ | q |

## Salancing Hour Register to this ntatev ent

**ntep 5**  ZEure6ri e "Ac66eunFa4uAe" / l o) u ou rl rl/
/ narei euns   q

Zy dd nora4f6bi   Srev 9   q

ZScFrora4   q

ZScFr6aAnnora4f6bi   Srev X   q

ZTl rl/ Fa4uAe / l oc4l eQca4nroc66egr/ re6
Fa4uAe   q

If mdoe/ uonag6eeb/ ee / rev/ Fe4)   $   q

If nroc6aAocundoe/ uonFa4uAeb6e8te) rl e fo46) rugt
· Cl eAva4nroc6addmou aud / cFr6aAnnou aFo8e ru nroc66egr/ re6s
· Mave / c6e 6ei ei Fe6ed ro / cFr6aAn/ e8zAe Al a8ge/ 4l red ou
/ narei eunaud aid aumure6e/ nea6ued ru nroc66egr/ re6s
· yi ocurl of devo/ ml aud ) rl rl da) a4 ou rl rl/ narei eun/ l oc4l
i arAl nroc66egr/ re6eur6e/s
· If nroc l a8e Qce/ nou/ o6ueed a/ l rl/ rauAebv4ea/ e6fe6ri e vl oue
uci Fe6ou rl e 6bunof rl rl/ narei euns

## Change owAddress

P4ba/ e Aa44c/ anl e rev5l oue uci Fe64/ red ou rl e 6bunof rl rl/
/ narei eunro re4tc/ aFocna Al auge of add8e/ / s

## y lectronic Transfers *(for consumer accounts only)*

lu Aa/ e of e68o6/ o6Qce/ nou/ aFocnnroc6E4eAnbourAT6au/ fe6'b) 6rre no
: : Wy Coi va// : auwbBve8mnou/ Coi v4auAe Scvvo6bnPs8s: oV
123hhb: r6i rl/ rugl ai byL 93, 5hsB6/ ri v4nAe4nroc64bAa4Ac/ roi e6
/ e68oAe uci Fe6v6ured ou rl e 6bunof rl rl/ / narei eunsCa4o6) 6rre a/
/ oou a/ nroc Aaubri nroc rl ruAebv4ea/ e6 uonr66eAer vl/ rei6ug o6rl
nroc ueed i o6e ruFo6 amou aFocna nau/ fe6ou rl e / narei eun66
6eAenvrs. e i c/ rl ei ea66f6bi nnoc au h2 danl afre6) / eun
rl e fr6/n/ narei eunou ) l rAl ri e e68o6bv4bvF4ei  avvea6eds

Z  Te4tc/ nnc6uai e aud aAocunuci Fe6klf aunts
Z  De/ A6Fre ri e e68o6o6ri e nau/ fe6mnc a8e cu/ c8a aFocrbaud eW4aru a/ A4ea6lma/ nroc Aau
) l mnnc Fe4e8e mn/ au e68o6o6) l annnoc ueed i o6e ruFo6 amous
Z  Te4tc/ ri e do46a6ai ocunof ri e / c/ veAred e68o6s

. e ) r4tu8e/ ngare nnoc6Aoi v4runaud ) r4Ao68eAnaume68o6v6bi vr4nslf ) e nawe i o6e ri au 12
Fc/ rue// dani K 2 ou Aari / ou a4Aocunol oveued 4e// rl au 92 4e4uda6dani( ro do rl r'b) e ) r4l
A8edmnnoc6aAocunfo6ri e ai ocunnnoc rl ruwr/ nu e68o6o6 dam/ nnnoc ) r4tl a8e ri e c/ e of rl e
i ouerndc8tug rl e mi e mrawe/ c/ ro Aoi v4ere oc6ru8e/ ngamous

"k o6Nou-Cou/ c e 6y AAocunAc/ roi e6) 6v4ea/ e 6efe6mo nroc6Ac68eunNou-Cou/ c e 6y AAocun
y g6ei eunfo6derarl 66ga8tug E4eAnbourAk cud T6au/ fe6's

## Olerdraw Protection

**Calculation ow2nterest Charge and Salance muWect to 2nterest Rates**Tl e rure6e/ nAl a8ge rl/
Aoi vcred c/ rug nroc6aauuca4ve6ieunage 6are d8rded Fm9h3 o6bru rl e Aa/ e of a 4eav nea6b9hhb
) l rAl gr8e/ nroc rl e •yvv4AaFe Rare8) y4tl occgl ) e Aa4Ac4nre rl e rure6e/ nAl a8ge Fmavv4tnug rl e
y vv4AaFe Rare no eaAl danFa4uAeebri e rure6e/ nAl a8ge Aau a4 o Fe A4Ao8ared Fmi c4tv4nug
rl e yvv4AaFe Rare Fmnl e ra8e8age danFa4uAeK4 a4uAe ScFjeAnro nure6i nRare( / l o) u ou
rl rl/ narei eunfod euci c4nv4nug rl an ci  Fmrl e uci  Fe6of danl ru e Fr4tug AmAesTo genrl e
nroc6aAocun4e// aumcuvard fruauAe Al a8ge/ eaAl dan8add aumue) ad8auAe/ o6deFm baud
/ cFr6aAnaumvami euri o6A8edmrl sTl rl/ gr8e/ rl e danFa4uAeesTl eu ) e add a44ri e dan4m
Fa4uAe/ fo6ri e Fr4tug AnMe aud d8rde Fmnl e uci Fe6of danl ru ri e Fr4tug AnMesTl rl/ gr8e c/
rl e ra8e8age danFa4uAefo6ri e/ nari euna/ : a4uAe ScFjeAnno ture8e/ nRare)s
Pami euri sPari eunl ro nroc68e68o8fnv6breAmou 4bau aAAocuni ade rl 6bcgl oc6nre48o/ o6
devo/ red anoc6acroi ared re46bi aAl rue/ Ky TM/ ( Moudam6bcgl k8damFefo8e rl e vo/ red
Acnoff ni e ) r4lFe vo/ red ro nnoc6aAocunou rl e dare rl emaAe aAevredsB ri e6) r/ ebrl em) r4lFe
vo/ red ou rl e dane rl emaAe 6beA8ed o6ou rl e uvhFc/ rue// damrl ade afre6nnoc rl ruwr/ nl    CT Kivi  MT
fo6y6tzoua aAAocurl aud hvi  PT fo6Ca4fo8ura aAAocurl ( Moudam6bcgl k8damo6aumi e
Sarc6tamb5cudamo6Fauwl o4tami s: : Wy Coi va// : auwFc/ rue// dant a6e Moudamrl 6bcgl
k8dantw4AevtAd ou l o4tanl s

## 2n Case owy rrors or Questions AWout Hour ntatev ent

If nroc rl ruwnnoc6/ narei eunr/ ) 6bugbo6rl mnoc ueed i o6e ruFo6 amou aFocna nnu/ aAou ou nroc6
/ narei eunb) 6rre nnc66f/ ce ou a / evadare doAci eunaud / eud mro : auw6a8t6i CeuredbnPs8s: oV
/ .. 12bDeAancbyl 3, 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sTe48vl oue ruQc6i8e/ i ane Fm Aa44tug nnoc64bAa4: Wy
Coi va// / F8auAl 4/ red ou rl e 6bunof rl rl/ narei eunro / veaw) rl a Cc/ roi e6Se68rAe
Re48e/ eunam8es P4ba/ e uonri a re48vl oue ruQc6tm) r4uonv6e/ e88e nnoc66bgl rl cu6e8o8e6544) s
. e i c/ rl ei ea66f6bi  nnoc uo 4re6ri au / Vmrrl6Q2( danl afre6) e / eunnnoc ri e fr6/n/ narei euno
) l rAl ri e e68o6bv4bvF4ei  avvea6eds

· Te4tc/ nnc6uai e aud aAocunuci Fe6klf aunts
· De/ A6Fre ri e e68o6o6ri e nau/ fe6mnc a8e cu/ c8a aFocrbaud eW4aru a/ A4ea6lma/ nroc Aau
) l mnnc Fe4e8e mn/ au e68o6o6) l annnoc ueed i o6e ruFo6 amous
· Te4tc/ ri e do46a6ai ocunof ri e / c/ veAred e68o6s

x oc Aau / rov rl e acroi amAdedcAmou of rl e Mruri c/  Pami eunf6bi  nnoc Al eAwrug aAAocunrf
nnoc rl ruwnnoc6l narei eunr/ ) 6bugsTo / rov rl e vami eurbnnoc66eme6i c/ n6eaAl c/ rl 6be K9(
Fc/ rue// dani Fefo8e rl e acroi amAdedcAmou rl/ Al edc4ed no oAAc8s

## Reporting Other ProWev s

P4ba/ e 68rrei nnoc6/ narei eunr/ ) 6bugbo6rl e Muri c/  Pami eunfo66bi nnoc Al eAwrug aAAocunrf
nnoc rl ruwnnoc6/ narei eunr/ ) 6bugsTo / rov rl e vami eurbnnoc66eme6i c/ n6eaAl c/ rl/ n8eaAl c/  rl 6be K9(
uonfmc/ of aurl c/ / veAred v6b4e6i / be6bbo6 o6cuacrl o8ized n8au/ aArou/ ) rl ru rl e mi e ve8tod/
/ ve4vled ru rl e devo/ maAAocunag6eei eunb) e aon4aFe ro nnoc fo6aaumb/ / 4e8ared no ri e
v6bF6bi be6bbo6o6cuacrl o8ized n8au/ aArous

: : Wy Coi va// rl a nr8ade uai e of Coi va// : auwba i ei Fe6of rl e : : Wy G6bcvs
Coi va// : auwbMei Fe6kbDlCs

# EXHIBIT 155

Appx. 02580

**BBVA** Compass

Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                     H1

21    I  G.I  NADC  TAPG WAN  SADAL d S dDM  N P
      SARMdO  F PdOAMGSL   ATTFUDM
      H00  TOdRTdDM  TM  RMd  300
      CANNAR  M7  3X201E3- 56

### Contacting Us

A8ai4b4e by vl one 25p8

Pl one    1E 00E2VVE3233

F n4ne    bb8acomvass.com

K rite    BB/ A Tomvass
          Tustomer Rer8ice
          PxF xBo( 10XVV
          Birmingl am, AN HX26V

## hour BB/ A Tomvass Account.sW

P4ease see imvortant message regar9ing your
MOdARUOh S ADAL d S dDMADANh RGR TI  d TYGL
account

## Rummary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | dn9ing ba4ance 4ast statement | dn9ing ba4ance tl is statement |
|---|---|---|---|
| MOdARUOh S ADAL dS dDMADANh RGR TI  d TYGL | ████ | ████ | ████ |
| **Total Deposit Accounts** | | ████ | ████ |

D-HCRE-000091

**Appx. 02581**

Page 2 of 6
Primary Account: █████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-              H1

**BBVA** Compass

# MOdARUOh SADAL dS dDMADANhRRTI dTYOL

Account Dumber: █████  El G I NADC TAPGAANS ADAL dS dDMNP

## Account Information

K e l a8e uv9ate9 tl e Measury Sanagement Rer8ice AgreementxM ese terms an9
con9itions ) i4become effecti8e as of Do8ember HD, 201-x hou can fin9 a current 8ersion
of tl e agreement by going to:

l ttv:pp) ) )obb8acomvassxcompcommercia4treasuryEmanagementpresourceEcentra4p

M e user GC is wtreasurywan9 tl e vass) or9 is wmanagementxw

## Activity Summary

Beginning Ba4ance on 10ptpt-
Cevositsp re9its .22W
K itl 9ra) a4pCebits .1V3W
**Ending Balance on 10/31/18**

## Deposits and Other Credits



| Cate " | Tl ec" p Reria4$ | Cescrivtion | Cevositsp T re9its |
|--------|------------------|-------------|--------------------|



Page H of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1



P4ease note, certain fees an9 cl arges voste9 to your account may re4te to ser8ices an9por acti8ity from tl e vrior statement cyc4x
" M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## Withdrawals and Other Debits



66665

CONFIDENTIAL

D-HCRE-000093

**Appx. 02583**

Page 5 of 6
Primary Account:
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass





**BBVA** Compass



**BBVA** Compass



D-HCRE-000097

Page - of 6
Primary Account: ██████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1





P∢ease note, certain fees an9 cl arges voste9 to your account may re∢te to ser8ices an9∢or acti8ity from tl e vrior statement cyc∢ex
° M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## End of Business Day Balance Summary



## Summary of Checks



*Indicates break in check sequence*

CONFIDENTIAL

D-HCRE-000098

**Appx. 02588**

Page 6 of 6
Primary Account: ▮▮▮▮▮
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                        H1

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter a4cl ec"s, 9evosits, an9 otl er automate9 te48r car9 .AMS Wtransactions in your registerx
• Oecor9 a4tautomate9 9e9uctions, 9ebit car9 transactions an9 e8ectronic bi4tavmentsx
• Oecor9 an9 9e9uct ser8ice cl arges, cl ec" vrinting cl arges, or otl er ban" feesx
• Gyou l a8e an interest bearing account, a99 any interest earne9 sl o) n on tl is statementx

**Step 2** • Gsavv4cab4e, sort cl ec"s in numerica4or9er an9 mar" in your register eacl cl ec" or otl er transaction tl at is 4ste9 on tl is statementx

**Step 3** • Nst any 9evosits or cre9its your l a8e ma9e tl at 9o not avvear on tl is statement .see svace vro8i9e9 be4) W

**Step 4** • Nst any cl ec"s you l a8e ) ritten, 9ebit car9 transactions, e8ectronic vayments an9 otl er 9e9uctions tl at 9o not avvear on tl is statement .see svace vro8i9e9 be4) W

| Cateç Cescrivtion | | Amount |
|---|---|---|
| | • | |
| | • | |
| | • | |
| | • | |
| | • | |
| Rtev HMota4 | • | • |

| Cateç Cescrivtion | Tl ec" $ | Amount |
|---|---|---|
| | | • |
| | • | |
| | • | |
| | • | |
| | • | |
| | • | |
| Rtev 5 Mota4 | • | • |

## Balancing Your Register to this Statement

**Step 5** qdnter tl e vcurrent ba4ancews) o) n on tl is statement

qA99 tota4from Rtev H  •

qRubtota4  •

qRubtract tota4from Rtev 5  •

qM is ba4ance sl ou9 eZua4your register ba4ance  •

qGit 9oes not agree, see stevs be4)  *    •

Gyour account 9oes not ba4ance, re8ie)  tl fo4b) ing:
• Tl ec" a4Hyour a99ition an9 subtraction abo8e in your registerx
• Sa"e sure you remember89 to subtract ser8ice cl arges 4ste9 on tl is statement an9 a99 any interest earne9 to your registerx
• Amounts of 9evosits an9 ) itl 9ra) a4s on tl is statement sl ou9 matcl  your register entriesx
• Gyou l a8e Zuestions or nee9 assistance, v4ease refer to tl e vl one number on tl e front of tl is statementx

## Change of Address
P4ease ca44us at tl e te4evl one number 4ste9 on tl e front of tl is statement to te44us abou t a4 ange of a99ressx

## Electronic Transfers *(for consumer accounts only)*
Gn case of errors or Zuestions about your e4ectronic Mansfers, ) rite to BB/ A Tomvass Ban", Ftronics Tomv4ance Ruvvort, PxF xBo( 10XV, Birmingl am, AN HX26VxF r simv4y ca44your 4ca4customer ser8ice number vrinte9 on tl e front of tl is statementxTa48or ) rite as soon as you can, if you tl in" your statement or receivt is ) rong or if you nee9 more information about a transfer on tl e statement or receivtxK e must l ear from you no 4ter tl an V0 9ays after ) e sent tl e first statement on ) l icl  tl e error or vrob4em avveare9x

Q • Me44us your name an9 account number .if any W
Q • Cescribe tl e error or tl e transfer you are unsure about, an9 e(v4ain as c4ear4y as you can ) l y you be48e it is an error or ) l y you nee9 more informationx
Q • Me44us tl e 9o44ar amount of tl e susvecte9 errorx

K e ) i44in8estigate your comv4aint an9 ) i44correct any error vromvt4yx(Gs) e ta"e more tl an 10 business 9ays .20 on c4aims on accounts ovene9 4ess tl an H0 ca4en9ar 9aysW9o 9o tl is, ) e ) i44 cre9it your account for tl e amount you tl in" is in error, so tl at you ) i44l a8e tl e use of tl e money 9uring tl e time it ta"es us to comv4ete our in8estigationx

"kor DonEE onsumer Account customers, v4ease refer to your current DonEE onsumer Account Agreement for 9etai4s regar9ing e4ectronic kun9 Mansfersx

## Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate**xM e interest cl arge is comvute9 using your annua4vercentage rate 9i8i9e9 by HVX or, in tl e case of a 4ea- year, H4V, ) l icl  gi8es you tl e |Avv4cab4e Oate|x A4l ougl  ) e ca4cu4ate tl e interest cl arge by avv4ying tl e Avv4cab4e Oate to eacl  9ai4y ba4ance, tl e interest cl arge can a4so be ca4cu4ate9 by mu4tiv4ying tl e Avv4cab4e Oate by tl e |a8erage 9ai4y ba4ancej. Ba4ance Rub4ect to Ginterest OateVM sl o) n on tl is statement, if an mu4tiv4ying tl at sum by tl e number of 9ays in tl e bi44ng cyc4exMb get tl e |Ba4ance Rub4ect to Ginterest Oatej sl o) n on tl is statement ) e ta"e tl e beginning ba4ance of your account 4ess any unva9 finance c4arges earn9 9ay, a99 any ne) a98ances or 9ebits, an9 subtract any vavments or cre9itsxM is gi8es us tl e 9ai4y ba4ancexM en ) e a99 a44tl e 9ai4y ba4ances for tl e bi44ng cyc4e an9 9i8i9e by tl e number of 9ays in tl e bi44ng cyc4exM is gi8e us tl e |a8erage 9ai4y ba4ancej sl o) n on tl e statement as |Ba4ance Rub4ect to Ginterest Oatejx
**Payments**Payments to your o8er9raft vrotection are accevte9 at any of our te44ers or 9evosite9 at our automate9 te44er macl ines .AMS sWS on9ay tl rougl  kri9ay before tl e voste9 cutEoff time ) i44be voste9 to your account on tl e 9ate tl ey are accevte9xF tl er) ise, tl ey ) i44be voste9 on tl e ne(t business 9ayxPayments ma9e tl rougl  our AMS s 8ia a fun9s transfer ) i44be voste9 on tl e 9ate tl ey are recei8e9 or on tl e ne(t business 9ay if ma9e after Vvm T.M. Wm S M for Ari"ona accounts an9 Vrm PMfor T4ifornia accountsVS on9ay tl rougl  kri9ay or anytime Ratur9ay, Run9ay or ban" l o48aysxBB/ A Tomvass Ban" business 9ays are S on9ay tl rougl  kri9ay, e(c4u9ing l o48aysx

### In Case of Errors or Questions About Your Statement .F 8er9raft Protection F n4yW
Gyou tl in" your statement is ) rong, or if you nee9 more information about a transaction on your statement, ) rite your issue on a sevarate 9ocument an9 sen9 it to Ban" car9 T enter, PxF xBo( 2210, Cecatur, ANHXV66B001xM s4e4evl one inZuires may be ma9e by ca44ng your 4ca4BB/ A Tomvass brancl  4ste9 on tl e front of tl is statement to svea" ) itl  a Tustomer Rer8ice Oevresentati8exP4ease note: a te4e4vl one inZuiry ) i44not vreser8e your rigl ts un9er Fe9era44a) x K e must l ear from you no 4ter tl an si(ty .V0W9ays after ) e sent you tl e first statement on ) l icl  tl e error or vrob4em avveare9x

· • Me44us your name an9 account number .if anyW
· • Cescribe tl e error or tl e transfer you are unsure about, an9 e(v4ain as c4ear4y as you can ) l y you be48e it is an error or ) l at you nee9 more informationx
· • Me44us tl e 9o44ar amount of tl e susvecte9 errorx

hou can stov tl e automatic 9e9uction of tl e S inimum Payment from you cl ec"ing account if you tl in" your statement is ) rongxNo stov tl e vayment, your 4etter must reacl  us tl ree .HW business 9ays before tl e automatic 9e9uction is scl e9u4e9 to occurx

## Reporting Other Problems
P4ease re8ie)  your statement carefu44yxGis essentia4tl at any account errors or any imvrover transactions on your account be revorte9 to us as soon as reasonab4y vossib4exGyou fai4to notify us of any susvecte9 vrob4ems, errors or unautl ori"e9 transactions ) itl in tl e time verio9s svecifie9 in tl e 9evosit account agreement, ) e are not 4ab4e to you for any 4oss re4ate9 to tl e vrob4em, error or unautl ori"e9 transactionx

BB/ A Tomvass is a tra9e name of Tomvass Ban", a member of tl e BB/ A L rouvx
Tomvass Ban", S ember k CGx

# EXHIBIT 156

Page 1 of 6
Primary Account:
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                I -



01    GINGDACT  MAPLSAD  RACAN9R9CS  DP
RAFS9O  UP9OASLCN  AMMU3CS
I - -  MO9FM9CS  MS  FS9  7- -
TADDAF  SX  750- 1d768E

## Contacting Us

A4aina, ve , y bl one 08j7

PI one    1d- - d0hhd7077

Unvine   , , 4au/ ascom

. rite    BBWA
Mu/ tomer Fer4ice
PsUsBoV 1- 5hh
Birmingl am2ADI 50Eh

## Fummary of Account/

### Deposit Accounts/ Other Products

| Account | Account num, er | 9nHng , avance va/ t / tatement | 9nHng , avance tl i/ / tatement |
|---|---|---|---|
| SO9AF3Ox  RACAN9R9CS ACADx FLF MG9MYLCN | ▮ | ▮ | ▮ |
| **Total Deposit Accounts** | | ▮ | ▮ |

