5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date 10/30/15              Page    1
                                    Primary Account
                                    Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number                      Statement Dates  10/01/15 thru 11/01/15
        Last Statement Balance              Days in the statement period
           12 Deposits/Credits              Average Ledger
            5 Checks/Debits                 Average Collected
        Service Charge                      Interest Earned
        Interest Paid                       Annual Percentage Yield Earned
        This Statement Balance              2015 Interest Paid


        -----------------------------------------------------------------------

        Deposits and Additions
        Date      Description                           Amount
```



---

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                      each banking day will be credited as of that date.

HCMS000163

**Appx. 02385**

5/18/2021                                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date 10/30/15          Page    2
                                        Primary Account    █████████
                                        Enclosures


        Analysis Checking w/ Interest        █████████   (Continued)

        Deposits and Additions
        Date      Description                             Amount
        ████████████████████████████
        ████████████████████████████████████████████


        --------------------------------------------------------------------


        Checks and Withdrawals
        Date      Description                             Amount
        ████████████████████████████████
        ████████████████████████████████████████████
        ████████████████████████████████
        ████████████████████████████████████████
        █████████████████████████████████

        10/28    OUTGOING WIRE                          200,000.00-
                 HIGHLAND CAPITAL MGMT SERVICES
        █████████████████████████████████████


        --------------------------------------------------------------------


        Daily Balance Information
        Date          Balance      Date       Balance     Date      Balance
        ████████████████████████████████████████████████████████
        ██████████████████████████████████████
        ███████████████████████████████████


        --------------------------------------------------------------------


                        Interest Rate Summary
                        Date           Rate
                        ██████████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000164

**Appx. 02386**

5/18/2021                                                      NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | |
|---|---|---|---|---|
| Enter bank balance from statement | | | | |
| Add deposits not credited by bank (if any) | | | | |
| | TOTAL | | | |
| Total of Checks not paid | | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000165
**Appx. 02387**

# EXHIBIT 131

Appx. 02388



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300

| Customer Account Number: | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 1 of 5 |

## MARKET INDICES

Index

HIGHLAND   CAPITAL   MANAGEMENT
SERVICES   INC
ATTN   CARTER   CHISIM
300   CRESCEN   COURT
SUITE   700
DALLAS   TX   75201-7849

### ACCOUNT VALUE SUMMARY

| Description | As of 10/30/15 | This Period |

**TOTAL**

### DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY

| Description | This Statement | Year to Date |

**TOTAL INCOME**

**TOTAL EXPENSES**

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY.  IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

HCMS000172

**Appx. 02389**

| Customer Account Number: ███  AE: PB2   Statement Period: November 01, 2015 to November 30, 2015 | PAGE 2 of 5 |
|---|---|

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election. The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held away are not in the custody or control of Jefferies nor are they covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment. All short positions, including positions established on the day of the assignment, are liable for assignment at any time. A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06

HCMS000173

Appx. 02390



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

SiPC

| Customer Account Number: ▓▓▓ | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 3 of 5 |
|---|---|---|---|

### INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Rate | Debit | Credit |
|---|---|---|---|---|---|---|---|
| 11/23 | WIRE | CASH | | WIRE IN HIGHLAND CAPITAL<br>AC 43100933<br>TwoFour TradeNumber 301033575 | | | 100,000.00 |
| | | | | | .24 | | |

**TOTAL INCOME AND DISTRIBUTION ACTIVITY:**

### OTHER ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|---|

**TOTAL OTHER ACTIVITY:**

### PORTFOLIO SUMMARY

Bond ratings are provided by Moody s and Standard & Poor s, respectively.  For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

**EQUITIES - LONG POSITIONS: 91.30% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

HCMS000174

**Appx. 02391**



# Jefferies

Jefferies LLC
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period:  November 01, 2015  to  November 30, 2015 | PAGE 5 of 5 |
|---|---|---|---|

Customer Notice

## IMPORTANT NOTICE

►In accordance with the requirements of the Securities and Exchange Commission (the "SEC") and the Commodity Futures Trading Commission (the "CFTC"), clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC (the "Company") as of May 31, 2015 by visiting our website at **http://investorrelations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790** or by calling 1-888-JEFFERIES.  The Statement of Financial Condition is also available for your personal inspection at Jefferies LLC's principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the SEC or CFTC in New York.

►Jefferies LLC is subject to the SEC's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. The Company computes net capital under the alternative method of the Rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions), plus excess margin collateral on reverse repurchase transactions. Compliance with the Rule could limit operations of the Company, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by the Company. In addition, Jefferies LLC is registered as a futures commission merchant ("FCM") following its merger with Jefferies Bache LLC in September 2014 and is therefore subject to the CFTC's minimum financial requirements under Rule 1.17. Under the minimum financial requirements, an FCM must maintain adjusted net capital equal to or in excess of the greater of $1,000,000 or the FCM's risk-based capital requirements totaling (i) eight percent of the total risk margin requirement for positions carried by the FCM in customer accounts, plus (ii) eight percent of the total risk margin requirement for positions carried by the FCM in noncustomer accounts. As a dually registered broker-dealer and FCM, Jefferies LLC is required to maintain net capital in excess of the greater of the SEC or CFTC minimum financial requirements. As of May 31, 2015, Jefferies LLC's net capital was $998,320,000 which was $913,625,000 in excess of required net capital.

*** END OF STATEMENT ***

HCMS000176

**Appx. 02393**

# EXHIBIT 132

5/18/2021                                        NexBank SSB

 **NexBank**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

 

```
                                        Date 11/30/15              Page    1
                                        Primary Account    ▓▓▓▓▓▓
                                        Enclosures
```

```
         Highland Capital Management LP
         300 Crescent Court Suite 700
         Dallas TX 75201
```

```
    NexBank's Privacy Policy is accessible at www.NexBank.com
```

```
    Checking Account/s

            Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number          ▓▓▓▓▓▓   Statement Dates  11/02/15 thru 11/30/15
    Last Statement Balance  ▓▓▓▓▓▓   Days in the statement period  ▓▓▓
        8 Deposits/Credits  ▓▓▓▓▓ 8  Average Ledger          ▓▓▓▓▓▓▓▓
        5 Checks/Debits     ▓▓▓▓▓    Average Collected       ▓▓▓▓▓▓▓▓
    Service Charge          ▓▓▓ 0    Interest Earned         ▓▓▓▓▓▓
    Interest Paid           ▓▓▓▓     Annual Percentage Yield Earned  ▓▓▓▓▓
    This Statement Balance  ▓▓▓▓ 0   2015 Interest Paid      ▓▓▓▓▓▓▓
    ----------------------------------------------------------------------
```

```
    Deposits and Additions
    Date     Description                        Amount
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                         each banking day will be credited as of that date.

HCMS000169

Appx. 02395

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date 11/30/15        Page    2
                                        Primary Account      �causa
                                        Enclosures


       Analysis Checking w/ Interest        ▭▭▭       (Continued)

       --------------------------------------------------------------

       Checks and Withdrawals
       Date      Description                          Amount
       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

       11/24     IB Transfer from D ****130 to       250,000.00-
                 D ****656
       ▬▬▬▬▬▬▬▬▬


       --------------------------------------------------------------

       Daily Balance Information
       Date          Balance      Date      Balance    Date      Balance
       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬


       --------------------------------------------------------------

                      Interest Rate Summary
                      Date           Rate
                      ▬▬▬▬▬▬▬▬▬▬

       End of Statement
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000170

**Appx. 02396**

5/18/2021                                                        NexBank SSB

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS |
|---|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

---

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

---

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

---

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000171
**Appx. 02397**

# EXHIBIT 133

5/18/2021                                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                      Date  2/29/16          Page    1
                                      Primary Account
                                      Enclosures


           Highland Capital Management LP
           300 Crescent Court Suite 700
           Dallas TX 75201


           NexBank's Privacy Policy is accessible at www.NexBank.com



           Checking Account/s

                Account Type:  Highland Capital Management LP

           Analysis Checking w/ Interest
           Account Number                     Statement Dates   2/01/16 thru  2/29/16
           Last Statement Balance             Days in the statement period
             13 Deposits/Credits              Average Ledger
             84 Checks/Debits                 Average Collected
           Service Charge                     Interest Earned
           Interest Paid                      Annual Percentage Yield Earned
           This Statement Balance             2016 Interest Paid

           -----------------------------------------------------------------

           Deposits and Additions
           Date      Description                        Amount
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

HCMS000072
Appx. 02399

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                            Date  2/29/16        Page    2
                                            Primary Account
                                            Enclosures
```

Analysis Checking w/ Interest              ███████    (Continued)

Deposits and Additions
Date     Description                              Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date     Description                              Amount



```
      2/10      IB Transfer from D ****130 to      2,000,000.00-
                D ****656
```



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000073
Appx. 02400

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                          Date  2/29/16        Page    3
                                          Primary Account
                                          Enclosures            ████
```

Analysis Checking w/ Interest         ████     (Continued)

Checks and Withdrawals
Date      Description                       Amount



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.

HCMS000074

Appx. 02401

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date  2/29/16        Page    4
                                          Primary Account
                                          Enclosures
```

Analysis Checking w/ Interest          ▓▓▓▓▓▓  (Continued)

Checks and Withdrawals
Date     Description                              Amount



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                       each banking day will be credited as of that date.

HCMS000075
Appx. 02402

5/18/2021                                        NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                    Date   2/29/16          Page    5
                                    Primary Account
                                    Enclosures


        Analysis Checking w/ Interest          ▓▓▓▓▓   (Continued)

        ------------------------------------------------------------------

        Daily Balance Information
        Date        Balance        Date        Balance        Date        Balance
```



```
        ------------------------------------------------------------------

                        Interest Rate Summary
                Date                Rate
                ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

        End of Statement
```

---

MEMBER FDIC                      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.

HCMS000076

Appx. 02403

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | | |
|---|---|---|---|---|---|
| | | Enter bank balance from statement | | | |
| | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | |
| Total of Checks not paid | | Subtract total of checks not paid | | | |
| | | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000077
**Appx. 02404**

# EXHIBIT 134

Page 1 of 16
Primary Account: ██████████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

21   HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████████ | █████ | █████ | █████ |
| **Total Deposit Accounts** | | █████ | █████ |

HCMS000056
**Appx. 02406**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number ███████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 2/1/16 | ████ |
| Deposits/Credits (145) | ████ |
| Withdrawals/Debits (218) | ████ |
| **Ending Balance on 2/29/16** | ████ |

## Courtesy Overdraft Amount

| | |
|---|---|
| Courtesy Overdraft Amount for All Transactions | ████ |

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800 Compass.

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | █████████ | ████ |
| | | ██████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ███████ | ████ |

Page 3 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|---|------------------|
| ■ | | ████████████ ██████ | | ██████ |
| ■ | | ████████████ ██████ | | ██████ |
| ■ | | ████████████ ██ | | ██████ |
| ■ | | ████████████ ██ | | ██████ |
| ■ | | ████████████ ██████ | | ██████ |
| ■ | | ████████████ ████ | | ██████ |
| ■ | | ████████████ ██████ | | ██████ |
| ■ | | ████████████ ██ | | ██████ |
| ■ | | ████████████ ████ | | ██████ |
| ■ | | ████████████ ██████ | | ██████ |
| ■ | | ████████████ ██████ | | ██████ |
| ■ | | ████████████ ██ | | ██████ |
| ■ | | ████████████ ██████ | | ██████ |
| ■ | | ████████████ ████ | | ██████ |
| ■ | | ████████████ ██████ | | ██████ |
| ■ | | ████████████ ██████ | | ██████ |
| ■ | | ████████████ ██████ | | ██████ |
| ■ | | ████████████ ████ | | ██████ |
| ■ | | ████████████ ██ | | ██████ |
| ■ | | ████████████ ██████ | | ██████ |
| ■ | | ████████████ ████ | | ██████ |

**BBVA** Compass



| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|
| ■ | | ████████████ ████████ | ████ |
| ■ | | ████████████████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ████████████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ████████████ | ████ |
| ■ | | ████████████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ██████ ████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ████████ | ████ |
| ■ | | ██ ██ ████████ | ████ |
| ■ | | ██ ████ | ████ |
| ■ | | ████████ | ████ |
| ■ | | ████ ████ | |
| ■ | | ████████ ████ | ████ |
| ■ | | ██ ████ | ████ |
| ■ | | ██████ ████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ████████ ████ | ████ |
| ■ | | ████████ ████ | ████ |

Page 6 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|
| ▪ | | ██████████████████ █████ | ████ |
| ▪ | | ██████████████████ █████ | ████ |
| ▪ | | ██████████████████ | ████ |
| ▪ | | ██████████████████████ | ████ |
| ▪ | | ██████████████████████ | ████ |
| ▪ | | ██████████████████████ | ███ |
| ▪ | | ██████████████████████ | ████ |
| ▪ | | ██████████████████████ | ████ |
| ▪ | | ████████████████████ | █████ |
| ▪ | | ████████████████████ | ████ |
| ▪ | | ████████████████████ | ████ |
| ▪ | | ██████████████████ | ████ |
| ▪ | | ████████████████████ | ████ |
| ▪ | | ██████████████████ | ████ |
| ▪ | | ████████████████ | ████ |
| ▪ | | ████████████████ | ████ |
| ▪ | | ██████████████ | ████ |
| ▪ | | ████████████ | ████ |
| ▪ | | ██████████ | ████ |
| ▪ | | ██████████ | ████ |

**BBVA** Compass



Page 8 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016                29

**BBVA** Compass



HCMS000063

**Appx. 02413**

Page 9 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29

 **BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



**BBVA** Compass



**BBVA** Compass



**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|--------|-------------|------------|
| 2/11 | | OUT WT E-ACCESS CSTREP REF<br>20160211F2QCZ60C001153 BNF Highland Capital M | $250,000.00 |

Page 13 of 16
Primary Account: █████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



HCMS000068

**Appx. 02418**

Page 14 of 16
Primary Account: ▄▄▄▄▄▄
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|------------------|-------------|---------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

Page 15 of 16
Primary Account: ███████████
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | | ██ | ██ | ███ | ██ | ██ | ███ |

*\* Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Step 4 Total | $ |

### Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 135

**BBVA** Compass

21    HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████ | ██████ | ████ | ████ |
| **Total Deposit Accounts** | | ████ | ████ |

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████ - HIGHLAND CAPITAL MANAGEMENT LP

### Account Information

**Change In Terms**

Correction: The fee changes and effective date listed on last month's statements were intended for other account types and are not applicable to your account.  Below are the fee changes that will go into effect July 1, 2016:
Checks Paid/Debits - $0.19; Deposited Items Drawn on BBVA Compass - $0.15; Incoming Wire - $15.00; Incoming Wire fee with fax/e-mail notification - $16.00; Incoming Wire fee with phone notification - $18.00; Incoming International wire - $15.75; Manual Outgoing repetitive wire - $20.00; Manual Outgoing non-repetitive wire - $25.00; Manual Outgoing repetitive wire fee with notification - $26.00; Outgoing Automatic Standing Transfer - $9.00; Rerun Deposited Item - $9.00; Return Deposited Item - $12.00. Call Business Relationship Services with questions regarding these changes.

