5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                              Date 10/30/15            Page    1
                                              Primary Account          ████████
                                              Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com



        Checking Account/s

             Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number          ████████    Statement Dates  10/01/15 thru 11/01/15
        Last Statement Balance  ████████    Days in the statement period        ██
           12 Deposits/Credits  ████████    Average Ledger        ████████
            5 Checks/Debits     ████████    Average Collected     ████████
        Service Charge               ████   Interest Earned          ████████
        Interest Paid             ██████    Annual Percentage Yield Earned   ████
        This Statement Balance  ████████    2015 Interest Paid

        --------------------------------------------------------------------------------

        Deposits and Additions
        Date      Description                          Amount
```



---

MEMBER FDIC                        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                        Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                                  each banking day will be credited as of that date.

HCMS000163
Appx. 02385

5/18/2021                                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                         Date 10/30/15        Page    2
                                         Primary Account      ███████
                                         Enclosures


          Analysis Checking w/ Interest      ███████    (Continued)

          Deposits and Additions
          Date     Description                           Amount
          ████████████████████████████████████████████████████████
          ████████████████████████████████████████████████████████


          ----------------------------------------------------------

          Checks and Withdrawals
          Date     Description                           Amount
          ████████████████████████████████████████████████
          ███████████████████████████████████████████████████████
          ████████████████████████████████████████████
          █████████████████████████████████████████████████████
          █████████████████████████████████████████████
          10/28    OUTGOING WIRE                      200,000.00-
                   HIGHLAND CAPITAL MGMT SERVICES
          ████████████████████████████████████████████████


          ----------------------------------------------------------

          Daily Balance Information
          Date         Balance        Date      Balance    Date      Balance
          ██████████████████████████████████████████████████████████████
          ███████████████████████████████████████████████
          ███████████████████████████████████████


          ----------------------------------------------------------

                         Interest Rate Summary
                       Date            Rate
                       ████████████████████████████████████

          End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

HCMS000164

Appx. 02386

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000165
**Appx. 02387**

# EXHIBIT 131

Appx. 02388

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 1 of 5 |

**MARKET INDICES**

Index

HIGHLAND  CAPITAL  MANAGEMENT
SERVICES  INC
ATTN  CARTER  CHISIM
300  CRESCEN  COURT
SUITE  700
DALLAS  TX  75201-7849

**ACCOUNT VALUE SUMMARY**

| Description | As of 10/30/15 | This Period |

TOTAL

**DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY**

| Description | This Statement | Year to Date |

TOTAL  INCOME

TOTAL  EXPENSES

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY.  IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

HCMS000172

**Appx. 02389**

| Customer Account Number: ▉▉▉▉  AE: PB2    Statement Period:  November 01, 2015  to  November 30, 2015 | PAGE 2 of 5 |

Please review this statement carefully.  If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610.  Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA).  All written inquires and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement.  If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account.  Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name.  We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System.  As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election.  The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market.  Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report.  If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale.  The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC")  SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash.  Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing.  Positions that are held away are not in the custody or control of Jefferies nor are they covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request.  A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you.  A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment.  All short positions are liable for assignment at any time.  A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price.  Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions.  Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount.  For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts.  Estimated Yield reflects only the income generated by an investment.  It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity.  MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined.  Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market.  Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement".  Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed on your account (debited or credited) one day prior to the last business day of each month.  In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06

HCMS000173

**Appx. 02390**



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

| Customer Account Number: ▮▮▮▮▮ | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 3 of 5 |
|---|---|---|---|

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Rate | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| 11/23 | WIRE | CASH | | WIRE IN HIGHLAND CAPITAL AC 43100933 TwoFour TradeNumber 301033575 | | | 100,000.00 |
| | | | | | .24 | | |

**TOTAL INCOME AND DISTRIBUTION ACTIVITY:**

## OTHER ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|

**TOTAL OTHER ACTIVITY:**

## PORTFOLIO SUMMARY

Bond ratings are provided by Moody s and Standard & Poor s, respectively. For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

**EQUITIES - LONG POSITIONS: 91.30% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

HCMS000174

**Appx. 02391**



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 5 of 5 |

**Customer Notice**

## IMPORTANT NOTICE

►In accordance with the requirements of the Securities and Exchange Commission (the "SEC") and the Commodity Futures Trading Commission (the "CFTC"), clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC (the "Company") as of May 31, 2015 by visiting our website at **http://investorrelations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790** or by calling 1-888-JEFFERIES.  The Statement of Financial Condition is also available for your personal inspection at Jefferies LLC's principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the SEC or CFTC in New York.

►Jefferies LLC is subject to the SEC's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. The Company computes net capital under the alternative method of the Rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions), plus excess margin collateral on reverse repurchase transactions. Compliance with the Rule could limit operations of the Company, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by the Company. In addition, Jefferies LLC is registered as a futures commission merchant ("FCM") following its merger with Jefferies Bache LLC in September 2014 and is therefore subject to the CFTC's minimum financial requirements under Rule 1.17. Under the minimum financial requirements, an FCM must maintain adjusted net capital equal to or in excess of the greater of $1,000,000 or the FCM's risk-based capital requirements totaling (i) eight percent of the total risk margin requirement for positions carried by the FCM in customer accounts, plus (ii) eight percent of the total risk margin requirement for positions carried by the FCM in noncustomer accounts. As a dually registered broker-dealer and FCM, Jefferies LLC is required to maintain net capital in excess of the greater of the SEC or CFTC minimum financial requirements. As of May 31, 2015, Jefferies LLC's net capital was $998,320,000 which was $913,625,000 in excess of required net capital.

\*\*\* END OF STATEMENT \*\*\*

HCMS000176

**Appx. 02393**

# EXHIBIT 132

5/18/2021                                          NexBank SSB

 

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                   Date 11/30/15              Page    1
                                   Primary Account    ▇▇▇▇▇
                                   Enclosures



        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201



        NexBank's Privacy Policy is accessible at www.NexBank.com



        Checking Account/s

             Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number        ▇▇▇▇▇▇      Statement Dates  11/02/15 thru 11/30/15
        Last Statement Balance ▇▇▇▇▇▇     Days in the statement period      ▇▇▇▇
            8 Deposits/Credits  ▇▇▇▇▇▇8   Average Ledger           ▇▇▇▇▇▇
            5 Checks/Debits     ▇▇▇▇▇     Average Collected        ▇▇▇▇▇▇
        Service Charge         ▇▇▇▇0      Interest Earned          ▇▇▇▇▇▇
        Interest Paid          ▇▇▇▇       Annual Percentage Yield Earned ▇▇▇▇
        This Statement Balance ▇▇▇▇▇0     2015 Interest Paid       ▇▇▇▇▇▇

        -----------------------------------------------------------------------

        Deposits and Additions
        Date    Description                        Amount
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000169

**Appx. 02395**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date 11/30/15          Page    2
                                        Primary Account    ███████
                                        Enclosures


        Analysis Checking w/ Interest    ████████    (Continued)

        ----------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                        Amount
        ████████████████████████████
        ██████████████████████████████████████████
        11/24     IB Transfer from D ****130 to         250,000.00-
                  D ****656
        ████████████████████████████

        ----------------------------------------------------------------

        Daily Balance Information
        Date          Balance      Date      Balance     Date      Balance
        ████████████████████████████████████████████████████████████
        █████████████████████████████████████████████

        ----------------------------------------------------------------

                      Interest Rate Summary
                      Date              Rate
                      ██████████████████████████

        End of Statement
```

MEMBER FDIC                          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000170

**Appx. 02396**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | |
|---|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | Enter bank balance from statement | | | |
|---|---|---|---|---|---|---|
| | | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000171

Appx. 02397

# EXHIBIT 133

Appx. 02398

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   2/29/16              Page    1
                                    Primary Account           ████████
                                    Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201


          NexBank's Privacy Policy is accessible at www.NexBank.com



     Checking Account/s

          Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number                 Statement Dates   2/01/16 thru  2/29/16
     Last Statement Balance         Days in the statement period    ████
        13 Deposits/Credits         Average Ledger
        84 Checks/Debits            Average Collected
     Service Charge                 Interest Earned
     Interest Paid                  Annual Percentage Yield Earned  ████
     This Statement Balance         2016 Interest Paid

     --------------------------------------------------------------------

     Deposits and Additions
     Date       Description                        Amount
```



```
MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.
```

HCMS000072
Appx. 02399

5/18/2021                                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date   2/29/16          Page    2
                                        Primary Account
                                        Enclosures


          Analysis Checking w/ Interest      �block        (Continued)

          Deposits and Additions
          Date      Description                        Amount
```



```
          --------------------------------------------------------------------

          Checks and Withdrawals
          Date      Description                        Amount
```



```
          2/10      IB Transfer from D ****130 to      2,000,000.00-
                    D ****656
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000073
**Appx. 02400**

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date   2/29/16        Page    3
                                    Primary Account
                                    Enclosures
```

Analysis Checking w/ Interest            ▆▆▆▆▆▆        (Continued)

Checks and Withdrawals
Date      Description                          Amount



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000074
Appx. 02401

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date   2/29/16        Page    4
                                    Primary Account
                                    Enclosures
```

Analysis Checking w/ Interest        ▮▮▮▮▮▮▮    (Continued)

Checks and Withdrawals
Date      Description                         Amount



MEMBER FDIC                 NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

HCMS000075
Appx. 02402

5/18/2021                                         NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date  2/29/16          Page    5
                                              Primary Account
                                              Enclosures


         Analysis Checking w/ Interest          [redacted]     (Continued)

         ----------------------------------------------------------------------

         Daily Balance Information
         Date        Balance      Date        Balance       Date        Balance
```



```
         ----------------------------------------------------------------------

                         Interest Rate Summary
                      Date              Rate
```

End of Statement

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

HCMS000076
Appx. 02403

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing in this statement. | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | TOTAL | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE>** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000077

**Appx. 02404**

# EXHIBIT 134

Page 1 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
        MASTER  OPERATING  ACCOUNT
        300  CRESCENT  CT  STE  700
        DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████████████ | ██████ | █████ | █████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

HCMS000056

**Appx. 02406**

Page 2 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number ███████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

Beginning Balance on 2/1/16 ████████

Deposits/Credits (145) ████████

Withdrawals/Debits (218) ████████

**Ending Balance on 2/29/16** ████████

## Courtesy Overdraft Amount

Courtesy Overdraft Amount for All Transactions ████████

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800 Compass.

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | ██████████████████ | ████ |
| ██ | | ████████████████ | ████ |
| | | ████████████ | |
| ██ | | ██████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ████████ | ████ |

Page 3 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016                29

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|--|-------------------|
| ■ | | ███████████████ | ████ | ██████ |
| ■ | | ███████████████ | ████ | ██████ |
| ■ | | █████████████ | | ██████ |
| ■ | | ████████████ | | ██████ |
| ■ | | ███████████████ | ███ | ██████ |
| ■ | | ███████████████ | ██ | ██████ |
| ■ | | █████████████ | ██ | ██████ |
| ■ | | █████████████ | ██ | ██████ |
| ■ | | ██████████████ | | ██████ |
| ■ | | ████████████ | ███ | ██████ |
| ■ | | ████████████ | ██ | ██████ |
| ■ | | █████████████ | | ██████ |
| ■ | | ██████████████ | | ██████ |
| ■ | | █████████████ | | ██████ |
| ■ | | ██████████████ | | ██████ |
| ■ | | ████████████ | ██ | ██████ |
| ■ | | ████████████ | ██ | ██████ |
| ■ | | ██████████ | █ | ██████ |
| ■ | | █████████████ | ███ | ██████ |
| ■ | | ████████████ | █ | ██████ |

Page 4 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/<br>Serial # | Description | | Deposits/<br>Credits |
|---|---|---|---|---|



HCMS000059

Page 5 of 16
Primary Account: ██████████
Beginning February 1, 2016 - Ending February 29, 2016                29

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| ███ | | ███████████████████        ████████████████ | ██████ |
| ███ | | ███████████████████  ████████ | ██████ |
| ███ | | ██████████████████████████████ | ██████ |
| ███ | | ███████████████████ ███████████ | ██████ |
| ███ | | █████████████████████ ███████████ | ██████ |
| ███ | | ███████████████████████ | ██████ |
| ███ | | ██████████████████ ██████████ | ██████ |
| ███ | | ██████████████████ ████████ | ██████ |
| ███ | | ███████████████████ ███████ | ██████ |
| ███ | | ████████████████████████████ | ██████ |
| ███ | | █████████████████████████ | ██████ |
| ███ | | ████████████████████ | ██████ |
| ███ | | █████████  █████    ████████████████ | ██████ |
| ███ | | ███████████   ████████████ | ██████ |
| ███ | | █████████████████████████ | ██████ |
| ███ | | ███████████  ███████████████ | |
| ███ | | ██████████████  ████████████████ | ██████ |
| ███ | | █████████      ███████████████ | ██████ |
| ███ | | █████████████████  ██████████ | ██████ |
| ███ | | ██████████████████  ██████████ | ██████ |
| ███ | | ██████████████████████████ | ██████ |
| ███ | | ████████████████████████████ | ██████ |
| ███ | | ██████████████████████  ███████ | ██████ |

Page 6 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass



**BBVA** Compass



Page 8 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016                29

**BBVA** Compass



**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| | | | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| | | | |

HCMS000064

**Appx. 02414**

BBVA Compass



HCMS000065

**Appx. 02415**

**BBVA** Compass

29



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

Page 12 of 16
Primary Account: ▆▆▆▆▆
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 2/11 | | OUT WT E-ACCESS CSTREP REF<br>20160211F2QCZ60C001153 BNF Highland Capital M | $250,000.00 |



Page 13 of 16
Primary Account: 
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass



Page 14 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|-----------------|-------------|--|---------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

Page 15 of 16
Primary Account: ███████████
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | | | |

*Indicates break in check sequence*

HCMS000070
**Appx. 02420**

**BBVA** Compass

## How to Balance Your Account

**Step 1**
- Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**
- If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**
- List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4**
- List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| | • Enter the "current balance" shown on this statement | |
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 135

Page 1 of 12
Primary Account: ████████
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass

21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

### Contacting Us

Available by phone 24/7

Phone  1-800-266-7277

Online  bbvacompass.com

Write  BBVA Compass
       Customer Service
       P.O. Box 10566
       Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████ | ██████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

HCMS000082

**Appx. 02423**

Page 2 of 12
Primary Account: ██████
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ██████ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

### Change In Terms

Correction: The fee changes and effective date listed on last month's statements were intended for other account types and are not applicable to your account.  Below are the fee changes that will go into effect July 1, 2016:
Checks Paid/Debits - $0.19; Deposited Items Drawn on BBVA Compass - $0.15; Incoming Wire - $15.00; Incoming Wire fee with fax/e-mail notification - $16.00; Incoming Wire fee with phone notification - $18.00; Incoming International wire - $15.75; Manual Outgoing repetitive wire - $20.00; Manual Outgoing non-repetitive wire - $25.00; Manual Outgoing repetitive wire fee with notification - $26.00; Outgoing Automatic Standing Transfer - $9.00; Rerun Deposited Item - $9.00; Return Deposited Item - $12.00. Call Business Relationship Services with questions regarding these changes.

## Activity Summary

Beginning Balance on 4/1/16                    ████

Deposits/Credits (53)                    ████

Withdrawals/Debits (207)                    ████

**Ending Balance on 4/30/16**                    ████

## Courtesy Overdraft Amount

Courtesy Overdraft Amount for All Transactions                                        $5,000.00

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800-Compass.

