Page 1 of 10
Primary Account: █████████
Beginning December 1, 2018 - Ending December 31, 2018          31

**BBVA** Compass

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ███████ | ███████ | ███████ |
| **Total Deposit Accounts** | | ███████ | ███████ |

HIGHLY CONFIDENTIAL

D-CNL003546

**Appx. 02185**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████

## Account Information

Change In Terms
The following fee changes will go into effect February 1, 2019:
RDI Fax Notification - $10.00; Re-Run Deposited Items - $12.00; Outgoing Wire Transfer
with Notification - $32.00; Return Items Fax Report (per day) for ACH Origination Services
through File Transfer Services / Compass e-Transmit - $7.50; ACH EDI Information
Reporting Services per item - $1.00; Wholesale Lockbox Fax Summary - $125.00. Please
call your regional BRS team with questions regarding these changes.

## Activity Summary

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | █████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ██████████ | ██ |
| ██ | | ██████████ | ████ |
| ██ | | █████████████ | ███ |
| ██ | | ████████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |

**Appx. 02186**

Page 3 of 10
Primary Account: ████████
Beginning December 1, 2018 - Ending December 31, 2018          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|
| ██ | | ████████████ | ██████ |
| ██ | | ███████████ | ██████ |
| ██ | | ████████████ ██████████████ | █████ |
| ██ | | ██████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ███████████ | ██████ |
| ██ | | ██████████ | ██████ |
| ██ | | ███████████ | ██████ |
| ██ | | ███████████ | ██████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ██████ |
| ██ | | █████████████ | █████ |
| ██ | | ██████████ | ██████ |
| ██ | | ████████████ ██████████ | ██████ |
| ██ | | ███████████████ █ | |
| ██ | | ███████████████ | |
| ██ | | ████████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | ██████████████ | █████ |
| ██ | | █████ ██████ | ██████ |
| ██ | | ████████████ ████ | ██████ |

Page 4 of 10
Primary Account ███
Beginning December 1, 2018 - Ending December 31, 2018                    31


**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| 12/18 | | INCOMING WIRE W/ADVICE REF 20181218F2QCZ60C00197512181255FT01 ORG JAMES D DONDERO | $2,000,000.00 |
| ██ | | ███ | ██ |
| ██ | | ████ | ██ |
| ██ | | ███ | ██ |
| 12/19 | | INCOMING WIRE W/ADVICE REF 20181219F2QCZ60C00331112191531FT01 ORG JAMES D DONDERO | $782,623.14 |
| ██ | | ███ | ██ |
| ██ | | ████ | ██ |
| ██ | | ████ | ████ |
| ██ | | ████ | ██ |
| ██ | | ████ | ██ |
| ██ | | ████ | ██ |
| ██ | | ███ | ██ |
| ██ | | ███ | ██ |
| ██ | | ███ | ██ |
| ██ | | ████ | ██ |
| ██ | | ███ | ██ |

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| ██ | | ████ | ██ |
| ██ | | ████ ███ | |
| ██ | | ███ | ██ |
| ██ | | ████ ███ | ██ |

HIGHLY CONFIDENTIAL

Page 5 of 10
Primary Account: ████████
Beginning December 1, 2018 - Ending December 31, 2018                    31

**BBVA** Compass



HIGHLY CONFIDENTIAL

D-CNL003550
**Appx. 02189**

**BBVA** Compass



HIGHLY CONFIDENTIAL

Page 7 of 10
Primary Account: ███████
Beginning December 1, 2018 - Ending December 31, 2018                    31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ██ | | ████ ████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ███ ████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████ ████ | ████ |
| ██ | | ██ | ████ |
| ██ | | ██████ ██ | ████ |
| ██ | | █████ ████ | ███ |
| ██ | | █████ ████ | ████ |
| ██ | | ██ ████ | ████ |
| ██ | | ████ ████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ██ ████ | ███ |
| ██ | | ████ | █████ |
| ██ | | ███ ███ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ██████ | ████ |
| ██ | | ██████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ███ ██ ██ | ████ |
| ██ | | ████ ██ █ | ████ |
| ██ | | ██ ██ ███ | ████ |
| ██ | | ██████ ██ | ████ |
| ██ | | █████ | ████ |

D-CNL003552
**Appx. 02191**

Page 8 of 10
Primary Account: ████████
Beginning December 1, 2018 - Ending December 31, 2018                    31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|

**BBVA** Compass



**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller
card (ATM) transactions in your register.
• Record all automated deductions, debit card
transactions and electronic bill payments.
• Record and deduct service charges, check printing
charges, or other bank fees.
• If you have an interest bearing account, add any
interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark
in your register each check or other transaction that is
listed on this statement.

**Step 3** • List any deposits or credits your have made that do not
appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card
transactions, electronic payments and other
deductions that do not appear on this statement (see
space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on
this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should
match your register entries.
· If you have questions or need assistance, please refer to the phone
number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this
statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to
BBVA Compass Bank, Operations Compliance Support, P.O. Box
10566, Birmingham, AL 35296. Or simply call your local customer
service number printed on  he front of this statement. Call or write as
soon as you can, if you think your statement or receipt is wrong or if
you need more information about a transfer on the statement or
receipt. We must hear from you no later than 60 days after we sent
the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can
why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10
business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will
credit your account for the amount you think is in error, so  hat you will have the use of the
money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account
Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is
computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366,
which gives you the "Applicable Rate." Although we calculate the interest charge by applying the
Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying
the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on
this statement,  hen multiplying that sum by the number of days in billing cycle. To get the
"Balance Subject to Interest Rate" shown on this statement we take the beginning balance of
your account less any unpaid finance charges each day, add any new advances or debits, and
subtract any payments or credits. This gives us the daily balance. Then we add all the daily
balances for the billing cycle and divide by the number of days in the billing cycle. This give us
the "average daily balance" shown on the statement as "Balance Subject to Interest Rate".
Payments. Payments to your overdraft protec ion loan account made through our tellers or
deposited at our automated teller machines (ATM s) Monday through Friday before  he posted
cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be
posted on the next business day. Payments made through our ATM s via a funds transfer will be
posted on the date they are received or on the next business day if made after 6pm CT (6pm MT
for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any  ime
Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through
Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your
statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box
2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA
Compass branch listed on the front of this statement to speak with a Customer Service
Representative. Please note: a telephone inquiry will not preserve your rights under federal law.
We must hear from you no later than sixty (60) days after we sent you the first statement on
which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can
why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if
you think your statement is wrong. To stop the payment, your letter must reach us three (3)
business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper
transactions on your account be reported to us as soon as reasonably possible. If you fail to
notify us of any suspected problems, errors or unauthorized transactions within the time periods
specified in the deposit account agreement, we are not liable to you for any loss related to the
problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.

