5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                          Date 10/30/15              Page    1
                                          Primary Account        ▆▆▆▆▆▆
                                          Enclosures


         Highland Capital Management LP
         300 Crescent Court Suite 700
         Dallas TX 75201


         NexBank's Privacy Policy is accessible at www.NexBank.com


         Checking Account/s

              Account Type:  Highland Capital Management LP

         Analysis Checking w/ Interest
         Account Number           ▆▆▆▆▆▆▆   Statement Dates  10/01/15 thru 11/01/15
         Last Statement Balance   ▆▆▆▆▆▆    Days in the statement period   ▆▆
            12 Deposits/Credits  ▆▆▆▆▆▆▆▆   Average Ledger        ▆▆▆▆▆▆▆
             5 Checks/Debits      ▆▆▆▆▆▆    Average Collected     ▆▆▆▆▆▆▆
         Service Charge           ▆▆▆▆▆     Interest Earned
         Interest Paid            ▆▆▆▆      Annual Percentage Yield Earned  ▆▆▆▆▆
         This Statement Balance   ▆▆▆▆▆▆0   2015 Interest Paid


         ------------------------------------------------------------------------

         Deposits and Additions
         Date     Description                              Amount
```



---

MEMBER FDIC                       NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000163

**Appx. 02385**

5/18/2021                                                    NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                          Date 10/30/15        Page    2
                                          Primary Account  ████████
                                          Enclosures
```

```
        Analysis Checking w/ Interest      ████████   (Continued)

        Deposits and Additions
        Date    Description                          Amount
        ████████████████████████████████████████████████████████████
        ████████████████████████                 ████████████████████████████████


        ----------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                          Amount
        ███████████████████████████████████████████████
        ████████████████████████████████████████████████████████████
        ███████████████████████████████████████████████
        ████████████████████████████████████████████████████████████
        ██████████████████████████████████████████

        10/28   OUTGOING WIRE                         200,000.00-
                HIGHLAND CAPITAL MGMT SERVICES
        ██████████████████████████████████████████████████████


        ----------------------------------------------------------------

        Daily Balance Information
        Date        Balance        Date        Balance        Date        Balance
        ████████████████████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████
        ███████████████████████████████████████████


        ----------------------------------------------------------------

                        Interest Rate Summary
                        Date            Rate
                        ██████████████████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000164

**Appx. 02386**

5/18/2021                                              NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|--------|--------|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | Enter bank balance from statement | | | |
| | | Add deposits not credited by bank (if any) | | | |
| | | TOTAL | | | |
| Total of Checks not paid | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000165
**Appx. 02387**

# EXHIBIT 131



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300

SIPC

| Customer Account Number: ▮▮▮ | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 1 of 5 |

## MARKET INDICES

Index

HIGHLAND   CAPITAL   MANAGEMENT
SERVICES   INC
ATTN  CARTER  CHISIM
300  CRESCEN  COURT
SUITE  700
DALLAS  TX  75201-7849

### ACCOUNT VALUE SUMMARY

| Description | As of 10/30/15 | This Period |

TOTAL

### DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY

| Description | This Statement | Year to Date |

TOTAL  INCOME

TOTAL  EXPENSES

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY.  IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

HCMS000172

**Appx. 02389**

Customer Account Number: ■■■■   AE: PB2   Statement Period: November 01, 2015 to November 30, 2015   PAGE 2 of 5

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election. The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities price.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held away are not in the custody or control of Jefferies nor are they covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment. All short positions are subject for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06

HCMS000173

Appx. 02390



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

| Customer Account Number: | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 3 of 5 |
|---|---|---|---|

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Rate | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| 11/23 | WIRE | CASH | | WIRE IN HIGHLAND CAPITAL AC 43100933 TwoFour TradeNumber 301033575 | | | 100,000.00 |
| | | | | | .24 | | |

**TOTAL INCOME AND DISTRIBUTION ACTIVITY:**

## OTHER ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|

**TOTAL OTHER ACTIVITY:**

## PORTFOLIO SUMMARY

Bond ratings are provided by Moody s and Standard & Poor s, respectively.  For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

**EQUITIES - LONG POSITIONS: 91.30% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

HCMS000174

**Appx. 02391**



Customer Account Number: ███████   AE: PB2   Statement Period: November 01, 2015 to November 30, 2015                    PAGE 4 of 5

**EQUITIES - LONG POSITIONS (Continued)**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

MARKET VALUE OF EQUITIES - LONG POSITIONS

**MUTUAL FUNDS: 8.60% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

TOTAL - MUTUAL FUNDS

HCMS000175

**Appx. 02392**

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel  212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period:  November 01, 2015  to  November 30, 2015 | PAGE 5 of 5 |
|---|---|---|---|

**Customer Notice**

## IMPORTANT NOTICE

►In accordance with the requirements of the Securities and Exchange Commission (the "SEC") and the Commodity Futures Trading Commission (the "CFTC"), clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC (the "Company") as of May 31, 2015 by visiting our website at **http://investorrelations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790** or by calling 1-888-JEFFERIES.  The Statement of Financial Condition is also available for your personal inspection at Jefferies LLC's principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the SEC or CFTC in New York.

►Jefferies LLC is subject to the SEC's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. The Company computes net capital under the alternative method of the Rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions), plus excess margin collateral on reverse repurchase transactions. Compliance with the Rule could limit operations of the Company, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by the Company. In addition, Jefferies LLC is registered as a futures commission merchant ("FCM") following its merger with Jefferies Bache LLC in September 2014 and is therefore subject to the CFTC's minimum financial requirements under Rule 1.17. Under the minimum financial requirements, an FCM must maintain adjusted net capital equal to or in excess of the greater of $1,000,000 or the FCM's risk-based capital requirements totaling (i) eight percent of the total risk margin requirement for positions carried by the FCM in customer accounts, plus (ii) eight percent of the total risk margin requirement for positions carried by the FCM in noncustomer accounts. As a dually registered broker-dealer and FCM, Jefferies LLC is required to maintain net capital in excess of the greater of the SEC or CFTC minimum financial requirements. As of May 31, 2015, Jefferies LLC's net capital was $998,320,000 which was $913,625,000 in excess of required net capital.

*** END OF STATEMENT ***

HCMS000176

**Appx. 02393**

# EXHIBIT 132

5/18/2021                                          NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date 11/30/15              Page    1
                                    Primary Account            ████
                                    Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201



      NexBank's Privacy Policy is accessible at www.NexBank.com



      Checking Account/s


          Account Type:  Highland Capital Management LP

      Analysis Checking w/ Interest
      Account Number            ████████     Statement Dates  11/02/15 thru 11/30/15
      Last Statement Balance    ████████     Days in the statement period    ████
          8 Deposits/Credits    ████████  8  Average Ledger          ██████████
          5 Checks/Debits       ████████     Average Collected       ██████████
      Service Charge            ████████ 0   Interest Earned         ██████████
      Interest Paid             ████████     Annual Percentage Yield Earned  ██████
      This Statement Balance    ████████ 0   2015 Interest Paid      ██████████

      --------------------------------------------------------------------------

      Deposits and Additions
      Date     Description                          Amount
      ████████████████████████
      ████████████████████████████████
      ███████████████████████████████████
      █████████████████████████
      ███████████████████████████████████████
      ███████████████████████████████████████
      ████████████████████████
      ████████████████████████████
      ███████████████████████████████████████
      ██████████████████████████
      ███████████████████████████████████████
      ███████████████████████████████████████
```

MEMBER FDIC                         NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000169

**Appx. 02395**

5/18/2021                                          NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                        Date 11/30/15          Page    2
                                        Primary Account        ████████
                                        Enclosures
```

```
        Analysis Checking w/ Interest      ████████    (Continued)

        ----------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                          Amount
        ██████████████████████████████
        ████████████████████████████████████████████████████
        ████████████████████████████████████████████████████

        11/24     IB Transfer from D ****130 to        250,000.00-
                  D ****656
        ████████████████████████████████████████████████████

        ----------------------------------------------------------------

        Daily Balance Information
        Date          Balance      Date      Balance      Date      Balance
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████
        ███████████████████████████████████████████

        ----------------------------------------------------------------

                     Interest Rate Summary
                     Date              Rate
                     ████████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.

HCMS000170

**Appx. 02396**

5/18/2021                                                              NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|
| **Reconciliation of Account** | Date _____ |

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | | |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECONCILIATION INSTRUCTIONS:

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | |
|---|---|---|---|---|
| | Enter bank balance from statement | | | |
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000171

Appx. 02397

# EXHIBIT 133

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date   2/29/16          Page    1
                                        Primary Account        ███████
                                        Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201



        NexBank's Privacy Policy is accessible at www.NexBank.com



        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number                   Statement Dates   2/01/16 thru  2/29/16
        Last Statement Balance           Days in the statement period    ████
          13 Deposits/Credits            Average Ledger
          84 Checks/Debits               Average Collected              ███████
        Service Charge                   Interest Earned
        Interest Paid                    Annual Percentage Yield Earned ███████
        This Statement Balance           2016 Interest Paid             █████

        --------------------------------------------------------------------------

        Deposits and Additions
        Date       Description                        Amount
```



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

HCMS000072
Appx. 02399

5/18/2021                                         NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                              Date  2/29/16        Page    2
                                              Primary Account
                                              Enclosures          ▮▮▮▮▮▮▮
```

```
          Analysis Checking w/ Interest      ▮▮▮▮▮▮      (Continued)

          Deposits and Additions
          Date     Description                          Amount
```



```
          --------------------------------------------------------------------

          Checks and Withdrawals
          Date     Description                          Amount
```

```
          2/10     IB Transfer from D ****130 to      2,000,000.00-
                   D ****656
```



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

HCMS000073

**Appx. 02400**

5/18/2021                                   NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972,934,4700
www.NexBank.com





```
                                    Date  2/29/16        Page     3
                                    Primary Account
                                    Enclosures
```

Analysis Checking w/ Interest          ███████    (Continued)

Checks and Withdrawals
Date      Description                          Amount



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000074

Appx. 02401

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   2/29/16      Page     4
                                    Primary Account
                                    Enclosures
```

Analysis Checking w/ Interest        ▇▇▇▇▇      (Continued)

Checks and Withdrawals
Date      Description                          Amount



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

HCMS000075

Appx. 02402

5/18/2021                                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date   2/29/16           Page     5
                                          Primary Account
                                          Enclosures


        Analysis Checking w/ Interest          ▓▓▓▓▓▓      (Continued)

        ----------------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date          Balance      Date       Balance
```



```
        ----------------------------------------------------------------------

                        Interest Rate Summary
                Date              Rate


        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

HCMS000076

**Appx. 02403**

5/18/2021                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE>** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
   an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000077
**Appx. 02404**

# EXHIBIT 134

Page 1 of 16
Primary Account: ▓▓▓▓▓▓
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

21    HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ██████████████████ | ██████ | █████ | █████ |
| **Total Deposit Accounts** | | █████ | █████ |

HCMS000056

**Appx. 02406**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number ███████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 2/1/16 | ████ |
| Deposits/Credits (145) | ████ |
| Withdrawals/Debits (218) | ████ |
| **Ending Balance on 2/29/16** | ████ |

## Courtesy Overdraft Amount

Courtesy Overdraft Amount for All Transactions                                                                  ████

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800 Compass.

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| | | ████████ | |
| ██ | | ████████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| | | ██████ | |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |

Page 3 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016            29

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|--|------------------|



Page 4 of 16
Primary Account: ▬▬▬
Beginning February 1, 2016 - Ending February 29, 2016                     29

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

Page 5 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass



| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|



**BBVA** Compass



| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|--|------------------|

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|



Page 9 of 16
Primary Account: ▮▮▮▮
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



**BBVA** Compass





**BBVA** Compass



**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|--------------------|-------------|------------------------|
| 2/11 | | OUT WT E-ACCESS CSTREP REF<br>20160211F2QCZ60C001153 BNF Highland Capital M | $250,000.00 |

Page 13 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016                29

**BBVA** Compass



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|---|---------------------|

Page 14 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
   * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

Page 15 of 16
Primary Account: ▮▮▮▮▮
Beginning February 1, 2016 - Ending February 29, 2016                29

**BBVA** Compass

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | | | | | | |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

### Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| • Enter the "current balance" shown on this statement | | |
| • Add total from Step 3 | | |
| • Subtotal | | |
| • Subtract total from Step 4 | | |
| • This balance should equal your register balance | | |
| If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 135

Page 1 of 12
Primary Account: ██████████
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass

21    HIGHLAND  CAPITAL  MANAGEMENT  LP
      MASTER  OPERATING  ACCOUNT
      300  CRESCENT  CT  STE  700
      DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

| | |
|---|---|
| Phone | 1-800-266-7277 |
| Online | bbvacompass.com |
| Write | BBVA Compass |
| | Customer Service |
| | P.O. Box 10566 |
| | Birmingham, AL 35296 |

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████████████████ | ██████████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▆▆▆▆▆▆ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

**Change In Terms**

Correction: The fee changes and effective date listed on last month's statements were intended for other account types and are not applicable to your account.  Below are the fee changes that will go into effect July 1, 2016:
Checks Paid/Debits - $0.19; Deposited Items Drawn on BBVA Compass - $0.15; Incoming Wire - $15.00; Incoming Wire fee with fax/e-mail notification - $16.00; Incoming Wire fee with phone notification - $18.00; Incoming International wire - $15.75; Manual Outgoing repetitive wire - $20.00; Manual Outgoing non-repetitive wire - $25.00; Manual Outgoing repetitive wire fee with notification - $26.00; Outgoing Automatic Standing Transfer - $9.00; Rerun Deposited Item - $9.00; Return Deposited Item - $12.00. Call Business Relationship Services with questions regarding these changes.

## Activity Summary

| | |
|---|---|
| Beginning Balance on 4/1/16 | ▆▆▆▆ |
| Deposits/Credits (53) | ▆▆▆▆ |
| Withdrawals/Debits (207) | ▆▆▆▆ |
| **Ending Balance on 4/30/16** | ▆▆▆▆ |

## Courtesy Overdraft Amount

Courtesy Overdraft Amount for All Transactions                                                                    $5,000.00

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800 Compass.

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|



Page 3 of 12
Primary Account: ▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass



| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|------|------|------|------|

HCMS000084

**Appx. 02425**

Page 4 of 12
Primary Account:
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass



Page 5 of 12
Primary Account: ████████
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



Page 6 of 12
Primary Account: ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮   April 30, 2016          30



| Date * | Check/ Serial # | Description | | | Withdrawals/ Debits |
|---|---|---|---|---|---|

4/5     OUT WT E-ACCESS CSTREP REF     $6,000,000.00
        20160405F2QCZ60C001480 BNF Highland Capital M



**BBVA** Compass



Page 8 of 12
Primary Account: ▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass



Page 9 of 12
Primary Account: ████████
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | | Withdrawals/<br>Debits |
|---|---|---|---|---|



Page 10 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|------------------|-------------|---------------------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

Page 11 of 12
Primary Account: ██████████
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ███ | ███ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ███ | ███ |
| ██ | ██ | ███ | ██ | ███ | ███ | | | |

*Indicates break in check sequence*

HCMS000092

**Appx. 02433**

Page 12 of 12
Primary Account: █████████
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass

## How to Balance Your Account

**Step 1**  • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
 • Record all automated deductions, debit card transactions and electronic bill payments.
 • Record and deduct service charges, check printing charges, or other bank fees.
 • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**  • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**  • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4**  • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

•  Tell us your name and account number (if any).
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

·  Tell us your name and account number (if any).
·  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
·  Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 136

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                         Date  5/31/16            Page   1
                                         Primary Account    ████████
                                         Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.

     Checking Account/s

        Account Type:  Highland Capital Management LP

  Analysis Checking w/ Interest
  Account Number              ████████    Statement Dates   5/02/16 thru  5/31/16
  Last Statement Balance      ████████    Days in the statement period    ████████
      9 Deposits/Credits      ████████    Average Ledger             ████████
      5 Checks/Debits         ████████    Average Collected          ████████
  Service Charge              ████████    Interest Earned            ████████
  Interest Paid               ████████    Annual Percentage Yield Earned  ████████
  This Statement Balance      ████████    2016 Interest Paid
```

---------------------------------------------------------------------------------

```
  Deposits and Additions
  Date      Description                          Amount
```



---

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                         each banking day will be credited as of that date.

