PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com
-and-

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | Case No. 3:21-cv-00881-X |
| | § | |
| vs. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et al., | § | (Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X) |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

**SUPPLEMENTAL APPENDIX AND DECLARATION OF GREGORY V. DEMO IN FURTHER SUPPORT OF HIGHLAND CAPITAL MANAGEMENT, L.P.'S MOTION TO DEEM THE DONDERO ENTITIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF**

1. I am an attorney at the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to Highland Capital Management, L.P., the movant in the above-captioned case ("HCMLP"). I submit this supplemental appendix and declaration (the "Declaration") in further support of HCMLP's *Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief*.

2. This Declaration is based on my personal knowledge and review of the documents listed below. Each of the documents in the following chart is a true and correct copy.

| **Ex.** | **Description** | **Appx. #** |
|---|---|---|
| 1. | Chart showing the litigation caused by the Dondero Entities | 1-16 |
| 2. | Email from Michael Lynn to Douglas Draper and Jim Dondero dated 12/16/2020, forwarded by Jim Dondero to Scott Ellington on 12/16/2020 | 17-19 |
| 3. | Unanimous Consent of the Board of Directors of Highland Capital Management Services, Inc. in Lieu of an Organizational Meeting and Certificate of Amendment of Highland Capital Management Services, Inc. | 20-43 |
| 4. | SEC Form N-CSR Certified Shareholder Report for Highland Global Allocation Fund for reporting period September 30, 2023 | 44-113 |
| 5. | SEC Form N-CSR Certified Shareholder Report for Highland Income Fund for reporting period December 31, 2022 | 114-192 |
| 6. | SEC Form 10-Q Quarterly Report for quarterly period ended September 30, 2023 for NexPoint Diversified Real Estate Trust | 193-284 |
| 7. | SEC Form 10-K Annual Report for the fiscal year ended December 31, 2022 for NexPoint Capital, Inc. | 285-414 |
| 8. | Transcript of Proceedings held on June 8, 2023 in Highland Capital Management, L.P. Case No. 19-34054 before Judge Stacey G.C. Jernigan on HMIT's Motion for Leave to File Verified Adversary Proceeding | 415-804 |
| 9. | Form ADV Uniform Application for Investment Adviser Registration and Report by Exempt Advisers for Rand Advisors, LLC dated 2/15/2023 | 805-835 |
| 10. | Form ADV Part 2A for Rand Advisors, LLC for February 2023 | 836-862 |
| 11. | Transcript of Videotaped Deposition of Nancy Dondero Monday October 18, 2021 | 863-946 |

| Ex. | Description | Appx. # |
|---|---|---|
| 12. | Transcript of Proceedings held on January 24, 2024 in Highland Capital Management, L.P. Case No. 19-34054 before Judge Stacey G.C. Jernigan on Highland's Motion for Bad Faith Finding and Highland's Motion to Stay Contested Matter | 947-1030 |
| 13. | Email from John Morris to Amy Ruhland sent on December 26, 2023 attaching filed copy of PSZJ's Amended Opposition to Motion of James D. Dondero and Strand Advisors, Inc. for Leave to File Adversary Complaint | 1031-1081 |
| 14. | Email from John Morris to Amy Ruhland sent on January 16, 2024 re: withdrawal of motion for leave to sue PSZJ | 1082-1083 |
| 15. | Transcript of Proceedings held in Adversary Proceeding No. 21-3020 UBS Securities, LLC et al. v. Highland Capital Management, L.P., on August 8, 2022 on Highland Capital Management L.P.'s Motion to Withdraw its Answer and Consent to Judgment for Permanent Injunctive Relief | 1084-1217 |
| 16. | Transcript of Proceedings held on December 4, 2023 in Highland Capital Management, L.P. Case No. 19-34054 before Judge Stacey G.C. Jernigan on Motion for Order to Show Cause; and Motion to Strike | 1218-1319 |
| 17. | NexPoint Hospitality Trust Press Release "NexPoint Hospitality Trust Announces Undertaking Regarding Amendments to COVID Loans" – Release Date June 26, 2023 Dallas and Toronto | 1320-1321 |
| 18. | NexPoint Hospitality Trust Notice of Annual and Special Meeting of Unitholders and Management Information Circular – to be held on October 12, 2023 | 1322-1398 |
| 19. | Application of Highland Capital Management, L.P. in connection with a transactional proceeding under Rule 16 and Under Subsection 127(1) of the Securities Act, RSO 1990, c S.5 | 1399-1415 |
| 20. | NexPoint Hospitality Trust Press Release "NexPoint Hospitality Trust Issues Clarifying and Supplemental Disclosure" – Release Date October 19, 2023 Dallas and Toronto | 1416-1420 |
| 21. | Notice of Withdrawal in connection with a transactional proceeding under Rule 16 and Under Subsection 127(1) of the Securities Act, RSO 1990, c S.5 dated October 20, 2023 | 1421-1423 |
| 22. | PolleyFaith LLP letter to Mani Sanghera dated October 27, 2023 enclosing NexPoint Hospitality Trust Prospectus dated March 27, 2019 | 1424-2150 |
| 23. | PolleyFaith LLP letter to Mani Sanghera dated December 18, 2023 re: email from TSXV's Compliance Services that they would likely hear nothing further from TSXV on this matter | 2151-2152 |
| 24. | Transcript of Proceedings held on March 4, 2020 in Highland Capital Management, L.P. Case No. 19-34054 before Judge Stacey G.C. Jernigan on Motion of the Debtor for Entry of an Order Authorizing, but not Directing, the Debtor to Cause Distributions to certain "Related Entities" | 2153-2274 |

| **Ex.** | **Description** | **Appx. #** |
|---|---|---|
| 25. | The Royal Court of Guernsey Judgment handed down on December 1, 2023 in CLO Holdco Limited and Highland CLO Funding Limited | 2275-2317 |

*[Remainder of Page Intentionally Blank]*

Dated: February 9, 2024

*/s/ Gregory V. Demo*
Gregory V. Demo