Sawnie A. McEntire
Texas State Bar No. 13590100
smcentire@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
Texas State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347
*Attorneys for Hunter Mountain Investment Trust*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § | |
| Plaintiff. | § | Case No. 3:21-cv-00881-X |
| vs. | § § | (Consolidated with 3:21-cv-00880-X, |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. et al., | § § § § | 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X) |
| Defendants. | § | |

## HUNTER MOUNTAIN INVESTMENT TRUST'S OBJECTION AND MOTION TO STRIKE HIGHLAND CAPITAL MANAGEMENT, L.P.'S SUPPLEMENTAL APPENDIX AND SELECTED PORTIONS OF THE REPLY IN SUPPORT OF ITS MOTION TO DEEM THE DONDERO ENTITIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF

Hunter Mountain Investment Trust ("HMIT") files this objection and motion ("Motion") to (a) strike Highland Capital Management, L.P.'s ("HCM") Supplemental Appendix and Declaration of Gregory V. Demo [Dkt. 190] ("Supplemental Appendix") and selected portions of HCM's Reply [Dkt. 189] in Support of its Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief ("HCM's Motion" or "Motion") (Dkt. 136), or, (b) alternatively, for leave to file a sur-reply not to exceed ten (10) pages to provide HMIT an opportunity to fully respond to HCM's new arguments.

## I.     RELIEF REQUESTED

1.      HMIT requests that the Court enter an order substantially in the form annexed hereto as **Exhibit A** (the "Proposed Order") (a) striking HCM's Supplemental Appendix [Dkt. 190] and selected portions of HCM's Reply [Dkt. 189] in Support of HCM's Motion, or, (b) alternatively, granting HMIT leave to file a sur-reply not to exceed ten (10) pages to provide HMIT an opportunity to fully respond to HCM's new arguments, (c) grant HMIT's request for an oral hearing; and (d) otherwise deny HCM's Motion in its entirety.

2.      In accordance with Rule 7.1 of the Local Civil Rules of the United States District Court for the Northern District of Texas (the "Local Rules"), contemporaneously herewith and in support of this Motion, HMIT is filing its Brief ("Brief") in Support of its Objection and Motion to Stike HCM's Supplemental Appendix and Declaration of

2

Gregory V. Demo and selected portions of HCM's Reply in Support of its Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief.

WHEREFORE, HMIT respectfully requests that the Court (a) grant the Motion (i) striking HCM's Supplemental Appendix and selected portions of HCM's Reply in Support of HCM's Motion, or, (ii) alternatively, granting HMIT leave to file a sur-reply in response to the Supplemental Appendix [Dkt. 190] and selected portions of HCM's Reply [Dkt. 189] not to exceed ten (10) pages to provide HMIT an opportunity to fully respond to HCM's new arguments; and (b) grant HMIT's request for an oral hearing; (c) otherwise deny HCM's Motion in its entirety; and (d) grant HMIT all such further relief to which HMIT may be justly entitled.

Dated: February 23, 2024

Respectfully Submitted,

PARSONS MCENTIRE MCCLEARY PLLC

By: /s/ *Sawnie A. McEntire*
    Sawnie A. McEntire
    Texas State Bar No. 13590100
    smcentire@pmmlaw.com
    1700 Pacific Avenue, Suite 4400
    Dallas, Texas 75201
    Telephone: (214) 237-4300
    Facsimile: (214) 237-4340

    Roger L. McCleary
    Texas State Bar No. 13393700
    rmcleary@pmmlaw.com
    One Riverway, Suite 1800
    Houston, Texas 77056
    Telephone: (713) 960-7315

Facsimile: (713) 960-7347

*Attorneys for Hunter Mountain Investment Trust*

**CERTIFICATE OF CONFERENCE**

On February 22, 2024, and pursuant to N. D. Texas Local Rule 7.1, I conferred with opposing counsel, Mr. John A. Morris, regarding the relief requested in this Motion. As a result of this conference, I received an email dated February 23, 2024, in which opposing counsel indicated that Highland Capital Management, L.P. ("HCM") would not oppose the filing of a sur-reply strictly limited to the specific factual assertions in paragraphs 37 and 38 of HCM's Reply, provided that the Sur-Reply is filed within 10 days and is limited to 10 pages, but that if HMIT seeks any different or additional relief HCM opposes the entirety of the Motion. HMIT is seeking additional and different relief and, accordingly, this Motion is opposed.

/s/ Roger L. McCleary
Roger L. McCleary

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 23, 2024, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof.

/s/ Sawnie A. McEntire
Sawnie A. McEntire

4