PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

-and-

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email:  MHayward@HaywardFirm.com
        ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § | Case No. 3:21-cv-00881-X |
| vs. | § § § | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et al., | § § § § | (Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X) |
| Defendants. | § § | |

**APPENDIX AND DECLARATION OF GREGORY V. DEMO IN SUPPORT OF HIGHLAND CAPITAL MANAGEMENT, L.P.'S OMNIBUS OBJECTION TO MOTIONS TO STRIKE REPLY AND SUPPORTING EXHIBITS OR, <u>ALTERNATIVELY, FOR LEAVE TO FILE A SURREPLY</u>**

1. I am an attorney at the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to Highland Capital Management, L.P., the movant in the above-captioned case ("HCMLP"). I submit this supplemental appendix and declaration (the "Declaration") in support of HCMLP's *Omnibus Objection to Motions to Strike Reply and Supporting Exhibits or, Alternatively, for Leave to File a Surreply*.

2. This Declaration is based on my personal knowledge and review of the documents listed below. Each of the documents in the following chart is a true and correct copy.

| Ex. | Description | Appx. # |
|---|---|---|
| 1. | Redline of Chart showing the litigation caused by the Dondero Entities | 1 - 20 |
| 2. | Redline of *Highland Capital Management, L.P.'s Reply to Objections to Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief* | 21 - 53 |

*[Remainder of Page Intentionally Blank]*

3

Dated: March 4, 2024                              /s/ Gregory V. Demo
                                                  Gregory V. Demo