Amy L. Ruhland
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
515 Congress Ave., Suite 1900
Austin, Texas 78701
Telephone: (650) 623-1401
Email: aruhland@reichmanjorgensen.com

*Counsel for Get Good Trust, and Strand Advisors, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: § § | | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., § § § § | | **Chapter 11** |
| | | **Case No. 19-34054-sgj11** |
| Debtor. § | | |
| § | | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., § § § § | | |
| Plaintiff, § | | **Civ. Act. No. 3:21-cv-00881-X** |
| § | | |
| v. § § | | **(Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X)** |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et al. § § § § | | |
| Defendants. § | | |

## GET GOOD TRUST'S AND STRAND ADVISORS, INC.'S JOINDER TO RESPONSE TO BRIEFING BY MOVER CONCERNING THE ALL WRITS ACT, AS DIRECTED BY THE COURT ABOVE [DKT. 217]

Having read the arguments and authorities presented in the Response to Briefing by Mover Concerning the All Writs Act, as Directed by the Court Above [Dkt. 217], filed by non-parties Charitable DAF Fund, L.P., CLO HoldCo, Ltd., and Hunter Mountain Investment Trust ("Non-Party Respondents' Brief"), Get Good Trust and Strand Advisors, Inc. hereby join in the Non-Party Respondents' Brief. Because Get Good Trust and Strand Advisors, Inc. are not parties to

this adversary proceeding, the arguments set forth in the Non-Party Respondents' Brief apply with equal force to Get Good Trust and Strand Advisors, Inc.

Respectfully submitted,

**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**

*/s/ Amy L. Ruhland*
Amy L. Ruhland
Texas Bar No. 24043561
515 Congress Ave., Suite 1900
Austin, Texas 78701
Telephone: (650) 623-1401
Email: aruhland@reichmanjorgensen.com

*Counsel for Get Good Trust and Strand Advisors, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2024, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Amy L. Ruhland*
Amy L. Ruhland
