# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>NEXPOINT ASSET MANAGEMENT, L.P. (F/K/A HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.), et al.,<br><br>Defendant. | Civ. Act. No: 3:21-cv-00881-X<br><br>(Consolidated with 3:21-cv-00880-X, 3:21-cv-01010-X, 3:21-cv-01378-X, 3:21-cv-01379-X) |

## **CERTIFICATE OF SERVICE**

I, Ronaldo Lizarraga Angulo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtor in the bankruptcy case of *Highland Capital Management, L.P.*, Case No. 19-34054-sgj11 (Bankr. N.D. Tex).

On November 5, 2024, at my direction and under my supervision, employees of Verita caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Motion for an Order of Withdrawal Pursuant to 28 U.S.C. § 2042 with Respect to the Judgments Entered Against Defendants** [Docket No. 223]

- **Declaration of David Klos in Support of Motion for an Order of Withdrawal Pursuant to 28 U.S.C. § 2042 with Respect to the Judgments Entered Against Defendants** [Docket No. 224]

Dated: November 29, 2024

/s/ *Ronaldo Lizarraga Angulo*
Ronaldo Lizarraga Angulo
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

Exhibit A
Civil Actions Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
| --- | --- | --- | --- |
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John T. Wilson, IV, William R. Howell, Jr., D Michael Lynn | john.wilson@bondsellis.com; william.howell@bondsellis.com |
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng | Earnestiena.Cheng@fticonsulting.com |
| Counsel for Nancy Dondero | Greenberg Traurig, LLP | Daniel P. Elms | elmsd@gtlaw.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust, Get Good Trust, The Get Good Non-Exempt Trust 1, and The Get Good Non-Exempt Trust 2 | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc. | Kelly Hart & Hallman | Hugh G. Connor II, Michael D. Anderson, Katherine T. Hopkins | hugh.connor@kellyhart.com; michael.anderson@kellyhart.com; katherine.hopkins@kellyhart.com |
| Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc. | Kelly Hart & Pitre | Amelia L. Hurt, Hugh G. Connor II, Michael D. Anderson, Katherine T. Hopkins | amelia.hurt@kellyhart.com; hugh.connor@kellyhart.com; michael.anderson@kellyhart.com; katherine.hopkins@kellyhart.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, NexPoint Capital Inc. and James Dondero | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Esq., Julian P. Vasek, Esq. | drukavina@munsch.com; jvasek@munsch.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill, Robert J. Feinstein, John A. Morris, Gregory V. Demo | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com; rfeinstein@pszjlaw.com; jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Robert Joel Feinstein, Hayley R. Winograd, Judith Elkin, Jordan A Kroop, Robert J Feinstein | rfeinstein@pszjlaw.com; hwinograd@pszjlaw.com; jelkin@pszjlaw.com |
| Attorneys for Hunter Mountain Investment Trust | Parsons McEntire McCleary PLLC | Roger L. McCleary | rmccleary@pmmlaw.com |
| Counsel for Hunter Mountain Investment Trust | Parsons McEntire McCleary PLLC | Sawnie A McEntire | smcentire@pmmlaw.com |
| Counsel to James D. Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) | Reichman Jorgensen Lehman & Feldberg LLP | Amy L. Ruhland | aruhland@reichmanjorgensen.com |
| Counsel for The Charitable DAF Fund, L.P., CLO Holdco, Ltd., Mark Patrick, Sbaiti & Company, PLLC, Mazin A. Sbaiti, Jonathan Bridges, and , PCMG Trading Partners XXIII, L.P | Sbaiti & Company PLLC | Mazin A Sbaiti, Jonathan Bridges, Kevin N Colquitt | MAS@SbaitiLaw.com; jeb@sbaitilaw.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors, Marc. S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for James Dondero, Nancy Dondero, Highland Capital Management Services, Inc., HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC), and Highland CLO Management, Ltd. | Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen | deborah.deitschperez@stinson.com; michael.aigen@stinson.com |
| Bankruptcy Judge | US Bankruptcy Court | Hon. Stacey G Jernigan | sgj_settings@txnb.uscourts.gov |
| Counsel for Highland Capital Management Services, Inc. | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn, Jeffrey W. Hellberg Jr. | brant.martin@wickphillips.com; jason.rudd@wickphillips.com; lauren.drawhorn@wickphillips.com; jeff.hellberg@wickphillips.com |