# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

March 24, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

U.S. COURT OF APPEALS
RECEIVED
MAR 24 2025
FIFTH CIRCUIT

Re: NexPoint Asset Management, L.P., fka Highland Capital
Management Fund Advisors, L.P., et al.
v. Highland Capital Management, L.P.
No. 24-880
(Your No. 23-10911, 23-10921)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 24, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

```
     Nos. 23-10911, 23-10921   Highland Capital v. NexPoint Asset
                               USDC No. 3:21-CV-881
                               USDC No. 3:21-CV-880
                               USDC No. 3:21-CV-1010
                               USDC No. 3:21-CV-1378
                               USDC No. 3:21-CV-1379
                               USDC No. 3:21-CV-3160
                               USDC No. 3:21-CV-3162
                               USDC No. 3:21-CV-3179
                               USDC No. 3:21-CV-3207
                               USDC No. 3:22-CV-789
```

Dear Ms. Mitchell,

We have received the Supreme Court order denying certiorari.  We previously sent you the judgment issued as mandate.

Sincerely,

LYLE W. CAYCE, Clerk

*Rebecca Jeanfreau*

By: _____
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645