Page 0 of 6
Primary Account: ■■■■■■
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                I -



# SO9 AF3 Ox  RACAN9 R9 CS ACADx FLF MG9 MYLCN

Account Cum, er: ■■■■■■   dGlNGDACT MAPlSAD RACAN9 R9 CS DP



## Activity Summary

| | |
|---|---|
| Beginning Bavance on EplplE | ■■■■■ |
| Tebo/ it/ pMreHt/ K0- ( | ■■■■ |
| . itl Hra) av pTe, it/ K$80( | ■■■■ |
| **Ending Balance on 9/30/19** | ■■■ |

## Deposits and Other Credits

| Tate " | Mlecwp Feriav" | Te/ cribtion | | Tebo/ it/ p MreHt/ |
|---|---|---|---|---|
| ■ | | ■■■■■■■■ | | ■■■ |
| ■ | | ■■■■■ | | ■■ |
| ■ | | ■■■■ | | ■■ |
| ■ | | ■■■ | | ■ |
| ■ | | ■■■■■■ | | ■ |
| ■ | | ■■■■■■■ | | ■ |
| ■ | | ■■■■■ | | ■ |
| ■ | | ■■■■■■■ | | ■ |
| ■ | | ■■■■■■■■■ | | ■■ |
| ■ | | ■■■■■■■ | | ■■ |
| ■ | | ■■■■■■ | | |
| ■ | | ■■■■■■■ | | |
| ■ | | ■■■■■ | | ■■ |
| ■ | | ■■■■■■■■■ | | |
| ■ | | ■■■■■■ | | ■■ |
| ■ | | ■■■■ | | |
| ■ | | ■■■■■■ | | |
| ■ | | ■■■■■■ | | ■■ |



Page I of 6
Primary Account:
Beginning Febtem, er 120-1Ed9nHng Febtem, er I-20-1E                          I-



| Tate " | MI ecwp Feriav° | Te/ cribtion | Tebo/it/ p MreHt/ |
|--------|-----------------|--------------|-------------------|



Pvea/ e note2certain fee/ anHcl arge/ bo/teHto your account may revate to / er4ice/ anHpor acti4ity from tl e brior / tatement cycves
" SI e Tate bro4iHeHi/ tl e , u/ ine/ / Hay tl att l e tran/ action i/ broce/ / eHs

## Withdrawals and Other Debits

| Tate " | MI ecwp Feriav° | Te/ cribtion | . itl Hra) av p Te, it/ |
|--------|-----------------|--------------|-------------------------|

Page 8 of 6
Primary Account:
Beginning Febtem, er 120- 1E d9nHng Febtem, er l - 20- 1E                    l -





Page h of 6
Primary Account: ███████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                    I -



| Tate " | Ml ecwp Feriav" | Te/ cribtion | . itl Hɪa) aⱴ p Te, it/ |
|---|---|---|---|

| E₀05 | | U3 S .  S C9S MAFG O9$  0- 1E- E05$0k M* h- M- - I I 71 BC$ GMO9 Partner/  DDM | #E- - 2 - - s - |

Page 7 of 6
Primary Account: ■■■■
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E            I -


**BBVA**



Pvea/ e note2certain fee/ anHcl arge/ bo/ teHto your account may revate to / er4ice/ anHpr acti4ity from tl e brior / tatement cyces
" Sl e Tate bro4IHcHHi/ tl e , u/ ine// Hay tl at tl e tran/ action i/ broce/ / eHs

## End of Business Day Balance Summary



## Summary of Checks



* Indicates break in check sequence

CONFIDENTIAL                                                          D-HCRE-000078

Page 6 of 6
Primary Account: ███████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                    I -



## How to Balance Your Account

**Step 1** • 9nter awcl ecw/ 2Hebo/ it/ 2anHotl er automateHtewer carrHKASR ( tran/ action/ in your regi/ ters
• OecorHawautomateHHeHuction/ 2He, it carH tran/ action/ anHvelectronic , iwbayment/ s
• OecorHanHHeHuction/ er4ice cl arge/ 2cl ecwbrinting cl arge/ 2or otl er , anwfee/ s
• If you l a4e an interei/ t , earing account2aHHany interei/ t earneH/ I o) n on tl i/ / tatements

**Step 2** • If abbivca, e2/ orf cl ecw/ in numericavorHer anHmanw in your regi/ ter eacl cl ecwor otl er tran/ action tl at i/ w/ teHon tl i/ / tatements

**Step 3** • D/ t any Hebo/ it/ or creHt/ your l a4e maHe tl at Hb not abbear on tl i/ / tatement Kee / bace bro4iHeH, eno) (s

**Step 4** • D/ t any cl ecw/ you l a4e ) ritten2He, it carH HeHuction/ tl at Hb not abbear on tl i/ / tatement Kee / bace bro4iHeH, eno) (s

| TatepTe/ cribtion | Amount |
|---|---|
|  | q |
|  | q |
|  | q |
|  | q |
|  | q |
| Fteb I Sotav# | q |

| TatepTe/ cribtion | Mi ecw" | Amount |
|---|---|---|
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
| Fteb 8 Sotav# |  | q |

## Balancing Your Register to this Statement

**Step 5** Z9nter tl e "current , avance" / I o) n on tl i/ / tatement
| ZAHHtotavfrom Fteb I | q |
|---|---|
| ZFu, totav | q |
| ZFu, tract totavfrom Fteb 8 | q |
| ZSi i/ , avance / I ouHeQuavyour regi/ ter , avance | q |
| If it Hbe/ not agree2/ e/ teb/ , eno) # | q |

If your account Hbe/ not , avance2re4ie) tl e fowo) ing):
• Mi ecwavyour aHHition anH/ u, traction a, o4e in your regi/ ters
• Rawe / ure you remem, ereHto / u, tract / er4ice cl arge/ w/ teHon tl i/ / tatement anHHaHanyy interei/ t earneHto your regi/ ter
• Amount/ of Hebo/ it/ anH) itl Hra) av/ on tl i/ / tatement / I ouH matcl your regi/ ter entrie/ s
• If you l a4e Que/ tion/ or neeHaHi/ tance2bea/ e refer to tl e bl one num, er on tl e front of tl i/ / tatements

### Change of Address
Pea/ e cawu/ at tl e teebl one num, er vi/ teHon tl e front of tl i/ / tatement to tewu/ a, out a cl ange of aHHre/ / s

### Electronic Transfers (for consumer accounts only)
In ca/ e of error/ or Que/ tion/ a, out your 9vectronic Sran/ fer/ 2) rite to bBVA2Uberation/ Mombivance Fubbort2PsUsBoV1- 5hh2
Birmingl am2AD1 50EhsUr / imbw cawyour vocavcu/ tomer / er4ice num, er brinteHon tl e front of tl i/ / tatementsMawor ) rite a/ / oon a/ you can2if you tl inwyour / tatement or receibt i/ ) rong or if you neeH more information a, out a tran/ fer on tl i/ / tatement or receibts. e mu/ t l ear from you no vater tl an h- Hay/ after tl e fir/ t / tatement on ) i cl tl e error or bro, vem abbeareHs

Z Sewu/ your name anHaccount num, er Kif any(s
Z Te/ cri, e tl e error or tl e tran/ fer you are un/ ure a, out2anHeVbrain a/ cveany a/ you can ) l y you, e4e4e it i/ an error or ) l y you neeHmore informations
Z Sewu/ tl e Hovar amount of tl e / becteHerrors

. e ) iwin4e/ tigate your combvaint anH) iwcorrect any error brombtws.If ) e tawe more tl an 1- / u, ine/ / Hay/ K0- on cvaim/ on account/ obeneHve/ / tl an l - cavenHar Hay/ ( to Hb tl i/ 2) e ) iw creHt your account for tl e amount you tl inwi/ in error2/ o tl at you ) iwl a4e tl e u/ e of tl e money Huring tl e time it tawe/ u/ to combvete our in4e/ tigations

"$or CondMon/ umer Account Cu/ tomer/ 2bea/ e refer to your current CondMon/ umer Account Agreement for Hetaiv/ regarHing 9vectronic $unHSran/ fer/ s

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rates**Sl e intere/ t cl arge i/ combuteHu/ ing your annuavbercentage rate H4iHeH, y I h5 or2in tl e ca/ e of a weab year2I hh2 ) l icl gi4e/ you tl e •Abbivca, ve Oate( Antl ougl ) e cavcuvate tl e intere/ t cl arge , y abbwying tl e Abbivca, ve Oate to eacl Haiw , avance2tl e intere/ t cl arge can a4o , e cavcuvateH, y muvibwying tl e Abbivca, ve Oate , y tl e •a4erage Haiw , avanceHBavance Fu, ject to Intere/ t Oate( / I o) n on tl i/ / tatement2tl e muvibwying tl at / um , y tl e num, er of Hay/ in tl e , iwing cycvesSo get tl e •Bavance Fu, ject to Intere/ t Oate( / I o) n on tl i/ / tatement ) e tawe tl e , eginning , avance of your account ve// any unbaiHfinance cl arge/ eacl Hay2aHHany ne) aHHance/ or He, it/2anH/ u, tract any bayment/ or creHt/ sSI i/ gi4e/ u/ tl e •Haiw , avancedSl en ) e aHHawtl e Haiw , avance/ for tl e , iwing cycve anHH4iHe, y tl e num, er of Hay/ in tl e , iwing cycvesSI i/ gi4e u/ tl e •a4erage Haiw , avancedSl en num, er of Hay/ in tl e , iwing cycvesSI i/ gi4e u/ tl e •a4erage Haiw , avancedsSI i/ a4erage Haiw , avanceHBavance Fu, ject to Intere/ t Oate(s

Payment/ sPayment/ to your o4erHaft brotection voan account maHe tl rougl our tewer/ or Hebo/ iteHat our automateHtewer macl ine/ HASR / ( RonHay tl rougl $riHay , efore tl e bo/ teH cutoff time ) iw, e bo/ teHto your account on tl e Hate tl ey are accebteHsUtl en ) e2tl ey ) iw, e bo/ teHon tl e ne4t , u/ ine/ / HaysPayment/ maHe tl rougl our ASR / 4ia a funH/ tran/ fer ) iw, e bo/ teHon tl e Hate tl ey are recei4eHor on tl e ne4t , u/ ine/ / Hay/ if maHe after hHon MS Htbm RS for Arizona account/ anHHbm PS for Mavifornia account/ ( RonHay tl rougl $riHay or anytime FaturHay2FunHay or , anwl oviHay/ sBBVA , u/ ine/ / Hay/ are RonHay tl rougl $riHay2e3cvuHing l oviHay/ s

### In Case of Errors or Questions About Your Statement KU4erHaft Protection Unw(
If you tl inwyour / tatement i/ ) rong2or if you neeHmore information a, out a tran/ action on your / tatement2) rite your i// ue on a / ebarate Hbcument anH/ enH it to BawvcarHHMenter2PsUsBoV 001- 2Tecatur2AD1 5hEEd- - 1sSevebl one inQuire/ may , e maHe , y cawing your vocavBBVA , rancl vi/ teHon tl e front of tl i/ / tatement to ) beaw) itl a Mu/ tomer Fer4ice Oebre/ entati4es Pea/ e note: a tevebl one inQuiry ) inot bre/ er4e your rigl t/ unHer Hereravs a. e mu/ t l ear from you no vater tl an / i4ty H- ( Hay/ after ) e / ent you tl e fir/ t / tatement on ) i cl tl e error or bro, vem abbeareHs

· Sewu/ your name anHaccount num, er Kif any(s
· Te/ cri, e tl e error or tl e tran/ fer you are un/ ure a, out2anHeVbrain a/ cveany a/ you can ) l y you, e4e4e it i/ an error or ) l y you neeHmore informations
· Sewu/ tl e Hovar amount of tl e / becteHerrors

x ou can / tob tl e automatic HeHuction of tl e Rinimum Payment from your cl ecwing account if you tl inwyour / tatement i/ ) rongsSo / tob tl e bayment2your vetter mu/ t reacl u/ tl ree K ( , u/ ine/ / Hay/ , efore tl e automatic HeHuction i/ / cl eHuveHto occurs

### Reporting Other Problems
Pea/ e re4ie) your / tatement carefuwysIt i/ e/ entiavtl at any account error/ or any imbrober tran/ action/ your account , e reborteHto u/ a/ / oon a/ vo/ / i, ve2Iyou Hon't va, e, y bo/ / i, wenH you faivto notify u/ of any cl / becteHbro, vem/ 2error/ or unautl orizeHtran/ action/ ) itl in tl e time berioH/ / becifieHin tl e Hebo/ it account agreement2) e are not va, ve to you for any vo/ / / revateHto tl e bro, vem2error or unautl orizeHtran/ actions

BBVA anHBBWA Momba/ / are tra4e name/ of BBVA 3FA2a mem, er of tl e BBWA Nroubs BBWA 3FA2Rem, er $T Ms

# EXHIBIT 157

5/18/2021                                    NexBank SSB






2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

---

```
                                        Date  8/29/14           Page    1
                                        Primary Account
                                        Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
     Checking Account/s

        Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number          ████████      Statement Dates   8/01/14 thru  9/01/14
     Last Statement Balance  ████████      Days in the statement period    ████
        14 Deposits/Credits  ████████      Average Ledger            ████████
         4 Checks/Debits     ████████      Average Collected         ████████
     Service Charge          ████████      Interest Earned           ████████
     Interest Paid           ████████      Annual Percentage Yield Earned  ████████
     This Statement Balance  ████████      2014 Interest Paid
```

```
     ------------------------------------------------------------------------

     Deposits and Additions
     Date     Description                            Amount
```



---

MEMBER FDIC                     NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                        Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    1/4

5/18/2021                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date   8/29/14        Page      2
                                        Primary Account       ██████
                                        Enclosures
```

```
        Analysis Checking w/ Interest        ████████   (Continued)

        Deposits and Additions
        Date      Description                          Amount
        ██████████████████████████████████████████████
        ████████████████████████████████████████████████
        ████████████████████████████████████
        █████████████████████████████████████████████████
        ████████████████████████████████

        ----------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                          Amount

        8/21      IB Transfer from D ****130 to        4,000,000.00-
                  D ****171
        █████████████████████████████████████████████
        ██████████████████████████
        █████████████████████████████████

        ----------------------------------------------------------------

        Daily Balance Information
        Date        Balance        Date      Balance      Date       Balance
        ████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████

        ----------------------------------------------------------------

                    Interest Rate Summary
                    Date            Rate
                    █████████████████████
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                        D-NNL-029157

                                                            **Appx. 02601**

5/18/2021                                              NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                          Date  8/29/14        Page    3
                                          Primary Account
                                          Enclosures        �█▉▉▉▉▉▉

            Analysis Checking w/ Interest      ▉▉▉▉▉▉▉   (Continued)

            End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

CONFIDENTIAL                                                              D-NNL-029158

                                                                         Appx. 02602

5/18/2021                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | Enter bank balance from statement | | | |
| | | Add deposits not credited by bank (if any) | | | |
| | | TOTAL | | | |
| Total of Checks not paid | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-NNL-029159

**Appx. 02603**

# EXHIBIT 158

Appx. 02604



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

**Customer Account Number:** [redacted] **AE: PB2** **Statement Period: October 01, 2014 to October 31, 2014** **PAGE 1 of 7**

## MARKET INDICES

Index [redacted]

HIGHLAND CAPITAL MANAGEMENT LP
300 CRESCENT COURT
SUITE 700
DALLAS TX 75201-7849

## ACCOUNT VALUE SUMMARY

| Description | As of 09/30/14 | This Period |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| **Subtotal** | [redacted] | [redacted] |
| Margin | [redacted] | [redacted] |
| **TOTAL** | [redacted] | [redacted] |

## DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY

| Description | This Statement | Year to Date |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| **TOTAL INCOME** | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **TOTAL EXPENSES** | [redacted] | [redacted] |

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 2 of 7 |

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election. The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held away are not in the custody or control of Jefferies nor are they covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment. All short positions are liable for assignment at any time. A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06





# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

**Customer Account Number:** [redacted] **AE:** PB2 **Statement Period:** October 01, 2014 to October 31, 2014 **PAGE 3 of 7**

## BUY SELL TRANSACTIONS

Credit ratings are subjective opinions and not statements of fact and should not be relied on as investment advice. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, legal fees, or losses (including lost income or profits and opportunity costs or losses caused by negligence) in connection with any use of credit ratings.

| Date | Transaction | Account Type | Quantity | Description | Price | Amount Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| **TOTAL BUY SELL TRANSACTIONS:** | | | | | | **$65,203.60** | |

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Rate | Amount Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| 10/1 | WIRE | MARGIN | | FUNDS WIRE<br>NEXBANK SSB<br>NEXPOINT ADVISORS LP<br>REF# B1Q8154C009052 | | $6,000,000.00 | |
| [redacted] | [redacted] | [redacted] | | [redacted] | | | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | | | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | | | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | | | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | | | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| **TOTAL INCOME AND DISTRIBUTION ACTIVITY:** | | | | | | [redacted] | [redacted] |

Customer Account Number: ▮▮▮▮    AE: PB2    Statement Period: October 01, 2014 to October 31, 2014    PAGE 4 of 7

**OTHER ACTIVITY**

| Date | Transaction | Account Type | Quantity | Description | Debit | Amount Credit |
|------|-------------|--------------|----------|-------------|-------|---------------|

**TOTAL OTHER ACTIVITY:**    $4,908.89

**PORTFOLIO SUMMARY**

Bond ratings are provided by Moody's and Standard & Poor's, respectively. For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

**EQUITIES - LONG POSITIONS: 85.00% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|--------------|----------|-------------|---------------|---------------|--------------|-------------------------|-----------------|

CONFIDENTIAL    D-NNL-029163

**Appx. 02608**





# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

SIPC MEMBER

**Customer Account Number:** [redacted] **AE:** PB2 **Statement Period:** October 01, 2014 to October 31, 2014 

**EQUITIES - LONG POSITIONS (Continued)**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | | |
| | | **MARKET VALUE OF EQUITIES - LONG POSITIONS** | | | [redacted] | [redacted] | |

**CORPORATE BONDS**

| Account Type | Quantity | Description | Bond Ratings | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | | **MARKET VALUE OF CORPORATE BONDS** | | | [redacted] | [redacted] | |

**Customer Account Number:** [redacted] **AE: PB2** **Statement Period: October 01, 2014 to October 31, 2014** **PAGE 6 of 7**

## US AGENCY SECURITIES

| Account Type | Quantity | Description | Bond Ratings | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | | MARKET VALUE OF US AGENCY SECURITIES | | | [redacted] | [redacted] | |

## MUTUAL FUNDS: 14.90% of Portfolio

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
| | | TOTAL - MUTUAL FUNDS | | | [redacted] | [redacted] | |

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 7 of 7 |
|---|---|---|---|

Customer Notice
## IMPORTANT NOTICE

► In accordance with the requirements of the Securities and Exchange Commission (the "Commission") clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC as of May 31, 2014 by visiting our website at http://investor-relations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790 or by calling 1-888-JEFFERIES. The Statement of Financial Condition is also available for your personal inspection at Jefferies' principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the Securities and Exchange Commission in New York.

Jefferies is subject to the Commission's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. Jefferies computes net capital under the alternative method of the rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions). Compliance with the Rule could limit operations of Jefferies, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by Jefferies. As of May 31, 2014, Jefferies' net capital was $1,090,453,000 which was 33% of aggregate debit balances and $1,016,424,000 in excess of required net capital.

*** END OF STATEMENT ***

CONFIDENTIAL

D-NNL-029166

**Appx. 02611**

# EXHIBIT 159

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                         Date 11/28/14              Page    1
                                         Primary Account
                                         Enclosures              ▇▇▇▇


       Highland Capital Management LP
       300 Crescent Court Suite 700
       Dallas TX 75201



       NexBank's Privacy Policy is accessible at www.NexBank.com



       Checking Account/s

            Account Type:  Highland Capital Management LP

       Analysis Checking w/ Interest
       Account Number            ▇▇▇▇     Statement Dates  11/03/14 thru 11/30/14
       Last Statement Balance  ▇▇▇▇▇▇     Days in the statement period      ▇▇▇
          8 Deposits/Credits    ▇▇▇▇▇     Average Ledger       ▇▇▇▇▇▇
          6 Checks/Debits       ▇▇▇▇      Average Collected    ▇▇▇▇▇▇▇
       Service Charge           ▇▇▇       Interest Earned      ▇▇▇▇▇▇▇
       Interest Paid            ▇▇▇▇      Annual Percentage Yield Earned  ▇▇▇▇▇▇
       This Statement Balance   ▇▇▇▇▇     2014 Interest Paid

       ------------------------------------------------------------------------

       Deposits and Additions
       Date     Description                          Amount
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                       each banking day will be credited as of that date.