### Activity Summary

| | |
|---|---|
| Beginning Balance on 4/1/16 | ███████ |
| Deposits/Credits (53) | ███████ |
| Withdrawals/Debits (207) | ███████ |
| **Ending Balance on 4/30/16** | ███████ |

### Courtesy Overdraft Amount

Courtesy Overdraft Amount for All Transactions                                        $5,000.00

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800-Compass.

### Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|



**BBVA** Compass



Page 4 of 12
Primary Account:
Beginning April 1, 2016 - Ending April 30, 2016                    30



BBVA Compass



Page 5 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|





April 30, 2016                          30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 4/5 | | OUT WT E-ACCESS CSTREP REF 20160405F2QCZ60C001480 BNF Highland Capital M | $6,000,000.00 |

Page 7 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass



Page 8 of 12
Primary Account:
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|------|------|---|---|



Page 9 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 10 of 12
Primary Account: ███████████
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

Page 11 of 12
Primary Account: ████████
Beginning April 1, 2016 - Ending April 30, 2016            30

**BBVA** Compass

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ███ | ██ | ██ | ██ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | | | | |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATMs) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATMs via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.

# EXHIBIT 136

5/18/2021                                            NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  5/31/16          Page   1
                                    Primary Account        ████████
                                    Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at 972-934-4700.
```

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest

```
Account Number            ████████     Statement Dates   5/02/16 thru  5/31/16
Last Statement Balance    ████████     Days in the statement period    ██
     9 Deposits/Credits   ████████     Average Ledger             ████████
     5 Checks/Debits      ████████     Average Collected          ████████
Service Charge            ████████     Interest Earned            ████████
Interest Paid             ████████     Annual Percentage Yield Earned  ████████
This Statement Balance    ████████     2016 Interest Paid         ████████
```

--------------------------------------------------------------------------------

Deposits and Additions
Date      Description                      Amount



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                          each banking day will be credited as of that date.

HCMS000097

**Appx. 02436**

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date  5/31/16          Page    2
                                    Primary Account        ███████
                                    Enclosures
```

Analysis Checking w/ Interest          ████     (Continued)

Deposits and Additions
Date     Description                            Amount
████████████████████
████████████████████████████████
█████████████████████████████████████████

--------------------------------------------------------------

Checks and Withdrawals
Date     Description                            Amount
 5/04    IB Transfer from D ****130 to      2,700,000.00-
         D ****656
██████████████████████████████████████████
███████████████████████████
██████████████████████████████████████████
███████████████████████████
██████████████████████████████████████████
█████████████████████████████████
██████████████████████████████████████████
██████████████████████

--------------------------------------------------------------

Daily Balance Information
Date        Balance       Date       Balance      Date       Balance
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████████

--------------------------------------------------------------

              Interest Rate Summary
              Date            Rate
              ███████████████████████

      End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000098
**Appx. 02437**

5/18/2021                                                       NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS |
|---|---|---|---|---|

**Reconciliation of Account**

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| CHECKS WRITTEN BUT NOT PAID | | |
|---|---|---|
| NUMBER | AMOUNT | |

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000099

Appx. 02438

# EXHIBIT 137

5/18/2021                                    NexBank SSB

 **NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

 

```
                                    Date  7/29/16              Page    1
                                    Primary Account        ███████
                                    Enclosures
```

```
            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201
```

```
        NexBank's Privacy Notice, which has not changed, is available on our website
        at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
        Privacy Notice mailed to you, please call us at 972-934-4700.
```

Checking Account/s

            Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest

```
Account Number                ███████    Statement Dates   7/01/16 thru  7/31/16
Last Statement Balance        ███████    Days in the statement period    ███████
    13 Deposits/Credits       ███████    Average Ledger          ███████
    12 Checks/Debits          ███████    Average Collected       ███████
Service Charge                  ███████  Interest Earned         ███████
Interest Paid                 ███████    Annual Percentage Yield Earned  ███████
This Statement Balance        ███████    2016 Interest Paid      ███████
```

--------------------------------------------------------------------------------

Deposits and Additions
Date        Description                          Amount



<hr>

MEMBER FDIC                 NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                       each banking day will be credited as of that date.

HCMS000122
**Appx. 02440**

5/18/2021                                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date  7/29/16          Page     2
                                    Primary Account        ███████
                                    Enclosures
```

Analysis Checking w/ Interest    ███████████    (Continued)

Deposits and Additions
Date     Description                              Amount

███████████████████████    ██████████
███████████████████████    ████████████
███████████████████████    ██████████
███████████████████████    ████████████
███████████████████████    ██████████
███████████████████████    ████████████
███████████████    ██████████
███████████████████████    ████████████

-------------------------------------------------------------------

Checks and Withdrawals
Date     Description                              Amount
 7/01    IB Transfer from D ****130 to          30,000.00-
         D ****656



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
             Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
             each banking day will be credited as of that date.

HCMS000123
**Appx. 02441**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date  7/29/16          Page     3
                                    Primary Account        ▇▇▇▇▇▇
                                    Enclosures


        Analysis Checking w/ Interest     ▇▇▇▇▇▇      (Continued)

        Checks and Withdrawals
        Date     Description                        Amount
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇           ▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        ------------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date        Balance      Date        Balance
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        ------------------------------------------------------------------

                        Interest Rate Summary
                        Date            Rate
                        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000124

**Appx. 02442**

5/18/2021                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

| Total of Checks not paid | | | | Subtract total of checks not paid | | | | |
|---|---|---|---|---|---|---|---|---|

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

---

Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.

---

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

---

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000125
Appx. 02443

# EXHIBIT 138

Appx. 02444

Page 1 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

21   HIGHLAND  CAPITAL  MANAGEMENT  LP
     MASTER  OPERATING  ACCOUNT
     300  CRESCENT  CT  STE  700
     DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

Phone  1-800-266-7277

Online  bbvacompass.com

Write  BBVA Compass
       Customer Service
       P.O. Box 10566
       Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ███████████ | ███████ | | |
| **Total Deposit Accounts** | | ██████ | ██████ |

Coming soon! Save money and go green by offering your customers online bills and payment initiation.
BBVA Compass Electronic Bill Presentment and Payment is the most efficient way to deliver your bills
using your company's webpage and accept payments online or by phone. If customers use their own
banking service to pay bills online, we can help you streamline processing using BBVA Compass
e-Lockbox. Contact your BBVA Compass Treasury Management Officer for more details.

———

HCMS000126

**Appx. 02445**

Page 2 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████ - HIGHLAND CAPITAL MANAGEMENT LP

**Account Information**

As a reminder, on September 23, 2016, the Automated Clearing House (ACH) will begin supporting interbank same day ACH credit transactions. Interbank same day ACH origination will be available through BBVA Compass at a later date on an **opt-in basis only**. Please contact your Treasury Management Officer for assistance.

To reflect this change for Interbank same day ACH through BBVA Compass, we have updated Section 3 of ACH Prepaid Services terms and conditions and added Section 18 to the ACH terms and conditions of our Treasury Management Services Agreement.

Additional terms have also been added to the ACH terms and conditions regarding NOCs in Section 6, fees for returned and disputed entries in Section 7 and third party processors in Section 12.

Please review the changes in the Treasury Management Services Agreement and print a complete copy for your records. You can find a current version of the agreement by going to:

http://www.bbvacompass.com/commercial/treasury-management/resource-central/
The user ID is "treasury" and the password is "management."

**Activity Summary**

| | |
|---|---|
| Beginning Balance on 8/1/16 | ████ |
| Deposits/Credits (99) | ████ |
| Withdrawals/Debits (224) | ████ |
| **Ending Balance on 8/31/16** | ████ |

## Deposits and Other Credits



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|

HCMS000127

**Appx. 02446**

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

Page 4 of 14
Primary Account: ████████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

Page 5 of 14
Primary Account: ██████████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|--|------------------|

Page 6 of 14
Primary Account: █████████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

Page 7 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass



| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

Page 8 of 14
Primary Account: ████████
Beginning August 1, 2016 - Ending August 31, 2016            31

**BBVA** Compass



| Date * | Check/ Serial # | Description | | | Withdrawals/ Debits |
|---|---|---|---|---|---|

8/5 | | OUT WT E-ACCESS CSTREP REF 20160805F2QCZ60C000943 BNF Highland Capital M | | | $525,000.00

99994

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

**BBVA** Compass



Page 11 of 14
Primary Account: █████████
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 12 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary





Page 13 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | | ████ |
| ██ | ████ | ██ | ████ | ██ | |
| ██ | ████ | ██ | ████ | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | |
| ██ | ██ | | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ███ | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | | ██ | ██ | |
| ██ | ██ | | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | ███ | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | ██ | ██ | ██ | ██ |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller
card (ATM) transactions in your register.

• Record all automated deductions, debit card
transactions and electronic bill payments.

• Record and deduct service charges, check printing
charges, or other bank fees.

• If you have an interest bearing account, add any
interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark
in your register each check or other transaction that is
listed on this statement.

**Step 3** • List any deposits or credits you have made that do not
appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card
transactions, electronic payments and other
deductions that do not appear on this statement (see
space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on
this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should
match your register entries.
· If you have questions or need assistance, please refer to the phone
number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this
statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to
BBVA Compass Bank, Operations Compliance Support, P.O. Box
10566, Birmingham, AL 35296. Or simply call your local customer
service number printed on the front of this statement. Call or write as
soon as you can, if you think your statement or receipt is wrong or if
you need more information about a transfer on the statement or
receipt. We must hear from you no later than 60 days after we sent
the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can
why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10
business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will
credit your account for the amount you think is in error, so that you will have the use of the
money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account
Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is
computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366,
which gives you the "Applicable Rate." Although we calculate the interest charge by applying the
Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying
the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on
this statement, then multiplying that sum by the number of days in the billing cycle. To get the
"Balance Subject to Interest Rate" shown on this statement we take the beginning balance of
your account less any unpaid finance charges each day, add any new advances or debits, and
subtract any payments or credits. This gives us the daily balance. Then we add all the daily
balances for the billing cycle and divide by the number of days in the billing cycle. This give us
the "average daily balance" shown on the statement as "Balance Subject to Interest Rate".
Payments. Payments to your overdraft protection loan account made through our tellers or
deposited at our automated teller machines (ATM s) Monday through Friday before the posted
cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be
posted on the next business day. Payments made through our ATM s via a funds transfer will be
posted on the date they are received or on the next business day if made after 6pm CT (6pm MT
for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime
Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through
Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your
statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box
2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA
Compass branch listed on the front of this statement to speak with a Customer Service
Representative. Please note: a telephone inquiry will not preserve your rights under federal law.
We must hear from you no later than sixty (60) days after we sent you the first statement on
which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can
why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if
you think your statement is wrong. To stop the payment, your letter must reach us three (3)
business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper
transactions on your account be reported to us as soon as reasonably possible. If you fail to
notify us of any suspected problems, errors or unauthorized transactions within the time periods
specified in the deposit account agreement, we are not liable to you for any loss related to the
problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.

# EXHIBIT 139

Appx. 02459

5/18/2021                                                    NexBank SSB

 **NexBank**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

 

```
                                          Date   8/31/16         Page    1
                                          Primary Account        ████████
                                          Enclosures
```

```
          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201
```

```
          NexBank's Privacy Notice, which has not changed, is available on our website
          at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
          Privacy Notice mailed to you, please call us at 972-934-4700.
```

Checking Account/s

          Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest

| | | | |
|---|---|---|---|
| Account Number | ████████ | Statement Dates  8/01/16 thru  8/31/16 | |
| Last Statement Balance | ████████ | Days in the statement period | ████ |
| 11 Deposits/Credits | ████████ | Average Ledger | ████ |
| 7 Checks/Debits | ████████ | Average Collected | ████ |
| Service Charge | ████ | Interest Earned | ████ |
| Interest Paid | ████ | Annual Percentage Yield Earned | ████ |
| This Statement Balance | ████████ | 2016 Interest Paid | ████ |

```
--------------------------------------------------------------------------------
```

Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| ████ | ████████████████████ | ████ |
| ████ | ████████████████████ | ████ |
| ████ | ████████████████████ | ████ |
| ████ | ████████████████████ | ████ |
| ████ | ████████████████████ | ████ |
| ████ | ████████████████████ | ████ |
| ████ | ████████████████████ | ████ |
| ████ | ████████████████████ | ████ |
| ████ | ██████████ | |

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000140

**Appx. 02460**

5/18/2021                                         NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date  8/31/16           Page    2
                                    Primary Account
                                    Enclosures              ███████


         Analysis Checking w/ Interest    ██████      (Continued)

         Deposits and Additions
         Date     Description                         Amount
         ██   ████████████████████          ████████
         ██   ████████████████            ████████
         ██   ████████████████████          ████████
         ██   ██████████              ████████

         ---------------------------------------------------------------

         Checks and Withdrawals
         Date     Description                         Amount
         ██   ████████████████          ████████
         ██   ████████████████          ████████
         ██   ████████████████████          ████████
         8/19     IB Transfer from D ****130 to       250,000.00-
                  D ****656
         ██   ████████████████████          ████████
         ██   ████████████              ████████
         ██   ██████████████            ████████

         ---------------------------------------------------------------

         Daily Balance Information
         Date        Balance       Date     Balance    Date     Balance
         ██    ████████   ██  ██████████  ██  ██████████
         ██    ████████   ██  ██████████  ██  ██████████
         ██    ████████   ██  ██████████
```

MEMBER FDIC                      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
           Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
           each banking day will be credited as of that date.