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|


HCMS000083

**Appx. 02424**

Page 3 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass



Page 4 of 12
Primary Account: █████████
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass



Page 5 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Page 6 of 12
Primary Account:
 April 30, 2016                30

**BBVA** Compass



| Date * | Check/Serial # | Description | | | Withdrawals/Debits |
|---|---|---|---|---|---|
| 4/5 | | OUT WT E-ACCESS CSTREP REF 20160405F2QCZ60C001480 BNF Highland Capital M | | | $6,000,000.00 |

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Page 8 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass



Page 9 of 12
Primary Account: ▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Page 10 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|

Primary Account: ██████████

**BBVA** Compass

Beginning April 1, 2016 - Ending April 30, 2016                    30

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ███ | ██ | ██ | ██ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | | | | |

*\* Indicates break in check sequence*

HCMS000092

**Appx. 02433**

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 136

5/18/2021                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  5/31/16            Page    1
                                        Primary Account        ███████
                                        Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest

| | | |
|---|---|---|
| Account Number | ████ | Statement Dates   5/02/16 thru  5/31/16 |
| Last Statement Balance | ████████ | Days in the statement period ████ |
| 9 Deposits/Credits | ████████ | Average Ledger ████████ |
| 5 Checks/Debits | ████████ | Average Collected ████████ |
| Service Charge | ████ | Interest Earned |
| Interest Paid | ████ | Annual Percentage Yield Earned ████ |
| This Statement Balance | ████████ | 2016 Interest Paid |

--------------------------------------------------------------------------------

Deposits and Additions
Date        Description                          Amount



---

MEMBER FDIC                      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                          each banking day will be credited as of that date.

HCMS000097

**Appx. 02436**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  5/31/16        Page     2
                                          Primary Account    ██████████
                                          Enclosures
```

```
         Analysis Checking w/ Interest        ██████)  (Continued)

         Deposits and Additions
         Date     Description                             Amount
         ████████████████████████          ███████████████████
         ████████████████████████████████████

         ------------------------------------------------------------------

         Checks and Withdrawals
         Date     Description                             Amount
          5/04    IB Transfer from D ****130 to         2,700,000.00-
                  D ****656
                  █████████████████████████████
                  ███████████████████
                  █████████████████████████████
                  ███████████████████
                  ████████████████████████
                  ██████████████████

         ------------------------------------------------------------------

         Daily Balance Information
         Date        Balance      Date        Balance     Date       Balance
         ████████████████████████████████████████████████████████████
         ██████████████████████████████████████████████████████████
         ███████████████████████████████████

         ------------------------------------------------------------------

                        Interest Rate Summary
                        Date            Rate
                        ████████████████████████████

         End of Statement
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

HCMS000098

**Appx. 02437**

5/18/2021                                          NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|

**Reconciliation of Account**

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| CHECKS WRITTEN BUT NOT PAID | | | |
|---|---|---|---|
| NUMBER | AMOUNT | | |
| | | | |

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| | TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000099
Appx. 02438

# EXHIBIT 137

Appx. 02439

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                 Date  7/29/16           Page    1
                                 Primary Account         ████████
                                 Enclosures
```

```
         Highland Capital Management LP
         300 Crescent Court Suite 700
         Dallas TX 75201
```

```
     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
Checking Account/s

         Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number            ████████    Statement Dates   7/01/16 thru  7/31/16
Last Statement Balance    ████████    Days in the statement period  ████
    13 Deposits/Credits   ████████    Average Ledger
    12 Checks/Debits      ████████    Average Collected             ████████
Service Charge               ████     Interest Earned
Interest Paid             ████████    Annual Percentage Yield Earned ████████
This Statement Balance    ████████    2016 Interest Paid            ████████
```

```
-------------------------------------------------------------------------------
```

```
Deposits and Additions
Date       Description                    Amount
```



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                       each banking day will be credited as of that date.

HCMS000122

**Appx. 02440**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  7/29/16          Page    2
                                        Primary Account        ████████
                                        Enclosures             ████████
```

```
       Analysis Checking w/ Interest    ████████    (Continued)

       Deposits and Additions
       Date     Description                              Amount
```



```
       Checks and Withdrawals
       Date     Description                              Amount
       7/01     IB Transfer from D ****130 to         30,000.00-
                D ****656
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000123

Appx. 02441

5/18/2021                                          NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date   7/29/16          Page    3
                                        Primary Account
                                        Enclosures


          Analysis Checking w/ Interest                  (Continued)

          Checks and Withdrawals
          Date      Description                           Amount



          -----------------------------------------------------------------

          Daily Balance Information
          Date          Balance       Date       Balance      Date       Balance




          -----------------------------------------------------------------

                        Interest Rate Summary
                        Date              Rate


          End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000124
**Appx. 02442**

5/18/2021                                            NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS |
|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. |
| NUMBER | AMOUNT | | | |
| | | | | Sort your checks numerically or by date issued. |
| | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. |
| | | | | |
| | | | | |
| | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. |
| | | | | |
| | | | | Reconcile your statement in the space provided below. |
| | | | | |
| | | | | Enter bank balance from statement |
| | | | | Add deposits not credited by bank (if any) |
| | | | | TOTAL |
| Total of Checks not paid | | | | Subtract total of checks not paid |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000125

**Appx. 02443**

# EXHIBIT 138

Appx. 02444

Page 1 of 14
Primary Account: ███████████
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass

21    HIGHLAND  CAPITAL  MANAGEMENT  LP
      MASTER  OPERATING  ACCOUNT
      300  CRESCENT  CT  STE  700
      DALLAS  TX  75201-7849

**Contacting Us**

Available by phone 24/7

Phone   1-800-266-7277

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ███████████████ | ████████ | ████████ | ████████ |
| **Total Deposit Accounts** | | ████████ | ████████ |

Coming soon! Save money and go green by offering your customers online bills and payment initiation.
BBVA Compass Electronic Bill Presentment and Payment is the most efficient way to deliver your bills
using your company's webpage and accept payments online or by phone. If customers use their own
banking service to pay bills online, we can help you streamline processing using BBVA Compass
e-Lockbox. Contact your BBVA Compass Treasury Management Officer for more details.

———

HCMS000126

**Appx. 02445**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

As a reminder, on September 23, 2016, the Automated Clearing House (ACH) will begin supporting interbank same day ACH credit transactions. Interbank same day ACH origination will be available through BBVA Compass at a later date on an **opt-in basis only**. Please contact your Treasury Management Officer for assistance.

To reflect this change for Interbank same day ACH through BBVA Compass, we have updated Section 3 of ACH Prepaid Services terms and conditions and added Section 18 to the ACH terms and conditions of our Treasury Management Services Agreement.

Additional terms have also been added to the ACH terms and conditions regarding NOCs in Section 6, fees for returned and disputed entries in Section 7 and third party processors in Section 12.

Please review the changes in the Treasury Management Services Agreement and print a complete copy for your records. You can find a current version of the agreement by going to:

http://www.bbvacompass.com/commercial/treasury-management/resource-central/
The user ID is "treasury" and the password is "management."

## Activity Summary

| | |
|---|---|
| Beginning Balance on 8/1/16 | ▮ |
| Deposits/Credits (99) | ▮ |
| Withdrawals/Debits (224) | ▮ |
| **Ending Balance on 8/31/16** | ▮ |

## Deposits and Other Credits



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|

Page 3 of 14
Primary Account: ■■■■■■
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|---|------------------|

Page 4 of 14
Primary Account: ███████████
Beginning August 1, 2016 - Ending August 31, 2016                31

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|---|------------------|

Page 5 of 14
Primary Account:
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass



Page 6 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass



Page 7 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 8 of 14
Primary Account: █████████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | | Withdrawals/ Debits |
|---|---|---|---|---|---|



8/5 — OUT WT E-ACCESS CSTREP REF 20160805F2QCZ60C000943 BNF Highland Capital M — $525,000.00

99994

Page 9 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016                 31

**BBVA** Compass



Page 10 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|---------------------|

HCMS000135

**Appx. 02454**

**BBVA** Compass



Page 12 of 14
Primary Account: ██████████
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|---|---------------------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



Page 13 of 14
Primary Account: ▇▇▇▇▇
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ▇ | ▇▇▇ | ▇ | ▇▇▇ | ▇ | ▇▇▇ |
| ▇ | ▇▇▇ | ▇ | ▇▇▇ | ▇ | ▇▇▇ |
| ▇ | ▇▇▇ | ▇ | ▇▇▇ | ▇ | ▇▇▇ |
| ▇ | ▇▇▇ | ▇ | ▇▇▇ | ▇ | ▇▇▇ |
| ▇ | ▇▇▇ | ▇ | ▇▇▇ | ▇ | ▇▇▇ |
| ▇ | ▇▇▇ | ▇ | ▇▇▇ | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇▇▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ |
| ▇ | ▇▇ | | ▇ | ▇▇ | ▇ | ▇ | ▇▇ | ▇ |

*Indicates break in check sequence*

Page 14 of 14
Primary Account: ▮▮▮▮▮▮▮▮
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HCMS000139

# EXHIBIT 139

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  8/31/16          Page    1
                                    Primary Account        ███████
                                    Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at 972-934-4700.

    Checking Account/s

        Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number        ████████   Statement Dates  8/01/16 thru  8/31/16
    Last Statement Balance ████████  Days in the statement period    ███████
      11 Deposits/Credits  ████████  Average Ledger                  ███████
       7 Checks/Debits     ████████  Average Collected               ███████
    Service Charge            █████   Interest Earned                 ███████
    Interest Paid          ████████   Annual Percentage Yield Earned  ███████
    This Statement Balance ████████   2016 Interest Paid              ███████
```

-------------------------------------------------------------------------------

```
    Deposits and Additions
    Date      Description                              Amount
```



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                      each banking day will be credited as of that date.

HCMS000140

**Appx. 02460**

5/18/2021                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  8/31/16          Page    2
                                        Primary Account
                                        Enclosures            ████████


              Analysis Checking w/ Interest      █████     (Continued)

              Deposits and Additions
              Date    Description                        Amount
              ██      ████████████████████              ████████

              ██      ████████████████                  ████████

              ██      ████████████████                  ████████

              ██      ████████████                      ████████

              --------------------------------------------------------------

              Checks and Withdrawals
              Date    Description                        Amount
              ██      ████████████████                  ████████

              ██      ████████████████                  ████████

              ██      ████████████████████              ████████

              8/19    IB Transfer from D ****130 to      250,000.00-
                      D ****656

              ██      ████████████████████              ████████

              ██      ████████████                      ████████

              ██      ████████████                      ████████

              --------------------------------------------------------------

              Daily Balance Information
              Date    Balance      Date    Balance      Date    Balance
              ██      ████████     ██      ████████     ██      ████████
              ██      ████████     ██      ████████     ██      ████████
              ██      ████████     ██      ████████     ██      ████████
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000141

**Appx. 02461**

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  8/31/16        Page   3
                                        Primary Account
                                        Enclosures            ████


          Analysis Checking w/ Interest          1614130  (Continued)

          --------------------------------------------------------------------

                        Interest Rate Summary
                        Date                  Rate
                        ████                  ████

          End of Statement
```

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000142

**Appx. 02462**

5/18/2021                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000143

**Appx. 02463**

**EXHIBIT 140**

Appx. 02464

**BBVA** Compass