# EXHIBIT 108

**BBVA** Compass

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| **Total Deposit Accounts** | | ▮▮▮▮ | ▮▮▮▮ |

HIGHLY CONFIDENTIAL

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary



## Deposits and Other Credits

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |

Page 3 of 11
Primary Account: ███████
Beginning February 1, 2019 - Ending February 28, 2019                    28

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| ██ | | ██████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | █████████████ | ███ |
| ██ | | █████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ███████████████ | ██ |
| ██ | | █████████████ | ████ |
| ██ | | ████████████████ | ███ |
| ██ | | ████████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | ███████████ | ███ |
| ██ | | █████████████ | ████ |
| ██ | | █████████████ | ████ |

HIGHLY CONFIDENTIAL

D-CNL003492

**Appx. 02198**

**BBVA** Compass



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| 2/14 | | INCOMING WIRE W/ADVICE REF 20190214F2QCZ60C0034760214162BFT01 ORG JAMES D DONDERO | $3,000,000.00 |

Page 5 of 11
Primary Account: ███████
Beginning February 1, 2019 - Ending February 28, 2019          28

 **BBVA** Compass



## Withdrawals and Other Debits



D-CNL003494
**Appx. 02200**

**BBVA** Compass



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

**BBVA** Compass



HIGHLY CONFIDENTIAL

**BBVA** Compass



D-CNL003497
Appx. 02203

**BBVA** Compass



**BBVA** Compass



HIGHLY CONFIDENTIAL

D-CNL003499

**Appx. 02205**

**BBVA** Compass

## How to Balance Your Account

**Step 1**  •  Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
•  Record all automated deductions, debit card transactions and electronic bill payments.
•  Record and deduct service charges, check printing charges, or other bank fees.
•  If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**  •  If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**  •  List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4**  •  List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| | • Enter the "current balance" shown on this statement | |
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on he front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

•  Tell us your name and account number (if any).
•  Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

•  Tell us your name and account number (if any).
•  Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
•  Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

D-CNL003500

**Appx. 02206**

**EXHIBIT 109**

Page 1 of 10
Primary Account: ████████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ████████ | ████████ | ████████ |
| ████████ | | ████████ | ████████ |

HIGHLY CONFIDENTIAL

BBVA Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: [redacted]

## Activity Summary

[redacted]

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| 3/13 | | INCOMING WIRE W/ADVICE REF 20190313F2QCZ60C00320903131633FT01 ORG JAMES D DONDERO | $5,000,000.00 |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |

Page 3 of 10
Primary Account: ███████
Beginning March 1, 2019 - Ending March 31, 2019          31


**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

**Appx. 02210**

Page 4 of 10
Primary Account: ███████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 5 of 10
Primary Account: ██████████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 6 of 10
Primary Account: ▮▮▮▮▮▮▮
Beginning March 1, 2019 - Ending March 31, 2019                31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

HIGHLY CONFIDENTIAL

Page 7 of 10
Primary Account: ████████
Beginning March 1, 2019 - Ending March 31, 2019                31

**BBVA** Compass



HIGHLY CONFIDENTIAL

Page 8 of 10
Primary Account:
Beginning March 1, 2019 - Ending March 31, 2019                    31

**BBVA** Compass



D-CNL003510
**Appx. 02215**

Page 9 of 10
Primary Account: ██████████
Beginning March 1, 2019 - Ending March 31, 2019          31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



vices and/or activity from the prior statement cycle.

HIGHLY CONFIDENTIAL

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

D-CNL003512

**Appx. 02217**

# EXHIBIT 110

**BBVA** Compass

21     HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| **Total Deposit Accounts** | | ▇▇▇▇ | ▇▇▇▇ |

HIGHLY CONFIDENTIAL

D-CNL003515

**Appx. 02219**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ██████████████████

## Activity Summary

## Deposits and Other Credits

| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

D-CNL003516
**Appx. 02220**

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|
| ▅ | | ██████████ | | ████ |
| ▅ | | ██████████ | | ████ |
| ▅ | | ██████████ | | ████ |
| ▅ | | ██████████ | | ████ |
| ▅ | | ██████████ | | ████ |
| ▅ | | █████████ | | ███ |
| ▅ | | ████████ | | ████ |
| ▅ | | ████████████ | | ████ |
| ▅ | | ████████████ | | ████ |
| ▅ | | █████████ | | ████ |
| ▅ | | █████████ | | ████ |
| ▅ | | ███████ | | ████ |
| ▅ | | ███████ | | ███ |
| ▅ | | ██████████ | | ████ |
| ▅ | | ███████ | | ████ |
| ▅ | | ██████████ | | ████ |
| ▅ | | █████████ | | ████ |
| ▅ | | ████████ | | ████ |
| ▅ | | ████████ | | ████ |
| ▅ | | ███████ | | ███ |

Page 4 of 13
Primary Account: ██████████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|------|-------------|-------------------|
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| 5/2 | | INCOMING WIRE W/ADVICE REF 20190502F2QCZ60C00351205021554FT03 ORG JAMES D DONDERO | $2,400,000.00 |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |

Page 5 of 13
Primary Account: █████████
Beginning May 1, 2019 - Ending May 31, 2019                31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|
| ██ | | ████████████████ | ██████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| 5/3 | | INCOMING WIRE W/ADVICE REF 20190503F2QCZ60C00402305031602FT03 ORG JAMES D DONDERO | $4,400,000.00 |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ██ |
| ██ | | ██████████████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ██████████ | ████ |
| 5/7 | | INCOMING WIRE W/ADVICE REF 20190507F2QCZ60C00123805071057FT03 ORG JAMES D DONDERO | $600,000.00 |
| ██ | | ██████████ | ████ |
| ██ | | ██████████████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ██████████████████ | ████ |

Page 6 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|
| 5/23 | | INCOMING WIRE W/ADVICE REF 20190523F2QCZ60C00127205231045FT03 ORG JAMES D DONDERO | $1,500,000.00 |

Page 7 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019                31





## Withdrawals and Other Debits



Page 8 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019                31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|

D-CNL003522

**Appx. 02226**

Page 9 of 13
Primary Account:
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass



HIGHLY CONFIDENTIAL

D-CNL003523

**Appx. 02227**

**BBVA** Compass



D-CNL003524
Appx. 02228

**BBVA** Compass



HIGHLY CONFIDENTIAL

**BBVA** Compass



**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HIGHLY CONFIDENTIAL

# EXHIBIT 111

Appx. 02232

2/18/2020                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                          Date  6/28/19        Page    1
                                          Primary Account
                                          Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.

     Checking Account/s

            Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number                         Statement Dates  6/03/19 thru  6/30/19
```



```
     --------------------------------------------------------------------------

     Deposits and Additions
     Date      Description                                      Amount
```

```
     6/07      Misc Credit                                  3,000,000.00
```

HIGHLY CONFIDENTIAL

D-CNL003528
**Appx. 02233**

2/18/2020

NexBank SSB



MEMBER FDIC

NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003529

Appx. 02234

2/18/2020                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                              Date   6/28/19        Page      2
                                              Primary Account
                                              Enclosures          ████


         Analysis Checking w/ Interest        1614130   (Continued)

         --------------------------------------------------------------------

         Checks and Withdrawals
         Date      Description                              Amount
```



```
         End of Statement
```

MEMBER FDIC                     NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                     Payments received at the address indicated on this statement by 3:00 pm, Central Standard Time
                     each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL                                              D-CNL003530

                                                                **Appx. 02235**

2/18/2020                                     NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|
| **Reconciliation of Account** | Date _____ |

| CHECKS WRITTEN BUT NOT PAID | | Please examine this statement and items at once and refer any exceptions immediately. |
|---|---|---|
| NUMBER | AMOUNT | |

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by  he bank and list the numbers and amounts of those not paid in  he space provided at the left. Include any checks s ill not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | Enter bank balance from statement | | | |
| | | Add deposits not credited by bank (if any) | | | |
| | | | | TOTAL | |
| Total of Checks not paid | | Subtract total of checks not paid | | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on  he Web: www.nexbank.com
In your letter, give us the following information:
- Account Informa ion: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Descrip ion of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not  here has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).