HCMS000097

**Appx. 02436**

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  5/31/16        Page    2
                                          Primary Account
                                          Enclosures          ███████
```

Analysis Checking w/ Interest          ██████  (Continued)

Deposits and Additions
Date      Description                              Amount
████████████████████████                 ████████████████████
████████████████████████████████████████████████

------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount
 5/04     IB Transfer from D ****130 to     2,700,000.00-
          D ****656
          ████████████████████████████████████████
          ████████████████████████
          ████████████████████████████████████████
          ████████████████████████
          ████████████████████████████████
          ████████████████████████████████████████
          ████████████████████

------------------------------------------------------------------------

Daily Balance Information
Date        Balance        Date       Balance       Date      Balance
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
████████████████████████████████████

------------------------------------------------------------------------

                        Interest Rate Summary
                        Date            Rate
                ████████████████████████████████

          End of Statement

MEMBER FDIC                       NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000098

**Appx. 02437**

5/18/2021                                                      NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000099
**Appx. 02438**

# EXHIBIT 137

Appx. 02439

5/18/2021                                         NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                          Date  7/29/16        Page    1
                                          Primary Account   ██████████
                                          Enclosures
```

```
          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201
```

```
NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
Checking Account/s

      Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number             ██████████  Statement Dates   7/01/16 thru  7/31/16
Last Statement Balance   ████████████  Days in the statement period  ████████
    13 Deposits/Credits    ██████████  Average Ledger
    12 Checks/Debits       ██████████  Average Collected       ████████████
Service Charge                ███████  Interest Earned
Interest Paid             ██████████    Annual Percentage Yield Earned  ██████
This Statement Balance   ████████████  2016 Interest Paid      ████████████
```

--------------------------------------------------------------------------------

```
Deposits and Additions
Date      Description                          Amount
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000122

Appx. 02440

5/18/2021                                                    NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  7/29/16        Page    2
                                          Primary Account      ███████
                                          Enclosures
```



```
        Analysis Checking w/ Interest      ███████   (Continued)

        Deposits and Additions
        Date      Description                         Amount
        ████████████████████████    ████████████████
        ████████████████████████    ████████████████
        ████████████████████████    ████████████████
        ████████████████████████    ████████████████
        ████████████████████████    ████████████████
        ████████████████████████    ████████████████
        █████████████████    ████████████████

        -------------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                         Amount
        7/01      IB Transfer from D ****130 to       30,000.00-
                  D ****656
        ███████████████████████████████    ████████████
        ███████████████████████████████    ████████████
        ██████████████████    ████████████
        ███████████████████████████████    ████████████
        ███████████████████████    ████████████
        ███████████████████████████████    ████████████
        ███████████████████████    ████████████
        ███████████████████████    ████████████
        ██████████████    ████████████
        ██████████████    ████████████
        ███████████████████████    ████████████
        █████████████████    ████████████
```

MEMBER FDIC                          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

HCMS000123

**Appx. 02441**

5/18/2021                                                    NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date  7/29/16          Page    3
                                              Primary Account     �one
                                              Enclosures


        Analysis Checking w/ Interest         ▭▭▭▭    (Continued)

        Checks and Withdrawals
        Date      Description                          Amount
        ▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭
        ▭▭▭▭▭▭▭▭▭▭▭▭▭▭


        --------------------------------------------------------------------

        Daily Balance Information
        Date          Balance      Date        Balance      Date      Balance


        --------------------------------------------------------------------

                      Interest Rate Summary
                      Date          Rate

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
               Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
               each banking day will be credited as of that date.

HCMS000124

**Appx. 02442**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | | |
| NUMBER | AMOUNT | | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | | |
| | | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | | |
| | | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | | |
| | | | | | | | | |
| | | | | Enter bank balance from statement | | | | |
| | | | | Add deposits not credited by bank (if any) | | | | |
| | | | | | | | | |
| | | | | | TOTAL | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | | |
| | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000125

**Appx. 02443**

# EXHIBIT 138

**BBVA** Compass

Page 1 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016                    31

21   HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

## Your BBVA Compass Account(s)

Phone   1-800-266-7277

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ██████████ | █████ | ████ | ████ |
| **Total Deposit Accounts** | | ████ | ████ |

Coming soon! Save money and go green by offering your customers online bills and payment initiation.
BBVA Compass Electronic Bill Presentment and Payment is the most efficient way to deliver your bills
using your company's webpage and accept payments online or by phone. If customers use their own
banking service to pay bills online, we can help you streamline processing using BBVA Compass
e-Lockbox. Contact your BBVA Compass Treasury Management Officer for more details.

———

HCMS000126

**Appx. 02445**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

As a reminder, on September 23, 2016, the Automated Clearing House (ACH) will begin supporting interbank same day ACH credit transactions. Interbank same day ACH origination will be available through BBVA Compass at a later date on an **opt-in basis only**. Please contact your Treasury Management Officer for assistance.

To reflect this change for Interbank same day ACH through BBVA Compass, we have updated Section 3 of ACH Prepaid Services terms and conditions and added Section 18 to the ACH terms and conditions of our Treasury Management Services Agreement.

Additional terms have also been added to the ACH terms and conditions regarding NOCs in Section 6, fees for returned and disputed entries in Section 7 and third party processors in Section 12.

Please review the changes in the Treasury Management Services Agreement and print a complete copy for your records. You can find a current version of the agreement by going to:

http://www.bbvacompass.com/commercial/treasury-management/resource-central/
The user ID is "treasury" and the password is "management."

## Activity Summary

| | |
|---|---|
| Beginning Balance on 8/1/16 | ███ |
| Deposits/Credits (99) | ███ |
| Withdrawals/Debits (224) | ███ |
| **Ending Balance on 8/31/16** | ███ |

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

Page 3 of 14
Primary Account: ████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|--|------------------|
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | | ████████ ██ | | ████ |
| ██ | | ████████ ██ | | ████ |

Page 4 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016                31

**BBVA** Compass



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|

Page 5 of 14
Primary Account: ███████████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|

HCMS000130

**Appx. 02449**

Page 6 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass



| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

HCMS000131

**Appx. 02450**

Page 7 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Page 8 of 14
Primary Account: █████
Beginning August 1, 2016 - Ending August 31, 2016            31

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 8/5 | | OUT WT E-ACCESS CSTREP REF 20160805F2QCZ60C000943 BNF Highland Capital M | $525,000.00 |
| | 99994 | | |

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



Page 10 of 14
Primary Account: ██████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | | Withdrawals/<br>Debits |
|---|---|---|---|---|

**BBVA** Compass



HCMS000136
**Appx. 02455**

Page 12 of 14
Primary Account: ▆▆▆▆▆
Beginning August 1, 2016 - Ending August 31, 2016          31

 **BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



Page 13 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016            31

**BBVA** Compass

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | | |
| ██ | ████ | ██ | ████ | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |

*Indicates break in check sequence*

HCMS000138

**Appx. 02457**

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
 • Record all automated deductions, debit card transactions and electronic bill payments.
 • Record and deduct service charges, check printing charges, or other bank fees.
 • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

### Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATMs) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATMs via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 139

5/18/2021                                   NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  8/31/16          Page    1
                                    Primary Account        ███████
                                    Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number            █████       Statement Dates  8/01/16 thru  8/31/16
Last Statement Balance    ████████    Days in the statement period  ████████
   11 Deposits/Credits    ████████    Average Ledger            ████████
    7 Checks/Debits       ████████    Average Collected         ████████
Service Charge              ████      Interest Earned           ████████
Interest Paid             ████████    Annual Percentage Yield Earned ████████
This Statement Balance    ████████    2016 Interest Paid        ████████


--------------------------------------------------------------------------------

Deposits and Additions
Date    Description                           Amount
```



MEMBER FDIC            NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
               Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
               each banking day will be credited as of that date.

HCMS000140

**Appx. 02460**

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  8/31/16          Page    2
                                        Primary Account
                                        Enclosures
```

Analysis Checking w/ Interest          ████       (Continued)

Deposits and Additions
```
Date      Description                              Amount
```

------------------------------------------------------------------------

Checks and Withdrawals
```
Date      Description                              Amount
```

```
8/19      IB Transfer from D ****130 to    250,000.00-
          D ****656
```