CONFIDENTIAL                                                      D-NNL-029167

                                                                 Appx. 02613

5/18/2021                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date 11/28/14          Page    2
                                        Primary Account        ████████
                                        Enclosures


        Analysis Checking w/ Interest        ████████     (Continued)

        ---------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                          Amount
        11/14   IB Transfer from D ****130 to     2,500,000.00-
                D ****171
```



```
        ---------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date       Balance      Date      Balance




        ---------------------------------------------------------------

                    Interest Rate Summary
                    Date             Rate


        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029168

                                                               **Appx. 02614**

5/18/2021                                             NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS |
|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. |
| NUMBER | AMOUNT | | | |
| | | | | Sort your checks numerically or by date issued. |
| | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. |
| | | | | |
| | | | | |
| | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. |
| | | | | |
| | | | | Reconcile your statement in the space provided below. |
| | | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | TOTAL | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| | | | | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL                                                                                      D-NNL-029169

                                                                                                  **Appx. 02615**

# EXHIBIT 160

Compass e-Access                                                    Page 1 of 4



CONFIDENTIAL

2/2/2015
D-NNL-029152

Appx. 02617

Case 21-03003-sgj    Doc 135-3    Filed 12/18/21    Entered 12/18/21 01:38:22    Desc
Case 3:21-cv-00881-X    Document 176-7    Filed 08/24/23    Page 40 of 200    PageID 23853
Appendix Part 3    Page 39 of 533
Compass e-Access                                                                    Page 2 of 4



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

Withdrawals and Other Debits

*# Primary Account:
Page 4 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Withdrawals and Other Debits - continued

Case 21-03003-sgj   Doc 135-3   Filed 12/18/21   Entered 12/18/21 01:38:22   Desc
Case 3:21-cv-00881-X   Document 76-7   Filed 08/24/23   Page 41 of 200   PageID 23854
Compass e-Access                                                          Page 3 of 4



+@ Primary Account:
Page 5 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/Debits |
|-------|---------|-------------|--------------------|

+@ Primary Account:
Page 6 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/Debits |
|-------|---------|-------------|--------------------|

Case 21-03003-sgj    Doc 135-3    Filed 12/18/21    Entered 12/18/21 01:38:22    Desc
Case 3:21-cv-00881-X   Document 176-7   Filed 08/24/23   Page 42 of 200   PageID 23855
Appendix Part 3   Page 392 of 533
Compass e-Access                                                            Page 4 of 4



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| | | | | | |

+@ Primary Account:
Page 7 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 1/16 | 14386 | $2,304.00 | 1/26 | 14959* | $13.83 | 1/6 | 15110* | $40.00 |

* Indicates break in check sequence

# EXHIBIT 161

5/18/2021                                     NexBank SSB

 NEXBANK™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

 FDIC

```
                                        Date  7/31/15        Page     2
                                        Primary Account  ▓▓▓▓▓▓▓
                                        Enclosures


            Analysis Checking w/ Interest    ▓▓▓▓▓▓  (Continued)

            Checks and Withdrawals
            Date    Description                          Amount
             7/22   IB Transfer from D ****130 to      1,250,000.00-
                    D ****171

            ████████████████████████████████████████████████████

            -----------------------------------------------------------------

            Daily Balance Information
            Date       Balance     Date      Balance     Date      Balance
            █████████████████████████████████████████████████████████████

            -----------------------------------------------------------------

                       Interest Rate Summary
                       Date            Rate
                       ███████████████████████████████

            End of Statement
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL

D-NNL-029171

**Appx. 02622**

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                          Date   8/31/15              Page    2
                                          Primary Account
                                          Enclosures              ████████


                    Analysis Checking w/ Interest       ███████   (Continued)

        ---------------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                           Amount
        ██████████████████████████████████████████████████████████

        8/18     IB Transfer from D ****130 to      1,500,000.00-
                 D ****171
        █████████████████████████████████████████████████████


        ---------------------------------------------------------------------

        Daily Balance Information
        Date          Balance        Date      Balance      Date      Balance
        ████████████████████████████████████████████████████████████████████


        ---------------------------------------------------------------------

                           Interest Rate Summary
                           Date            Rate     ███████████████████

        End of Statement

MEMBER FDIC                     NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.

CONFIDENTIAL                                                        D-NNL-029172

                                                                   Appx. 02623

Page 5 of 7
Primary Account ▮▮▮▮▮▮

**BBVA** Compass

Beginning October 1, 2015 - Ending October 31, 2015          31

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| | | | |
| 10/22 | | OUT WT E-ACCESS REF  20151022F2QCZ60C000688 BNF NexPoint Advisors, | $200,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



CONFIDENTIAL

D-NNL-029173

**Appx. 02624**

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



FDIC

                                              Date 11/30/15              Page    2
                                              Primary Account
                                              Enclosures


Analysis Checking w/ Interest          ████████     (Continued)

------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                          Amount


█████████████████████████████████████████████████

11/23     IB Transfer from D ****130 to        325,000.00-
          D ****171

█████████████████████████████████████████████████


------------------------------------------------------------------------

Daily Balance Information
Date          Balance        Date        Balance      Date        Balance

█████████████████████████████████████████████████████████████████████

------------------------------------------------------------------------

                    Interest Rate Summary
                    Date            Rate
                    █████████████████████████████

End of Statement


                                          _____
MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                           D-NNL-029174

                                                                      Appx. 02625

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date 12/31/15          Page    2
                                        Primary Account
                                        Enclosures
```

```
        Analysis Checking w/ Interest          ▒▒▒▒▒    (Continued)

        Deposits and Additions
        Date    Description                              Amount
```

--------------------------------------------------------------------

```
        Checks and Withdrawals
        Date    Description                              Amount
        12/02   IB Transfer from D ****130 to            500,000.00-
                D ****171
```



--------------------------------------------------------------------

```
        Daily Balance Information
        Date        Balance      Date      Balance      Date      Balance
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

CONFIDENTIAL                                                          D-NNL-029175

                                                                     Appx. 02626

Page 6 of 9
Primary Account: ▮▮▮▮▮▮
Beginning December 1, 2015 - Ending December 31, 2015                31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| 12/22 | | OUT WT E-ACCESS REF  20151222F2QCZ60C003170 | $150,000.00 |
| | | BNF NexPoint Advisors, | |

CONFIDENTIAL

Page 7 of 11
Primary Account: █████████



Beginning January 1, 2016 **-** Ending January 31, 2016                    31

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|--------|-------------|------------|
| 1/15 |  | OUT WT E-ACCESS REF  20160115F2QCZ60C001287<br>BNF NexPoint Advisors, | $325,000.00 |

CONFIDENTIAL

D-NNL-029177

**Appx. 02628**

5/18/2021                                                  NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  2/29/16        Page     2
                                        Primary Account    ███████
                                        Enclosures
```

```
        Analysis Checking w/ Interest        ████████  (Continued)

        Deposits and Additions
        Date    Description                            Amount
```



```
        --------------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                            Amount
```

```
        2/18    IB Transfer from D ****130 to       600,000.00-
                D ****171
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                           D-NNL-029178

**Appx. 02629**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





                                                    Date  3/31/16          Page    2
                                                    Primary Account
                                                    Enclosures

        Analysis Checking w/ Interest        ▮▮▮▮▮    (Continued)

        Deposits and Additions
        Date      Description                              Amount



        --------------------------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                              Amount


        3/15      IB Transfer from D ****130 to            325,000.00-
                  D ****171
        3/29      IB Transfer from D ****130 to            425,000.00-
                  D ****171

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                          D-NNL-029179

                                                                  **Appx. 02630**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date   4/29/16        Page     2
                                    Primary Account
                                    Enclosures
```

Analysis Checking w/ Interest          ▆▆▆▆▆    (Continued)



```
Deposits and Additions
Date      Description                          Amount
```

```
Checks and Withdrawals
Date      Description                          Amount
```

```
   4/22    IB Transfer from D ****130 to        475,000.00-
           D ****171
```

```
Daily Balance Information
Date        Balance        Date        Balance    Date        Balance
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

CONFIDENTIAL                                                      D-NNL-029180

**Appx. 02631**

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date   5/31/16        Page    2
                                        Primary Account       ▮▮▮▮▮▮
                                        Enclosures


            Analysis Checking w/ Interest   ▮▮▮▮▮▮   (Continued)

            Deposits and Additions
            Date     Description                        Amount
            ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
            ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

            -----------------------------------------------------------------

            Checks and Withdrawals
            Date     Description                        Amount
            ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
            ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
            ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
            5/25    IB Transfer from D ****130 to        425,000.00-
                    D ****171

            -----------------------------------------------------------------

            Daily Balance Information
            Date        Balance    Date      Balance    Date      Balance
            ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
            ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

            -----------------------------------------------------------------

                    Interest Rate Summary
                    Date          Rate
                    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

            End of Statement
```

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029181

                                                          Appx. 02632

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com


FDIC

```
                                        Date   6/30/16        Page     2
                                        Primary Account
                                        Enclosures        ███████
```

Analysis Checking w/ Interest       ████████   (Continued)

Deposits and Additions
Date      Description                              Amount
███████████████████████████████████████████████████████████

-------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount
███████████████████████████████████████████████████████████

  6/15    IB Transfer from D ****130 to       675,000.00-
          D ****171
███████████████████████████████████████████████████████████

-------------------------------------------------------------------------------

Daily Balance Information
Date          Balance      Date       Balance      Date        Balance
███████████████████████████████████████████████████████████

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2016/2016 HCMLP Bank Statements/NexBank MM 130/06-16 HCM MM NexBank 130.html        2/4

CONFIDENTIAL                                                        D-NNL-029182

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   7/29/16        Page     2
                                    Primary Account
                                    Enclosures                 ▓▓▓▓▓▓
```

```
        Analysis Checking w/ Interest     ▓▓▓▓▓    (Continued)

        Deposits and Additions
        Date    Description                      Amount
```



```
        --------------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                      Amount
```