HCMS000141

**Appx. 02461**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                         Date  8/31/16          Page    3
                                         Primary Account
                                         Enclosures           ██████


           Analysis Checking w/ Interest          1614130   (Continued)


           --------------------------------------------------------------------


                        Interest Rate Summary
                        Date                    Rate
                        ██████              ████████


           End of Statement
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000142

**Appx. 02462**

5/18/2021                                         NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000143

**Appx. 02463**

# EXHIBIT 140

**BBVA** Compass

```
61    I  G. I NADC  TAPGMAN  SADAL dS dDM NP
      SAFMdR OPdRAMBL  ATTOUDM
      H00  TRdFTdDM TM FMd  300
      CANNAF M7  3X601E3584
```

### Contacting Us

Availa, le , y bpone 68f8

Ppone   1E500IB- - E3633

Online   , , vacomba. .xcom

K rite   BBs A Tomba. .
         Tu. tomer Fervice
         PxOxBo( 10X- -
         Birmingpam2ANHX64-

## / our BBs A Tomba. .  AccountWV

Plea. e . ee imbortant me. . age regar9ing your
MRdAFUR/  SADAL dS dDMADAN FG TI d TY0L
account

# Fummary of Account.

## Deposit Accounts/ Other Products

| Account | Account num, er | dn9ing , alance la. t. tatement | dn9ing , alance tpi. . tatement |
|---|---|---|---|
| ████████████ | ███████ | | |
| **Total Deposit Accounts** | | **$315,335.01** | **$1,090,753.79** |

Page 6 of 16
Primary Account: ▮
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

# MRd AFUR/ S ADAL dS d DMADAN/ F G T I d TY GL

Account Dum, er: ▮           El  G I NADC TAP G SANS ADAL dS d DMN P

## Account Information

K e pave ub9ate9 certain term. an9 con9ition. of tpe Mrea. ury S anagement Fervice
Agreement for tpe L eneral Provi. ion. for tpe follo) ing . ection. : Autporive9
Rebre. entative2d ligi, le Account. 2T onfi9entiality an9 " orce S a"eurex G a99ition2t) o ne)
. ection. pave al. o , een a99e9 to tpe L eneral Provi. ion. : Cefinition. an9 M pir9 Party
Proce. . or. xPlea. e revie) tpe. e . ection. of tpe Mrea. ury S anagement Agreement online
an9 brint a comblete coby for your recor9. x M pe. e term. an9 con9ition. ) ill , ecome
effective a. of Cecem, er 12601- x All otper term. an9 con9ition. of tpe Mrea. ury
S anagement Fervice Agreement ) ill continue in full force an9 effectx/ ou can fin9 a
current ver. ion of tpe agreement , y going to:
pttb:H) ) ) x , vacomba. . x com h commercial htrea. ury E managementh re. ource E central h

M pe u. er C i. $ trea. ury $ an9 tpe ba. . ) or9 i. $ management x $

## Activity Summary

| | |
|---|---|
| Beginning Balance on 4H1H1- | ▮ |
| Cebo. it. H're9it. V X- V | ▮ |
| K itp9ra) al. I Ce, it. W5- V | ▮ |
| **Ending Balance on 9/30/16** | ▮ |

## Deposits and Other Credits



| Cate * | Tpeckh Ferial # | Ce. cribtion | Cebo. it. h Tre9it. |
|---|---|---|---|

**Appx. 02466**

**BBVA** Compass



**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | | Cebo. it. h T re9it. |
|---|---|---|---|---|

Page X of 16
Primary Account: ████████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-              H0

**BBVA** Compass



Plea. e note2certain fee. an9 cparge. bo. te9 to your account may relate to . ervice. an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i. tpe , u. ine. . 9ay tpat tpe tran. action i. broce. . e9x

## Withdrawals and Other Debits



**BBVA** Compass



**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | | K itp9ra) al. h Ce, it. |
|---|---|---|---|---|

**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|--------|------------------|--------------|-------------------------|

4f66          OUMK MdEAT TdFF TFMRdP Rd"          Qf5X2000x00
              601- 0466" 6Z Tq- 0T000- 5HBD"  I igplan9 Tabital S

**BBVA** Compass



Page 10 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|--------|------------------|--------------|-------------------------|



Plea. e note2certain fee. an9 cparge. bo. te9 to your account may relate to . ervice. an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i. tpe , u. ine. . 9ay tpat tpe tran. action i. broce. . e9x

## End of Business Day Balance Summary

| Cate | Balance | Cate | Balance | Cate | Balance |
|------|---------|------|---------|------|---------|



## Summary of Checks

| Cate | T peck # | Amount | Cate | T peck # | Amount | Cate | T peck # | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|

HCMS000153

**Appx. 02474**

Primary Account: ███████
Beginning Febtem, er 12601-  Edn9ing Febtem, er H02601-            H0

**BBVA** Compass

| Cate | T peck # | Amount | Cate | T peck # | Amount | Cate | T peck # | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| ███ | ████ | ████ | | | | | | |

*\* Indicates break in check sequence*

HCMS000154

**Appx. 02475**

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter all cpeck. 29ebo. it. 2an9 otper automate9 teller car9 WAMS Vtran. action. in your regi. terx
• Recor9 all automate9 9e9uction. 29e, it car9 tran. action. an9 electronic , ill bayment. x
• Recor9 an9 9e9uct . ervice cparge. 2cpeck brinting cparge. 2or otper , ank fee. x
• ©you pave an intere. t , earing account2a99 any intere. t earne9 . po) n on tpi. . tatementx

**Step 2** • ©abblica, le2. ort cpeck. in numerical or9er an9 mark in your regi. ter eacp cpeck or otper tran. action tpat i. li. te9 on tpi. . tatementx

**Step 3** • N. t any 9ebo. it. or cre9it. your pave ma9e tpat 9o not abbear on tpi. . tatement Wee . bace brovi9e9 , elo) Vk

**Step 4** • N. t any ceck. pay ) ritten29e, it car9 tran. action. 2electronic bayment. an9 otper 9e9uction. tpat 9o not abbear on tpi. . tatement Wee . bace brovi9e9 , elo) Vk

| CatetCe. cribtion | Amount |
|---|---|
| | j |
| | j |
| | j |
| | j |
| | j |
| | j |
| | j |
| Fteb HMbtal | Q |

| CatetCe. cribtion | Tpeck # | Amount |
|---|---|---|
| | | j |
| | | j |
| | | j |
| | | j |
| | | j |
| | | j |
| | | j |
| Fteb 8 Mbtal | | Q |

## Balancing Your Register to this Statement

**Step 5** | dnter tpe Scurrent , alanceS. po) n on tpi.
. tatement                                                 j

| A99 total from Fteb H                                      j

| Fu, total

| Fu, tract total from Fteb 8                                j

| Mbi. , alance . poul9 e•ual your regi. ter
, alance                                                    j

| ©it 9oe. not agree2e. te. teb. , elo)            Q       j

©your account 9oe. not , alance2revie) tpe follo) ing:
· Tpeck all your a99ition an9 . u, traction a, ove in your regi. terx
· Sake . ure you remem, ere9 to . u, tract . ervice cparge. li. te9 on tpi. . tatement an9 a99 any intere. t earne9 to your regi. terx
· Amount. of 9ebo. it. an9 ) itp9ra) al. on tpi. . tatement . poul9 matcp your regi. ter entrie. x
· ©you pave •ue. tion. or nee9 a. . i. tance2blea. e refer to tpe bpone num, er on tpe front of tpi. . tatementx

## Change of Address

Plea. e call u. at tpe telebpone num, er li. te9 on tpe front of tpi.
. tatement to tell u. a, out a cpange of a99re. . x

### Electronic Transfers *(for consumer accounts only)*

©i ca. e of error. or •ue. tion. a, out your d1ectronic Man. fer. 2) rite to BBs A Tomba. . Bank2Oberation. Tombliance Fubbort2PxOxBo( 10X- 2Birmingpam2ANHM4- xOr. imbly call your local cu. tomer . ervice num, er brinte9 on tpe front of tpi. . tatementxTall or ) rite a. . oon a. you can2if you tpink your . tatement or receibt i. ) rong or if you nee9 more information a, out a tran. fer on tpe . tatement or receibtx K e mu. t pear from you no later tpan - 0 9ay. after i. ent tpe fir. t . tatement on ) picp tpe error or bro, lem abbeare9x

| Mell u. your name an9 account num, er Wif anyVk
| Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can ) py you , elieve it i. an error or ) py you nee9 more informationx
| Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

K e ) ill inve. tigate your comblaint an9 ) ill correct any error brombtlyx©. ) e take more tpan 10 , u. ine. . 9ay. V9O on claim. on account. obene9 le. . tpan H0 calen9ar 9ay. Vto 9o tpi. 2) e ) ill cre9it your account for tpe amount you tpink i. in error2. o tpat you ) ill pave tpe u. e of tpe money 9uring tpe time it take. u. to comblete our inve. tigationx

*" or DonET on. umer Account cu. tomer. 2blea. e refer to your current DonET on. umer Account Agreement for 9etail. regar9ing d1ectronic " un9 Man. fer. x

### Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate** Xtpe intere. t cparge i. combute9 u. ing your annual bercentage rate 9ivi9e9 , y H X or2in tpe ca. e of a leab year2H - 2 ) picp give. you tpe 2Abblica, le RateX Altpougp ) e calculate tpe intere. t cparge , y abblying tpe Abblica, le Rate to eacp 9aily , alance2tpe intere. t cparge can al. o , e calculate9 , y multiblying tpe Abblica, le Rate , y tpe 2average 9aily , alance" Xbalance Fu, "ect to dtere. t RateV. po) n on tpi. . tatement2tpen multiblying tpat . um , y tpe num, er of 9ay. in tpe , illing cyclexMo get tpe 2Balance Fu, "ect to dtere. t Rate" . po) n on tpi. . tatement ) e take tpe , eginning , alance of your account le. . any unbai9 finance cparge. eacp 9ay2a99 any ne) a9vance. or 9e, it. 2an9 . u, tract any bayment. or cre9it. xMbi. give. u. tpe 9aily , alancexMpen ) e a99 all tpe 9aily , alance. for tpe , illing cycle an9 9ivi9e , y tpe num, er of 9ay. in tpe , illing cyclexMbi. give. u. tpe 2average 9aily , alance" . po) n on tpe 2Balance Fu, "ect to dtere. t Rate"x Payment. xPayment. to your over9raft brotection loan account ma9e tprougp our teller. or 9ebo. ite9 at our automate9 teller macpine. WAMS . VS on9ay tprougp " ri9ay , efore tpe bo. te9 cutEoff time ) ill , e bo. te9 to your account on tpe 9ate tpey are accebte9xOtper) i. e2tpey ) ill , e bo. te9 on tpe ne(t , u. ine. . 9ayxPayment. ma9e tprougp our AMS . via a fun9. tran. fer ) ill , e bo. te9 on tpe 9ate tpey are receive9 or on tpe ne(t , u. ine. . 9ay if ma9e after - bm T MWbm S M for Ariwona account. an9 - bm PMfor Talifornia account. VS on9ay tprougp " ri9ay or anytime Fatur9ay2Fun9ay or , ank poli9ay. xBBs A Tomba. . Bank , u. ine. . 9ay. are S on9ay tprougp " ri9ay2e(clu9ing poli9ay. x

**In Case of Errors or Questions About Your Statement** VOver9raft Protection OnlyV
©you tpink your . tatement i. ) rong2or if you nee9 more information a, out a tran. action on your . tatement2) rite your . t . ue on a . ebarate 9ocument an9 . en9 it to Bankcar9 T enter2PxOxBo( 66102Cecatur2ANHX- 44E0001xMelebpone in• uirie. may , e ma9e , y calling your local BBs A Tomba. . rancp li. te9 on tpe front of tpi. . tatement to . beak ) itp a Tu. tomer Fervice Rebre. entativexPlea. e note: a telebpone in• uiry i. not bo. te. erve your rigpt. un9er fe9eral la) x K e mu. t pear from you no later tpan . i( ty W0V9ay. after ) e . ent you tpe fir. t . tatement on ) picp tpe error or bro, lem abbeare9x

·   Mell u. your name an9 account num, er Wif anyVk
·   Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can ) py you , elieve it i. an error or ) pat you nee9 more informationx
·   Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

/ ou can . tob tpe automatic 9e9uction of tpe S inimum Payment from you cpecking account if you tpink your . tatement i. ) rongxM0. tob tpe bayment2your letter mu. t reacp u. tpree VN/ , u. ine. . 9ay. . efore tpe automatic 9e9uction i. . cpe9ule9 to occurx

### Reporting Other Problems

Plea. e revie) your . tatement carefullyx©i. e. . ential tpat any account error. or any imbrober tran. action. on your account. or reborte9 to u. a. . oon a. ro. ona, ly bo. . i, lexSyou fail to notify u. of any . u. becte9 bro, lem. 2error. or unautporive9 tran. action. ) itpin tpe time berio9. . becifie9 in tpe 9ebo. it account agreement2) e are not lia, le to you for any lo. . relate9 to tpe bro, lem2error2or unautporive9 tran. actionx

BBs A Tomba. . i. a tra9e name of Tomba. . Bank2a mem, er of tpe BBs A L roubx Tomba. . Bank2S em, er " C©x

# EXHIBIT 141

Appx. 02477



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                              Date  12/30/16          Page    1
                                              Primary Account
                                              Enclosures        ██████████
```

Highland Capital Management LP
300 Crescent Court Suite 700
Dallas TX 75201

```
NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                         Statement Dates  12/01/16 thru 12/31/16
Last Statement Balance                 Days in the statement period
   14 Deposits/Credits                 Average Ledger
   11 Checks/Debits                    Average Collected
Service Charge                          Interest Earned
Interest Paid                          Annual Percentage Yield Earned
This Statement Balance                 2016 Interest Paid
```



```
Deposits and Additions
Date         Description                                Amount
```

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                              Date  12/30/16        Page    2

HCMS000177

**Appx. 02478**

NexBank SSB



Primary Account
Enclosures

Analysis Checking w/ Interest                    (Continued)

Deposits and Additions
Date        Description                              Amount

--------------------------------------------------------------------------------

Checks and Withdrawals
Date        Description                              Amount

12/12       IB Transfer from D ****130 to           7,700,000.00-
            D ****656

--------------------------------------------------------------------------------

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.



**NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



FDIC

Date 12/30/16                    Page     3
Primary Account
Enclosures

Analysis Checking w/ Interest                    (Continued)

--------------------------------------------------------------------------------

Daily Balance Information

HCMS000178

**Appx. 02479**

NexBank SSB