```
  61      I C. I NADC  TAPCWAN  SADAL dS dDM NP
          SAFMdR  OPdRAMCBL  ATTOUDM
          H00  TRdFTdDM TM FMd  300
          CANNAF M7  3X601E3584
```

## / our BBs A Tomba. . AccountWV

Plea. e . ee imbortant me. . age regar9ing your
MRdAFUR/ S ADAL dS dDMADAN F0F TI d TYCBL
account

### Contacting Us

Availa, le , y bpone 68f8

Ppone   1E500EB- - E8633

Online   , , vacomba. . xcom

K rite   BBs A Tomba. .
         Tu. tomer Fervice
         P>OxBo( 10X- -
         Birmingpam2AN HX64-

## Fummary of Account.

### Deposit Accounts/ Other Products

| Account | Account num, er | dn9ing , alance la. t. tatement | dn9ing , alance tpi. . tatement |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | | |
| **Total Deposit Accounts** | | **$315,335.01** | **$1,090,753.79** |

HCMS000144

**Appx. 02465**

Page 6 of 16
Primary Account: ████████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

# MRd AFUR/ S ADAL dS d DMADAN/ FG TI d TYGL

Account Dum, er: ████████  El G I NADC TAPG/ANS ADAL dS d DMNP

### Account Information

K e pave ub9ate9 certain term. an9 con9ition. of tpe Mea. ury S anagement Fervice Agreement for tpe L eneral Provi. ion. for tpe follo) ing . ection. : Autporine9 Rebre. entative2dligi, le Account. 2Tonfi9entiality an9 " orce S a"eurexG a99ition2t) o ne) . ection. pave al. o , een a99e9 to tpe L eneral Provi. ion. : Cefinition. an9 Mpir9 Party Proce. . or. xPlea. e revie) tpe. e . ection. of tpe Mea. ury S anagement Agreement online an9 brint a comblete coby for your recor9. xMpe. e term. an9 con9ition. ) ill , ecome effective a. of Cecem, er 12601- xAll otper term. an9 con9ition. of tpe Mea. ury S anagement Fervice Agreement ) ill continue in full force an9 effectx/ ou can fin9 a current ver. ion of tpe agreement , y going to:
pttb:H) ) ) x , vacomba. . xcomh commercialltrea. uryEmanagementhre. ourceEcentralh

Mpe u. er CC i. $trea. ury$an9 tpe ba. . ) or9 i. $managementx$

### Activity Summary

Beginning Balance on 4ℎ1ℎ1-          ████

Cebo. it. ℎ're9it. W.-V          ████

K itp9ra) al. tCe, it. W5-V          ████

**Ending Balance on 9/30/16**          ████

### Deposits and Other Credits



**Appx. 02466**

**BBVA** Compass

| Cate * | Tpeckh Ferial # | Ce. cribtion | | Cebo. it. h Tre9it. |
|---|---|---|---|---|

Page 8 of 16
Primary Account: ██████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate * | Tpeckh Ferial # | Ce. cribtion | | Cebo. it. h Tre9it. |
|--------|-----------------|--------------|--|---------------------|
| ██ | | ████████ ████████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |

HCMS000147

**Appx. 02468**

**BBVA** Compass



Plea. e note2certain fee.  an9 cparge.  bo. te9 to your account may relate to . ervice.  an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i.  tpe , u. ine. .  9ay tpat tpe tran. action i.  broce. . e9x

## Withdrawals and Other Debits



Page - of 16
Primary Account:
Beginning Febtem, er 12601- Ed n9ing Febtem, er H02601-                H0

**BBVA** Compass



Page 3 of 16
Primary Account:
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass



HCMS000150

Page 5 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                H0

**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|---|---|---|---|

4f66   OUMK MdEAT TdFF TFMRdP Rd"   Ql5X2000X00
       601- 0466" 6ZTq- 0T000- 5HBD"  I igplan9 Tabital S

HCMS000151

Page 4 of 16
Primary Account:
Beginning Febtem, er 12601- Ed n9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate * | Tpeckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|--------|------|------|------|

Page 10 of 16
Primary Account: █████
Beginning Febtem, er 12601-  Edn9ing Febtem, er H02601-            H0

**BBVA** Compass



Plea. e note2certain fee.  an9 cparge.  bo. te9 to your account may relate to . ervice.  an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i.  tpe , u. ine. .  9ay tpat tpe tran. action i.  broce. . e9x

## End of Business Day Balance Summary



## Summary of Checks



HCMS000153

**Appx. 02474**

Primary Account: █████████
Beginning Febtem, er 12601-  Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate | T peck # | Amount | Cate | T peck # | Amount | Cate | T peck # | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| ████ | ██████   | ██████ |      |          |        |      |          |        |

*Indicates break in check sequence*

Page 16 of 16
Primary Account: ▉▉▉▉▉
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter all cpeck. 29ebo. it. 2an9 otper automate9 teller car9 WMS Vtran. action.  in your regi. terx
• Recor9 all automate9 9e9uction. 29e, it car9 tran. action.  an9 electronic , ill bayment. x
• Recor9 an9 9e9uct . ervice cparge. 2cpeck brinting cparge. 2or otper , ank fee. x
• ⑤you pave an entere. t , earing account2a99 any intere. t earne9 . po) n on tpi. . tatementx

**Step 2** • ⑤abblica, le2. ort cpeck.  in numerical or9er an9 mark in your regi. ter eacp cpeck or otper tran. action tpat i. li. te9 on tpi. . tatementx

**Step 3** • N. t any 9ebo. it. or cre9it.  your pave ma9e tpat 9o not abbear on tpi. . tatement Wee . bace brovi9e9 , elo) Vk

**Step 4** • N. t any 9ebo. it. or cre9it.  your pave ma9e tpat 9o not abbear on tpi. . tatement Wee . bace brovi9e9 , elo) Vk

| CatetⓇCe. cribtion | Amount |
|---|---|
|  | j |
|  | j |
|  | j |
|  | j |
|  | j |
|  | j |
| Fteb HMbtal | Q |

| CatetⓇCe. cribtion | Tpeck # | Amount |
|---|---|---|
|  |  | j |
|  |  | j |
|  |  | j |
|  |  | j |
|  |  | j |
|  |  | j |
| Fteb 8 Mbtal |  | Q |

## Balancing Your Register to this Statement

**Step 5** | dnter tpe ⑤current , alance⑤. po) n on tpi. . tatement ........................................................ | j
| A99 total from Fteb H ............................ | j
| Fu, total ................................................. | j
| Fu, tract total from Fteb 8 ...................... | j
| Mpi. , alance . poul9 e• ual your regi. ter , alance ............................................... | j
| Ⓖit 9oe. not agree2e. e. teb. , elo) ......... | Q    j

⑤your account 9oe. not , alance2revie) tpe follo) ing:
· Tpeck all your a99ition an9 . u, traction, a ove in your regi. terx
· S ake . ure you remem, ere9 to . u, tract . ervice cparge. li. te9 on on tpi. . tatement an9 a99 any intere. t earne9 to your regi. terx
· Amount. of 9ebo. it. an9 ) itp9ra) al. on tpi. . tatement . poul9 matcp your regi. ter entrie. x
· ⑤you pave • ue. tion. or nee9 a. . i. tance2blea. e refer to tpe bpone num, er on tpe front of tpi. . tatementx

## Change of Address

Plea. e call u. at tpe telepbone num, er li. te9 on tpe front of tpi. . tatement to tell u. , a, out a cpange of a99re. . x

**Electronic Transfers** (for consumer accounts only)
⑥ ca. e of error. or • ue. tion. a, out your d1ectronic Man. fer. 2) rite to BBs A Tomba. . Bank2Oberation. Tombliance Fubbort2P⑥OxBo( 10X- 2Birmingpam2AN H⑥64- xOr. imbly call your local cu. tomer . ervice num, er brinte9 on tpe front of tpi. . tatementxTall or ) rite a. . oon a. you can2if you tpink your . tatement or receibt i. ) rong or if you nee9 more information a, out a tran. fer on tpe . tatement or receibtxK e mu. t pear from you no later tpan - 0 9ay. after ) e . ent tpe fir. t . tatement on ) picp tpe error or bro, lem abbeare9x

▌ Mell u. your name an9 account num, er ₩anyₖ
▌ Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e( blain a. clearly a. you can ) py you , elieve it i. an error or ) py you nee9 more informationx
▌ Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

K e ) ill inve. tigate your complaint an9 ) ill correct any error brombtlyx⑤ ) e take more tpan 10 , u. ine. . 9ay. ₩0 on claim. on account. obene9 le. . tpan H0 calen9ar 9ay. Vto 9o tpi. 2) e ) ill cre9it your account for tpe amount you tpink i. in error2. o tpat you ) ill pave tpe u. e of tpe money 9uring tpe time it take. u. to comblete our inve. tigationx

*" or DonⒺor. umer Account cu. tomer. 2blea. e refer to your current DonⒺor. umer Account Agreement for 9etail. regar9ing d1ectronic " un9 Man. fer. x

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate**xMpe intere. t cparge i. combute9 u. ing your annual bercentage rate 9ivi9e9 , y H x or2in tpe ca. e of a leab year2H - 2 ) picp give. you tpe 2Abblica, le Ratex̃ Altpougp ) e calculate your intere. t cparge , y abblying tpe Abblica, le Rate to eacp 9aily , alance2tpe intere. t cparge can al. o , e calculate9 , y multiblying tpe Abblica, le Rate , y tpe 2average 9aily , alance"Vualance Fu, "ect to 9tere. t RateV. po) n on tpi. . tatement2tpen multiblying tpat . um , y tpe num, er of 9ay. in tpe , illing cyclexMb get tpe 2Balance Fu, "ect to 9tere. t Rate" , po) n on tpi. . tatement ) e take tpe , eginning , alance of your account le. . any unbai9 finance cparge. eacp 9ay2a99 any ne) a9vance. or 9e, it. 2an9 . u, tract any bayment. or cre9it. xMb . etup tpe 9aily , alancexMpen ) e a99 all tpe 9aily , alance. for tpe , illing cycle an9 9ivi9e , y tpe num, er of 9ay. in tpe , illing cyclexMbi. give u. tpe 2average 9aily , alance" . po) n on . tpe 9aily , alance. 2Balance Fu, "ect to 9tere. t Rate"x Payment. xPayment. to your over9raft brotection loan account ma9e tprougp our teller. or 9ebo. ite9 at our automate9 teller macpine. WAMS . VS on9ay tprougp " ri9ay , efore tpe bo. te9 cutⒺof time ) ill , e bo. te9 to your account on tpe 9ate tpey are accebte9x Otper) i. e2tpey ) ill , e bo. te9 on tpe ne( t , u. ine. . 9ayxPayment. ma9e tprougp our AMS . via a fun9. tran. fer ) ill , e bo. te9 on tpe 9ate tpey are receive9 or on tpe ne( t , u. ine. . 9ay if ma9e after - bm T MWbm S M for Ariwona account. an9 - bm PMfor T alifornia account. VS on9ay tprougp " ri9ay or anytime Fatur9ay2Fun9ay or , ank poli9ay. xBBs A Tomba. . Bank , u. ine. . 9ay. are S on9ay tprougp " ri9ay2e( clu9ing poli9ay. x

**In Case of Errors or Questions About Your Statement** VOver9raft Protection OnlyV
⑤you tpink your . tatement i. ) rong2or if you nee9 more information a, out a tran. action on your . tatement2) rite2or ) e may contact u. on tpe . tatement2 rite your i. . ue on a . ebarate 9ocument an9 . en9 it to Bankcar9 T enter2P⑥OxBo( 66102Cecatur2AN H⑥- 44⑤0001xMelebpone in• uire. may , e ma9e , y calling your local BBs A Tomba. . rancp li. te9 on tpe front of tpi. . tatement to , eak ) itp a T u. tomer Fervice Rebre. entativexPlea. e note: a telebpone in• uiry i. not , in9ing on u. 2unle. . ) e receive your rigpt. un9er fe9eral la) x K e mu. t pear from you no later tpan . i( ty W40V9ay. after ) e . ent you tpe fir. t . tatement on ) picp tpe error or bro, lem abbeare9x

· Mell u. your name an9 account num, er or ₩anyₖ
· Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e( blain a. clearly a. you can ) py you , elieve it i. an error or ) pat you nee9 more informationx
· Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

/ ou can . top tpe automatic 9e9uction of tpe S inimum Payment from your cpecking account if you tpink your . tatement i. ) rong2xMb . top tpe automatic 9e9uction i. . cpe9ule9 to occurx

## Reporting Other Problems

Plea. e revie) your . tatement carefullyx⑤i. e. . ential tpat any account error. or any imbrober tran. action. on your account. are re9orte9 to u. a. . oon a. . ona. ible2o9 , ) e . i. lex⑤you fail to notify u. of any . u. becte9 bro, lem. 2error. or unautporiwe9 tran. action. ) itpin tpe time berio9. . becifie9 in tpe 9ebo. it account agreement2) e are not lia, le to you for any lo. . relate9 to tpe bro, lem2error or unautporiwe9 tran. actionx

BBs A Tomba. . i. a tra9e name of Tomba. . Bank2a mem, er of tpe BBs A L roubx Tomba. . Bank2S em, er " CGx

# EXHIBIT 141

NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                              Date 12/30/16          Page    1
                                              Primary Account
                                              Enclosures           ███████
```

```
            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201
```

```
NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                        Statement Dates  12/01/16 thru 12/31/16
Last Statement Balance                Days in the statement period
   14 Deposits/Credits                Average Ledger
   11 Checks/Debits                   Average Collected
Service Charge                        Interest Earned
Interest Paid                         Annual Percentage Yield Earned
This Statement Balance                2016 Interest Paid
```



```
Deposits and Additions
Date         Description                           Amount
```

---

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                         each banking day will be credited as of that date.



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date 12/30/16       Page    2
```

HCMS000177

**Appx. 02478**

NexBank SSB

Primary Account
Enclosures                                              ██████

Analysis Checking w/ Interest            ████    (Continued)

Deposits and Additions
Date        Description                                        Amount



----------------------------------------------------------------------

Checks and Withdrawals
Date        Description                                        Amount

12/12       IB Transfer from D ****130 to          7,700,000.00-
            D ****656




MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

                                                 Date 12/30/16        Page    3
                                                 Primary Account
                                                 Enclosures            ██████

Analysis Checking w/ Interest            ████    (Continued)

----------------------------------------------------------------------

Daily Balance Information

HCMS000178
**Appx. 02479**

NexBank SSB

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ███ | ███████ | ███ | ███████ | ███ | ███████ |

----------------------------------------------------------------------------

Interest Rate Summary

Date                     Rate
████                   ██████

End of Statement



MEMBER FDIC
NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS |
|---|---|---|
| **Reconciliation of Account** | | Date _____ |
| CHECKS WRITTEN BUT NOT PAID | | Please examine this statement and items at once and refer any exceptions immediately. |
| NUMBER | AMOUNT | Sort your checks numerically or by date issued. |
| | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. |
| | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. |
| | | Reconcile your statement in the space provided below. |
| | | Enter bank balance from statement |
| | | Add deposits not credited by bank (if any) |
| | | TOTAL |

file:///G|/.../1.%20Audit/Audit%202016/Bank%20Statements/NexBank%20MM%20130/12-16%20HCM%20MM%20NexBank%20130.html[3/15/2019 4:45:15 PM]

HCMS000179

Appx. 02480

NexBank SSB

| Total of Checks not paid | | | | Subtract total of checks not paid | | | | |
|---|---|---|---|---|---|---|---|---|
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000180

Appx. 02481

# EXHIBIT 142

5/18/2021                                                    NexBank SSB







2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                          Date   3/31/17            Page    1
                                          Primary Account
                                          Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


       NexBank's Privacy Notice, which has not changed, is available on our website
       at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
       Privacy Notice mailed to you, please call us at 972-934-4700.

    Checking Account/s

            Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number                          Statement Dates   3/01/17 thru  4/02/17
    Last Statement Balance                  Days in the statement period
        5 Deposits/Credits                  Average Ledger
       20 Checks/Debits                     Average Collected
    Service Charge                          Interest Earned
    Interest Paid                           Annual Percentage Yield Earned
    This Statement Balance                  2017 Interest Paid


    --------------------------------------------------------------------------------


    Deposits and Additions
    Date       Description                          Amount





    --------------------------------------------------------------------------------
```

MEMBER FDIC                          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                        Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                              each banking day will be credited as of that date.

HCMS000078
Appx. 02483

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date  3/31/17        Page    2
                                    Primary Account
                                    Enclosures          ██████
```

```
        Analysis Checking w/ Interest    █████    (Continued)

        Checks and Withdrawals
        Date      Description                          Amount
```



```
        3/31      IB Transfer from D ****130 to        150,000.00-
                  D ****656
```

--------------------------------------------------------------------------------

```
        Daily Balance Information
        Date          Balance      Date       Balance    Date       Balance
```

--------------------------------------------------------------------------------

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000079

**Appx. 02484**

5/18/2021                                            NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                    Date   3/31/17        Page    3
                                    Primary Account   ████████████
                                    Enclosures

        Analysis Checking w/ Interest        ███████   (Continued)

                          Interest Rate Summary
                       Date               Rate
                       ███████████████████████████

        End of Statement
```

MEMBER FDIC                 NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                       each banking day will be credited as of that date.

HCMS000080
Appx. 02485

5/18/2021                                                  NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | | TOTAL | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000081
**Appx. 02486**

# EXHIBIT 143

Appx. 02487

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date   3/30/18          Page    1
                                        Primary Account     ████████
                                        Enclosures
```

```
        Highland Capital Management Services Inc
        Attn Kristin Hendrix
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
        NexBank's Privacy Notice, which has not changed, is available on our website
        at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
        Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
        Checking Account/s

                Account Type:  Highland Capital Management Services Inc
                               Attn Kristin Hendrix
```

```
        Business Checking
        Account Number          ████████      Statement Dates   3/01/18 thru  4/01/18
        Last Statement Balance  ████████      Days in the statement period  ████
            1 Deposits/Credits  ████████      Average Ledger          ██████████
            5 Checks/Debits     ████████      Average Collected       ██████████
        Service Charge              ████
        Interest Paid
        This Statement Balance  ████████
```

--------------------------------------------------------------------------------

```
        Deposits and Additions
        Date     Description                        Amount
        3/26     IB Transfer from D ****130 to      150,000.00
                 D ****656
```

--------------------------------------------------------------------------------

```
        Checks and Withdrawals
        Date      Description                       Amount
```

████████████████████████
████████████████████████
████████████████████████
████████████████████████
████████████████████████

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

**HCMS000181**

**Appx. 02488**

5/18/2021                                           NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  3/30/18        Page    2
                                          Primary Account      ████████
                                          Enclosures


       Business Checking              ████████  (Continued)

       --------------------------------------------------------------------

                           --- CHECKS IN NUMBER ORDER ---
       Date    Check No            Amount
       ████████████████████████████████████
       ████████████████████████████████

       --------------------------------------------------------------------

       Daily Balance Information
       Date          Balance      Date         Balance      Date         Balance
       ████████████████████████████████████████████████████████████████████████
       ████████████████████████████████████████████████████████████████████

       End of Statement
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000182

**Appx. 02489**

5/18/2021                                                      NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | | |
| NUMBER | AMOUNT | | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | | |
| | | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | | |
| | | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | | |
| | | | | | | | | |
| | | | | Enter bank balance from statement | | | | |
| | | | | Add deposits not credited by bank (if any) | | | | |
| | | | | | | | | |
| | | | | TOTAL | | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000183

**Appx. 02490**

**EXHIBIT 144**

5/18/2021                                         NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date   6/29/18          Page    1
                                          Primary Account    ████████
                                          Enclosures


         Highland Capital Management Services Inc
         Attn Kristin Hendrix
         300 Crescent Court Suite 700
         Dallas TX 75201


         NexBank's Privacy Notice, which has not changed, is available on our website
         at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
         Privacy Notice mailed to you, please call us at 972-934-4700.


         Checking Account/s

              Account Type:  Highland Capital Management Services Inc
                             Attn Kristin Hendrix


         Business Checking
         Account Number        ████████      Statement Dates   6/01/18 thru  7/01/18
         Last Statement Balance               Days in the statement period      ███
         ████████████████        ████████     Average Ledger
         Service Charge          ████████D    Average Collected      ████████████
         Interest Paid           ████████
         This Statement Balance  ████████S


         --------------------------------------------------------------------------------

         Deposits and Additions
         Date     Description                        Amount
          6/25    IB Transfer from D ****130 to      200,000.00
                  D ****656

         --------------------------------------------------------------------------------

         Checks and Withdrawals
         Date     Description                        Amount
         ████████████████████████████████████
         ████████████████████████████████████

         --------------------------------------------------------------------------------
```

MEMBER FDIC                 NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                          each banking day will be credited as of that date.