HIGHLY CONFIDENTIAL                                                          D-CNL003531

**Appx. 02236**

2/18/2020                                                        NexBank SSB

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL                                                                                          D-CNL003532

Appx. 02237

# EXHIBIT 112



**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895 5650

ACCOUNT STATEMENT
Page  1  of  6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019
Total days in statement period: 31

( 9 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-12239-CSS
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201-0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number

( 45 )
( 97 )

**CREDITS**

| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------|

3409      rev 05-16

HIGHLY CONFIDENTIAL



**EASTWESTBANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page   2   of   6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12 23 | Wire Trans-IN | JAMES D DONDERO | 783,011.86 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|

HIGHLY CONFIDENTIAL

D-CNL003557

**Appx. 02240**

EAST WEST BANK  Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP



| Date | Transaction Description | | Subtractions |
|------|------------------------|--|-------------|

HIGHLY CONFIDENTIAL

EASTWESTBANK  Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 4 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019



**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|

**OVERDRAFT/RETURN ITEM FEES**

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

D-CNL003561

Appx. 02244

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….......... $_____

**Add** Deposits not shown
on this Statement                          $_____
                                          _____
                      **Sub Total**………  $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………  $_____

**Balance**…….…......................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

**Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………... $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
                                  _____
                                  _____
                                  _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
                                  _____
                                  _____
                                  _____

**Balance**…….…........................ $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

HIGHLY CONFIDENTIAL

# EXHIBIT 113

**BBVA** Compass

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▇▇▇▇▇ | ▇▇▇▇▇ | ▇▇▇▇▇ |
| ▇▇▇▇▇ | | ▇▇▇▇▇ | ▇▇▇▇▇ |

HIGHLY CONFIDENTIAL

D-CNL003617

**Appx. 02247**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████

## Activity Summary

## Deposits and Other Credits

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|---|------------------|
| ██ | | ████████████ | | ████ |
| ██ | | ████████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ███████████ | | ██ |
| ██ | | ██████████ | | ████ |
| ██ | | █████████ | | ██ |
| ██ | | █████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | █████████ | | ████ |
| ██ | | ███████████ | | ████ |
| ██ | | █████████ | | ████ |
| ██ | | ███████████ | | ████ |
| ██ | | ██████████ | | ███ |
| ██ | | ████████ | | ████ |

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ▉ | | ▉▉▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉▉▉ | ▉▉ |
| ▉ | | ▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉ | ▉▉ |
| ▉ | | ▉▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉ | ▉▉▉ |
| ▉ | | ▉▉▉▉▉▉▉ | ▉▉ |

D-CNL003619
**Appx. 02249**

Page 4 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |

HIGHLY CONFIDENTIAL

Page 5 of 13
Primary Account: ██████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

D-CNL003621
**Appx. 02251**

Page 6 of 13
Primary Account ███████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| 5/29 | | INCOMING WIRE W/ADVICE REF 20190529F2QCZ60C00298805291425FT03 ORG HIGHLAND CAPITAL M | $1,000,000.00 |
| ██ | | ████████████ | ███████ |

HIGHLY CONFIDENTIAL

D-CNL003622

**Appx. 02252**

Page 7 of 13
Primary Account: 
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass



## Withdrawals and Other Debits

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



HIGHLY CONFIDENTIAL

Page 8 of 13
Primary Account: █████████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|-----------------|-------------|---|---------------------|

HIGHLY CONFIDENTIAL

Page 9 of 13
Primary Account █████████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Page 10 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | | | Withdrawals/Debits |
|---|---|---|---|---|---|

HIGHLY CONFIDENTIAL

**BBVA** Compass



Page 12 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass



|  | Check/ | | |
|---|---|---|---|
| Date * | Serial # | Description | Withdrawals/ Debits |

HIGHLY CONFIDENTIAL

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller
card (ATM) transactions in your register.
• Record all automated deductions, debit card
transactions and electronic bill payments.
• Record and deduct service charges, check printing
charges, or other bank fees.
• If you have an interest bearing account, add any
interest earned shown on this statement.
**Step 2** • If applicable, sort checks in numerical order and mark
in your register each check or other transaction that is
listed on this statement.
**Step 3** • List any deposits or credits your have made that do not
appear on this statement (see space provided below).
**Step 4** • List any checks you have written, debit card
transactions, electronic payments and other
deductions that do not appear on this statement (see
space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | | |
|---|---|---|---|
|  | • Add total from Step 3 | | |
|  | • Subtotal | | |
|  | • Subtract total from Step 4 | | |
|  | • This balance should equal your register balance | | |
|  | If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on
this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should
match your register entries.
· If you have questions or need assistance, please refer to the phone
number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this
statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to
BBVA Compass Bank, Operations Compliance Support, P.O. Box
10566, Birmingham, AL 35296. Or simply call your local customer
service number printed on the front of this statement. Call or write as
soon as you can, if you think your statement or receipt is wrong or if
you need more information about a transfer on the statement or
receipt. We must hear from you no later than 60 days after we sent
the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can
why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10
business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will
credit your account for the amount you think is in error, so  hat you will have the use of the
money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account
Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is
computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366,
which gives you the "Applicable Rate." Although we calculate the interest charge by applying the
Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying
the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on
this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the
"Balance Subject to Interest Rate" shown on this statement we take the beginning balance of
your account less any unpaid finance charges each day, add any new advances or debits, and
subtract any payments or credits. This gives us the daily balance. Then we add all the daily
balances for the billing cycle and divide by the number of days in the billing cycle. This give us
the "average daily balance" shown on the statement as "Balance Subject to Interest Rate".
Payments. Payments to your overdraft protec ion loan account made through our tellers or
deposited at our automated teller machines (ATM s) Monday through Friday before  he posted
cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be
posted on the next business day. Payments made through our ATM s via a funds transfer will be
posted on the date they are received or on the next business day if made after 6pm CT (6pm MT
for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any  ime
Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through
Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your
statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box
2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA
Compass branch listed on the front of this statement to speak with a Customer Service
Representative. Please note: a telephone inquiry will not preserve your rights under federal law.
We must hear from you no later than sixty (60) days after we sent you the first statement on
which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can
why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if
you think your statement is wrong. To stop the payment, your letter must reach us three (3)
business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper
transactions on your account be reported to us as soon as reasonably possible. If you fail to
notify us of any suspected problems, errors or unauthorized transactions within the time periods
specified in the deposit account agreement, we are not liable to you for any loss related to the
problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.

# EXHIBIT 114



Welcome HAYLEY ELIASON ⌄    Log Out    Contact Us    2 Messages ⌄    ⌂ Alerts ⌄

# Accounts



HIGHLY CONFIDENTIAL                                                    D-CNL003663

**Appx. 02261**

10/22/2019

**FX : Accounts: Get Statement**

Analysis Checking w/ Interest ▮▮▮▮▮ (Continued)

------------------------------------------------------------------------------

Checks and Withdrawals
Date    Description                                    Amount



End of Statement

---

MEMBER FDIC                         NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                              Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
                              each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | **TOTAL** | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | | | | |

| Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable |
|---|
| Notice: The Annual Percentage Rate and Daily Periodic Rate may vary. |

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
 • Account Information: Your name and account number.
 • Dollar Amount: The dollar amount of the suspected error.
 • Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

HIGHLY CONFIDENTIAL                                                          D-CNL003664

**Appx. 02262**

10/22/2019                                    FX : Accounts: Get Statement

- *Description of Problem*. If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in <u>writing</u> or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  (1) Tell us your name and account number (if any).