------------------------------------------------------------------------

Daily Balance Information
```
Date      Balance        Date       Balance   Date        Balance
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2016/2016 HCMLP Bank Statements/NexBank MM 130/08-16 HCM MM NexBank 130.html       2/4

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                              Date  8/31/16        Page    3
                                              Primary Account
                                              Enclosures         ████████


          Analysis Checking w/ Interest          1614130   (Continued)


          ------------------------------------------------------------------


                         Interest Rate Summary
                         Date                  Rate
                         ████              ██████


          End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000142

**Appx. 02462**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | | |
|--------|--------|--|--|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | |
|--|--|--|--|--|
| Enter bank balance from statement | | | | |
| Add deposits not credited by bank (if any) | | | | |
| TOTAL | | | | |
| Total of Checks not paid | | Subtract total of checks not paid | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000143

**Appx. 02463**

# EXHIBIT 140

**BBVA** Compass

61     I G. I NADC  TAPGWAN  SADAL dSdDM NP
       SAFMdR OPdRAMGL  ATTOUDM
       H00  TRdFTdDM TM FMd  300
       CANNAF  M7  3X601E3584

## Contacting Us

Availa, le , y bpone 68f8

Ppone   1E500E6- - E3633

Online   , , vacomba. . xcom

K rite   BBs A Tomba. .
         Tu. tomer Fervice
         P×OxBo( 10X- -
         Birmingpam2ANHX64-

## / our BBs A Tomba. .  AccountWV

Plea. e . ee imbortant me. . age regar9ing your
MRdAFUR/  SADAL dSdDMADAN FG TI dTYGL
account

## Fummary of Account.

### Deposit Accounts/ Other Products

| Account | Account num, er | dn9ing , alance la. t. tatement | dn9ing , alance tpi. . tatement |
|---|---|---|---|
| ████████ | ████ | | |
| **Total Deposit Accounts** | | **$315,335.01** | **$1,090,753.79** |

HCMS000144

**Appx. 02465**

Page 6 of 16
Primary Account: ▮
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

# MRd AFUR/ S ADAL d S d DMADAN/ F G T I d T Y G L

Account Dum, er: ▮          El G I NADC TAPG/ANS ADAL d S d DMN P

## Account Information

K e pave ub9ate9 certain term. an9 con9ition. of tpe Mea. ury S anagement Fervice Agreement for tpe L eneral Provi. ion. for tpe follo) ing . ection. : Autporive9 Rebre. entative2d ligi, le Account. 2Tonfi9entiality an9 " orce S a"eurexG a 99ition2t) o ne) . ection. pave al. o , een a99e9 to tpe L eneral Provi. ion. : Cefinition. an9 Mpir9 Party Proce. . or. xPlea. e revie) tpe. e . ection. of tpe Mea. ury S anagement Agreement online an9 brint a comblete coby for your recor9. xMpe. e term. an9 con9ition. ) ill , ecome effective a. of Cecem, er 12601- xAll otper term. an9 con9ition. of tpe Mea. ury S anagement Fervice Agreement ) ill continue in full force an9 effectx/ ou can fin9 a current ver. ion of tpe agreement , y going to:
pttb:ħ) ) ) x , vacomba. . xcomħcommercialħtrea. uryEmanagementħre. ourceEcentralħ

Mpe u. er G i. $trea. ury$an9 tpe ba. . ) or9 i. $managementx$

## Activity Summary

| | |
|---|---|
| Beginning Balance on 4ħ1ħ1- | ▮ |
| Cebo. it. ħ7re9it. W-V | ▮ |
| K itp9ra) al. tCe, it. W5-V | ▮ |
| **Ending Balance on 9/30/16** | ▮ |

## Deposits and Other Credits



| Cate * | Tpeckh Ferial # | Ce. cribtion | Cebo. it. h Tre9it. |
|---|---|---|---|

HCMS000145

**Appx. 02466**

**BBVA** Compass



HCMS000146

Page 8 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | | Cebo. it. h T re9it. |
|--------|------------------|--------------|--|----------------------|

Page X of 16
Primary Account:
Beginning Febtem, er 12601- Edn9ing Febtem, er HD2601-          HD

**BBVA** Compass



| Cate * | T peckh Ferial # | Ce. cribtion | Cebo. it. h T re9it. |
|--------|------------------|--------------|----------------------|

Plea. e note2certain fee.  an9 cparge.  bo. te9 to your account may relate to . ervice.  an9for activity from tpe brior . tatement cyclex
 * Mpe Cate brovi9e9 i.  tpe , u. ine. .  9ay tpat tpe tran. action i.  broce. . e9x

## Withdrawals and Other Debits



| Cate * | T peckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|--------|------------------|--------------|-------------------------|

HCMS000148

**BBVA** Compass



HCMS000149

**Appx. 02470**

Page 3 of 16
Primary Account: ▓▓▓▓▓
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass



**BBVA** Compass

| Cate * | Tpeckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|--------|-----------------|--------------|-------------------------|

[illegible redacted table rows]

4f66   OUMK MdEATTdFF TFMRdP Rd"              Qf5X2000x00
       601- 0466" 6ZTq- 0T000- 5HBD" I igplan9 Tabital S

HCMS000151

**Appx. 02472**

Page 4 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate * | Tpeckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|--------|------|------|------|

HCMS000152

Page 10 of 16
Primary Account: ███
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                H0

**BBVA** Compass



| Cate * | Tpeckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|---|---|---|---|



Plea. e note2certain fee.  an9 cparge.  bo. te9 to your account may relate to . ervice.  an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i.  tpe , u. ine. .  9ay tpat tpe tran. action i.  broce. . e9x

## End of Business Day Balance Summary

| Cate | Balance | Cate | Balance | Cate | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Cate | Tpeck # | Amount | Cate | Tpeck # | Amount | Cate | Tpeck # | Amount |
|---|---|---|---|---|---|---|---|---|



HCMS000153

**Appx. 02474**

Primary Account: ██████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                        H0

**BBVA** Compass

| Cate | Tpeck # | Amount | Cate | Tpeck # | Amount | Cate | Tpeck # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ████ | ████ | | | | | | |

*\* Indicates break in check sequence*

Page 16 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter all cpeck. 29ebo. it. 2an9 otper automate9 teller
car9 WAMS Vtran. action. in your regi. terx
• Recor9 all automate9 9e9uction. 29e, it car9
tran. action. an9 electronic, ill bayment. x
• Recor9 an9 9e9uct · ervice cparge. 2cpeck brinting
cparge. 2or otper, ank fee. x
• Cyou pave an entere. t, earing account2a99 any
intere. t earne9. po) n on tpi. · tatementx

**Step 2** • Cabblica, le2. ort cpeck. in numerical or9er an9 mark
in your regi. ter eacp cpeck or otper tran. action tpat i.
li. te9 on tpi. · tatementx

**Step 3** • N. t any 9ebo. it. or cre9it. your pave ma9e tpat 9o not
abbear on tpi. · tatement Wee · bace brovi9e9, elo) Vk

**Step 4** • N. t any cpeck. you pave ) ritten29e, it car9
tran. action. 2electronic bayment. an9 otper
9e9uction. tpat 9o not abbear on tpi. · tatement Wee
· bace brovi9e9, elo) Vk

| CatetCe. cribtion | | Amount | |
|---|---|---|---|
| | | j | |
| | | j | |
| | | j | |
| | | j | |
| | | j | |
| Fteb HMbtal | | Q | |

| CatetCe. cribtion | Tpeck # | Amount | |
|---|---|---|---|
| | | j | |
| | | j | |
| | | j | |
| | | j | |
| | | j | |
| Fteb 8 Mbtal | | Q | |

## Balancing Your Register to this Statement

**Step 5** | dnter tpe Scurrent, alanceS. po) n on tpi.
· tatement                                                           j

| A99 total from Fteb H                                               j

| Fu, total

| Fu, tract total from Fteb 8                                        j

| Mpi. , alance. poul9 e• ual your regi. ter
, alance                                                            j

| Cit 9oe. not agree2e. e. teb. , elo)           Q          j

Cyour account 9oe. not , alance2revie) tpe follo) ing:
· Tpeck all your a99ition an9 · u, traction a, ove in your regi. terx
· S ake · ure you remem, ere9 to · u, tract · ervice cparge. li. te9 on
tpi. · tatement an9 a99 any intere. t earne9 to your regi. terx
· Amount. of 9ebo. it. an9 ) itp9ra) al. on tpi. · tatement · poul9
matcp your regi. ter entrie. x
· Cyou pave • ue. tion. or nee9 a. . i. tance2blea. e refer to tpe bpone
num, er on tpe front of tpi. · tatementx

### Change of Address

Plea. e call u. at tpe telephone num, er li. te9 on tpe front of tpi.
· tatement to tell u. a, out a cpange of a99re. . x

### Electronic Transfers *(for consumer accounts only)*

Ci ca. e of error. or • ue. tion. a, out your 9lectronic Man. fer. 2) rite to
BBs A Tomba. · Bank2Oberation. Tombliance Fubbort2P2OxBo(
10X- 2Birmingpam2AN H064- xOr. imbly call your local cu. tomer
· ervice num, er brinte9 on tpe front of tpi. · tatementxTall or ) rite a.
· oon a. you can2if you tpink your · tatement or receibt i. ) rong or if
you nee9 more information a, out a tran. fer on tpe · tatement or
receibtxK e mu. t pear from you no later tpan - 0 9ay. after ) e. ent
tpe fir. t · tatement on ) picp tpe error or bro, lem abbeare9x

> Mell u. your name an9 account num, er er Wf anyVk
> Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e( blain a. clearly a. you can
> ) py you , elieve it i. an error or ) py you nee9 more informationx
> Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

K e ) ill inve. tigate your comblaint an9 ) ill correct any error brombtlyxCS) e take more tpan 10
, u. ine. . 9ay. W80 on claim. on account. obene9 le. . tpan H0 calen9ar 9ay. Vto 9o tpi. 2) e ) ill
cre9it your account for tpe amount you tpink i. in error2. o tpat you ) ill pave tpe u. e of tpe
money 9uring tpe time it take. u. to comblete our inve. tigationx

*•* or DonEf on. umer Account cu. tomer. 2blea. e refer to your current DonEf on. umer Account
Agreement for 9etail. regar9ing 9lectronic " un9 Man. fer. x

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest RateX**Mpe intere. t cparge i.
combute9 u. ing your annual bercentage rate 9ivi9e9 , y H X or2in tpe ca. e of a leab year2H - 2
) picp give. you tpe 2Abblica, le RateX Altpougp ) e calculate tpe intere. t cparge, y abblying tpe
Abblica, le Rate to eacp 9aily , alance2tpe intere. t cparge can al. o , e calculate9 , y multiblying
tpe Abblica, le Rate, y tpe 2average 9aily, alance"Balance Fu, "ect to 9tere. t RateV. po) n on
tpi. · tatement2tpen multiblying tpat . um , y tpe num, er of 9ay. in tpe , illing cyclexMb get tpe
2Balance Fu, "ect to 9tere. t Rate" . po) n on tpi. · tatement ) e take tpe , eginning , alance of
your account le. . any unbai9 finance cparge. eacp 9ay2a99 any ne) a9vance. or 9e, it. 2an9
. u, tract any bayment. or cre9it. xMpi. give. u. tpe 9aily, alancexMpen ) e a99 all tpe 9aily
, alance. for tpe , illing cycle an9 9ivi9e , y tpe num, er of 9ay. in tpe , illing cyclexMpi. give. u.
tpe 2average 9aily , alance" . po) n on tpi. · tatement a. 2Balance Fu, "ect to 9tere. t Rate"x
Payment. xPayment. to your over9raft brotection loan account ma9e tprougp our teller. or
9ebo. ite9 at our automate9 teller macpine. WAMS . VS on9ay tprougp " ri9ay , efore tpe bo. te9
cutEoff time ) ill , e bo. te9 to your account on tpe 9ate tpey are accebte9xOtper) i. e2tpey ) ill , e
bo. te9 on tpe ne( t , u. ine. . 9ayxPayment. ma9e tprougp our AMS . via a fun9. tran. fer ) ill , e
bo. te9 on tpe 9ate tpey are receive9 or on tpe ne( t , u. ine. . 9ay if ma9e after - bm TMWbm S M
for Ariwona account. an9 - bm PMfor Talifornia account. VS on9ay tprougp " ri9ay or anytime
Fatur9ay2Fun9ay or , ank poli9ay. xBBs A Tomba. · Bank , u. ine. . 9ay. are S on9ay tprougp
" ri9ay2e( clu9ing poli9ay. x

### In Case of Errors or Questions About Your Statement VOver9raft Protection OnlyV
Cyou tpink your · tatement i. ) rong2or if you nee9 more information a, out a tran. action on your
· tatement2) rite your i. . ue on a . ebarate 9ocument an9 . en9 it to Bankcar9 Tenter2P2OxBo(
66102Cecatur2AN HX- 440001xMelebpone in• uirie. may , e ma9e , y calling your local BBs A
Tomba. , rancp li. te9 on tpe front of tpi. · tatement to . beak ) itp a Tu. tomer Fervice
Rebre. entativexPlea. e note: a telebpone in• uiry i. not bin9ing on u. to bre. erve your rigpt. un9er 9e9eral la) x
K e mu. t pear from you no later tpan . i( ty W0V9ay. after ) e. ent you tpe fir. t · tatement on
) picp tpe error or bro, lem abbeare9x

· Mell u. your name an9 account num, er er Wf anyVk
· Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e( blain a. clearly a. you can
  ) py you , elieve it i. an error or ) pat you nee9 more informationx
· Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

/ ou can . tob tpe automatic 9e9uction of tpe S inimum Payment from you cpecking account if
you tpink your · tatement i. ) rongxMb . tob tpe 9e9uction2you mu. t reacp u. . tpree WMV
, u. ine. . 9ay. , efore tpe automatic 9e9uction i. . cpe9ule9 to occurx

### Reporting Other Problems
Plea. e revie) your · tatement carefullyxCi. e. . ential tpat any account error. or any imbrober
tran. action. on your account , e reborte9 to u. a. . oon a. po. . i, le. Plea. e revie) all your
tran. action. on eacp · tatement an9 , e . ure to notify u. of any . u, becte9 bro, lem. 2error. or unautporive9 tran. action. ) itpin tpe time berio9.
· becifie9 in tpe 9ebo. it account agreement2) e are not lia, le to you for any lo. . relate9 to tpe
bro, lem2error or unautporive9 tran. actionx

BBs A Tomba. · i. a tra9e name of Tomba. · Bank2a mem, er of tpe BBs A L roubx
Tomba. · Bank2S em, er " CfX x

# EXHIBIT 141

NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                              Date 12/30/16           Page    1
                                              Primary Account
                                              Enclosures        ████████


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at 972-934-4700.

    Checking Account/s

           Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number                        Statement Dates  12/01/16 thru 12/31/16
    Last Statement Balance              Days in the statement period
       14 Deposits/Credits              Average Ledger
       11 Checks/Debits                 Average Collected
    Service Charge                       Interest Earned
    Interest Paid                        Annual Percentage Yield Earned
    This Statement Balance              2016 Interest Paid

    ------------------------                             --------------------

    Deposits and Additions
    Date        Description                          Amount
```



```
MEMBER FDIC            NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
           Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                     each banking day will be credited as of that date.
```



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date 12/30/16      Page     2
```

HCMS000177

Appx. 02478

NexBank SSB



Primary Account
Enclosures

Analysis Checking w/ Interest                    (Continued)

Deposits and Additions
Date         Description                          Amount

----------------------------------------------------------------------

Checks and Withdrawals
Date         Description                          Amount

12/12        IB Transfer from D ****130 to        7,700,000.00-
             D ****656





MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

**NEXBANK**™
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

FDIC

Date 12/30/16              Page   3
Primary Account
Enclosures

Analysis Checking w/ Interest                    (Continued)

----------------------------------------------------------------------

Daily Balance Information

HCMS000178

**Appx. 02479**

NexBank SSB

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| █████ | ████████ | ████ | ████████ | ████ | ███████ |

------------------------------------------------------------------------------

Interest Rate Summary

| Date | Rate |
|------|------|
| ████ | █████ |

End of Statement



MEMBER FDIC
NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS |
|---|---|---|---|
| **Reconciliation of Account** | | | Date _____ |
| CHECKS WRITTEN BUT NOT PAID | | | Please examine this statement and items at once and refer any exceptions immediately. |
| NUMBER | AMOUNT | | |
| | | | Sort your checks numerically or by date issued. |
| | | | |
| | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. |
| | | | |
| | | | |
| | | | Reconcile your statement in the space provided below. |
| | | | |
| | | | Enter bank balance from statement |
| | | | Add deposits not credited by bank (if any) |
| | | | TOTAL |

file:///G|/...1.%20Audit/Audit%202016/Bank%20Statements/NexBank%20MM%20130/12-16%20HCM%20MM%20NexBank%20130.html[3/15/2019 4:45:15 PM]

HCMS000179

**Appx. 02480**

NexBank SSB

| | Total of Checks not paid | | | | Subtract total of checks not paid | | | |
|---|---|---|---|---|---|---|---|---|
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000180

**Appx. 02481**

# EXHIBIT 142

Appx. 02482

5/18/2021                                          NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date   3/31/17          Page    1
                                        Primary Account         ████████
                                        Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201


      NexBank's Privacy Notice, which has not changed, is available on our website
      at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
      Privacy Notice mailed to you, please call us at 972-934-4700.

   Checking Account/s

          Account Type:  Highland Capital Management LP

   Analysis Checking w/ Interest
   Account Number              ███████   Statement Dates   3/01/17 thru  4/02/17
   Last Statement Balance    █████████   Days in the statement period        ███
       5 Deposits/Credits    █████████   Average Ledger          █████████
      20 Checks/Debits       █████████   Average Collected       ████████████
   Service Charge              ███████   Interest Earned          ███████████
   Interest Paid             █████████   Annual Percentage Yield Earned ████████████
   This Statement Balance    █████████   2017 Interest Paid       █████████

   ---------------------------------------------------------------------------

   Deposits and Additions
   Date      Description                          Amount
   ████████████████████████████████████████████████████
   ████████████████████████████████████████████████████
   ████████████████████████████████████████████████████
   ████████████████████████████████████████████████████
   ████████████████████████████████████████████████████
   ████████████████████████████████████████████████████
   ████████████████████████████████████████████████████

   ---------------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                        Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                                 each banking day will be credited as of that date.

HCMS000078
Appx. 02483

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                              Date  3/31/17        Page    2
                                              Primary Account
                                              Enclosures          ████████


         Analysis Checking w/ Interest      ██████    (Continued)

         Checks and Withdrawals
         Date     Description                         Amount
```



```
          3/31     IB Transfer from D ****130 to        150,000.00-
                   D ****656


         --------------------------------------------------------------------

         Daily Balance Information
         Date          Balance      Date       Balance      Date      Balance
```

```
         --------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

HCMS000079
**Appx. 02484**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date   3/31/17        Page    3
                                          Primary Account
                                          Enclosures


          Analysis Checking w/ Interest         ████████)  (Continued)

                         Interest Rate Summary
                      Date              Rate
                      ████████████████████████████

          End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    3/4

HCMS000080
Appx. 02485

5/18/2021                                                NexBank SSB

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS |
|---|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | |
|---|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | Enter bank balance from statement | | | |
|---|---|---|---|---|---|
| | | Add deposits not credited by bank (if any) | | | |
| | | TOTAL | | |
| Total of Checks not paid | | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000081

Appx. 02486

# EXHIBIT 143

Appx. 02487

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   3/30/18        Page    1
                                    Primary Account       ███████
                                    Enclosures


         Highland Capital Management Services Inc
         Attn Kristin Hendrix
         300 Crescent Court Suite 700
         Dallas TX 75201


         NexBank's Privacy Notice, which has not changed, is available on our website
         at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
         Privacy Notice mailed to you, please call us at 972-934-4700.


         Checking Account/s


              Account Type:  Highland Capital Management Services Inc
                             Attn Kristin Hendrix


         Business Checking
         Account Number        ████████   Statement Dates   3/01/18 thru  4/01/18
         Last Statement Balance ████████   Days in the statement period   ███
              1 Deposits/Credits ████████  Average Ledger               ████████
              5 Checks/Debits   ████████   Average Collected        ████████
         Service Charge          ████
         Interest Paid
         This Statement Balance  ████████
```