```
        7/18    IB Transfer from D ****130 to    100,000.00-
                D ****171
```



MEMBER FDIC                      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029183

**Appx. 02634**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date 11/30/16        Page    2
                                        Primary Account    ████████
                                        Enclosures


        Analysis Checking w/ Interest     ████████    (Continued)

        --------------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                          Amount
        11/21   IB Transfer from D ****130 to        500,000.00-
                D ****171

        --------------------------------------------------------------------

        Daily Balance Information
        Date      Balance      Date      Balance      Date      Balance
```



```
                        Interest Rate Summary
                        Date        Rate


        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                        D-NNL-029184

                                                                Appx. 02635

Page 8 of 13
Primary Account
Beginning May 1, 2017 - Ending May 31, 2017            31

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 5/11 | | OUT WT E-ACCESS CSTREP REF 20170511F2QCZ60C002038 BNF NexPoint Advisors | $4,200,000.00 |

# EXHIBIT 162

**PACHULSKI STANG ZIEHL & JONES LLP**

146276

RHL                                   ROBERT HALF LEGAL                                            6/15/2021

| 0122935C | 6/15/2021 | CLIENT COSTS - 36027.002 | 500-04 | 187.50 |
| 0123564C | 6/15/2021 | CLIENT COSTS - 30627.002 | 500-04 | 1,762.50 |

**Check Amount:**                    $1,950.00

SUPERIOR PRESS   (888) 590-7998   J84219631

HIGHLY CONFIDENTIAL

 Robert Half®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 05/06/2021 |
| Invoice Number: | 0122935C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

Pay Online:https://www.roberthalf.com/pay

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 04/30/2021 | Morris,John A | Sr. Attorney | 2.50 | HRS | REG | $ 75.00 | $ | 187.50 |
| | Subtotal: | | | | 2.50 | HRS | | | $ | 187.50 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 187.50 |
| **TOTAL AMOUNT DUE:** | $ | 187.50 |

ACC PAC ADVISED

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

HIGHLY CONFIDENTIAL

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 05/20/2021 |
| Invoice Number: | 0123564C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 05/07/2021 | Morris,John A | Sr. Attorney | 8.75 | HRS | REG | $ 75.00 | $ | 656.25 |
| 2 | Crane,Geoffrey J | 05/14/2021 | Morris,John A | Sr. Attorney | 14.75 | HRS | REG | $ 75.00 | $ | 1,106.25 |
| | Subtotal: | | | | 23.50 | HRS | | | $ | 1,762.50 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,762.50 |
| **TOTAL AMOUNT DUE:** | $ | 1,762.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

please detach stub with your payment.

**EXHIBIT 163**

Appx. 02641

**PACHULSKI STANG ZIEHL & JONES LLP**

146345

| | RHL | | ROBERT HALF LEGAL | | 6/24/2021 | |
|---|---|---|---|---|---|---|
| 0126707C | | 6/24/2021 | CLIENT COSTS - 36027.002 | 500-04 | | 937.50 |

**Check Amount:** $937.50

SUPERIOR PRESS  (888) 590-7998  J84219631

D-CNL003824
Appx. 02642



Page: 1
Invoice Date: 06/17/2021
Invoice Number: 0126707C
Customer Number: 002445092
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 06/11/2021 | Morris,John A | Sr. Attorney | 12.50 | HRS  REG | $ | 75.00 | $ | 937.50 |
| | Subtotal: | | | | 12.50 | HRS | | | $ | 937.50 |

Project/Engagement: Highland/Pachulski Discovery Assistance

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 937.50 |
| **TOTAL AMOUNT DUE:** | | $ | 937.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0126707C | $ 937.50 |

000000024450920126707C000937503

HIGHLY CONFIDENTIAL

D-CNL003825
Appx. 02643

# EXHIBIT 164

**PACHULSKI STANG ZIEHL & JONES LLP**

146534

| | | | | |
|---|---|---|---|---|
| RHL | | ROBERT HALF LEGAL | | 7/13/2021 |
| 0127289C | 7/13/2021 | CLIENT COSTS - 36027.002 | 500-02 | 6,000.00 |

**Check Amount:** $6,000.00

SUPERIOR PRESS  (888) 590-7998   JB4219631

HIGHLY CONFIDENTIAL


**Robert Half**

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 07/01/2021 |
| Invoice Number: | 0127289C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 06/18/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| 2 | Crane,Geoffrey J | 06/25/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 80.00 | HRS | | | $ | 6,000.00 |

Project/Engagement: Highland/Pachulski Discovery Assistance

**ACC PAC ADVISED**

| | |
|---|---|
| **Invoice Subtotal:** | $ 6,000.00 |
| **TOTAL AMOUNT DUE:** | $ 6,000.00 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

# EXHIBIT 165

Appx. 02647

**PACHULSKI STANG ZIEHL & JONES LLP**

146596

| RHL | | ROBERT HALF LEGAL | | 7/20/2021 | |
| 0128616C | 7/20/2021 | CLIENT COSTS - 36027.002 | 500-04 | | 5,062.50 |

**Check Amount:** $5,062.50

SUPERIOR PRESS  (888) 590-7998   JB4219631

HIGHLY CONFIDENTIAL

 **Robert Half®**

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 07/15/2021 |
| Invoice Number: | 0128616C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 07/02/2021 | Morris,John A | Sr. Attorney | 27.50 | HRS REG | $ | 75.00 | $ | 2,062.50 |
| 2 | Crane,Geoffrey J | 07/09/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 67.50 | HRS | | | $ | 5,062.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| **Invoice Subtotal:** | $ | 5,062.50 |
| **TOTAL AMOUNT DUE:** | $ | 5,062.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

HIGHLY CONFIDENTIAL

# EXHIBIT 166

**PACHULSKI STANG ZIEHL & JONES LLP**

146925

| RHL | | ROBERT HALF LEGAL | | 8/25/2021 |
|-----|---|------------------|---|-----------|
| 0132912C | 8/25/2021 | CLIENT COSTS - 36027.003 | 500-04 | 3,243.75 |

**Check Amount:** $3,243.75

SUPERIOR PRESS  (888) 590-7998  J84219631

 **Robert Half**

Page: 1
Invoice Date: 08/19/2021
Invoice Number: 0132912C
Customer Number: 002445092
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-------------|-----|-----|---|-----------|---|--------|
| 1 | Crane,Geoffrey J | 08/06/2021 | Morris,John A | Sr. Attorney | 37.50 | HRS REG | $ | 75.00 | $ | 2,812.50 |
| 2 | Crane,Geoffrey J | 08/13/2021 | Morris,John A | Sr. Attorney | 5.75 | HRS REG | $ | 75.00 | $ | 431.25 |
| | Subtotal: | | | | 43.25 | HRS | | | $ | 3,243.75 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 3,243.75 |
| **TOTAL AMOUNT DUE:** | $ | 3,243.75 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

HIGHLY CONFIDENTIAL

# EXHIBIT 167

**PACHULSKI STANG ZIEHL & JONES LLP**

147165

| RHL | | ROBERT HALF LEGAL | | 9/22/2021 |
| 0136354C | 9/22/2021 | CLIENT COSTS - 36027.003 | 500-03 | 3,693.75 |

Check Amount: $3,693.75

SUPERIOR PRESS  (888) 590-7998  JB4219631

HIGHLY CONFIDENTIAL

 **Robert Half®**

Page:                 1
Invoice Date:         09/16/2021
Invoice Number:       0136354C
Customer Number:      002445092
Fed Tax ID:           94-1648752

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-------------|-----|-----|---|-----------|---|--------|
| 1 | Crane,Geoffrey J | 09/03/2021 | Morris,John A | Sr. Attorney | 32.50 | HRS REG | $ | 75.00 | $ | 2,437.50 |
| 2 | Crane,Geoffrey J | 09/10/2021 | Morris,John A | Sr. Attorney | 16.75 | HRS REG | $ | 75.00 | $ | 1,256.25 |
| | Subtotal: | | | | 49.25 | HRS | | | $ | 3,693.75 |

Project/Engagement: Highland/Pachulski Discovery Assistance

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 3,693.75 |
| **TOTAL AMOUNT DUE:** | $ | 3,693.75 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

HIGHLY CONFIDENTIAL

# EXHIBIT 168

**PACHULSKI STANG ZIEHL & JONES LLP**

147320

| RHL | | ROBERT HALF LEGAL | | 10/8/2021 | |
|---|---|---|---|---|---|
| O134543C | 10/7/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 5,737.50 |
| O138413C | 10/7/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 6,000.00 |

**Check Amount:**          $11,737.50

SUPERIOR PRESS   (888) 590-7998   J84219631

HIGHLY CONFIDENTIAL


# Robert Half®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 09/02/2021 |
| Invoice Number: | 0134543C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 08/20/2021 | Morris,John A | Sr. Attorney | 36.50 | HRS REG | $ | 75.00 | $ | 2,737.50 |
| 2 | Crane,Geoffrey J | 08/27/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 76.50 | HRS | | | $ | 5,737.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 5,737.50 |
| **TOTAL AMOUNT DUE:** | | $ | 5,737.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0134543C | $ 5,737.50 |

000000024450920134543C005737504

D-CNL003835

Appx. 02658

 **Robert Half**

| | | |
|---|---|---|
| Page: | 1 |
| Invoice Date: | 09/30/2021 |
| Invoice Number: | 0138413C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 09/17/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| 2 | Crane,Geoffrey J | 09/24/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 80.00 | HRS | | | $ | 6,000.00 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| **Invoice Subtotal:** | $ | 6,000.00 |
| **TOTAL AMOUNT DUE:** | $ | 6,000.00 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0138413C | $   6,000.00 |

0000000244509201384413C006000009

HIGHLY CONFIDENTIAL

D-CNL003836

**Appx. 02659**

# EXHIBIT 169

Appx. 02660

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

December 31, 2020

Invoice    126769
Client     36027
Matter     00002
**JNP**

RE:  Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2020



D-CNL000979

**Appx. 02661**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   21
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 12/05/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 2.20 | 895.00 | $1,969.00 |

D-CNL000980

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   22
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| | | | | | | |
|---|---|---|---|---|---|---|
| 12/07/2020 | IDK | BL | E-mails with G Glazer on status of Stern issues re demand note litigation vs Dondero related entities. | 0.10 | 1145.00 | $114.50 |

D-CNL000981
Appx. 02663

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    24

Invoice 126769

December 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 5.50 | 895.00 | $4,922.50 |
| 12/07/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 4.30 | 895.00 | $3,848.50 |



D-CNL000982

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    26

Invoice 126769

December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/08/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 1.20 | 895.00 | $1,074.00 |
| 12/08/2020 | GIG | BL | Prepare memo re jurisdiction issue | 6.90 | 895.00 | $6,175.50 |
| 12/08/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | 895.00 | $89.50 |
| 12/09/2020 | IDK | BL | Attend conference call with J. Pomerantz, others, on , demand note upcoming litigation, | 1.30 | 1145.00 | $1,488.50 |

Pachulski Stang Ziehl & Jones LLP                    Page:    31
Highland Capital Management LP                       Invoice 126769
36027   - 00002                                      December 31, 2020

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|



| 12/10/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | 895.00 | $89.50 |

D-CNL000984
Appx. 02666

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   33
Invoice 126769
December 31, 2020

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|



| 12/11/2020 | GIG | BL | Emails with Gregory V. Demo re jurisdiction question, review memo re same | 0.20 | 895.00 | $179.00 |

| 12/11/2020 | GVD | BL | Review research re bankruptcy jurisdiction | 0.30 | 825.00 | $247.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    40
Invoice 126769
December 31, 2020



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2020 | BEL | BL | Telephone conference with John A. Morris regarding complaint regarding demand notes. | 0.20 | 825.00 | $165.00 |
| 12/15/2020 | BEL | BL | Review demand notes. | 0.50 | 825.00 | $412.50 |
| 12/15/2020 | JAM | BL | telephone conference with B. Levine re: collection actions on demand notes (0.1); | 9.20 | 1075.00 | $9,890.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   43
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



12/16/2020   BEL   BL   Review notes and draft complaint.   3.70   825.00   $3,052.50

D-CNL000987
Appx. 02669

Pachulski Stang Ziehl & Jones LLP                         Page:    46
Highland Capital Management LP                            Invoice 126769
36027   - 00002                                          December 31, 2020



|            |     |    |                                                                                                         | Hours | Rate    | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------------------------------|-------|---------|------------|
|            |     |    | ); review/revise complaint against Dondero for breach of demand notes (0.8); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, B. Levine re: complaint against Dondero (0.1). |       |         |            |
| 12/20/2020 | HRW | BL | Draft HarbourVest 9019 motion (9.9).                                                                     | 9.90  | 625.00  | $6,187.50  |
| 12/21/2020 | JNP | BL | Review draft complaint against Dondero for demand notes.                                                 | 0.10  | 1075.00 | $107.50    |
| 12/21/2020 | JAM | BL | Telephone conference with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: , demand notes, ); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: complaint against Dondero (demand notes) (0.1). |       | 1075.00 |            |


Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002


Page:    54
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

12/27/2020   GVD   BL   Review and revise complaint re demand notes   0.50   825.00   $412.50

D-CNL000989

Appx. 02671

# EXHIBIT 170

## Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX 75201

January 31, 2021
Invoice    127125
Client     36027
Matter    00002
**JNP**

RE:  Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2021**



D-CNL000995

Appx. 02673

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   24
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



01/07/2021   JAM   BL                              12.10   1245.00   $15,064.50

e-mail to M. Clemente, P. Montgomery, J. Pomerantz, G. Demo re: complaint against defaulting demand note parties (0.2);

D-CNL000996

Appx. 02674

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

01/09/2021    IDK    BL

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002



|  | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2021 | IDK | BL | E-mails with K Brown re overseeing demand note complaints and related litigation (.2). | 0.20 | 1325.00 | $265.00 |

D-CNL000998

Appx. 02676

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   28

Invoice 127125

January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 01/11/2021 | IDK | BL | Telephone conference and e-mails with K Brown re prosecuting demand notes vs Dondero (.2). | 0.20 | 1325.00 | $265.00 |
| 01/11/2021 | IDK | BL | E-mails with B Levine re demand notes and need to commence actions and prior draft of complaint (.2); E-mails with local counsel re same re writs of attachment for same (.3). | 0.50 | 1325.00 | $662.50 |

D-CNL000999

 
Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    30

Invoice 127125

January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

01/12/2021   IDK   BL   E-mails with K Brown, H Winograd re getting
complaints filed on demand notes and logistics (.2).    0.20   1325.00   $265.00

D-CNL001000

Appx. 02678

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    31
Invoice 127125
January 31, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2021 | KHB | BL | Emails with I. Kharasch and Hayley R. Winograd re complaints on promissory notes and writs of attachment. | 0.20 | 1225.00 | $245.00 |
| 01/12/2021 | GVD | BL | Correspondence with PSZJ litigation team re demand letters | 0.20 | 950.00 | $190.00 |
| 01/12/2021 | HRW | BL | | 8.60 | 695.00 | $5,977.00 |

D-CNL001001

Appx. 02679

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:     32

Invoice 127125

January 31, 2021

| | Hours | Rate | Amount |
|---|---|---|---|



| | | | | | Review Dondero demand note complaint (0.2); Review demand letters (0.3); | | | |

| 01/13/2021 | IDK | BL | E-mails with K Brown, others re legal issues, including Stern, turnover, on draft complaint vs Dondero entities on notes, and prior memo on Stern vs Marshall (.4). | 0.40 | 1325.00 | $530.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   33

Invoice 127125

January 31, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

| 01/13/2021 | KHB | BL | Review complaint and demand letters re promissory notes (.4); consider jurisdictional and Stern issues and emails to Hayley Winpograd (HG) and Greg Demo (GD) re same (.4); review authorities re jurisdictional and Stern issues (.5); conference call with HG and GD re complaints on promissory notes and applications for writs of attachment (.6); | 6.10 | 1225.00 | $7,472.50 |

D-CNL001003

Appx. 02681

 
Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

| 01/13/2021 | BEL | BL | Emails regarding draft Dondero complaint. | 0.20 | 950.00 | $190.00 |

D-CNL001004

**Appx. 02682**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   35
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/13/2021 | GVD | BL | Conference with K. Brown and H. Winograd re demand note issues | 0.80 | 950.00 | $760.00 |
| 01/13/2021 | HRW | BL | Call with G. Demo and K. Brown re: demand note complaints (0.6); Call with G. Demo re: demand note complaints (0.1); | 9.00 | 695.00 | $6,255.00 |
| | | | Review Demand Notes and related documents (0.8) Draft Demand Note Complaints against Dondero and related entities (4.5). | | | |
| 01/14/2021 | IDK | BL | E-mails with H Winograd and J Morris re next steps on complaints on demand notes (.1). | 0.10 | 1325.00 | $132.50 |
| 01/14/2021 | JNP | BL | Review email regarding suits against noteholders and next steps. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    36

Invoice 127125

January 31, 2021



|  |  |  |  | Hours | Rate | Amount |
|--|--|--|--|-------|------|--------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 01/14/2021 | KHB | BL | | | | |

call with Greg Demo (GD), J. Morris (JM) and Hayley Winograd ("HG") re litigation strategy on promissory notes (.4); confer with HG re form of complaints (.2); review and revise complaint (1.6); emails with HG re revisions to complaints (.5).

| | | | | | | |
| | | | | | | |
| | | | | | | |
| 01/14/2021 | JAM | BL | | 9.70 | 1245.00 | $12,076.50 |

telephone conference with G. Demo re: complaints against makers of notes (0.2);

telephone conference with K. Brown, H. Winograd, G. Demo (partial participation) re: complaints against makers of notes

D-CNL001006

Appx. 02684

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    37
Invoice 127125
January 31, 2021



|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | (0.5); | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 01/14/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (5.5); ; PSZJ call re: Demand Note Complaints and litigation strategy (0.5); Review Demand Notes and related documents (1.0); Call with K. Brown re: Demand Note Complaints (0.1); | 9.60 | 695.00 | $6,672.00 |

D-CNL001007

**Appx. 02685**

Pachulski Stang Ziehl & Jones LLP                              Page:     38
Highland Capital Management LP                                 Invoice 127125
36027   - 00002                                               January 31, 2021



|            |     |     |                                                                                                                                                                                                       | Hours | Rate    | Amount    |
|------------|-----|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|-----------|
| 01/15/2021 | KHB | BL  | Work on complaints on promissory notes (4.4). emails with G. Demo re payment on NPA note (.2); review draft letter to NPA re same (.2); email from J. Pomerantz re writs of attachment (.1); email from I. Kharasch re same (.1); emails with H. Winograd and G. Demo re complaints (.2). | 5.20  | 1225.00 | $6,370.00 |
| 01/15/2021 | JAM |     |                                                                                                                                                                                                       |       |         |           |
| 01/15/2021 | GVD | BL  | Review and revise demand note complaint                                                                                                                                                                | 0.30  | 950.00  | $285.00   |

D-CNL001008

Appx. 02686

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/15/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (7.5). | 8.20 | 695.00 | $5,699.00 |
| 01/16/2021 | HRW | BL | Draft complaints against Dondero and related entities re: demand notes (4.8). | 4.80 | 695.00 | $3,336.00 |

D-CNL001009

Appx. 02687

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    40
Invoice 127125
January 31, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

01/17/2021    HRW    BL    Draft complaints against Dondero
and related entities re: demand notes (4.5).

01/18/2021    JNP    BL    Conference with Sidley, John A. Morris, Ira D.
Kharasch and Gregory V. Demo regarding litigation
matters including notes,

D-CNL001010

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   41
Invoice 127125
January 31, 2021



|  | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

01/18/2021   KHB   BL   review comments to complaints on promissory notes by J. Morris and email to J. Morris and H. Winograd re same (.2); work on complaints (.7); call with Committee counsel, J. Morris and J. Pomerantz re litigation strategy (.7).

01/18/2021   JAM   BL   8.00

review/revise draft Complaint against Dondero for recovery under demand notes (0.9); e-mail to K. Brown, H. Winograd, J. Pomerantz, I. Kharasch, G. Demo re: revisions to draft Complaint against Dondero for recovery under demand notes (0.2);

e-mails to Sidley, J. Pomerantz, G. Demo, H. Winograd re: complaints for recovery under demand notes (0.3);

D-CNL001011
Appx. 02689

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    42

Invoice 127125

January 31, 2021

|  | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

01/18/2021   HRW   BL   Draft complaints against Dondero and related entities re: demand notes (7.5); Call with Committee re: litigation strategy (0.8).   8.30   695.00   $5,768.50



Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    43

Invoice 127125

January 31, 2021

| | Hours | Rate | Amount |
|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP                          Page:    45
Highland Capital Management LP                             Invoice 127125
36027    - 00002                                          January 31, 2021



| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|

01/22/2021   KHB   BL   Emails  with H. Winograd and J. Morris re   0.20   1225.00   $245.00
                        complaints on promissory notes.

01/22/2021   JAM   BL   review complaints
                        concerning demand notes and send e-mail to Z.
                        Annable, J. Pomerantz, I. Kharasch, G. Demo, H.
                        Winograd concerning the same (0.2);

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   46
Invoice 127125
January 31, 2021

| | Hours | Rate | Amount |
|---|---|---|---|



e-mail to Z. Annable re: note complaints and cover
sheets (0.1); telephone conference with J. Seery re:
note complaints (0.1);

Pachulski Stang Ziehl & Jones LLP

Page:    53

Highland Capital Management LP

Invoice 127125

36027    - 00002

January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/28/2021 | JMF | BL | Review complaints and background re notes receivables re HCMS, HCRE, and HCMFA. | 1.10 | 1050.00 | $1,155.00 |

D-CNL001016

Appx. 02694

# EXHIBIT 171

## Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

February 28, 2021

Invoice    127314
Client     36027
Matter    00002
           **JNP**

RE:  Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  02/28/2021



D-CNL000990

**Appx. 02696**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    23
Invoice 127314
February 28, 2021



| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 02/02/2021 | HRW | BL | | Draft letters to HCRE and HCMS re: partial payments and | 1.90 | 695.00 | $1,320.50 |

D-CNL000991

Appx. 02697

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|

demand letters (1.3).

D-CNL000992

Appx. 02698

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   26
Invoice 127314
February 28, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2021 | IDK | BL | E-mails with G Demo re correspondence with Gov Re reps on counsel, as well as with CEO on demand notes (.2). | 0.20 | 1325.00 | $265.00 |



D-CNL000993

Appx. 02699

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    27

Invoice 127314

February 28, 2021



|  | Hours | Rate | Amount |
|---|---|---|---|
| 02/08/2021   HRW   BL   Draft follow-up to demand letters for HCRE and HCSM | 0.20 | 695.00 | $139.00 |
| BL | 4.30 | 1245.00 | $5,353.50 |

D-CNL000994

Appx. 02700

# EXHIBIT 172

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

March 31, 2021
Invoice    127522
Client      36027
Matter     00002
           **JNP**

RE:  Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2021

Pachulski Stang Ziehl & Jones LLP                                    Page:    13
Highland Capital Management LP                                       Invoice 127522
36027    - 00002                                                     March 31, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/2021 | GVD | BL | Draft checklist of open litigation items | 0.50 | 950.00 | $475.00 |
| 03/02/2021 | GVD | BL | Conference with PSZJ team re status of UBS settlement | 0.40 | 950.00 | $380.00 |
| 03/02/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings involving HCMFA and NPA (1.2); PSZJ WIP call (0.8); Review adversary proceedings and critical dates (0.6); Review NPA and HCMFA answer to complaints (0.4); Review Advisors motion to stay pending appeal (0.6). | 3.60 | 695.00 | $2,502.00 |
| 03/03/2021 | IDK | BL | Attend conference call with J Pomerantz, R Feinstein, G Demo on UBS latest markup and problems with same (1.4). | 1.40 | 1325.00 | $1,855.00 |