```
      Date           Balance        Date        Balance        Date        Balance
```

---

Interest Rate Summary
Date                    Rate

End of Statement

MEMBER FDIC

NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|
| **Reconciliation of Account** | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | | |
| NUMBER | AMOUNT | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| | | Sort your checks numerically or by date issued. | | | |
| | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | Reconcile your statement in the space provided below. | | | |
| | | Enter bank balance from statement | | | |
| | | Add deposits not credited by bank (if any) | | | |
| | | TOTAL | | | |

HCMS000179

**Appx. 02480**

NexBank SSB

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| | | | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000180

**Appx. 02481**

# EXHIBIT 142

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  3/31/17          Page    1
                                    Primary Account        █████████
                                    Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at 972-934-4700.


Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number              █████████    Statement Dates   3/01/17 thru  4/02/17
Last Statement Balance      █████████    Days in the statement period    ████
    5 Deposits/Credits      █████████    Average Ledger         █████████
   20 Checks/Debits         █████████    Average Collected      █████████████
Service Charge              █████████    Interest Earned        █████████████
Interest Paid               █████████    Annual Percentage Yield Earned ████████
This Statement Balance      █████████    2017 Interest Paid     █████████████

--------------------------------------------------------------------------------

Deposits and Additions
Date      Description                          Amount
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

--------------------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                        Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                              each banking day will be credited as of that date.

HCMS000078

**Appx. 02483**

5/18/2021                                                NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  3/31/17        Page    2
                                        Primary Account
                                        Enclosures              ████
```

```
    Analysis Checking w/ Interest        ████        (Continued)

    Checks and Withdrawals
    Date     Description                          Amount
```



```
    3/31      IB Transfer from D ****130 to        150,000.00-
              D ****656
```

--------------------------------------------------------------------

```
    Daily Balance Information
    Date          Balance      Date        Balance      Date        Balance
```

--------------------------------------------------------------------

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

HCMS000079

**Appx. 02484**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date  3/31/17          Page    3
                                    Primary Account
                                    Enclosures
```

                  Analysis Checking w/ Interest        ⬛⬛⬛⬛)  (Continued)

                            Interest Rate Summary
                        Date              Rate

                  End of Statement

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000080
Appx. 02485

5/18/2021                                                    NexBank SSB

|  OUTSTANDING CHECKS  |  RECONCILIATION INSTRUCTIONS  |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000081

Appx. 02486

# EXHIBIT 143

5/18/2021                                                                 NexBank SSB

 **NEXBANK**™




2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                          Date   3/30/18        Page      1
                                          Primary Account      ███████
                                          Enclosures
```

```
        Highland Capital Management Services Inc
        Attn Kristin Hendrix
        300 Crescent Court Suite 700
        Dallas TX 75201
```

NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management Services Inc
                       Attn Kristin Hendrix

```
Business Checking
Account Number            ██████       Statement Dates   3/01/18 thru  4/01/18
Last Statement Balance    ████████     Days in the statement period         ██
    1 Deposits/Credits    ███████      Average Ledger                  ████████
    5 Checks/Debits       ███████      Average Collected            ██████████
Service Charge                 ███
Interest Paid
This Statement Balance    ████████
```

--------------------------------------------------------------------------------

```
Deposits and Additions
Date      Description                               Amount
 3/26     IB Transfer from D ****130 to          150,000.00
          D ****656
```

--------------------------------------------------------------------------------

```
Checks and Withdrawals
Date      Description                               Amount
```

MEMBER FDIC                      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000181

**Appx. 02488**

5/18/2021                                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  3/30/18          Page    2
                                        Primary Account   ████████
                                        Enclosures
```

Business Checking            ████████   (Continued)

--------------------------------------------------------------------------------

                    --- CHECKS IN NUMBER ORDER ---
      Date     Check No              Amount
      ████████████████████████████████████
      ████████████████████████████████

--------------------------------------------------------------------------------

      Daily Balance Information
      Date        Balance      Date        Balance      Date        Balance
      ████████████████████████████████████████████████████████████████
      ████████████████████████████████████████████████████████████████

      End of Statement

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                     each banking day will be credited as of that date.

HCMS000182

**Appx. 02489**

5/18/2021                                                                NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS |
|---|---|---|---|---|

**Reconciliation of Account**

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| CHECKS WRITTEN BUT NOT PAID | | | |
|---|---|---|---|
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Enter bank balance from statement | | | |
| | | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000183

**Appx. 02490**

# EXHIBIT 144

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                         Date   6/29/18          Page     1
                                         Primary Account         ██████████
                                         Enclosures
```

```
        Highland Capital Management Services Inc
        Attn Kristin Hendrix
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
        NexBank's Privacy Notice, which has not changed, is available on our website
        at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
        Privacy Notice mailed to you, please call us at 972-934-4700.

        Checking Account/s

              Account Type:  Highland Capital Management Services Inc
                             Attn Kristin Hendrix

        Business Checking
        Account Number          ████████       Statement Dates   6/01/18 thru  7/01/18
        Last Statement Balance  ████████       Days in the statement period    ████
        ████████████████████    ████████       Average Ledger
                                               Average Collected   █████████████
        Service Charge          █████████
        Interest Paid
        This Statement Balance  █████████
```

```
        --------------------------------------------------------------------------------

        Deposits and Additions
        Date     Description                        Amount
         6/25    IB Transfer from D ****130 to      200,000.00
                 D ****656
```

```
        --------------------------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                        Amount
        ████████████████████████████████████████
        ████████████████████████████████████████
```

```
        --------------------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                         each banking day will be credited as of that date.

HCMS000184
**Appx. 02492**

5/18/2021                                   NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  6/29/18        Page      2
                                          Primary Account
                                          Enclosures                     ███████
```

Business Checking                 ██████  (Continued)

Daily Balance Information
Date          Balance      Date          Balance      Date          Balance
████████████████████████████████████████████████████████████████████

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                       each banking day will be credited as of that date.

HCMS000185

**Appx. 02493**

5/18/2021                                                NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | | TOTAL | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000186

**Appx. 02494**

# EXHIBIT 145

Appx. 02495

**BBVA** Compass

, 1   9 HI 9 GALN  DAPH CAG  F ALAI EF ELC  GP
FATCEM  SPEMACHLI   ADDSRLC
622  DMETDELC DC TCE  O22
NAGGAT  CU  O3, 21-O7X0

## Contacting Us

A5aiồia4& 4y vI one , XpO

Pl one   1-722-, hh-Q OO

Sn8ne   445acomva/ / scom

.  rite   BBVA Domva/ /
Du/ tomer Ter5ice
PsSsBoV 123hh
Birmingl ambAG63, 0h

# Tummary of Account/

## Deposit Accounts/ Other Products

| Account | Account num4er | Ending 4a8ance 8a/ t / tatement | Ending 4a8ance tl i/ / tatement |
|---|---|---|---|
| ██████████████████ | ██████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

**BBVA** Compass

# CMEATRMx F AL AI  EF EL C AL AGx THT  D9 EDYHLI

Account Lum4er: ███████ - 9HI 9GAL N DAPHCAGF AL AI  EF EL C GP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 3pfpf0 | ████ |
| Nevo/ it/ pDredit/ K0Q( | ████ |
| . itl dra) a8pNe4it/ KlCh( | ████ |
| **Ending Balance on 5/31/19** | ████ |

## Deposits and Other Credits

| Nate '' | DI ecwp Teria8'' | Ne/ crivtion | | Nevo/ it/ p Dredit/ |
|---|---|---|---|---|
| ██ | | █████████ | | ████ |
| ██ | | █████████ | | ████ |
| ██ | | ███████ | | |
| ██ | | ██████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ███████ | | ████ |
| ██ | | ███████ | | |
| ██ | | ███████ | | ████ |
| ██ | | █████████ | | |
| ██ | | ███████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ██████ | | ████ |
| ██ | | ███████ | | ████ |
| ██ | | ████████ | | ████ |

**BBVA** Compass



HCMS000102

**Appx. 02498**

**BBVA** Compass

| Nate " | DI ecwp Teria8" | Ne/ crivtion | Nevo/ it/ p Dredit/ |
|---|---|---|---|
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ██████ | ████ |
| ██ | | ████████ ██████ | ████ |
| ██ | | ████████ ██████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ██ |
| ██ | | ████████ ████ | |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ██ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |
| ██ | | ████████ ████ | ████ |

HCMS000103

Appx. 02499

**BBVA** Compass



Page h of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



Page Oof 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                61

**BBVA** Compass



P8a/ e notebcertain fee/ and cl arge/ vo/ ted to your account may re8te to / er5ice/ andpor acti5ity from tl e vrior / tatement cyc8es
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## Withdrawals and Other Debits



**BBVA** Compass



HCMS000107

**Appx. 02503**

Page 0 of 16
Primary Account: ███
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



**BBVA** Compass



**BBVA** Compass



**BBVA** Compass



Please note certain fee/ and cl arge/ vo/ted to your account may relate to / er5ice/ andpor acti5ity from tl e vrior / tatement cyc8es
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## End of Business Day Balance Summary



## Summary of Checks



*Indicates break in check sequence*

Page 16 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                61

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter a8cl ecw bdevo/ it/ band ote automated te8er card KACF (/ tran/ action/ in your regi/ ters
• Mecord a8automated deduction/ bde4it card tran/ action/ and e8ectronic 4i88vayment/ s
• Mecord and deduct /ery8ce cl arge/ bcl ecwvrinting cl arge/ bor otl er 4anwfee/ s
• Hl you l a5e an intere/ t 4earing accountbadd any intere/ t earned / l o) n on tl i/ / tatements

**Step 2** • Hl avv8ca48b/ ort cl ecw/ in numerica8order and marw in your regi/ ter eacl  cl ecwor otl er tran/ action tl at i/ 8/ ted on tl i/ / tatements

**Step 3** • G/ t any devo/ it/ or credit/ your l a5e made tl at do not avvear on tl i/ / tatement Kee / vace vro5ided 4e8b) (s

**Step 4** • G/ t any cl ecw/ you l a5e ) rittenbde4it card tran/ action/ be8ectronic vayment/ and otl er deduction/ tl at do not avvear on tl i/ / tatement Kee / vace vro5ided 4e8b) (s

| Nate/ Ne/ crivtion | | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Ttev 6 Cota8 | # | q |

| Nate/ Ne/ crivtion | DI ecw" | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Ttev X Cota8 | # | q |

## Balancing Your Register to this Statement

| Step 5 | | | |
|---|---|---|---|
| | ZEnter tl e "current 4a8ance" / l o) n on tl i/ / tatement | | q |
| | ZAdd tota8from Ttev 6 | | q |
| | ZTu4tota8 | | q |
| | ZTu4tract tota8from Ttev X | | q |
| | ZCl i/ 4a8ance / l ou8 eQua8your regi/ ter 4a8ance | | q |
| | Hlit doe/ not agreeb/ ee / tev/ 4e8b) | # | q |

Hl your account doe/ not 4a8ancebre5ie) t le fo8b) ing:
· DI ecwa8byour addition and / u4traction a4o5e in your regi/ ters
· F awe / l ou you remem4ered to / u4tract / er5ice cl arge/ 8/ ted on tl i/ / tatement and add any intere/ t earned to your regi/ ter
· Amount/ of devo/ it/ and / l i/ dra) a8 on tl i/ / tatement / l ou8 matcl  your regi/ ter entrie/ s
· Hl you l a5e Que/ tion/ or need a / / i/ tancebv8ea/ e refer to tl e vl one num4er on tl e front of tl i/ / tatements

### Change of Address

P8ea/ e ca88u/ at tl e te8evl one num4er 8/ ted on tl e front of tl i/ / tatement to te88u/ a4out a cl ange of addre/ / s

### Electronic Transfers *(for consumer accounts only)*

Hn ca/ e of error/ or Que/ tion/ a4out your E8ectronic Cran/ fer/ b) rite to BBVA Domva/ / Banw8Sveration/ Domv8ance Tuvvortb PsSsBoV 123hhbBirming8 amAG63, 0hsSr / imv8y ca88your 8ca8cu/ tomer / er5ice num4er vrinted on tl e front of tl i/ / tatementsDa8or ) rite a/ / oon a/  you can8if you tl inwyour / tatement or receivt i/ ) rong or if you need more information a4out a tran/ fer on tl e / tatement or receivt s  . on/ u/ t l ear from you no 8ater tl an h2 day/ after ) e / ent tl e fir/ t / tatement on ) l icl  tl e error or vro48m avveared s

Z Ce88u/ your name and account num4er Kif any)s
Z Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand e W8ain a/  c8ear8y a/  you can ) l y you 4e8e5e it i/  an error or ) l at you need more information s
Z Ce88u/ tl e do8ar amount of tl e / u/ vected error s

. e ) i88in5e/ tigate your comv8aint and ) i88correct any error vromvt8y8if) e ta we more tl an 12 4u/ ine/ / day/ K2 on c8aim/ on account/ ovened 8i/ / tl an 62 ca8endar day/ ( to do tl i/ b) e ) i88 credit your account for tl e amount you tl inwi/  in error8/ o tl at you ) i88l a5e tl e u/ e of tl e money during tl e time it tawe/ u/ to comv4ete our in5e/ tigations

"$or L on-Don/ umer Account cu/ tomer/ b/ ea/ e refer to your current L on-Don/ umer Account Agreement for detai8/ regarding E8ectronic $und Cran/ fer/ s

### Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rates** Cl e intere/ t cl arge i/ comvuted u/ ing your annua8vercentage rate di5ided 4y 6h3 orbin tl e ca/ e of a 8eav yearb6hhb ) l icl  gi5e/ you tl e -Avv8ca48 Mate/  A8l ougl  ) e ca8cu8ate tl e intere/ t cl arge 4y avv8ying tl e Avv8ca48 Mate to eacl  day8 4a8ancebtl e intere/ t cl arge can a8/ o 4e ca8cu8ated 4y mu8biv8ying tl e Avv8ca48 Mate 4y tl e -a5erage dai8y 4a8anceb K8a8ance Tu4ject to Intere/ t Mate( / l o) n on tl i/ / tatement8 on mu8biv8ying tl at / um 4y tl e num4er of day/ in tl e 4i88ing cyc8esCo get tl e -8a8ance Tu4ject to Intere/ t Mate( / l o) n on tl i/ / tatement ) e avera4e 4egining 4a8ance of your account 8e/ / any unvaid finance cl arge/ eacl  daybadd any ne) ad5ance/ or de4it/ band / u4tract any vayment/ or credit/ sCl i/ gi5e/ u/ tl e dai8y 4a8ancesCl en ) e add a88tl e dai8y 4a8ance/ for tl e 4i88ing cyc8e and di5ide 4y tl e num4er of day/ in tl e 4i88ing cyc8esCl i/ gi5e u/ tl e -a5erage dai8y 4a8ance( / l o) n on tl e / tatement s -Ba8ance Tu4ject to Intere/ t Mate( s Payment/ sPayment/ to your o5erdraft vrotection 8oan account made tl rougl  our te88er/ or devo/ ited at our automated te88er macl ine/ KACF / (/ F onday tl rougl  $riday 4efore tl e vo/ ted cut-off time ) i884e vo/ ted to your account on tl e date tl ey are accevtedsStl er) i/ e8 te88er/ or ) i884e vo/ ted on tl e ne W 4u/ ine/ / daysPayment/ made tl rougl  our ACF / 5ia a fund/ tran/ fer ) i884e vo/ ted on tl e date tl ey are recei5ed or on tl e ne W 4u/ ine/ / day if made after hvm DC Kvm F C for Arizona account/ and hvm PC for Da8ifornia account/ ( F onday tl rougl  $riday or anytime TaturdaybTunday or 4anwl o8iday/ sBBVA Domva/ / Banw 4u/ ine/ / day/ are F onday tl rougl  $ridaybe Vc8uding l o8iday s