HCMS000184

**Appx. 02492**

5/18/2021                                           NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                        Date   6/29/18          Page      2
                                        Primary Account
                                        Enclosures

          Business Checking                      ▮   (Continued)

          Daily Balance Information
          Date          Balance          Date          Balance          Date          Balance

          End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                       each banking day will be credited as of that date.

HCMS000185

**Appx. 02493**

5/18/2021                                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000186

Appx. 02494

**EXHIBIT 145**

Page 1 of 16
Primary Account: ██████████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

, 1   9 HI 9 GALN  DAPHCAG  F ALAI EF ELC  GP
     F ATCEM  SPEMACHLI   ADDSRL C
     622  DMETDEL C  DC  TCE  CO22
     NAGGAT  CU  CO3, 21- CO7 X0

## Contacting Us

A5ai8 4&e 4y vl one , X pO

Pl one   1-722-, hh- QOO

Sn 8 ne   445acomva/ / scom

. rite   BBWA Domva/ /
        Du/ tomer Ter5ice
        PsSsBoV 123hh
        Birmingl amb AG63, 0h

## Tummary of Account/

### Deposit Accounts/ Other Products

| Account | Account num4er | Ending 4a8ance 8a/ t / tatement | Ending 4a8ance tl i/ / tatement |
|---|---|---|---|
| ████████████████ | ████████ | ████████ | ████████ |
| **Total Deposit Accounts** | | ████████ | ████████ |

HCMS000100
**Appx. 02496**

Page , of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

# CMEATRMx F AL AI  EF EL C AL AGx THT  D9 EDYHLI

Account Lum4er:████████ - 9 HI 9 GAL N DAPHCAGF AL AI  EF EL C GP

## Activity Summary

| | |
|---|---|
| Beginning Bañance on 3p1p10 | ████████ |
| Nevo/ it/ pDredit/ l0Q( | ████████ |
| . itl dra) a8 pNe4it/ K1Ch( | ████████ |
| **Ending Balance on 5/31/19** | ████████ |

## Deposits and Other Credits

| Nate " | DI ecwp Teria8" | Ne/ crivtion | Nevo/ it/ p Dredit/ |
|---|---|---|---|
| ██ | | ████████████ | █████ |
| ██ | | ████████████ | █████ |
| ██ | | ████████████ | █████ |
| ██ | | ████████████ | █████ |
| ██ | | ████████████ | |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | █████ |
| ██ | | ████████████ | █████ |
| ██ | | ████████████ | |
| ██ | | ████████████ | █████ |
| ██ | | ████████████ | █████ |
| ██ | | ████████████ | █████ |
| ██ | | ████████████ | █████ |
| ██ | | ████████████ | █████ |

Page 6 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210            61

**BBVA** Compass



**BBVA** Compass

| Nate " | DI ecwp Teria8" | Ne/ crivtion | Nevo/ it/ p Dredit/ |
|---|---|---|---|
| ██ | | ████████ ██ | ██ |
| ██ | | ████████ ██ | ██ |
| ██ | | ████████ ██ | ██ |
| ██ | | ████████ ███ | ██ |
| ██ | | ████████ ██ | ██ |
| ██ | | ████████ ██ | ██ |
| ██ | | ████████ ██ | ██ |
| ██ | | ███████ ██ | ██ |
| ██ | | ████████ ██ | ██ |
| ██ | | ████████ ████ | ██ |
| ██ | | ███████ ████ | ███ |
| ██ | | ████████ ████ | ██ |
| ██ | | ███████ ██ | █ |
| ██ | | ████████ ██ | ██ |
| ██ | | ████████ ██ | ██ |
| ██ | | ███████ ██ | ██ |
| ██ | | ███████ ██ | █ |
| ██ | | ████████ ██ | ██ |
| ██ | | ████████ ██ | ██ |
| ██ | | ████████ ██ | ██ |

**BBVA** Compass



Page h of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



Page Oof 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



P3oa/ e notebcertain fee/ and cl arge/ vo/ ted to your account may re3ate to / er5ice/ andpor acti5ity from tl e vrior / tatement cyc3es
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## Withdrawals and Other Debits



HCMS000106
**Appx. 02502**

Page 7 of 16
Primary Account: 
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



Page 0 of 16
Primary Account: ██████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



BBVA Compass



**BBVA** Compass



Page 1, of 16
Primary Account: ████████
Beginning F ay 1b, 210 - Ending F ay 61b, 210        61

**BBVA** Compass



Ple a/ e notebcertain fee/ and cl arge/ vo/ ted to your account may rela8te to / er5ice/ andpor acti5ity from tl e vrior / tatement cycle8s
˚ Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## End of Business Day Balance Summary



## Summary of Checks



*Indicates break in check sequence*

HCMS000111

**Appx. 02507**

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter a8cl ecw bdevo/ it/ band otl er automated te8er card HACF (/ tran/ action/ in your regi/ ters
  • Mecord a8automated deduction/ bde4it card tran/ action/ and e8ectronic 4i8payment/ s
  • Mecord and deduct / er8ce cl arge/ bcl ecwvrinting cl arge/ bor otl er 4anwfee/ s
  • Hl you l a5e an interel t 4earing accountbadd any interel t earned / l o) n on tl i/ / tatements

**Step 2** • Hl a vv8ca48b/ ort cl ecw in numerica8order and marw in your regi/ ter eacl cl ecwor otl er tran/ action tl at i/ 8/ ted on tl i/ / tatements

**Step 3** • Gl/ t any devo/ it/ or credit/ your l a5e made tl at do not avvear on tl i/ / tatement Kee / vace vro5ided 4e8) (s

**Step 4** • Gl/ t any cl ecw/ you l a5e ) rittenbde4it card tran/ action/ be8ectronic vayment/ and otl er deduction/ tl at do not avvear on tl i/ / tatement Kee / vace vro5ided 4e8) (s

| Nate/ Ne/ crivtion | | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Ttev 6 Cota8 | # | q |

| Nate/ Ne/ crivtion | Dl ecw" | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Ttev X Cota8 | # | q |

## Balancing Your Register to this Statement

| **Step 5** | ZEnter tl e "current 4a8ance" / l o) n on tl i/ / tatement | | q |
|---|---|---|---|
| | ZAdd tota8from Ttev 6 | | q |
| | ZTu4tota8 | | q |
| | ZTu4tract tota8from Ttev X | | q |
| | ZCl i/ 4a8ance / l ou8 eQua8your regi/ ter 4a8ance | | q |
| | Hl it doe/ not agreeb/ ee / tev/ 4e8) | # | q |

Hl your account doe/ not 4a8ancebre5ie) tl e fo8o) ing):
· Dl ecwa8your addition and / u4traction a4o5e in your regi/ ters
· F awe / ure you remem4ered to / u4tract / er5ice cl arge/ 8/ ted on tl i/ / tatement and add any interel t earned
· Amount/ of devo/ it/ and ) itl dra) a8 on tl i/ / tatement / l ou8 matcl your regi/ ter entrie/ s
· Hl you l a5e Que/ tion/ or need a / l / tancebv8ea/ e refer to tl e vl one num4er on tl e front of tl i/ / tatements

## Change of Address
P8ea/ e ca88u/ at tl e te8evl one num4er /l/ ted on tl e front of tl i/ / tatement to te88u/ a4out a cl ange of addre/ / s

## Electronic Transfers (for consumer accounts only)
Hn ca/ e of error/ or Que/ tion/ a4out your E8ectronic Cran/ fer/ b) rite to BBVA Domva/ / Banw8S veration/ Domv8ance Tuvvortb PsS sBoV 123hhbBirming8ambAG63, 0hsS r / imv8) ca88your 8ca8cu/ tomer / er5ice num4er vrinted on tl e front of tl i/ / tatementsDa88on ) rite a/ / oon a/ you can8if you tl inwyour / tatement or receivt i/ ) rong or if you need more information a4out a tran/ fer on tl e / tatement or receivts. e mu/ t l ear from you no 8ater tl an h2 day/ after ) e / ent tl e fir/ t / tatement on ) l icl tl e error or vro48em avveareds

Z Ce88u/ your name and account num4er Kf any(s
Z Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand e8v8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it / an error or ) l at you need more informations
Z Ce88u/ tl e do88ar amount of tl e / u/ vected errors

· e ) i88in5e/ tigate your comv8aint and ) i88correct any error vromvt8yslH) e tawe more tl an 12 4u/ ine/ / day/ K2 on c8aim/ on account/ ovened 8// / tl an 62 ca8endar day/ ( to do tl i/ b) e ) i88 credit your account for tl e amount you tl inwi/ in error8/ o tl at you ) i88 a5e tl e u/ e of tl e money during tl e time it tawe/ u/ to comv8ete our in5e/ tigations

"$or Lon-Don/ umer Account cu/ tomer/ b8ea/ e refer to your current Lon-Don/ umer Account Agreement for detai8/ regarding E8ectronic $und Cran/ fer/ s

## Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rates**Cl e intere/ t cl arge i/ comvuted u/ ing your annua8vercentage rate di5ided 4y 6h3 orbin tl e ca/ e of a 8eav yearb6hhb ) l icl gi5e/ you tl e "Avv8ca48 Mate/ A88l ougl ) e ca8cu8ate tl e intere/ t cl arge 4y avv8ying tl e Avv8ca48 Mate to eacl / day8 4a8ancebtl e intere/ t cl arge can a8/ o 4e ca8cu8ated 4y mu8 tiv8ying tl e Avv8ca48 Mate 4y tl e "a5erage dai8y 4a8ance8H8a8ance Tu4ject to Intere/ t Mate/ / l o) n on tl i/ / tatement8tl en mu8tiv8ying tl at / um 4y tl e num4er of day/ in tl e 4i88ing cyc8esCo get tl e "8a8ance Tu4ject to Intere/ t Mate/ / l o) n on tl i/ / tatement ) e tawe tl e 4eginning 4a8ance of your account 8a/ / any unvaid finance cl arge/ eacl daybadd any ne) ad5ance/ or de4it/ band / u4tract any vayment/ or credit/ sCl i/ gi5e/ u/ tl e dai8y 4a8ancesCl en ) e add a88tl e dai8y 4a8ance/ for tl e 4i88ing cyc8e and di5ide 4y tl e num4er of day/ in tl e 4i88ing cyc8esCl i/ gi5e u/ tl e "a5erage dai8y 4a8ancesH8an/ o n on tl e / tatement a/ a "Ba8ance Tu4ject to Intere/ t Mate(s Payment/ sPayment/ to your o5erdraft vrotection 8oan account made tl rougl our te88er/ or devo/ ited at our automated te88er macl ine/ HACF / ( F onday tl rougl $riday 4efore tl e vo/ ted cut-off time ) i884e vo/ ted to your account on tl e date tl ey are accevtedsStl er) i/ e8they are vo/ ted on tl e ne vt 4u/ ine// dayPayment/ made tl rougl our ACF / 5ia a fund/ tran/ fer i884e vo/ ted on tl e date tl ey are recei5ed or on tl e ne vt 4u/ ine// day if made after h vm DC Hvm F C for Arizona account/ and h vm PC for Da8ifornia account/ ( F onday tl rougl $riday or anytime TaturdaybTunday or 4anwl o8iday/ sBBVA Domva/ / Banw4u/ ine/ / day/ are F onday tl rougl $ridaybe v c8uding l o8iday/ s

## In Case of Errors or Questions About Your Statement KS 8erdraft Protection Sn8y(
Hl you tl inwyour / tatement i/ ) rongbor if you need more information a4out a tran/ action on your / tatementb) rite your i// ue on a / evarate document / and end it to Banwcard DenterbPsS sBoV , , 12bNecaturbAG63h00-2221sCe8evl one inQuire/ may 4e made 4y ca88ing your 8ca8BBVA Domva/ / 4rancl 8/ ted on tl e front of tl i/ / tatement to / veaw) itl a Du/ tomer Ter5ice Mevre/ entati5esP8ea/ e note: a te8evl one inQuiry / i88 not e vter5e your rigl t/ under federa48a) s . e mu/ t l ear from you no 8ater tl an / i vty Hu2( day/ after ) e / ent you tl e fir/ t / tatement on ) l icl tl e error or vro48em avveareds

· Ce88u/ your name and account num4er Kf any(s
· Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand e8v8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it / an error or ) l at you need more informations
· Ce88u/ tl e do88ar amount of tl e / u/ vected errors

x ou can / tov tl e automatic deduction of tl e F inimum Payment from your cl ecwing account if you tl inwyour / tatement i/ ) rongsCo / tov tl e vaymentbyour 8etter mu/ t reacl u/ tl ree H6( 4u/ ine/ / day/ 4efore tl e automatic deduction i/ / cl edu8ed to occurs

## Reporting Other Problems
P8ea/ e re5ie) your / tatement carefu88yslH/ / e / / entia8tl at any account error/ or any imvrover tran/ action/ on your account 4e revorted to u/ a/ / oon a/ / ea/ ona48) vo// i48sHf you fai8to notify u/ of any / u/ vected vro48em/ 4error/ or unautl orized tran/ action/ ) itl in tl e time veriod/ / vecified in tl e devo/ it account agreementb) e are not 8ia48e to you for any 8o// / re8ated to tl e vro48em4error or unautl orized tran/ actions

BBVA Domva/ / i/ a trade name of Domva/ / Banwba mem4er of tl e BBVA l rouvs
Domva/ / Banw4F em4er $NHDs

# EXHIBIT 146

Page 1 of 9
Primary Account: ▊▊▊▊▊▊▊▊
Beginning June 1, 2019 - Ending June 30, 2019                30

**BBVA**

21     HIGHLAND  CAPITAL  MANAGEMENT  LP
       MASTER  OPERATING  ACCOUNT
       300  CRESCENT  CT  STE  700
       DALLAS  TX  75201-7849

## Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvausa.com

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ▊▊▊▊▊▊▊▊▊▊ | ▊▊▊▊ | ▊▊▊▊ | ▊▊▊▊ |
| **Total Deposit Accounts** | | ▊▊▊▊ | ▊▊▊▊ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

HCMS000113

**Appx. 02510**



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮▮ - HIGHLAND CAPITAL MANAGEMENT LP