  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

  (3) Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL                                                                        D-CNL003665

**Appx. 02263**

# EXHIBIT 115

Primary Account: ███████

Beginning October 1, 2019 - Ending October 31, 2019            31

**BBVA**

21        HIGHLAND  CAPITAL  MANAGEMENT  LP
          MASTER  OPERATING  ACCOUNT
          300  CRESCENT  CT  STE  700
          DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvausa.com

Write    BBVA
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ███████ | ███████ | ███████ |
| ███████ | | ███████ | ███████ |

HIGHLY CONFIDENTIAL

D-CNL003666

**Appx. 02265**



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

## Activity Summary

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| ▆▆ | | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | ▆▆▆▆ |
| ▆▆ | | ▆▆▆▆▆▆▆▆ | ▆▆▆▆ |
| 10/3 | | INCOMING WIRE W/ADVICE REF 20191003F2QCZ60C00240510031400FT03 ORG HIGHLAND CAPITAL M | $375,000.00 |
| ▆▆ | | ▆▆▆▆▆▆ | ▆▆▆▆ |
| ▆▆ | | ▆▆▆▆▆▆ | ▆▆▆▆ |
| ▆▆ | | ▆▆▆▆▆▆▆ | ▆▆▆▆ |
| ▆▆ | | ▆▆▆▆▆▆ | ▆▆▆ |
| ▆▆ | | ▆▆▆▆ | ▆▆▆ |
| ▆▆ | | ▆▆▆▆ | ▆▆▆ |
| ▆▆ | | ▆▆▆▆▆▆ | ▆▆▆ |
| ▆▆ | | ▆▆▆▆▆ | ▆▆▆ |
| ▆▆ | | ▆▆▆▆▆▆ | ▆▆▆ |
| ▆▆ | | ▆▆▆▆▆▆ | ▆▆▆ |
| ▆▆ | | ▆▆▆▆▆ | ▆▆▆ |







## Withdrawals and Other Debits



HIGHLY CONFIDENTIAL

Page 4 of 10
Primary Account: ██████████
Beginning October 1, 2019 - Ending October 31, 2019                    31



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|

Page 5 of 10
Primary Account: ███████
Beginning October 1, 2019 - Ending October 31, 2019            31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ███ | ██ |
| ██ | | ███ ██ | ██ |
| ██ | | ███ ██ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | █████ | ██ |
| ██ | | ████ | ██ |
| ██ | | ████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | █████ | ██ |
| ██ | | █████ | ██ |
| ██ | | █████ | ██ |
| ██ | | ███ | ██ |
| ██ | | ███ | ██ |
| ██ | | ████ | ██ |
| ██ | | █████ | ██ |
| ██ | | ███ | ██ |
| ██ | | █████ | ██ |

Page 6 of 10
Primary Account: ████████
Beginning October 1, 2019 - Ending October 31, 2019          31



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ████████ ███████ | ██ |
| ██ | | ███ █████ █████ | ██ |
| ██ | | ███ ████████ | ██ |
| ██ | | ██████ ██████ | ███ |
| ██ | | █████████████ | ███ |
| ██ | | ██████████████ | ██ |
| ██ | | █████ █████ ████ | ██ |
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | █████████████ | ███ |
| ██ | | ███████ | ███ |
| ██ | | ██████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ██ |
| ██ | | █████ █████ ████ | ██ |
| ██ | | ██████████ | ████ |
| ██ | | █████████████ | ████ |

D-CNL003671
Appx. 02270

Page 7 of 10
Primary Account: ▇▇▇▇▇
Beginning October 1, 2019 - Ending October 31, 2019          31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|





Page 9 of 10
Primary Account: ███████
Beginning October 1, 2019 - Ending October 31, 2019                    31

**BBVA**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| • Enter the "current balance" shown on this statement | | |
| • Add total from Step 3 | | |
| • Subtotal | | |
| • Subtract total from Step 4 | | |
| • This balance should equal your register balance | | |
| If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

**EXHIBIT 116**

Page 1 of 8
Primary Account: ███████
Beginning September 1, 2019 - Ending September 30, 2019                30



         21      HIGHLAND  CAPITAL  MANAGEMENT  LP
                 MASTER  OPERATING  ACCOUNT
                 300  CRESCENT  CT  STE  700
                 DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ███████ | ███████ | ███████ |
| ███████ | | ███████ | ███████ |

HIGHLY CONFIDENTIAL



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████████████

## Activity Summary

## Deposits and Other Credits



HIGHLY CONFIDENTIAL

Page 3 of 8
Primary Account: ███████
Beginning September 1, 2019 - Ending September 30, 2019                    30



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|-----------|-------------|----------------------|
| 9/30 | | INCOMING WIRE W/ADVICE REF<br>20190930F2QCZ60C00512909301511FT03 ORG HCRE<br>PARTNERS, LLC | $341,758.00 |
| ███ | | ████████████ | ███████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|-----------|-------------|------------------------|

D-CNL003657
Appx. 02278

Case 3:21-cv-00881-X Document 179-33 Filed 01/09/24 Page 95 of 200 PageID 57623

Page 4 of 8
Primary Account: ████
Beginning September 1, 2019 - Ending September 30, 2019          30


**BBVA**

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ███ ████ | ███ |
| ██ | | ██ ███ | ███ |
| ██ | | ██ ██ ███ | ███ |
| ██ | | ██ ████ | ███ |
| ██ | | ██ ██ ███ | ███ |
| ██ | | ██ ████ | ██ |
| ██ | | ██ ████ | ███ |
| ██ | | ██ ████ | ███ |
| ██ | | ██ ██ ███ | ███ |
| ██ | | ██ ██ ███ | ███ |
| ██ | | ██ ██ ███ | ███ |
| ██ | | ████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | █████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██ ██ ██ | ███ |
| ██ | | █████ | ███ |
| ██ | | █████ | ███ |
| ██ | | ████ | ███ |

HIGHLY CONFIDENTIAL

D-CNL003658
Appx. 02279

Page 5 of 8
Primary Account: █████
Beginning September 1, 2019 - Ending September 30, 2019            30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ██ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ████ ████ | ███ |
| ██ | | ███ █ ███ | ████ |
| ██ | | ██ █ ███ | ███ |
| ██ | | ████ ████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ██ ███ ███ | ███ |
| ██ | | ██ ███ ███ | ███ |
| ██ | | ██ ███ ███ | ███ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ████████ | ███ |
| ██ | | ██ ███ ███ | ███ |
| ██ | | ████ ████ | ████ |
| ██ | | ████████ | ████ |

Page 6 of 8
Primary Account: ████████
Beginning September 1, 2019 - Ending September 30, 2019                    30