--------------------------------------------------------------------------------

```
         Deposits and Additions
         Date     Description                      Amount
          3/26    IB Transfer from D ****130 to    150,000.00
                  D ****656
```

--------------------------------------------------------------------------------

```
         Checks and Withdrawals
         Date     Description                      Amount
```

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

MEMBER FDIC                     NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000181

**Appx. 02488**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date   3/30/18          Page     2
                                          Primary Account         ████████
                                          Enclosures
```

Business Checking                  ████████    (Continued)

--------------------------------------------------------------------------------

--- CHECKS IN NUMBER ORDER ---
```
Date     Check No                Amount
████████████████████████████████████
██████████████████████████████
```
--------------------------------------------------------------------------------

Daily Balance Information
```
Date          Balance      Date        Balance     Date        Balance
███████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
```

End of Statement

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

HCMS000182
**Appx. 02489**

5/18/2021                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
|---|---|---|---|---|---|---|---|

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000183

**Appx. 02490**

# EXHIBIT 144

5/18/2021                                                NexBank SSB

 



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                           Date   6/29/18           Page    1
                                           Primary Account    ██████████
                                           Enclosures


           Highland Capital Management Services Inc
           Attn Kristin Hendrix
           300 Crescent Court Suite 700
           Dallas TX 75201


           NexBank's Privacy Notice, which has not changed, is available on our website
           at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
           Privacy Notice mailed to you, please call us at 972-934-4700.


           Checking Account/s

                  Account Type:  Highland Capital Management Services Inc
                                 Attn Kristin Hendrix


           Business Checking
           Account Number         ██████████     Statement Dates   6/01/18 thru  7/01/18
           Last Statement Balance ██████████     Days in the statement period    ███
           ██████████████████████ ██████████     Average Ledger
           Service Charge                  ███   Average Collected      ██████████
           Interest Paid          ██████████
           This Statement Balance ██████████
```

--------------------------------------------------------------------------------

```
           Deposits and Additions
           Date     Description                      Amount
           6/25     IB Transfer from D ****130 to      200,000.00
                    D ****656
```

--------------------------------------------------------------------------------

```
           Checks and Withdrawals
           Date     Description                      Amount
           ███████████████████████████████████████
           ███████████████████████████████████████
           ███████████████████████████████████
```

--------------------------------------------------------------------------------

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                              each banking day will be credited as of that date.

HCMS000184

**Appx. 02492**

5/18/2021                                                   NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date   6/29/18          Page      2
                                          Primary Account
                                          Enclosures                  ███████

          Business Checking           ██████  (Continued)

          Daily Balance Information
          Date          Balance       Date        Balance     Date        Balance
          ████████████████████████████████████████████████████████████████

          End of Statement
```

MEMBER FDIC                          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                        Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                            each banking day will be credited as of that date.

HCMS000185

**Appx. 02493**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

| Total of Checks not paid | Subtract total of checks not paid |
|---|---|

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000186

**Appx. 02494**

# EXHIBIT 145

Page 1 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

, 1    9 HI 9 GALN  DAPHCAG  F ALAI EF ELC  GP
F ATCEM  SPEMACHLI   ADDSRL C
622  DMETDEL C  DC  TCE  O22
NAGGAT  CU  O3, 21-O7 X0

### Contacting Us

A5 ai 8 4 8 e 4y vl one , XpO

Pl one    1-722-, hh-Q OO

Sn 8 ne    445 acomva/ / scom

. rite    BBWA Domva/ /
Du/ tomer Ter5 ice
PsS s BoV 123hh
Birmingl ambAG63 , 0h

## Tummary of Account/

### Deposit Accounts/ Other Products

| Account | Account num4er | Ending 4a8ance 8a/ t / tatement | Ending 4a8ance tl i/ / tatement |
|---|---|---|---|
| ███████████████ | ███████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

HCMS000100
**Appx. 02496**

**BBVA** Compass

# CMEATRMx F AL AI EF EL C AL AGx THT D9 EDYHLI

Account Lum4er ▇▇▇▇ - 9 HI 9 GAL N DAPHCAGF AL AI EF EL C GP

### Activity Summary

| | |
|---|---|
| Beginning Balance on 3pl pl0 | ▇▇▇ |
| Nevo/ it/ pDredit/ KOQ( | ▇▇▇ |
| . itl dra) a8 pNe4it/ KlCh( | ▇▇▇ |
| **Ending Balance on 5/31/19** | ▇▇▇ |

### Deposits and Other Credits

| Nate " | DI ecwp Teria8" | Ne/ crivtion | Nevo/ it/ p Dredit/ |
|---|---|---|---|
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |

Page 6 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



HCMS000102

**Appx. 02498**

Page X of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

| Nate " | DI ecwp Teria8" | Ne/ crivtion | Nevo/ it/ p Dredit/ |
|--------|-----------------|--------------|---------------------|
| ██ | ████ | ███████████ | ████ |
| ██ | ████ | ███████████ | ████ |
| ██ | ████ | ██████████ | ████ |
| ██ | ████ | ███████████ | ████ |
| ██ | ████ | ███████████ | ████ |
| ██ | ████ | ███████████ | ████ |
| ██ | ████ | ███████████ | ████ |
| ██ | ████ | ██████████ | ████ |
| ██ | ████ | ██████████ | ████ |
| ██ | ████ | ███████████ | ████ |
| ██ | ████ | ████████████ | ████ |
| ██ | ████ | ████████████ | ████ |
| ██ | ████ | █████████████ | █████ |
| ██ | ████ | ███████████ | ████ |
| ██ | ████ | ██████████ | ██ |
| ██ | ████ | ███████████ | ████ |
| ██ | ████ | ██████████ | ███ |
| ██ | ████ | ██████████ | ██ |
| ██ | ████ | █████████ | ████ |
| ██ | ████ | ██████████ | ████ |
| ██ | ████ | ███████████ | ████ |

HCMS000103

**Appx. 02499**

Page 3 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



HCMS000104

**Appx. 02500**

Page h of 16
Primary Account: ██████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                    61

**BBVA** Compass



Page Oof 16
Primary Account: █████████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                 61

**BBVA** Compass



Pl3a/ e notebcertain fee/ and cl arge/ vo/ ted to your account may re3ate to / er5ice/ andpor acti5ity from tl e vrior / tatement cyc3e/
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## Withdrawals and Other Debits



**BBVA** Compass

HCMS000107

Appx. 02503

**BBVA** Compass



**BBVA** Compass

**BBVA** Compass



Page 1,  of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                61

**BBVA** Compass



Plea/ e notebcertain fee/  and cl arge/  vo/ ted to your account may re8te to / er5ice/  andpr acti5ity from tl e vrior / tatement cyc9s
 " Cl e Nate vro5ided i/  tl e 4u/ ine/ /  day tl at tl e tran/ action i/  vroce/ / eds

## End of Business Day Balance Summary



## Summary of Checks



*\* Indicates break in check sequence*

HCMS000111

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter a8cl ecw bdevo/ it/ band otl er automated teôer card HACF ( tran/ action/ in your regi/ ters
• Mecord a8automated deduction/ bde4it card tran/ action/ and e8ectronic 4i8payment/ s
• Mecord and deduct F ay/tl e cl arge/ bcl ecwvrinting cl arge/ bor otl er 4anwfee/ s
• Hl you l a5e an interel t 4earing accountbadd any interel t earned / l o) n on tl i/ / tatements

**Step 2** • Hl you 8ca48b/ ort cl ecw in numerica8order and marw in your regi/ ter eacl cl ecwor otl er tran/ action tl at i/ 8/ ted on tl i/ / tatements

**Step 3** • G/ t any devo/ it/ or credit/ your l a5e made tl at do not avvear on tl i/ / tatement Kee / vace vro5ided 4e8) (s

**Step 4** • G/ t any cl ecw/ you l a5e ) rittenbde4it card tran/ action/ be8ectronic vayment/ and otl er deduction/ tl at do not avvear on tl i/ / tatement Kee / vace vro5ided 4e8) (s

| Nate/Ne/ crivtion | | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Ttev 6 Cota8 | # | q |

| Nate/Ne/ crivtion | | Dl ecw" | Amount | |
|---|---|---|---|---|
| | | | | q |
| | | | | q |
| | | | | q |
| | | | | q |
| | | | | q |
| | | Ttev X Cota8 | # | q |

## Balancing Your Register to this Statement

| **Step 5** | ZEnter tl e "current 4a8ance" / l o) n on tl i/ / tatement | q |
|---|---|---|
| | ZAdd tota8from Ttev 6 | q |
| | ZTu4tota8 | q |
| | ZTu4tract tota8from Ttev X | q |
| | ZCl i/ 4a8ance / l ou8 equa8your regi/ ter 4a8ance | q |
| | Hf it doe/ not agreeb/ ee / tev/ 4e8) | # | q |

Hf your account doe/ not 4a8ancebre5ie) tl e fo8o) ing:
· Dl ecwa8your addition and / u4traction a4o5e in your regi/ ters
· F awe / ure you remem4ered to / u4tract / er5ice cl arge/ 8/ ted on tl i/ / tatement and add any interel t earned / l o) n
· Amount/ of devo/ it/ and / l i) n dra) a8 on tl i/ / tatement / l ou8 matcl your regi/ ter entrie/ s
· Hf you l a5e Que/ tion/ or need a/ / i/ tancebv8ea/ e refer to tl e vl one num4er on tl e front of tl i/ / tatements

## Change of Address

P8ea/ e ca88u/ at tl e te8ev8 one num4er/ 8/ ted on tl e front of tl i/ / tatement to te88u/ a4out a cl ange of addre/ / s

**Electronic Transfers** *(for consumer accounts only)*
H4 ca/ e of error/ or Que/ tion/ a4out your E8ectronic Cran/ fer/ b) rite to BBVA Domva/ / BanwbS5eration/ Domv8ance Tuvvortb PsSsBoV 123hhbBirmingl ambAG63, 0hsS r / imv8y ca88your 8ca8cu/ tomer / er5ice num4er vrinted on tl e front of tl i/ / tatementsDa88or ) rite a/ / oon a/ you can4if you tl inwyour / tatement or receivt i/ / rong or if you need more information a4out a tran/ fer on tl e / tatement or receivt. e mu/ t l ear from you no 8ater tl an h2 day/ after ) e / ent tl e fir/ t / tatement on ) l i/l tl e error or vro48em avveared:

Z Ce88u/ your name and account num4er Kif any(s
Z Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outband eW8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it i/ an error or ) l at you need more informations
Z Ce88u/ tl e do88ar amount of tl e / u/ vected errors

. e / i88in5e/ tigate your comv8aint and ) i88correct any error vromvt8ysHf) e tawe more tl an 12 4u/ ine/ / day/ K2 on c8aim/ on account/ ovened 8/ / tl an 62 ca8endar day/ ( to do tl i/ b) e ) i88 credit your account for tl e amount you tl inwi/ in error8 / o tl at you ) i88 a5e tl e u/ e of tl e money during tl e time it tawe/ u/ to comv8ete our in5e/ tigations

"$or L on-Don/ umer Account cu/ tomer/ b v8ea/ e refer to your current L on-Don/ umer Account Agreement for detai8 regarding E8ectronic $und Cran/ fer/ s

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rates** Cl e intere/ t cl arge i/ comvuted u/ ing your annua8vercentage rate di5ided 4y 6h3 orbin tl e ca/ e of a 8eav yearb6hhb ) l icl gi5e/ you tl e "Avv8ca48e Mate/ A88l ougl ) e ca8cu8ate tl e intere/ t cl arge 4y avv8ying tl e Avv8ca48e Mate to eacl daily 4a8ancebtl e intere/ t cl arge can a8/ o 4e ca8cu8ated 4y mu8tiv8ying tl e Avv8ca48e Mate 4y tl e "a5erage daily 4a8ance(H8a8ance Tu4ject to Intere/ t Mate( / l o) n on tl i/ / tatementbtl en mu8tiv8ying tl at / um 4y tl e number of day/ in tl e 4i88ing cyc8esCo get tl e "a5erage daily 4a8ance(H8a8ance Tu4ject to Intere/ t Mate( / l o) n on tl i/ / tatement ) e tawe tl e 4eginning 4a8ance of your account 8e/ / any unvaid finance cl arge/ eacl daybadd any ne) ad5ance/ or de4it/ band / u4tract any vayment/ or credit/ sCl i/ gi5e/ u/ tl e daily 4a8ancesCl en ) e add a88tl e daily 4a8ance/ for tl e 4i88ing cyc8e and di5ide 4y tl e num4er of day/ in tl e 4i88ing cyc8esCl i/ gi5e u/ tl e "a5erage daily 4a8ance(

**Payment/ sPayment/** to your o5erdraft vrotection 8oan account made tl rougl our te88er/ or devo/ ited at our automated te88er macl ine/ HACF / ( F onday tl rougl $riday 4efore tl e vo/ ted cut-off time ) i88be vo/ ted to your account on tl e date tl ey are accevtedsStl er) i/ ebtl ey ) i88be vo/ ted on tl e neWt 4u/ ine/ / daysPayment/ made tl rougl our ACF / 5ia a fund/ tran/ fer ) i88be vo/ ted on tl e date tl ey are recei5ed or on tl e neWt 4u/ ine/ / day if made after hvm DC Htvm F C for Arizona account/ and hvm PC for Da8ifornia account/ ( F onday tl rougl $riday or anytime Taturdaybrunday or 4anwl o8iday/ sBBVA Domva/ / Banw4u/ ine/ / day/ are F onday tl rougl $ridaybe Vc8uding l o8iday/ s

**In Case of Errors or Questions About Your Statement** KS5erdraft Protection Sn8y(
Hf you tl inwyour / tatement / / rongbor if you need more information a4out a tran/ action on your / tatementb) rite your i/ / ue on a / evarate document / and / end it to Banwcard DenterbPsSsBoV , , 12bNecaturbAG63h00-2221sCe88evl one inQuire/ may 4e made 4y ca88ing your 8ca8BBVA Domva/ / 4rancl 8/ ted on tl e front of tl i/ / tatement to / veaw) itl a Du/ tomer Ter5ice Mevre/ entati5esP8ea/ e note: a te8ev8 one inQuiry / 8ea5e your rigl t/ under federa48a ) . e mu/ t l ear from you no 8ater tl an / iWty h2( day/ after ) e / ent you tl e fir/ t / tatement on ) l i/l tl e error or vro48em avveareds

· Ce88u/ your name and account num4er Kif any(s
· Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outband eW8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it i/ an error or ) l at you need more informations
· Ce88u/ tl e do88ar amount of tl e / u/ vected errors

x ou can / tov tl e automatic deduction of tl e F inimum Payment from your cl ecwing account if you tl inwyour / tatement i/ ) rongsCo / tov tl e vaymentbyour 8etter mu/ t reacl u/ tl ree K6( 4u/ ine/ / day/ 4efore tl e automatic deduction i/ / cl edu8ed to occurs

**Reporting Other Problems**
P8ea/ e re5ie) your / tatement carefu8ysHf i/ / e/ / entia8tl at any account error/ or any imvrover tran/ action/ on your account 4e revorted to u/ a/ / oon a/ rea/ ona48y vo/ / i48sHf you fai8to notify u/ of any i/ / vected vro48em/ berror/ or unautl orized tran/ action/ ) itl in tl e time veriod/ / vecified in tl e devo/ it account agreementb) e are not 8ia48e to you for any 8o/ / related to tl e vro48ember or unautl orized tran/ actions

BBVA Domva/ / i/ a trade name of Domva/ / Banwba mem4er of tl e BBVA I rouvs Domva/ / BanwbF em4er $NHDs

# EXHIBIT 146

Appx. 02509

Page 1 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019                    30

**BBVA**

21    HIGHLAND  CAPITAL  MANAGEMENT  LP
      MASTER  OPERATING  ACCOUNT
      300  CRESCENT  CT  STE  700
      DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ██████████████████ | ██████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

_____

HCMS000113

**Appx. 02510**

Page 2 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████ - HIGHLAND CAPITAL MANAGEMENT LP

### Account Information

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

### Activity Summary

| | |
|---|---|
| Beginning Balance on 6/1/19 | ████ |
| Deposits/Credits (26) | ████ |
| Withdrawals/Debits (154) | ████ |
| **Ending Balance on 6/30/19** | ████ |

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ███████ | ██ |
| ██ | | ███████ | ██ |

HCMS000114

**Appx. 02511**

Page 3 of 9
Primary Account: ██████████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



HCMS000115

**Appx. 02512**

Page 4 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/<br>Serial # | Description | | Withdrawals/<br>Debits |
| --- | --- | --- | --- | --- |



Page 5 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Page 6 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019      30





Page 7 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 6/26 | | OUT WT EBANKING REF  20190626F2QCZ60C003151 BNF Highland Capital M | $150,000.00 |



Page 8 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|



* Indicates break in check sequence

Page 9 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019          30



## How to Balance Your Account

**Step 1**  •  Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
  •  Record all automated deductions, debit card transactions and electronic bill payments.
  •  Record and deduct service charges, check printing charges, or other bank fees.
  •  If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**  •  If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**  •  List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4**  •  List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

### Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

## Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

## Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

•  Tell us your name and account number (if any).
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

## Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

·  Tell us your name and account number (if any).
·  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
·  Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

## Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 147

Page 1 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019                          31

**BBVA** Compass

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ████████ | $3,117,777.78 | $1,004,810.25 |
| **Total Deposit Accounts** | | **$3,117,777.78** | **$1,004,810.25** |

Appx. 02520

May 31, 2019                    31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 5/1/19 | ████████ |
| Deposits/Credits (97) | ████████ |
| Withdrawals/Debits (176) | ████████ |
| **Ending Balance on 5/31/19** | ████████ |

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

**BBVA** Compass





**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|



**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|



Page 7 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019                31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|------------------|-------------|---|-------------------|
|  | | | | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|------------------|-------------|---------------------|

| 5/2 | | OUT WT EBANKING REF  20190502F2QCZ60C001496 BNF Highland Capital M | $2,400,000.00 |
| 5/3 | | OUT WT EBANKING REF  20190503F2QCZ60C004047 BNF Highland Capital M | $5,000,000.00 |

**Appx. 02526**

Page 8 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019                31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|-----------------|-------------|---|---------------------|

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



**BBVA** Compass



Page 11 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|
| ███ | | ████████ | ███ |
| ███ | | ██████ ██████ | ██ |
| ███ | | ██████ ██████ | ███ |
| ███ | | ██████ ██████ | ███ |
| ███ | | ██████ | ████ |
| ███ | | █████ ██████ | ███ |
| ███ | | ████████ | ███ |
| ███ | | ██████████ | ███ |
| ███ | | ████████ | ████ |
| ███ | | ██████████████ | ██ |
| ███ | | ██████████████ | ███ |
| ███ | | ██████████████ | ███ |
| ███ | | ████████ | ██ |
| ███ | | █████████ | ███ |
| ███ | | ██████████ | ███ |
| ███ | | ██████████ | ███ |
| ███ | | █████████ | ███ |
| ███ | | █████████ | ███ |
| ███ | | ██████████ | ███ |
| ███ | | ██████████ | ███ |
| ███ | | ██████████ | ███ |
| ███ | | █████████ | ███ |
| ███ | | █████████ ██████ | ███ |
| ███ | | ███████ | ███ |
| ███ | | ████████████ | ███ |
| ███ | | █████████ | ███ |
| ███ | | █████████ | ███ |
| ███ | | ████████ | ███ |
| ███ | | █████████ | ███ |
| ███ | | ████████ | ██ |

Appx. 02530



**BBVA** Compass



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|

*Indicates break in check sequence*

Appx. 02531

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

### Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned in your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar Friday to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquiries may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

Appx. 02532

# EXHIBIT 148

Appx. 02533

NexBank SSB                                                                    Page 1 of 3



13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com