| 03/03/2021 | IDK | BL | Review of correspondence from UBS re its new markup of settlement, and brief review (.2); E-mails with J Pomerantz, R Feinstein re problems with same, as well as J Pomerantz list of issues on same and need for call (.2). | 0.40 | 1325.00 | $530.00 |
| 03/03/2021 | JNP | BL | Emails with Robert J. Feinstein, Ira D. Kharasch and Gregory V. Demo regarding call to discuss UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Email to Board with latest UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Review and comment on latest UBS settlement agreement. | 0.30 | 1295.00 | $388.50 |
| 03/03/2021 | JNP | BL | Review emails regarding SOHC and authority issues. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Lengthy call with Ira D. Kharasch, Robert J. Feinstein and Gregory V. Demo regarding UBS settlement agreement. | 1.40 | 1295.00 | $1,813.00 |
| 03/03/2021 | JNP | BL | Review and respond to email regarding outstanding notes litigation. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Conference with J. Seery regarding UBS, Plan issues and related. | 0.50 | 1295.00 | $647.50 |
| 03/03/2021 | JNP | BL | Review Dondero response to Committee preservation motion. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | RJF | BL | Review UBS markup of settlement agreement. | 0.60 | 1395.00 | $837.00 |
| 03/03/2021 | RJF | BL | Internal call regarding UBS agreement. | 1.40 | 1395.00 | $1,953.00 |
| 03/03/2021 | JAM | BL | Analysis of Hunter Mountain claim and related notes litigation and send e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: same (0.8); draft amended deposition notices for HCRE litigation (0.2); e-mails with Z. Annable, H. | 1.80 | 1245.00 | $2,241.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    14
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Winograd re: amended deposition notices for HCRE litigation (0.1);e-mails with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain claim, Rand guaranty, and default under the notes (0.2); telephone conference with J. Seery re: litigation update (0.5). | | | |
| 03/03/2021 | EAW | BL | Draft discovery requests (RCT) and related email to R. Feinstein. | 5.50 | 925.00 | $5,087.50 |
| 03/03/2021 | EAW | BL | Emails to/from G. Demo re: UBS judgment against Funds. | 0.10 | 925.00 | $92.50 |
| 03/03/2021 | GVD | BL | Correspondence with Z. Annable re scheduling order | 0.10 | 950.00 | $95.00 |
| 03/03/2021 | GVD | BL | Conference with PSZJ team re status of UBS settlement agreement and next steps | 1.40 | 950.00 | $1,330.00 |
| 03/03/2021 | GVD | BL | Review revised UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/03/2021 | GVD | BL | Schedule board call re UBS settlement | 0.10 | 950.00 | $95.00 |
| 03/03/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (0.8); | 0.80 | 695.00 | $556.00 |
| 03/04/2021 | IDK | BL | Review briefly G Demo markup of UBS settlement agreement, including feedback of J Pomerantz re same | 0.40 | 1325.00 | $530.00 |
| 03/04/2021 | IDK | BL | Attend part of call with CEO, J Dubel, J Pomerantz, others on how to respond to UBS markup and our proposed counter markup (1.0); E-mails with J Pomerantz, others re his draft response to UBS on our settlement issues (.2). | 1.20 | 1325.00 | $1,590.00 |
| 03/04/2021 | IDK | BL | E-mails with G Demo re Gov Re payment re Sentinel and consider (.2). | 0.20 | 1325.00 | $265.00 |
| 03/04/2021 | JNP | BL | Review and comment on redline of UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/04/2021 | JNP | BL | Conference with J. Seery, J. Dubel, Robert J. Feinstein, Ira D. Kharasch and Gregory V. Demo regarding UBS settlement agreement. | 1.60 | 1295.00 | $2,072.00 |
| 03/04/2021 | JNP | BL | Draft email to Latham regarding issues on settlement agreement. | 0.60 | 1295.00 | $777.00 |
| 03/04/2021 | RJF | BL | Review revised settlement agreement. | 0.40 | 1395.00 | $558.00 |
| 03/04/2021 | RJF | BL | Internal call regarding revised settlement agreement. | 1.40 | 1395.00 | $1,953.00 |
| 03/04/2021 | RJF | BL | Call BOD regarding revised settlement agreement. | 0.50 | 1395.00 | $697.50 |
| 03/04/2021 | JAM | BL | Review/revise model scheduling order for notes litigation (0.3); e-mails with H. Winograd re: model scheduling order for notes litigation (0.1); e-mail to. L. Hogewood, D. Rukavina re: proposed scheduling | 0.60 | 1245.00 | $747.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    15

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | orders for HCMFA and Nexpoint notes litigation (0.2). | | | |
| 03/04/2021 | EAW | BL | Draft 2004 motion (RCT). | 4.30 | 925.00 | $3,977.50 |
| 03/04/2021 | GVD | BL | Conference with J. Morris re subpoena and follow up re same | 0.30 | 950.00 | $285.00 |
| 03/04/2021 | GVD | BL | Revise UBS settlement agreement | 1.30 | 950.00 | $1,235.00 |
| 03/04/2021 | GVD | BL | Further revise UBS settlement agreement re changes from J. Pomerantz and R. Feinstein | 0.30 | 950.00 | $285.00 |
| 03/04/2021 | GVD | BL | Attend conference with J. Seery and J. Dubel re UBS settlement | 1.60 | 950.00 | $1,520.00 |
| 03/04/2021 | GVD | BL | Review draft email to UBS re settlement | 0.10 | 950.00 | $95.00 |
| 03/04/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (1.8); | 1.80 | 695.00 | $1,251.00 |
| 03/05/2021 | JNP | BL | Conference with John A. Morris regarding subpoena and response. | 0.20 | 1295.00 | $259.00 |
| 03/05/2021 | JMF | BL | Review opposition to motion to dismiss (.3) and scheduling stipulation and order re upcoming hearing (.1). | 0.40 | 1050.00 | $420.00 |
| 03/05/2021 | JAM | BL | Review United Development subpoena (0.2); telephone conference with T. Surgent re: United Development subpoena (0.4); telephone conference with J. Pomerantz re: United Development subpoena (0.2); e-mail to N. Stephens, J. Pomerantz re: United Development subpoena (0.2); analysis and preparation of cross-examination for Dondero in connection with contempt hearing (2.3); e-mail to L. Drawhorn, H. Winograd re: proposed scheduling orders for HCRE and HCMS notes litigation (0.2); e-mail to D. Rukavina re: proposed scheduling orders for Nexpoint and HCMFA notes litigation (0.1). | 3.60 | 1245.00 | $4,482.00 |
| 03/05/2021 | EAW | BL | Research and draft 2004 motion (RCT). | 5.60 | 925.00 | $5,180.00 |
| 03/07/2021 | JAM | BL | Review/revise proposed scheduling orders for HCMFA and NexPoint notes litigation (0.4); e-mail to D. Rukavina, L. Hogewood, H. Winograd re: revised proposed scheduling orders for HCMFA and NexPoint notes litigation (0.2); review Hunter Mountain note, Rand guaranty, and draft default letters (0.7); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain default under Note (0.3); work on cross-examination for J. Dondero for contempt hearing (2.1). | 3.70 | 1245.00 | $4,606.50 |
| 03/07/2021 | GVD | BL | Correspondence with J. Morris re term note defaults | 0.20 | 950.00 | $190.00 |

D-CNL001083

Appx. 02705

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    16

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2021 | IDK | BL | Review of Reid Collins reply to UBS opposition to its withdrawal motion. | 0.10 | 1325.00 | $132.50 |
| 03/08/2021 | IDK | BL | Review briefly Dondero petition for writ of mandamus, and related E-mails with J Pomerantz, H Winograd re same. | 0.30 | 1325.00 | $397.50 |
| 03/08/2021 | JNP | BL | Conference with John A. Morris and lawyers regarding third party subpoena. | 0.30 | 1295.00 | $388.50 |
| 03/08/2021 | JNP | BL | Conference with John A. Morris regarding promissory note litigation issues. | 0.10 | 1295.00 | $129.50 |
| 03/08/2021 | JNP | BL | Review Reid Collins reply regarding motion to withdraw. | 0.10 | 1295.00 | $129.50 |
| 03/08/2021 | JNP | BL | Review Writ of Mandamus regarding Dondero preliminary injunction and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/08/2021 | RJF | BL | Review Reid Collins reply on motion to withdraw. | 0.20 | 1395.00 | $279.00 |
| 03/08/2021 | JMF | BL | Review scheduling orders re adversary motions and opposition to preservation of documents re 3/22 hearing. | 0.40 | 1050.00 | $420.00 |
| 03/08/2021 | JAM | BL | Telephone conference with J. Pomerantz re: litigation matters (0.1); e-mails with D. Rukavina, H. Winograd, Z. Annable re: scheduling orders for NexPoint and HCMFA notes litigation (0.2); telephone conference with P. Keiffer re: Hunter Mountain adversary proceeding (0.1); telephone conference with D. Klos, G. Demo re: HCRE deal structure concerning litigation (0.7); telephone conference with G. Demo re: HCRE deal structure concerning litigation (0.1); telephone conference with J. Pomerantz, counsel to United re: subpoena (0.3); communications with J. Seery, J. Pomerantz, J. Bonds re: Dondero request for extension of time to respond to notes litigation (0.2); communications with J. Seery, J. Kathman re: status of Daugherty settlement documents (0.1). | 1.80 | 1245.00 | $2,241.00 |
| 03/08/2021 | EAW | BL | Draft 2004 motion (RCT). | 2.10 | 925.00 | $1,942.50 |
| 03/08/2021 | GVD | BL | Review filed response of Reid Collins to withdrawal motion | 0.20 | 950.00 | $190.00 |
| 03/08/2021 | HRW | BL | Review and draft joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (1.5); Research issues relating to Dondero petition for writ of mandamus (0.6); Review adversary proceeding and appeals critical deadlines and dates (1.0). | 2.10 | 695.00 | $1,459.50 |
| 03/09/2021 | JNP | BL | Conference with J. Dubel regarding call with | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 17
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Latham. | | | |
| 03/09/2021 | JNP | BL | Conference with DSI, Gregory V. Demo, Robert J. Feinstein and J. Seery in preparation for call with Latham. | 0.50 | 1295.00 | $647.50 |
| 03/09/2021 | JNP | BL | Participate on call with Latham, J. Seery, J. Dubel and Robert J. Feinstein regarding settlement and related issues. | 1.80 | 1295.00 | $2,331.00 |
| 03/09/2021 | JNP | BL | Review proposed request for production. | 0.10 | 1295.00 | $129.50 |
| 03/09/2021 | RJF | BL | Internal calls regarding UBS settlement. | 0.60 | 1395.00 | $837.00 |
| 03/09/2021 | RJF | BL | Call with UBS counsel regarding settlement. | 1.90 | 1395.00 | $2,650.50 |
| 03/09/2021 | JAM | BL | Review exhibit lists for Dondero contempt hearing and send e-mail to L. Canty re: specific exhibit for review (0.5); e-mails with H. Winograd, Z. Annable re: scheduling orders for the HCRE and HCMS adversary proceedings (0.2); e-mails with H. Winograd, Z. Annable re: scheduling orders for NexPoint and HCMFA adversary proceedings (0.1); review Dondero motion for Writ of Mandamus (0.7); e-mails with H. Winograd, Z. Annable re: issues concerning opposition brief to Dondero motion for Writ of Mandamus (0.4). | 4.80 | 1245.00 | $5,976.00 |
| 03/09/2021 | EAW | BL | Draft 2004 motion (RCT). | 1.60 | 925.00 | $1,480.00 |
| 03/09/2021 | EAW | BL | Review exhibits to letter and potential exhhibits to 2004 motion | 1.20 | 925.00 | $1,110.00 |
| 03/09/2021 | LSC | BL | Preparation of materials for upcoming hearings for J. Morris. | 3.20 | 460.00 | $1,472.00 |
| 03/09/2021 | GVD | BL | Review writ of mandamus | 0.30 | 950.00 | $285.00 |
| 03/09/2021 | GVD | BL | Conference with J. Seery, J. Romey, J. Pomerantz, and R. Feinstein re preparation for UBS call | 0.90 | 950.00 | $855.00 |
| 03/09/2021 | GVD | BL | Compile and send exhibits to UBS | 0.40 | 950.00 | $380.00 |
| 03/09/2021 | HRW | BL | Review adversary proceeding and appeals critical deadlines and dates (1.0); Draft response to Dondero petition for writ of mandamus (6.8); Call with J. Morris re: Dondero petition for writ of mandamus (0.1); Review joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (0.8). | 8.70 | 695.00 | $6,046.50 |
| 03/10/2021 | IDK | BL | Review of J Morris memo to Board on Dondero writ and our potential response, as well as CEO feedback re same and re other litigation (.2). | 0.20 | 1325.00 | $265.00 |
| 03/10/2021 | JNP | BL | Conference with J. Seery and Gregory V. Demo regarding Arizona and employee. | 0.30 | 1295.00 | $388.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   18

Invoice 127522

March 31, 2021

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/10/2021 | JNP | BL | Conference with John A. Morris regarding contempt motion hearing and email from J. Bonds and call regarding motion to continue. | 0.20 | 1295.00 | $259.00 |
| 03/10/2021 | JNP | BL | Conference with J. Dubel regarding UBS. | 0.20 | 1295.00 | $259.00 |
| 03/10/2021 | JNP | BL | Review motion for continuance of contempt hearing and emails regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/10/2021 | RJF | BL | Review and comment on draft 2004 request | 0.40 | 1395.00 | $558.00 |
| 03/10/2021 | JMF | BL | Review writ of mandamus and motion to continue 3/22 hearing. | 0.50 | 1050.00 | $525.00 |
| 03/10/2021 | JAM | BL | Telephone conference with J. Kathman re: comments to Daugherty draft settlement agreements (0.4); telephone conference with B. Sharp, Sidley re: document preservation issues (0.7); communications with J. Pomerantz, J. Bonds re: Dondero request for continuance of Contempt Hearing (0.2); review Dondero's motion for continuance of Contempt Hearing (0.1); e-mail to Board, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero petition for writ of mandamus and motion for continuance (0.2); communications with Z. Annable, D. Rukavina, H. Winograd re: scheduling matters for notes litigation (0.2); prepare for contempt hearing (0.5). | 2.30 | 1245.00 | $2,863.50 |
| 03/10/2021 | EAW | BL | Draft 2004 motion (RCT). | 1.90 | 925.00 | $1,757.50 |
| 03/10/2021 | GVD | BL | Review stipulation re transfer of privilege | 0.20 | 950.00 | $190.00 |
| 03/10/2021 | GVD | BL | Review motion to continue hearing | 0.20 | 950.00 | $190.00 |
| 03/10/2021 | HRW | BL | Draft response to Dondero petition for writ of mandamus (9.5). | 9.50 | 695.00 | $6,602.50 |
| 03/11/2021 | EAW | BL | Draft 2004 motion (RCT). | 0.60 | 925.00 | $555.00 |
| 03/11/2021 | GVD | BL | Conference with J. Morris re open litigation issues | 0.10 | 950.00 | $95.00 |
| 03/12/2021 | JAM | BL | E-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: stipulations withdrawing proofs of claim and dismissing adversary proceeding without prejudice for Hunter Mountain (0.2). | 0.20 | 1245.00 | $249.00 |
| 03/12/2021 | LSC | BL | Research discovery documents, conduct legal research, and prepare hearing materials for G. Demo and J. Pomerantz. | 4.80 | 460.00 | $2,208.00 |
| 03/13/2021 | JAM | BL | Work in connection with admittance to Fifth Circuit for Dondero petition for writ of mandamus (0.3); e-mail to L. Canty, J. Pomerantz, G. Demo, Z. Annable re: UBS designations for appeal of Acis settlement (0.2); e-mails with G. Demo, T. Surgent, | 0.70 | 1245.00 | $871.50 |

Pachulski Stang Ziehl & Jones LLP                                        Page:    21
Highland Capital Management LP                                           Invoice 127522
36027    - 00002                                                        March 31, 2021

|            |     |    |                                                                                                                                                                                                                              | Hours | Rate    | Amount     |
|------------|-----|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|------------|
| 03/17/2021 | JMF | BL | Review reply to Motion to dismiss complaint against advisors.                                                                                                                                                                       | 0.30  | 1050.00 | $315.00    |
| 03/17/2021 | JAM | BL | Telephone conference with J. Seery re: status of litigation (0.2); e-mails with J. Pomerantz, I. Kharasch, G. Demo re: Leventon request for documents (0.1); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery of Dondero on notes litigation (0.7). | 1.00  | 1245.00 | $1,245.00  |
| 03/17/2021 | EAW | BL | Emails to/from R. Feinstein re: 9019 motion (UBS).                                                                                                                                                                                  | 0.10  | 925.00  | $92.50     |
| 03/17/2021 | GVD | BL | Conference with J. Morris re open litigation issues                                                                                                                                                                                 | 0.20  | 950.00  | $190.00    |
| 03/17/2021 | GVD | BL | Conference with Latham, J. Pomerantz, and R. Feinstein re draft settlement agreement                                                                                                                                                | 1.10  | 950.00  | $1,045.00  |
| 03/17/2021 | GVD | BL | Multiple conferences with J. Seery re UBS settlement issues                                                                                                                                                                         | 0.20  | 950.00  | $190.00    |
| 03/17/2021 | GVD | BL | Conference with R. Feinstein re UBS settlement issues                                                                                                                                                                               | 0.10  | 950.00  | $95.00     |
| 03/17/2021 | HRW | BL | Review Dondero answer to demand note complaint (0.4); Draft email to Seery re: demand note litigation scheduling (1.0); Draft discovery demands directed to Dondero for demand note litigation (2.5).                                | 3.90  | 695.00  | $2,710.50  |
| 03/18/2021 | IDK | BL | E-mails with J Pomerantz re his correspondence with UBS on their further markup of settlement and issues (.2).                                                                                                                       | 0.20  | 1325.00 | $265.00    |
| 03/18/2021 | IDK | BL | Review of Dondero motion to disqualify judge, related correspondence re same and my feedback re same (.4).                                                                                                                           | 0.40  | 1325.00 | $530.00    |
| 03/18/2021 | JNP | BL | Email to J. Dubel and J. Seery  regarding UBS.                                                                                                                                                                                      | 0.10  | 1295.00 | $129.50    |
| 03/18/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS email regarding filing and other issues (2x).                                                                                                                                      | 0.30  | 1295.00 | $388.50    |
| 03/18/2021 | JNP | BL | Conference with J. Seery regarding UBS, litigation and other case issues.                                                                                                                                                            | 0.40  | 1295.00 | $518.00    |
| 03/18/2021 | JNP | BL | Email to J. Seery regarding status of UBS Settlement Agreement.                                                                                                                                                                     | 0.10  | 1295.00 | $129.50    |
| 03/18/2021 | JNP | BL | Conference with J. Dubel regarding UBS, motion to recuse.                                                                                                                                                                           | 0.30  | 1295.00 | $388.50    |
| 03/18/2021 | JNP | BL | Briefly review motion to recuse and emails regarding same.                                                                                                                                                                          | 0.20  | 1295.00 | $259.00    |
| 03/18/2021 | JNP | BL | Conference with Ira D. Kharasch regarding claims transfer issues, motion to recuse and UBS.                                                                                                                                          | 0.20  | 1295.00 | $259.00    |
| 03/18/2021 | JNP | BL | Email to and from A. Clubock regarding Settlement Agreement.                                                                                                                                                                        | 0.10  | 1295.00 | $129.50    |

Pachulski Stang Ziehl & Jones LLP                           Page:    22
Highland Capital Management LP                              Invoice 127522
36027   - 00002                                            March 31, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/18/2021 | JNP | BL | Review emails regarding provision of information to UBS. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | RJF | BL | Several calls with Jeffrey N. Pomerantz, Seery regarding impending UBS motion. | 0.80 | 1395.00 | $1,116.00 |
| 03/18/2021 | RJF | BL | Prepare draft response to UBS motion. | 0.40 | 1395.00 | $558.00 |
| 03/18/2021 | RJF | BL | Telephone conferences and emails with Seery regarding documents delivered to UBS. | 0.50 | 1395.00 | $697.50 |
| 03/18/2021 | RJF | BL | Review UBS exhibits for privilege, related emails. | 0.40 | 1395.00 | $558.00 |
| 03/18/2021 | RJF | BL | Emails with Gregory V. Demo, Jeffrey N. Pomerantz regarding privileged documents. | 0.80 | 1395.00 | $1,116.00 |
| 03/18/2021 | JAM | BL | E-mail to J. Seery re: promissory notes' litigation (0.1); review/revise draft document request for Dondero (notes litigation) (0.2); e-mail to G. Demo, H. Winograd re: requests to admit for Dondero (notes litigation) (0.3); review draft witness and exhibit list (0.2); communications w/ J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: draft witness and exhibit list (0.2); e-mails w/ H. Winograd, Z. Annable re: discovery requests for Dondero (permanent injunction hearing) (0.2); prepare for contempt hearing (1.5); quick review of Dondero's recusal motion (0.4). | 3.10 | 1245.00 | $3,859.50 |
| 03/18/2021 | LSC | BL | Prepare witness and exhibit list and exhibits (3.1); research and prepare attorneys' materials in connection with upcoming hearing (3.3). | 6.40 | 460.00 | $2,944.00 |
| 03/18/2021 | GVD | BL | Correspondence with Latham re exhibits to UBS pleading | 0.20 | 950.00 | $190.00 |
| 03/18/2021 | GVD | BL | Review proposed exhibits to UBS pleading and correspondence with J. Pomerantz and R. Feinstein re same | 1.00 | 950.00 | $950.00 |
| 03/18/2021 | HRW | BL | Draft discovery demands directed to Dondero for demand note litigation (2.8); Prepare exhibits for hearing on motion to stay confirmation order pending appeal (0.4); Review discovery schedules in various adversary proceedings (0.8); Draft discovery demands directed to Dondero for injunctive relief litigation (1.9); Review Dondero's motion to recuse (0.7). | 6.60 | 695.00 | $4,587.00 |
| 03/19/2021 | IDK | BL | E-mails with J Pomerantz, G Demo re their markups on UBS settlement, including brief review of same (.3). | 0.30 | 1325.00 | $397.50 |
| 03/19/2021 | JNP | BL | Conference with Robert J. Feinstein regarding upcoming call with Latham and Board regarding | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP                                     Page:      23
Highland Capital Management LP                                        Invoice 127522
36027   - 00002                                                      March 31, 2021

|            |      |     |                                                                 | Hours | Rate    | Amount     |
|------------|------|-----|-----------------------------------------------------------------|-------|---------|------------|
|            |      |     | UBS.                                                            |       |         |            |
| 03/19/2021 | JNP  | BL  | Conference with Gregory V. Demo regarding UBS Settlement Agreement and upcoming call. | 0.10 | 1295.00 | $129.50 |
| 03/19/2021 | JNP  | BL  | Email to and from L. Lambert regarding call to discuss litigation. | 0.10 | 1295.00 | $129.50 |
| 03/19/2021 | JNP  | BL  | Conference with J. Dubel, J Seery, Robert J. Feinstein, Gregory V. Demo and John A. Morris regarding UBS issues in advance of call. | 0.30 | 1295.00 | $388.50 |
| 03/19/2021 | JNP  | BL  | Conference with Latham, J. Seery, J. dubel, Gregory V. Demo and Robert J. Feinstein regarding UBS issues. | 0.80 | 1295.00 | $1,036.00 |
| 03/19/2021 | JNP  | BL  | Review and comment on latest draft of UBS Settlement Agreement. | 0.40 | 1295.00 | $518.00 |
| 03/19/2021 | JNP  | BL  | Conference with Robert J. Feinstein and L. Lambert regarding potential litigation. | 0.50 | 1295.00 | $647.50 |
| 03/19/2021 | RJF  | BL  | Emails regarding privileged documents with Clubock, internally. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF  | BL  | Call with Seery, Abel, Jeffrey N. Pomerantz et al regarding UBS issues. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF  | BL  | Call with Jeffrey N. Pomerantz, Seery et al regarding UBS call. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF  | BL  | Review Jeffrey N. Pomerantz comments to settlement agreement. | 0.30 | 1395.00 | $418.50 |
| 03/19/2021 | JMF  | BL  | Review preservation motion and motion to continue. | 0.40 | 1050.00 | $420.00 |
| 03/19/2021 | JAM  | BL  | Review/revise discovery requests to Dondero re: permanent injunction (0.2); review/revise discovery requests to Dondero re: notes litigation (0.3); e-mails to J. Seery, J. Pomernatz, I. Kharasch, G. Demo, H. Winograd re: discovery requests to Dondero re: notes litigation (0.2); review/revise and send e-mail to J. Seery, PSZJ team re: scheduling of notes litigation (0.2);  follow-up call with J. Seery, J. Dubel, PSZJ team re: next steps, contempt hearing (0.7); e-mails with H. Winograd re: exhibit list (0.2); telephone conference with J. Seery, J. Dubel, J. Pomerantz, R. Feinstein, G. Demo re: UBS issues (0.4); prepare for contempt hearing (2.5). | 4.70 | 1245.00 | $5,851.50 |
| 03/19/2021 | LSC  | BL  | Research document productions for categories of documents for G. Demo and transmit same. | 2.70 | 460.00 | $1,242.00 |
| 03/19/2021 | GVD  | BL  | Review discovery re assignment agreement | 0.40 | 950.00 | $380.00 |
| 03/19/2021 | GVD  | BL  | Review draft UBS settlement agreement | 0.60 | 950.00 | $570.00 |
| 03/19/2021 | GVD  | BL  | Revise UBS settlement agreement | 1.00 | 950.00 | $950.00 |

D-CNL001089

Appx. 02711

Pachulski Stang Ziehl & Jones LLP                               Page:    25
Highland Capital Management LP                                  Invoice 127522