### In Case of Errors or Questions About Your Statement KS5erdraft Protection Sn8( (

Hl you tl inwyour / tatement / / rongbor if you need more information a4out a tran/ action on your / tatement8b) rite your i/ / ue on a / evarate document / and / end it to Banwcard DenterbPsSsBoV , , 12bNecaturbAG63h00-2221sCe8evl one inQuire/ may 4e made 4y ca88ing your 8ca8BBVA Domva/ / 4rancl  8/ ted on tl e front of tl i/ / tatement to / veaw) itl  a Du/ tomer Ter5ice Mevre/ entati5esP8ea/ e note: a te8evl one inQuiry / i88not vre/ er5e your rigl t/ under federa8law s . e mu/ t l ear from you no 8ater tl an / Vty K62( day/ after ) e / ent you tl e fir/ t / tatement on ) l icl  tl e error or vro48m avveared s

· Ce88u/ your name and account num4er Kif any)s
· Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand e W8ain a/  c8ear8y a/  you can ) l y you 4e8e5e it i/  an error or ) l at you need more information s
· Ce88u/ tl e do8ar amount of tl e / u/ vected error s

x ou can / tov tl e automatic deduction of tl e F inimum Payment from you cl ecwing account if you tl inwyour / tatement i/ ) rongsCo / tov tl e vaymentbyour 8etter mu/ t reacl  u/ tl ree Kb( 4u/ ine/ / day/ 4efore tl e automatic deduction i/ / cl edu8ed to occurs

### Reporting Other Problems

P8ea/ e re5ie) your / tatement carefu8ys Hf i/ / e/ / entia8tl at any account error/ or any imvrover tran/ action/ on your account are revorted to u/ a/ / oon a/ rea/ ona48y vo/ / i48eHf you fai8to notify u/ of any i/ / vected vro48m/ berror/ or unautl orized tran/ action/ ) itl in tl e time veriod/ / vecified in tl e devo/ it account agreementb) e are not 8ia48e to you for any 8o/ / re8ated to tl e vro48mberror or unautl orized tran/ actions

BBVA Domva/ / i/  a trade name of Domva/ / Banwba mem4er of tl e BBVA I rouvs Domva/ / Banw bF em4er $NHbs

# EXHIBIT 146

Appx. 02509

**BBVA**

21   HIGHLAND  CAPITAL  MANAGEMENT  LP
     MASTER  OPERATING  ACCOUNT
     300  CRESCENT  CT  STE  700
     DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

| | |
|---|---|
| Phone | 1-800-266-7277 |
| Online | bbvausa.com |
| Write | BBVA<br>Customer Service<br>P.O. Box 10566<br>Birmingham, AL 35296 |

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ▉▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉ | ▉▉▉▉ | ▉▉▉▉ |
| **Total Deposit Accounts** | | ▉▉▉▉ | ▉▉▉▉ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

HCMS000113

**Appx. 02510**

Page 2 of 9
Primary Account: ██████
Beginning June 1, 2019 - Ending June 30, 2019                    30



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ██████ - HIGHLAND CAPITAL MANAGEMENT LP

**Account Information**

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

**Activity Summary**

| | |
|---|---|
| Beginning Balance on 6/1/19 | ███ |
| Deposits/Credits (26) | ███ |
| Withdrawals/Debits (154) | ███ |
| **Ending Balance on 6/30/19** | ███ |

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ██ |
| ██ | | ████████ | ██ |

Page 3 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30





| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 4 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/<br>Serial # | Description | | Withdrawals/<br>Debits |
|--------|--------|-------------|---|--------|

HCMS000116

Appx. 02513

Page 5 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30





HCMS000117

**Appx. 02514**

Page 6 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 7 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 6/26 | | OUT WT EBANKING REF  20190626F2QCZ60C003151<br>BNF Highland Capital M | $150,000.00 |



Page 8 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

*Indicates break in check sequence*

Page 9 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned for your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group.
BBVA USA, Member FDIC.

# EXHIBIT 147

Page 1 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
        MASTER  OPERATING  ACCOUNT
        300  CRESCENT  CT  STE  700
        DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ████████ | $3,117,777.78 | $1,004,810.25 |
| **Total Deposit Accounts** | | **$3,117,777.78** | **$1,004,810.25** |

**Appx. 02520**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 5/1/19 | ████ |
| Deposits/Credits (97) | ████ |
| Withdrawals/Debits (176) | ████ |
| **Ending Balance on 5/31/19** | ████ |

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |





**BBVA** Compass



**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|



**BBVA** Compass



**BBVA** Compass



| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|--|-------------------|
| ██ | | ████████ ████████ | | ████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| ██ | | ████████████ | ███ |
| ██ | | █████████ ███ | ███ |
| ██ | | █████████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | ██████ ███ | ███ |
| ██ | | ███████████ | ███ |
| 5/2 | | OUT WT EBANKING REF  20190502F2QCZ60C001496 BNF Highland Capital M | $2,400,000.00 |
| ██ | | █████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | █████ ████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| 5/3 | | OUT WT EBANKING REF  20190503F2QCZ60C004047 BNF Highland Capital M | $5,000,000.00 |
| ██ | | ███████ | |
| ██ | | █████████ | |
| ██ | | ██████ | ███ |

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|------|-------------|--|-------------|
| ▇ | | ▇▇▇▇ ▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇ ▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇ ▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇ |
| ▇ | | ▇▇▇▇ ▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇ ▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇ ▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇ ▇▇▇▇ | | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | | ▇▇ |

**Appx. 02527**

**BBVA** Compass



**BBVA** Compass



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|
| ████ | | ██████████████ | | ████ |
| ████ | | ██████████ | ████████ | ███ |
| ████ | | █████████ | ████████ | ████ |
| ████ | | █████████ | ████████ | ████ |
| ████ | | █████████ | | █████ |
| ████ | | █████████ | ████████ | ████ |
| ████ | | ███████████ | █████████ | ████ |
| ████ | | ███████████ | ██████ | ████ |
| ████ | | █████████ | █████████ | █████ |
| ████ | | ████████████████ | | ███ |
| ████ | | ████████████████ | | █ |
| ████ | | ████████████████ | | ███ |
| ████ | | █████████ | | ████ |
| ████ | | ██████████ | | ████ |
| ████ | | ██████████ | | ████ |
| ████ | | ██████████ | | ████ |
| ████ | | █████████ | | ████ |
| ████ | | █████████ | | ████ |
| ████ | | ██████████ | | ████ |
| ████ | | ██████████ | | ████ |
| ████ | | ██████████ | | █████ |
| ████ | | ████████ | █████████ | ██ |
| ████ | | ████████████ | | ████ |
| ████ | | ██████████████ | | ████ |
| ████ | | ██████████ | | ████ |
| ████ | | ███████████ | | █████ |
| ████ | | █████████████ | | ████ |
| ████ | | █████████ | | ████ |
| ████ | | ███████████ | | █████ |
| ████ | | ███████████ | | ████ |

**Appx. 02530**

Page 12 of 13
Primary Account: ▪▪▪▪▪▪
Beginning May 1, 2019 - Ending May 31, 2019          31

 **BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
  • Record all automated deductions, debit card transactions and electronic bill payments.
  • Record and deduct service charges, check printing charges, or other bank fees.
  • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

### Balancing Your Register to this Statement

| **Step 5** | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquiry may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 148

Appx. 02533

NexBank SSB                                                                    Page 1 of 3



13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com



```
        HIGHLAND CAPITAL MANAGEMENT LP      Date  11/29/13      Page  1
        300 CRESCENT COURT SUITE 700        Account Number  ████████
        DALLAS TX 75201                     Enclosures


                    ---- CHECKING ACCOUNT ----


                For 24-hour service please
                call our telephone banking
                number 877-538-BANK (2265)
        BUSINESS ANALYSIS W/ INTEREST        Item Truncation
        Account Number          ████████     Statement Dates 11/01/13 thru 11/30/13
        Previous Balance        ████████     Days in the statement period    ██
         5 Deposits/Credits     ███████      Average Ledger          ████████
         3 Checks/Debits        ███████      Average Collected       ████████
        Service Charge        █████
        Interest Paid         ██████
        Ending Balance    ████████████      2013 Interest Paid      ████████
        Deposits and Additions
            Date   Description                        Amount
          ████  ████████████████████        ████████
                ████████████████████        ████████
          ████  ███████████████            █████████
          ████  ███████████████            █████████
          ████  ████████████████████        ██████
        Checks and Withdrawals
            Date   Description                        Amount
          ████  ███████████            ████████
          11/27  WIRE TRANSFER                     100,000.00
                CHICAGO TITLE CO.
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

CONFIDENTIAL                                                        D-HCRE-000114

Appx. 02534





```
        HIGHLAND CAPITAL MANAGEMENT LP        Date  11/29/13        Page  2
        300 CRESCENT COURT SUITE 700          Account Number    █████████
        DALLAS TX 75201                       Enclosures


        BUSINESS ANALYSIS W/ INTEREST    ██████          (Continued)
        Checks and Withdrawals
            Date    Description                           Amount
          ████    ████████████                 ██████████
                    ██████████████████████
        Daily Balance Information
            Date      Balance             Date      Balance         Date      Balance
          ████  ██████████       ████  ████████       ████  ████████████
                              Interest Rate Summary
                                    ██████          ██████
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

CONFIDENTIAL                                                    D-HCRE-000115

**Appx. 02535**

NexBank SSB                                                                                    Page 3 of 3

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | Enter bank balance from statement | |
|---|---|---|---|
| | | Add deposits not credited by bank (if any) | |
| | | TOTAL | |
| Total of Checks not paid | | Subtract total of checks not paid | |
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

**EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED**

We calculate the **FINANCE CHARGE** on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

The "average daily balance" shown on the front of this statement is for purposes of illustration only. To validate the amount of your finance charge, multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.

*Note: If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day,and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Account Statement**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information.
 1. Your name and account number.
 2. The dollar amount of the suspected error.
 3. Describe the error and explain, if you can, why you believe there is an error. If you need more information,
 describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.
While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 1. Tell us your name and account number (if any).
 2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is
 an error or why you need more information.
 3. Tell us the dollar amount of the suspected error.
 We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
 If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

CONFIDENTIAL

D-HCRE-000116

**Appx. 02536**

# EXHIBIT 149

Page 1 of 7
Primary Account: ███████
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210            d1

**BBVA** Compass

, 1    3 H 3 GALN  DAPHCAG  TALAI - T - LC GP
TAMC- S RP- SACHLI  ADDRUL C
d22  DS- MD- LC DC MC-  722
NAGGAM  CX  78, 2157409

**Contacting Us**

Available py h/ one , 067

P/ one    15225 ss57, 77

Rnline   ppvacomha. . Vom

V rite   BBx A Domha. .
Du. tomer Mervice
PWRVBoY128ss
Birming/ ambAGd8, 9s

## Mummary of Account.

### Deposit Accounts/ Other Products

| Account | Account numper | - nEing palance la. t. tatement | - nEing palance t/ i. . tatement |
|---|---|---|---|
| ███████████ | █████ | █████ | █████ |
| **Total Deposit Accounts** | | █████ | █████ |

CONFIDENTIAL

D-HCRE-000100

**Appx. 02538**

**BBVA** Compass

# CS- AMUSK T AL AI - T - L C AL AGKMHM D3 - D( H L I

Account Lumper: ███    53 H 3 GAL N DAPH CAGT AL AI - T - L C GP

### Activity Summary

| | |
|---|---|
| Beginning Balance on 1 6 6 0 | ███ |
| Neho. it. 6 DreEit. )d1w | ███ |
| V it/ Erak al. 6 Nepit. )10, w | ███ |
| **Ending Balance on 1/31/14** | ███ |

### Transaction History  )e Y clu Eing c/ ec*. w



| Nate # | D/ ec*6 Merial F | Ne. crihtion | Neho. it. 6 DreEit. | V it/ Erak al. 6 Nepit. |
|---|---|---|---|---|
| 1 6 9 | | RUC V C - 5 ADD- MM S- Q , 2102129Q Z D$s2D221794 BL Q RIE Sehuplic L atio | | J122 t 222 V 2 |

Page d of 7
Primary Account:
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                    d1

**BBVA** Compass



CONFIDENTIAL

Page 0 of 7
Primary Account: ▮▮▮▮▮▮
Beginning Oanuary 1b, 210 5– nEing Oanuary d1b, 210                    d1

**BBVA** Compass



CONFIDENTIAL

Primary Account: ▮▮▮▮▮
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210                    d1


BBVA Compass



| Nate # | D/ ec*6 Merial F | Ne. crihtion | Neho. it. 6 DreEit. | V it/ Erak al. 6 Nepit. |
|--------|------------------|--------------|---------------------|-------------------------|

Plea. e notebcertain fee. anE c/ arge. ho. teE to your account may relate to . ervice. anEor activity from t/ e hrior . tatement cycleW
#C/ e Nate hroviEeE i. t/ e pu. ine. . Eay t/ at t/ e tran. action i. hroce. . eEW

## End of Business Day Balance Summary



| Nate | Balance | Nate | Balance | Nate | Balance |
|------|---------|------|---------|------|---------|

## Summary of Checks



| Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|

Page s of 7
Primary Account: ███████████
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210          d1

**BBVA** Compass

| Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ███ | ██ | ██ | ████ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ████ | ██ | ██ | ███ |
| ██ | ██ | ████ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ████ | ██ | ██ | ███ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ████ | ██ | ██ | ███ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ███ | ██ | ██ | ████ | ██ | ██ | ███ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ███ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ███ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ███ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ███ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ███ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ███ |

*Indicates break in check sequence*

Page 7 of 7
Primary Account: ▮▮▮▮▮▮
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210          d1