### Account Information

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

### Activity Summary

| | |
|---|---|
| Beginning Balance on 6/1/19 | ▮▮▮▮▮ |
| Deposits/Credits (26) | ▮▮▮▮▮ |
| Withdrawals/Debits (154) | ▮▮▮▮▮ |
| **Ending Balance on 6/30/19** | ▮▮▮▮▮ |

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ▮ | | ▮▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |

Page 3 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                   30





| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 4 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| ██ | | █████████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | ████ | ██ |
| ██ | | ██ ████ | ███ |
| ██ | | ██ ████ | ███ |
| ██ | | ██ ████ | ███ |
| ██ | | ██████████████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██ ██ | ██ |
| ██ | | ████████████ | ████ |
| ██ | | ███████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ██ | ██ |
| ██ | | █████ | ██ |
| ██ | | ██████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ████████████ | ██ |
| ██ | | ███ ██████ | ███ |
| ██ | | ███ ██████ | ███ |

Page 5 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019                    30





Page 6 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019                30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

Page 7 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| 6/26 | | OUT WT EBANKING REF  20190626F2QCZ60C003151<br>BNF Highland Capital M | $150,000.00 |



Page 8 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|


Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|


## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|


*Indicates break in check sequence*

Page 9 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
   • Record all automated deductions, debit card transactions and electronic bill payments.
   • Record and deduct service charges, check printing charges, or other bank fees.
   • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

### In Case of Errors or Questions About Your Statement (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

HCMS000121

**Appx. 02518**

# EXHIBIT 147

Page 1 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

## Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ███████ | $3,117,777.78 | $1,004,810.25 |
| **Total Deposit Accounts** | | **$3,117,777.78** | **$1,004,810.25** |

Appx. 02520

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 5/1/19 | ████ |
| Deposits/Credits (97) | ████ |
| Withdrawals/Debits (176) | ████ |
| **Ending Balance on 5/31/19** | ████ |

## Deposits and Other Credits



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|



Page 4 of 13
Primary Account: █████████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|



**BBVA** Compass

Page 5 of 13
Primary Account: █████████
Beginning May 1, 2019 - Ending May 31, 2019                          31



**BBVA** Compass





Page 7 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019                    31

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| 5/2 | | OUT WT EBANKING REF  20190502F2QCZ60C001496<br>BNF Highland Capital M | $2,400,000.00 |
| 5/3 | | OUT WT EBANKING REF  20190503F2QCZ60C004047<br>BNF Highland Capital M | $5,000,000.00 |

**Appx. 02526**

Page 8 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | | Withdrawals/<br>Debits |
|--------|-----------|-------------|---|------------------------|

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



**BBVA** Compass



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|--|--------------------|

**BBVA** Compass



Page 12 of 13
Primary Account ▉▉▉▉▉▉
Beginning May 1, 2019 - Ending May 31, 2019                    31

 **BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

**Step 5** • Enter the "current balance" shown on this statement |
• Add total from Step 3 |
• Subtotal |
• Subtract total from Step 4 |
• This balance should equal your register balance |
If it does not agree, see steps below $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquiries may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.

# EXHIBIT 148





13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com

```
     HIGHLAND CAPITAL MANAGEMENT LP        Date  11/29/13      Page  1
     300 CRESCENT COURT SUITE 700          Account Number
     DALLAS TX 75201                       Enclosures


                  ---- CHECKING ACCOUNT ----


              For 24-hour service please
              call our telephone banking
              number 877-538-BANK (2265)
BUSINESS ANALYSIS W/ INTEREST          Item Truncation
Account Number                         Statement Dates 11/01/13 thru 11/30/13
Previous Balance                       Days in the statement period
 5 Deposits/Credits                    Average Ledger
 3 Checks/Debits                       Average Collected
Service Charge
Interest Paid
Ending Balance                         2013 Interest Paid
```

Deposits and Additions
```
    Date   Description                              Amount
```

Checks and Withdrawals
```
    Date   Description                              Amount

    11/27  WIRE TRANSFER                        100,000.00
           CHICAGO TITLE CO.
```

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

CONFIDENTIAL                                                    D-HCRE-000114

                                                              Appx. 02534





13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com

```
        HIGHLAND CAPITAL MANAGEMENT LP          Date  11/29/13       Page  2
        300 CRESCENT COURT SUITE 700            Account Number
        DALLAS TX 75201                         Enclosures
```



```
        BUSINESS ANALYSIS W/ INTEREST                       (Continued)
        Checks and Withdrawals
            Date    Description                    Amount


        Daily Balance Information
            Date       Balance         Date       Balance         Date       Balance


                              Interest Rate Summary
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

CONFIDENTIAL                                                            D-HCRE-000115

                                                                       Appx. 02535

NexBank SSB                                                                                      Page 3 of 3

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**                                   Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| | TOTAL |

| Total of Checks not paid | | | Subtract total of checks not paid | |
|---|---|---|---|---|

| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | |
|---|---|

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

### EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED

We calculate the **FINANCE CHARGE** on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

The "average daily balance" shown on the front of this statement is for purposes of illustration only. To validate the amount of your finance charge, multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.

*Note: If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day,and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information.
  1. Your name and account number.
  2. The dollar amount of the suspected error.
  3. Describe the error and explain, if you can, why you believe there is an error. If you need more information,
  describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.
While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

### IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number (if any).
  2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is
  an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
  If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

https://nbdtx.secure.fundsxpress.com/piles/fxweb.pile/accounts/get_statement?_request_id...    2/12/2014

CONFIDENTIAL

D-HCRE-000116

**Appx. 02536**

# EXHIBIT 149

Appx. 02537

Page 1 of 7
Primary Account: ▮▮▮▮▮▮
Beginning Canuary 1b, 210 5- nEing Canuary d1b, 210                 d1

**BBVA** Compass

, 1    3HI 3GALN DAPHCAG TALAI - T- LC GP
TAMC- S RP- SACHLI  ADDRULC
d22 DS- MD- LC DC MC-  722
NAGGAM CX 78, 2157409

### Contacting Us

Available py h/ one , 06̄7

P/ one    15̄4225 ss5̄7, 77

Rnline   ppvacomha. . V̄bom

V rite    BBx A Domha. .
Du. tomer Mervice
PΛRV̄BoY 128ss
Birming/ ambAGd8, 9s

## Mummary of Account.

### Deposit Accounts/ Other Products

| Account | Account numper | - nEing palance la. t. tatement | - nEing palance t/ i. . tatement |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| **Total Deposit Accounts** | | ▮▮▮▮▮ | ▮▮▮▮▮ |

CONFIDENTIAL

D-HCRE-000100

**Appx. 02538**

Page , of 7
Primary Account: ███
Beginning Qanuary 1b, 210 5– nEing Qanuary d1b, 210          d1

**BBVA** Compass

# CS- AMUSK T AL AI - T - L C AL AGKMHM D3 - D( HL I
Account Lumper: ███ 53 H 3 GAL N DAPH CAGT AL AI - T - L C GP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 16/6/0 | ███ |
| Neho. it. 6DreEit. )d1w | ███ |
| V it/ Erak al. 6Nepit. )10, w | ███ |
| **Ending Balance on 1/31/14** | ███ |

## Transaction History )eYcluEing c/ ec*. w



| Nate # | D/ ec*6 Merial F | Ne. crihtion | Neho. it. 6 DreEit. | V it/ Erak al. 6 Nepit. |
|---|---|---|---|---|

16/9   RUC V C - 5ADD- MM S- Q , 2102129Q, Z D$s2D221794          J122t222W2
       BL Q RIE Sehuplic L atio

D-HCRE-000101

**Appx. 02539**

Page d of 7
Primary Account: ▮▮▮▮▮
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                d1

**BBVA** Compass





Page 8 of 7
Primary Account: ██████
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                    d1


BBVA Compass



| Nate # | D/ ec*6 Merial F | Ne. crihtion | Neho. it. 6 DreEit. | V it/ Erak al. 6 Nepit. |
|--------|------------------|--------------|---------------------|--------------------------|

Plea. e notebcertain fee. anE c/ arge.  ho. teE to your account may relate to . ervice.  anEtor activity from t/ e hrior . tatement cycleW
#C/ e Nate hroviEeE i.  t/ e pu. ine. .  Eay t/ at t/ e tran. action i.  hroce. . eEW

## End of Business Day Balance Summary



| Nate | Balance | Nate | Balance | Nate | Balance |
|------|---------|------|---------|------|---------|

## Summary of Checks



| Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|

CONFIDENTIAL

Page s of 7
Primary Account: █████████
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                    d1

**BBVA** Compass

| Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| ██ | ██ | | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |

*Indicates break in check sequence*

CONFIDENTIAL

Page 7 of 7
Primary Account: ███████
Beginning Canuary 1b, 210 5– nEing Canuary d1b, 210                    d1

**BBVA** Compass

## How to Balance Your Account

**Step 1** • - nter all c/ ec*. bEeho. it. banE ot/ er automateE teller
carE )ACT wtran. action. in your regi. terW
• SecorE all automateE EeEuction. bEepit carE
tran. action. anE electronic pill hayment. W
• SecorE anE EeEuct . ervice c/ arge. bc/ ec* hrinting
c/ arge. bor ot/ er pan* fee. W
• Hf you / ave an intere. t pearing accountbaEE any
intere. t earneE. / ok n on t/ i. . tatementW

**Step 2** • Hf ahhlicapleb. ort c/ ec*. in numerical orEer anE mar*
in your regi. ter eac/ c/ ec* or ot/ er tran. action t/ at i.
li. teE on t/ i. . tatementW

**Step 3** • G. t any Eeho. it. or creEit. your / ave maEe t/ at Eo not
ahhear on t/ i. . tatement ). ee . hace hroviEeE pelok wW

**Step 4** • G. t any c/ ec*. your / ave k rittenbEepit carE
tran. action. belectronic hayment. anE ot/ er
EeEuction. t/ at Eo not ahhear on t/ i. . tatement ). ee
. hace hroviEeE pelok wW

| NateNe. crihtion | | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | Meh d Cotal | J |

| NateNe. crihtion | D/ ec* F | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Meh 0 Cotal | J |

## Balancing Your Register to this Statement

**Step 5** • - nter t/ e "current *palance" ./ ok n on t/ i.
. tatement | |

• AEE total from Meh d | |

• Muptotal | |

• Muptract total from Meh 0 | |

• C/ i. palance ./ ouIE equal your regi. ter
palance | |

• Hfit Eoe. not agreeb. ee . teh. pelok | J |

Hf your account Eoe. not palancebreviek t/ e follok ing:
• D/ ec* all your aEEition anE - uptraction apove in your regi. terW
• T a*e . ure you remempereE to . uptract . ervice c/ arge. . li. teE on
t/ i. . tatement anE aEE any intere. t earneE to your regi. terW
• Amount. of Eeho. it. anE k it/ Erak al. on t/ i. . tatement ./ ouIE
matc/ your regi. ter entrie. W
• Hf you / ave que. tion. or neeE a. . i. tancebhlea. e refer to t/ e h/ one
numper on t/ e front of t/ i. . tatementW

## Change of Address

Plea. e call u. at t/ e teleh/ one numper li. teE on t/ e front of t/ i.
. tatement to tell u. apout a c/ ange of aEEre. . W

## Electronic Transfers (for consumer accounts only)

Hn ca. e of error. or que. tion. apout your - lectronic Cran. fer. bk rite to
BBx A Domha. . Ban*bPRheration. DomHliance MuhhortbPVRYWboY
128bsbBBirming/ ambAGd8, 9sWR r. imhly call your local cu. tomer
. ervice numper hrinteE on t/ e front of t/ i. . tatementWball or k rite a.
. oon a. you canbif you t/ in* your . tatement or receiht i. k rong or if
you neeE more information apout a tran. fer on t/ e . tatement or
receihtW e mu. t / ear from you no later t/ an s2 Eay. after k e . enE
t/ e fir. t . tatement on k /ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e yhlain a. clearly a. you can
k / y you pelieve it i. an error or k / y you neeE more informationW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

V e k ill inve. tigate your comhlaint anE k ill correct any error hromhtlyWif k e ta*e more t/ an 12
pu. ine. . Eay. ), 2 on claim. on account. oheneE le. . t/ an d2 calenEar Eay. wto Eo t/ i. bk e k ill
creEit your account for t/ e amount you t/ in* i. in errorb. o t/ at you k ill / ave t/ e u. e of t/ e
money Euring t/ e time it ta*e. u. to comhlete our inve. tigationW

#Cor L onEDon. umer Account cu. tomer. bhlea. e refer to your current L onEDon. umer Account
Agreement for Eetail. regarEing - lectronic CunE Cran. fer. W

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate**WC/ e. t c/ arge i.
comhuteE u. ing your annual hercentage rate EiviEeE py ds8 orbin t/ e ca. e of a leah yearbdssb
k / ic/ give. you t/ e "Ahhlicaple SateWAII/ oug/ k e calculate t/ e intere. t c/ arge py ahhlying t/ e
Ahhlicaple Sate to eac/ Eaily palancebif e intere. t c/ arge can al. o pe calculateE py multihlying
t/ e Ahhlicaple Sate py t/ e "average Eaily palanceW)Balance Mupject to Intere. t Satew. / ok n on
t/ i. . tatementbif en multihlying t/ at . um py t/ e numper of Eay. in t/ e pilling cycleWCo get t/ e
"Balance Mupject to Intere. t Sate" . / ok n on t/ i. . tatement k e ta*e t/ e peginning palance of
your account le. . any unhaiE finance c/ arge. eac/ EaybaEE any nek aEvance. or Eepit. banE
. uptract any hayment. or creEit. WC/ i. give. u. t/ e Eaily palanceWC/ en k e aEE all t/ e Eaily
palance. for t/ e pilling cycle anE EiviEe py t/ e numper of Eay. in t/ e pilling cycleWC/ i. give. u.
t/ e "average Eaily palance" ./ ok n on t/ i. . tatementW Balance Mupject to Intere. t Sate"W
Payment. WPayment. to your overEraft hrotection loan account maEe t/ roug/ our teller. or
Eeho. iteE at our automateE teller mac/ ine. )ACT . wt onEay t/ roug/ CriEay pefore t/ e ho. teE
cut6off time k ill pe ho. teE to your account on t/ e Eate t/ ey are receiveEWRt/ erk i. ebt/ ey k ill pe
ho. teE on t/ e neYt pu. ine. . EayWPayment. maEe t/ roug/ our ACT . via a funE. tran. fer k ill pe
ho. teE on t/ e Eate t/ ey are receiveE or on t/ e neYt pu. ine. . Eay. if maEe after shm DC )shm T C
for Arizona account. anE shm PC for California accountW wT onEay t/ roug/ CriEay or anytime
MaturEaybMunEay or pan* / oliEay. WBBx A Domha. . Ban* pu. ine. . Eay. are T onEay t/ roug/
CriEaybeYcluEing / oliEay. W

**In Case of Errors or Questions About Your Statement** )RverEraft Protection Rnlyw
Hf you t/ in* your . tatement i. k rongbor if you neeE more information apout a tran. action on your
. tatementbk rite your i. . ue on a . eharate Eocument anE . enE it to Ban*carE DenterbPVRYWboY
, , 12bNecaturbAGd8s99S2221WDeleh/ one inquire. may pe maEe py calling your local BBx A
Domha. . pranc/ li. teE on t/ e front of t/ i. . tatement to . hea* k it/ a Du. tomer Mervice
Sehre. entativeWPlea. e note: a teleh/ one inquiry k ill not ho. erve your rig/ t. unEer feEeral lak W
V e mu. t / ear from you no later t/ an . iYty )s2wEay. after k e . ent you t/ e fir. t . tatement on
k / ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e yhlain a. clearly a. you can
k / y you pelieve it i. k rongWCo . toh t/ e hayment buou t/ e Eollar amount of t/ e . u. hecteE errorW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

Kou can . toh t/ e automatic EeEuction of t/ e T inimum Payment from you c/ ec*ing account if
you t/ in* your . tatement i. k rongWCo . toh t/ e haymentbyour letter mu. t reac/ u. t/ ree )dw
pu. ine. . Eay. pefore t/ e automatic EeEuction i. . c/ eEuleE to occurW

## Reporting Other Problems

Plea. e reviek your . tatement carefullyWHf i. . ential t/ at any account error. or any imhroher
tran. action. on your account pe rehorteE to u. a. . oon a. rea. onaply ho. . ipleWHf you fail to
notify u. of any . u. hecteE hroplem. berror. or unaut/ orizeE tran. action. k it/ in t/ e time herioE.
. hecifieE in t/ e Eeho. it account agreementbk e are not liaple to you for any lo. . relateE to t/ e
hroplembnerror or unaut/ orizeE tran. actionW

BBx A Domha. . i. a traEe name of Domha. . Ban* ba memper of t/ e BBx A I rouhW
Domha. . Ban* b T emper QNHBW

# EXHIBIT 150

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
            HIGHLAND CAPITAL MANAGEMENT LP      Date    1/31/14      Page    1
            300 CRESCENT COURT SUITE 700        Account Number       ▇▇▇▇
            DALLAS TX  75201                    Enclosures

                     ---- CHECKING ACCOUNT ----
            For 24-hour service please
            call our telephone banking
            number 877-538-BANK (2265)
BUSINESS ANALYSIS W/ INTEREST               Item Truncation
Account Number                      ▇▇▇▇    Statement Dates  1/01/14 thru  1/31/14
Previous Balance            ▇▇▇▇▇▇▇▇        Days in the statement period  ▇▇
       4 Deposits/Credits   ▇▇▇▇▇▇▇▇▇       Average Ledger           ▇▇▇▇▇▇▇▇
       4 Checks/Debits      ▇▇▇▇▇▇▇▇        Average Collected        ▇▇▇▇▇▇▇▇
Service Charge                      ▇▇▇
Interest Paid               ▇▇▇▇▇▇▇
Ending Balance              ▇▇▇▇▇▇▇▇        2014 Interest Paid       ▇▇▇▇▇▇
```