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|-----------------|-------------|--|---------------------|
| ███ | | ██████████ ████ | | ████ |
| ███ | | ████████ | | ████ |
| ███ | | ████████ | | ████ |
| ███ | | ███████ ████ | | ██ |
| ███ | | ███████ ████ | | ██ |
| ███ | | ████████ | | ████ |
| ███ | | ████████ | | ██ |
| ███ | | █████████ | | ███ |
| ███ | | ██████ ████ | | ██ |
| ███ | | █████ ████ | | ██ |
| ███ | | ████████ | | ███ |
| ███ | | ██████ | | ███ |
| ███ | | ███████ | | ███ |
| ███ | | ████████ | | ███ |
| ███ | | ████████ | | ███ |
| ███ | | ██████ | | ██ |
| ███ | | ██████ | | ██ |
| ███ | | ███████ | | ███ |
| ███ | | █████████ | | ███ |
| ███ | | ████████ | | ███ |
| ███ | | ████████ | | ███ |
| ███ | | ███████ | | ███ |
| ███ | | ██████ | | ███ |
| ███ | | █████████ ████ | | ███ |
| ███ | | █████ | | ███ |
| ███ | | ██████████ | | ██ |
| ███ | | ███████ ████ | | ██ |
| ███ | | █████ ████ | | ███ |

D-CNL003660
**Appx. 02281**







## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller
card (ATM) transactions in your register.
• Record all automated deductions, debit card
transactions and electronic bill payments.
• Record and deduct service charges, check printing
charges, or other bank fees.
• If you have an interest bearing account, add any
interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark
in your register each check or other transaction that is
listed on this statement.

**Step 3** • List any deposits or credits your have made that do not
appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card
transactions, electronic payments and other
deductions that do not appear on this statement (see
space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on
this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should
match your register entries.
· If you have questions or need assistance, please refer to the phone
number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this
statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to
BBVA, Operations Compliance Support, P.O. Box 10566,
Birmingham, AL 35296. Or simply call your local customer service
number printed on the front of this statement. Call or write as soon as
you can, if you think your statement or receipt is wrong or if you need
more information about a transfer on the statement or receipt. We
must hear from you no later than 60 days after we sent the first
statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can
why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10
business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will
credit your account for the amount you think is in error, so  hat you will have the use of the
money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account
Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is
computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366,
which gives you the "Applicable Rate." Although we calculate the interest charge by applying the
Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying
the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on
this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the
"Balance Subject to Interest Rate" shown on this statement we take the beginning balance of
your account less any unpaid finance charges each day, add any new advances or debits, and
subtract any payments or credits. This gives us the daily balance. Then we add all the daily
balances for the billing cycle and divide by the number of days in the billing cycle. This give us
the "average daily balance" shown on the statement as "Balance Subject to Interest Rate".
Payments. Payments to your overdraft protec ion loan account made through our tellers or
deposited at our automated teller machines (ATM s) Monday through Friday before  he posted
cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be
posted on the next business day. Payments made through our ATM s via a funds transfer will be
posted on the date they are received or on the next business day if made after 6pm CT (6pm MT
for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime
Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding
holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your
statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box
2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA
branch listed on the front of this statement to speak with a Customer Service Representative.
Please note: a telephone inquiry will not preserve your rights under federal law. We must hear
from you no later than sixty (60) days after we sent you the first statement on which the error or
problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can
why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if
you think your statement is wrong. To stop the payment, your letter must reach us three (3)
business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper
transactions on your account be reported to us as soon as reasonably possible. If you fail to
notify us of any suspected problems, errors or unauthorized transactions within the time periods
specified in the deposit account agreement, we are not liable to you for any loss related to the
problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group.
BBVA USA, Member FDIC.

HIGHLY CONFIDENTIAL

**EXHIBIT 117**

Page 1 of 9
Primary Account: ▇▇▇▇▇▇
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

21     HIGHLAND  CAPITAL  MANAGEMENT  LP
       MASTER  OPERATING  ACCOUNT
       300  CRESCENT  CT  STE  700
       DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▇▇▇▇▇ | | |
| ▇▇▇▇▇▇▇▇ | | ▇▇▇▇▇ | ▇▇▇▇▇ |

HIGHLY CONFIDENTIAL

D-CNL003608

**Appx. 02285**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮

## Activity Summary



## Deposits and Other Credits

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|



| 4/16 | | INCOMING WIRE W/ADVICE REF 20190416F2QCZ60C00357704161647FT03 ORG NEXPOINT ADVISORS, | | $1,300,000.00 |

D-CNL003609
**Appx. 02286**

Page 3 of 9
Primary Account ██████████
Beginning April 1, 2019 - Ending April 30, 2019          30



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|------------------|-------------|-------------------|



## Withdrawals and Other Debits

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|------------------|-------------|---------------------|



Page 4 of 9
Primary Account: ███
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

HIGHLY CONFIDENTIAL

Page 5 of 9
Primary Account: ██████████
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

| Date * | Check/Serial # | Description | | | Withdrawals/Debits |
|---|---|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 6 of 9
Primary Account: ███████
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 7 of 9
Primary Account: ███████
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

| Date * | Check/Serial # | Description | | | Withdrawals/Debits |
|---|---|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 8 of 9
Primary Account: ▮▮▮▮▮▮
Beginning April 1, 2019 - Ending April 30, 2019          30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|



**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 118

2/18/2020                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date  6/28/19        Page    1
                                        Primary Account
                                        Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                          Statement Dates   6/03/19 thru  6/30/19
```



```
--------------------------------------------------------------------------------

Deposits and Additions
Date       Description                                        Amount
```

```
 6/19      1B Transfer from D ****171 to            2,100,000.00
```

HIGHLY CONFIDENTIAL                                    D-CNL003639

**Appx. 02295**

2/18/2020                                                NexBank SSB



MEMBER FDIC                        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003640

Appx. 02296

2/18/2020                                         NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                             Date  6/28/19      Page     2
                                             Primary Account
                                             Enclosures
```

Analysis Checking w/ Interest              (Continued)

--------------------------------------------------------------------------------

Checks and Withdrawals
Date     Description                                    Amount



--------------------------------------------------------------------------------

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL                                                    D-CNL003641

2/18/2020                                             NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | | | | |
| NUMBER | | AMOUNT | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| | | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by  he bank and list the numbers and amounts of those not paid in he space provided at the left. Include any checks s ill not paid from previous statements. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | | | | |
| | | | | TOTAL | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| | | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on  he Web: www.nexbank.com
In your letter, give us the following information:
- Account Informa ion: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Descrip ion of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not  here has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).

HIGHLY CONFIDENTIAL                                                              D-CNL003642

**Appx. 02298**

2/18/2020                                                NexBank SSB

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL                                              D-CNL003643

**Appx. 02299**

# EXHIBIT 119

**BBVA**

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvausa.com

Write   BBVA
Customer Service
P.O. Box 10566
Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ██████ | ██████ | ██████ |
| ██████████ | | ██████ | ██████ |

D-CNL003644

**Appx. 02301**

Page 2 of 8
Primary Account: █████████
Beginning July 1, 2019 - Ending July 31, 2019                    31



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████████████████████

## Activity Summary

## Deposits and Other Credits



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|---------|-------------|----------|
| 7/9 | | INCOMING WIRE W/ADVICE REF<br>20190709F2QCZ60C00251507091430FT03 ORG<br>NEXPOINT ADVISORS, | $630,000.00 |

HIGHLY CONFIDENTIAL

Page 3 of 8
Primary Account: ███████
Beginning July 1, 2019 - Ending July 31, 2019                    31





| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|

## Withdrawals and Other Debits



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

Page 4 of 8
Primary Account: ███████
Beginning July 1, 2019 - Ending July 31, 2019          31