```
        HIGHLAND CAPITAL MANAGEMENT LP      Date  11/29/13        Page  1
        300 CRESCENT COURT SUITE 700        Account Number    ███████
        DALLAS TX 75201                     Enclosures



                    ---- CHECKING ACCOUNT ----


            For 24-hour service please
            call our telephone banking
            number 877-538-BANK (2265)
BUSINESS ANALYSIS W/ INTEREST          Item Truncation
Account Number              █████      Statement Dates 11/01/13 thru 11/30/13
Previous Balance           ██████      Days in the statement period     ██
  5 Deposits/Credits       ██████      Average Ledger              ████████
  3 Checks/Debits          ██████      Average Collected           ████████
Service Charge               ████
Interest Paid             ██████
Ending Balance          ████████       2013 Interest Paid          ███████

Deposits and Additions
     Date    Description                          Amount
  ████   █████████████████████████         █████████
         ███████████████████████           █████████
  █████  ████████████████████         ███████████
  █████  ████████████████████         ███████████
         ████████████████████████         ███████

Checks and Withdrawals
     Date    Description                          Amount
  █████  ███████████████           ███████████
    11/27   WIRE TRANSFER                     100,000.00
            CHICAGO TITLE CO.
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

CONFIDENTIAL                                                           D-HCRE-000114

Appx. 02534





13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com

```
HIGHLAND CAPITAL MANAGEMENT LP        Date  11/29/13        Page  2
300 CRESCENT COURT SUITE 700          Account Number
DALLAS TX 75201                       Enclosures
```



```
BUSINESS ANALYSIS W/ INTEREST     ██████         (Continued)
Checks and Withdrawals
     Date    Description                        Amount
```

```
Daily Balance Information
     Date       Balance          Date       Balance          Date       Balance
```

```
                          Interest Rate Summary
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

CONFIDENTIAL                                                          D-HCRE-000115

                                                                     Appx. 02535

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS | | |
|---|---|---|---|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

| Total of Checks not paid | | | Subtract total of checks not paid | | |
|---|---|---|---|---|---|

THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

---

**EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED**

We calculate the **FINANCE CHARGE** on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

The "average daily balance" shown on the front of this statement is for purposes of illustration only. To validate the amount of your finance charge, multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.

*Note: If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

---

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Account Statement**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information.
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

---

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

CONFIDENTIAL                                                                                      D-HCRE-000116

Appx. 02536

# EXHIBIT 149

Page 1 of 7
Primary Account: ███████
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                    d1

**BBVA** Compass

, 1    3HI 3GALN  DAPHCAG  TALAI - T- LC  GP
       TAMC- S  RP- SACHLI   ADDRUL C
       d22  DS- MD- LC  DC  MC-  722
       NAGGAM  CX  78 , 2157409

### Contacting Us

Available py h/ one , 06̇7

P/ one     15̇4225 ss5̇7, 77

Rnline    ppvacomha. . Vḃom

V rite     BBx A Domha. .
           Du. tomer Mervice
           PWRVBoY 128ss
           Birming/ ambAGd8, 9s

## Mummary of Account.

### Deposit Accounts/ Other Products

| Account | Account numper | - nEing palance la. t. tatement | - nEing palance t/ i. . tatement |
|---|---|---|---|
| ██████████████████ | ███████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

CONFIDENTIAL

D-HCRE-000100

**Appx. 02538**

**BBVA** Compass

# CS- AMUSK T AL AI - T - L C AL AGKM H M D3 - D( H L I

Account L umper: █████ 53 H 3 GAL N DAPHCAGT AL AI - T - L C GP

### Activity Summary

Beginning Balance on 1 6 6 0  ███████

Neho. it. 6 DreEit.  )d1w  ██████

V it/ Erak al. 6 Nepit.  )10, w  ██████

**Ending Balance on 1/31/14**  ██████

### Transaction History )eYcluEing c/ ec*. w



| Nate # | D/ ec*6 Merial F | Ne. crihtion | Neho. it. 6 DreEit. | V it/ Erak al. 6 Nepit. |
|---|---|---|---|---|

1 6 9        RUC V C - 5ADD- MM S- Q , 2102129Q Z D$s2D221794
             BL Q RIE Sehuplic L atio                                    J122 t 2221W2

Page d of 7
Primary Account: ▮▮▮▮▮
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                    d1

**BBVA** Compass



Page 0 of 7
Primary Account: █████████
Beginning Qanuary 1b, 210 5– nEing Qanuary d1b, 210                    d1

**BBVA** Compass



CONFIDENTIAL

Page 8 of 7
Primary Account: ███
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210                    d1


**BBVA** Compass



Plea. e notebcertain fee. anE c/ arge. ho. teE to your account may relate to . ervice. anEBbr activity from t/ e hrior . tatement cycleW
#C/ e Nate hroviEeE i. t/ e pu. ine. .  Eay t/ at t/ e tran. action i. hroce. . eEW

## End of Business Day Balance Summary



## Summary of Checks



CONFIDENTIAL                                                                    D-HCRE-000104

**Appx. 02542**

Page s of 7
Primary Account: ███████
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                    d1

**BBVA** Compass

| Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| ██ | ██ | ████ | ██ | ██ | | ██ | ██ | ████ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ████ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ████ |
| ██ | ██ | ███ | ██ | ██ | ████ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | |
| ██ | ██ | █ | ██ | ██ | ███ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ██ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ██ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |

*Indicates break in check sequence*

CONFIDENTIAL

Page 7 of 7
Primary Account: 
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210          d1

**BBVA** Compass

## How to Balance Your Account

**Step 1** • - nter all c/ ec*. bEeho. it banE ot/ er automateE teller
carE )ACT wtran. action. in your regi. terW
• SecorE all automateE EeEuction. bEepit carE
tran. action. anE electronic pill hayment. W
• SecorE anE EeEuct . ervice c/ arge. bc/ ec* hrinting
c/ arge. bor ot/ er pan* fee. W
• Hf you / ave an intere. t pearing accountbaEE any
intere. t earneE. / ok n on t/ i. . tatementW

**Step 2** • Hf ahhlicapleb. ort c/ ec*. in numerical orEer anE mar*
in your regi. ter eac/ c/ ec* or ot/ er tran. action t/ at i.
li. teE on t/ i. . tatementW

**Step 3** • G. t any Eeho. it. or creEit. your / ave maEe t/ at Eo not
ahhear on t/ i. . tatement ). ee . hace hroviEeE pelok wW

**Step 4** • G. t any c/ ec*. you / ave k rittenbEepit carE
tran. action. belectronic hayment. anE ot/ er
EeEuction. t/ at Eo not ahhear on t/ i. . tatement ). ee
. hace hroviEeE pelok wW

| NateRNe. crihtion | | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Meh d Ootal | J |

| NateRNe. crihtion | D/ ec* F | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Meh 0 Ootal | J |

## Balancing Your Register to this Statement

**Step 5** • - nter t/ e "current *palance" ./ ok n on t/ i.
. tatement | |
• AEE total from Meh d | |
• Muptotal | |
• Muptract total from Meh 0 | |
• C/ i. . palance ./ oulE equal your regi. ter
palance | |
• Hf it Eoe. not agreeb. ee . teh. pelok | J |

Hf your account Eoe. not palancebreviek t/ e follok ing:

• D/ ec* all your aEEition anE. uptraction apove in your regi. terW
• T a*e . ure you rememperEto. uptract . ervice c/ arge. li. teE on
t/ i. . tatement anE aEE any intere. t earneE to your regi. terW
• Amount. of Eeho. it. anE k it/ Erak al. on t/ i. . tatement ./ oulE
matc/ your regi. ter entrie. W
• Hf you / ave que. tion. or neeE a. . i. tancebhlea. e refer to t/ e h/ one
numper on t/ e front of t/ i. . tatementW

CONFIDENTIAL

---

## Change of Address

Plea. e call u. at t/ e teleh/ one numper li. teE on t/ e front of t/ i.
. tatement to tell u. apout a c/ ange of aEEre. . W

## Electronic Transfers *(for consumer accounts only)*

Hh ca. e of error. or que. tion. apout your - lectronic Oran. fer. bk rite to
BBx A Domha. . Ban* bPRheration. Domhliance MuhhortbPWRYBoY
128bsbBBirming/ ambAGd8, 9sWRr . imhly call your local cu. tomer
. ervice numper hrinteE on t/ e front of t/ i. . tatementWball or k rite a.
. oon a. you canbif you t/ in* your . tatement or receiht i. k rong or if
you neeE more information apout a tran. fer on t/ e . tatement or
receintWf e mu. t / ear from you no later t/ an s2 Eay. after k e . ent
t/ e fir. t . tatement on k ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE eYhlain a. clearly a. you can
k / y you pelieve it i. an error or k / y you neeE more informationW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

V e k ill inve. tigate your comhlaint anE k ill correct any error hromhtlyWf k e ta*e more t/ an 12
pu. ine. . Eay. ), 2 on claim. on account. oheneE le. . t/ an d2 calenEar Eay. wto Eo t/ i. bk e k ill
creEit your account for t/ e amount you t/ in* i. in errorb. o t/ at you k ill / ave t/ e u. e of t/ e
money Euring t/ e time it ta*e. u. to comhlete our inve. tigationW

#Qor L onSDon. umer Account cu. tomer. bhlea. e refer to your current L onSDon. umer Account
Agreement for Eetail. regarEing - lectronic QunE Oran. fer. W

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate**WC/ e. t c/ arge i.
comhuteE u. ing your annual hercentage rate EiviEeE py ds8 orbin t/ e ca. e of a leah yearbdssb
k / ic/ give. you t/ e "Ahhlicaple SateWAtl/ oug/ k e calculate t/ e intere. t c/ arge py ahhlying t/ e
Ahhlicaple Sate to eac/ Eaily palancebt/ e intere. t c/ arge can al. o pe calculateE py multihlying
t/ e Ahhlicaple Sate py t/ e "average Eaily palance" Balance Mupject to Intere. t Satew. / ok n on
t/ i. . tatementbt/ en multihlying t/ at . um py t/ e numper of Eay. in t/ e pilling cycleWCo get t/ e
"Balance Mupject to Intere. t Sate" ./ ok n on t/ i. . tatement k e ta*e t/ e peginning palance of
your account le. . any unhaiE finance c/ arge. eac/ EaybaEE any nek aEvance. or Eepit. banE
. uptract any hayment. or creEit. WC/ i. give. u. t/ e Eaily palanceWC/ en k e aEE all t/ e Eaily
palance. for t/ e pilling cycle anE EiviEe py t/ e numper of Eay. in t/ e pilling cycleWC/ i. give. u.
t/ e "average Eaily palance" ./ ok n on t/ e . tatement. a. "Balance Mupject to Intere. t Sate"W
Payment. WPayment. to your overEraft hrotection loan account maEe t/ roug/ our teller. or
Eeho. iteE at our automateE teller mac/ ine. )ACT . wt onEay t/ roug/ QriEay pefore t/ e ho. teE
cut5off time k ill pe ho. teE to your account on t/ e Eate t/ e yare receiveEWRt/ erk i. ebt/ ey k ill pe
ho. teE on t/ e neYt pu. ine. . EayWPayment. maEe t/ roug/ our ACT . via a funE. tran. fer k ill pe
ho. teE on t/ e Eate t/ e yare receiveE or on t/ e neYt pu. ine. . Eay. Hf maEe after shm DC )shm T C
for Arizona account. anE shm PC for Dalifornia account. wT onEay t/ roug/ QriEay or anytime
MaturEaybMunEay or pan* / oliEay. WBBx A Domha. . Ban* pu. ine. . Eay. are T onEay t/ roug/
QriEaybeYcluEing / oliEay. W

## In Case of Errors or Questions About Your Statement )RverEraft Protection Rnlyw

Hf you t/ in* your . tatement i. k rongbor if you neeE more information apout a tran. action on your
. tatementbk rite your i. . ue on a . eharate Eocument or/ . enE it to Ban* carE DenterbPWRYBoY
, , 12bNecaturbAGd8s99S2221WOeleh/ one inquire. may pe maEe py calling your local BBx A
Domha. . pranc/ li. teE on t/ e front of t/ i. . tatement to . hea* k it/ a Du. tomer Mervice
Sehre. entativeWPlea. e note: a teleh/ one inquiry k ill not . erve your rig/ t. . unEer feEeral lak W
V e mu. t / ear from you no later t/ an . iYty )s2wEay. after k e . ent you t/ e fir. t . tatement on
k / ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE eYhlain a. clearly a. you can
k / y you pelieve it i. k rongWCo . toh t/ e haymentbyour letter mu. t reac/ u. t/ ree )dw
pu. ine. . Eay. pefore t/ e automatic EeEuction i. . c/ eEuleE to occurW

## Reporting Other Problems

Plea. e reviek your . tatement carefullyWHi. e. . ential t/ at any account error. or any imhroher
tran. action. on your account pe rehorteE to u. a. . oon a. rea. onaply ho. . ipleWHf you fail to
notify u. of any . u. hecteE hroplem. berror. or unaut/ orizeE tran. action. k it/ in t/ e terme herioE.
. hecifieE in t/ e Ne. ho. it account agreementbk e are not liaple to you for any lo. . relateE to t/ e
hroplemberror or unaut/ orizeE tran. actionW

BBx A Domha. . i. a traEe name of Domha. . Ban* ba memper of t/ e BBx A I rouhW
Domha. . Ban* bT emper QNHCW

# EXHIBIT 150

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
              HIGHLAND CAPITAL MANAGEMENT LP        Date    1/31/14      Page    1
              300 CRESCENT COURT SUITE 700          Account Number      ████████
              DALLAS TX  75201                       Enclosures

                   ---- CHECKING ACCOUNT ----
              For 24-hour service please
              call our telephone banking
              number 877-538-BANK (2265)
    BUSINESS ANALYSIS W/ INTEREST              Item Truncation
    Account Number          ████████          Statement Dates  1/01/14 thru  1/31/14
    Previous Balance     █████████            Days in the statement period
        4 Deposits/Credits ████████           Average Ledger        ██████████
        4 Checks/Debits    ████████           Average Collected     ██████████
    Service Charge          ███████
    Interest Paid         ████████
    Ending Balance       █████████            2014 Interest Paid      ████████

    Deposits and Additions
    Date      Description                              Amount
    ██████████████████████████████████████████████████████
    ██████████████████████████████████████████████████████
    ██████████████████████████████████
    ██████████████████████████████████████████████████████
    ██████████████████████████████████████████████████████
    ██████████████████████████████████

    Checks and Withdrawals
    Date      Description                              Amount
    ████████████████████████████████████████████████████
    ████████████████████████████████████████████████████
    ████████████████████████████████████████████████████
    █████████████████████████████
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                      D-HCRE-000060
                                                                 **Appx. 02546**

5/18/2021                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
       HIGHLAND CAPITAL MANAGEMENT LP      Date   1/31/14      Page    2
       300 CRESCENT COURT SUITE 700        Account Number    ███████
       DALLAS TX  75201                    Enclosures

BUSINESS ANALYSIS W/ INTEREST      1614130  (Continued)
Checks and Withdrawals
Date    Description                            Amount
1/30    IB Transfer from D ****130 to      500,000.00
        D ****415
_____

Daily Balance Information
Date          Balance          Date          Balance          Date          Balance
```