36027   - 00002                                                March 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/20/2021 | JAM | BL | Prepare for contempt hearing, including preparation of cross-examinations for Dondero and Ellington (7.5); telephone conference with J. Seery re: various litigation matters (0.4); telephone conference with G. Demo re: various litigation matters (0.1); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: UBS litigation matters, contempt hearing, bond hearing (0.6); communications with appellants' counsel, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: deposition schedule (0.2). | 8.80 | 1245.00 | $10,956.00 |
| 03/20/2021 | GVD | BL | Conference with Latham re additional discovery issues and next steps | 0.80 | 950.00 | $760.00 |
| 03/20/2021 | GVD | BL | Review and further revise UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/20/2021 | GVD | BL | Conference with PSZJ team re UBS settlement agreement | 1.30 | 950.00 | $1,235.00 |
| 03/20/2021 | GVD | BL | Review J. Pomerantz revisions to UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/20/2021 | GVD | BL | Conference with UST re potential litigation issues | 0.60 | 950.00 | $570.00 |
| 03/20/2021 | GVD | BL | Review settlement agreement re P. Daugherty | 0.70 | 950.00 | $665.00 |
| 03/21/2021 | IDK | BL | Review briefly extensive correspondence with Board, J Pomerantz, G Demo re questions/issues for UBS settlement agreement and new drafts of same. | 0.40 | 1325.00 | $530.00 |
| 03/21/2021 | JNP | BL | Review emails regarding call with Board to discuss UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/21/2021 | JNP | BL | Review latest settlement agreement and email to Board regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/21/2021 | JNP | BL | Conference with J. Seery, Robert J. Feinstein, and Gregory V. Demo regarding UBS Settlement Agreement. | 1.00 | 1295.00 | $1,295.00 |
| 03/21/2021 | JNP | BL | Review emails re call to discuss litigation issues. | 0.10 | 1295.00 | $129.50 |
| 03/21/2021 | RJF | BL | Revise statement regarding UBS motion and related emails. | 0.80 | 1395.00 | $1,116.00 |
| 03/21/2021 | RJF | BL | Review and comment on revised UBS settlement agreement, related emails. | 0.50 | 1395.00 | $697.50 |
| 03/21/2021 | RJF | BL | Call with BOD regarding settlement agreement. | 1.00 | 1395.00 | $1,395.00 |
| 03/21/2021 | RJF | BL | Further revisions to settlement agreement. | 1.00 | 1395.00 | $1,395.00 |
| 03/21/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz, Seery and Gregory V. Demo regarding settlement agreement. | 1.30 | 1395.00 | $1,813.50 |

Pachulski Stang Ziehl & Jones LLP                    Page:    26
Highland Capital Management LP                       Invoice 127522
36027    - 00002                                     March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/21/2021 | JAM | BL | Review Daugherty proposed changes to settlement agreement and revise the same (1.6); e-mail to J. Pomerantz, I. Kharasch, G. Demo re: revisions to draft Daugherty settlement agreement and open issues concerning the same (0.2); prepare for contempt hearing (3.7); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: legal fees for "fee shifting" in connection with contempt motion (0.5); draft Notice of Replacement Exhibits (0.4); communications with Z. Annable, L. Canty re: Notice of Replacement Exhibits (0.1); telephone conference with L. Canty re: contempt hearing (0.1); e-mail to J. Seery, H. Winograd, L. Canty re: contempt hearing (0.4). | 7.00 | 1245.00 | $8,715.00 |
| 03/21/2021 | LSC | BL | Prepare replacement exhibits and coordinate filing of same (.4); preparation for 3/22 hearing (1.3). | 1.70 | 460.00 | $782.00 |
| 03/21/2021 | GVD | BL | Conference with J. Pomerantz (partial attendance), R. Feinstein, and J. Seery re revisions to UBS settlement agreement | 1.20 | 950.00 | $1,140.00 |
| 03/21/2021 | GVD | BL | Further revise UBS settlement agreement per comments from J. Seery, J. Pomerantz, and R. Feinstein | 0.70 | 950.00 | $665.00 |
| 03/21/2021 | GVD | BL | Revise and circulate (internally) UBS settlement agreement in advance of board call | 0.60 | 950.00 | $570.00 |
| 03/21/2021 | GVD | BL | Conference with J. Seery re revisions to UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/21/2021 | GVD | BL | Review and revise non opposition to UBS TRO | 0.30 | 950.00 | $285.00 |
| 03/21/2021 | HRW | BL | Review appeals and critical dates  (0.4); Research issues re: briefing schedules and designation of record (0.5); Review outline of direct and cross for contempt hearing (0.3). | 1.20 | 695.00 | $834.00 |
| 03/22/2021 | IDK | BL | Attend part of Dondero contempt hearing. | 4.50 | 1325.00 | $5,962.50 |
| 03/22/2021 | JNP | BL | Participate in hearing regarding Dondero contempt motion. | 8.50 | 1295.00 | $11,007.50 |
| 03/22/2021 | JNP | BL | Conference with Latham, Gregory V. Demo, Robert J. Feinstein and others regarding potential litigation. | 0.40 | 1295.00 | $518.00 |
| 03/22/2021 | JNP | BL | Conference with J. Seery, Gregory V. Demo and Robert J. Feinstein regarding litigation. | 0.30 | 1295.00 | $388.50 |
| 03/22/2021 | JNP | BL | Review chart regarding pending litigation and email to H. Winograd regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/22/2021 | RJF | BL | Zoom call with AUSA, Jeffrey N. Pomerantz, Clubok et al regarding TRO proceeding. | 0.40 | 1395.00 | $558.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:    27
Highland Capital Management LP                                            Invoice 127522
36027    - 00002                                                         March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/22/2021 | RJF | BL | Review revise draft of settlement agreement and related emails. | 0.50 | 1395.00 | $697.50 |
| 03/22/2021 | RJF | BL | Follow up call regarding potential litigation with Jeffrey N. Pomerantz | 0.30 | 1395.00 | $418.50 |
| 03/22/2021 | JMF | BL | Draft memorandum re pending case and review litigation/appeal matters. | 1.20 | 1050.00 | $1,260.00 |
| 03/22/2021 | JAM | BL | Prepare for contempt hearing (4.1): telephone conference with G. Demo re: contempt hearing and related matters (0.2); telephone conference with J. Seery re: contempt hearing (0.1); contempt hearing (morning session) (3.8); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: contempt hearing (0.1); telephone conference with M. Hartmann re: Ellington and Leventon (0.1); contempt hearing (afternoon session) (4.5); telephone conference with J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: contempt hearing, bond hearing (0.3); telephone conference with H. Winograd re: contempt hearing, HCRE deposition (0.1). | 13.30 | 1245.00 | $16,558.50 |
| 03/22/2021 | LSC | BL | Prepare for and provide assistance at Dondero contempt hearing. | 8.50 | 460.00 | $3,910.00 |
| 03/22/2021 | GVD | BL | Conference with Latham and PSZJ re status of potential litigation | 0.40 | 950.00 | $380.00 |
| 03/22/2021 | GVD | BL | Conference with J. Morris re bankruptcy litigation issues | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Revise and circulate UBS settlement motion | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Conference with PSZJ team re status of hearing on Dondero contempt | 0.10 | 950.00 | $95.00 |
| 03/22/2021 | GVD | BL | Correspondence with J. Morris re follow up to contempt hearing | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Conference with PSZJ and J. Seery re follow up to hearing on Dondero contempt | 0.30 | 950.00 | $285.00 |
| 03/22/2021 | GVD | BL | Conference with J. Pomerantz and R. Feinstein re potential UBS litigation | 0.30 | 950.00 | $285.00 |
| 03/22/2021 | GVD | BL | Attend hearing re Dondero contempt | 7.50 | 950.00 | $7,125.00 |
| 03/22/2021 | HRW | BL | Hearing on Dondero contempt motion (7.0); Review Highland Adversary Proceedings and critical dates (1.8). | 7.80 | 695.00 | $5,421.00 |
| 03/23/2021 | IDK | BL | Review of court decision denying recusal. | 0.10 | 1325.00 | $132.50 |
| 03/23/2021 | JNP | BL | Review order on motion to recuse and emails regarding same. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   28
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/23/2021 | JNP | BL | Emails regarding call with UBS regarding status. | 0.10 | 1295.00 | $129.50 |
| 03/23/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS and related. | 0.20 | 1295.00 | $259.00 |
| 03/23/2021 | JNP | BL | Emails with Latham and internal regarding status. | 0.10 | 1295.00 | $129.50 |
| 03/23/2021 | RJF | BL | Call regarding TRO with UBS counsel. | 1.00 | 1395.00 | $1,395.00 |
| 03/23/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding UBS issues. | 0.30 | 1395.00 | $418.50 |
| 03/23/2021 | JMF | BL | Review recusal pleadings and court order re motion. | 0.30 | 1050.00 | $315.00 |
| 03/23/2021 | JMF | BL | Review updated litigation chart. | 0.30 | 1050.00 | $315.00 |
| 03/23/2021 | JAM | BL | Prepare for closing argument on contempt motion (1.8); telephone conference with J. Pomerantz re: various litigation matters (0.2); telephone conference with J. Seery re: contempt hearing (0.2). | 2.20 | 1245.00 | $2,739.00 |
| 03/23/2021 | LSC | BL | Prepare supplemental list for 3/24 hearing and correspondence regarding the same. | 0.20 | 460.00 | $92.00 |
| 03/23/2021 | GVD | BL | Conference with Latham re Multi Strat Allocations | 0.30 | 950.00 | $285.00 |
| 03/23/2021 | GVD | BL | Attend deposition of J. Seery (partial) | 1.30 | 950.00 | $1,235.00 |
| 03/23/2021 | GVD | BL | Review order on motion to recuse | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with L. Hogewood and J. Pomerantz re bond issues | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with HCMLP team and J. Morris re SE Multi Family deposition issues | 0.50 | 950.00 | $475.00 |
| 03/23/2021 | GVD | BL | Conference with K. George re common interest privilege | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with J. Seery re UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with Latham and R. Feinstein re additional litigation issues | 1.20 | 950.00 | $1,140.00 |
| 03/23/2021 | HRW | BL | Review Highland Adversary Proceedings and critical dates (0.7); Review order denying Dondero Motion to Recuse (0.2). | 0.90 | 695.00 | $625.50 |
| 03/24/2021 | IDK | BL | Review briefly Dondero motion to reopen contempt hearing for evidence, and feedback of J Pomerantz, J Morris re same (.3); Attend part of continuation of contempt hearing vs Dondero (1.2). | 1.50 | 1325.00 | $1,987.50 |
| 03/24/2021 | IDK | BL | E-mails with R Feinstein, J Pomerantz, G Demo re UBS upcoming adversary re Multistrat and various issues re same (.2). | 0.20 | 1325.00 | $265.00 |
| 03/24/2021 | JNP | BL | Participate in contempt hearing. | 2.30 | 1295.00 | $2,978.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    29
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | JNP | BL | Follow-up call with Board regarding contempt hearing and litigation. | 0.50 | 1295.00 | $647.50 |
| 03/24/2021 | JNP | BL | Review pleading regarding upcoming litigation and conference with Robert J. Feinstein regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/24/2021 | JNP | BL | Review latest turn of settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS Settlement Agreement and next steps. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Email to Iain A. W. Nasatir regarding UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with T. Silva, Gregory V. Demo and Robert J. Feinstein regarding fund issues and related matters. | 0.70 | 1295.00 | $906.50 |
| 03/24/2021 | JNP | BL | Email to L. Lambert regarding call. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein and then with U. S. Trustee regarding litigation. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Conference with J. Seery regarding UBS and information to creditors. | 0.20 | 1295.00 | $259.00 |
| 03/24/2021 | JNP | BL | Conference with Board, Robert J. Feinstein and Gregory V. Demo regarding UBS Settlement Agreement. | 0.80 | 1295.00 | $1,036.00 |
| 03/24/2021 | JNP | BL | Review and forward Iain A. W. Nasatir comments regarding settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS Settlement Agreement (2x). | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Review latest versions of settlement agreement and emails regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Review emails regarding scheduling of preliminary injunction hearing regarding advisors action. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Rasnak of UST's office regarding TRO application. | 0.30 | 1395.00 | $418.50 |
| 03/24/2021 | RJF | BL | Telephone conference with Latham, Greg V. Demo regarding seal motion. | 0.40 | 1395.00 | $558.00 |
| 03/24/2021 | RJF | BL | Revise statement regarding TRO. | 0.30 | 1395.00 | $418.50 |
| 03/24/2021 | RJF | BL | Revise UBS settlement agreement, review comments and redrafts. | 2.50 | 1395.00 | $3,487.50 |
| 03/24/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Gregory V. Demo regarding UBS settlement agreement. | 0.40 | 1395.00 | $558.00 |
| 03/24/2021 | RJF | BL | Email to Board regarding TRO papers. | 0.20 | 1395.00 | $279.00 |
| 03/24/2021 | RJF | BL | Revise statement regarding TRO. | 0.50 | 1395.00 | $697.50 |

Pachulski Stang Ziehl & Jones LLP                                      Page:    30
Highland Capital Management LP                                         Invoice 127522
36027    - 00002                                                      March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | RJF | BL | Call with BOD regarding TRO, etc. | 0.50 | 1395.00 | $697.50 |
| 03/24/2021 | RJF | BL | Call with Wilmer Hale, Jeffrey N. Pomerantz, Gregory V. Demo regarding Multi-Strat. | 0.70 | 1395.00 | $976.50 |
| 03/24/2021 | JMF | BL | Review motion to reopen evidence. | 0.40 | 1050.00 | $420.00 |
| 03/24/2021 | JAM | BL | E-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery in connection with objection to employee claims (0.4); e-mail to H. Winograd re: objection to Dondero motion for continuance of contempt hearing (0.2); prepare for closing argument on contempt hearing (2.0); review Dondero motion to reopen evidence for rebuttal testimony (0.2); court hearing on contempt motion and related matters (2.2); telephone conference with J. Seery re: contempt hearing (0.2); telephone conference with Board, J. Pomerantz, I. Kharasch, G. Demo, R. Feinstein re: contempt hearing, UBS issues (0.5); telephone conference with M. Hankin re: contempt hearing and related matters (0.2); review/revise Daugherty settlement agreement (0.7); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: revised Daugherty agreement (0.2); telephone conference with G. Demo re: HCRE documents and facts (0.3); telephone conference with H. Winograd re: HCRE facts and depositions (0.2); communications with L. Drawhorn re: depositions and scheduling (0.2); e-mail to A. Russell, M. Clemente re: scheduling of litigation matters (0.1). | 7.60 | 1245.00 | $9,462.00 |
| 03/24/2021 | LSC | BL | Assist at closing arguments re Dondero contempt motion. | 2.00 | 460.00 | $920.00 |
| 03/24/2021 | GVD | BL | Review claim transfers | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | GVD | BL | Review revisions to UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | GVD | BL | Review Dondero motion to re-open evidence | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Attend Dondero contempt hearing | 2.00 | 950.00 | $1,900.00 |
| 03/24/2021 | GVD | BL | Conference with Board and PSZJ team re UBS settlement agreement and Dondero contempt hearing | 0.60 | 950.00 | $570.00 |
| 03/24/2021 | GVD | BL | Conference with K. George re UBS settlement agreement and next steps | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Conference with J. Pomerantz, R. Feinstein, and T. Silva re UBS settlement agreement | 0.70 | 950.00 | $665.00 |
| 03/24/2021 | GVD | BL | Conference with J. Morris re HCRE deposition prep | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Conference with J. Winograd re HCRE deposition prep | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP                                        Page:    31
Highland Capital Management LP                                           Invoice 127522
36027    - 00002                                                        March 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | GVD | BL | Conference with R. Feinstein and K. George re additional UBS discovery | 0.50 | 950.00 | $475.00 |
| 03/24/2021 | GVD | BL | Conference with Board re UBS settlement agreement | 0.90 | 950.00 | $855.00 |
| 03/24/2021 | GVD | BL | Review R. Feinstein revisions to UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | HRW | BL | Review Advisors' reply to motion to dismiss complaint for injunctive relief and related research (1.8); Draft response to Dondero's motion for a continuance of demand note proceeding (0.4). | 2.20 | 695.00 | $1,529.00 |
| 03/25/2021 | JNP | BL | Conference with Robert J. Feinstein and Gregory V. Demo regarding latest version of UBS Settlement Agreement, changes and review same. | 0.50 | 1295.00 | $647.50 |
| 03/25/2021 | JNP | BL | Conference with John A. Morris regarding Hunter Mountain and other litigation issues. | 0.20 | 1295.00 | $259.00 |
| 03/25/2021 | JNP | BL | Review emails from B. Assink regarding motion to continue schedule for Dondero litigation. | 0.10 | 1295.00 | $129.50 |
| 03/25/2021 | JNP | BL | Conference with John A. Morris, Gregory V. Demo and DSI for part regarding document issues and litigation issues. | 0.50 | 1295.00 | $647.50 |
| 03/25/2021 | JNP | BL | Conference with J. Dubel regarding UBS status. | 0.30 | 1295.00 | $388.50 |
| 03/25/2021 | JNP | BL | Review proposed extension of time regarding UBS appeal of Redeemer settlement brief and emails with team regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/25/2021 | RJF | BL | Emails Latham, Jeffrey N. Pomerantz regarding TRO motion, confidentiality. | 0.40 | 1395.00 | $558.00 |
| 03/25/2021 | JAM | BL | Telephone conference with J. Seery re: litigation matters (0.3); review/revise response to Dondero motion for continuance of contempt hearing (0.2); e-mails with Z. Annable, H. Winograd re: response to Dondero motion for continuance of contempt hearing (0.1); communications with J. Bonds, L. Drawhorn re: schedule for HCRE-related depositions (0.4); prepare amended deposition notices for the HCRE litigation (0.3); communications with Z. Annable, H. Winograd re: amended deposition notices for the HCRE litigation (0.2); telephone conference with J. Pomerantz re: litigation matters (0.1); e-mails w/ B. Assink re: discovery and trial date for permanent injunction against Dondero (0.3); review/revise documents for Hunter Mountain dismissal (0.2); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain dismissal (0.2); telephone | 3.80 | 1245.00 | $4,731.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    32
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | conference with J. Seery re: Hunter Mountain dismissal (0.1); review documents re: HCRE deposition (1.4). | | | |
| 03/25/2021 | JAM | BL | E-mails to Bonds Ellis re: Debtor's discovery demands for Dondero notes litigation (0.3). | 0.30 | 1245.00 | $373.50 |
| 03/25/2021 | LSC | BL | Research document productions for certain categories of documents and retrieve same. | 2.90 | 460.00 | $1,334.00 |
| 03/25/2021 | GVD | BL | Conference with PSZJ team and B. Sharp re document preservation issues | 0.50 | 950.00 | $475.00 |
| 03/25/2021 | GVD | BL | Conference with K. George re UBS settlement agreement issues and follow up correspondence with PSZJ team re same | 0.50 | 950.00 | $475.00 |
| 03/25/2021 | GVD | BL | Review draft objections to administrative claims | 0.70 | 950.00 | $665.00 |
| 03/25/2021 | GVD | BL | Conference with J. Pomerantz and R. Feinstein re UBS settlement agreement | 0.50 | 950.00 | $475.00 |
| 03/26/2021 | IDK | BL | Attend conference call with J Pomerantz, R Feinstein re UBS settlement agreement (.4). | 0.40 | 1325.00 | $530.00 |
| 03/26/2021 | JNP | BL | Conference with John A. Morris regarding litigation issues including notes and Hunter Mountain. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Conference with DSI and John A. Morris regarding record retention and related issues. | 0.40 | 1295.00 | $518.00 |
| 03/26/2021 | JNP | BL | Conference with Iain A. W. Nasatir regarding UBS settlement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Email to and from J. Seery regarding UBS settlement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Email to Latham regarding insurance issues and settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Conference with Iain A. W. Nasatir regarding UBS agreement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review UBS Settlement Agreement. | 0.20 | 1295.00 | $259.00 |
| 03/26/2021 | JNP | BL | Email to Latham regarding insurance issues and UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review Dondero motion for continuance of note lawsuit. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review latest turn of UBS Settlement Agreement. | 0.30 | 1295.00 | $388.50 |
| 03/26/2021 | JNP | BL | Conference with Robert J. Feinstein and Ira D. Kharasch regarding UBS Settlement Agreement. | 0.40 | 1295.00 | $518.00 |
| 03/26/2021 | JNP | BL | Review emails regarding Dondero note litigation | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review and respond to Gregory V. Demo email | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    33
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding UBS. | | | |
| 03/26/2021 | JMF | BL | Review motion to extend briefing deadline. | 0.20 | 1050.00 | $210.00 |
| 03/26/2021 | JAM | BL | Telephone conference with J. Seery re: Dondero request for extension of trial date in notes litigation (0.2); telephone conference with J. Pomerantz re: status of notes litigation, Dondero request for extension of schedule (0.1); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero request for extension of trial date in notes litigation (0.1); e-mail to B. Assink re: Dondero request for extension of trial date in notes litigation (0.1); review Dondero demand notes and e-mail to D. Klos, B. Sharp, J. Pomerantz, G. Demo, H. Winograd re: same (0.5); review documents concerning Dondero demand notes (0.8); e-mail to K. Hendricks, D. Klos, B. Sharp, J. Pomerantz, G. Demo, H. Winograd re: facts/documents concerning Dondero demand notes (0.3); review Dondero motion to extend trial date in Notes litigation and emergency motion for expedited hearing (0.4); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero motion to extend trial date in Notes litigation and emergency motion for expedited hearing (0.1); telephone conference with H. Winograd re: facts/objection to Dondero motion to extend trial date (0.2); telephone conference with J. Seery re: objection to Dondero motion to adjourn trial date (0.1). | 2.90 | 1245.00 | $3,610.50 |
| 03/26/2021 | JAM | BL | E-mails with T. Ellison, L. Hogewood, D. Rukavina, J. Pomerantz re: rescheduling of hearing concerning Funds and Advisors (0.1); draft amended notices of hearings concerning Funds and Advisors (0.2); telephone conference with G. Demo re: litigation matters (0.1); e-mail to Z. Annable, H. Winograd re: amended notices of hearings concerning Funds and Advisors (0.1); communications with P. Keiffer, J. Pomerantz, G. Demo re: documents for withdrawal of Hunter Mountain claim and adversary proceeding (0.2); e-mail to J. Bonds re: Dondero deposition (0.1); e-mails with T. Surgent re: status of e-mails searches in response to United subpoena (0.1); | 0.90 | 1245.00 | $1,120.50 |
| 03/26/2021 | LSC | BL | Conduct research and retrieve and transmit numerous documents in connection with Dondero/Dondero entities and transmit same for G. Demo. | 4.30 | 460.00 | $1,978.00 |
| 03/26/2021 | GVD | BL | Correspondence with R. Feinstein re UBS settlement agreement | 0.10 | 950.00 | $95.00 |

D-CNL001098

Appx. 02720

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    34

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/26/2021 | GVD | BL | Draft summary of Dondero Entity litigation | 3.70 | 950.00 | $3,515.00 |
| 03/26/2021 | GVD | BL | Conference with J. Morris re demand note issues | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Correspondence with UBS re litigation issues | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Research service addresses re potential litigation | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Conference with J. Donohue re service addresses for potential litigation | 0.10 | 950.00 | $95.00 |
| 03/26/2021 | GVD | BL | Conference with R. Feinstein and J. Pomerantz re revisions to UBS settlement agreement | 0.40 | 950.00 | $380.00 |
| 03/26/2021 | GVD | BL | Revise UBS settlement agreement and circulate same | 0.30 | 950.00 | $285.00 |
| 03/26/2021 | HRW | BL | Call with J. Morris re: objection to Dondero emergency motion for continuance of demand note proceeding (0.1); Review Dondero emergency motion for continuance of demand note proceeding (0.2); Draft request for admission directed to James Dondero in demand note proceeding (1.8). | 2.10 | 695.00 | $1,459.50 |
| 03/27/2021 | IDK | BL | E-mails with J Pomerantz, G Demo on Gov Re issues and next steps (.1). | 0.10 | 1325.00 | $132.50 |
| 03/27/2021 | JNP | BL | Conference with Latham, Gregory V. Demo and Robert J. Feinstein regarding settlement agreement issues. | 0.60 | 1295.00 | $777.00 |
| 03/27/2021 | JNP | BL | Review latest version of UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/27/2021 | JAM | BL | Review documents and draft objection to Dondero motion for continuance in notes litigation (4.4); e-mails to H. Winograd, L. Canty re: draft objection to Dondero motion for continuance in notes litigation (0.3); e-mail to D. Klos, K. Hendricks, J. Pomerantz, G. Demo, H. Winograd, B. Sharp re: facts concerning Notes litigation against Dondero (0.2). | 4.90 | 1245.00 | $6,100.50 |
| 03/27/2021 | LSC | BL | Review documents and retrieve and prepare exhibits in connection with Dondero Motion for Continuance in Notes Actions. | 4.40 | 460.00 | $2,024.00 |
| 03/27/2021 | GVD | BL | Draft summary of Dondero entity litigation | 1.30 | 950.00 | $1,235.00 |
| 03/27/2021 | GVD | BL | Conference with Latham and PSZJ re UBS settlement agreement | 0.60 | 950.00 | $570.00 |
| 03/27/2021 | GVD | BL | Correspondence with J. Seery re status of UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/27/2021 | GVD | BL | Correspondence with J. Morris re Cayman counsel | 0.10 | 950.00 | $95.00 |

D-CNL001099

Appx. 02721

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    35
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/27/2021 | GVD | BL | Review Latham revisions to UBS settlement agreement and revise and circulate same | 0.30 | 950.00 | $285.00 |