**BBVA** Compass

## How to Balance Your Account

**Step 1** • - nter all c/ ec*. bEeho. it. banE ot/ er automateE teller
carE )ACT wtran. action. in your regi. terW
• SecorE all automateE EeEuction. bEepit carE
tran. action. anE electronic pill hayment. W
• SecorE anE EeEuct . ervice c/ arge. bc/ ec* hrinting
c/ arge. bor ot/ er pan* fee. W
• Hf you / ave an intere. t pearing accountbaEE any
intere. t earneE. / ok n on t/ i. . tatementW
**Step 2** • Hf ahhlicapleb. ort c/ ec*. in numerical orEer anE mar*
in your regi. ter eac/ c/ ec* or ot/ er tran. action t/ at i.
li. teE on t/ i. . tatementW
**Step 3** • G. t any Eeho. it. or creEit. your / ave maEe t/ at Eo not
ahhear on t/ i. . tatement ). ee . hace hroviEeE pelok wW
**Step 4** • G. t any c/ ec*. your / ave k rittenbEepit carE
tran. action. belectronic hayment. anE ot/ er
EeEuction. t/ at Eo not ahhear on t/ i. . tatement ). ee
. hace hroviEeE pelok wW

| NateNe. crihtion | | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Meh d Ootal | J |

| NateNe. crihtion | D/ ec* F | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Meh 0 Ootal | J |

## Balancing Your Register to this Statement

**Step 5** • - nter t/ e "current ✦palance" ./ ok n on t/ i.
. tatement | |
• AEE total from Meh d | |
• Muptotal | |
• Muptract total from Meh 0 | |
• C/ i. palance ./ oulE equal your regi. ter
palance | |
| Hf it Eoe. not agreeb. ee . teh. pelok | J |

• Hf your account Eoe. not palancebreviek t/ e follok ing:
• D/ ec* all your aEEition anE . uptraction apove in your regi. terW
• T a*e . ure you remembereE to . uptract . ervice c/ arge. li. teE on
t/ i. . tatement anE aEE any intere. t earneE to your regi. terW
• Amount. of Eeho. it. anE k it/ Erak al. on t/ i. . tatement ./ oulE
matc/ your regi. ter entrie. W
• Hf you / ave que. tion. or neeE a. . i. tanceb hlea. e refer to t/ e h/ one
numper on t/ e front of t/ i. . tatementW

## Change of Address

Plea. e call u. at t/ e teleh/ one numper li. teE on t/ e front of t/ i.
. tatement to tell u. apout a c/ ange of aEEre. . W

## Electronic Transfers (for consumer accounts only)

H ca. e of error. or que. tion. apout your - lectronic Cran. fer. bk rite to
BBx A Domha. . Ban* bPReration. Domhliance MuhhortbPMRVBoY
128 ssbbBirming/ ambAGd8, 9s WRr . imhly call your local cu. tomer
. ervice numper hrinteE on t/ e front of t/ i. . tatementWDall or k rite a.
. oon a. you canbif you t/ in* your . tatement or receiht i. k rong or if
you neeE more information apout a tran. fer on t/ e . tatement or
receihtW e mu. t / ear from you no later t/ an s2 Eay. after k e . ent
t/ e fir. t . tatement on k ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE eYhlain a. clearly a. you can
k / y you pelieve it i. an error or k / y you neeE more informationW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

V e k ill inve. tigate your comhlaint anE k ill correct any error hromhtlyWIf k e ta*e more t/ an 12
pu. ine. . Eay. ), 2 on claim. on account. oheneE le. . t/ an d2 calenEar Eay. wto Eo t/ i. bk e k ill
creEit your account for t/ e amount you t/ in* i. in error. so t/ at you k ill / ave t/ e u. e of t/ e
money Euring t/ e time it ta*e. u. to comhlete our inve. tigationW

#Cor LonEDon. umer Account cu. tomer. bhlea. e refer to your current LonEDon. umer Account
Agreement for Eetail. regarEing - lectronic CunE Cran. fer. W

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate**WC/ e intere. t c/ arge i.
comhuteE u. ing your annual hercentage rate EiviEeE py ds8 orbin t/ e ca. e of a leah yearbdssb
k / ic/ give. you t/ e "Ahhlicaple SateWAIt/ oug/ k e calculate t/ e intere. t c/ arge py ahhlying t/ e
Ahhlicaple Sate to eac/ Eaily palancebt/ e intere. t c/ arge can al. o pe calculateE py multihlying t/ e
Ahhlicaple Sate py t/ e "average Eaily palance")Balance Mupject to Intere. t Satew. / ok n on
t/ i. . tatementbt/ en multihlying t/ at . um py t/ e numper of Eay. in t/ e pilling cycleWCo get t/ e
"Balance Mupject to Intere. t Sate" . / ok n on t/ i. . tatement k e ta*e t/ e peginning palance of
your account le. . any unhaiE finance c/ arge. eac/ EaybaEE any nek aEvance. or Eepit. banE
. uptract any hayment. or creEit. WC/ i. give. u. t/ e Eaily palanceWC/ en k e aEE all t/ e Eaily
palance. for t/ e pilling cycle anE EiviEe py t/ e numper of Eay. in t/ e pilling cycleWC/ i. give. u.
t/ e "average Eaily palance" ./ ok n on t/ e . tatementWhen you overEraft hrotection loan account maEe t/ roug/ our teller. or
Eeho. iteE at our automateE teller mac/ ine. )ACT . wt onEay t/ roug/ OriEay pefore t/ e ho. teE
cutEoff time k ill pe ho. teE to your account on t/ e Eate t/ e y are receiveEWRr/ erk i. ebt/ e y k ill pe
ho. teE on t/ e neYt pu. ine. . EayWPayment. maEe t/ roug/ our ACT . via a funE. tran. fer k ill pe
ho. teE on t/ e Eate t/ e y are receiveE or on t/ e Ye Xt pu. ine. . Eay. If maEe after shm DC )shm T C
for Arizona account. anE shm PC for California account. wt onEay t/ roug/ OriEay or anytime
MaturEaybMunEay or pan* / oliEay. WBBx A Domha. . Ban* pu. ine. . Eay. are t/ ose EaysW t/ roug/
OriEaybeYcluEing / oliEay. W

### In Case of Errors or Questions About Your Statement )RverEraft Protection Rnlyw

Hf you t/ in* your . tatement i. k rongbor if you neeE more information apout a tran. action on your
. tatementbk rite your i. . ue on a . eharate Eocument anE . enE it to Ban*carE DenterbPMRVBoY
, , 12bNecaturbAGd8s 99S 2221WCeleh/ one inquire. may pe maEe py calling your local BBx A
Domha. . pranc/ li. teE on t/ e front of t/ i. . tatement to . hea* k it/ a Du. tomer Mervice
Sehre. entativeWPlea. e note: a teleh/ one inquiry k ill not ho. erve your rig/ t. unEer feEeral lak W
V e mu. t / ear from you no later t/ an . iYty )s2wEay. after k e . ent you t/ e fir. t . tatement on
k / ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE eYhlain a. clearly a. you can
k / y you pelieve it i. an error or k / y you neeE more informationW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

Kou can . toh t/ e automatic EeEuction of t/ e T inimum Payment from you c/ ec*ing account if
you t/ in* your . tatement i. k rongWCo . toh t/ e haymentbyour letter mu. t reac/ u. t/ ree )dw
pu. ine. . Eay. pefore t/ e automatic EeEuction i. . c/ eEuleE to occurW

## Reporting Other Problems

Plea. e reviek your . tatement carefullyWhi. . e. . ential t/ at any account error. or any imhroher
tran. action. on your account pe rehorteE to u. a. . oon a. rea. onaply ho. . ipleWWf you fail to
notify u. of any . u. hecteE hroplem. berror. or unaut/ orizeE tran. action. k it/ in t/ e time herioE.
. hecifieE in t/ e Eeho. it account agreementbk e are not liaple to you for any lo. . relateE to t/ e
hroplemberror or unaut/ orizeE tran. actionW

BBx A Domha. . i. a traEe name of Domha. . Ban* ba memper of t/ e BBx A I rouhW
Domha. . Ban* b T emper QNHBW

# EXHIBIT 150

Appx. 02545

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
              HIGHLAND CAPITAL MANAGEMENT LP        Date    1/31/14      Page   1
              300 CRESCENT COURT SUITE 700          Account Number    ███████
              DALLAS TX  75201                       Enclosures

                    ---- CHECKING ACCOUNT ----
              For 24-hour service please
              call our telephone banking
              number 877-538-BANK (2265)
      BUSINESS ANALYSIS W/ INTEREST          Item Truncation
      Account Number              ████████   Statement Dates  1/01/14 thru  1/31/14
      Previous Balance       ████████████    Days in the statement period     ███
           4 Deposits/Credits  █████████     Average Ledger          ████████████
           4 Checks/Debits     ████████      Average Collected       ████████████
      Service Charge               █████
      Interest Paid             ████████
      Ending Balance         ████████████    2014 Interest Paid          ████████
```



```
      Deposits and Additions
      Date      Description                              Amount
      ████████████████████████████████████████████████████
      ██████████████████████████████               ███████████████
      ███████████████████████████                  ███████████████
      ██████████████████████████████████████████████████
      ██████████████████████████████████████████████████
      ██████████████████████████████               ███████████████

      Checks and Withdrawals
      Date      Description                              Amount
      ██████████████████████████████████████████████████
      ██████████████████████████████               ███████████████
      ██████████████████████████████               ███████████████
      ███████████████████████████████████
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                            D-HCRE-000060

**Appx. 02546**

5/18/2021                                                    NexBank SSB



**2515 McKinney Avenue, 11th Floor**
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
        HIGHLAND CAPITAL MANAGEMENT LP       Date   1/31/14    Page    2
        300 CRESCENT COURT SUITE 700         Account Number
        DALLAS TX  75201                     Enclosures

BUSINESS ANALYSIS W/ INTEREST         1614130   (Continued)
Checks and Withdrawals
Date      Description                              Amount
1/30      IB Transfer from D ****130 to        500,000.00
          D ****415
```

---

```
Daily Balance Information
Date          Balance        Date        Balance        Date        Balance
```

---

```
                        Interest Rate Summary
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-HCRE-000061

**Appx. 02547**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | Enter bank balance from statement | | | |
|---|---|---|---|---|---|
| | | Add deposits not credited by bank (if any) | | | |
| | | TOTAL | | | |
| Total of Checks not paid | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-HCRE-000062

Appx. 02548

# EXHIBIT 151

Primary Account: ▆▆▆▆▆▆
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

21    I  G I NADC  TAPGWAN  FADAL dF dDM NP
      FASMdR OPdRAMGL  ATTOUDM
      H00  TRdSTdDM TM SMd  600
      CANNAS  M3  67201EBX- 5

### Contacting Us

A8ai4av4e vy l bone 2- p6

Pbone   1BX00B2hhB266

On4ne    vv8acoml a//scom

.  rite    BBWA Toml a//
          Tu/tomer Ser8ice
          PsOsBoV107hh
          Birmingbam, ANH725h

## Summary of Account/

### Deposit Accounts/ Other Products

| Account | Account numver | dn9ing va4ance 4a/t/tatement | dn9ing va4ance tbi//tatement |
|---|---|---|---|
| ████████████████ | ██████ | █████ | █████ |
| **Total Deposit Accounts** | | █████ | █████ |

CONFIDENTIAL

**BBVA** Compass

# MRdASURx  F ADAL dF dDMADANx SGS TI dTYGDL

Account Dumver:

## Activity Summary

| | |
|---|---|
| Beginning Ba4ance on Hplpl- | |
| Cel o/ it/ pTre9it/ K1( | |
| . itb9ra) a4 pCevit/ K1X2( | - |
| **Ending Balance on 1/13/34** | |

## Transaction History leVc4u9ing cbecw (



Page H of 6
Primary Account:
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass



Page -  of 6
Primary Account:
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass



D-HCRE-000110
**Appx. 02553**

**BBVA** Compass



P4ea/ e note, certain fee/ an9 cbarge/ I o/ te9 to your account may re4te to / er8ice/ an9pr acti8ity from tbe I rior / tatement cyc4es
" Mbe Cate I ro8i9e9 i/ tbe vu/ ine/ / 9ay tbat tbe tran/ action i/ I roce/ / e9s

## End of Business Day Balance Summary

| Cate | Ba4ance | Cate | Ba4ance | Cate | Ba4ance |
|------|---------|------|---------|------|---------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Summary of Checks



Page h of 6
Primary Account: █████████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

| Cate | T becw" | Amount | Cate | T becw" | Amount | Cate | T becw" | Amount |
|---|---|---|---|---|---|---|---|---|
| ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ |
| ▆ | ▆ | ▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆ | ▆ | ▆▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆ | ▆ | ▆▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆ | ▆▆▆ |
| ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ |
| ▆ | ▆ | ▆▆▆ | ▆ | ▆▆ | ▆▆▆ | | | |

*Indicates break in check sequence*

CONFIDENTIAL

**BBVA** Compass

## How to Balance Your Account

**Step 3** • dnter a4£cbecw/ , 9el o/ it/ , an9 otber automate9 te4£r car9 KAMF / tran/ action/ in your regi/ ters
• Recor9 a4£automate9 9e9uction/ , 9evit car9 tran/ action/ an9 e4£ectronic vi4£l ayment/ s
• Recor9 an9 tran/ er9/ er8£ce cbarge/ , cbecwl rinting cbarge/ , or otber vanwfee/ s
• £you ba8e an intere/ t vearing account, a99 any intere/ t earne9 / bo) n on tbi/ / tatements

**Step 2** • £all 4£cav4£, / ort cbecw/ in numerica4or9er an9 marw in your regi/ ter eacb cbecwor otber tran/ action tbat i/ 4£/ te9 on tbi/ / tatements

**Step 1** • N/ t any 9el o/ it/ or cre9it/ your ba8e ma9e tbat 9o not al l ear on tbi/ / tatement K£ee / l ace l ro8l9e9 ve4») (s

**Step 4** • N/ t any cbecw/ / tran/ er9/ an9 otber 9e9uction/ tbat 9o not al l ear on tbi/ / tatement K£ee / l ace l ro8l9e9 ve4») (s

| CatepCe/ cril tion | | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Stel  HMbta4 | # | q |

| CatepCe/ cril tion | Tbecw" | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Stel  - Mbta4 | # | q |