Deposits and Additions
Date       Description                          Amount

Checks and Withdrawals
Date       Description                          Amount

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                    D-HCRE-000060
                                                        **Appx. 02546**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
        HIGHLAND CAPITAL MANAGEMENT LP        Date    1/31/14    Page    2
        300 CRESCENT COURT SUITE 700          Account Number
        DALLAS TX  75201                      Enclosures

BUSINESS ANALYSIS W/ INTEREST         1614130  (Continued)
Checks and Withdrawals
Date    Description                                   Amount
 1/30   IB Transfer from D ****130 to          500,000.00
        D ****415
        _____

Daily Balance Information
Date          Balance          Date          Balance          Date          Balance
```

Interest Rate Summary

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                      D-HCRE-000061

                                                                  Appx. 02547

5/18/2021                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | | | |
|---|---|---|---|---|
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-HCRE-000062

Appx. 02548

# EXHIBIT 151

Appx. 02549

Page 1 of 6
Primary Account: ████████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                        H1

**BBVA** Compass

21    I G I NADC TAPGWAN F ADAL dF dDM NP
      F ASMtR OPdRAMDL ATTOUDM
      H00 TRdSTdDM TM SMd 600
      CANNAS M3 67201 EBX- 5

### Contacting Us

A8ai4av4e vy l bone 2- p6

Pbone   1BX00B2hhBB266

On4ne    vv8acoml a/ / scom

.  rite   BBWA Toml a/ /
          Tu/ tomer Ser8ice
          PsOsBoV 107hh
          Birmingbam, ANH725h

## Summary of Account/

### Deposit Accounts/ Other Products

| Account | Account numver | dn9ing va4ance 4a/ t / tatement | dn9ing va4ance tbi/ / tatement |
|---------|----------------|---------------------------------|--------------------------------|
| ███████████████████ | ████████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

CONFIDENTIAL

Page 2 of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

# MRd ASURx  F ADAL d F d DMADANx SⓈ T I d TYⒼL

Account Dumver: ████████████

## Activity Summary

| | |
|---|---|
| Beginning Ba4nce on Hⴰtpt- | ████ |
| Cel o/ it/ pTre9it/ K1 ( | ███ |
| . itb9ra) a4 pCevit/ K1X2( | ███ - |
| **Ending Balance on 1/13/34** | ████ |

## Transaction History HVc4i9ing cbecw (



| Cate " | Tbecvp Seria4" | Ce/ cril tion | Cel o/ it/ p Tre9it/ | . itb9ra) a4 p Cevit/ |
|---|---|---|---|---|

CONFIDENTIAL

D-HCRE-000108

**Appx. 02551**

Page Hof 6
Primary Account:
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass



CONFIDENTIAL

Page - of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                H1

**BBVA** Compass



| Cate " | T becwp Seria4" | Ce/ cril tion | Cel o/ it/ p T re9it/ | . itb9ra) a4 p Cevit/ |
|--------|-----------------|---------------|----------------------|----------------------|

H2X     OUM.  MdEATTdSS Rd$  201- 0H2X$2k T" h0T 00H02-      #70,000s90
        BD$ Werita/ Mt4e Part

CONFIDENTIAL

**BBVA** Compass

| Cate " | T becwp Seria4" | Ce/ cril tion | | | Cel o/ it/ p T re9it/ | . itb9ra) a4 p Cevit/ |



P4ba/ e note, certain fee/ an9 cbarge/ l o/ te9 to your account may re4te to / er8ice/ an9ppr acti8ity from tbe l rior / tatement cyc4es
" Mbe Cate l ro8i9e9 i/ tbe vu/ ine/ / 9ay tbat tbe tran/ action i/ l roce/ / e9s

## End of Business Day Balance Summary

| Cate | Ba4ance | Cate | Ba4ance | Cate | Ba4ance |



## Summary of Checks

| Cate | T becw" | Amount | Cate | T becw" | Amount | Cate | T becw" | Amount |



CONFIDENTIAL

D-HCRE-000111

**Appx. 02554**

Page h of 6
Primary Account: ██████████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

| Cate | Tbecw" | Amount | Cate | Tbecw" | Amount | Cate | Tbecw" | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ | █ | ███ |
| █ | █ | ███ | █ | █ | ███ | █ |   |   |

*Indicates break in check sequence*

CONFIDENTIAL

Page 6 of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

## How to Balance Your Account

**Step 3** • dnter a4€cbecw , 9el o/ it/ , an9 otber automate9 te4€r car9 KMF / tran/ action/ in your regi/ ters

• Recor9 a44automate9 9e9uction/ , 9evit car9 tran/ action/ an9 e4ectronic vi4l ayment/ s

• Recor9 an9 9e9uct / er€ice cbarge/ , cbecwl rinting cbarge/ , or otber vanwfee/ s

• €you ba8e an intere/ t vearing account, a99 any intere/ t earne9 / bo) n on tbi/ / tatements

**Step 2** • €al l 4cav4e, / ort cbecw/ in numerica4or9er an9 marw in your regi/ ter eacb cbecwor otber tran/ action tbat i/ 4l te9 on tbi/ / tatements

**Step 1** • N/l t any 9el o/ it/ or cre9it/ your ba8e ma9e tbat 9o not al l ear on tbi/ / tatement K ee / l ace l ro8i9e9 ve4) (s

**Step 4** • N/l t any cbecw9 , 9evit car9 tran/ action/ , e4€ctronic l ayment/ an9 otber 9e9uction/ tbat 9o not al l ear on tbi/ / tatement K ee / l ace l ro8i9e9 ve4) (s

| Cate9Ce/ cril tion | Amount |
|---|---|
| | q |
| | q |
| | q |
| | q |
| | q |
| Stel HMbta4 # | q |

| Cate9Ce/ cril tion | Tbecw" | Amount |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| Stel - Mbta4 # | q | |

## Balancing Your Register to this Statement

**Step 5**

| | |
|---|---|
| Zdnter the "current va4ance" / bo) n on tbi/ / tatement | q |
| ZA99 tota4from Stel H | q |
| ZSuvtota4 | q |
| ZSuvtract tota4from Stel - | q |
| ZMbi/ va4ance / bou49 eQua4your regi/ ter va4ance | q |
| €it 9oe/ not agree, / ee / tel / ve4) # | q |

€your account 9oe/ not va4ance, re8ie) the fo4b) ing:

• Tbecwa4fyour a99ition an9 / uvtraction avo8e in your regi/ ters

• F awe / if you rememvere9 to / uvtract / er€ice cbarge/ 4/ te9 on tbi/ / tatement an9 a99 any intere/ t earne9 to your regi/ ters

• Amount/ of 9el o/ it/ an9 ) itb9ra) a4 on tbi/ / tatement / bou49 matcb your regi/ ter entrie/ s

• €you ba8e Que/ tion/ or nee9 a// i/ tance, l 4ea/ e refer to tbe l bone numver on tbe front of tbi/ / tatements

## Change of Address

P4ea/ e ca44u/ at tbe tol l bone numver 4/ te9 on tbe front of tbi/ / tatement to te44u/ avout a cbange of a99re/ / s

## Electronic Transfers *(for consumer accounts only)*

€n ca/ e of error/ or Que/ tion/ avout your d4ectronic Man/ fer/ , ) rite to BBWA Toml a/ / Banw Ol eration/ Toml 4ance Sul l ort/ PsOsBoV 107hh, Birmingham, ANH7'25hsOr / im/ 4) ca44your 4ca4cu/ tomer / er8ice numver l inte9 on tbe front of tbi/ / tatementsTa44or ) rite a/ / oon a/ you can, if you tbinwyour / tatement or receil t i/ ) rong or if you nee9 more information avout a tran/ fer on tbe / tatement or receil ts. e mu/ t bear from you no 4ater tban h0 9ay/ after ) / ent tbe fir/ t / tatement on ) bicb tbe error or l rov4em al l eare9s

Z Me44u/ your name an9 account numver Kf any(s

Z Ce/ crive tbe error or tbe tran/ fer you are un/ ure avout, an9 e44 4ain a/ c4ear4y a/ you can ) by you ve48e it il / an error or ) by you nee9 more informations

Z Me44u/ tbe 9o44er amount of tbe / u/ l ecte9 errors

. e ) i44in8e/ tigate your coml 4aint an9 ) i44correct any error l roml t4ys€Si ) e tawe more tban 10 vu/ ine/ / 9ay/ K20 on c4aim/ on account/ ol ene9 4e/ / tban H0 ca4en9ar 9ay/ (s to 9o tbi/ , ) e ) i44 cre9it your account for tbe amount you tbinwi/ in error, / o tbat you ) i44ba8e tbe u/ e of tbe money 9uring tbe time it tawe/ u/ to coml 4ete our in8e/ tigations

"$or DonEl on/ umer Account cu/ tomer/ , l 4ea/ e refer to your current DonEl on/ umer Account Agreement for 9etai4/ regar9ing d4ectronic $un9 Man/ fer/ s

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rates**Mbe intere/ t cbarge i/ coml ute9 u/ ing your annua4l ercentage rate 9i89e9 vy Hh7 or, in tbe ca/ e of a 4ea/ year, Hhh, ) bicb gi8e/ you tbe •Al l 4cav4e Rate€s A4bough ) e ca4cu4ate tbe intere/ t cbarge vy al l 4ying tbe Al l 4cav4e Rate to eacb 9ai4y va4ance, tbe intere/ t cbarge can a4/ o ve ca4cu4ate9 vy mu44il 4ying tbe Al l 4cav4e Rate vy tbe •a8erage 9ai4y va4ance§Ba4ance Suvject to €tere/ t Rate( / bo) n on tbi/ / tatement, tben mu44i 4ying tbat / um vy tbe numver of 9ay/ in tbe vi44ng cyc4esMo get tbe •Ba4ance Suvject to €tere/ t Rate( / bo) n on tbi/ / tatement ) e tawe tbe veginning va4ance of your account 4e/ / any uni ai9 finance cbarge/ eacb 9ay, a99 any ne) a98€ance/ or 9evit/ , an9 / uvtract any l ayment/ or cre9it/ sMbi/ gi8e/ u/ tbe •9ai4y va4ance§Mben ) e a99 a44tbe 9ai4y va4ance/ for tbe vi44ng cyc4e an9 9i89e vy tbe numver of 9ay/ in tbe vi44ng cyc4esMbi/ gi8e u/ tbe •a8erage 9ai4y va4ance( / bo) n on tbe / tatement a/ •Ba4ance Suvject to €tere/ t Rate(s

**Payment/ sPayment/ to your o8er9raft l rotection 4oan account ma9e tbrough our te48er/ or 9el o/ ite9 at our automate9 te44er macbine/ KMF / ( F on9ay tbrough $ri9ay vefore tbe l o/ te9 cutEoff time ) i44ve l o/ te9 to your account on tbe 9ate tbey are accei te9sOtber) i/ e, tbey ) i44ve l o/ te9 on tbe ne4t vu/ ine/ / 9aysPayment/ ma9e tbrough our AMF / 8ia a fun9/ tran/ fer ) i44ve l o/ te9 on tbe 9ate tbey are recei8e9 or on tbe ne4t vu/ ine/ / 9ay if ma9e after hl m TMK6l im F M for Arizona account/ an9 hl m PM for Ta4fornia account/ ( F on9ay tbrough $ri9ay or anytime Satur9ay, Sun9ay or vanwbo49ay/ sBBWA Toml a/ / Banwvu/ ine/ / 9ay/ are F on9ay tbrough $ri9ay, e4c4u9ing bo49ay/ s

**In Case of Errors or Questions About Your Statement**l O8er9raft Protection On4y(

€you tbinwyour / tatement i/ ) rong, or if you nee9 more information avout a tran/ action on your / tatement, ) rite your i/ / ue on a / el arate 9ocument an9 / en9 it to Banwcar9 Tenter, PsOsBoV 2210, Cecatur, ANH7'h55E0001sM4e4l bone inQuire/ may ve ma9e vy ca44ng your 4oca4BBWA Toml a/ / vrancb 4/ te9 on tbe front of tbi/ / tatement to / l eaw ib a Tu/ tomer Ser8ice Rel re/ entati8esP4ea/ e note: a te44l bone inQuiry ) i44not l re/ er8e your rigbt/ un9er fe9era44a) s. e mu/ t bear from you no 4ater tban / i4ty K60( 9ay/ after ) e / ent you tbe fir/ t / tatement on ) bicb tbe error or l rov4em al l eare9s

· Me44u/ your name an9 account numver Kf any(s

· Ce/ crive tbe error or tbe tran/ fer you are un/ ure avout, an9 e44 4ain a/ c4ear4y a/ you can ) by you ve48e it il / an error or ) bat you nee9 more informations

· Me44u/ tbe 9o44er amount of tbe / u/ l ecte9 errors

x ou can / tol tbe automatic 9e9uction of tbe F inimum Payment from your cbecwing account if you tbinwyour / tatement il ) rongsMb/ tol tbe l ayment, your 4etter mu/ t reacb u/ tbree K6( vu/ ine/ / 9ay/ vefore tbe automatic 9e9uction i/ / cbe9u4e9 to occurs

## Reporting Other Problems

P4ea/ e re8ie) your / tatement carefu44ys€i/ / entia4tbat any account error/ or any iml rol er tran/ action/ on your account ve rel orte9 to u/ a/ / oon a/ rea/ onav4y l o/ / iv4es€you fai4to notify u/ of any / u/ l ecte9 l rov4em/ , error/ or unauthorize9 tran/ action/ ) itbin tbe time l erio9/ l ecifie9 in tbe 9el o/ it account agreement, ) e are not 4iav4e to you for any 4o/ / re4ate9 to tbe l rov4em, error or unauthorize9 tran/ actions

BBWA Toml a/ / i/ a tra9e name of Toml a/ / Banw, a memver of tbe BBWA L roul s
Toml a/ / Banw F emver $CG€s

CONFIDENTIAL

D-HCRE-000113

**Appx. 02556**

# EXHIBIT 152

Appx. 02557

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date  1/30/15          Page    1
                                          Primary Account      ██████████
                                          Enclosures


         Highland Capital Management LP
         300 Crescent Court Suite 700
         Dallas TX 75201



         NexBank's Privacy Policy is accessible at www.NexBank.com



    Checking Account/s

         Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number         ████████    Statement Dates   1/01/15 thru  2/01/15
    Last Statement Balance ██████████  Days in the statement period ████████
        6 Deposits/Credits ██████████  Average Ledger    ██████████
        2 Checks/Debits    ███████     Average Collected ██████████
    Service Charge         ████████    Interest Earned   ███████████
    Interest Paid          ████████    Annual Percentage Yield Earned ████████
    This Statement Balance ██████████  2015 Interest Paid ███████████

    ------------------------------------------------------------------------

    Deposits and Additions
    Date     Description                           Amount
    ████████████████████████
    █████████████████████████████████████
    ████████████████████████
    ████████████████████████
    █████████████████████████████████████
    █████████████████████████████████████
    █████████████████████████████████████
    ██████████████████████████████████
    ████████████████████████
    █████████████████████████████████████

    ------------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                       each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…   1/3

CONFIDENTIAL                                                    D-HCRE-000063

                                                               Appx. 02558

5/18/2021                                NexBank SSB



**2515 McKinney Avenue, 11th Floor**
**Dallas, Texas 75201**
**972.934.4700**
**www.NexBank.com**