HIGHLY CONFIDENTIAL

D-CNL003647
**Appx. 02304**

Page 5 of 8
Primary Account: ███████
Beginning July 1, 2019 - Ending July 31, 2019          31





| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 6 of 8
Primary Account: ███████
Beginning July 1, 2019 - Ending July 31, 2019          31





HIGHLY CONFIDENTIAL

D-CNL003649
**Appx. 02306**





## End of Business Day Balance Summary



## Summary of Checks



HIGHLY CONFIDENTIAL

Case 3:21-cv-00881-X   Document 179-33   Filed 01/09/24   Page 124 of 200   PageID 57652



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
      • Record all automated deductions, debit card transactions and electronic bill payments.
      • Record and deduct service charges, check printing charges, or other bank fees.
      • If you have an interest bearing account, add any interest earned shown on this statement.
**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.
**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).
**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

**Step 5** • Enter the "current balance" shown on this statement
      • Add total from Step 3
      • Subtotal
      • Subtract total from Step 4
      • This balance should equal your register balance
      If it does not agree, see steps below    $

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any time Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

**EXHIBIT 120**

Page 1 of 10
Primary Account: ▮▮▮▮▮▮
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

## Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| ▮▮▮▮▮▮▮ | | ▮▮▮▮▮ | ▮▮▮▮▮ |

HIGHLY CONFIDENTIAL

D-CNL003598

**Appx. 02310**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████████

## Activity Summary



## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| 3/5 | | INCOMING WIRE W/ADVICE REF 20190305F2QCZ60C00330903051708FT01 ORG HIGHLAND CAPITAL M | $1,015,000.00 |



HIGHLY CONFIDENTIAL

D-CNL003599

**Appx. 02311**

Page 3 of 10
Primary Account: ████████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| 3/29 | | INCOMING WIRE W/ADVICE REF 20190329F2QCZ60C00647603291634FT01 ORG NEXPOINT ADVISORS, | $725,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



Page 4 of 10
Primary Account: ███████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass



Page 5 of 10
Primary Account:
Beginning March 1, 2019 - Ending March 31, 2019                 31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



D-CNL003602
**Appx. 02314**

Page 6 of 10
Primary Account: ███████
Beginning March 1, 2019 - Ending March 31, 2019                31

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

D-CNL003603

Page 7 of 10
Primary Account: ██████████
Beginning March 1, 2019 - Ending March 31, 2019                    31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 8 of 10
Primary Account: ███████
Beginning March 1, 2019 - Ending March 31, 2019                31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

Page 9 of 10
Primary Account: 
Beginning March 1, 2019 - Ending March 31, 2019                    31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.



HIGHLY CONFIDENTIAL

Page 10 of 10
Primary Account: ▮▮▮▮▮
Beginning March 1, 2019 - Ending March 31, 2019                31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.
**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.
**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).
**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement |  |
| • Add total from Step 3 |  |
| • Subtotal |  |
| • Subtract total from Step 4 |  |
| • This balance should equal your register balance |  |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HIGHLY CONFIDENTIAL

**EXHIBIT 121**

Appx. 02320

10/22/2019                                        FX : Accounts: Get Statement



Welcome HAYLEY ELIASON ⌄   Log Out   Contact Us   **2 Messages** ⌄   🔔 **Alerts** ⌄

# Accounts



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com


FDIC

```
                                              Date   8/30/19        Page    1
                                              Primary Account
                                              Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at  972-934-4700  .

     Checking Account/s

          Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number                          Statement Dates   8/01/19 thru  9/02/19
```



```
     --------------------------------------------------------------------------------

     Deposits and Additions
     Date    Description                                Amount
```



```
     8/09    IB Transfer from D ****656 to       550,000.00
             D ****130


     8/13    IB Transfer from D ****171 to     1,300,000.00
             D ****130


     8/21    IB Transfer from D ****656 to     5,600,000.00
             D ****130
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                     Payments received at the address indicated on this statement by 3:00 pm, Central Standard Time
                          each banking day will be credited as of that date.



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

FDIC