Interest Rate Summary

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                           D-HCRE-000061
                                                                      Appx. 02547

5/18/2021                                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**                          Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | | | |
|---|---|---|---|---|
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 (1) Tell us your name and account number (if any).
 (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
 (3) Tell us the dollar amount of the suspected error.
 We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL                                                           D-HCRE-000062

                                                                        Appx. 02548

# EXHIBIT 151

Page 1 of 6
Primary Account: ▮▮▮▮▮▮
Beginning F arcb 1, 201- Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

21    I  CG I NADC  TAPOGWAN  F ADAL dF dDM NP
      FASMdR OPdRAMGL  ATTOUDM
      H00  TRdSTdDM TM SMd  600
      CANNAS  MB  67201 EBX- 5

### Contacting Us

A8ai4av4e vy l bone 2- p6

Pbone    1BX00B2hhBB266

On4ne    vv8acoml a// scom

.  rite    BBVA Toml a//
          Tu/ tomer Ser8ice
          PsOsBoV 107hh
          Birmingbam, ANH725h

## Summary of Account/

### Deposit Accounts/ Other Products

| Account | Account numver | dn9ing va4ance 4a/ t/ tatement | dn9ing va4ance tbi/ / tatement |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| **Total Deposit Accounts** | | ▮▮▮▮ | ▮▮▮▮ |

D-HCRE-000107
**Appx. 02550**

Page 2 of 6
Primary Account: ▮▮▮▮
Beginning F arcb 1, 201- Edn9ing F arcb H1, 201-          H1

**BBVA** Compass

# MRd ASURx F ADAL d F d DMADANx SG TI d TYDL

Account Dumver: ▮▮▮▮▮▮▮▮

## Activity Summary

| | |
|---|---|
| Beginning Ba4nce on H1pl- | ▮▮▮ |
| Cel o/ it/ p re9it/ K11( | ▮▮▮ |
| . itb9ra) a4 pCevit/ K1X2( | ▮▮▮- |
| **Ending Balance on 1/13/34** | ▮▮▮ |

## Transaction History l¢Vc4.9ing cbecw (



Page H of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass



Page - of 6
Primary Account: ▮▮▮▮▮
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                          H1

**BBVA** Compass



| Cate " | T becwp Seria4" | Ce/ cril tion | Cel o/ it/ p T re9it/ | . itb9ra) a4 p Cevit/ |
|--------|------------------|---------------|------------------------|------------------------|

H2X          OUM.  MdEATTdSS Rd$  201- 0H2X$2k T* h0T00H02-          #70,000s00
             BD$ Werita/ Mt4e Part

CONFIDENTIAL

D-HCRE-000110

**Appx. 02553**

Page 7 of 6
Primary Account: ██████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                              H1


**BBVA** Compass



P4ia/ e note, certain fee/ an9 cbarge/ l o/ te9 to your account may re4te to / er8ice/ an9pr acti8ity from tbe l rior / tatement cyc4es
" Mbe Cate l ro8i9e9 i/ tbe vu/ ine// 9ay tbat tbe tran/ action i/ l roce/ / e9s

## End of Business Day Balance Summary

| Cate | Ba4ance | Cate | Ba4ance | Cate | Ba4ance |
|------|---------|------|---------|------|---------|
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |

## Summary of Checks

| Cate | Tbecw" | Amount | Cate | Tbecw" | Amount | Cate | Tbecw" | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |

CONFIDENTIAL

Page h of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

| Cate | T becw" | Amount | Cate | T becw" | Amount | Cate | T becw" | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| █ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | ██ | ██ | ███ |

*Indicates break in check sequence*

Page 6 of 6
Primary Account: ███
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                     H1

**BBVA** Compass

## How to Balance Your Account

**Step 3** • dnter a4fcbecw/ , 9el o/ it/ , an9 otber automate9 te4fer
car9 KAMF / tran/ action/ in your regi/ ters

• Recor9 a44automate9 9e9uction/ , 9evit car9
tran/ action/ an9 e4fctronic vi4ll ayment/ s

• Recor9 an9 9e9uct / er8ice cbarge/ , cbecwl rinting
cbarge/ , or otber vanwfee/ s

• Csyou ba8e an inter/ t vearing account, a99 any
inter/ t earne9 / bo) n on tbi/ / tatements

**Step 2** • Csall 4cav4e, / ort cbecw/ in numerica4or9er an9 marw
in your regi/ ter eacb cbecwor otber tran/ action tbat i/
4l te9 on tbi/ / tatements

**Step 1** • N// t any 9el o/ it/ or cre9it/ you/ ba8e ma9e tbat 9o not
al l ear on tbi/ / tatement Kl ee / l ace l ro8l9e9 ve4b) (s

**Step 4** • N// t any cbecw/ , 9evit car9
tran/ action/ , e4fctronic l ayment/ an9 otber
9e9uction/ tbat 9o not al l ear on tbi/ / tatement Kl ee
/ l ace l ro8l9e9 ve4b) (s

| Catep Ce/ cril tion | Amount |
|---|---|
| | q |
| | q |
| | q |
| | q |
| | q |
| Stel  HMbta4 # | q |

| Catep Ce/ cril tion | Tbecw" | Amount |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| Stel  - Mbta4 # | | q |

## Balancing Your Register to this Statement

**Step 5** | Zdinter the "current va4ance" / bo) n on tbi/ / tatement | q |
|---|---|
| ZA99 tota4from Stel  H | q |
| ZSuvtota4 | q |
| ZSuvtract tota4from Stel  - | q |
| ZMbi/ va4ance / bou49 eQua4your regi/ ter va4ance | q |
| Git 9oe/ not agree, / ee / tel / ve4b) # | q |

Csyour account 9oe/ not va4ance, re8ie) the fo44b) ing:
· Tbecwa44your a99ition an9 / uvtraction avo8e in your regi/ ters
· Fawe / you rememvere9 to / uvtract / er8ice cbarge/ 4l te9 on
tbi/ / tatement an9 a99 any intere/ t earne9 to your regi/ ters
· Amount/ of 9el o/ it/ an9 ) itb9ra) a4 on tbi/ / tatement / bou49
matcb your regi/ ter entrie/ s
· Csyou ba8e Que/ tion/ or nee9 a/ / i/ tance, l 4ea/ e refer to tbe l bone
numver on tbe front of tbi/ / tatements

---

## Change of Address

P4ea/ e ca44u/ at tbe te4l bone numver 4l te9 on tbe front of tbi/
/ tatement to te4l u/ avout a cbange of a99re/ / s

### Electronic Transfers *(for consumer accounts only)*

Gi ca/ e of error/ or Que/ tion/ avout your d4ectronic Man/ fer/ , ) rite to
BBWA Toml a/ / Banw Ol eration/ Toml 4ance Sul l ort/ PsOsBoV
107hh, Birmingham, AN H/25hsOr / im/ 4/ ca44your 4ca4cu/ tomer
/ er8ice numver l inte9 on tbe front of tbi/ / tatementsTa44or / rite a/
/ oon a/ / you can, if you tbinwyour / tatement or receil t i/ / rong or if
you nee9 more information avout a tran/ fer on tbe / tatement or
receil ts. e mu/ t bear from you no 4ater tban h0 9ay/ after / l ent
tbe fir/ t / tatement on ) bicb tbe error or l rov4em al l eare9s

Z Me44u/ your name an9 account numver Kf any(s
Z Ce/ crive tbe error or tbe tran/ fer you are un/ ure avout, an9 e44 4ain a/ c4ear4y a/ you can
) by you ve48e it i/ an error or ) by you nee9 more informations
Z Me44u/ tbe 9o44ar amount of tbe / u/ l ecte9 errors

. e ) i44in8e/ tigate your coml 4aint an9 ) i44correct any error l roml t4ys(Sl e tawe more tban 10
vu/ ine/ / 9ay/ K2O on c4aim/ on account/ ol ene9 4e/ / tban H0 ca4en9ar 9ay/ (to 9o tbi/ , ) e ) i44
cre9it your account for tbe amount you tbinwi/ in error, / o tbat you ) i44ba8e tbe u/ e of tbe
money 9uring tbe time it tawe/ u/ to coml 4ete our in8e/ tigations

"$or DonEr on/ umer Account cu/ tomer/ , l 4ea/ e refer to your current DonEr on/ umer Account
Agreement for 9etai4/ regar9ing d4ectronic $un9 Man/ fer/ s