| 03/27/2021 | HRW | BL | Draft objection to Dondero's emergency motion to continue demand note proceedings (5.0). | 5.00 | 695.00 | $3,475.00 |
| 03/28/2021 | JAM | BL | E-mails with D. Klos, K. Hendricks, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: facts relating to Dondero loans and notes (0.3); review/revise draft objection to Dondero motion to modify scheduling order (4.8); communications with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: objection to Dondero motion to modify scheduling order (0.3); communications with H. Winograd, L. Canty re: RFAs directed to Dondero (notes litigation) (0.2). | 5.60 | 1245.00 | $6,972.00 |
| 03/28/2021 | LSC | BL | Continued preparation of exhibits in connection with Dondero Motion for Continuance in Notes Actions. | 1.20 | 460.00 | $552.00 |
| 03/28/2021 | GVD | BL | Review correspondence from Latham re service addresses re potential litigation | 0.60 | 950.00 | $570.00 |
| 03/28/2021 | HRW | BL | Draft objection to Dondero's emergency motion to continue demand note proceedings (4.5); Research contact information for serving litigation hold notices on Maples FS Limited and CIBC First Caribbean International Bank (0.3). | 4.80 | 695.00 | $3,336.00 |
| 03/29/2021 | IDK | BL | Review of various correspondence with UBS, others on UBS new upcoming papers on adversary and motion to seal. | 0.20 | 1325.00 | $265.00 |
| 03/29/2021 | JNP | BL | Review opposition to motion by Dondero to continue trial on note litigation. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review issues and emails regarding UBS settlement. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Conference with M. Hankin regarding UBS filings. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Conference with John A. Morris and Gregory V. Demo regarding SCRE litigation issues and Wick Phillips conflict. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Review latest changes to UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review and respond to email regarding Wick Phillips and SE Multi Family issues. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review email from T. Ellison regarding UBS filings and email regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Conference with Gregory V. Demo regarding UBS litigation demand email regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Emails and conference with M. Clemente regarding | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   36
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | UBS litigation and Plan issues. | | | |
| 03/29/2021 | JNP | BL | Emails regarding pending litigation filed by UBS and court response; Conference with Gregory V. Demo regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Emails regarding UBS 9019. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review UBS 9019 motion. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS 9019. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Conference with J. Dubel regarding UBS issues, status and timing. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Review emails with Court and others regarding UBS litigation. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review of UBS litigation papers. | 0.50 | 1295.00 | $647.50 |
| 03/29/2021 | RJF | BL | Review UBS motion to seal and TRO papers. | 1.00 | 1395.00 | $1,395.00 |
| 03/29/2021 | RJF | BL | Draft response to motion to seal. | 0.50 | 1395.00 | $697.50 |
| 03/29/2021 | RJF | BL | Review and comment on draft debtor motion to seal. | 0.30 | 1395.00 | $418.50 |
| 03/29/2021 | RJF | BL | Emails regarding Chambers conference. | 0.30 | 1395.00 | $418.50 |
| 03/29/2021 | JMF | BL | Review UBS seal motion. | 0.20 | 1050.00 | $210.00 |
| 03/29/2021 | JAM | BL | Review and send RFAs for Dondero's notes litigation (0.2); revise objection to Dondero's motion to modify scheduling order (0.9); e-mails to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: revised objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.2); review exhibits and e-mail to L. Canty re: redactions and related matters (0.5); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.1); review/revise objection to Dondero motion to modify scheduling order (0.2); review/revise JAM declaration in support of objection to Dondero motion to modify scheduling order (0.3). | 2.40 | 1245.00 | $2,988.00 |
| 03/29/2021 | JAM | BL | Prepare for HCRE/Dondero depositions (2.6); telephone conference with G. Demo re: HCRE facts (0.2); e-mail to counsel re: Zoom instructions for HCRE deposition (0.1) telephone conference with G. Demo re: Wicks Phillips' conflicts (0.2); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: Wicks Phillips' conflicts telephone conference with J. Seery, G. Demo re: Wicks Phillips' conflicts (0.2); draft e-mail to L. | 4.50 | 1245.00 | $5,602.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    37

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Drawhorn re: Wicks' Phillips' conflicts (0.4); e-mails with J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft e-mail to L. Drawhorn (0.1); communications to all counsel, TSG, PSZJ team re: adjournment of HCRE depositions (0.2); draft amended deposition notices for HCRE and Dondero (0.1); e-mails with Z. Annable, G. Demo, H. Winograd re: amended deposition notices for HCRE and Dondero (0.1); telephone conference with J. Seery re: Wicks Phillips' conflicts (0.1); telephone conference with H. Winograd re: HCRE litigation matters (0.1); telephone conference with J. Bonds re: Dondero deposition and related matters (0.1). | | | |
| 03/29/2021 | LSC | BL | Prepare redacted exhibits for Objection to Dondero motion to modify scheduling order. | 0.50 | 460.00 | $230.00 |
| 03/29/2021 | GVD | BL | Conference with J. Pomerantz re filing of stay pending appeal in District Court | 0.10 | 950.00 | $95.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris re preparation for HCRE/SEMF deposition | 0.70 | 950.00 | $665.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris and J. Seery re HCRE conflict of interest | 0.20 | 950.00 | $190.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris and D. Klos re HCRE issues re deposition | 0.20 | 950.00 | $190.00 |
| 03/29/2021 | GVD | BL | Correspondence with Hunton re deficiency bond issues | 0.10 | 950.00 | $95.00 |
| 03/29/2021 | GVD | BL | Review draft objection to Dondero motion to continue hearing | 0.50 | 950.00 | $475.00 |
| 03/29/2021 | GVD | BL | Attend to multiple issues re filing of UBS response under seal | 2.60 | 950.00 | $2,470.00 |
| 03/29/2021 | GVD | BL | Review exhibits to Dondero objection for confidentiality | 0.30 | 950.00 | $285.00 |
| 03/29/2021 | GVD | BL | Prepare back up information re UBS claim issues | 0.60 | 950.00 | $570.00 |
| 03/29/2021 | HRW | BL | Edit and review objection to Dondero's emergency motion to continue demand note proceedings (2.5). | 2.50 | 695.00 | $1,737.50 |
| 03/30/2021 | JNP | BL | Conference with J. Dubel regarding UBS 9019 motion. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Review and revise UBS 9019. | 0.50 | 1295.00 | $647.50 |
| 03/30/2021 | JNP | BL | Review emails regarding litigation hold letter and respond. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | JNP | BL | Conference with John A. Morris regarding document issues and pursuit of claims issues. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Review of Settlement Agreement with Siepe. | 0.20 | 1295.00 | $259.00 |

D-CNL001102

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    38
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/30/2021 | JNP | BL | Review and respond to email regarding Wick Phillips conflict. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | JNP | BL | Conference with Robert J. Feinstein regarding  2004. | 0.20 | 1295.00 | $259.00 |
| 03/30/2021 | JNP | BL | Conference with J. Seery and John A. Morris regarding litigation issues, sharing information with Committee and related matters. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Emails regarding Court ruling on extending Dondero note litigation trial date. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding Reid Collins. | 0.20 | 1395.00 | $279.00 |
| 03/30/2021 | RJF | BL | Review document presentation notices, related emails. | 0.30 | 1395.00 | $418.50 |
| 03/30/2021 | JMF | BL | Review updated litigation chart. | 0.30 | 1050.00 | $315.00 |
| 03/30/2021 | JAM | BL | Telephone conference with G. Demo re: litigation matters (0.2); telephone conference with J. Pomerantz re: litigation matters (0.3). | 0.50 | 1245.00 | $622.50 |
| 03/30/2021 | JAM | BL | Review/revise objection to Dondero motion to modify scheduling order (0.2); e-mails with Z. Annable, H. Winograd, L. Canty re: exhibits to objection to Dondero motion to modify scheduling order (0.1); e-mail to B. Assink, Bonds Ellis, J. Pomerantz, G. Demo, H. Winograd re: timing of discovery (0.2); e-mails with Z. Annable, G. Demo, H. Winograd re: objection to Dondero motion to modify scheduling order (0.2); communications with J. Seery, J. Pomerantz re: court's ruling on Dondero motion to modify scheduling order (0.2); e-mails with T. Surgent, J. Sommer re: results from e-mail searches in response to United subpoena (0.2). | 1.10 | 1245.00 | $1,369.50 |
| 03/30/2021 | LSC | BL | Redact additional exhibits (.3); research and review document productions for J. Morris and correspondence regarding the same (2.9). | 3.20 | 460.00 | $1,472.00 |
| 03/30/2021 | GVD | BL | Review and revise draft 9019 motion re UBS settlement | 1.40 | 950.00 | $1,330.00 |
| 03/30/2021 | GVD | BL | Review redacted exhibits to Dondero objection re confidentiality | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Conference with J. Morris re litigation issues | 0.30 | 950.00 | $285.00 |
| 03/30/2021 | GVD | BL | Review UBS litigation hold notice and correspondence with T. Surgent re same | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Finalize UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/30/2021 | GVD | BL | Conference with J. Morris re litigation hold notice re UBS | 0.40 | 950.00 | $380.00 |

Pachulski Stang Ziehl & Jones LLP              Page:   39

Highland Capital Management LP             Invoice 127522

36027   - 00002                March 31, 2021

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/30/2021 | GVD | BL | Conference with J. Seery re UBS settlement issues | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Further revise and circulate UBS 9019 motion re changes from J. Pomerantz and R. Feinstein | 1.20 | 950.00 | $1,140.00 |
| 03/30/2021 | GVD | BL | Correspondence with PSZJ team re letter from Reid Collins re UBS litigation hold | 0.10 | 950.00 | $95.00 |
| 03/30/2021 | HRW | BL | Review pending adversary proceedings (0.5). | 0.50 | 695.00 | $347.50 |
| 03/31/2021 | IDK | BL | E-mails with J Pomerantz, others on UBS litigation holds and Dondero counsel feedback on same. | 0.20 | 1325.00 | $265.00 |
| 03/31/2021 | JNP | BL | Review emails regarding litigation hold. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with Robert J. Feinstein regarding next steps after court ruling on UBS and Debtor seal motion. | 0.30 | 1295.00 | $388.50 |
| 03/31/2021 | JNP | BL | Email to Board regarding Court ruling on UBS and Debtor seal motions. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Email to Latham regarding call to discuss next steps regarding UBS litigation. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with J. Seery regarding UBS issues and related. | 0.30 | 1295.00 | $388.50 |
| 03/31/2021 | JNP | BL | Conference with J. Dubel regarding UBS 9019 motion and stay pending appeal issues. | 0.40 | 1295.00 | $518.00 |
| 03/31/2021 | JNP | BL | Review email from C. Taylor regarding litigation under seal. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Review C. Taylor email regarding litigation hold and review litigation hold. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with John A. Morris regarding Wick Phillips conflicts. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with Robert J. Feinstein regarding call with Latham. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Participate In call with Latham, John A. Morris, Robert J. Feinstein and Gregory V. Demo regarding status of UBS lawsuit and related issues. | 0.70 | 1295.00 | $906.50 |
| 03/31/2021 | MDJ | BL | Email exchanges with L. Canty, G. Demo and copy personnel re litigation hold letters; Revisions to letterhead and delivery; Prepare Express Mail/FedX labels and coordinate delivery; Call with copy personnel re Cayman FedXs; Vfile letters. | 3.20 | 395.00 | $1,264.00 |
| 03/31/2021 | RJF | BL | Call with Latham regarding TRO proceedings. | 0.70 | 1395.00 | $976.50 |
| 03/31/2021 | RJF | BL | Review and comment on litigation hold letter and related emails. | 0.30 | 1395.00 | $418.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    40
Highland Capital Management LP                                       Invoice 127522
36027   - 00002                                                      March 31, 2021

|            |     |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | Hours | Rate    | Amount      |
|------------|-----|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|-------------|
| 03/31/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding TRO proceeding.                                                                                                                                                                                                                                                                                                                                                                                                                       | 0.30  | 1395.00 | $418.50     |
| 03/31/2021 | RJF | BL | Revise draft statement regarding TRO, related emails.                                                                                                                                                                                                                                                                                                                                                                                                                                          | 0.30  | 1395.00 | $418.50     |
| 03/31/2021 | RJF | BL | Review proposed revisions to draft 9019 motion, emails Gregory V. Demo regarding same.                                                                                                                                                                                                                                                                                                                                                                                                          | 0.30  | 1395.00 | $418.50     |
| 03/31/2021 | JMF | BL | Review UBS complaint and seal motion.                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 0.30  | 1050.00 | $315.00     |
| 03/31/2021 | JAM | BL | Review/revise draft litigation hold letter concerning sealed litigation (0.6); communications with J. Pomerantz, I. Kharasch, G. Demo, R. Feinstein re: litigation hold letter concerning sealed litigation (0.2); telephone conference with J. Pomerantz, R. Feinstein, G. Demo, L& W attorneys re: UBS adversary proceeding and related matters (0.7); e-mails with B. Assink, H. Winograd re: modified scheduling order in Dondero's notes litigation (0.1)., | 1.60  | 1245.00 | $1,992.00   |
| 03/31/2021 | GVD | BL | Conference with PSZJ and UBS re next steps re adversary proceeding                                                                                                                                                                                                                                                                                                                                                                                                                              | 0.70  | 950.00  | $665.00     |
| 03/31/2021 | GVD | BL | Further revise UBS 9019 motion re comments from J. Dubel                                                                                                                                                                                                                                                                                                                                                                                                                                        | 0.40  | 950.00  | $380.00     |
| 03/31/2021 | GVD | BL | Draft and send litigation hold notices                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 2.90  | 950.00  | $2,755.00   |
| 03/31/2021 | GVD | BL | Draft and circulate order on motion to seal                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 0.20  | 950.00  | $190.00     |
| 03/31/2021 | GVD | BL | Conference with J. Pomerantz re UBS conference                                                                                                                                                                                                                                                                                                                                                                                                                                                 | 0.10  | 950.00  | $95.00      |
|            |     |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | **448.20** |    | **$451,649.00** |

### Case Administration [B110]

|            |     |    |                                                                                                                              | Hours | Rate    | Amount     |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------------|-------|---------|------------|
| 03/01/2021 | BMK | CA | Prepared daily memo narrative and coordinated client distribution.                                                          | 0.40  | 375.00  | $150.00    |
| 03/01/2021 | GVD | CA | Attend to issues re scheduling calls                                                                                        | 0.20  | 950.00  | $190.00    |
| 03/02/2021 | IDK | CA | Review of updated WIP list (.1); Attend WIP call on open issues (1.0).                                                       | 1.10  | 1325.00 | $1,457.50  |
| 03/02/2021 | JNP | CA | Participate in WIP call.                                                                                                    | 1.00  | 1295.00 | $1,295.00  |
| 03/02/2021 | KKY | CA | Review and revise critical dates                                                                                            | 2.50  | 460.00  | $1,150.00  |
| 03/02/2021 | JEO | CA | Participate in PSZJ WIP Call                                                                                                 | 0.80  | 1050.00 | $840.00    |
| 03/02/2021 | JMF | CA | Draft memorandum re pending case issues (.4); telephone call with G. Demo, I. Kharasch and J.N, Pomerantz re same (.7).      | 1.10  | 1050.00 | $1,155.00  |
| 03/02/2021 | JAM | CA | Internal WIP call (J. Pomerantz, I. Kharasch, G. Demo, J. Fried, J. O'Neill, H. Wonograd) (0.8).                           | 0.80  | 1245.00 | $996.00    |

# EXHIBIT 173

Appx. 02728

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

April 30, 2021
Invoice    127680
Client      36027
Matter      00002
           **JNP**

RE:  Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  04/30/2021**

D-CNL000923

**Appx. 02729**

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:     13
Invoice 127680
April 30, 2021



| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|

**Bankruptcy Litigation [L430]**

| 04/01/2021 | IDK | BL | E-mails with J Pomerantz, G Demo, CEO re | 0.20 | 1325.00 | $265.00 |

D-CNL000924

Appx. 02730

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    14

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Dondero counsel correspondence re their intent to file motion to withdraw reference on collection actions and opposition (.2). | | | |
| ██████ | ███ | ██ | ███████████████████ | ██ | ████ | █████ |
| 04/01/2021 | JNP | BL | Emails to and from Gregory V. Demo regarding D. Rukavina email regarding withdrawal of the reference. | 0.10 | 1295.00 | $129.50 |
| 04/01/2021 | JNP | BL | Review and respond to email regarding withdrawal of reference for note lawsuits. | 0.10 | 1295.00 | $129.50 |
| ██████ | ███ | ██ | ███████████████████ | ██ | ████ | █████ |
| ██████ | ███ | ██ | ███████████████████ | ██ | ████ | █████ |
| ██████ | ███ | ██ | ███████████████████ | ██ | ████ | █████ |
| ██████ | ███ | ██ | ███████████████████ | ██ | ████ | █████ |
| ██████ | ███ | ██ | ███████████████████ | ██ | ████ | █████ |
| ██████ | ███ | ██ | ███████████████████ | ██ | ████ | █████ |
| 04/01/2021 | JAM | BL | Telephone conference with H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1); prepare discovery document requests and interrogatories for AP against Advisors (notes litigation) (0.9); review/revise requests for admission for AP against Advisors (notes litigation) (0.3); e-mails with H. Winograd re: discovery requests for AP against Advisors (notes litigation) (0.2); ████████████████ e-mail to D. Rukavina, H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1). | 1.70 | 1245.00 | $2,116.50 |
| ██████ | ███ | ██ | ███████████████████ | ██ | ████ | █████ |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

<div align="right">

Page:    15

Invoice 127680

April 30, 2021

</div>



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/01/2021 | HRW | BL | Call with J. Morris re: discovery in NPA demand note litigation (0.1); Draft discovery demands in NPA demand note litigation (1.0); Review adversary proceeding critical dates (0.6). | 1.70 | 695.00 | $1,181.50 |
| 04/02/2021 | JNP | BL | Review witness list and reply brief regarding Committee's motion regarding Dondero discovery. | 0.20 | 1295.00 | $259.00 |

D-CNL000926

Pachulski Stang Ziehl & Jones LLP                    Page:    16
Highland Capital Management LP                       Invoice 127680
36027    - 00002                                     April 30, 2021

|  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|

04/04/2021   JAM   BL   E-mail to H. Winograd re: notes litigation (0.1);   0.10   1245.00   $124.50

D-CNL000927

Appx. 02733

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    17

Invoice 127680

April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/05/2021 | HRW | BL | Review amended scheduling order for Dondero demand note proceeding (0.5). | 0.50 | 695.00 | $347.50 |
| 04/06/2021 | IDK | BL | E-mails with G Demo re Dondero withdrawal of reference motion and our prior research on jurisdiction issues re same | 0.30 | 1325.00 | $397.50 |

D-CNL000928

**Appx. 02734**

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    19

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/07/2021 | JAM | BL | Review Dondero's amended answer in notes litigation (0.1); draft document requests relating to Dondero's amended answer in notes litigation (0.3); draft interrogatories relating to Dondero's amended answer in notes litigation (0.3); draft requests for admission relating to Dondero's amended answer in notes litigation (0.3); e-mails to H. Winograd, J. Pomerantz, I. Kharasch, G. Demo re: discovery demands relating to Dondero's amended answer in notes litigation (0.2); review revised discovery requests (Winograd versions) relating to Dondero's amended answer in notes litigation (0.2); e-mail to B. Assink, C. Taylor, J. Pomerantz, G. Demo, H. Winograd re: discovery and timing of Dondero's deposition (0.1); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: Dondero's amended answer and related discovery (0.2). | 1.70 | 1245.00 | $2,116.50 |
| 04/07/2021 | HRW | BL | Draft discovery demands for Dondero demand note adversary proceeding (0.9). | 0.90 | 695.00 | $625.50 |

D-CNL000929

**Appx. 02735**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   20
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

disqualification of Wick Phillips (1.5); telephone
conference with T. Surgent, G. Demo re: document
production and related issues (0.7); telephone
conference with G. Demo re: document production
issues (0.1); telephone conference with J. Pomerantz
re: various litigation matters relating to the Advisors
(0.8); communications with C. Wilkins, J.
Pomerantz, G. Demo re: Bermuda counsel (0.1).

| 04/08/2021 | HRW | BL | Review demand note adversary proceeding complaints (0.3). | 0.30 | 695.00 | $208.50 |
| 04/09/2021 | IDK | BL | E-mails with G Demo, others on Plan provisions re note collection/litigation issues | 0.30 | 1325.00 | $397.50 |
| 04/09/2021 | JMF | BL | Review notes receivable litigation and amounts due from noteholders re plan implementation (2.1) | 2.10 | 1050.00 | $2,205.00 |
| 04/09/2021 | JAM | BL | Review of rules re: withdrawal of the reference (0.4); telephone conference with Z. Annable re: rules | 1.00 | 1245.00 | $1,245.00 |



Page:   21
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/09/2021 | GVD | BL | Review issues re notes litigation | 0.60 | 950.00 | $570.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   22
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/12/2021 | GVD | BL | Review issues re prepayment of notes | 0.60 | 950.00 | $570.00 |
| | | | | | | 75.00 |

D-CNL000932

**Appx. 02738**

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    23

Invoice 127680

April 30, 2021



|  | Hours | Rate | Amount |
|---|---|---|---|
| 04/13/2021   JMF   BL   Review motion and brief for withdrawal of | 0.50 | 1050.00 | $525.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    24

Invoice 127680

April 30, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | references re demand notes. | | | |



| 04/13/2021 | JAM | BL | Review Answers to complaints filed by Advisors in notes litigation, and send e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: same (0.4); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Advisors' motion to withdraw the reference for notes litigation (0.2) | 0.60 | 1245.00 | $747.00 |

D-CNL000934

Pachulski Stang Ziehl & Jones LLP                              Page:    26
Highland Capital Management LP                                 Invoice 127680
36027    - 00002                                              April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/14/2021 | JNP | BL | Email to D. Rukavina regarding scheduling for motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Email to and from D. Rukavina regarding hearing on motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Conference with John A. Morris regarding hearing on motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Review motion to withdraw reference. | 0.20 | 1295.00 | $259.00 |