## Balancing Your Register to this Statement

| **Step 5** | Z£nter the "current va4ance" / bo) n on tbi/ / tatement | | q |
|---|---|---|---|
| | ZA99 tota4from Stel  H | | q |
| | ZSuvtota4 | | q |
| | ZSuvtract tota4from Stel  - | | q |
| | ZMbi/ va4ance / bou9 eQua4your regi/ ter va4ance | | q |
| | £it 9oe/ not agree, / ee / tel / ve4») | # | q |

£your account 9oe/ not va4ance, re8ie) the fo4£b) ing:
· Tbecwa4 your a99ition an9 / uvtraction avo8e in your regi/ ters
· F awe / iure you rememvere9 to / uvtract / er8£ce cbarge/ 4l/ te9 on tbi/ / tatement an9 a99 any intere/ t earne9 to your regi/ ters
· Amount/ of 9el o/ it/ an9 / itb9ra) a4 on tbi/ / tatement / bou9 matcb your regi/ ter entrie/ s
· £you ba8e Que/ tion/ or nee9 a// i/ tance, l 4ea/ e refer to tbe l bone numver on tbe front of tbi/ / tatements

## Change of Address

P4ea/ e ca4£u/ at tbe tel4 bone numver 4l/ te9 on tbe front of tbi/ / tatement to te4£u/ avout a cbange of a99re/ / s

## Electronic Transfers *(for consumer accounts only)*

Gi ca/ e of error/ or Que/ tion/ avout your d4ectronic Man/ fer/ , ) rite to BBWA Toml a// Banw Ol eration/ Toml 4ance Sul l ort, PSOsBoV 107hb, Birmingbam, AN H7 25hsOr / inl 4y ca4£your 4ca4cu/ tomer / er8£ce numver l inte9 on tbe front of tbi/ / tatementsTa4£or ) rite a/ / oon a/ you can, if you tbinwyour / tatement or receil t i/ ) rong or if you nee9 more information avout a tran/ er/ on tbe / tatement or receil ts.    e mu/ t bear from you no 4£ter tban h0 9ay/ after tbe fir/ t / tatement on ) bicb tbe error or l rov4£m al l eare9s

Z Me4£u/ your name an9 account numver K£any)s
Z Ce/ crive tbe error or tbe tran/ er you are un/ ure avout, an9 e4£ 4£ain a/ c£ear4y/ a/ you can ) by you ve4£e it i/ an error or ) by you nee9 more informations
Z Me4£u/ tbe 9o4£ar amount of tbe / u/ l ecte9 errors

.  e / i4£in8e/ tigate your coml 4£int an9 ) i4£correct any error l roml t4y/s£s) e tawe more tban 10 vu/ ine// 9ay/ K20 on c4£im/ on account/ ol ene9 4£/ tban H0 c4£en9ar 9ay/ ( to 9o tbi/ , ) e ) i4£ cre9it your account for tbe amount you tbinwi/ in error, / o tbat you ) i4£ba8e tbe u/ e of tbe money 9uring tbe time it tawe/ u/ to coml 4£te our in8£/ tigations

*"£or DonET on/ umer Account cu/ tomer/ , l 4ea/ e refer to your current DonET on/ umer Account Agreement for 9etai4/ regar9ing d4ectronic £un9 Man/ fer/ s

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rates**Mbe intere/ t cbarge i/ coml ute9 u/ ing your annua4 £rcentage rate 9i8l9e9 vy H h7 or, in tbe ca/ e of a 4£a4 year, Hhh, ) bicb gi8e/ you tbe • Al l 4£cav4£ Rates A4tbougb ) e ca4£u4£te tbe intere/ t cbarge vy al l 4ying tbe Al l 4£cav4£ Rate to eacb 9ai4y va4ance, tbe intere/ t cbarge can a4l o ve ca4£u4£te9 vy mu4til 4ying tbe Al l 4£cav4£ Rate vy tbe •a8£rage 9ai4y va4ance)Hba4ance Suvject to £tere/ t Rate( / bo) n on tbi/ / tatement, tben mu4l 4ying tbat / um vy tbe numver of 9ay/ in tbe vi4£ing cyc4£sMb get tbe •Ba4ance Suvject to £tere/ t Rate( / bo) n on tbi/ / tatement ) e a99 4£l tbe 9ai4y va4ance/ for tbe vi4£ing cyc4£ an9 9i8l9e vy tbe numver of 9ay/ in tbe vi4£ing cyc4£sMbi/ gi8e u/ tbe •a8£rage 9ai4y va4ance) £u/ l Payment/ s Payment/ to your o8£r9raft l rotection a4an account ma9e tbrougb our te4£r/ or 9el o/ it9 at our automate9 te4£r macbine/ KAMF / ( F on9ay tbrougb £ri9ay vefore tbe l o/ te9 cutEoff time ) i4£ve I o/ te9 to your account on tbe 9ate tbey are accel te9sOtber) i/ e, tbey ) i4£ve I o/ te9 on tbe ne4£ vu/ ine// 9ays Payment/ ma9e tbrougb our AMF / 8ia a fun9/ tran/ fer ) i4£ve I o/ te9 on tbe 9ate tbey are recei8£9 or on tbe ne4£ vu/ ine// 9ay if ma9e after hl m TMK£4l m F M for Arizona account/ an9 hl m PMfor Ta4£fornia account/ ( F on9ay tbrougb £ri9ay or anytime Satur9ay, Sun9ay or vanwbo49ay/ sBBWA Toml a// Banwvu/ ine// 9ay/ are F on9ay tbrougb £ri9ay, e4£u9ing bo49ay/s

**In Case of Errors or Questions About Your Statement** IO8£r9raft Protection On4y(
Gfyou tbinwyour / tatement i/ ) rong, or if you nee9 more information avout a tran/ action on your / tatement, ) rite your i/ / ue on a / el arate 9ocument an9 / en9 it to Banwcar9 Tenter, PsOsBoV 2210, Cecatur, AN H7 h55£0001sMb4el bone inQuire/ may ve ma9e vy ca4£ng your 4oca4 BBWA Toml a// vrancb 4l/ te9 on tbe front of tbi/ / tatement / to I I eaw( itb a Tu/ tomer Ser8£ce Rel re/ entati8esP£ea/ e note: a te4£l bone inQuire/ ) i4£ not / er/ er8£e your right/ un9er fe9era4 4a) s. e mu/ t bear from you no 4£ter tban / i4ty K60( 9ay/ after ) e / ent you tbe fir/ t / tatement on ) bicb tbe error or l rov4£m al l eare9s

· Me4£u/ your name an9 account numver K£any)s
· Ce/ crive tbe error or tbe tran/ er you are un/ ure avout, an9 e4£ 4£ain a/ c£ear4y/ a/ you can ) by you ve4£e it i/ an error or ) bat you nee9 more informations
· Me4£u/ tbe 9o4£ar amount of tbe / u/ l ecte9 errors

x ou can / tol tbe automatic 9e9uction of tbe F inimum Payment from you cbecwing account if you tbinwyour / tatement i/ ) rongsMb / tol tbe I ayment, your 4£tter mu/ t reacb u/ tbree H£( vu/ ine// 9ay/ vefore tbe automatic 9e9uction i/ / cbe9u4£9 to occurs

## Reporting Other Problems

P4ea/ e re8ie) your / tatement carefu4£ys£i/ e/ / entia4tbat any account error/ or any iml rol er tran/ action/ on your account ve rel orte9 to u/ a/ / oon a/ rea/ onav4£ l o/ / iv4£s£you fai4£to notify u/ of any / u/ l ecte9 l rov4£m/ , error/ or unautborize9 tran/ action/ ) itbin tbe time l erio9/ / l ecifie9 in tbe 9el o/ it account agreement, ) e are not 4£av4£ to you for any 4o/ / re4£te9 to tbe l rov4£m, error or unautborize9 tran/ actions

BBWA Toml a// i/ a tra9e name of Toml a// Banw, a memver of tbe BBWA L roul s Toml a// Banw, F emver £CGI's

# EXHIBIT 152

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                          Date  1/30/15          Page   1
                                          Primary Account        ████████
                                          Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


            NexBank's Privacy Policy is accessible at www.NexBank.com



            Checking Account/s

                Account Type:  Highland Capital Management LP

            Analysis Checking w/ Interest
            Account Number           ████████   Statement Dates   1/01/15 thru  2/01/15
            Last Statement Balance   ████████   Days in the statement period  ████
              6 Deposits/Credits     ████████   Average Ledger          ████████
              2 Checks/Debits          ████     Average Collected       ████████
            Service Charge             ████     Interest Earned         ████████
            Interest Paid            ████████   Annual Percentage Yield Earned ████████
            This Statement Balance   ████████   2015 Interest Paid

            --------------------------------------------------------------------


            Deposits and Additions
            Date     Description                           Amount
            ███████████████████
            ████████████████████████████
            ███████████████████
            ███████████████████
            ████████████████████████████
            ████████████████████████████
            █████████████████████████
            ████████████████████████████

            --------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                  D-HCRE-000063
                                                                 **Appx. 02558**

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  1/30/15        Page    2
                                          Primary Account    ▇▇▇▇▇▇
                                          Enclosures


        Analysis Checking w/ Interest     ▇▇▇▇▇    (Continued)

        Checks and Withdrawals
        Date      Description                        Amount
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

         1/26     wire request- Loan from HCMLP       1,500,000.00-
                  approved by F. Waterhouse


        ---------------------------------------------------------------

        Daily Balance Information
        Date       Balance      Date       Balance     Date      Balance
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        ---------------------------------------------------------------

                    Interest Rate Summary
                    Date          Rate
                    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

CONFIDENTIAL                                            D-HCRE-000064

                                                        Appx. 02559

5/18/2021                                        NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-HCRE-000065

Appx. 02560

# EXHIBIT 153



ERD Report Filename - 7202015121002782.TXT
Batch # - 2015121002782
Printed on May 04, 2015 at 08:02 AM

CLOSE

1
+@ Primary Account:
Page 1 of 10
Primary Account
Beginning April 1, 2015 - Ending April 30, 2015

HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

Contacting Us

Phone: 1-800-266-7277

S u m m a r y   o f   A c c o u n t s

Deposit Accounts/Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|

Total Deposit Accounts
1
+@ Primary Account:
Page 2 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

T R E A S U R Y   M A N A G E M E N T   A N A L Y S I S   C H E C K I N G
Account Number: 0025876342 - HIGHLAND CAPITAL MANAGEMENT LP

Activity Summary

Beginning Balance on 4/1/15
Deposits/Credits (33)
Withdrawals/Debits (189)

Ending Balance on 4/30/15

Deposits and Other Credits

| Date* | Serial# | Description | Deposits/Credits |
|---|---|---|---|

1
+@ Primary Account:
Page 3 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued

Compass e-Access



CONFIDENTIAL

D-HCRE-000067

Appx. 02563



Dougert

1
+@ Primary Account:
Page 5 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/Debits |
|-------|---------|-------------|--------------------|

| 4/2 | | OUT WT E-ACCESS REF  20150402F2QCZ60C002636 BNF HCRE Partners, LLC | $1,500,000.00 |

1
+@ Primary Account:
Page 6 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/Debits |
|-------|---------|-------------|--------------------|

5/4/2015
D-HCRE-000068
Appx. 02564



+@ Primary Account: ████████
Page 7 of 10
Primary Account ████████
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                                                        Withdrawals/
                                                                                                          Debits
==============================================================================================================

+@ Primary Account: ████████
Page 8 of 10
Primary Account: ████████
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                                                        Withdrawals/
                                                                                                          Debits
==============================================================================================================

Shawn Raver



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| ======================================= | | ======================================= | | ======================================= | |



*+@ Primary Account:
Page 9 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| ======================================= | | | ======================================= | | | ======================================= | | |
| 4/10 | 15325 | $271.03 | 4/14 | 15475* | $2,992.50 | 4/2 | 15484* | $1,900.50 |



CONFIDENTIAL                                                          D-HCRE-000070

**Appx. 02566**

Compass e-Access



```
1
*@ Primary Account:
Page 10 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks - continued

Date      Check#        Amount     Date      Check#        Amount     Date      Check#        Amount
=========================================    =========================================    =========================================
4/21      15624     $6,500.00      4/23      15625       $550.00      4/21      15626     $3,157.38
```

```
* Indicates break in check sequence
```

CONFIDENTIAL

5/4/2015

D-HCRE-000071

Appx. 02567

# EXHIBIT 154

**BBVA** Compass

. 1    HIGHLyND CyPITyL MyNyGEMENT LP
       MySTER BPERyTING yCCBONT
       922 CRESCENT CT STE 022
       DyLLyS TU 03, 21-07X5

## Contacting Us

y8ar4aF4e Fmvl oue , Xp0

Pl oue    1-722-, hh-0, 00

Bu4ue    FF8aAoi va/ /s^oi

. 6rre    : : Wy Coi va/ /
          Cc/ roi e6SeerB^Ae
          PsBs: oV123hh
          : r6 rugl ai  by L 93, 5h

## Sci i a6mof y AAocur/

### Deposit Accounts/ Other Products

| y AAocun | y AAocunuci Fe6 | Eudrug Fa4auAe 4a/ n/ rarei eun | Eudrug Fa4auAe rl r/ rarei eun |
|----------|-----------------|-------------------------------|-------------------------------|
| ███████████████████████ | ███████ | █████ | █████ |
| **Total Deposit Accounts** | | █████ | █████ |

CONFIDENTIAL

D-HCRE-000080

**Appx. 02569**

**BBVA** Compass

# TREy SORx  My Ny GEMENT y Ny Lx SIS CHECYING

y AAocunNci Fe6█████████ - HIGHLy ND Cy PITy L My Ny GEMENT LP

### Actil itf  muv v arf

| | |
|---|---|
| : egruurug : a4uAe ou 12pfpf0 | ▮▮▮ |
| Devo/ ml pC6edml K3h( | ▮▮▮ |
| . ml d6a) a4 pDeFml K177( | ▮▮▮ |
| **y nding Salance on E8/4E/E3** | ▮▮▮0 |

## Deposits and Other Credits

| Dare " | Cl eAvp Se6a4" | De/ A6vnrou | | Devo/ ml p C6edml |
|---|---|---|---|---|
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |

**BBVA** Compass

| Dare " | Cl eAvp Se6a4" | De/ A6vmou | | Devo/ mî p C6edm̄ |
|--------|----------------|------------|---|------------------|
| ▮ | | ▮▮▮▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮▮▮ | | |
| ▮ | | ▮▮▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮ | | ▮▮ |