```
                                    Date  1/30/15       Page    2
                                    Primary Account
                                    Enclosures         ██████████


        Analysis Checking w/ Interest      ████████  (Continued)

        Checks and Withdrawals
        Date     Description                        Amount
        ████████████████████████████████████████████████████
        ████████████████████████████████

         1/26    wire request- Loan from HCMLP       1,500,000.00-
                 approved by F. Waterhouse

        --------------------------------------------------------------

        Daily Balance Information
        Date      Balance      Date      Balance    Date     Balance
        ████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████

        --------------------------------------------------------------

                     Interest Rate Summary
                     Date            Rate
                     ████████████████████████████████████

        End of Statement
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    2/3

CONFIDENTIAL                                                      D-HCRE-000064

**Appx. 02559**

5/18/2021                                                         NexBank SSB

| OUTSTANDING CHECKS | | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | | AMOUNT | | | | | | |
| | | | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | | | |
| | | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | | | | |
| | | | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | | | |
| | | | | | Enter bank balance from statement | | | |
| | | | | | Add deposits not credited by bank (if any) | | | |
| | | | | | | TOTAL | | |
| Total of Checks not paid | | | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-HCRE-000065

**Appx. 02560**

# EXHIBIT 153



ERD Report Filename - 7202015121002782.TXT
Batch # - 2015121002782
Printed on May 04, 2015 at 08:02 AM

CLOSE

1
+@ Primary Account:
Page 1 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

Contacting Us

Phone: 1-800-266-7277

S u m m a r y   o f   A c c o u n t s

Deposit Accounts/Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|

Total Deposit Accounts
1
+@ Primary Account:
Page 2 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

T R E A S U R Y   M A N A G E M E N T   A N A L Y S I S   C H E C K I N G
Account Number: 0025876342 - HIGHLAND CAPITAL MANAGEMENT LP

Activity Summary
=======================================
Beginning Balance on 4/1/15
Deposits/Credits (33)
Withdrawals/Debits (189)

Ending Balance on 4/30/15

Deposits and Other Credits

| Date* | Serial# | Description | Deposits/Credits |
|---|---|---|---|

1
+@ Primary Account:
Page 3 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued

CONFIDENTIAL                                                                        D-HCRE-000066

Appx. 02562







| Date* | Serial# | Description | Deposits/ Credits |
|---|---|---|---|
| [redacted] | | [redacted] | [redacted] |

1
+@ Primary Account: [redacted]
Page 4 of 10
Primary Account: [redacted]
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued

| Date* | Serial# | Description | Deposits/ Credits |
|---|---|---|---|
| [redacted] | | [redacted] | [redacted] |

*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

Withdrawals and Other Debits

| Date* | Serial# | Description | Withdrawals/ Debits |
|---|---|---|---|
| [redacted] | | [redacted] | [redacted] |
| | | | $1,042.30 |

Doughert

[redacted]

1
+@ Primary Account: [redacted]
Page 5 of 10
Primary Account: [redacted]
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/ Debits |
|---|---|---|---|
| [redacted] | | [redacted] | [redacted] |
| 4/2 | | OUT WT E-ACCESS REF 20150402F2QCZ60C002636 BNF HCRE Partners, LLC | $1,500,000.00 |
| [redacted] | | [redacted] | [redacted] |

1
+@ Primary Account: [redacted]
Page 6 of 10
Primary Account: [redacted]
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/ Debits |
|---|---|---|---|
| [redacted] | | [redacted] | [redacted] |

+@ Primary Account:
Page 7 of 10
Primary Account
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                                    Withdrawals/
                                                                                        Debits

+@ Primary Account
Page 8 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                                    Withdrawals/
                                                                                        Debits

CONFIDENTIAL                                                                        D-HCRE-000069

**Appx. 02565**

Shawn Raver



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ============================== | | ============================== | | ============================== | |



+@ Primary Account:
Page 9 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| ============================== | | | ============================== | | | ============================== | | |
| 4/10 | 15325 | $271.03 | 4/14 | 15475* | $2,992.50 | 4/2 | 15484* | $1,900.50 |



CONFIDENTIAL
D-HCRE-000070
Appx. 02566



* Indicates break in check sequence

# EXHIBIT 154

Page 1 of 11
P6i a6ny AAocurt
: egruurug B AroFe61b, 210 - Eudrug B AroFe691b, 210          91

**BBVA** Compass

. 1   HIGHLy ND  Cy PITy L  MyNy GEMENT  LP
      MySTER  BPERy TING  yCCBONT
      922  CRESCENT  CT STE  022
      DyLLy S  TU  03, 21-07X5

### Contacting Us

y 8ar4aF4e Fmvl oue , Xp0

Pl oue   1-722-, hh-0, 00

Bu4ue   FF8aAoi va/ /sAoi

. 6rre   : : Wy Coi va/ /
          Cc/ roi e6SeeBrAe
          PsBs: oV123hh
          : r6 rugl ai by L 93, 5h

## Sci i a6mof y AAocur/

### Deposit Accounts/ Other Products

| y AAocun | y AAocunuci Fe6 | Eudrug Fa4buAe 4a/ n/ rarei eun | Eudrug Fa4buAe rl r/ rarei eun |
|----------|-----------------|---------------------------------|--------------------------------|
| ████████████████████████ | ████████ | | |
| **Total Deposit Accounts** | | ██████ | ██████ |

CONFIDENTIAL

D-HCRE-000080

**Appx. 02569**

**BBVA** Compass

# TREy SORx  My Ny GEMENT y Ny Lx SIS CHECYING

y AAocunNci  Feⁱ          - HIGHLy ND Cy PITy L My Ny GEMENT LP

### Actil itf  mⁱuv v arf

| | |
|---|---|
| : egruurug : a4ⁱuAe ou 12pⁱpⁱ0 | ███ |
| Devo/ ⁱⁱ pCⁱedⁱⁱ  K3h( | ███ |
| . ⁱⁱ dⁱa) a4 ⁱDeFⁱⁱ  K77( | ███ |
| **y nding Salance on EB/4E/E3** | ███0 |

## Deposits and Other Credits

| Dare " | Cl eAvp Seⁱa4" | De/ Aⁱvⁱrou | | Devo/ ⁱⁱ p Cⁱedⁱⁱ |
|---|---|---|---|---|
| ███ | | ████ ███ ██ | | ███ |
| ███ | | ████ ███ ██ | | ███ |
| ███ | | ████ ██ ██ | | ███ |
| ███ | | ████ ███ ██ | | ███ |
| ███ | | ████ ██ ██ | | ███ |
| ███ | | ████ ███ ██ | | ███ |
| ███ | | ████ ███ ██ | | ███ |
| ███ | | ████ ██ ██ | | ███ |
| ███ | | ████ ███ ██ | | ███ |
| ███ | | ████ ██ ██ | | ███ |
| ███ | | ████ ███ ██ | | ███ |
| ███ | | ████ ███ ██ | | ███ |
| ███ | | ████ ███ ██ | | ███ |
| ███ | | ████ ██ ██ | | ███ |

**BBVA** Compass

| Date " | Cl eAvp Se6a4" | De/ A6vᴦou | | Devo/ ᴦl p C6edᴦı |
|---|---|---|---|---|

**BBVA** Compass



Page 3 of 11
Pθ₁ aθmy AAocurt ▮▮▮▮
: egruurug BAᴨoFe61b, 210 - Eudrug BAᴨoFe691b, 210          91

**BBVA** Compass



P4ea/ e uorebAeθraru fee/ aud Al aθge/ vo/ red ᴨo ᴨoc6aAAocuni amθa4ᴨre ᴨo / eθ8xAe/ audpp6aАᴨ8ᴨᴨᴨfθbi ᴨ e vθo6/ ᴨaᴨei eunAᴨᴧes
" TI e Dare vθo8ᴦded ᴦ/ ᴨ e Fc/ rue/ / damᴨ anᴨ e ᴨθau/ aᴧᴨᴨou ᴦ/ vθoᴧe/ / eds

## 1 ithdra6 als and Other DeWts



D-HCRE-000084
**Appx. 02573**

Page h of 11
Pⓔi aⓔmy AAocurt
: egruurug BAⓝoFe61b, 210 - Eudrug BAⓝoFe691b, 210          91

**BBVA** Compass



BBVA Compass



**BBVA** Compass



CONFIDENTIAL









P4ea/e uorebAe6raru fee/ aud Al a6ge/ vo/ red ro roc6aAAocuni am6e4are ro / e6bxAe/ audpp6aAn8rrmf6bi rl e v6o6/ rarei eunAmAes
" Tl e Dare v6o8rded r/ rl e Fc/ rue/ / damrl anrl e r6au/ aArrou r/ v6oAe/ / eds

## y nd owSusiness Daf Salance muv v arf



## muv v arf owChecbs



*Indicates break in check sequence*



## k o6  to Salance Hour Account

ⅿtep E  Y  Eure6a4Al eⱯw/ bdevo/ ⅿⅰbaud ori e6acroi ared re4⬛6
AⱥⰆⅠ Kɥ TM( Ⱨⱥu/ aⱯⅿou/ ru ⅿoc66egrⁱre❺

    Y  ReⱯo❺ⅆ a4⟋acroi ared dedcⱯⅿou/ bdeⅎⅿⱯa6ⅆ
Ⱨⱥu/ aⱯⅿou/ aud e4ⱯⅰⱧour4ⱧF4⟋vaⅿ�ⅰ euriⅼ

    Y  ReⱯo❺ⅆ aud deⱦAⅿou/Anⅼe❺ⱦAⱦ Al aⱥge/ bⱯⱡ eⱯⱯvⱧⱧruⱧg
Al aⱥge/ bo6ori e6Fauwⁱee/ s

    Y  If ⅿoc l aⱥe au ture❺/ ⁿFea❺ug aⱯAocurbadd aurⁿ
ture❺e/ nea❺ued / l o) u ou ri ⱡⁱ/ ⁿarei eurⁿ

ⅿtep •  Y  Lr/ naumdevo/ ⅿⁱ o6Aⱥedⅿⁱ ⅿoc6l a❺e ⅰ ade ⁿⰼ ando uoⁿ
avvea6ou ri ⱡⁱ/ ⁿarei eunKee / vaⱯe v6o❺ⅆed Fe4) (s

ⅿtep 4  Y  Lr/ naumⱠl eⱯw/ ⅿoc l a❺e ) 6ⅿreubdeFⅿAa6ⅆ
Ⱨⱥu/ aⱯⅿou/ aud e4ⱯⰆourⱯvaⅿⰶ aud ori e6
dedcⱯⅿou/ ⁿⰼ ando uonavvea6ou ri ⱡⁱ/ ⁿarei eunKee
/ vaⱯe v6o❺ⅆed Fe4) (s

| Dareⱦⱦeⱦe/ Aⱥvⁿou | | yⰼ ocun |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | Srev 9 Toⁿa4 | q |

| Dareⱦⱦeⱦe/ Aⱥvⁿou | Cⱡ eⱯw" | yⰼ ocun |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | Srev X Toⁿa4 | $    q |

### Salancing Hour Register to this ⁿtatevⅿent

ⅿtep 5  ZEure6ri e "Ac⬛6euⁿFa4uⱯe" / l o) u ou ri ⱡⁱ/
/ ⁿarei eurⁿ                                          q

    Zyⅆd ⁿoⁿa4ⅎ6i  Srev 9                          q

    ZScⁿoⁿa4                                       q

    ZScⁿFⅎ6Aⁿⁿoⁿa4ⅎ6i  Srev X                       q

    ZTl ⱡⁱ/ Fa4uⱯe / l oc4l eⱲca4ⅿoc66egrⁱre6
Fa4uⱯe                                                q

    If ⅿdoe/ uonaⱥⱥeeb/ee / rev/ Fe4)         $    q

If ⅿoc6aⱯAocundoe/ uonFaⱧuⱯebⱧ8⟋e) ⁿⰼ e fo4⬛) rugt
· Cl eⱯwa4ⅿⅿoc6addⅿou aud / cFⱧ6aⅯⁿou aFo8e ru ⅿoc66egrⁱre❺
· Ⅿaw e / c❺e 6ei ei Fe8eⅆ ro / cFⱧ6aⅯⁿ/ e❺8e Al aⱥge/ 4ⱦ red ou
ri ⱡⁱ/ ⁿarei eunaud add aumure6e/ nea6ued ru ⅿoc66egrⁱre❺
· yⰼ ocun/ of devo/ ⅿⰼ aud) ⁿⰼ ⅆⱥa) a4 ou ri ⱡⁱ/ ⁿarei eun/ l oc4l
ⰼ arⱧl ⅿoc66egrⁱre6eur8e/s
· If ⅿoc l a❺e Ⱳce/ⅿou/ o6ueed a / ⱡ/ ⁿ au4ebⱲ4a e 6eⅎe6ⁿ ⰼe vl ou e
uci Fe6ou ri e 6Ⱨbuⁿof ⱡⁱ/ ⁿarei euⁿ

---

### Change owAddress

P4⟋a/ e Aa4⬛c/ aⰼ e ⁿevⱡ oue uci Fe64ⱡ red ou ri e 6Ⱨbuⁿof ri ⱡⁱ/
/ ⁿarei eunⁿo re4⬛c/ aFocⁿa Al auge of addⱥe//s