```
                                              Date   8/30/19        Page    2
                                              Primary Account
                                              Enclosures
```

https://nbdtx.secure.fundsxpress.com/DigitalBanking/accounts/get_statement?_request_id=alfsw-pZVdpRSRH8QK4WyPEM3PQ                    1/3

HIGHLY CONFIDENTIAL                                                              D-CNL003652

                                                                        **Appx. 02321**

10/22/2019                                    FX : Accounts: Get Statement





MEMBER FDIC                        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
                    each banking day will be credited as of that date.

**NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

FDIC

                                              Date  8/30/19        Page      3
                                              Primary Account
                                              Enclosures


        Analysis Checking w/ Interest              ████     (Continued)

        End of Statement

HIGHLY CONFIDENTIAL                                            D-CNL003653

                                                                          Appx. 02322

10/22/2019                                 FX : Accounts: Get Statement

MEMBER FDIC                  NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
             Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
             each banking day will be credited as of that date.

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

| Total of Checks not paid | | Subtract total of checks not paid |
|---|---|---|

THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->

Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
  - Account Information: Your name and account number.
  - Dollar Amount: The dollar amount of the suspected error.
  - Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
  - We cannot try to collect the amount in question, or report you as delinquent on that amount.
  - The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
  - While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
  - We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
  an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL                                                        D-CNL003654

**Appx. 02323**

# EXHIBIT 122

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895 5650

ACCOUNT STATEMENT
Page 1 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019
Total days in statement period: 31

( 9 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-12239-CSS
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201-0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number

( 45 )
( 97 )

**CREDITS**

| Number | Date | Transaction Description | Additions |
|--------|------|-------------------------|-----------|
| | 12.09 | Wire Trans-IN    NEXPOINT ADVISORS, LP | 1,518,575.34 |



3409    rev 05-16

HIGHLY CONFIDENTIAL

D-CNL003676

**Appx. 02325**

# EASTWESTBANK  Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019



| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 12-30 | Wire Trans-IN | HIGHLAND CAPITAL M ANAGEMENT SE | 65,360.49 |
| | 12-30 | Wire Trans-IN | HCRE PARTNERS, LLC | 477,481.61 |
| | 12-30 | Wire Trans-IN | NEXPOINT ADVISORS, LP | 530,112.36 |
| | | Wire Trans-IN | BARRIER ADVISORS, INC. | |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|

## DEBITS

| Date | Transaction Description | Subtractions |
|---|---|---|

HIGHLY CONFIDENTIAL

D-CNL003677

**Appx. 02326**



EASTWEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page   3   of   6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

D-CNL003678
Appx. 02327



**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page   4   of   6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

D-CNL003682

# EXHIBIT 123

Page 1 of 9
Primary Account: ▬▬▬▬▬▬
Beginning June 1, 2019 - Ending June 30, 2019          30

**BBVA**

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
        MASTER  OPERATING  ACCOUNT
        300  CRESCENT  CT  STE  700
        DALLAS  TX  75201-7849

**Contacting Us**

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▬▬▬▬ | | |
| ▬▬▬▬▬▬ | | ▬▬▬▬ | ▬▬▬▬ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

———

HIGHLY CONFIDENTIAL

D-CNL003630
**Appx. 02333**



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▓▓▓▓▓▓▓▓▓▓▓

## Account Information

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
The user ID is "treasury" and the password is "management."

## Activity Summary

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| ▓ | | ▓▓▓▓▓▓▓▓ | ▓▓▓ |
| 6/4 | | INCOMING WIRE W/ADVICE REF 20190604F2QCZ60C00344906041614FT03 ORG HIGHLAND CAPITAL M | $500,000.00 |
| 6/4 | | INCOMING WIRE W/ADVICE REF 20190604F2QCZ60C00345006041614FT03 ORG NEXPOINT ADVISORS, | $300,000.00 |
| ▓ | | ▓▓▓▓▓▓ | ▓▓▓ |
| ▓ | | ▓▓▓▓▓▓ | ▓▓▓ |
| ▓ | | ▓▓▓▓▓▓ | ▓▓▓ |
| ▓ | | ▓▓▓▓▓▓ | ▓▓▓ |
| ▓ | | ▓▓▓▓▓▓ | ▓▓▓ |
| ▓ | | ▓▓▓▓▓▓ | ▓▓▓ |
| ▓ | | ▓▓▓▓▓▓ | ▓▓ |
| ▓ | | ▓▓▓▓▓▓ | ▓▓ |

Page 3 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30





## Withdrawals and Other Debits



HIGHLY CONFIDENTIAL

Page 4 of 9
Primary Account: ▉▉▉▉▉▉
Beginning June 1, 2019 - Ending June 30, 2019                30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



HIGHLY CONFIDENTIAL

Page 5 of 9
Primary Account: ▉▉▉▉▉▉
Beginning June 1, 2019 - Ending June 30, 2019                    30





HIGHLY CONFIDENTIAL

Page 6 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30





HIGHLY CONFIDENTIAL

D-CNL003635
**Appx. 02338**

Page 7 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|





| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|--|--------------------|



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

**Step 5** • Enter the "current balance" shown on this statement
• Add total from Step 3
• Subtotal
• Subtract total from Step 4
• This balance should equal your register balance
If it does not agree, see steps below    $

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 124



# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

ACCOUNT STATEMENT
Page  1  of  4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021
Total days in statement period: 31

( 0 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19 12239
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201 0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

| Account number | | Beginning balance | ( 15 ) | |
| --- | --- | --- | --- | --- |
| | | | ( 111 ) | |

### CREDITS

| Number | Date | Transaction Description | | Additions |
| --- | --- | --- | --- | --- |
| | 01 14 | Wire Trans-IN | NEXPOINT ADVISORS, LP | 1,406,111.92 |
| | 01 21 | Wire Trans-IN | HIGHLAND CAPITAL M ANAGEMENT SE | 181,226.83 |
| | 01 21 | Wire Trans-IN | HCRE PARTNERS, LLC | 665,811.09 |

### DEBITS

| Date | Transaction Description | Subtractions |
| --- | --- | --- |

3409     rev 05–16

HIGHLY CONFIDENTIAL

D-CNL003593

Appx. 02343

**EAST WEST BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page  2  of  4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021

HIGHLAND CAPITAL MANAGEMENT LP



HIGHLY CONFIDENTIAL

EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page 3 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021

HIGHLAND CAPITAL MANAGEMENT LP



HIGHLY CONFIDENTIAL

D-CNL003595
Appx. 02345



9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page  4  of  4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021

HIGHLAND CAPITAL MANAGEMENT LP



D-CNL003596
Appx. 02346

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook**.

**ENTER**
Ending Balance of
this Statement…………….......... $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Add** Deposits not shown
on this Statement                        $_____
                                         _____
                                         _____

**Subtract** any service
charges, finance or
any other charges……………… $_____

         **Sub Total**………. $_____

     **Sub Total** ………… $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ……………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
                                    _____
                                    _____
                                    _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
                                    _____
                                    _____
                                    _____

**Total** amount of outstanding
checks…………………………… $_____

**Balance**……..............................** $_____

**Balance**……..................................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**EXHIBIT 125**

Page 1 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

21     HIGHLAND CAPITAL MANAGEMENT LP
       MASTER OPERATING ACCOUNT
       300 CRESCENT CT STE 700
       DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---------|----------------|-------------------------------|-------------------------------|
| ███████████████ | ██████ | █████ | █████ |
| ██████████ | | █████ | █████ |

CONFIDENTIAL

D-JDNL-033060

**Appx. 02349**

Page 2 of 15
Primary Account: ████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 2/1/18 | ████ |
| Deposits/Credits (130) | ████ |
| Withdrawals/Debits (177) | ████ |
| **Ending Balance on 2/28/18** | ████ |

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |

CONFIDENTIAL

D-JDNL-033061

**Appx. 02350**

Page 3 of 15
Primary Account: ▮▮▮▮▮
Beginning February 1, 2018 - Ending February 28, 2018                    28

**BBVA** Compass



Page 4 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018                28

**BBVA** Compass



| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

Page 5 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018                28

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|--|------------------|
| ██ | | ████████████ ███ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ██ ██████████ | | ████ |
| ██ | | ██ ████████ | | ████ |
| ██ | | ██████████ ████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ██████████ ██████ | | ████ |
| ██ | | █ ████████████ | | ████ |
| ██ | | ██ ██████████ | | ████ |
| ██ | | ██████ ████ | | ████ |
| ██ | | ██████████ ███ | | ████ |
| ██ | | ████████ ███ | | ████ |
| ██ | | ██ ████████ | | ████ |
| ██ | | █ ████████ | | ████ |
| ██ | | ████████ ███ | | ████ |
| ██ | | ██████████ ██████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ██████████ ███ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ██ ██████████ | | ████ |

**BBVA** Compass





Page 7 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018                    28



CONFIDENTIAL

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



Page 9 of 15
Primary Account: 
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| 2/2 | | OUT WT E-ACCESS REF 20180202F2QCZ60C002532 BNF James Dondero | $3,825,000.00 |

CONFIDENTIAL

D-JDNL-033068
**Appx. 02357**

Page 10 of 15
Primary Account:
Beginning February 1, 2018 - Ending February 28, 2018                    28

**BBVA** Compass



Page 11 of 15
Primary Account: ███
Beginning February 1, 2018 - Ending February 28, 2018              28

**BBVA** Compass



**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Page 13 of 15
Primary Account:
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

Page 14 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| █ | ███████ | █ | ███████ | █ | ███████ |
| █ | ███████ | █ | ███████ | █ | ███████ |
| █ | ███████ | █ | ███████ | █ | ███████ |
| █ | ███████ | █ | ███████ | █ | ███████ |
| █ | ███████ | █ | ███████ | █ | ███████ |
| █ | ███████ | | | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| █ | ██ | ███ | █ | ██ | ███ | █ | ██ | ███ |
| █ | ██ | ███ | █ | ██ | ███ | █ | ██ | ███ |
| █ | ██ | ███ | █ | ██ | ███ | ██ | ██ | ███ |
| █ | ██ | ███ | █ | ██ | ███ | █ | ██ | ███ |
| █ | ██ | ███ | █ | ██ | █████ | ██ | ██ | ███ |
| █ | ██ | ███ | █ | ██ | ███ | ██ | ██ | ███ |
| █ | ██ | ███ | █ | ██ | ███ | █ | ██ | ███ |
| █ | ██ | | █ | ██ | | ██ | | |

*Indicates break in check sequence*

CONFIDENTIAL

Page 15 of 15
Primary Account: ████████
Beginning February 1, 2018 - Ending February 28, 2018                    28

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 126

5/14/2021                                       NexBank SSB






```
                                        Date  8/31/18          Page    1
                                        Primary Account      █████████
                                        Enclosures


           Highland Capital Management LP
           300 Crescent Court Suite 700
           Dallas TX 75201


           NexBank's Privacy Notice, which has not changed, is available on our website
           at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
           Privacy Notice mailed to you, please call us at 972-934-4700.