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rates**Mbe intere/ t cbarge i/
coml ute9 u/ ing your annua4l ercentage rate 9i89e9 vy Hh7 or, in the ca/ e of a 4ea4 year, Hhh,
) bicb gi8e/ you tbe •Al l 4cav4e Rate/ A4tbougb ) e ca44u4ate tbe intere/ t cbarge vy al l 4ying tbe
Al l 4cav4e Rate to eacb 9ai4y va4ance, tbe intere/ t cbarge can a4/ o ve ca44u4ate9 vy mu44il 4ying
tbe Al l 4cav4e Rate vy tbe •a8erage 9ai4y va4ance(HBa4ance Suvject to d4tere/ t Rate( / bo) n on
tbi/ / tatement, tben mu44il 4ing tbat / um vy tbe numver of 9ay/ in tbe vi44ing cyc4esMb get tbe
•Ba4ance Suvject to d4tere/ t Rate( / bo) n on tbi/ / tatement ) e tawe tbe veginning va4ance of
your account 4e/ / any uni4 ai9 finance cbarge/ eacb 9ay, a99 any ne) a98ance/ or 9evit/ , an9
/ uvtract any l ayment/ or cre9it/ sMbi/ gi8e/ u/ tbe 9ai4y va4ance9Mben ) e a99 a44tbe 9ai4y
va4ance/ for tbe vi44ing cyc4e an9 9i89e vy tbe numver of 9ay/ in tbe vi44ing cyc4esMbi/ gi8e u/
tbe •a8erage 9ai4y va4ance( ) by tbi/ •8a4ance Suvject to d4tere/ t Rate(s
Payment/ sPayment/ to your o8er9raft l rotection a4en account ma9e tbrougb our te48er/ or
9el o/ it/ e9 at our automate9 te48er macbine/ KAMF / ( F on9ay tbrougb $ri9ay vefore tbe l o/ te9
cutEoff time ) i44ve l o/ te9 to your account on tbe 9ate tbey are accel te9sOtber) i/ e, tbey ) i44ve
l o/ te9 on tbe ne4t vu/ ine/ / 9aysPayment/ ma9e tbrougb our AMF / 8ia a fun9/ tran/ fer ) i44ve
l o/ te9 on tbe 9ate tbey are recei8e9 or on tbe ne4t vu/ ine/ / 9ay if ma9e after hl m TMKbi/ m F M
for Arizona account/ an9 hl m PM for Ta4fornia account/ ( F on9ay tbrougb $ri9ay or anytime
Satur9ay, Sun9ay or vanwbo49ay/ sBBWA Toml a/ / Banwvu/ ine/ / 9ay/ are F on9ay tbrougb
$ri9ay, e4c4u9ing bo49ay/ s

**In Case of Errors or Questions About Your Statement** lO8er9raft Protection On4y(
Csyou tbinwyour / tatement i/ ) rong, or if you nee9 more information avout a tran/ action on your
/ tatement, ) rite your i/ / ue on a / el arate 9ocument an9 / en9 it to Banwca9 Tenter, PsOsBoV
2210, Cecatur, AN H7h55E0001sM•a4l bone inQuire/ may ve ma9e vy ca44ng your 4oca4BBWA
Toml a/ / vrancb 4l te9 on tbe front of tbi/ / tatement / to / l eaw) itb a Tu/ tomer Ser8ice
Rel re/ entati8esP•ba/ e note: a te44l bone inQuiry ) i44not / er/ er8e your right/ un9er fe9era44a) s
. e mu/ t bear from you no 4ater tban / i4ty Kh0( 9ay/ after ) e / ent you tbe fir/ t / tatement on
) bicb tbe error or l rov4em al l eare9s

· Me44u/ your name an9 account numver Kf any(s
· Ce/ crive tbe error or tbe tran/ fer you are un/ ure avout, an9 e44 4ain a/ c4ear4y a/ you can
) by you ve48e it i/ an error or ) bat you nee9 more informations
· Me44u/ tbe 9o44ar amount of tbe / u/ l ecte9 errors

xou can / tol tbe automatic 9e9uction of tbe F inimum Payment from your cbecwing account if
you tbinwyour / tatement i/ ) rongsMb / tol tbe l ayment, your 4etter mu/ t reacb u/ tbree Kh(
vu/ ine/ / 9ay/ vefore tbe automatic 9e9uction i/ / cbe9u4e9 to occurs

### Reporting Other Problems
P4ea/ e re8ie) your / tatement carefu44ys©i/ e/ / entia4tbat any account error/ or any iml rol er
tran/ action/ on your account ve rel orte9 to u/ a/ / oon a/ / ea/ onav4ysl lo/ / iv4e4s©you fai4to
notify u/ of any / u/ l ecte9 l rov4em/ , error/ or unautborize9 tran/ action/ ) itbin tbe time l erio9/
) l ecifie9 in tbe 9el o/ it account agreement, ) e are not 4iav4e to you for any 4o/ / re4ate9 to tbe
l rov4em, error or unautborize9 tran/ actions

BBWA Toml a/ / i/ a tra9e name of Toml a/ / Banw, a memver of tbe BBWA L roul s
Toml a/ / Banw, F emver $CG's

---

CONFIDENTIAL

D-HCRE-000113

**Appx. 02556**

# EXHIBIT 152

5/18/2021                                      NexBank SSB

 **NexBank**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com


 **FDIC**

```
                                        Date  1/30/15          Page    1
                                        Primary Account        ████████
                                        Enclosures


         Highland Capital Management LP
         300 Crescent Court Suite 700
         Dallas TX 75201


         NexBank's Privacy Policy is accessible at www.NexBank.com


      Checking Account/s

            Account Type:  Highland Capital Management LP

      Analysis Checking w/ Interest
      Account Number          █████████  Statement Dates  1/01/15 thru  2/01/15
      Last Statement Balance   ████████  Days in the statement period    ████
          6 Deposits/Credits   ████████  Average Ledger            ████████
          2 Checks/Debits       ███████  Average Collected         ████████
      Service Charge             ██████  Interest Earned
      Interest Paid             ███████  Annual Percentage Yield Earned ████
      This Statement Balance    ███████  2015 Interest Paid        ████████

      -----------------------------------------------------------------------

      Deposits and Additions
      Date     Description                          Amount
      ████████████████████
      ██████████████████████████████████████████████
      ████████████████████
      ██████████████████████████████████████████████
      ████████████████████
      ██████████████████████████████████████████████
      ██████████████████████████████████████████████
      ██████████████████████████████████████████████
      ████████████████████████████
      ██████████████████████████████████████████████
      ████████████████████
      ██████████████████████████████████████████████

      -----------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                         each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-HCRE-000063
                                                               **Appx. 02558**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                             Date  1/30/15          Page    2
                                             Primary Account
                                             Enclosures          ██████


           Analysis Checking w/ Interest    ██████    (Continued)

           Checks and Withdrawals
           Date     Description                        Amount
           ██████████████████████████████████████████████

            1/26      wire request- Loan from HCMLP       1,500,000.00-
                      approved by F. Waterhouse

           ----------------------------------------------------------------

           Daily Balance Information
           Date      Balance      Date       Balance    Date      Balance
           ███████████████████████████████████████████████████████████
           ███████████████████████████████████████████████████████████
           ███████████████████████████████████████████████████████████

           ----------------------------------------------------------------

                       Interest Rate Summary
                       Date            Rate
                       █████████████████████████████████

           End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-HCRE-000064

                                                               **Appx. 02559**

5/18/2021                                                            NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | | AMOUNT | |
|---|---|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

Total of Checks not paid

Subtract total of checks not paid

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

# EXHIBIT 153

Appx. 02561

ERD Report Filename - 7202015121002782.TXT
Batch # - 2015121002782
Printed on May 04, 2015 at 08:02 AM

CLOSE



1
+@ Primary Account:
Page 1 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

Contacting Us

Phone: 1-800-266-7277

S u m m a r y   o f   A c c o u n t s

Deposit Accounts/Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|

Total Deposit Accounts
1
+@ Primary Account:
Page 2 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

T R E A S U R Y   M A N A G E M E N T   A N A L Y S I S   C H E C K I N G
Account Number: 0025876342 - HIGHLAND CAPITAL MANAGEMENT LP

Activity Summary
=================================
Beginning Balance on 4/1/15
Deposits/Credits (33)
Withdrawals/Debits (189)

Ending Balance on 4/30/15

Deposits and Other Credits

| Date* | Serial# | Description | Deposits/ Credits |
|---|---|---|---|

1
+@ Primary Account:
Page 3 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued

CONFIDENTIAL                                                                              D-HCRE-000066
                                                                                          Appx. 02562

| Date* | Serial# | Description | Deposits/ Credits |
|---|---|---|---|
| [redacted] | | | |

1
+@ Primary Account: [redacted]
Page 4 of 10
Primary Account: [redacted]
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued

| Date* | Serial# | Description | Deposits/ Credits |
|---|---|---|---|
| [redacted] | | | |

*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

Withdrawals and Other Debits

| Date* | Serial# | Description | Withdrawals/ Debits |
|---|---|---|---|
| [redacted] | | | $1,042.30 |





```
                   Dougherty
```

[redacted]

```
1
+@ Primary Account: [redacted]
 Page 5 of 10
 Primary Account: [redacted]
 Beginning April 1, 2015 - Ending April 30, 2015

 Withdrawals and Other Debits - continued

                                                                                                   Withdrawals/
 Date*   Serial#    Description                                                                          Debits
 ==============================================================================================================
```

[redacted]

```
 4/2                OUT WT E-ACCESS REF  20150402F2QCZ60C002636 BNF HCRE                          $1,500,000.00
                    Partners, LLC
```

[redacted]

```
1
+@ Primary Account: [redacted]
 Page 6 of 10
 Primary Account: [redacted]
 Beginning April 1, 2015 - Ending April 30, 2015

 Withdrawals and Other Debits - continued

                                                                                                   Withdrawals/
 Date*   Serial#    Description                                                                          Debits
 ==============================================================================================================
```

[redacted]

+@ Primary Account:
Page 7 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#   Description                                          Withdrawals/
                                                                            Debits

+@ Primary Account:
Page 8 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#   Description                                          Withdrawals/
                                                                            Debits

Shawn Raver



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| =========================================== | | =========================================== | | =========================================== | |



*
+@ Primary Account: 
Page 9 of 10
Primary Account: 
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| ============================================ | | | ============================================ | | | ============================================ | | |
| 4/10 | 15325 | $271.03 | 4/14 | 15475* | $2,992.50 | 4/2 | 15484* | $1,900.50 |



CONFIDENTIAL                                                                    D-HCRE-000070

Appx. 02566



```
+@ Primary Account:
Page 10 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015