| 04/14/2021 | JAM | BL |  | 4.80 | 1245.00 | $5,976.00 |

e-mails with
D. Rukavina, J. Pomerantz re: scheduling issues
concerning adversary proceeding against Advisors
and Funds (0.5); e-mail to Court, D. Rukavina, L.
Hogewood,  J. Pomerantz re: scheduling issues

Pachulski Stang Ziehl & Jones LLP                                    Page:    27
Highland Capital Management LP                                       Invoice 127680
36027    - 00002                                                    April 30, 2021



|  | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | concerning adversary proceeding against Advisors and Funds (0.3;) | | | |
| 04/14/2021 | GVD | BL | Correspondence re note and discovery request | 0.10 | 950.00 | $95.00 |
| 04/14/2021 | HRW | BL | Draft Rule 26 disclosures for Dondero demand note adversary proceeding (2.0). | 2.00 | 695.00 | $1,390.00 |

D-CNL000936

Pachulski Stang Ziehl & Jones LLP                        Page:    28
Highland Capital Management LP                           Invoice 127680
36027   - 00002                                         April 30, 2021



|            |     |    |                                                                 | Hours | Rate    | Amount   |
|------------|-----|----|-----------------------------------------------------------------|-------|---------|----------|
| 04/15/2021 | IDK | BL | Review and consider G Demo's memo on prepayment issues on Dondero related p-notes and how prepayments are allocated and default issues (.3); E-mails with G Demo, others re same (.1). | 0.40 | 1325.00 | $530.00 |

D-CNL000937

Appx. 02743

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    29

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

| 04/15/2021 | HRW | BL | Prepare Rule 26 disclosures for Dondero demand note adversary proceeding (0.6). | 0.60 | 695.00 | $417.00 |
| 04/16/2021 | IDK | BL | E-mail and telephone conference with J Pomerantz re Dondero withdrawal of reference motions and logistics on response to same and J Kim (.2); E-mail and telephone conference with G Demo re same and relevant pleadings (.2); E-mails with J Kim re need for responses to Dondero withdrawal of reference motions (.2). | 0.60 | 1325.00 | $795.00 |
| 04/16/2021 | JJK | BL | Research re: reference withdrawal, core matter, Stern, related issues. | 3.70 | 995.00 | $3,681.50 |

D-CNL000938

Appx. 02744

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:     30

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/16/2021 | JNP | BL | Conference with Ira D. Kharasch regarding motion to withdraw reference response. | 0.20 | 1295.00 | $259.00 |
| 04/16/2021 | JNP | BL | Review Dondero motion to stay pending withdrawal of the reference  and email regarding same. | 0.20 | 1295.00 | $259.00 |
| 04/16/2021 | GVD | BL | Review Dondero motion re withdrawal of the reference | 0.20 | 950.00 | $190.00 |
| 04/16/2021 | GVD | BL | Conference with I. Kharasch re motions to withdraw the reference and follow up items re same | 0.20 | 950.00 | $190.00 |
| 04/16/2021 | HRW | BL | Review Dondero withdrawal of reference filed in demand note adversary proceeding (0.5). | 0.50 | 695.00 | $347.50 |
| 04/16/2021 | HRW | BL | Review Dondero's motion to stay demand note | 0.30 | 695.00 | $208.50 |

D-CNL000939

Appx. 02745

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:     31
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | adversary proceeding pending motion to withdraw reference (0.3). | | | |
| 04/17/2021 | JAM | BL | Review Dondero motion to expedite stay motion (0.3); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: analysis of Dondero motion to expedite stay motion (0.4); draft objection to Dondero motion to expedite motion for stay (2.7). | 3.40 | 1245.00 | $4,233.00 |
| 04/17/2021 | HRW | BL | Draft demand note discovery requests (2.5). | 2.50 | 695.00 | $1,737.50 |
| 04/18/2021 | JNP | BL | Review and comment on opposition to motion for stay of discovery and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| 04/18/2021 | JAM | BL | Review and revise initial draft objection to Dondero's motion to expedite motion for stay (2.9); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re:  initial draft objection to Dondero's motion to expedite motion for stay (0.1); draft JAM declaration in support of objection to Dondero's motion to expedite motion for stay (0.5); e-mail to Z. Annable, G. Demo, H. Winograd re: declaration and objection concerning Dondero's motion to expedite (0.1). | 3.60 | 1245.00 | $4,482.00 |
| 04/18/2021 | GVD | BL | Review objection to motion to expedite | 0.30 | 950.00 | $285.00 |



Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    32

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮▮ | | | |
| 04/18/2021 | HRW | BL | Draft demand note discovery requests (3.5). | 3.50 | 695.00 | $2,432.50 |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| | | | ▮▮▮▮▮▮ | | | |
| ▮▮ | ▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| | | | ▮▮▮▮▮ | | | |
| ▮▮ | ▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| 04/19/2021 | JJK | BL | Research/analysis reference withdrawal, core matters, Stern issues. | 7.80 | 995.00 | $7,761.00 |
| ▮▮ | ▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |

D-CNL000941

Appx. 02747

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    33
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/19/2021 | JAM | BL | Review/revise objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.8); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: revised objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.1); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.2); review/revise interrogatories, RFAs, document requests, and Rule 30(b)(6) deposition notice for the Advisors re: notes litigation (0.7); communications with H. Winograd re: discovery for the Advisors in notes litigation (0.1); communications with J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery for Advisors in notes litigation (0.1). | 2.00 | 1245.00 | $2,490.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    34

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| 04/19/2021 | HRW | BL | Draft discovery demands for HCMFA demand note proceeding (1.2). | 1.20 | 695.00 | $834.00 |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| 04/20/2021 | JJK | BL | Research/analysis of Stern, jurisdiction, reference, related issues. | 3.10 | 995.00 | $3,084.50 |
| 04/20/2021 | JJK | BL | Analysis/research jurisdiction, Stern, reference issues. | 4.30 | 995.00 | $4,278.50 |
| 04/20/2021 | JJK | BL | Research Stern, jurisdiction, reference, related issues. | 3.10 | 995.00 | $3,084.50 |
| 04/20/2021 | JNP | BL | Conference with John A. Morris regarding funds/ advisor adversary proceeding and related. | 0.20 | 1295.00 | $259.00 |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   36

Invoice 127680

April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/21/2021 | JJK | BL | Research and prepare objection to NexPoint reference withdrawal motion. | 2.10 | 995.00 | $2,089.50 |
| 04/21/2021 | JJK | BL | Research and prepare objection to NexPoint/HCMFA reference motions. | 5.40 | 995.00 | $5,373.00 |
| 04/21/2021 | JJK | BL | Research/draft objection to HCMFA reference withdrawal motion. | 3.00 | 995.00 | $2,985.00 |
| 04/21/2021 | JNP | BL | Research regarding withdrawal reference and conference with Ira D. Kharasch and review of complaint and emails with Jeffrey H. Davidson regarding same. | 0.40 | 1295.00 | $518.00 |

D-CNL000944

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:     37

Invoice 127680

April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | JJK | BL | Research re reference withdrawal issues. | 0.80 | 995.00 | $796.00 |
| 04/22/2021 | JNP | BL | Review of memo regarding withdrawal of the reference. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   38

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | LAF | BL | Legal research re: "Tax loan" & withdrawal of reference. | 0.50 | 475.00 | $237.50 |



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | JAM | BL | Review Dondero discovery requests (0.2); review Advisors' discovery requests (0.1); draft amended deposition notice for Dondero (0.1); e-mails with Z. Annable, H. Winograd re: amended deposition notice for Dondero (0.1). | 0.50 | 1245.00 | $622.50 |
| 04/22/2021 | GVD | BL | Review Dondero discovery requests | 0.20 | 950.00 | $190.00 |

D-CNL000946

Appx. 02752

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   39

Invoice 127680

April 30, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| 04/23/2021 | LAF | BL | Citecheck & edit memos on withdrawal of reference. | 5.80 | 475.00 | $2,755.00 |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |
| ███ | ██ | ██ | | ██ | ██ | ███ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    40
Invoice 127680
April 30, 2021

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|

e-discovery (0.1); review docket and send e-mail to

| 04/25/2021 | JAM | BL | E-mails to L. Drawhorn, J. Seery, J. Pomerantz re: HCRE's proposed amended of notes complaint (0.1). | 0.10 | 1245.00 | $124.50 |

| 04/26/2021 | IDK | BL | E-mails with J Pomerantz re status on oppositions to motions to withdraw reference | | | |

D-CNL000948

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    41

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | JJK | BL | Prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adversary proceedings). | 4.60 | 995.00 | $4,577.00 |
| 04/26/2021 | JNP | BL | Conference with PSZJ team regarding pending litigation deadlines and responsibilities. | 0.80 | 1295.00 | $1,036.00 |
| 04/26/2021 | JNP | BL | Review memo regarding withdrawal of reference and enforcement of reference. | 0.10 | 1295.00 | $129.50 |
| 04/26/2021 | JNP | BL | Review emails regarding Dondero discovery in notes litigation. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    42
Highland Capital Management LP                                       Invoice 127680
36027    - 00002                                                    April 30, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 04/26/2021 | JAM | BL | Review Dondero's third set of discovery requests (0.2); communications with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery, potential motion for summary judgment re: against Dondero (0.4). | 0.60 | 1245.00 | $747.00 |

D-CNL000950
Appx. 02756

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   43

Invoice 127680

April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | HRW | BL | Call with G. Demo, J. Morris, B. Sharp, and meta e-discovery reps regarding responding to various discovery requests in adversary proceedings. | 0.20 | 695.00 | $139.00 |
| 04/26/2021 | HRW | BL | Review discovery demands in Notes Litigation. | 1.00 | 695.00 | $695.00 |
| 04/26/2021 | HRW | BL | Research summary judgement standard for notes litigation. | 2.20 | 695.00 | $1,529.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    44
Highland Capital Management LP                                      Invoice 127680
36027   - 00002                                                    April 30, 2021



|            |     |     |                                                                                                          | Hours | Rate   | Amount     |
|------------|-----|-----|----------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 04/27/2021 | JJK | BL  | Review docs and prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adv. proceedings). | 9.10  | 995.00 | $9,054.50  |

D-CNL000952

Appx. 02758



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    45
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2021 | JAM | BL | Review rules and documents and send e-mail to H. Winograd, J. Pomerantz, I. Kharasch, G Demo re: potential motion for summary judgment (Dondero, notes litigation) (0.5). | 0.50 | 1245.00 | $622.50 |
| 04/28/2021 | JJK | BL | Research and further revisions to objection to Dondero reference motion. | 4.20 | 995.00 | $4,179.00 |

D-CNL000953

**Appx. 02759**

Pachulski Stang Ziehl & Jones LLP

Page:     46
Invoice 127680
April 30, 2021

Highland Capital Management LP

36027   - 00002

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/28/2021 | JJK | BL | Research/analysis re: Dondero claims and reference issues. | 4.00 | 995.00 | $3,980.00 |
| 04/28/2021 | JJK | BL | Work on withdrawal of reference response | 2.50 | 995.00 | $2,487.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 04/28/2021 | JNP | BL | Review email from M. Clemente regarding pending notes litigation and forward to Board. | 0.10 | 1295.00 | $129.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 04/28/2021 | RJF | BL | Review motion to amend, original complaint, related pleadings. | 1.30 | 1395.00 | $1,813.50 |
| | | | | | | |
| | | | | | | |
| 04/28/2021 | JMF | BL | Review HCMFA answer. | 0.30 | 1050.00 | $315.00 |



D-CNL000954

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    47
Invoice 127680
April 30, 2021



| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/28/2021 | GVD | BL | Review response to motion to withdrawal the reference | 0.50 | 950.00 | $475.00 |
| 04/28/2021 | HRW | BL | Review Dondero's responses to discovery requests in notes litigation. | 0.10 | 695.00 | $69.50 |
| 04/28/2021 | HRW | BL | Draft Responses and Objections for NPA discovery demands in notes litigation. | 0.30 | 695.00 | $208.50 |

D-CNL000955

Appx. 02761

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   48
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/29/2021 | JAM | BL | Telephone conference with H. Winograd re: responses to Advisors' discovery requests in notes litigation (0.6). | 0.60 | 1245.00 | $747.00 |
| 04/29/2021 | GVD | BL | Conference with J. Seery re notes enforcement issues | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   49

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| 04/29/2021 | HRW | BL | Call with G. Demo regarding NPA discovery requests in notes litigation. | 0.40 | 695.00 | $278.00 |
| 04/29/2021 | HRW | BL | Call with G. Demo, K. Hendrix, D. Klos, J. Donahue regarding NPA discovery requests in notes litigation. | 0.30 | 695.00 | $208.50 |
| 04/29/2021 | HRW | BL | Draft responses & objections to NPA's discovery requests in notes litigation. | 8.00 | 695.00 | $5,560.00 |
| 04/29/2021 | HRW | BL | Call with J. Morris regarding NPA discovery in notes litigation. | 0.60 | 695.00 | $417.00 |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| 04/30/2021 | IDK | BL | E-mails with J Kim re opposition to Advisors' and others motions to withdraw the reference (.6); Review of revised oppositions to same (.2). | 0.80 | 1325.00 | $1,060.00 |
| 04/30/2021 | JJK | BL | Additional research for objections to withdrawal reference motions of NexPoint, HCMFA, Dondero, and revise same objections. | 3.60 | 995.00 | $3,582.00 |
| 04/30/2021 | JJK | BL | Revise objections to reference withdrawal motions and emails Kharasch on same. | 2.10 | 995.00 | $2,089.50 |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| 04/30/2021 | JMF | BL | Review motion to stay adversary proceedings. | 0.40 | 1050.00 | $420.00 |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    50

Invoice 127680

April 30, 2021



| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/30/2021 | HRW | BL | Draft responses and objections to NPA's discovery requests in notes litigation. | 3.50 | 695.00 | $2,432.50 |
| 04/30/2021 | HRW | BL | Call with J. Morris regarding NPA discovery requests in notes litigation. | 0.10 | 695.00 | $69.50 |
| 04/30/2021 | HRW | BL | Call with D. Klos regarding NPA discovery requests in notes litigation. | 0.60 | 695.00 | $417.00 |
| | | | | 548.80 | | $565,736.50 |

D-CNL000958

Appx. 02764

# EXHIBIT 174

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

|       |        |
|-------|--------|
| May 31, 2021 | |
| Invoice | 127958 |
| Client | 36027 |
| Matter | 00002 |
|        | **JNP** |

RE:  Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  05/31/2021



D-CNL001106

**Appx. 02766**

Pachulski Stang Ziehl & Jones LLP

Page:   12

Highland Capital Management LP

Invoice 127958

36027   - 00002

May 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2021 | GVD | BL | Further revise motion to enforce the reference | 4.30 | 950.00 | $4,085.00 |
| 05/02/2021 | IDK | BL | Review of J Pomerantz comments to draft opposition to Advisors, others motions for withdrawal of reference. | 0.30 | 1325.00 | $397.50 |
| 05/02/2021 | JJK | BL | Analysis withdrawal issues; revise NexPoint/HCMFA oppositions. | 4.30 | 995.00 | $4,278.50 |

D-CNL001107

Pachulski Stang Ziehl & Jones LLP                    Page:    13
Highland Capital Management LP                        Invoice 127958
36027    - 00002                                     May 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2021 | GVD | BL | Further revise and circulate motion to enforce the reference | 4.80 | 950.00 | $4,560.00 |
| 05/02/2021 | GVD | BL | Correspondence re extension of answer date | 0.20 | 950.00 | $190.00 |
| 05/03/2021 | IDK | BL | E-mails with J Kim re his latest revised opposition to | 1.40 | 1325.00 | $1,855.00 |

D-CNL001108

Appx. 02768

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   14

Invoice 127958

May 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | NextPoint motion to withdraw the reference, as well as feedback of others re same and consider (.5) Attend conference call with J Pomerantz, J Kim, G Demo re open issues on draft opposition to motions to withdraw reference (.3); Review of further revised draft of opposition to same (.2); Attend next conference call re same on next draft of opposition (.4). | | | |
| 05/03/2021 | JJK | BL | Emails Pomerantz, Demo re: opp to NextPoint/HCMFA withdrawal reference motions; research/analysis/revisions to same. | 2.40 | 995.00 | $2,388.00 |
| 05/03/2021 | JJK | BL | Prepare opp to HCMFA withdrawal reference motion and analysis for same. | 2.70 | 995.00 | $2,686.50 |
| 05/03/2021 | JJK | BL | Analysis/revise oppositions to NexPoint and HCMFA reference motions. | 3.70 | 995.00 | $3,681.50 |
| 05/03/2021 | JJK | BL | Research/analysis re: reference withdrawal matters. | 1.00 | 995.00 | $995.00 |
| ███ | ██ | ██ | ███████████████████ | ██ | ███ | ████ |
| ███ | ██ | ██ | ███████████████████ | ██ | ███ | ████ |
| ███ | ██ | ██ | ███████████████████ | ██ | ███ | ████ |
| ███ | ██ | ██ | ███████████████████ | ██ | ███ | ████ |
| ███ | ██ | ██ | ███████████████████ | ██ | ███ | ████ |
| 05/03/2021 | JNP | BL | Brief review of motion to enforce reference. | 1.00 | 1295.00 | $1,295.00 |
| 05/03/2021 | JNP | BL | Conference with Robert J. Feinstein regarding motion to enforce reference and related litigation matters. | 0.30 | 1295.00 | $388.50 |
| 05/03/2021 | JNP | BL | Conference with Robert J. Feinstein and Gregory V. Demo regarding  motion to enforce reference. | 0.20 | 1295.00 | $259.00 |
| ███ | ██ | ██ | ███████████████████ | ██ | ███ | ████ |
| 05/03/2021 | JNP | BL | Review revised motion to withdraw reference response. | 0.30 | 1295.00 | $388.50 |
| 05/03/2021 | JNP | BL | Conference with Jonathan J. Kim, Ira D. Kharasch and Gregory V. Demo regarding motion to withdraw | 0.60 | 1295.00 | $777.00 |

Pachulski Stang Ziehl & Jones LLP                    Page:    15
Highland Capital Management LP                       Invoice 127958
36027    - 00002                                     May 31, 2021

| | Hours | Rate | Amount |
|---|---|---|---|

reference responses  (2x).



D-CNL001110
Appx. 02770

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    16
Invoice 127958
May 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ | ███ | ██ | ████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ████████████ | ██ | ██ | ███ |
| 05/03/2021 | GVD | BL | Revise and serve demand letter re Dugaboy note | 0.30 | 950.00 | $285.00 |
| 05/03/2021 | GVD | BL | Revise and serve demand letter re Hunter Mountain note | 0.30 | 950.00 | $285.00 |
| 05/03/2021 | GVD | BL | Conference with PSZJ team re response to withdrawal of reference in NPA notes litigation | 0.40 | 950.00 | $380.00 |
| 05/03/2021 | GVD | BL | Review and revise response to motion to enforce the reference in NPA notes litigation | 1.20 | 950.00 | $1,140.00 |
| 05/03/2021 | GVD | BL | Follow up conference with PSZJ re opposition to motion to withdraw the reference in NPA litigation | 0.30 | 950.00 | $285.00 |
| 05/03/2021 | GVD | BL | Conference with J. Morris re status of notes litigation | 0.20 | 950.00 | $190.00 |
| ███ | ███ | ██ | ███████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | █████████████ | ██ | ██ | ███ |
| ███ | █ | ██ | ███████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ██████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | █████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | █████████████ | ██ | ██ | ███ |
| 05/04/2021 | IDK | BL | Review of J Kim's next version of opposition to NextPoint motion to withdraw reference (.3); E-mails with J Kim re my proposed changes to same, as well as comments/questions from J Pomerantz re same and J Kim response (.5); Review of final revised opposition to same and green light to file (.2). | 1.00 | 1325.00 | $1,325.00 |
| 05/04/2021 | JJK | BL | Emails Demo, Morris, Pomerantz on withdrawal reference pleadings issues; research/revise oppositions to reference withdrawal motions. | 2.20 | 995.00 | $2,189.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      17
Highland Capital Management LP                                       Invoice 127958
36027   - 00002                                                     May 31, 2021

|            |     |    |                                                                              | Hours | Rate    | Amount     |
|------------|-----|----|------------------------------------------------------------------------------|-------|---------|------------|
| 05/04/2021 | JJK | BL | Emails Demo on withdrawal reference pleadings issues; research/revise oppositions to reference withdrawal motions. | 3.90  | 995.00  | $3,880.50  |
| 05/04/2021 | JNP | BL | Review and comment on latest version on motion to withdraw reference.         | 0.20  | 1295.00 | $259.00    |
| 05/04/2021 | RJF | BL | Review and revise motion to enforce the reference.                           | 1.30  | 1395.00 | $1,813.50  |
| 05/04/2021 | JAM | BL | Review draft opposition to withdraw the reference (NexPoint) (0.4).           | 0.40  | 1245.00 | $498.00    |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    18

Invoice 127958

May 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

| 05/04/2021 | HRW | BL | Call with DSI regarding NPA document production for demand note proceeding. | 0.50 | 695.00 | $347.50 |
| 05/04/2021 | HRW | BL | Call with R. Half and J. Morris regarding NPA document production in demand note litigation. | 0.20 | 695.00 | $139.00 |
| 05/04/2021 | HRW | BL | Prepare for call with R. Half and J. Morris regarding NPA document production in demand note litigation. | 1.20 | 695.00 | $834.00 |
| 05/04/2021 | HRW | BL | Review J. Seery comments to NPA R&O's in | 0.30 | 695.00 | $208.50 |

D-CNL001113

Appx. 02773

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    19
Invoice 127958
May 31, 2021



|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | demand in demand note litigation. |  |  |  |
|  |  |  |  |  |  | 97.50 |
| 05/05/2021 | JJK | BL | Research/finalize objection to Dondero motion to withdraw reference. | 3.70 | 995.00 | $3,681.50 |

D-CNL001114

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    20
Invoice 127958
May 31, 2021



|  | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/2021 | JAM | BL | E-mails with B. Assink re: Dondero document production (notes litigation (0.2); review Dondero document production (0.1). | 0.30 | 1245.00 | $373.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ | ███ | ██ | ████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | █████ | ██ | ██ | ███ |
| ███ | ███ | ██ | █████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ██████ | ██ | ██ | ██ |
| ███ | ███ | ██ | ██████ | ██ | ██ | ███ |
| ███ | ███ | ██ | █████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ████ | ██ | ██ | ███ |
| ███ | █ | ██ | ███████ | ██ | ██ | ███ |
| 05/05/2021 | HRW | BL | Prepare interrogatory verification for R&Os to NPA interrogatories in notes litigation (0.2); Review Seery's comments to R&Os to NPA discovery demands in notes litigation (0.1); Review DSI documents for production for NPA discovery demands in notes litigation (0.2). | 0.50 | 695.00 | $347.50 |
| ███ | ███ | ██ | ██████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ████████ | ██ | ██ | ███ |
| 05/06/2021 | IDK | BL | Review of updated opposition to Dondero motion to withdraw reference (.3); E-mails with J Kim re same and further issues on mandatory withdrawal of reference and related memo on same (.3); Telephone conference with J Pomerantz re same (.1); E-mails with J Kim re status and ok to file (.1). | 0.80 | 1325.00 | $1,060.00 |
| 05/06/2021 | IDK | BL | E-mails with J Kim re mistake made in filed opposition today to Dondero motion to withdraw ref, and how to fix, including feedback of J Pomerantz re same. | 0.40 | 1325.00 | $530.00 |
| 05/06/2021 | JJK | BL | Emails Kharasch on withdrawal reference objections, and revise same and prepare supplement for filing. | 4.20 | 995.00 | $4,179.00 |
| ███ | ███ | ██ | ██████ | ██ | ██ | ███ |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   23

Invoice 127958

May 31, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/06/2021 | HRW | BL | Communicate with R. Half re: NPA production in demand note proceeding (0.9); Call with L. Canty re: NPA production in notes litigation (0.1); Review critical dates re: Dondero stay motion and motion to withdraw reference in notes litigation (0.2); Prepare search terms for NPA production in notes litigation (0.3). | 1.50 | 695.00 | $1,042.50 |
| 05/07/2021 | IDK | BL | Review of draft addendum to prior filed opposition to Dondero motion to withdraw ref and consider changes (.2); E-mails with J Kim and J Pomerantz re same, as well as feedback of local counsel (.3). | 0.50 | 1325.00 | $662.50 |
| 05/07/2021 | JJK | BL | Two conf. calls (2x 0.3) with Pomerantz, Kharasch, Demo on reference withdrawal oppositions. | 0.60 | 995.00 | $597.00 |

D-CNL001117

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    24

Invoice 127958

May 31, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/07/2021 | JNP | BL | Review further filing regarding opposition to motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |

D-CNL001118