CONFIDENTIAL

**BBVA** Compass



**BBVA** Compass



91



## 1 ithdra6 als and Other DeWts

**BBVA** Compass



**BBVA** Compass



**BBVA** Compass



**BBVA** Compass



**BBVA** Compass

: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210          91



P4ea/e uorebAe6raru fee/ aud Al a6ge/ vo/ red ro noc6aAAocuni am6e4are ro / e6bxAe/ audpp6aAn8rmf6bi rl e v8o6/ narei eunAnAes
" Tl e Dare v6o8rded rl rl e Fc/ rue/ / damrl anrl e n6au/ aArrou rl/ v6oAe/ / eds

## ynd owSusiness Daf Salance muv v arf



## muv v arf owChecbs



* Indicates break in check sequence



**BBVA** Compass

B AroFe691b, 210          91

## k o6  to Salance Hour Account

**ntep E**  Y  Eure6a4Al eAw/ bdevo/ ml baud ori e6acroi ared re4e6
 Aa6i Ky TM( r8au/aAmou/ ru rnoc66egr/re6
 Y  ReAo6di a44acroi ared dedcAmou/ bdeFmAa6di
 rßau/aAmou/ aud e4ArouurAF4i4vami euri s
 Y  ReAo6di aud dedcAn/ e6ß/Ae Al a6ge/ bA eAvv4umug
 Al a6ge/ bo6ori e6Fauwfee/ s
 Y  If rnoc l a8e au rure6e/ nFea6ug aAAocurbadd aum
 rure6e/ nea6ued / l o) u ou ri rl / rarei euris

**ntep •**  Y  If avv4AFeb/ o6hAl eAw/ ru uci e8Aw4o6de6aud i a6w
 ru rnoc66egr/ re6eaAl Al eAvvo6ori e6rßau/aArou ri anr/
 4/ red ou ri rl / rarei euris

**ntep 4**  Y  Ll/ naumdevo/ rl o6ABedm/ rnoc6l a8e ri ando uon
 avvea6ou ri rl / rarei eunK ee / vaAe v6o8rded Fe4) (s

**ntep 0**  Y  Ll/ naumAl eAw/ rnoc l a8e ) 6rreubdeFmAa6di
 rßau/aArou/ aud e4ArbuurAvami eurl/ aud ori e6
 dedcAmou/ rl ando uonavvea6ou ri rl / rarei eunK ee
 / vaAe v6o8rded Fe4) (s

| DarepDe/ A6vrnou | | yi ocun |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | Srev 9 Tona4 | q |

| DarepDe/ A6vrnou | Cl eAw" | yi ocun |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | Srev X Tona4 | $      q |

### Salancing Hour Register to this ntatev ent

**ntep 5**  ZEure6ri e "Ac6EeunFa4uAe" / l o) u ou ri rl /
 rarei euris

| | | |
|---|---|---|
| Zy dd rona4f6bi  Srev 9 | | q |
| ZScFrona4 | | q |
| ZScFn6aAnrona4f6bi  Srev X | | q |
| ZTl rl/ Fa4uAe / l o64l eQca4rnoc66egr/ re6 Fa4uAe | | q |
| If mdoe/ uonagEeeb/ ee/ rev/ Fe4) | $      q |

If rnoc6aAocundoe/ uonFauAeb6e8re) rl e fo46) rugt

· Cl eAwa4rnoc6addmou aud / cFr6aAnou aFo8e ru rnoc66egr/ re6
· Mave/ c8e rnoc6ei ei Fe6ed ro / cFr6aAn/ e6ß/Ae Al a6ge/ 4/ red ou
 rl / rarei eunac6ei aid aurnure6e/ nea6ued ru rnoc66egr/ re6
· yi ocun/ of devo/ rni aud) rl d8a) a4 ou ri rl / rarei eun/ l o64l
 i arAl rnoc66egr/ re6eur8e/ s
· If rnoc l a8e Qce/ rnou/ o6ueed a/ rl rnuAebv4e/ a 6efe6rn ri e vl oue
 uci Fe6ou rl e f6bunof rl rl / rarei euris

---

### Change owAddress

P4ba/e Aa44c/ anri e rare6/ oue uci Fe64/ red ou rl e f6bunof rl rl /
rarei eunrro re44c/ aFocna Al auge of add6e/ / s

### ylectronic Transvers *(for consumer accounts only)*

lu Aa/e ori e68od6/ o6Qce/ rnou/ aFocnrnec6E4eAnburaAT6au/ fe6/b) 6rre no
:: Wj/ Coi va/ /: auwbBve6rnou/ Coi va4uAe Scvvo6thPs8s: oV
123hhb: 6l rugl ai byL 93, 5hsB6/i i v4nAa4rnec64Ao4Ac/ roi e6
/ e68oAe uci Fe6v6ured ou ri e f6bunof rl rl / rarei eunsCa4Ao6) 6rre a/
/ oou a/ rnoc Aaubrl rnoc ri v4unav6e/ e68oAe rnoc66egl rl cude6fedeAer
/ e6Aervris. e i c/ rl ei ea6f6bi rnoc uo 4nre6l au h2 dant afre6) / eun
rl e fr6/n/ rarei eunou ) l rAl ri e e68o6c6v6bFebi  avvea6eds

Z Te44c/ rnoc6uai e aud aAocunci Fe6Hf aunts
Z De/ A6Fre ri e e68o6o6ri e rßau/ fe6rnoc a6c/ cu/ c8a aFocrbaud eW4aru a/ Aeea6tna/ rnoc Aau
 ) l mnoc Fe4e8e mr/ au e68o6o6) l mnnoc ueed i o8e rufo6 amous
Z Te44c/ ri e do46ai ocunof ri e / c/ veAred e68o6s

. e ) r44u8e/ ngare rnoc6Aoi v4erunaud ) r44Ao6eAnaume6bo6v6bi v4rnslf ) e rawe i o8e ri au 12
Fc/ rue// dant K 2 ou Aari / ou a4uAocri oveued 4b// rl au 92 4a4euda6dant/ no do ri r/ b) e ) r4l
ABedmrnoc6aAocunfo6ri e ai ocunrnec rl runr/ rarei eun rl i o8e f6bi rnoc a6c/ cu/ c8a aFocrbaud
i ouerndc6tug ri e mi e rnawe/ c/ ro Aoi v4ere oc6ru8e/ nganous

"ko6Nou-Cou6/ ci e6yAAocunAc/ roi e6f6v4ea/ e 6ebv4ea/ e Ac86eunNou-Cou/ ci e6yAAocun
yg 6ei eunfo6deran4/ 6ega6tug E4eAburAkcud T6au/ fe6/s

### Olerdraw Protection

**Calculation ow2nterest Charge and Salance muWject to 2nterest Rates**Tl e rure6e/ n/Al a6ge rl/
Aoi vcred c/ rug rnoc6auuca4ve6Rreurage 6are di8rded Fm9h3 o8bru ri e Aa/ e of a 4aev rnea6b9hhb
) l rAl/ gi8e/ rnoc ri e •yvv4AaF4e Rares) y4l ocgl ) e Aa4Ac6are ri e rure6e/ n/Al a6ge Fmavv4nug ri e
y vv4AaF4e Rare no ea4Al  dant/ Fa4uAebri e rure6e/ n/Al a6ge Aau a4/ o Fe A64Ac6ared Fmi c4nv4nug
rl e yvv4AaF4e Rare Fmrl e va8e6age dam4nFa4uAe)K e4auAe ScFjeAnro lure6e/ nRare( / l o) u ou
rl / rarei eunfori eu i c4nv4nug rl an ci Fmi e uci Fe6of dant ru a Fe4Fdant/ i a6e a Feguunug Fa4uAe of
rnoc6aAocun4e// aumcuvar6/ fruauAe Al a6ge/ eaAl dant4add aumue) ad8auAe/ o6deFmi baud
/ cFr6aAnaumvami euri o6ABedmrsTl rl/ gi8e/ c/ ri e dam4nFa4uAesTl eu ) e add a4Hl e dam4n
Fa4uAe/ fo6ri e Fr4tug AnlAe aud di8rde Fmrl e uci Fe6of dant ru ri e Fr4tug AnlAesTl rl/ gi8e c/
rl e va8e6age dam4nFa4uAe/ ) r4l ) e uui c/ rari eunal/ c/ rari eunal/ • a4uAe ScFjeAnro lure6e/ nRare)s
Pami euri sPami euri/ no rnoc6o68e6d8amv6breAmou 4bau aAAocuni ade ri 6bcgl oc6by TM/ 8a a fcud/ n6au/ fe6), r44Fe
vo/ red ou ri e va6nhFc/ rue// damiPami euri i ade ri 6bcgl oc6by TM/ 8la a fcud/ n6au/ fe6), r44Fe
vo/ red ou ri e dani e6 e8e6ded o6ou ri e uvnhFc/ rue// damrl i ade a6fres)) i cude6fede6a44a) s
MT fo6y6tzoua aAAocuri aud hvi PT fo6Ca4fo8ura aAAocuri ( Moudamri 6bcgl k8tarno6aumie
e Sanc6tamb5cudam6o6Fauwl o4dant/ s : Wj/ Coi va/ /: auwFc/ rue// dant a6e Moudamrl 6bcgl
k6dant6wT4kctdug l o4dant/s

**2n Case owvrrors or Questions AWout Hour ntatev ent** ri 8e8te6fnP6breAnou 8u4rl/
If rnoc ri runrnoc6/ rarei eunr/ ) 6bugbo6rl mnoc ueed i o8e rufo6 amou aFocna rßau/ aAnrou ou rnoc6
/ rarei eur6) 6rre rnoc6rl / ce ou a / eva6rare doAci euanaud / eud mro : auwba6rd Ceured6rPs8s: oV
..., 12bDeAanc6byL 93h55-2221sTe4e6vl oue ruQc6r8e/ ) r44 i ade FmAe4Iug rnoc64bAa4: : Wj/
Coi va// F8auAl 4/ red ou rl e f6bunof rl rl / rarei eunro / veaw) rl a Cc/ roi e6Se6RAe
ReV8e/ eunan8esP4ba/ e uorei a re48vl oue ruQc6fm) r44uonv8e/ e68e rnoc66bgl rl cude6fede6a44a) s
. e i c/ rl ea6f6bi rnoc uo 4nre6l au / VrnnfK2( dant afre6) e / eunrnoc ri e fr6/n/ rarei eunou
) l rAl ri e e68o6c6v6bFebi avvea6eds

· Te44c/ rnoc6uai e aud aAocunci Fe6Hf aunts
· De/ A6Fre ri e e68o6o6ri e rßau/ fe6rnoc a6c/ cu/ c8a aFocrbaud eW4aru a/ Aeea6tna/ rnoc Aau
 ) l mnoc Fe4e8e mr/ au e68o6o6) l mnnoc ueed i o8e rufo6 amous
· Te44c/ ri e do46ai ocunof ri e / c/ veAred e68o6s

xoc Aau / rov rl e acroi amAdecdAmou of ri e Muuri ci Pami eunf6bi rnoc Al eAwrug aAAocurunf
rnoc ri runrnoc6/ rarei eunr/ ) 6bugbo/ Tjou ) rov ri e vami eurbnnoc64e8re) / rf4esIf rnoc fa4rno
uonfrnc/ of aud ri c/ veAred v6bF4bi / be68o6 o6cuacl o8zed rßau/ aArou/ ) ri ru ri e rni e ve6nod/
/ veAfred vi ri e rnoc6aAocunot maAAocunag6eei eunb) a6e uon4aF4e ro rnoc fo6aumb/ / 6e8ared ro ri e
v6bF4bi be68o6o6cuacri o6tzed rßau/ aArous

: : Wj/ Coi va/ / ri a made uai e of Coi va/ /: auwba i ei Fe6of ri e : : Wj/ G6bcvs
Coi va/ /: auwbMei Fe6kDICs

---

# EXHIBIT 155

Primary Account: ▮▮▮▮▮
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                      H1

**BBVA** Compass

21     I GI NADC TAPGWAN SADAL dSdDM NP
       SARMdO FPdOAMIGL ATTFUDM
       H00 TOdRTdDM TM RMd 300
       CANNAR M7 3X201E3-56

### Contacting Us

A8ai4b4e by vl one 25p8

Pl one    1E 00E2VVB233

F n4ne    bb8acomvassxcom

K rite    BB/ A Tomvass
          Tustomer Rer8ice
          PxF xBo( 10XVV
          Birmingl am, AN HX26V

## hour BB/ A Tomvass Account.sW

P4ease see imvortant message regar9ing your
MOdARUOh SADAL dSdDMADANhRGR TI dTYGL
account

## Rummary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | dn9ing ba4ance 4ast statement | dn9ing ba4ance tl is statement |
|---|---|---|---|
| MOdARUOh SADAL dSdDMADANhRGR TI dTYGL | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| **Total Deposit Accounts** | | ▮▮▮▮ | ▮▮▮▮ |

CONFIDENTIAL

D-HCRE-000091

**Appx. 02581**

**BBVA** Compass

# MOdARUOh SADAL dS dDMADANhRGRTIdTYGL

Account Dumber: _____  EI GI NADC TAPGANS ADAL dS dDMNP

## Account Information

K e l a8e uv9ate9 tl e Measury Sanagement Rer8ice AgreementxM ese terms an9 con9itions ) i4become effecti8e as of Do8ember H0, 201- x hou can fin9 a current 8ersion of tl e agreement by going to:

l ttv:pp ) ) )bb8acomvassxcompcommercia4treasuryEmanagementpresourceEcentra4p

M e user GC is wtreasurywan9 tl e vass) or9 is wmanagementxw

## Activity Summary

| | |
|---|---|
| Beginning Ba4ance on 10p1pt- | |
| CevositspTre9its .22W | |
| K itl 9ra) a4pCebits .1V3W | |
| **Ending Balance on 10/31/18** | |

## Deposits and Other Credits



| Cate" | Tl ec"p Reria4$ | Cescrivtion | Cevositsp Tre9its |
|---|---|---|---|
| | | | |

Primary Account: █████████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                              H1

**BBVA** Compass



| Cate " | Tl ec" p Reria4$ | Cescrivtion | Cevositsp T re9its |
|--------|-------|-------------|--------|

P4ease note, certain fees an9 cl arges voste9 to your account may re4te to ser8ices an9por acti8ity from tl e vrior statement cyc4ex
" M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## Withdrawals and Other Debits



| Cate " | Tl ec" p Reria4$ | Cescrivtion | K itl 9ra) a4$p Cebits |
|--------|-------|-------------|--------|
|  |  | 66665 |  |

CONFIDENTIAL

Page 5 of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