### y lectronic Transvers  *(for consumer accounts only)*

lu Au/ e ri e6❺ⱥⅆ o6Ⱳce/ ⁿou/ aFocⁿⅿoc6E4⬛ⱧⱥⰼourⱯTⱧⱥu/ fe6ⱡb) 6ⁿe ⁿo
: : Wⱡ Coi va/ / : auwbⱲve6ⅿou/ Coi v4⟋uⱯe Scvvo6ⱧPⱥs: oV
123hhb: ⅆ rugⱡ ai byⱠ 93, 5hsⱠB6/ ⰼ v4⟋na4ⅿⅿoc64⟋Aa4Ac/ roi e6
/ e❺8e uci Fe6v❺ured ou ri e fⱧbuⁿof ri ⱡⁱ/ ⁿarei eunCa4⬛o6) 6ⁿe a/
/ oou a/ ⅿoc Aaubrⱡ ⅿoc ⁿⰼ v4⟋uⱯe ⅿoc66egrⁱre ) 6bug o6ⱡⱡ
ⅿoc ueed ⰼ o6e rufo6 aⅿou aFocⁿa Ⱨⱥu/ fe6ou ri e / ⁿarei eun6
6eⱯenvriⅼⁱ . e ⰼ c/ ⁿⱡ ea6ⅎ6i ⅿoc au h2 danⱡ afre6) e / eun
ri e fⱧ6ⁿ/ ⁿarei eunou ) lⱦAl ⁿⰼ e6❺8o6vⱧbⱧF4⟋ⰼ avvea❺ds

  Z  Te4⬛c/ ⅿoc6uai e aud aⱯAocunuci Fe6⬛Kf auⁿtⱥ

  Z  De/ A❺Fe ri e e❺ⅆbo6Ⱨ6ri e Ⱨⱥu/ fe6ⅿoc ⱥⱥe cu/ c❺a aFocrbaud eW4⟋aru a/ A4⟋a6ⅿⁿa/ ⅿoc Aau
    ) l ⅿⅿoc Fe4⬛8e ⅿⁿⱡ au e❺8o6o5) l Ⱨⁿⅿoc ueed ⰼ o❺e rufo6 aⁿous

  Z  Te4⬛c/ ri e do4⬛6ai ocunof ri e / c/ ve4⬛red e❺8o6s

. e ⰼ r4⟋u8e/ ⁿgare ⅿoc6Aoi v4⟋runaud ) r4⟋Ao6⬛8eAnaume❺8o6v6bi v4⟋nsⱡf ) e ⁿawe ⰼ o❺e ⁿⰼ au 12
Fc/ rue/ / danⱡ K 2 ou Aai / ou a4⬛6acⁿ/ oveued 4⬛/ ⁿⰼ au 92 4⟋4⟋uda6danⱡ( ⁿo do ri ⱡⁱr b) e ) ⁿ4⬛
A❺edⅿⅿoc6aⱯAocunfo6ri e ai ocunⁿoc ⁿⰼ ruⱧ/ danⱡ afre6) e / eunⁿⰼ danⱡ ⰼ af ri e c/ e of ri e
ⰼ ouerⅿdc8ug ri e ⅿⰼ e ⅿⁿawe/ c/ ⁿⰼ Aoi v4⟋re oc6u8e/ ⁿganous

"k o6Nou-Cou/ ⰼ c6y AAocunAc/ roi e6⬛bv4⟋a/ e 6e6ⅿo ⅿoc6Ac6❺eunNou-Cou/ ⰼ c6y AAocun
y g8ei eunfo6deⁿaⱧⱡ 6ega8ⅆrug E4⬛ⱯbourⱯAkcud TⱧⱥu/ fe6's

### Oⅼ erdraw Protection

**Calculation owⱨnterest Charge and Salance muⱴect to ⱨnterest Rates** Tⱡ e rure6/ ⁿⱨ Al aⱥge ⱡⁱ/
Aoⰼ vcⱧred c/ rug ⅿoc6auuca4ve6❺eurage ⅆⰼre ⅆⱥre d❺red Fⅿ9h3 o6bru ri e Aa/ e of a 4⟋av ⁿea❺b9hhb
) lⱦAⱡ gⱥ8e/ ⅿoc ⰼ e •yvv4⟋AaF4⟋ Rareⱡ y 6ⱡⱧ ocgⱡ ) e Aa4⬛c4⟋nⱠ ri e rure6e/ ⁿAl aⱥge Fⅿavv4⟋4ⅿug ⰼ e
y vv4⟋AaF4⟋ Rare ⁿo eaAl danⱡ4⬛u Aebri e rure6e/ ⁿAl aⱥge Aau a4⬛o Fe Aa4⬛cared Fⅿⰼ c4⟋v4ⅿug
ⰼ e y vv4⟋AaF4⟋ Rare Fⅿⁿⱡ e ⟋a8e4⟋age danⱡⁿFa4⟋uⱯeⱡ Kⱡ 4⟋auⱯe ScFⱡeAⁿⁿo ⱡurⱧre( nⱧare( / l o) u ou
ri ⱡⁱ/ ⁿarei euⁿof eu ⰼ c4⟋v4ⅿug ⰼ an c/ ⰼ Fⅿⱡ e uci Fe6of danⱡ ru ⰼ e FⱧ4⟋ug AnⱯ4⟋sTⱡ ⱡⁱ/ gⱥ8e c/
ⅿoc6aⱯAocunⱡ4⬛/ / aumcuvard fruauⱯe Al aⱥge/ eaⱯ/ danⱡadd aumue) ad8auⱯe/ o6deFⅿⱡ baud
/ cFⱧ6aⱯnaumvaⅿⰼ euri o6A❺edⅿⱡ sTⱡ ⱡⁱ/ gⱥ8e/ c/ ri e danⱡⁿFa4⟋uⱯesTⱡ eu ) e add a4⬛ri e danⱡⁿ
Fa4⟋uⱯe/ fo6ri e FⱧ4⟋ug AnⱯ4⟋ aud d8rde Fⅿⁿⱡ e uci Fe6of danⱡ ru ri e FⱧ4⟋ug AnⱯ4⟋sTⱡ ⱡⁱ/ gⱥ8e c/
ri e ⟋a8e4⟋age danⱡⁿFa4⟋uⱯeⱡ aud d8rde Fⅿⱡ e uci Fe6of danⱡ ru ⰼ e FⱧ4⟋ug AnⱯ4⟋sTⱡ ⱡⁱ/ gⱥ8e c/
Pⅿⱡ e ⟋a8e4⟋age danⱡⁿFa4⟋uⱯeⱡ eurⱡ ⅿoc6o8e❺ⰼ 8fⅿ⟋8⟋reAⅿou 4⟋au aⱯAocuⰼ ade ri 6ocgⱡ oc6re4⬛8ⱦ o6
devo/ red aⁿoc6acroi ared re4⬛6i aⱯ rue/ Kⱡ TM( / Moudaⅿⱡ 6ocgⱡ k❺danⱡFefo8e ri e vo/ red
Acⁿoff ⁿⱡ e ) r4⬛Fe vo/ red ro ⅿoc6aⱯAocunou ri e dare ⁿⰼ eⅿa8e aⱯevredsBⱧⰼ e❺/ ri eⱦbⱧ eⅿ) r4⬛Fe
vo/ red ou ri e uⰼ e nⱧFc/ rue/ / danⱡPⅿⱡ e uci Fe6oⅼ ⰼ 6ocgⱡ oc6y TM/ 8a a fcuⅆ/ Ⱨⱥu/ fe6) r4⬛Fe
vo/ red ou ri e dare ⰼ ⁿeⅿa8e 8e4⟋8ⅆed o6ou ri e uⁿⱧFc/ rue/ / danⱡⰼ ade 4⟋6acⁿ4ri CT ⱨⱥvⰼ  MT
fo6y 6⟋zoua aⱯAocurⱡ aud hvⰼ  PT fo6Ca4⬛6⟋ura aⱯAocurⰼ ( Moudaⅿⱡ 6ocgⱡ k❺daⁿo6aⁿⅿⰼ e
Sarc6⟋amb6Scudaⅿo6Fauwⱡ o4⟋danⱡ s : : Wⱡ Coi va/ / : auwFc/ rue/ / danⱡ a6e Ⅿoudaⅿⱡ 6ocgⱡ
k❺danⱡⁿe/ Ⱨrd4⟋4⟋cdug l o4⟋danⱡ s

### ⱨn Case owⱨrrors or Questions AⱲout Hour ⁿtatevⅿent
If ⅿoc ⰼ ⱡⁱ ruwⅿoc6/ ⁿarei eurⁿ/ ) 6bugbo6ri ⅿoc ueed ⰼ o8e rufo8 aⁿou aFocⁿa Ⱨⱥu/ aⱯⁿou ou ⅿoc6
/ ⁿarei eurⰼ) 6ⁿe ⅿoc6ri / ce ou a / eva8are doAci euⁿaud / eud ⅿro : auw❺aⱥⅆ Ceure6bⱧPⱥs: oV
) 12DeAarc❺by L 93h55-2221sTe4⟋vⱡ oue ruⱲc❺8e/ ⰼ arⱡ l ade FⅿAa4⬛ug ⅿoc64⟋bAa4⟋ : : Wⱡ
Coi va/ / FⱧⱥuⱯl 4⟋ red ou ri e 6Ⱨbuⁿof ri ⱡⁱ/ ⁿarei eurⁿo / veaw) ⁿⱡ a Cc/ roi e6Seⰼ❺Ae
Rev8e/ euⁿarⱡ8esP4⟋a/ e uoreⱡ a re4⬛vⱡ oue ruⱲc6ⁿ) ⱡ4⬛unv6e/ e❺8e ⅿoc6❺gⱡ ri cude6fⱧ6e6⬛4⟋4a) s
. e ⰼ c/ ⁿⱡ ea6ⅎ6i ⅿoc uo 4⟋re6ri au / Vⅿⅿⱡ4⟋2( danⱡ afre6) e / eunⅿoc ri e fr6ⱡⁿ/ ⁿarei eunou
) lⱦAl ⁿⰼ e6❺8o6vⱧbⱧF4⟋ⰼ avvea❺ds

· Te4⬛c/ ⅿoc6uai e aud aⱯAocunuci Fe6⬛Kf auⁿtⱥ
· De/ A❺Fe ri e e❺ⅆbo6Ⱨ6ri e Ⱨⱥu/ fe6ⅿoc ⱥⱥe cu/ c❺a aFocrbaud eW4⟋aru a/ A4⟋a6ⅿⁿa/ ⅿoc Aau
  ) l ⅿⅿoc Fe4⬛8e ⅿⁿⱡ au e❺8o6o5) l Ⱨⁿⅿoc ueed ⰼ o❺e rufo6 aⁿous
· Te4⬛c/ ri e do4⬛6ai ocunof ri e / c/ ve4⬛red e❺8o6s

x oc Aau/ ⁿov ri e acroi aⁿAdecdⱯⅿou of ri e Mruri c/  Pⅿaⁿⰼ eunfⅎ6i ⅿoc Al eⱯwrug aⱯAocunrⁿⱡ
ⅿoc ⰼ ⱡ ruwⅿoc6/ ⁿarei eurⁿ/ ) 6bugSo / rov ri e vaⁿⰼ eurbⅿⅿoc6❺4ⁿⅿe6i c/ ⁿ6eaAl c/ ri 6ee Kⱡ(
Fc/ rue/ / danⱡ Fefo8e ri e acroi aⁿAdecdⱯⅿou rⰼ/ Al edc4⟋d ⁿo oAAc❺s

### Reporting Other ProⱲlevⱨs
P4⟋a/ e 6b8e/ ⅿoc6/ ⁿarei eurⁿof e6ⱦ4⬛8sⱧⱧnr/ e/ / euⅿa4Ⱨ anaumaAAocune6❺ⱥⰼ o6aumri v6ove6
ⰼ nⱧⱧa/ ri 6e6ⰼ au/ ⰼ ⅿoc vo/ ⅿoc6addⱯⅿou of ri e Ⱳⁿⱡ ⅿro c/ a/ / oou a/ 6ai/ ouaF4mⱎ ⅿoc fo6aumbⰼ/ 4⟋4⟋red ⁿⰼ e
/ ve4⬛red ri e ⁿ a6aⱯAocunaⱥⱥei eurb) e aⱥ uon4⟋aF4⟋ ⅿoc fo6aumbⰼ/ 4⟋4⟋red ⁿⰼ e
v6bⱦ4⬛i 6e❺8o6o6cauci o❺zed Ⱨⱥu/ aⱯⁿous

: : Wⱡ Coi va/ / ri e ⰼ 6ade uai e of Coi va/ / : auwbⰼ ei Fe6of ri e : : Wⱡ G6ocvs
Coi va/ / : auwbⱧei Fe6kⱧⱡCs

# EXHIBIT 155

Page 1 of 6
Primary Account: ████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

21   I  G.I NADC  TAPGWAN  SADAL dS dDM NP
SARMbO  F PdOAMBL  ATTFUDM
H00  TOdRTdDM TM RMd  300
CANNAR M7  3X201E3- 56

### Contacting Us

A8ai4b4e by vl one 25p8

Pl one   1E 00E2VVE3233

F n4ne   bb8acomvassxom

K rite   BB/ A Tomvass
Tustomer Rer8ice
PxF xBo( 10XVV
Birmingl am, AN HX26V

## hour BB/ A Tomvass Account.sW

P4ease see imvortant message regar9ing your
MOdARUOh S ADAL dS dDMADANhRGR TI d TYGL
account

## Rummary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | dn9ing ba4ance 4ast statement | dn9ing ba4ance tl is statement |
|---|---|---|---|
| MOdARUOh S ADAL dS dDMADANhRGR TI d TYGL | ████ | ████ | ████ |
| **Total Deposit Accounts** | | ████ | ████ |

CONFIDENTIAL

D-HCRE-000091

**Appx. 02581**

Page 2 of 6
Primary Account: ████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

# MOdARUOh SADAL dS dDMADANhRCRTI dTYGDL

Account Dumber: ████  EI GI NADC TAPGANS ADAL dS dDMNP

## Account Information

K e l a8e uv9ate9 tl e Measury Sanagement Rer8ice AgreementxM ese terms an9
con9itions ) i4become effecti8e as of Do8ember H0, 201- x hou can fin9 a current 8ersion
of tl e agreement by going to:

l ttv:pp) ) )obb8acomvassxcompcommercia4treasuryEmanagementpresourceEcentra4p

M e user GC is wtreasurywan9 tl e vass) or9 is wmanagementxw

## Activity Summary

Beginning Ba4ance on 10p1pt-
Cevositsp re9its .22W
K itl 9ra) a4pCebits .1V3W

**Ending Balance on 10/31/18**

## Deposits and Other Credits



| Cate " | Tl ec" p Reria4$ | Cescrivtion | | Cevositsp Tre9its |
|---|---|---|---|---|

Page Hof 6
Primary Account: █████████
Beginning Fctober 1, 201-  Edn9ing Fctober H1, 201-                    H1

**BBVA** Compass



P4ease note, certain fees an9 cl arges voste9 to your account may re4te to ser8ices an9por acti8ity from tl e vrior statement cyc4ex
" M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## Withdrawals and Other Debits



Page 5 of 6
Primary Account: ████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass



CONFIDENTIAL