        Checking Account/s

           Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number            █████     Statement Dates  8/01/18 thru  9/03/18
        ████████████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████████████


        ----------------------------------------------------------------------------


        Deposits and Additions
        Date       Description                        Amount
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████
        ████████████████████████████████████████████████████████

        ----------------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                      each banking day will be credited as of that date.

CONFIDENTIAL                                                          D-JDNL-033057

**Appx. 02365**

5/14/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  8/31/18        Page     2
                                        Primary Account
                                        Enclosures          ██████████


        Analysis Checking w/ Interest        ████████   (Continued)

        Checks and Withdrawals
        Date      Description                          Amount
         8/01     IB Transfer from D ****130 to      2,500,000.00-
                  D ****884
         8/13     IB Transfer from D ****130 to      2,500,000.00-
                  D ****884
        ████████████████████████████████████████████████████
        ██████████████████████████

        -------------------------------------------------------------------

        Daily Balance Information
        Date          Balance      Date        Balance    Date      Balance
        ██████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████
        ███
        ████████████████████████████████████████████████████████████
        ███
        █████████████████████████████████████████
        ████████████████████████████████████████
        ████████████████████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

CONFIDENTIAL                                              D-JDNL-033058
                                                          Appx. 02366

5/14/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

Total of Checks not paid

Subtract total of checks not paid

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-JDNL-033059

Appx. 02367

# EXHIBIT 127

5/18/2021                                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  5/29/15          Page    1
                                        Primary Account      ██████
                                        Enclosures


           Highland Capital Management LP
           300 Crescent Court Suite 700
           Dallas TX 75201



        NexBank's Privacy Policy is accessible at www.NexBank.com



    Checking Account/s

           Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number             ████████   Statement Dates   5/01/15 thru  5/31/15
    Last Statement Balance     ████████   Days in the statement period     ██████
        6 Deposits/Credits     ████████   Average Ledger            ████████
        6 Checks/Debits        ████████   Average Collected         ████████
    Service Charge                  ████   Interest Earned              ███████
    Interest Paid                   ████   Annual Percentage Yield Earned  ██████
    This Statement Balance     ████████   2015 Interest Paid           █████

    ----------------------------------------------------------------------------

    Deposits and Additions
    Date      Description                              Amount
    ██████████████████████████████████████████████████████████
    ██████████████████████████████████████████████████████████
    ████████████████████████████████████
    ███████████████████████████████████████████████████
    ████████████████████████████
    ████████████████████████████████████████████████
    ██████████████████████████
    ████████████████████████████████████████████████
    ██████████████████████████
    ████████████████████████████████████████████████

    ----------------------------------------------------------------------------

    Checks and Withdrawals
    Date       Description                              Amount
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                      each banking day will be credited as of that date.

HCMS000094

Appx. 02369

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date   5/29/15        Page     2
                                          Primary Account
                                          Enclosures           ████████


        Analysis Checking w/ Interest      ███████  (Continued)

        Checks and Withdrawals
        Date      Description                        Amount
        ██████████████████████████████████████████████████
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████
        ████████████████████████████████████████
        5/29      IB Transfer from D ****130 to       500,000.00-
                  D ****656
        ████████████████████████████████████████████████████
        ██████████████████████████████████████

        ---------------------------------------------------------------

        Daily Balance Information
        Date          Balance      Date      Balance      Date      Balance
        ████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████
        █████████████████████████████████████████████

        ---------------------------------------------------------------

                            Interest Rate Summary
                        Date              Rate
                        ██████████████████████████████

        End of Statement
```



MEMBER FDIC                      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000095
**Appx. 02370**

5/18/2021                                                                      NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | | | | |
| | | | | | TOTAL | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 (1) Tell us your name and account number (if any).
 (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
 (3) Tell us the dollar amount of the suspected error.
 We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000096

**Appx. 02371**

# EXHIBIT 128

Page 1 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass

21    HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████ | ████ | ████ | ████ |
| **Total Deposit Accounts** | | ████ | ████ |

HCMS000156

**Appx. 02373**

Page 2 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

Beginning Balance on 10/1/15 ████████

Deposits/Credits (25) ████████

Withdrawals/Debits (154) ████████

**Ending Balance on 10/31/15** ████████

## Deposits and Other Credits



| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|---|------------------|

Page 3 of 7
Primary Account: ▮
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 10/1 | | OUT WT E-ACCESS REF  20151001F2QCZ60C001349<br>BNF Highland Capital M | $350,000.00 |
| 10/2 | | OUT WT E-ACCESS REF  20151002F2QCZ60C001218<br>BNF Jefferies LLC | $310,000.00 |

HCMS000158
**Appx. 02375**

**BBVA** Compass



Page 5 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015           31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



| 10/30 | | OUT WT E-ACCESS REF  20151030F2QCZ60C002353 | $100,000.00 |
| | | BNF Highland Capital M | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



**BBVA** Compass

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

*\* Indicates break in check sequence*

HCMS000161

**Appx. 02378**

**BBVA** Compass

## How to Balance Your Account

**Step 1**   • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
  • Record all automated deductions, debit card transactions and electronic bill payments.
  • Record and deduct service charges, check printing charges, or other bank fees.
  • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**   • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**   • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4**   • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | Step 3 Total $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

### Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

•   Tell us your name and account number (if any).
•   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
•   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

·   Tell us your name and account number (if any).
·   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
·   Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 129

5/18/2021                                                NexBank SSB

 **NexBank™**

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

  **FDIC**

```
                                          Date 10/30/15          Page    1
                                          Primary Account        ████████
                                          Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number              ████████  Statement Dates  10/01/15 thru 11/01/15
        Last Statement Balance     ████████   Days in the statement period    ████
           12 Deposits/Credits     ████████   Average Ledger
            5 Checks/Debits        ████████   Average Collected        ████████████
        Service Charge              ████████  Interest Earned
        Interest Paid               ████████  Annual Percentage Yield Earned  ████████
        This Statement Balance     ████████   2015 Interest Paid

        -----------------------------------------------------------------------------

        Deposits and Additions
```



```
────────────────────────────────────────────────────────────────────────────
MEMBER FDIC                      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.
```

HCMS000166

**Appx. 02381**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                              Date 10/30/15          Page    2
                                              Primary Account
                                              Enclosures


        Analysis Checking w/ Interest            1614130   (Continued)

        Deposits and Additions
        Date     Description                              Amount




        ----------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                              Amount



        10/27    OUTGOING WIRE                         200,000.00-
                 HIGHLAND CAPITAL MGMT SERVICES



        ----------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date      Balance    Date      Balance




        ----------------------------------------------------------------

                         Interest Rate Summary
                         Date          Rate

        End of Statement
```

MEMBER FDIC                     NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                 each banking day will be credited as of that date.

HCMS000167
**Appx. 02382**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | | | |
|---|---|---|---|---|
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000168

**Appx. 02383**

# EXHIBIT 130