Summary of Checks - continued

Date      Check#        Amount    Date    Check#      Amount    Date    Check#        Amount
===========================       =========================    ===========================
4/21      15624      $6,500.00    4/23    15625      $550.00    4/21    15626      $3,157.38
```

* Indicates break in check sequence

CONFIDENTIAL                                                                        D-HCRE-000071

                                                                                   Appx. 02567

# EXHIBIT 154

Appx. 02568

**BBVA** Compass

. 1   HIGHLyND Cy PITy L MyNyGEMENT LP
MySTER BPERyTING yCCBONT
922 CRESCENT CT STE 022
DyLLyS TU 03, 21-07X5

## Contacting Us

y 8ar4aF4e Fmvl oue , X0

Pl oue   1-722-, hh-0, 00

Bu4ue   FF8aAoi va/ / sAoi

. 6me   : : Wy Coi va/ /
Cc/ roi e6Se6BrAe
PsBs: oV 123hh
: r6 rugl ai by L 93, 5h

## Sci i a6mof y AAocur/

### Deposit Accounts/ Other Products

| y AAocun | y AAocunuci Fe6 | Eudrug Fa4uAe 4a/ n/ rarei eun | Eudrug Fa4uAe rl r/ rarei eun |
|---|---|---|---|
| ██████████████████████ | ████████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

CONFIDENTIAL

**BBVA** Compass

# TREy SORx  My Ny GEMENT y Ny Lx SIS CHECYING
y AAocunNci Fe6 - HIGHLy ND Cy PITy L My Ny GEMENT LP

### Actil itf  muv v arf

| | |
|---|---|
| : egruurug : a4uuAe ou 12pfpf0 | ▬▬▬ |
| Devo/ mf pC6edmf K3h( | ▬▬▬ |
| . mf d6a) a4 pDeFmf  K77( | ▬▬▬ |
| **y nding Salance on E9/4E/E3** | ▬▬▬0 |

## Deposits and Other Credits

| Dare " | Cl eAvp Se6a4" | De/ A6vnrou | | Devo/ mf p C6edmf |
|---|---|---|---|---|
| ▬ | | ▬▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬ | | ▬▬ |
| ▬ | | ▬▬▬▬ | | ▬▬ |

D-HCRE-000081
**Appx. 02570**

Page 9 of 11
P6i a6my AAocurt
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210                91

**BBVA** Compass

| Dare " | Cl eAvp Se6a4" | De/ A6vriou | Devo/ m̃ p C6edm̃ |
|--------|----------------|-------------|-------------------|



Page 3 of 11
P6i a6my AAocurt ███████
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210          91

**BBVA** Compass



P4ea/e uorebAe6raru fee/ aud Al a6ge/ vo/ red ro nroc6aAAocuni am6e4are ro / e68xAe/ audpp6aAn8rrmf6bi  rl e v6o6/ rarei eunArnAes
" TI e Dare v6o8rded rl rl e Fc/ rue/ / damrl anrl e r6au/ aArrou rl/ v6oAe/ / eds

## 1 ithdra6 als and Other DeWts



$, 9, s07

Page h of 11
Péï aĕ my AAocurt
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210                   91

**BBVA** Compass



**BBVA** Compass

| Dare " | CI eAvp Se6a4" | De/ A6vnou | . mi d8a) a4 p DeFmi |
|---|---|---|---|
| 12pl, | | B OT . T E-y CCESS CSTREP REk , 210121, k, * C#h2C222hhh : Nk HCRE Pa6ue6' LLC | $, t822t222s22 |

**BBVA** Compass



**BBVA** Compass



Page 12 of 11
P6i a6ny AAocun
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210                91

**BBVA** Compass



P4ea/ e uorebAe6raru fee/ aud Al a6ge/ vo/ red ro rroc6aAAocuni am6e4are ro / e86xAe/ audpp6aAn8mmf6bi ri e v6o6/ rarei eunAmAes
" Tl e Dare v6o8rded rl ri e Fc/ rue/ / damrl anri e n6au/ aArrou rl/ v6oAe/ / eds

## ynd owSusiness Daf Salance muv v arf



## muv v arf owChecbs



* Indicates break in check sequence

D-HCRE-000089
Appx. 02578



**BBVA** Compass

## k o6  to Salance Hour Account

mtep E  Y  Eure6a4Al eAw/ bdevo/ mﬁ baud orl e6acroi  ared re46
Aa6ﬁ Kﬂ TM( nﬁau/ aAmou/ ru moc66egr/ re6

Y  ReAo6ﬁ a4acroi  ared dedcAmou/ bdeFmAa6ﬁ
nﬁau/ aAmou/ aud e4eAnﬁourAF4vami eurl s

Y  ReAo6ﬁ aud danc4An/e6ﬁAe Al a6ge/ bA eAw4unug
Al a6ge/ bo6orl e6Fauwfee/ s

Y  If mﬁc l a8e au ru re6ﬁ/ nFea6ug aAAocurbadd aum
ru re6ﬁ/ nea6ued / l o) u ou rl ﬁ/ /ﬁarei eurs

mtep •  Y  Lﬁ/ naumdevo/ mﬁ o6A6edmﬁ moc6l a8e i adﬁe nl ando uon
avvea6ou rl ﬁ/ /ﬁarei eunKee / vaAe v6o6rded Fe4) (s

mtep 4  Y  Lﬁ/ naumAl eAw/ mﬁc l a8e ) 6mreubdeFmAa6ﬁ
nﬁau/ aAmou/ aud e4eAnﬁourAvami eurl aud orl e6
dedcAmou/ ﬁl ando uonavvea6ou rl ﬁ/ /ﬁarei eunKee
/ vaAe v6o6rded Fe4) (s

| DarepﬁDe/ A6vﬁrou | yi ocun |
|---|---|
| | q |
| | q |
| | q |
| | q |
| | q |
| Srev 9 Tora4 | q |

| DarepﬁDe/ A6vﬁrou | Cl eAw" | yi ocun |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| Srev X Tora4 | $ | q |

## Salancing Hour Register to this mtatev ent

mtep 5  ZEure6ﬁl e "Ac6eunFa4uAe" / l o) u ou rl ﬁ/
/ﬁarei euns | q |

| Zy dd rora4f6bi  Srev 9 | q |
|---|---|
| ZScFrora4 | q |
| ZScFr6aAnrora4f6bi  Srev X | q |
| ZTl ﬁ/ Fa4uAe / l oc4l eQca4moc66egr/ re6 Fa4uAe | q |
| If mdoe/ uonag6eeb/ ee / rev/ Fe4) | $ q |

If moc6aAAocundoe/ uonFa4uAeb6e8e) rl e fo46) rugt
•  Cl eAwa4moc6addmou aud / cFr6aAnou aud / cFr6aAmou aFo8e ru moc66egr/ re6s
•  Mawe / cﬁe 6ei ei  Fe6ed ro / cFr6aAnﬁ/e6ﬁeAe Al a6ge/ 4/ red ou
rl ﬁ/ /ﬁarei eunaud add aumrure6ﬁ/ nea6ued ru moc66egr/ re6s
•  yi  ocun/ of devo/ mﬁ aud) ﬁ/ rd6a) a4 ou rl ﬁ/ /ﬁarei eun/ l oc4l
i  arAl  moc66egr/ re6eur6ﬁe/ s
•  If moc l a8e Qce/ mou/ o6ueed a/ l ﬁ/ mauAeb4ﬁea/ e6fe6rol e vl ou
uci  Fe6ou rl e 6eﬁbunof rl ﬁ/ /ﬁarei euns

## Change owAddress

P4a/e Ae A4c/ anl e re6evl oue uci  Fe64ﬁ/ red ou rl e 6ﬁbunof rl ﬁ/
/ﬁarei eunro re4ﬁc/ aFocna Al auge of add6e/ / s

## ylectronic Transvers (for consumer accounts only)

lu Au/ e of e6ﬁd6 o6Qce/ mou/ aFocnmoc6E4eAnﬁburAT6ﬁau/ fe6) b) 6re no
: :  W/ Coi  va/ / : auw6Bve6rmou/ Coi  v4auAe Scvvo6bﬁPﬁBs: oV
123hhb: 6ﬁ rug] ai  by L) 93, 5hsB6/ ri  v4nAe4mioc64oAa4Ac/ roi  e6
/e6ﬁAe uci  Fe6v6ured ou rl e f6bunof rl ﬁ/ /ﬁarei eunsCa4no6) 6re a/
/oou a/ mﬁc Aaubrﬁ moc/ ri v4mue6mou/ Coi  v4auAe6eAervnﬁ/ ) 6bug o6ﬁrl
moc ueed i o6ﬁe rufo6/ amou aFocna nﬁau/ fe6ou rl e / /ﬁarei eun6
6eAenvrs.  e i c/ rl ea6f6bi  moc uo 4nre6rl au/ Vmﬁh62( danl afre6) e / eun
rl e fr6/n/ /ﬁarei eunou ) l rAl  rl e e6b6c6vb/F4i  avvea6ds

Z  Te44c/ mﬁc6uai e aud aAAocunuci  Fe6Kﬁf aunts
Z  De/ A6Fe rl e e6ﬁb6o6ﬁl e nﬁau/ fe6ﬁmﬁc a6e cu/ c6a aFocrbaud eW4aru a/ A4ea6ﬁma/ moc Aau
) l mmoc Fe4e8e mﬁ/ au e6ﬁb6o6) l mmoc ueed i o6ﬁe rufo6ﬁ amous
•  Te44c/ rl e do46a6ai ocunof rl e / c/ veAred e6ﬁb6s

.  e ) r4ﬁu8e/ ngare moc64oi  v4aunaud ) r44Ao6ﬁeAname6bv6oi  vr4nslf ) e nawe i o6ﬁe rﬁ au 12
Fc/ rue// danl K2 ou Aari / ou ayA6o6ﬁ oveued 46//rl au 92 4e4uda6danl( ro do rl ﬁ/ b) e ) r44
A6edmnﬁmoc6aAAocunfo6ﬁ e ai  ocunmoc rl vun/ rug6bcl ﬁ4/ nﬁannc ) r44l a8e rl e c/ e of rl e
i  ouerﬁdc68ug rl e mi  e mrawe/ c/ ro Aoi  v4ere oc6ru8e/ nganous

"ko6Nou-Cou/ c) e6y AAocunAc/ roi  e6ﬁbv4ea/ e re6rbﬁ6e Ac66eunNou-Cou/ c) e6y AAocun
yg6bei  eunfo6deran4ﬁ 6ega6ﬁrug E4eAnﬁburAk cud T6ﬁau/ fe6)s

## Ol erdraw Protection

**Calculation owinterest Charge and Salance muwect to 2nterest Rates** Tl e rure6e/ nAl a6ge rﬁ/
Aoi  vcred c/ rug moc6aauca4ve6ﬁ6eurage 6are d6ﬁrded Fm9h3 o6bnu rl e Aa/ e of a 4av/ mea6b9hhb
) l rAl  gﬁ6e/ moc rl e •yvv4AaF4e Raresﬁ y6ﬁl ocg] ) e Aa4Ac4nre rl e rure6e/ nAl a6ge Fmavv4mug rl e
y vv4AaF4e Rare ro ea4Al  da4rﬁnFa4uAebrﬁ e rure6e/ nAl a6ge Aau a4 o Fe A64Ac4ared Fmi  c4nv4mug
rl e / yvv4AaF4e Rare Frml e •a8e6age da4rﬁnFa4uAe]K e4auAe ScFje4Anro lu nRare( / l o) u ou
rl e f/ /ﬁarei euﬁrl eu ci  F5mrl e ouci  Frml e uci  Fe6of danl ru l e Fr4ﬁug An4VesTo genl e
•  e4auAe ScFje4Anro lu nRare( / l o) u ou rl ﬁ/ /ﬁarei eun) e nawe rl e Fegnurug Fa4uAe of
moc6aAAocun4e// aumcuvard fruauAe Al a6ge/ ea4Al  dantadd aumue) ad8auAe/ o6deFml baud
/ cFr6aAnaumvami euri o6A6edmﬁsTl ﬁ/ gﬁ6e/ c/ ri e da4rﬁnFa4uAesTl eu ) e add a44rl e da4rﬁn
Fa4uAe/ fo6rl e Fr4ﬁug AnﬁAe aud d8rde Frml e uci  Fe6of danl ru rl e Fr4ﬁug AnﬁAesTl ﬁ/ gﬁ6e c/
rl e •a8e6age da4rﬁnFa4uAe) r44Fe vo/ red ro moc6aAocunou rl e dare rﬁ ema6e a/A6evreds Brﬁ e6) r6brl em) r44Fe
vo/ red ou rl e uenVhFc/ rue// damﬁPami euri  ader rﬁ6bcgl  oc6y TM/ 8ﬁa a fcud/ nﬁau/ fe6) r44Fe
vo/ red ou rl e dare rﬁ ema6e8e6e8ed o6ou rl e ueVhFc/ rue// damrﬁl ade a46moc6ﬁ vﬁ CT Hﬁvl  MT
fo6y6bzoua aAAocurl aud hvi  PT fo6Ca4fo6ura aAAocurl ( Moudamﬁ 6bcg] k8damo6aumei  e
Sanc6ﬁambScudamo6Fauwl o44danl s : : W/ Coi  va/ / : auwFc/ rue// danl a6e Moudamﬁ 6bcg]
k8danﬁtwT4xtdrug l o44danl s

**2n Case owrrors or Questions AWout Hour mtatev ent** R6.8e8ﬁ6afnP6bﬁeAnou 8u4ﬁ6
If moc rl ruwmoc6/ narei eunﬁ ) 6bugbo6ﬁf moc uaed i o6ﬁe rufo6ﬁ amou aFocna nﬁau/ aAnou ou moc6
/ﬁarei eurb) 6re moc6ﬁf / ce ou a / eva6are doAci  eunaud / eud mro : auw6beﬁd6 Ceure6bﬁPﬁBs: oV
. . , 12bDeAare6bﬁy L 93h55-2221sTe4ev/ oue ruQc6ﬁe) i arAl e ade Fm4ea4ﬁug moc64o4Aa4 : : W/
Coi  va/ / F6auAﬁ 4f red ou rl e f6bunof rl ﬁ/ /ﬁarei eunro / veaw) nﬁ a Cc/ roi  e6Se6ﬁrAe
Rev6ﬁe/ eunam8esP6a/ e uonrl a re4ev/ oue ruQc6ﬁm) 44uonv6e/ e6ﬁe moc66bgl  rl  cude6f6ede44ﬁa) s
.  e i c/ rl ea6f6bi  mﬁc uo 4nre6rl au/ Vmﬁh62( danl afre6) e / eunmoc rl e fr6/n/ /ﬁarei eunou
) l rAl  rl e e6b6c6vb/F4i  avvea6ds

•  Te44c/ mﬁc6uai e aud aAAocunuci  Fe6Kﬁf aunts
•  De/ A6Fe rl e e6ﬁb6o6ﬁl e nﬁau/ fe6ﬁmﬁc a6e cu/ c6a aFocrbaud eW4aru a/ A4ea6ﬁma/ moc Aau
) l mmoc Fe4e8e mﬁf au e6ﬁb6o6) l mmoc ueed i o6ﬁe rufo6ﬁ amous
•  Te44c/ rl e do46a6ai ocunof rl e / c/ veAred e6ﬁb6s

x oc Aau / rov rl e acroi  amAdedcAmou of rl e Mruri c/ Pami eunf6bi  moc Al eAwrug aAAocurunf
moc rl ruwmoc6/ narei eunﬁ ) 6bugbo6ﬁf mﬁc / rov rl e vami eurbnmoc64emc6/ c/ n6eaAl Ac/ rl 6ee K9(
Fc/ rue// danl  Fefo6ﬁe rl e acroi  amAdedcAmou rﬁ/ Al edc4ed ro oAAc6s

## Reporting Other ProWev s

P4a/e e6bﬁ) moc6/ narei eunﬁ moc66a6efc44nsInﬁe/ rl / eurﬁa4ﬁ anaumaAAocune6bﬁf o6aumri v6bve6
/ﬁarei au/ ou moc6/ narei euﬁ ou moc6Acunag6eei  eurb) e ade uon4aF4e ro moc fo6aumbﬁf / 6a4ﬁred ro ri e
v6bﬁF6bi  be6b6o6c6acurﬁ o6ﬁzed nﬁau/ aAnous

: :  W/ Coi  va/ / rl a r6ade uai e of Coi  va/ / : auwba i ei  Fe6of rl e : : W/ G6bcvs
Coi  va/ / : :  auwbMei  Fe6k D1Cs

# EXHIBIT 155

Page 1 of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

21    I CI NADC  TAPCWAN  SADAL dS dDM NP
      SARMdO  F PdOAMCL  ATTF UDM
      H00  TOdRTdDM TM RMd  300
      CANNAR  M7  3X201E3- 56

## Contacting Us

A8ai4b4e by vl one 25p8

Pl one    1E 00E2VVE3233

F n4ne    bb8acomvasscom

K rite    BB/ A Tomvass
          Tustomer Rer8ice
          PxF xBo( 10XVV
          Birmingl am, AN HX26V

## hour BB/ A Tomvass Account.sW

P4ease see imvortant message regar9ing your
MOdARUOh S ADAL dS d DMADANhRCR TI d TYCL
account

## Rummary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | dn9ing ba4ance 4ast statement | dn9ing ba4ance tl is statement |
|---|---|---|---|
| MOdARUOh S ADAL dS dDMADANhRCR TI d TYCL | ████ | █████ | █████ |
| **Total Deposit Accounts** | | █████ | █████ |

CONFIDENTIAL

D-HCRE-000091

**Appx. 02581**

Page 2 of 6
Primary Account: ▆▆▆▆
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

# MOdARUOh S ADAL dS dDMADANhRℂR TI dTYℂL

Account Dumber: ▆▆▆▆   El Ç I NADC TAPℂAANS ADAL dS dDMNP

## Account Information

K e l a8e uv9ate9 tl e Mreasury S anagement Rer8ice AgreementxM ese terms an9
con9itions ) i4become effecti8e as of Do8ember HD, 201- x hou can fin9 a current 8ersion
of tl e agreement by going to:

l ttv:pp ) ) )xbb8acomvassxcompcommercia4treasuryℂmanagementpresourceℂcentra4p

M e user ℂℂ is wtreasurywan9 tl e vass) or9 is wmanagementxw

## Activity Summary

| | |
|---|---|
| Beginning Ba4nce on 10plpt- | ▆▆▆ |
| Cevositsp re9its .22W | ▆▆▆ |
| K itl 9ra) a4pCebits .1V3W | ▆▆▆ |
| **Ending Balance on 10/31/18** | ▆▆▆ |

## Deposits and Other Credits



| Cate " | Tl ec" p Reria4\$ | Cescrivtion | | Cevositsp Tre9its |
|---|---|---|---|---|

CONFIDENTIAL

D-HCRE-000092

**Appx. 02582**

Page H of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass



| Cate " | Tl ec" p Reria4$ | Cescrivtion | Cevositsp T re9its |
|--------|------------------|-------------|--------------------|

P4ease note, certain fees an9 cl arges voste9 to your account may re4te to ser8ices an9por acti8ity from tl e vrior statement cyc4ex
" M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## Withdrawals and Other Debits



| Cate " | Tl ec" p Reria4$ | Cescrivtion | K itl 9ra) a4p Cebits |
|--------|------------------|-------------|----------------------|

66665

Page 5 of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                H1





CONFIDENTIAL

D-HCRE-000094
**Appx. 02584**